```
                                           FILED
                                     U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT         2005 JUN -1 PM 3:55
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET                       LORETTA G. WHYTE
NEW ORLEANS, LOUISIANA   70130             CLERK
```

Date: 6/1/05

Eugene Liger

vs.

New Orleans Hornets

Case No. 05-1696 Section C

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) New Orleans Hornets
   (address) thru: Agent For Service
2. (name) William Hines, Jones, Walker
   (address) 201 St Charles 51st Floor
3. (name) NOLA 70170
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____
Address _____

___ Fee ___
_✓_ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___