AO 440 (Rev. 10/93) Summons in a Civil Action

Patrick Matthiesen

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 MAY 31 PM 12: 36
LORETTA G. WHYTE
CLERK

EUGENE LIGER, ET AL
V.

NEW ORLEANS HORNETS NBA LIMITED
PARTNERSHIP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-1969**

**SECT. C MAG. 5**

TO: (Name and address of defendant)

NEW ORLEANS HORNETS NBA LIMITED PArtnership
THROUGH ITS REGISTERED AGENT FOR SERVICE OF
PROCESS, WILLIAM HINES, JONES WALKER, 201
St. Charles Ave, 51st Floor, New Orleans,
La 70170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stewart E. Niles, Jr.
Daniel E. Buras, Jr.
Lawrence J. Centola
Niles, Salas, Bourque &Fontana
909 Poydras Street, 35thFloor
New Orleans, LA 70112

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

MAY 27 2005
DATE

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 5-31-05 |
| Name of SERVER (PRINT) Michael Porteous | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 201 St. Charles ST 5100 Bill Hines thru Patrick Matthiesen

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-31-05
             Date

Signature of Server: Michael Porteous

Address of Server: 138 N. Cortez NOLA 70119

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.