AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-1969

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

TO: (Name and address of defendant)

New Orleans Hornets NBA LIMITED PARTNERSHIP
Through itis agent for service of process
William Hines, Jones. Walker
201 ST. Charles Avenue, 35th Floor
New Orleans, LA 70170

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stewart E. Niles,
Niles, Salas, et al
909 Poydras Street
New Orleans, LA 70112

an answer to the /amended/ complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

JUN - 1 2005
DATE

(BY) DEPUTY CLERK

dockets.Justia.com

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within ______________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(BY) DEPUTY CLERK