FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN -9 PM 3:55

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ANTHONY "TONY" MARTIN, ADAM NASH, JESSICA BERRY, CHRIS CARTER, MARCY PLANER MURRAY, SAMUEL TOBIAS STEINMETZ, and LESLIE SUMLER | * * * * * * | CIVIL ACTION NO. 05-1969<br><br>SECTION: C |
| Plaintiffs in a Collective Action | * * | MAGISTRATE: 5 |
| VERSUS | * * | |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT,** through undersigned counsel, comes Defendant, New Orleans Hornets NBA Limited Partnership, and respectfully requests a twenty-day extension of time in which to answer or otherwise plead in response to *Plaintiffs' Original and First Amended Collective Action Complaint*. Defendant was served with the *Original Collective Action Complaint* on May 31, 2005. Defendant was served with

{N1295754.1}

the *First Amended Collective Action Complaint* on June 1, 2005. Defendant's responsive pleadings in this Court are due on June 20, 2005; however Defendant seeks a twenty-day extension of time, until July 11, 2005, to file responsive pleadings to the Complaint, as amended.

Pursuant to Local Rule 7.9, Defendant certifies that there has been no previous extension of time to plead, that Plaintiffs have not filed in the record any objection to an extension of time, and that this request is not made to delay this matter or for any improper purposes.

**WHEREFORE,** Defendant prays that this Court grant a twenty-day extension of time, until July 11, 2005, in which to plead.

    Respectfully submitted,

_____
SIDNEY F. LEWIS, V (Bar No. 17026)
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
JANE H. HEIDINGSFELDER (Bar No. 28604)
***Jones, Walker, Waechter, Poitevent,***
  ***Carrère & Denègre, L.L.P.***
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telefax: (504) 582-8015
e-mail: slewis@joneswalker.com
e-mail: janderson@joneswalker.com
e-mail: jheidingsfelder@joneswalker.com
***COUNSEL FOR DEFENDANT,***
   ***NEW ORLEANS HORNETS NBA L.P.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the above and foregoing *Motion for Extension of Time* has been served on all counsel of record by facsimile, and by placing same in the United States mail, postage prepaid and properly addressed this ___9___ day of June, 2005 upon:

> Stewart E. Niles, Jr., Esq.
> Niles, Salas, Bourque & Fontana L.C.
> 909 Poydras Street - Suite 3500
> New Orleans, Louisiana 70112
> Telefax: (504) 310-8590

_____
SIDNEY F. LEWIS, V