FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUN 13 A 11: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ANTHONY "TONY"      *      CIVIL ACTION NO. 05-1969
  MARTIN, ADAM NASH, JESSICA      *
BERRY, CHRIS CARTER, MARCY      *
PLANER MURRAY, SAMUEL TOBIAS      *      SECTION: C
STEINMETZ, and LESLIE SUMLER      *
                          *
  Plaintiffs in a Collective Action      *      MAGISTRATE: 5
                          *
VERSUS      *
                          *
NEW ORLEANS HORNETS NBA      *
  LIMITED PARTNERSHIP      *
                          *

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

## ORDER

Considering the foregoing *Motion for Extension of Time* filed by Defendant;

**IT IS ORDERED** that the Motion for a twenty-day extension of time be and is

hereby GRANTED and that Defendants have until July 11, 2005, in which to answer or

otherwise plead in response to the *Original and First Amended Collective Action*

*Complaint.*

New Orleans, Louisiana this _15th_ day of June, 2005

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

{N1295754.1}

Dockets.Justia.com