```
                    UNITED STATES DISTRICT COURT
                              FILED
                           July 6, 2005
                    EASTERN DISTRICT OF LOUISIANA
                           Loretta G. Whyte
                                Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL                                    CIVIL ACTION

VERSUS                                                 NO. 05-1969

NEW ORLEANS HORNETS NBA LIMITED                        SECTION "C" 5
PARTNERSHIP

## PRELIMINARY CONFERENCE NOTICE

A **PRELIMINARY CONFERENCE** regarding this action will be held **BY TELEPHONE** on **THURSDAY, July 21, 2005**, at **10:45 a.m.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another **ATTORNEY** in your office may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

*Kimberly A. County* (signature)
Kimberly A. County
Courtroom Deputy, Section "C"
(504) 589-7682

**PARTIES ARE ORDERED TO COMPLY WITH LOCAL RULE 5.6E - CORPORATE DISCLOSURE**

**NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1) and 26(f)**
COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) AND 26(f). COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.

**NOTICE**
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

```
___Fee_____
___Process_____
 X  Dktd_____
___CtRmDep  KAC
    Doc.No._____
```

## IMPORTANT NOTICE TO COUNSEL

## COUNSEL MUST PARTICIPATE IN THIS CONFERENCE, A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED

## COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will **not** be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? WRITTEN OBJECTIONS **MUST** BE FILED 3 DAYS PRIOR TO THE PRELIMINARY CONFERENCE.