UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 JUL -7 PM 4: 10
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EUGENE LIGER, ET. AL | CIVIL ACTION NO. 05-1969 <br> 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

FILED:_____     _____
                                  DEPUTY CLERK

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED COLLECTIVE ACTION COMPLAINT
## AND JURY TRIAL REQUEST

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs herein, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for Leave of Court to allow them to file this Second Amended Collective Action Complaint and Jury Trial Request against Defendant, the New Orleans Hornets NBA Limited Partnership ("New Orleans Hornets" or "Hornets"). Defendant has not yet filed responsive pleadings. Discovery in this matter has not yet begun, and no trial date has been set. Accordingly, no prejudice will be caused to any party by this Court granting Leave for Defendant to file this Second Amended Collective Action Complaint and Jury Trial Request.

**WHEREFORE**, plaintiffs pray that leave of court be granted to file this Second Amended Collective Action Complaint and Jury Trial Request.

```
__ Fee_____
__ Process_____
X  Dktd_____
✓  CtRmDep_____
__ Doc. No.____
```

N0019211.WPD

Respectfully submitted,

_____
**STEWART E. NILES, JR. (10004)**
**DANIEL E. BURAS, JR. (26226)**
**LAWRENCE J. CENTOLA (27402)**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
Attorneys for Plaintiffs

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
Co-Counsel for Plaintiff, Samuel Tobias Steinmetz

**PLEASE SERVE**

**NEW ORLEANS HORNETS**
**NBA LIMITED PARTNERSHIP**
through its registered agent for service of process
**William Hines**
Jones, Walker
201 St. Charles Avenue 51st Floor
New Orleans, LA 70170