UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | CIVIL ACTION NO. 05-1969 |
| **Plaintiffs in a Collective Action** | SECTION C |
| VERSUS | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

FILED:_____

_____
DEPUTY CLERK

## ORDER

Considering the foregoing Motion for Leave of Court to File Second Amended Collective Action Complaint and Jury Trial Request;

**IT IS HEREBY ORDERED** that leave of court is hereby granted to plaintiffs, Eugene Liger, et al., to file this Second Amended Collective Action Complaint and Jury Trial Request.

New Orleans, Louisiana, this 8th day of July, 2005.

_____
THE HONORABLE HELEN G. BERRIGAN
JUDGE, DIVISION "C"
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

N0019211.WPD

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No._____

Dockets.Justia.com