**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 12  AM 11: 38

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C**  05-1969 |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

FILED:_____

_____
DEPUTY CLERK

## SECOND AMENDED COLLECTIVE ACTION COMPLAINT
## AND JURY TRIAL REQUEST

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Collective Action Plaintiffs" or

"Plaintiffs"), who file this Second Amended Collective Action Complaint and Jury Trial Request

against Defendant, the New Orleans Hornets NBA Limited Partnership ("New Orleans Hornets" or

"Hornets"), with leave of court because Defendant has not yet filed responsive pleadings, by

amending, supplementing, and/or substituting the following as the original and First Amended

Collective Action Complaint and Jury Trial Request, as follows:

I.

The introduction to Paragraph 2 of the First Amended Collective Action Complaint and Jury

Trial Request is amended as follows:

2.    The following persons are named plaintiffs, each of whom have executed a Plaintiff

Consent Form to join the collective action lawsuit against the New Orleans Hornets

N0019058.WPD

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Dockets.Justia.com

as a Plaintiff to assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq, attached hereto as Exhibits A - L.

II.

The following subparagraphs identifying additional Plaintiffs who have consented to join the lawsuit against the New Orleans Hornets as a party Plaintiff to assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq, are hereby added as Paragraphs 2(J), 2(K), and 2(L) to Paragraph 2 of the First Amended Collective Action Complaint and Jury Trial Request.

J.    Plaintiff, Ivan Hinson (hereinafter "Hinson"), a resident of Orleans Parish, State of Louisiana, worked as a Sales Account Executive for the Hornets.

K.    Plaintiff, Amy Nicole Smith (hereinafter "Smith"), a resident of the city of Atlanta, State of Louisiana, worked as a Fan Relations employee for the Hornets.

L.    Plaintiff, Latousha Brown (hereinafter "Brown"), is a current employee of the New Orleans Hornets who has worked in both fan relations and ticket operations for the New Orleans Hornets.

III.

Paragraph 15 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

15.    The Hornets prepared a document, dated August 2004, to specifically confirm that Plaintiffs and Similarly Situated Employees were specifically identified as "non-exempt" for the purposes of FLSA and to admit that all employees were entitled to receive overtime compensation for any overtime hours worked. A copy of this

document is attached as Exhibit M.

IV.

Paragraph 30 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

30.    Although the Hornets' regular working hours were from 8:30 AM until 5:30 PM, Plaintiffs and Similarly Situated Current and Former Employees frequently worked from 8:00 a.m. or earlier to 6:00 p.m. or later.

V.

The following paragraphs are added following Paragraph 51 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

51(a).    Upon information and belief, the Hornets allowed certain executives, directors, and/or managers to alter financial information regarding revenue received by the Hornets.

51(b).    The Hornets are not a retail or service establishment.

51(c).    Sales employees of the Hornets did not receive more than half of their compensation from commissions on goods and services during appropriate representative periods.

51(d).    Any alleged "draws" received by Hornets' Sales employees were poorly disguised salary payments designed to prevent Sales Employees from receiving commission compensation.

51(e).    Hornets' Sales employees are not covered by any applicable FLSA exemptions.

51(f).    The primary job duty of all Hornets' Sales employees was telemarketing sales.

51(g).    No Plaintiff is covered under any FLSA exemption.

51(h).  The Hornets are not a seasonal employer, and Plaintiffs are not seasonal employees.

51(I).  The Hornets are not an exempt amusement or recreation establishment.

51(j).  Plaintiffs and similarly situated employees performed central functions of the Hornets twelve months a year and do not fall within any FLSA exemptions.

51(k).  The Hornets play basketball and derive revenue at more than one establishment.

51(l).  All plaintiffs are entitled to overtime compensation pursuant to FLSA.

VI.

Paragraphs 52-53 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

52.  Plaintiffs incorporate by reference Paragraphs 1-51(f) above.

53.  Plaintiffs, Liger, Martin, Nash, Berry, Carter, Planer-Murray, Steinmetz, Stant, and Hinson, collectively, bring this action on behalf of themselves, other opt-in Plaintiffs, and other similarly situated sales employees (collectively referred to as "the Sales Employees") of the Hornets pursuant to 29 U.S.C. § 216(b). The Sales Employees are current and former sales employees of the Hornets.

VII.

Paragraph 60 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

60.  Plaintiffs and Opt in Plaintiffs, Liger, Martin, Nash, Berry, Carter, Planer-Murray, Steinmetz, Hinson and other Similarly Situated Employees demand that the court certify the Sales Employees as a collective action class;

VIII.

N0019058.WPD                                    4

Paragraphs 62-63 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

62.    Plaintiffs incorporate by reference Paragraphs 1-51(f) above.

63.    Plaintiffs Sumler, Smith, and Brown bring this collective action on behalf of themselves and  similarly situated fan relations employees (collectively referred to as "Fan Relations Employees") of the Hornets pursuant to 29 U.S.C. § 216(b). Fan Relations Employees are individuals who were, or are, fan relations employees of the Hornets.

IX.

Paragraph 67 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

67.    Plaintiffs Sumler, Smith, Brown, and other similarly situated far relations employees demand that the court certify Fans Relations Employees as a collective action class.

X.

Paragraph 69 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

69.    Plaintiffs incorporate by reference Paragraphs 1-51(f) above.

XI.

Paragraph 77 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

77.    Plaintiffs incorporate by reference Paragraphs 1-51(f) above.

XII.

5

Paragraph 85 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

85.    Plaintiffs incorporate by reference Paragraphs 1-51(f) above.

XIII.

Paragraphs 93-94 of the First Amended Collective Action Complaint and Jury Trial Request is hereby amended as follows:

93.    Plaintiffs incorporate by reference Paragraphs 1-51(f) above.

94.    In the event that Count I is considered insufficient for any reason, plaintiffs Steinmetz, Stant, and Hinson bring this action on behalf of themselves and Similarly Situated Employees (collectively referred to as "Sales Account Executives") pursuant to 29 U.S.C. § 216(b), Sales Account Executives are individuals who were, or are, employed by Defendant as sales account executives.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, and Latousha Brown, individually and on behalf of all Similarly Situated Employees, pray that after due proceedings are had, there be a judgment recognizing this matter as a collective action pursuant to § 216(b) of the FLSA, confirm salary, commission compensation and other benefits, including a full accounting of ticket sales for commission compensation, and that there be a judgment in favor of the Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, and Latousha Brown, individually and on behalf of Similarly Situated Employees, and against defendant, New Orleans Hornets NBA Limited Partnership, awarding all

overtime compensation, liquidated damages, expenses, attorneys fees, costs, and all other general, legal and equitable relief, with legal interest as allowed by law on all amounts owed hereon.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, and Latousha Brown, individually and on behalf of all Similarly Situated Employees, pray that the court recognize that these claims are a Collective Action, and that Sales Employees, Fan Relations Employees, Inside Sales Employees, Regional Sales Employees, Group Sales Employees, and/or Sales Account Executives are Collective Action Class(es), and that Plaintiffs are granted leave to notify Similarly Situated Employees of this Collective Action and/or to add Similarly Situated Employees as additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, and Latousha Brown, individually and on behalf of all Similarly Situated Employees, pray for leave to amend to add all claims permitted under applicable state or federal law

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, and Latousha Brown, individually and on behalf of all Similarly Situated Employees, pray for trial by jury on all issues raised herein.

Respectfully submitted,

**STEWART E. NILES, JR. (10004)**
**DANIEL E. BURAS, JR. (26226)**
**LAWRENCE J. CENTOLA (27402)**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
Attorneys for Plaintiffs

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
Co-Counsel for Plaintiff, Samuel Tobias Steinmetz

**PLEASE SERVE**

**NEW ORLEANS HORNETS**
**NBA LIMITED PARTNERSHIP**
through its registered agent for service of process
**William Hines**
Jones, Walker
201 St. Charles Avenue 51st Floor
New Orleans, LA 70170

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ANTHONY "TONY"
MARTIN, ADAM NASH, JESSICA
BERRY, CHRIS CARTER, MARCY
PLANER MURRAY, SAMUEL TOBIAS
STEINMETZ, CHRIS STANT, and
LESLIE SUMLER

      Plaintiffs in a Collective Action

VERSUS

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

      Defendant

CIVIL ACTION NO. 05-1969

SECTION C

MAGISTRATE 05

FILED: _____      _____
                                    DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert

claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C.

§ 201 et seq, and any state court labor law violations.

_____    6-20-05
Signature                  Date

Eugene Liger, Jr.
Print Name

3911 Hessmer Ave. Apt. 11W
Address (with apartment number if applicable)

Metairie, LA 70002
City, State, Zip Code

N0019019.WPD



601-329-3430
_____
Home Telephone Number

504-522-7900
_____
Work Telephone Number

601-329-3430
_____
Cell Phone Number

eugene liger@hotmail.com
_____
E-Mail Address

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
_____
Social Security Number

**Fax to:**      **Niles, Salas, Bourque & Fontana, L.C.**
             **Attn: Daniel E. Buras, Jr.**
             **Facsimile (504) 310-8595**

**Or Mail to:**  **Niles, Salas, Bourque & Fontana, L.C.**
             **Attn: Daniel E. Buras, Jr**
             **909 Poydras Street, Suite 3500**
             **New Orleans, LA 70112**
             **(504) 310-8555**

N0019019.WPD

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

ANTHONY "TONY" MARTIN , et al.

    **Plaintiffs in a Collective Action**

**VERSUS**

**NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP**

    **Defendant**

    **CIVIL ACTION NO. 05-1969**

    **SECTION C**

    **MAGISTRATE 05**

FILED:_____

          _____
                         DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

    I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff to assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. ' 201 et seq, and any state court labor law violations.

_____    JUNE 30, 2005
Signature                     Date

_____

**EXHIBIT**

tabbies

p. 1

Home Telephone Number

_(703) 200 - 6995_

Work Telephone Number

_(443) 690 - 3689_

Cell Phone Number

_(703) 200 - 6995_

E-Mail Address

_WHYNOT7 @ TMAIL.COM_

Social Security Number
226 - 43 - 3781

**Fax to:**

    **Attn: Daniel E. Buras, Jr.**  **Niles, Salas, Bourque & Fontana, L.C.**
    **Facsimile (504) 310-8595**

**Or Mail to:**

    **Niles, Salas, Bourque & Fontana, L.C.**
    **Attn: Daniel E. Buras, Jr**
    **909 Poydras Street, Suite 3500**
    **New Orleans, LA 70112**
    **(504) 310-8555**

Print Name

601 W Cary St Apt. 3c

Address (with apa

Richmond, VA   23220

City, State, Zip C

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, et al.<br><br>**Plaintiffs in a Collective Action**<br><br>VERSUS<br><br>NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP<br><br>**Defendant** | | CIVIL ACTION NO. 05-1969<br><br>SECTION C<br><br><br><br><br><br>MAGISTRATE 05 |

FILED:_____        _____

DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff to

assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29

U.S.C. § 201 et seq, and any state court labor law violations.

_____    6/28/05
Signature                                Date

Adam Nash
Print Name

101 Cut Spring Arch
Address (with apartment number if applicable)

Williamsburg  VA 23185
City, State, Zip Code

**EXHIBIT**
C

(757) 345 - 2785
_____
Home Telephone Number

(757) 253 - 1947
_____
Work Telephone Number

(757) 784 - 5042
_____
Cell Phone Number

nashab15 @ hotmail.com
_____
E-Mail Address

039 - 50 - 1721
_____
Social Security Number

**Fax to:**                    **Niles, Salas, Bourque & Fontana, L.C.**
      **Attn: Daniel E. Buras, Jr.**
      **Facsimile (504) 310-8595**

**Or Mail to:**                **Niles, Salas, Bourque & Fontana, L.C.**
      **Attn: Daniel E. Buras, Jr**
      **909 Poydras Street, Suite 3500**
      **New Orleans, LA 70112**
      **(504) 310-8555**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, et al.<br><br>    **Plaintiffs in a Collective Action**<br><br>VERSUS<br><br>NEW ORLEANS HORNETS NBA<br>LIMITED PARTNERSHIP<br><br>    **Defendant** | | CIVIL ACTION NO. 05-1969<br><br>SECTION C<br><br><br><br><br><br><br>MAGISTRATE 05 |

FILED:_____        _____
                                                        DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

    I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff to

assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29

U.S.C. ' 201 et seq, and any state court labor law violations.

_____        6/30/05
Signature                                    Date

_____
Print Name    Jessica Berry

_____
Address (with apartment number if applicable)    1801 Numa

New Orleans, LA 70114

**EXHIBIT**
D

City, State, Zip Code

_____

Home Telephone Number

_____

Work Telephone Number

504 - 710 - 3296

Cell Phone Number

STEELTURKEY @ aol.Com

E-Mail Address

075 50 9399

Social Security Number


**Fax to:**              **Niles, Salas, Bourque & Fontana, L.C.**

   **Attn: Daniel E. Buras, Jr.**
   **Facsimile (504) 310-8595**


**Or Mail to:**          **Niles, Salas, Bourque & Fontana, L.C.**

   **Attn: Daniel E. Buras, Jr**
   **909 Poydras Street, Suite 3500**
   **New Orleans, LA 70112**
   **(504) 310-8555**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, et al.

    **Plaintiffs in a Collective Action**

VERSUS

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

    **Defendant**

CIVIL ACTION NO. 05-1969

SECTION C

MAGISTRATE 05

FILED: _____

_____
DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff to

assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29

U.S.C. ' 201 et seq. and any state court labor law violations.

_Christopher Carter_     6/28/05
Signature                                 Date

CHRISTOPHER CARTER
Print Name

13218 CARRIAGE Cr
Address (with apartment number if applicable)

GULFPORT, MS 39503


EXHIBIT
E

City, State, Zip Code

(228) 539-2727
Home Telephone Number

(228) 424-7739
Work Telephone Number

_____
Cell Phone Number

CVCARTER @ CABLEONE.NET
E-Mail Address

426 374449
Social Security Number

**Fax to:**                    Niles, Salas, Bourque & Fontana, L.C.

    Attn: Daniel E. Buras, Jr.
    Facsimile (504) 310-8595

**Or Mail to:**                Niles, Salas, Bourque & Fontana, L.C.

    Attn: Daniel E. Buras, Jr
    909 Poydras Street, Suite 3500
    New Orleans, LA 70112
    (504) 310-8555

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, et al.  Plaintiffs in a Collective Action  VERSUS  NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP  Defendant**

CIVIL ACTION NO. 05-1969

**SECTION C  MAGISTRATE 05**

FILED:_____

_____

DEPUTY CLERK

**NEW ORLEANS HORNETS**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff

to assert claims against the New Orleans Hornets for violations of the Fair Labor

Standards Act, 29 U.S.C. ' 201 et seq, and any state court labor law violations.

_Marcy Planer Murray_
**Signature**

Date _6/30/05_

_MARCY PLANER MURRAY_
**Print Name**

_447 RED MAPLE DRIVE_
**Address (with apartment number if applicable)**

_MANDEVILLE, LA 70448_
**City, State, Zip Code**

_985-624-3328_
**Home Telephone Number**

**EXHIBIT**
_F_

Work Telephone Number  *- Use cell. 985 637-1318*

*985·634- 1318*

Cell Phone Number

*murraym107(a) aol.com*

E-Mail Address

*439·04· 0370*

Social Security Number


**Fax to:**      **Niles, Salas, Bourque & Fontana, L.C.**
**Attn: Daniel E. Buras, Jr.**
**Facsimile (504) 310-8595**

**Or Mail to:   Niles, Salas, Bourque & Fontana, L.C.**
**Attn: Daniel E. Buras, Jr**
**909 Poydras Street, Suite 3500**
**New Orleans, LA 70112**
**(504) 310-8555**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ANTHONY "TONY"
MARTIN, ADAM NASH, JESSICA
BERRY, CHRIS CARTER, MARCY
PLANER MURRAY, SAMUEL TOBIAS
STEINMETZ, CHRIS STANT, and
LESLIE SUMLER

     **Plaintiffs in a Collective Action**

**VERSUS**

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

     **Defendant**

CIVIL ACTION NO. 05-1969

SECTION C

MAGISTRATE 05

FILED:_____

                          _____
                                       DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert

claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C.

§ 201 et seq. and any state court labor law violations.

_Samuel J. Steinmetz_       _6/29/05_
Signature                            Date

_Samuel T. Steinmetz_
Print Name

_529 Chalmette ST_
Address (with apartment number if applicable)

_Harvey, LA, 70058_
City, State, Zip Code

_504) 587-9713_
Home Telephone Number

N0019019.WPD

**EXHIBIT**
tabbies
_5_

504) 361-3133
Work Telephone Number

504) 296-9047
Cell Phone Number

Sam @ jkansaslaw.com
E-Mail Address

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
Social Security Number

**Fax to:**      **Niles, Salas, Bourque & Fontana, L.C.**
               **Attn: Daniel E. Buras, Jr.**
               **Facsimile (504) 310-8595**

**Or Mail to:**  **Niles, Salas, Bourque & Fontana, L.C.**
               **Attn: Daniel E. Buras, Jr**
               **909 Poydras Street, Suite 3500**
               **New Orleans, LA 70112**
               **(504) 310-8555**

N0019019.WPD

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, et al.<br><br>**Plaintiffs in a Collective Action**<br><br>VERSUS<br><br>NEW ORLEANS HORNETS NBA<br>LIMITED PARTNERSHIP<br><br>**Defendant** | | **CIVIL ACTION NO. 05-1969**<br><br>**SECTION C**<br><br><br><br><br><br><br><br>**MAGISTRATE 05** |

FILED:_____          _____

DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

    I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff to

assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29

U.S.C. ' 201 et seq, and any state court labor law violations.

_Leslie J. Sumler_     _6/28/05_
Signature                  Date

_Leslie J. Sumler_
Print Name

_4922 Wright Road_
Address (with apartment number if applicable)

_New Orleans, La 70128_

**EXHIBIT**
tabbies'
_H_

City, State, Zip Code

_504/240 - 2129_
Home Telephone Number

_504/421 - 2511_
Work Telephone Number

_____
Cell Phone Number

_LSUMLER @ COX. NET_
E-Mail Address

_436 - 27 - 6291_
Social Security Number

**Fax to:**                    **Niles, Salas, Bourque & Fontana, L.C.**
          **Attn: Daniel E. Buras, Jr.**
          **Facsimile (504) 310-8595**

**Or Mail to:**                **Niles, Salas, Bourque & Fontana, L.C.**
          **Attn: Daniel E. Buras, Jr**
          **909 Poydras Street, Suite 3500**
          **New Orleans, LA 70112**
          **(504) 310-8555**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ANTHONY "TONY"
MARTIN, ADAM NASH, JESSICA
BERRY, CHRIS CARTER, MARCY
PLANER MURRAY, SAMUEL TOBIAS
STEINMETZ, CHRIS STANT, and
LESLIE SUMLER

**Plaintiffs in a Collective Action**

**VERSUS**

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

**Defendant**

CIVIL ACTION NO. 05-1969

SECTION C

MAGISTRATE 05

FILED:_____

_____
DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert

claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq, and any state

court labor law violations.

_____    _____
Signature                         Date
6/28/05

*Christopher A. Stant*
Print Name

*13600 Lourdes St.*
Address (with apartment number if applicable)

*N.O. LA 70129*
City, State, Zip Code

N0019019.WPD


EXHIBIT

504-254-0869

Home Telephone Number

_____

Work Telephone Number

504-884-1930

Cell Phone Number

Cstam C @ netscape. net

E-Mail Address

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

Social Security Number

**Fax to:**          **Niles, Salas, Bourque & Fontana, L.C.**
                    **Attn: Daniel E. Buras, Jr.**
                    **Facsimile (504) 310-8595**

**Or Mail to:**    **Niles, Salas, Bourque & Fontana, L.C.**
                    **Attn: Daniel E. Buras, Jr**
                    **909 Poydras Street, Suite 3500**
                    **New Orleans, LA 70112**
                    **(504) 310-8555**

N0019019.WPD

## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, et al. | CIVIL ACTION NO. 05-1969 |
| **Plaintiffs in a Collective Action** | SECTION C |
| VERSUS | |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| **Defendant** | |
| | MAGISTRATE 05 |

FILED: _____

_____
DEPUTY CLERK

### NEW ORLEANS HORNETS
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff to

assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29

U.S.C. ' 201 et seq, and any state court labor law violations.

_____  6/28/05
Signature                              Date

IVAN Hinson  6/28/05
Print Name

8600 PINTCHARTRAIN BLVD
Address (with apartment number if applicable)

Suite 412  N.O  LA  70124



EXHIBIT

City, State, Zip Code

*N. O LA 70124*
Home Telephone Number

*504 620 - 0461*
Work Telephone Number

*305 - 803 - 2135*
Cell Phone Number

*Hinsonlvan e yahoo. com*
E-Mail Address

*589 - 58 - 1215*
Social Security Number

**Fax to:**

      **Attn: Daniel E. Buras, Jr.**      **Niles, Salas, Bourque & Fontana, L.C.**
      **Facsimile (504) 310-8595**

**Or Mail to:**

      **Attn: Daniel E. Buras, Jr**       **Niles, Salas, Bourque & Fontana, L.C.**
      **909 Poydras Street, Suite 3500**
      **New Orleans, LA 70112**
      **(504) 310-8555**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ANTHONY "TONY"
MARTIN, ADAM NASH, JESSICA
BERRY, CHRIS CARTER, MARCY
PLANER MURRAY, SAMUEL TOBIAS
STEINMETZ, CHRIS STANT, and
LESLIE SUMLER

CIVIL ACTION NO. 05-1969

SECTION C

MAGISTRATE 05

  **Plaintiffs in a Collective Action**

**VERSUS**

**NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP**

  **Defendant**

FILED:_____

        _____
           DEPUTY CLERK

**NEW ORLEANS HORNETS
PLAINTIFF CONSENT FORM**

  I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq, and any state court labor law violations.

_____   6/29/05
Signature         Date

Amy N. Smith
Print Name

597 Albira Ct.
Address (with apartment number if applicable)

Stone Mountain, GA 30087
City, State, Zip Code

N0019019.WPD

EXHIBIT

(770) 413-9476
Home Telephone Number

_____
Work Telephone Number

(678) 520-2762
Cell Phone Number

ans084@hotmail.com
E-Mail Address

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
Social Security Number

**Fax to:**   **Niles, Salas, Bourque & Fontana, L.C.**
**Attn: Daniel E. Buras, Jr.**
**Facsimile (504) 310-8595**

**Or Mail to:**   **Niles, Salas, Bourque & Fontana, L.C.**
**Attn: Daniel E. Buras, Jr**
**909 Poydras Street, Suite 3500**
**New Orleans, LA 70112**
**(504) 310-8555**

N0019019.WPD

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, et al.

**Plaintiffs in a Collective Action**

VERSUS

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

**Defendant**

CIVIL ACTION NO. 05-1969

SECTION C

MAGISTRATE 05

FILED:_____

_____
DEPUTY CLERK

**NEW ORLEANS HORNETS**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff

to assert claims against the New Orleans Hornets for violations of the Fair Labor

Standards Act, 29 U.S.C. § 201 et seq, and any state court labor law violations.

_____
Signature                    Date

_____
Print Name

_____
Address (with apartment number if
applicable)

_____
City, State, Zip Code

_____
Home Telephone Number

EXHIBIT
_____

E-Mail Address

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

Social Security Number

**Fax to:**    Niles, Salas, Bourque & Fontana, L.C.
**Attn: Daniel E. Buras, Jr.**
**Facsimile (504) 310-8595**

**Or Mail to:**    Niles, Salas, Bourque & Fontana, L.C.
**Attn: Daniel E. Buras, Jr**
**909 Poydras Street, Suite 3500**
**New Orleans, LA 70112**
**(504) 310-8555**

| Department Head | Job Description | Employees O.T. Status |
|---|---|---|
| **Sam Russo** | | |
| Russo, Sam | Executive Vice President/Business Operations | X-Executive Exemption |
| Spero, Timothy Casey | Director of Technology | X-Executive Exemption |
| Bowles, Christopher J. | IT Support Specialist | X-Computer Exemption |
| Pierce, Ryan | IT Support Specialist | X-Computer Exemption |
| Dippel, Jessica | Director of Promotions & Special Events | X-Executive Exemption |
| Quintana, Cristobal | Special Events Coordinator | **NON-EXEMPT** |
| Richardson, Lyn Joshua | Director of Game Day Operations | X-Executive Exemption |
| Jason Quintero | Promotions and Events Asst | **NON-EXEMPT** |
| Williams, Andrea | Manager/Choreographer | Contracted |
| Felsen, David | Director of Ticket Operations | X- Executive Exempt |
| BeBout, Josua James | Ticket Operations Assistant | **NON-EXEMPT** |
| Brown, Latousha M. | Ticket Operations Assistant | **NON-EXEMPT** |
| Zerrillo, Michael E. | Mascot | Contracted |
| Wyatt, Sean | Mascot Assistant | **NON-EXEMPT** |
| | | |
| **Jack Capella** | | |
| Capella, Jack | Executive VP/Chief Operating Officer | X-Executive Exemption |
| Shubert, Phyllis | Assistant to Ray Wooldridge | X-Administrative Exemption |
| Silmon, Meredith | Assistant to George Shinn | X-Administrative Exemption |
| Fitzpatrick, Kristy | Assistant to Jack Capella | X-Administrative Exemption |
| MCGraw, Kevin P. | Chief Pilot | X-Executive Exempt |
| Cobb, James A. | Pilot | less than 40 hours |
| Maschio, Michael N. | Flight Engineer | less than 40 hours |
| O'Connor, Phyllis K. | Flight Attendant | less than 40 hours |
| Newton, Marcia Ann | Flight Attendant | less than 40 hours |
| Davis, Francis H. | Flight Attendant | less than 40 hours |
| | | |
| **Kristy McKearn** | | |
| Kristy McKearn | VP Corporate Affairs & Strategic Planning | X-Executive Exemption |
| Brenneman, Douglas Scott | Researcher | X-Administrative Exemption |
| | | |
| **John Lee** | | |
| Lee, John | Senior Vice President of Marketing/Sales | X-Executive Exemption |
| Rutherford, Jo Ann | Media Buyer | X-Administrative Exemption |
| Deese, Brian A. | Director of Creative | X-Creative Professional Exempt. |
| Coe, Edward III | Graphic Designer | X-Creative Professional Exempt. |
| Dupree, Christopher J. | Creative Services | X-Creative Professional Exempt. |
| J L Brooks | Mgr. Fan Development Program | X- Executive Exempt |
| Parenti, Marie | Director of Guest Services | X- Executive Exempt |
| Richard Johnson | Fan Development Representative | **NON-EXEMPT** |
| Sumler, Leslie J. | Senior Guest Relations Rep | **NON-EXEMPT** |
| Spruille, Freddie | Fan Development Representative | **NON-EXEMPT** |
| Donohue, Brendan | Director of Ticket Sales | X- Executive Exempt |
| Robinson, William | Ticket Sales Manager(Senior AE's +AE's) | X- Executive Exempt |
| Kreig, Louis | Senior Account Executive | **NON-EXEMPT** |
| Witmeyer, Richard L. | Senior Account Executive | **NON-EXEMPT** |
| Napoli, Melanie A. | Senior Account Executive | **NON-EXEMPT** |
| Kliebert, Ken | Account Executive | **NON-EXEMPT** |


EXHIBIT

| Department Head | Job Description | Employees O.T. Status |
|---|---|---|
| **John Lee Continued** | | |
| Vallejos, Julio | Account Executive | **NON-EXEMPT** |
| Carter, Cardell | Account Executive | **NON-EXEMPT** |
| Bryant, William | Account Executive | **NON-EXEMPT** |
| Stant, Chris | Account Executive | **NON-EXEMPT** |
| Steinmetz, Sam | Account Executive | **NON-EXEMPT** |
| Zuniga, Cristina | Office Mgr./Receptionist | **NON-EXEMPT** |
| Burke, David | Inside Ticket Sales Manager | X- Executive Exempt |
| Nash, Adam | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Martin, Tony | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Maxwell, Bryan | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Miller, Robert | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Tipton, Megan | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Liger, Eugene | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Drummond, Garrett | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Chandler, Tyson | Inside Ticket Sales Representative | **NON-EXEMPT** |
| Carter, Chris | Regional Account Executive-MS | X-Outside Sales Exemption |
| Holmes, Lynn | Regional Account Executive-Baton Rouge | X-Outside Sales Exemption |
| Planer-Murray, Mandy | Regional Account Executive-Northshore | X-Outside Sales Exemption |
| Zaber, Christopher L. | Group Sales Manager | X- Executive Exempt |
| Berry, Jessica | Group Sales Executive | **NON-EXEMPT** |
| Granger, Chris | Group Sales Executive | **NON-EXEMPT** |
| Snider, Patricia Bryan | Group Sales Executive | **NON-EXEMPT** |
| DiPizzo, Frank | Group Sales Executive | **NON-EXEMPT** |
| | | |
| **Todd Santino** | | |
| Santino, Anthony Todd | Vice President of Sponsorship Sales | X-Executive Exemption |
| Wyatt, Ward | Manager of Sponsorship Sales | X-Administrative Exempt |
| Hubbell, Nathan | Sponsorship Sales-Account Executive | **NON-EXEMPT** |
| Jones, Robert Chase | Sponsorship Services | **NON-EXEMPT** |
| Whitley, Stacy Lynn | Sponsor Services Coordinator | **NON-EXEMPT** |
| | | |
| **Harold Kaufman** | | |
| Kaufman, Harold | Vice President of Public Relations | X- Executive Exempt |
| Hall, Kenneth Scott | Assistant Director of Public Relations | X-Administrative Exempt |
| Fedders, Kurt T. | Public Relations Assistant | X-Administrative Exempt |
| Rogers, Dennis | Intern | **NON-EXEMPT** |
| | | |
| **Lew Shuman** | | |
| Shuman, Lewis A. | Director of Broadcasting | X- Executive Exempt |
| McGregor, Gilbert | TV Commentator | X-Creative Professional Exempt |
| Harden, Bryan J. | Videographer/Editor | X-Creative Professional Exempt |
| Stewart, Tracey | Broadcast Coordinator | **NON-EXEMPT** |
| Vaillancourt, Gerald E. | Broadcaster | X-Creative Professional Exempt |
| Licht, Robert A. | Radio Play-by-Play | X-Creative Professional Exempt |
| | | |
| **Steve Martin** | | |
| Martin, Steven B. | Senior VP of Communication & Public Affairs | X- Executive Exempt |
| Werdann, Suzanne C. | Vice President of Community Relations | X- Executive Exempt |
| Levine, Meredith | Community Relations Assistant | X-Administrative Exempt |
| Turner, Victor | Community Relations Assistant | X-Administrative Exempt |
| Thompson, Michael W. | Director of Public Relations | X-Administrative Exempt |

| Department Head | Job Description | Employees O.T. Status |
|---|---|---|
| | | |
| **Barbara Booth** | | |
| Booth, Barbara | Vice President of Finance | X- Executive Exempt |
| Yamamura, Frances | Senior Accountant | X-Administrative Exempt |
| Middleton, Penny | Director of Personnel/Payroll | X-Administrative Exempt |
| Johnson, Adrianna F. | Senior Accountant | X-Administrative Exempt |
| Arteaga, Deina | Staff Accountant | X-Administrative Exempt |
| Virgil, Sheryl Deneen | Accounts Payable Associate | X-Administrative Exempt |
| Ford, Shelly Montague | Receptionist | X-Administrative Exempt |
| Morrow, Shawn M. | Inter-office Courier | **NON-EXEMPT** |
| | | |
| | | |
| **Allan Bristow** | | |
| Scott, Byron | Head Coach | Contracted |
| Walker, Darrell | Assistant Coach | Contracted |
| Gattison, Kenny | Assistant Coach | Contracted |
| Cleamons, Jim | Assistant Coach | Contracted |
| Boff, Marc Harris | Strength & Conditioning | less than 40 hours |
| Manson, Jack | Strength & Core Conditioning | less than 40 hours |
| Kofler, Terry | Trainer | X-Creative Professional Exempt |
| Jovanovic, David S. | Equipment Manager | X-Administrative Exempt |
| Johnson, Kory F. | Assistant Equipment Manager | X-Administrative Exempt |
| Bass, Kip E. | College/Pro Scout | Contracted |
| Bass, Kelly E. | College Scout | Contracted |
| Werdann, Robert | College/Pro Scout | Contracted |
| Bass, Bob | Consultant | Contracted |
| Reed, Willis | VP of Basketball Operations | Contracted |
| Bristow, Allan | General Manager | Contracted |
| Bower, Jeff | Assistant General Manager | Contracted |
| LaCaze, JoAnn | Executive Assistant Basketball Operations | **NON-EXEMPT** |
| Hagen, Brian | Video Coordinator | **NON-EXEMPT** |
| Loomis, Andrew H. | Administrative Assistant Basketball Operations | **NON-EXEMPT** |