

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION "C" 5 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, New Orleans Hornets NBA Limited Partnership, a non-governmental corporate party, and submits this Corporate Disclosure Statement in compliance with Local Rule 5.6. The New Orleans Hornets NBA Limited Partnership is not a publicly traded company and does not have any parent corporations.

{N1303595.1}

Dockets.Justia.com

Respectfully submitted,

*Jennifer L. Anderson*
_____
SIDNEY F. LEWIS, V (Bar No. 17026)
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
JANE H. HEIDINGSFELDER (Bar No. 28604)
**Jones, Walker, Waechter, Poitevent,**
 **Carrère & Denègre, L.L.P.**
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telefax: (504) 582-8015
e-mail: slewis@joneswalker.com
e-mail: janderson@joneswalker.com
e-mail: jheidingsfelder@joneswalker.com

**COUNSEL FOR DEFENDANT,**
 **NEW ORLEANS HORNETS NBA L.P.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the above and foregoing *Corporate Disclosure Statement* has been served on all counsel of record by facsimile, and by placing same in the United States mail, postage prepaid and properly addressed this 12th day of July, 2005 upon:

Stewart E. Niles, Jr., Esq.
Niles, Salas, Bourque & Fontana L.C.
909 Poydras Street - Suite 3500
New Orleans, Louisiana 70112
Telefax: (504) 310-8590

*Jennifer L. Anderson*
_____

{N1303595.1}