# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C" 5 |

# O R D E R

A telephone preliminary conference was set for this date with the courtroom deputy.

PRESENT BY TELEPHONE:   Stewart Earl Niles, Jr. and Daniel Edwin Buras, Jr.,
                                              Counsel for the Plaintiffs
                                       Jennifer Lynn Anderson and Jane Henican
                                              Heidingsfelder, Counsel for the Defendant

Counsel for the parties advised the Court that this matter is a "collective action".

**IT IS ORDERED** that counsel for the parties set a conference before the Magistrate Judge to discuss any issues regarding a case management order.

New Orleans, Louisiana, this ___19th___ day of July 2005.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE