FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JUL 28  PM 5:43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

FILED:_____    _____
                                                    DEPUTY CLERK

### ORDER

Considering the foregoing Motion to Conditionally Certify a Collective Action Pursuant to §216(b) of the Flsa And to Approve a Proposed Notification To all Putative Collective Action Members;

**IT IS HEREBY ORDERED** that this matter is set for hearing on the 17th day of August, 2005.

NEW ORLEANS, LOUISIANA, this 26th day of July, 2005.

_____
THE HONORABLE GINGER BERRIGAN
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

N0019510.WPD