

```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2005 AUG -11 A 10: 59
               LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C"(5) |

### ORDER SCHEDULING STATUS CONFERENCE

A status conference regarding a case management order as ordered by the District Judge in the above matter is hereby **SCHEDULED** for August 2, 2005 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

New Orleans, Louisiana, this 29 day of July, 2005.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
_✓_ Process_____
_✓_ Dktd_____
___ CtRmDep_____
___ Doc. No._____