UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG -1 P 3:51
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | 05-1969 |
| | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

FILED:_____    _____
                                                                                                         DEPUTY CLERK

## Request ~~MOTION~~ FOR ORAL ARGUMENTS

**NOW INTO COURT**, through undersigned counsel, come named plaintiffs Eugene Liger, et al, ("Collective Action Plaintiffs" or "Plaintiffs"), who hereby move this Honorable court for oral arguments in Plaintiffs' Motion to Conditionally Certify a Collective Action Pursuant to §216(b) of the Flsa and to Approve a Proposed Notification to All Putative Collective Action Members and Plaintiffs' Motion for Protective Order, Sanctions, and Corrective Action filed against Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), to assist the Court in more fully and completely understanding these and other issues relevant to these motions.

Oral argument is hereby requested for the August 17, 2005 hearing.

N0020194.WPD

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted, this 1st day of August, 2005.

**STEWART E. NILES, JR.** **(10004)**
**DANIEL E. BURAS, JR. (26226)**
**LAWRENCE J. CENTOLA (27402)**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
Attorneys for Plaintiffs

**and**

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
Co-Counsel for Plaintiff, Samuel Tobias Steinmetz

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid and properly addressed, to all counsel of record in these proceedings, this 1st day of August, 2005.

N0020194.WPD