```
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                  2005 AUG -4  AM 8: 37

                                   LORETTA G. WHYTE
                                        CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C"(5) |

### ORDER SETTING ORAL ARGUMENT

Oral argument on Plaintiffs' Motion for Protective Order, Sanctions, and Corrective Action will be conducted on August 17, 2005 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

New Orleans, Louisiana, this 27 day of July, 2005.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE