FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 11 PM 2: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

05-1969

O R D E R

**IT IS ORDERED** that there **WILL BE ORAL ARGUMENT** on the following motions

on **AUGUST 17, 2005, at 9:30 a.m.** before the undersigned.

02-2103        **FREEMAN DECORATING CO. V ENCUENTRO LAS AMERICAS TRADE
CORPORATION, ET AL**
**Motion** by Greater New Orleans, Inc. for summary judgment (107)

04-1335        **J. RAY MCDERMOTT ENGINEERING, L.L.C., ET AL V FUGRO-
MCCLELLAND MARINE GEOSCIENCES, INC.**
**Motion** by Fugro-McClelland Marine Geosciences, Inc. for summary judgment
on claims for contractual indemnity (83)
**Motion** by Fugro-McClelland Marine Geosciences, Inc. on claims of J. Ray
McDermott, Inc. (85)

04-1507        **FLORENCE C. JEFF, ET AL V UNIVERSAL HEALTH SERVICES, INC.,
ET AL**
**Motion** by Pendleton Memorial Methodist Hospital to exclude expert testimony
of Paul Blaylock and David Tarlow (46)

04-1954        **H. HUNTER WHITE, III V PRESIDIO FUND ADVISORS, LLC, ET AL**
**Motion** by Presidio Fund Advisors, LLC to dismiss plaintiff's second amended
and restated complaint (74)

___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No._____

Dockets.Justia.com



**EUGENE LIGER, ET AL V NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP**
**Motion by plaintiffs Eugene Liger, et al to conditionally certify a collective action pursuant to §216(b) of the FLSA and to approve a proposed notification to all putative collective action members (19)**

New Orleans, Louisiana, this _____11TH_____ day of August 2005.

for HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE