UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2005 AUG 15 P 4: 40

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EUGENE LIGER, ET. AL | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

FILED:_____

_____
DEPUTY CLERK

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO DEFENDANT'S OPPOSITION TO MOTION TO CERTIFY COLLECTIVE ACTION

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs herein, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for Leave of Court to allow them to file this Reply Memorandum to Defendant's Opposition to Motion to Certify Collective Action. The Motion to Certify Collective Action will be heard by this Court on August 17, 2005. Thus, pursuant to Local Rule 7.5E, the Opposition filed by the defendant, New Orleans Hornets NBA Limited Partnership ("Hornets") was due to the Court on August 9, 2005. Also, pursuant to Local Rule 7.5E, a copy of the opposition was due to plaintiffs' counsel in the same manner that a copy was delivered to the Judge.

On August 9, 2005, counsel for plaintiffs received a copy of defendant's opposition without the exhibits by facsimile at 6:00 p.m. It is unlikely that the Court received its copy of the opposition

N0020678.WPD

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

Dockets.Justia.com

in the same manner. Further, plaintiffs did not receive a copy of the exhibits to defendant's opposition until Thursday, August 11, 2005.

As the Opposition was not served on the plaintiffs in accordance with Local Rule 7.5E, and as plaintiffs did not receive the exhibits to defendant's Opposition to the Motion to Conditionally Certify Collective Action until August 9, 2005, plaintiffs respectfully request that this Honorable Court grant this Motion for Leave to File, and enter the Reply Memorandum to Defendant's Opposition to Motion to Certify Collective Action into the record.

**WHEREFORE,** plaintiffs pray that leave of court be granted to file this Reply Memorandum to Defendant's Opposition to Motion to Certify Collective Action

Respectfully submitted,

_____
**STEWART E. NILES, JR. (10004)**
**DANIEL E. BURAS, JR. (26226)**
**LAWRENCE J. CENTOLA (27402)**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
Attorneys for Plaintiffs

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
Co-Counsel for Plaintiff, Samuel Tobias Steinmetz