UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 AUG 17 P 1:39
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EUGENE LIGER, ET. AL | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

FILED:_____      _____
                                  DEPUTY CLERK

## ORDER

Considering the foregoing Motion for Leave of Court to File Reply Memorandum to Defendant's Opposition to Motion to Certify Collective Action;

**IT IS HEREBY ORDERED** that leave of court is hereby granted to plaintiffs, Eugene Liger, et al., to file this Reply Memorandum to Defendant's Opposition to Motion to Certify Collective Action.

New Orleans, Louisiana, this __16__ day of ____August____, 2005.

_____
THE HONORABLE HELEN G. BERRIGAN
JUDGE, DIVISION "C"
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

N0020678.WPD

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No._____

Dockets.Justia.com