MINUTE ENTRY
BERRIGAN, J.
AUGUST 17, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C" |

MOTION HEARING

COURT REPORTER:     Arlene Movahed
COURTROOM DEPUTY:   Kimberly County

**APPEARANCES:**   Stewart Earl Niles, Jr., Daniel Edwin Buras, Jr., Lawrence J. Centola, Counsel for Eugene Liger, et al
Jennifer Lynn Anderson and Jane Henican Heidingsfelder, Counsel for New Orleans Hornets NBA Limited Partnership

MOTION BY PLAINTIFFS EUGENE LIGER, ET AL TO CONDITIONALLY CERTIFY A COLLECTIVE ACTION PURSUANT TO §216(B) OF THE FLSA AND TO APPROVE A PROPOSED NOTIFICATION TO ALL PUTATIVE COLLECTIVE ACTION MEMBERS (19)

**AFTER ARGUMENT: GRANTED AS STATED FOR THE RECORD.**

JS-10: 00:26

___Fee_____
___Process_____
X  Dktd_____
___CtRmDep KC
___Doc.No._____

Dockets.Justia.com