MINUTE ENTRY
CHASEZ, M.J.
AUGUST 17, 2005

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                        CIVIL ACTION

VERSUS                                      NUMBER: 05-1969

NEW ORLEANS HORNETS NBA                     SECTION: "C"(5)
LIMITED PARTNERSHIP

### HEARING ON MOTION

APPEARANCES:   Stewart Niles, Dan Buras, Jennifer Anderson, Jane
               Heidingsfelder

MOTION:

(1) Plaintiffs' Motion for Protective Order, Sanctions, and
    Corrective Action (Rec. doc. 18).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR:   00:25

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

\_\_1\_\_ : Other. The motion is taken under advisement.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE