Liger et al v. New Orleans Hornets NBA Limited Partnership                                              Doc. 34
11/18/2005 18:05 FAX 985 871 0899    DAIGLE FISSE, PLC                              ☒003
Case 2:05-cv-01969-HGB-ALC   Document 34   Filed 11/18/2005   Page 1 of 2



```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 1 8 2005
LORETTA G. WHYTE
CLERK
```

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET. AL | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

### NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION ON BEHALF OF KARLSBERG AND HOLMES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who submit the following Consents to Join Collective Action executed by former New Orleans Hornets employees Dan Karlsberg and Lynn Holmes, both former sales employees, who, through the attached Consent to Join Collective Action, consent to join this Collective Action.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____
```

Respectfully submitted,

DAIGLE FISSE, PLC

_____
Howard Daigle (LA Bar # 4454 )
Daniel E. Buras, Jr. (LA Bar # 26226)
Elvige Cassard Richards (LA BAR # 19386)
P.O. Box 5350
Covington, LA 70434-5350
Telephone:    985.871.0800
Facsimile:    985.871.0899

### Certificate of Service

I do hereby certify that I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, via facsimile, or via other electronic means, properly addressed, and first class postage prepaid, this _18TH_ day of _November_, 2005.

_____
Daniel E. Buras, Jr.