FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 30  AM 11:24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL                           CIVIL ACTION

VERSUS                                        NO. 05-1969

NEW ORLEANS HORNETS NBA                       SECTION "C"
LIMITED PARTNERSHIP

ORDER

IT IS ORDERED that the motion to substitute counsel is DENIED WITHOUT PREJUDICE. Under LR83.2.11, a joint motion signed by both withdrawing and enrolling counsel is required.

New Orleans, Louisiana, this ____30th____ day of November, 2005.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd____
_✓_ CtRmDep___
___ Doc. No.___

Dockets.Justia.com