UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

FILED: _____

_____
DEPUTY CLERK

## MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Marcy Planer-Murray, Chris Stant, Chris Carter, Ivan Hinson, Amy Nicole Smith, Sam Steinmetz, Leslie Sumler, and Latousha Brown, who move to substitute Daniel E. Buras, Jr., Howard Daigle, Elvige Cassard Richards, and the law firm of Daigle Fisse, PLC as counsel of record for the above-named plaintiffs in place of Stewart E. Niles, Jr. and Lawrence J. Centola, III of Niles, Bourque & Fontana, LLC, f/k/a Niles, Salas, Bourque & Fontana, LC.

Respectfully submitted,

DAIGLE FISSE, PLC

_____
Howard Daigle (LA Bar # 4454)
Daniel E. Buras, Jr. (LA Bar # 26226)
Elvige Cassard Richards (LA BAR # 19386)
227 Highway 21
Madisonville, LA 70447

1

Dockets.Justia.com

Telephone:    985.871.0800
Facsimile:    985.871.0899
Mailing address:
P.O. Box 5350
Covington, LA 70434-5350


NILES, BOURQUE & FONTANA, LC

*[signature]*

Stewart E. Niles, Jr. (LA BAR # 10004)
Lawrence J. Centola, III (LA BAR # 27402)
909 Poydras St., suite 3500
New Orleans, LA 70112
Telephone: 504-310-8550
Facsimile: 504-310-8595


**Certificate of Service**

I do hereby certify that I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, via facsimile, or via other electronic means, properly addressed, and first class postage prepaid, this __13th__ day of __DECEMBER__, __2005__.

*[signature]*

Daniel E. Buras, Jr.

2