12/15/2005 16:01 FAX 985 871 0899  DAIGLE FISSE, PLC  @005  Doc. 39

Liger et al v. New Orleans Hornets NBA Limited Partnership
Case 2:05-cv-01969-HGB-ALC    Document 39    Filed 12/15/2005    Page 1 of 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC 15 A 7:36
LORETTA G. WHYTE
CLERK

EUGENE LIGER, ET AL                         CIVIL ACTION NO. 05-1969

Plaintiffs in a Collective Action           SECTION C

VERSUS                                       MAGISTRATE 05

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

Defendant

FILED: _____

_____
DEPUTY CLERK

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that Daniel E. Buras, Jr., Howard Daigle, Elvige Cassard Richards, and the law firm of Daigle Fisse, PLC is substituted as counsel of record for Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Marcy Planer-Murray, Chris Stant, Chris Carter, Ivan Hinson, Amy Nicole Smith, Sam Steinmetz, Leslie Sumler, and Latousha Brown, and replaces Stewart E. Niles, Jr. and Lawrence J. Centola, III of Niles, Bourque & Fontana, LLC, f/k/a Niles, Salas, Bourque & Fontana, LC.

New Orleans, Louisiana, this 14th day of December, 2005.

_____
JUDGE

3

___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

dockets.Justia.com