MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 16, 2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                              CIVIL ACTION

VERSUS                                            NUMBER: 05-1969

NEW ORLEANS HORNETS NBA                           SECTION: "C"(5)
LIMITED PARTNERSHIP

    Presently before the Court is the plaintiffs' motion for protective order, sanctions and corrective action. (Rec. doc. 18). A further status conference was conducted on this motion this date.

    PRESENT:  Stewart Niles, Jennifer Anderson, Dan Buras

    Referencing Exhibit G annexed to plaintiffs' motion, the only issue remaining before the Court deals with the issue of retaliation and how that shall be treated in the notice to the class.

    Referencing item 6 in the proposed notice, that paragraph shall read as follows:

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No_____

MJSTAR:  : 04

>       NO RETALIATION PERMITTED.
>
>       THE FAIR LABOR STANDARDS ACT PROHIBITS AN EMPLOYER FROM DISCHARGING YOU OR TAKING ANY OTHER ADVERSE EMPLOYMENT ACTION AGAINST YOU FOR THE PURPOSE OF RETALIATING AGAINST YOU BECAUSE YOU ELECT TO JOIN THIS LAWSUIT.
>
>       No adverse employment action will be taken against any current employee who communicates with any former employee of the New Orleans Hornets about issues in this litigation.

As the Court understands it, either the District Judge has ruled on other issues pertaining to the notice or the parties are otherwise in agreement as to what should be contained therein.

                                             ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE