UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

### ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that Daniel E. Buras, Jr., Howard Daigle, Elvige Cassard Richards, and the law firm of Daigle Fisse, PLC is substituted as counsel of record for Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Marcy Planer-Murray, Chris Stant, Chris Carter, Ivan Hinson, Amy Nicole Smith, Sam Steinmetz, Leslie Sumler, ~~Lynn Holmes~~, ~~Dan Karlsberg~~ and Latousha Brown, and replaces Stewart E. Niles, Jr. and Lawrence J. Centola, III. of Niles, Bourque & Fontana, LLC, f/k/a Niles, Salas, Bourque & Fontana, LC.

New Orleans, Louisiana, this 16th day of December, 2005.

_____
JUDGE