

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C** |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, GEORGE SHINN, SAM RUSSO, BARBARA BOOTH, KRISTY MCKEARN, AND BRENDAN DONOHUE** | |
| **Defendant** | |

### MOTION TO REDESIGNATE TRIAL ATTORNEY

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who state that they wish to redesignate Daniel E. Buras, Jr. of the Daigel Fisse law firm as trial attorney, in lieu of Howard Daigle, Jr. of the Daigle Fisse law firm, and further request that all electronic filings and the like be forwarded to Daniel E. Buras, Jr. as trial attorney.



Respectfully submitted,

_____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226) (T.A.)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT**

**STEWART E. NILES, JR.**
**LAWRENCE J. CENTOLA**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY**

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
**CO-COUNSEL FOR PLAINTIFF, SAMUEL TOBIAS STEINMETZ**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, this 21st day of December 2005.

_____