

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | CIVIL ACTION NO. 05-1969 |
| **Plaintiffs in a Collective Action** | SECTION C |
| **VERSUS** | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, GEORGE SHINN, SAM RUSSO, BARBARA BOOTH, KRISTY MCKEARN, AND BRENDAN DONOHUE** | |
| **Defendant** | |

### ORDER

Considering the above Motion to Redesignate Trial Attorney;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Daniel E. Buras, Jr. of the Daigle Fisse law firm be redesignated as trial attorney in the above matter, in lieu of Howard Daigle, Jr. and that all electronics filing and the like be forwarded to Daniel E. Buras, Jr. as designated trial attorney.

New Orleans, Louisiana, this 29th day of December, 2005.

_____
Judge, U.S. District Court