

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C** |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

## MOTION FOR LEAVE TO FILE
## THIRD AMENDED COLLECTIVE ACTION COMPLAINT
## AND JURY TRIAL REQUEST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs herein, Eugene Liger,

et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court

for leave of Court to allow them to file this Third Amended Collective Action Complaint and Jury

Trial Request against Defendant, the New Orleans Hornets NBA Limited Partnership ("New Orleans

Hornets" or "Hornets"). Additional Plaintiffs have elected to join this collective action, and the

Complaint must be amended to attach a copy of their Notice of Consent to Join Suit. Accordingly,

no prejudice will be caused to any party by this Court granting leave for Plaintiffs to file this Third

N0019211.WPD                                                1

Dockets.Justia.com

Amended Collective Action Complaint and Jury Trial Request.

**WHEREFORE,** Plaintiffs pray that leave of Court be granted to file this Third Amended

Collective Action Complaint and Jury Trial Request.

Respectfully submitted,

_____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA  70447
Tel: 985.871.0800
Fax: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN
HINSON, ANTHONY MARTIN, ADAM NASH,
CHRIS CARTER, MARCY PLANER-MURRAY,
LYNN HOLMES, DAN KARLSBERG,
CHRISTOPHER STANT, SAM STEINMETZ, AMY
NICOLE SMITH, LESLIE SUMLER, LATOUSHA
BROWN, AND KEN KLIEBERT**


**STEWART E. NILES, JR.
LAWRENCE J. CENTOLA**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY**


**ALAN F. KANSAS (27725)**
Kansa & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
**CO-COUNSEL FOR PLAINTIFF, SAMUEL TOBIAS
STEINMETZ**

2

**PLEASE SERVE**

**NEW ORLEANS HORNETS**
**NBA LIMITED PARTNERSHIP**
through its registered Agent for Service of Process,
**William Hines**
Jones, Walker
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C** |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

## RULE 7.6(e) CERTIFICATE

Pursuant to Rule 7.6(e) of the Federal Rules of Civil Procedure, Plaintiffs have contacted counsel for Defendant, New Orleans Hornets NBA Limited Partnership, and state that Defendant does not oppose the filing of Plaintiffs' Third Amended Collective Action Complaint and Jury Trial Request.

905-01/Pleadings/Rule 7.6(e)Certificate

Respectfully submitted,

Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899

**ATTORNEYS FOR EUGENE LIGER,
IVAN HINSON, ANTHONY MARTIN,
ADAM NASH, CHRIS CARTER,
MARCY PLANER-MURRAY, LYNN
HOLMES, DAN KARLSBERG,
CHRISTOPHER STANT, SAM
STEINMETZ, AMY NICOLE SMITH,
LESLIE SUMLER, LATOUSHA
BROWN, AND KEN KLIEBERT**

**STEWART E. NILES, JR.
LAWRENCE J. CENTOLA**
NILES,    SALAS,    BOURQUE    &
FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY**

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
**CO-COUNSEL    FOR    PLAINTIFF,
SAMUEL TOBIAS STEINMETZ**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, this 30 day of December 2005.