FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -9 PM 3: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

## ORDER

Considering the foregoing Motion for Leave of Court to File Third Amended Collective Action Complaint and Jury Trial Request;

**IT IS HEREBY ORDERED** that leave of Court is hereby granted to Plaintiffs, Eugene Liger, et al., to file this Third Amended Collective Action Complaint and Jury Trial Request.

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____

dockets.Justia.com

New Orleans, Louisiana, this 9th day of January, 2006

_____
THE HONORABLE HELEN G. BERRIGAN
JUDGE, DIVISION "C"
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA