FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -9  PM 3: 25

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

### THIRD AMENDED COLLECTIVE ACTION COMPLAINT AND JURY TRIAL REQUEST

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who file this Third Amended Collective Action Complaint and Jury Trial Request against Defendant, the New Orleans Hornets NBA Limited Partnership ("New Orleans Hornets" or "Hornets"), with leave of Court, by amending, supplementing, and/or substituting the following as the original, First Amended Collective Action Complaint and Jury Trial Request, and Second Amended Collective Action Complaint and Jury Trial Request as follows:

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Dockets.Justia.com

I.

The introduction to Paragraph 2 of the Second Amended Collective Action Complaint and Jury Trial Request is amended as follows:

2. The following persons are named Plaintiffs, each of whom have executed a Plaintiff Consent Form to join the collective action lawsuit as a Plaintiff to assert claims against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C. '201 et seq, attached hereto as Exhibits A - L, N - P.

II.

The following subparagraphs identifying additional Plaintiffs who have consented to join the lawsuit against the New Orleans Hornets as a party Plaintiff to assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., are hereby added as Paragraphs 2(M), 2(N), and 2(O) to Paragraph 2 of the First Amended Collective Action Complaint and Jury Trial Request, and Second Amended Collective Action Complaint and Jury Trial Request.

M. Plaintiff, Lynn Holmes (hereinafter "Holmes"), a resident of East Baton Rouge Parish, State of Louisiana, worked as a sales employee for the Hornets.

N. Plaintiff, Dan Karlsberg (hereinafter "Karlsberg"), a resident of the city of Boca Raton, State of Florida, worked as a sales employee for the Hornets.

O. Plaintiff, Ken Kliebert (hereinafter "Kliebert"), a resident of the Parish of Jefferson, State of Louisiana, worked as a sales employee for the Hornets.

III.

The following paragraphs are added following Paragraph 102 of the First Amended Collective Action Complaint and Jury Trial Request and Second Amended Collective Action

Complaint and Jury Trial Request as follows:.

## COUNT VII

103. Plaintiffs incorporate by reference Paragraphs 1-51 above.

104. Plaintiffs bring this action on behalf of themselves and Similarly Situated Employees identified on the document identified as Exhibit M attached to Plaintiffs Second Amended Complaint and Jury Trial Request (collectively referred to as "Admitted Exemption Plaintiffs") pursuant to 29 U.S.C. § 216(b). Admitted Exemption Plaintiffs are individuals who, either by name or job classification, were, or are, employed by Defendant and who were identified through Exhibit M as non-exempt employees entitled to overtime compensation by Defendants.

105. During the statutory period, Admitted Exemption Plaintiffs routinely worked in excess of forty (40) hours per week without overtime compensation.

106. Admitted Exemption Plaintiffs are entitled to receive overtime compensation based upon full and accurate salary plus commission compensation and other benefits, including the salary Defendants were obligated to pay.

107. Admitted Exemption Plaintiffs are entitled to receive overtime compensation based on all sales commissions to which they were entitled, including those that were not paid by Defendants.

108. Defendants failure to pay overtime to Admitted Exemption Plaintiffs violates the provisions of the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq., specifically § 207(a)(1). As a result of this unlawful practice, the Admitted Exemption Plaintiffs suffered a loss of wages.

109. Defendants knew, or showed reckless disregard for the fact, that Defendants' failure to pay overtime compensation to Admitted Exemption Employees was in violation of law.

110. Admitted Exemption Employees are entitled to Judgment against Defendants for an amount equal to unpaid overtime compensation at the applicable overtime rate, an amount equal to any unpaid overtime compensation as liquidated damages, all costs and attorney's fees incurred prosecuting this claim, leave to add additional Plaintiffs by motion, the filing of written consent forms, or any other methods approved by the Court, any other relief afforded under state and federal law, and for such further equitable and legal relief as the Court deems just and equitable.

## COUNT VIII

103. Plaintiffs incorporate by reference Paragraphs 1-51 above.

104. Plaintiffs bring this action on behalf of themselves and Similarly Situated Employees identified on the document identified as Exhibit M attached to Plaintiffs Second Amended Complaint and Jury Trial Request (collectively referred to as "Improperly Classified Exemption Plaintiffs") pursuant to 29 U.S.C. § 216(b). Improperly Classified Exemption Plaintiffs are individuals who, either by name or job classification, were, or are, employed by Defendant and who were improperly identified through Exhibit M as exempt employees by Defendants, but who are entitled to overtime compensation.

105. During the statutory period, Improperly Classified Exemption Plaintiffs routinely worked in excess of forty (40) hours per week without overtime compensation.

4

106. Improperly Classified Exemption Plaintiffs are entitled to receive overtime compensation based upon full and accurate salary plus commission compensation and other benefits, including the salary Defendants were obligated to pay.

107. Improperly Classified Exemption Plaintiffs are entitled to receive overtime compensation based on all sales commissions to which they were entitled, including those that were not paid by Defendants.

108. Defendants failure to pay overtime to Improperly Classified Exemption Plaintiffs violates the provisions of the Federal Fair Labor Standards Act, 29 U.S.C. § 201 et seq., specifically § 207(a)(1). As a result of this unlawful practice, the Admitted Exemption Plaintiffs suffered a loss of wages.

109. Defendants knew, or showed reckless disregard for the fact, that Defendants' failure to pay overtime compensation to Improperly Classified Exemption Plaintiffs was in violation of law.

110. Improperly Classified Exemption Plaintiffs are entitled to Judgment against Defendants for an amount equal to unpaid overtime compensation at the applicable overtime rate, an amount equal to any unpaid overtime compensation as liquidated damages, all costs and attorney's fees incurred prosecuting this claim, leave to add additional Plaintiffs by motion, the filing of written consent forms, or any other methods approved by the Court, any other relief afforded under state and federal law, and for such further equitable and legal relief as the Court deems just and equitable.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson,

Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, and Ken Kliebert, individually and on behalf of all Similarly Situated Employees, pray that after due proceedings are had, there be a judgment recognizing this matter as a collective action pursuant to § 216(b) of the FLSA, confirm salary, commission compensation and other benefits, including a full accounting of ticket sales for commission compensation, and that there be a judgment in favor of the Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, and Ken Kliebert, individually and on behalf of Similarly Situated Employees, and against Defendants, New Orleans Hornets NBA Limited Partnership, awarding all overtime compensation, liquidated damages, expenses, attorneys fees, costs, and all other general, legal and equitable relief, with legal interest as allowed by law on all amounts owed hereon.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, and Ken Kliebert, individually and on behalf of all Similarly Situated Employees, pray that Plaintiffs are granted leave to notify Similarly Situated Employees of this Collective Action and/or to add Similarly Situated Employees as additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, and Ken Kliebert, individually and on behalf of all Similarly Situated Employees, pray for leave to amend to add all claims

permitted under applicable state or federal law

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, and Ken Kliebert, individually and on behalf of all Similarly Situated Employees, pray for trial by jury on all issues raised herein.

Respectfully submitted,

Howard Daigle (#4454)
Daniel E. Butas, Jr. (#26226)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899

**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT**

**STEWART E. NILES, JR.
LAWRENCE J. CENTOLA**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY**

                                      **ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
**CO-COUNSEL FOR PLAINTIFF, SAMUEL TOBIAS STEINMETZ**

**PLEASE SERVE**

**NEW ORLEANS HORNETS**
**NBA LIMITED PARTNERSHIP**
through its registered Agent for Service of Process
**William Hines**
Jones, Walker
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                              CIVIL ACTION NO. 05-1969

Plaintiffs in a Collective Action                 SECTION C

VERSUS                                            MAGISTRATE 05

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

Defendant

FILED:_____

_____
DEPUTY CLERK

## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. 201 et seq.

Signature: Holmes     Date: 8/25/05

Print Name: Lynn J. Holmes

Address (with apartment number if applicable): 3044 Hundred Oaks Ave.

City, State, Zip Code: Baton Rouge, LA 70808

Home Telephone Number: 225 241 0786

Work Telephone Number: 225 248 1230

Cell Phone Number: 225 241 0786

EXHIBIT N

*lynnj_holmes@yahoo.com*
E-Mail Address

*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*
Social Security Number

Fax to:   Niles, Salas, Bourque & Fontana, L.C.
          Attn: Daniel E. Buras, Jr.
          Facsimile (504) 310-8595

Or Mail to:   Niles, Salas, Bourque & Fontana, L.C.
              Attn: Daniel E. Buras, Jr.
              909 Poydras Street, Suite 3500
              New Orleans, LA 70112
              (504) 310-8555

{N0021084.DOC}

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL**<br><br>**Plaintiffs in a Collective Action**<br><br>VERSUS<br><br>**NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, GEORGE SHINN, SAM RUSSO, BARBARA BOOTH, KRISTY MCKEARN, AND BRENDAN DONOHUE**<br><br>**Defendant** | CIVIL ACTION NO. 05-1969<br><br>SECTION C<br><br>MAGISTRATE 05 |

FILED:_____

_____
DEPUTY CLERK

## NEW ORLEANS HORNETS
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff, utilizing Daniel E. Buras, Jr. and Daigle Fisse, PLC as counsel, and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*.

_Dan Karlsberg_   11/17/05
Signature                             Date

_Dan Karlsberg_
Print Name

_25 SE 3rd Place_
Address (with apartment number if applicable)

_Dania Beach, FL 33004_
City, State, Zip Code



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C** |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

### NEW ORLEANS HORNETS
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff, and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_Ken Kliebert_  11/29/05
Signature                               Date

KEN KLIEBERT
Print Name

3824 Civic St.
Address (with apartment number if applicable)

Metairie, LA 70001
City, State, Zip Code

504-304-1469
Home Telephone Number

_____
Work Telephone Number

EXHIBIT P

Cell Phone Number

_____
E-Mail Address

_437194741_____
Social Security Number

Fax to:     **DAIGLE FISSE, PLC**
            **Attn: Daniel E. Buras, Jr.**
            **Facsimile: (985) 871-0899**

Or mail to: **DAIGLE FISSE, PLC**
            **Attn: Daniel E. Buras, Jr.**
            **P.O. Box 5350**
            **Covington, LA  70447**
            **Telephone: (985) 871-0800**