# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, ET AL**                               **CIVIL ACTION**

**VERSUS**                                            **NO. 05-1969**

**NEW ORLEANS HORNETS NBA**                           **SECTION "C"**
**LIMITED PARTNERSHIP**

## ORDER

IT IS ORDERED that the defendant in the above captioned matter will respond to Plaintiffs' Request for Expedited Hearing on Plaintiff's Motion for Court Approval of Amended Notice to Prospective Class Members and Amended Consent to Join and by Thursday, January 26, 2006, at noon. The Court will then determine whether an expedited hearing is necessary.

New Orleans, Louisiana this 23rd day of January, 2006.

_____
HELEN G. BERRIGAN
U.S. DISTRICT JUDGE