UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| EUGENE LIGER, ET. AL | CIVIL ACTION NO. 05-1969 |
|---|---|
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO RECONSIDER ORDER**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs herein, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respond to Defendant's "Expedited Motion to Reconsider Order" as follows:

1. On Friday, January 20, 2006, via e-mail, Counsel for Defendant received a copy of the Notice to Prospective Class Members and Consent to Join; however, through inadvertence Defendant did not receive a copy of Plaintiffs' Memorandum in Support of Request for Expedited Hearing on Plaintiffs' Motion for Court Approval ("Plaintiffs' Memorandum").

2. Because of clerical errors, counsel for Defendant did not receive a faxed copy of Plaintiffs' Memorandum on Friday, January 20, 2006.

3. However, on January 20, 2006, Defendant received an e-mail from counsel for Plaintiffs outlining Plaintiffs' argument in their Memorandum. See Exhibit "A".

{N0023386.DOC}
1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

4. Counsel for Plaintiffs contacted counsel for Defendant, on Tuesday, January 24, 2006 and left voice messages for two individual counselors for Defendant in an effort to ensure that counsel for Defendant, Jennifer Anderson and Jane Heidingsfelder received a copy of the Memorandum. Counsels for Defendant never returned the voice messages.

5. Instead, Defendant filed its "Expedited Motion to Reconsider Order" on Wednesday, January 25, 2006 and faxed a copy to counsel for Plaintiffs at 4:00 p.m.

6. On January 25, 2006 at 4:30 p.m., counsel for Defendant received a copy of Plaintiffs' Memorandum by fax.

7. On Wednesday, January 25, 2006, Trial Attorney for Defendant informed Plaintiffs that she had been out of town until that date, Wednesday, January 25, 2006.

8. On the evening of January 25, 2006, Counsel for Plaintiffs attempted to amicably resolve any miscommunication concerning service.

9. **Plaintiffs are willing to work with Defendant to allow Defendant adequate time to file its Opposition, and do not vehemently object to an extension of the cut-off date until January 30, 2006 at 12:00 for Defendant to file an opposition; however, Plaintiffs do not waive any rights or privileges, including Defendant's failure to timely seek review of the Magistrate's Order.**

10. Plaintiffs meant no malice or ill will to Defendant, Counsel for Defendant, or to

{N0023386.DOC}
2

this Court by the inadvertent miscommunication concerning service of Plaintiff's Memorandum.

          Respectfully submitted,

_____
**STEWART E. NILES, JR. (10004)**
**LAWRENCE J. CENTOLA (27402)**
NILES, BOURQUE & FONTANA, L.L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone:   (504) 310-8550
Facsimile:    (504) 310-8595

ATTORNEYS FOR JESSICA BERRY


**HOWARD DAIGLE (#4454)**
**DANIEL E. BURAS, JR. (#26226)**
**ELVIGE CASSARD RICHARDS (#19386)**
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899

**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT**

**ALAN F. KANSAS (27725)**
Kansas & Kansas, L.L.C.
1743 Stumpf Blvd., Suite 200
Gretna, LA 70054-1330
**CO-COUNSEL FOR PLAINTIFF, SAMUEL TOBIAS STEINMETZ**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, this 26 day of January 2006.

_____

{N0023386.DOC}
4

Page 1 of 3

**Michelle Bourque**

**From:** Larry Centola [lcentola@nileslawfirm.com]
**Sent:** Thursday, January 26, 2006 9:58 AM
**To:** mbourque@nileslawfirm.com
**Subject:** FW: Hornets - OT case

---

**From:** Dan Buras [mailto:dburas@daiglefisse.com]
**Sent:** Thursday, January 26, 2006 8:33 AM
**To:** LCentola@nileslawfirm.com
**Subject:** FW: Hornets - OT case

Larry attached is the e-mail sent to Jennifer

Dan Buras
DBuras@DaigleFisse.com
985-871-0800
Fax: 985-871-0899

---

**From:** Dan Buras [mailto:dburas@daiglefisse.com]
**Sent:** Friday, January 20, 2006 12:27 PM
**To:** 'Anderson, Jennifer'
**Cc:** 'Mary Ann Anderson'
**Subject:** RE: Hornets - OT case

Jennifer –

I was attempting to see if the Court was available for a conference call to resolve the Section 7 issues that have been discussed. Magistrate Chasez has not returned my call. Judge Berrigan's court stated that the Judge was not scheduling any conference calls and that we should submit the matter to the Court via a Motion for Expedited Hearing. I will be drafting this motion for Plaintiffs stating the following:

1) The Hornets agree to a 150 day notice period. Plaintiffs ask that a date be set for the running of the 150 period after the notice is approved.
2) The parties disagree regarding the language of the second paragraph of Section 7
3) Plaintiffs want their copy of the notice containing Magistrate Chasez' Section 7 language included

My argument will be short and straightforward: Magistrate Chasez' Order was served on the parties on December 20. Rule 72(a) gave the Hornets 10 days to object. More than 10 days have elapsed, and attempts by the Hornets to change the language approved by Magistrate Chasez are now prohibited.

I will be filing this memo with a request for expedited hearing this afternoon. If you change your mind about the objection to Section 7, please advise and I will correct the motion.

Dan Buras
DBuras@DaigleFisse.com
985-871-0800
Fax: 985-871-0899

---

**From:** Anderson, Jennifer [mailto:janderson@joneswalker.com]
**Sent:** Friday, January 20, 2006 9:59 AM
**To:** Dan Buras


EXHIBIT A

1/26/2006

**Cc:** LCentola@nileslawfirm.com; Spata, Georgian; Heidingsfelder, Jane
**Subject:** RE: Hornets - OT case

Dan:

I did not hear back from you yesterday regarding the notice. Please let me know your response to my prior e-mail regarding corrections and clarifications to the notice.

Also, I received a message from my secretary this morning stating that you had called and want to know my availability for a Court conference. Who is requesting a conference -- you or the Court? What is the subject or purpose of the conference? I am available Monday before 11:00 a.m. and after 2:00 p.m. Let me know if you need other dates and times, and please let me know the subject of the conference before scheduling anything with the Court.

Thanks,

Jennifer

---

**From:** Dan Buras [mailto:dburas@daiglefisse.com]
**Sent:** Thursday, January 19, 2006 9:37 AM
**To:** Anderson, Jennifer; Heidingsfelder, Jane
**Cc:** LCentola@nileslawfirm.com; 'Mary Ann Anderson'
**Subject:** Hornets - OT case

Jennifer –

I received your communication about the notice. I will review Magistrate Chasez' order and discuss your proposals with Larry before I respond. Please advise when you might be available after lunch to discuss this matter.

Dan

Daniel E. Buras, Jr.
DAIGLE FISSE, PLC
P.O. Box 5350
Covington, LA 70434-5350
Tel: (985) 871-0800
Fax: (985) 871-0899
E-mail: dburas@daiglefisse.com
Physical address:
227 Hwy. 21
Madisonville, LA 70447

**CONFIDENTIALITY NOTICE:** This electronic transmission and the information contained herein is transmitted to and intended for the use of the addressee(s). If you are not an intended recipient of this message, you are advised that any further dissemination, copy or distribution of this message is strictly prohibited. If you have received this message in error, please notify the sender by return e-mail or telephone (985) 871-0800 and delete the message in its entirety.

**IRS CIRCULAR 230 DISCLOSURE:** Pursuant to U.S. Treasury Regulations, we are now required to advise you that, unless explicitly stated above to the contrary: (1) the contents and conclusions (if any) contained in this communication (including any attachments) are preliminary in nature and do not express a formal opinion contemplated by IRS Circular 230; (2) nothing contained in this communication (including any attachments) is intended to be used, or may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code; and (3) any statement contained in this communication (including any attachments) relating to any federal tax issue may not be used by any person to support the promotion, marketing of, or used to

recommend any transaction or matter addressed in this communication.