UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JAN 31 PM 3: 54
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| EUGENE LIGER, ET. AL | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

FILED:_____

_____
DEPUTY CLERK

### MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM
### TO DEFENDANT'S OPPOSITION TO
### MOTION FOR APPROVAL OF AMENDED NOTICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs herein, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for Leave of Court to allow them to file this Reply Memorandum to Defendant's Opposition to Motion for Approval of Amended Notice.

**WHEREFORE,** plaintiffs pray that leave of court be granted to file this Reply Memorandum to Defendant's Opposition to Motion for Approval of Amended Notice.

Respectfully submitted,

_____
**STEWART E. NILES, JR.  (10004)**
**LAWRENCE J. CENTOLA, III (27402)**
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor

N0020678.WPD

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep____
___ Doc. No ____

New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
Attorneys for Plaintiffs
ATTORNEYS FOR JESSICA BERRY


HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899

ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT

**Certificate of Service**

I certify that a copy of the above and foregoing has been served upon opposing counsel by placing same, postage pre-paid, properly addressed, in the United States mail this 31 day of January, 2006.

_____