UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET. AL                                   CIVIL ACTION NO. 05-1969

    **Plaintiffs in a Collective Action**              SECTION C

VERSUS                                                 MAGISTRATE 05

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

    **Defendant**


FILED:_____              _____

                                                   **DEPUTY CLERK**

### ORDER

Considering the foregoing Motion for Leave of Court to File Reply Memorandum to

Defendant's Opposition to Motion for Approval of Amended Notice;

    **IT IS HEREBY ORDERED** that leave of court is hereby granted to plaintiffs, Eugene

Liger, et al., to file this Reply Memorandum to Defendant's Opposition to Motion for Approval

of Amended Notice.

New Orleans, Louisiana, this _1st_ day of _February_, 2006.

_____
                              JUDGE

N0020678.WPD

    Fee_____
    Process_____
X  Dktd_____
    CtRmDep_____
    Doc. No_____

Dockets.Justia.com