```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2006 MAR -3 PM 1:40

                LORETTA G. WHYTE
                     CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| **VERSUS** | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Michael D. Fisse of the Daigle Fisse & Kessenich, PLC law firm be and is hereby enrolled as additional counsel of record for Plaintiff, Eugene Liger, et al.

Signed this 3rd day of March, 2006, New Orleans, Louisiana.

_____
JUDGE, U.S. DISTRICT COURT

```
___ Fee_____
___ Process_____
 X  Dktd_____
 V  CtRmDep_____
___ Doc. No_____
```