

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER,** *ET AL.* | * | **CIVIL ACTION NO. 05-1969** |
| | * | |
| **VERSUS** | * | **SECTION "C"** |
| | * | |
| **NEW ORLEANS HORNETS** | * | **MAGISTRATE 05** |
| **NBA LIMITED PARTNERSHIP** | * | |
| | * | |

* * * * * * * * * * * * * * * * *

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Eugene Liger, Jessica Berry, Latousha Brown, Chris Carter, Ivan Hinsen, Lynn Holmes, Dan Karlsberg, Ken Kliebert, Anthony "Tony" Martin, Adam Nash, Marcy Planner-Murray, Amy Nicole Smith, Chris Stant, Sam Steinmetz, and Leslie Sumler (collectively, the "Plaintiffs"), and Defendant, New Orleans Hornets NBA Limited Partnership ("Defendant" or "Hornets") and move this Court to enter the attached Protective Order to govern disclosure of all confidential documents, testimony, and information in this matter defined as set forth in the attached Protective Order. The parties submit that entry of the Protective Order will facilitate the discovery and handling of such documents, testimony, and information in this matter.

{N1461163.1}

**WHEREFORE**, all parties pray that their Joint Motion for Entry of Protective Order be granted and that the Court enter the attached Protective Order.

Respectfully submitted,

---
Howard Daigle (La. Bar #4454)
Daniel E. Buras, Jr. (La. Bar #26226)
Elvige Cassard Richards (La. Bar #19386)
*Daigle Fisse, PLC*
227 Highway 21
Madisonville, LA 70447
Telephone: (985) 871-0800
Facsimile: (985) 871-0899
**Counsel for Plaintiffs Eugene Liger, Ivan Hinson, Anthony Martin, Adam Nash, Chris Carter, Marcy Planner-Murray, Lynn Holmes, Dan Karlsberg, Christopher Stant, Sam Steinmetz, Amy Nicole Smith, Leslie Sumler, Latousha Brown, and Ken Kliebert**

---
Stewart E. Niles, Jr. (La. Bar #10004)
Lawrence J. Centola, Jr. (La. Bar #27402)
*Niles, Bourque & Fontana, LC*
909 Poydras, Suite 3500
New Orleans, LA 70112
Telephone: (504) 310-8550
Facsimile: (504) 310-8595
**Counsel for Plaintiff Jessica Berry**

---
Sidney F. Lewis, V (La. Bar #17026)
Jennifer L. Anderson, T.A. (La. Bar #23620)
Jane H. Heidingsfelder (La. Bar #28604)
*Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.*
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
**Counsel for Defendant, New Orleans Hornets NBA L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via the United States Mail, properly addressed and first class postage prepaid, on this 20th day of March, 2006.

*[signature]*