

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, *ET. AL.* | * | CIVIL ACTION NO. 05-1969 |
| VERSUS | * | SECTION "C" |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | * | MAGISTRATE 05 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>CONSENT MOTION TO WITHDRAW AS ADDITIONAL COUNSEL OF RECORD</u>

MAY IT PLEASE THE COURT:

Alan Kansas files this unopposed motion to withdraw as additional counsel of record for Plaintiff Samuel Steinmetz. Mr. Steinmetz is currently represented in this case by Howard Daigle, Dan Buras and Elvige Cassard Richards of Daigle Fisse, PLC, and he has consented to the withdrawal of Alan Kansas as his additional counsel in this case.

Undersigned counsel has conferred with counsel for all parties to this litigation, and each has consented to the withdrawal of Alan Kansas as additional counsel of record for Sam Steinmetz.

WHEREFORE, PREMISES CONSIDERED, attorney Alan Kansas, respectfully requests that the Court grant this motion to withdraw and remove Alan Kansas as additional counsel for Sam Steinmetz in this case.



Respectfully Submitted
Kansas & Kansas, LLC

*[signature: Alan Kansas]*

Alan Kansas, LSBA # 27725
1743 Stumpf, Blvd., Suite 200
Gretna, LA 70056
(504) 361-3133
Fax (504) 361-4475

### Certificate of Conference

I hereby certify that I have conferred with counsel for each party to this case, and each has consented to my withdrawal as additional counsel for Sam Steinmetz.

*[signature: Alan Kansas]*

Alan F. Kansas

### Certificate of Service

I hereby certify that the above pleading has been served on all counsel of record via U.S. Mail this 23nd day of March, 2006.

*[signature: Alan Kansas]*

Alan F. Kansas