FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -3 PM 3: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, *ET. AL.* | * | CIVIL ACTION NO. 05-1969 |
| | * | |
| VERSUS | * | SECTION "C" |
| | * | |
| NEW ORLEANS HORNETS | * | MAGISTRATE 05 |
| NBA LIMITED PARTNERSHIP | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Additional Counsel of Record filed by attorney Alan Kansas,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is GRANTED, and Alan Kansas is removed as additional counsel of record in this case.

Signed this 30th day of March 2006.

_____
JUDGE

Fee _____
Process _____
X Dktd _____
✓ CtRmDep _____
Doc. No _____