```
                                FILED
                          U.S. DISTRICT COURT
                         EASTERN DISTRICT OF LA

                          2006 APR 21  PM 4:51

                           LORETTA G. WHYTE
                                CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

### MOTION FOR LEAVE TO FILE
### FOURTH AMENDED COLLECTIVE ACTION COMPLAINT
### AND JURY TRIAL REQUEST

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs herein, Eugene Liger, et al, ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for Leave of Court to allow them to file this Fourth Amended Collective Action Complaint and Jury Trial Request against Defendant, the New Orleans Hornets NBA Limited Partnership ("New Orleans Hornets" or "Hornets"). Additional Plaintiffs have elected to join this collective action following delivery of the Notice of Consent authorized by the Court. the Complaint must be amended to attach a copy of the Consent to Join executed by these Plaintiffs in accordance with the direction of the Court. Accordingly, no prejudice will be caused to any party by this Court granting Leave for Defendant to file this Fourth Amended Collective Action Complaint and Jury Trial Request.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
___ Doc. No____
```

**WHEREFORE,** plaintiffs pray that leave of court be granted to file this Fourth Amended Collective Action Complaint and Jury Trial Request.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

_____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899

**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT.
CO-COUNSEL FOR KEVIN J. BUCKEL**

**STEWART E. NILES, JR.
LAWRENCE J. CENTOLA**
NILES, BOURQUE & FONTANA, LLC
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY
CO-COUNSEL FOR KEVIN J. BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same via facsimile, e-mail, and/or via the U.S. mail, properly addressed, postage prepaid, this ___ day of April, 2006.

_____