FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 25 AM 11:25
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| **VERSUS** | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

### ORDER

Considering the foregoing Motion for Leave of Court to File Fourth Amended Collective Action Complaint and Jury Trial Request;

**IT IS HEREBY ORDERED** that leave of Court is hereby granted to plaintiffs, Eugene Liger, et al, to file this Fourth Amended Collective Action Complaint and Jury Trial Request.

New Orleans, Louisiana, this 24th day of April, 2006.

_____
THE HONORABLE HELEN G. BERRIGAN
JUDGE, U.S. DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____