FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25  AM 11: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C** |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

## FOURTH AMENDED COLLECTIVE ACTION COMPLAINT AND JURY TRIAL REQUEST

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who file this Fourth Amended Collective Action Complaint and Jury Trial Request against Defendant, the New Orleans Hornets NBA Limited Partnership ("New Orleans Hornets" or "Hornets"), with leave of court, by amending, supplementing, and/or substituting the following as the original, First Amended Collective Action Complaint and Jury Trial Request, Second Amended Collective Action Complaint and Jury Trial Request and Third Amended Collective Action Complaint and Jury Trial Request as follows:

1

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

I.

The introduction to Paragraph 2 of the Second Amended Collective Action Complaint and Jury Trial Request is amended as follows:

2. The following persons are named plaintiffs, each of whom have executed a Plaintiff Consent Form to join the collective action lawsuit as a Plaintiff to assert claims against Defendants for violations of the Fair Labor Standards Act, 29 U.S.C. '201 et seq, attached hereto as Exhibits A - L, N - Q.

II.

The following subparagraphs identifying additional Plaintiffs who have consented to join the lawsuit against the New Orleans Hornets as a party Plaintiff to assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., are hereby added as Paragraphs 2(M), 2(N), and 2(O) to Paragraph 2 of the First Amended Collective Action Complaint and Jury Trial Request, and Second Amended Collective Action Complaint and Jury Trial Request.

P. Plaintiff, Kevin Buckel (hereinafter "Buckel"), a resident of Long Beach in the State of Mississippi, worked as a sales employee for the Hornets, whose Consent to Join is attached as Exhibit Q. Buckel joined this litigation after receiving Notice from the Court.

**WHEREFORE,** Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, Ken Kliebert and Kevin Buckel, individually and on behalf of all Similarly Situated Employees, pray that after due proceedings are

had, there be a judgment recognizing this matter as a collective action pursuant to § 216(b) of the FLSA, confirm salary, commission compensation and other benefits, including a full accounting of ticket sales for commission compensation, and that there be a judgment in favor of the Plaintiffs, Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, Ken Kliebert, and Kevin Buckel individually and on behalf of Similarly Situated Employees, and against defendants, New Orleans Hornets NBA Limited Partnership, awarding all overtime compensation, liquidated damages, expenses, attorneys fees, costs, and all other general, legal and equitable relief, with legal interest as allowed by law on all amounts owed hereon.

**WHEREFORE,** Plaintiffs, Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, Ken Kliebert, and Kevin Buckel, individually and on behalf of all Similarly Situated Employees, pray that Plaintiffs are granted leave to add Similarly Situated Employees as additional Plaintiffs by motion, the filing of written consent forms, or any other method approved by the Court.

**WHEREFORE,** Plaintiffs, Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, Ken Kliebert, and Kevin Buckel, individually and on behalf of all Similarly Situated Employees, pray for leave to amend to add all claims permitted under applicable state or federal law

**WHEREFORE,** Plaintiffs, Plaintiffs, Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer-Murray, Sam Steinmetz, Chris Stant, Leslie Sumler, Ivan Hinson, Amy Nicole Smith, Latousha Brown, Lynn Holmes, Dan Karlsberg, Ken Kliebert, and Kevin Buckel, individually and on behalf of all Similarly Situated Employees, restate their prayer for trial by jury on all issues raised herein.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

_____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Tel: 985.871.0800
Fax: 985.871.0899

**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT.
CO-COUNSEL FOR KEVIN J. BUCKEL.**

**STEWART E. NILES, JR.
LAWRENCE J. CENTOLA**
NILES, BOURQUE & FONTANA, LLC
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595

**ATTORNEYS FOR JESSICA BERRY.
CO-COUNSEL FOR KEVIN J. BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same via facsimile, e-mail, and/or via the U.S. mail, properly addressed, postage prepaid, this 2㏑ day of April, 2006.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_____KM_____    ___2-22-05___
Signature                               Date

___KEVIN BUCKEL___
Print Name

___Long Beach MS 39560___
City, State, Zip Code

___228-343-2245___
Home Phone

___228-328-1266___
Work Phone

___KBUCKEL@CABLEONE.NET___
E-Mail Address

Hornets - Plaintiff Consent to Join



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET. AL** | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | SECTION C |
| **VERSUS** | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| Defendant | |

### RULE 7.6(e) CERTIFICATE

Pursuant to Rule 7.6(e) of the Federal Rules of Civil Procedure, Plaintiffs have contacted counsel for Defendant, New Orleans Hornets NBA Limited Partnership, and state that Defendant does not oppose the filing of Plaintiffs' Fourth Amended Collective Action Complaint and Jury Trial Request.

905-01/Pleadings/Rule 7.6(e)Certificate

Respectfully submitted,

DAILGE FISSE & KESSENICH, PLC

_____
Howard Daigle (#4454)
Daniel E. Burgs, Jr. (#26226)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA  70447
Tel: 985.871.0800
Fax: 985.871.0899

**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, AND KEN KLIEBERT CO-COUNSEL FOR KEVIN BUCKEL**

**STEWART E. NILES, JR.
LAWRENCE J. CENTOLA**
NILES, BOURQUE & FONTANA, LLC
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY CO-COUNSEL FOR KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, this ___ day of April, 2006. .

_____

905-01/Pleadings/Rule 7.6(e)Certificate