

```
                                                        FILED
                                                  U.S. DISTRICT COURT
                                                EASTERN DISTRICT OF LA

                                                  2006 JUN 27  P 4:29

                                                   LORETTA G. WHYTE
                                                         CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER, ET AL** | * | CIVIL ACTION NO. 05-1969 |
| | * | |
| **Plaintiffs in a Collective Action** | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | * | |
| | * | |
| **Defendant** | * | |

### UNOPPOSED MOTION FOR EXPEDITED RULING ON UNOPPOSED MOTION TO SEND MODIFIED NOTICE TO NEWLY IDENTIFIED/LOCATED PUTATIVE CLASS MEMBERS AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Eugene Liger, et al ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for an expedited ruling on their Unopposed Motion To Send Modified Notice To Newly Identified/Located Putative Class Members. This request for expedited ruling is unopposed by Defendant, after consultation with its counsel, and is made by Plaintiffs in the interest of protecting the rights of newly identified or located class members due to the strict time constraints set forth in the modified Notice submitted by Plaintiffs, also without opposition by Defendant, attached to the Unopposed Motion.

{N1518216.1}

```
___ Fee_____
___ Process____
 X  Dktd_____
 ✓  CtRmDep___
___ Doc. No____
```

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order granting this Motion and rule on this matter on an expedited basis.

Respectfully submitted,

Howard Daigle, Jr. (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard (#19386)
DAIGLE, FISSE & KESSENICH, P.L.C.
P. O. Box 5350
Covington, LA 70434
Telephone:   985.871.0800
Facsimile:   985.871.0899
e-mail:   hdaigle@daiglefisse.com
e-mail:   dburas@daiglefisse.com
e-mail:   ecassard@daiglefisse.com
**ATTORNEYS FOR PLAINTIFFS, EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEN KLIEBERT AND KEVIN BUCKEL**

_____
Stewart E. Niles, Jr. (#10004)
Lawrence J. Centola (#27402)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone:   504.310.8550
Facsimile:   504.310.8595
e-mail:   sniles@nileslawfirm.com
e-mail:   lcentola@nileslawfirm.com

{N1518216.1}

        **ATTORNEYS FOR PLAINTIFFS, JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same in the U.S. mail, properly addressed and postage prepaid, or by any other means authorized under law, this 27th day of June, 2006.

_____

{N1518216.1}