

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER, ET AL** | * | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | * | SECTION C |
| versus | * | MAGISTRATE 05 |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | * | |
| Defendant | * | |

### ORDER FOR EXPEDITED RULING

Considering the Unopposed Motion for Expedited Ruling on the Unopposed Motion To Send Modified Notice To Newly Identified/Located Putative Class Members, and finding it to be meritorious:

**IT IS ORDERED** that the Unopposed Motion for Expedited Ruling on the Unopposed Motion To Send Modified Notice To Newly Identified/Located Putative Class Members be and it is hereby granted, and the subject unopposed motion will be ruled on expeditiously.

New Orleans, Louisiana, this 28th day of June, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

{N1518216.1}

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____