UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 27 P 4:31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| EUGENE LIGER, ET AL | * | CIVIL ACTION NO. 05-1969 |
| | * | |
| **Plaintiffs in a Collective Action** | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | * | |
| | * | |
| **Defendant** | * | |

**UNOPPOSED MOTION TO SEND MODIFIED NOTICE
TO NEWLY IDENTIFIED/LOCATED PUTATIVE CLASS MEMBERS
AND INCORPORATED MEMORANDUM IN SUPPORT**

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, Eugene Liger, et al, ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for an order approving modifications to the Notice and Plaintiff Consent Form and authorizing said modified Notice and Plaintiff Consent Form to be mailed to seventeen putative class members who have been newly named or located by Defendant. Counsel for Defendant has stated there is no opposition to this motion.

Defendant has provided to Plaintiffs the names of additional members of the putative class and corrected addresses for some previously identified putative class members. The parties have agreed that the attached revised Notice (Exhibit A) and Plaintiff Consent Form (Exhibit B) can be forwarded to these seventeen persons, either newly identified or newly located for Plaintiffs, in accordance with the Court's prior initial, conditional certification of this matter as a collective action.

The only revision to the Notice from its previous version as approved by the Court is

{N1518220.1}

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Dockets.Justia.com

that the return date by which the seventeen newly named or identified putative class members must respond is November 9, 2006. This change allows sufficient time for Plaintiffs' counsel to receive any signed Consent pursuant to the modified Notice and Consent to Join and make the appropriate filing with the Court.

The only change to the Plaintiff Consent Form is that the name of Elvige Cassard has been added after Dan Buras' name as the attorneys to whom the putative class members should respond at the Daigle Fisse & Kessenich law firm.[1]

Accordingly, without Defendant's opposition, Plaintiffs respectfully move this Honorable Court to approve the attached modified Notice to Prospective Class Members and Plaintiff Consent Form, to be sent to the seventeen (17) newly identified/located putative class members in the captioned matter.

Respectfully submitted,

Howard Daigle, Jr. (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard (#19386)
DAIGLE, FISSE & KESSENICH, P.L.C.
P. O. Box 5350
Covington, LA 70434
Telephone:   985.871.0800
Facsimile:   985.871.0899
e-mail:   hdaigle@daiglefisse.com
e-mail:   dburas@daiglefisse.com
e-mail:   ecassard@daiglefisse.com
ATTORNEYS FOR PLAINTIFFS, EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEN KLIEBERT AND KEVIN BUCKEL

---

[1] Dan Buras has been called up to active military service and will be on military leave of absence for a year.

{N1518220.1}

_[signature]_
Stewart E. Niles, Jr. (#10004)
Lawrence J. Centola, (#27402)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone:   504.310.8550
Facsimile:    504.310.8595
e-mail:         sniles@nileslawfirm.com
e-mail:         lcentola@nileslawfirm.com
ATTORNEYS FOR PLAINTIFFS, JESSICA
BERRY AND KEVIN BUCKEL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by placing a copy of same in the U.S. mail, properly addressed and postage prepaid, or by any other means authorized under law, this 27th day of June 2006.

_[signature]_

{N1518220.1}

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

## NOTICE

To: All current and former employees of The New Orleans Hornets NBA Limited Partnership ("Hornets") who worked for the Hornets at any time between August 2002 to present and, at any time therein, worked over 40 hours per week without being paid time and half for the hours worked over 40 hours per week, as described more specifically in Section 3 of this Notice:

Re:  Fair Labor Standards Act Lawsuit Filed Against the New Orleans Hornets NBA Limited Partnership

### 1. INTRODUCTION.

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you fit the definition of the class described in Section 3 of this Notice, should you decide that it is appropriate and should you choose to do so.

### 2. DESCRIPTION OF THE LAWSUIT.

In May 2005, former and current employees of the Hornets brought this lawsuit against the Hornets on behalf of themselves and all other past and present employees of the Hornets in the United States District Court for the Eastern District of Louisiana, alleging that they and other similarly situated former and current employees are owed unpaid overtime under the Fair Labor Standards Act. After the lawsuit was filed, other current and former employees joined the lawsuit as named Plaintiffs and have asserted the same claims.



EXHIBIT "A"

The Plaintiffs allege that the Hornets willfully failed to properly calculate overtime for themselves and other similarly situated former and current employees. The Plaintiffs seek overtime pay and an equal amount of pay as liquidated damages, as well as prejudgment interest, attorneys' fees and costs. This lawsuit is currently in the early pretrial stage.

The Hornets deny Plaintiffs' allegations and maintain that all employees were compensated in compliance with the Fair Labor Standards Act.

**3.   DEFINITION OF THE CLASS.**

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of:

All current and former employees of the Hornets who worked in any of the following categories or job classifications at any time between August 2002 to present and who worked, at any time therein, more than 40 hours per week without being paid time and half for all hours worked over 40 hours per week;

1. Special Events Coordinator;
2. Promotions and Events Assistant;
3. Ticket Operations Assistants;
4. Mascot Assistants;
5. Fan Development Representatives and/or Fan Relations Representatives;
6. Senior Guest Relations Representatives;
7. Senior Account Executives;
8. Account Executives and/or Sales Associates;
9. Receptionists;
10. Inside Ticket Sales Representatives and/or Marketing Representatives;
11. Group Sales Executives;
12. Sponsorship Sales Account Executive;
13. Sponsorship Services;
14. Sponsor Services Coordinator;
15. Public Relations Intern;
16. Inter-Office Courier;
17. Executive Assistant Basketball Operations;
18. Video Coordinator; and
19. Administrative Assistant Basketball Operations.

**4.   YOUR RIGHT TO PARTICIPATE IN THIS SUIT.**

If you fit the definition above, you may join this suit (that is, you may "opt in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at either of the following addresses:

Niles, Bourque & Fontana, L.C.                DAIGLE FISSE, PLC
909 Poydras Street, Thirty-Fifth Floor        P.O. Box 5350
New Orleans, Louisiana 70112                  Covington, LA  70434-5350

as soon as possible and in sufficient time to have Plaintiffs' counsel file it with the federal court on or before November 9, 2006. If you fail to return the "Consent to Become Party Plaintiff" form to Plaintiffs' counsel in sufficient time to have it filed by the date above, you may not be able to participate in this lawsuit.

If you file a "Plaintiff Consent Form," your right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

5.   **EFFECT OF JOINING THIS SUIT.**

If you choose to join in the suit, you will be bound by the Judgment, whether it is favorable or unfavorable. While this suit is proceeding, you may be required to respond to written questions, sit for depositions and/or testify in court.

The attorneys for the class Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. Your interest will be represented by the named Plaintiffs through their attorneys as counsel for the class. The class could (not would) be liable for costs if there is no recovery. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. By joining this lawsuit, you designate the named Plaintiffs as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the named Plaintiffs will be binding on you if you join this lawsuit.

6.   **LEGAL EFFECT OF NOT JOINING THIS SUIT.**

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to file your own lawsuit. However, because the passage of time may result in part or all of your claim being barred by the applicable statute of limitations, if you wish to participate in this lawsuit, it is important that you sign, date, and mail the attached consent form in sufficient time to have it filed by the date above in Section 4.

7.   **NO RETALIATION PERMITTED.**

The Fair Labor Standards Act prohibits an employer from discharging you or taking any other adverse employment action against you for the purpose of retaliating against you because you have exercised your rights under that law.

No adverse employment action will be taken against any current employee for communicating with any former employee of the New Orleans Hornets about issues in this litigation.

8. **YOUR LEGAL REPRESENTATION IF YOU JOIN.**

If you choose to join this lawsuit, your interest will be represented by the named Plaintiffs through their attorneys, as counsel for the class. Counsel for the class are:

> DAIGLE FISSE, PLC
>
> Howard Daigle (LA Bar # 4454)
> Daniel E. Buras, Jr. (LA Bar # 26226)
> Elvige Cassard Richards (LA BAR # 19386)
> 227 Highway 21
> Madisonville, LA 70447
> Telephone:   985.871.0800
> Facsimile:    985.871.0899
>
> Mailing address:
> P.O. Box 5350
> Covington, LA 70434-5350

and

> NILES, BOURQUE & FONTANA, LC
>
> Stewart E. Niles, Jr. (#10004)
> Lawrence Centola, III (#27402)
> 909 Poydras St., Suite 3500
> New Orleans, LA 70112
> Telephone: 504-310-8550
> Facsimile: 504-310-8595

9. **FURTHER INFORMATION.**

Further information about this Notice, the deadline for filing a "Plaintiff Consent Form," or questions concerning this lawsuit may be obtained by writing or telephoning Plaintiffs' counsel at the numbers and addresses stated above.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, HONORABLE HELEN G. BERRIGAN. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | **SECTION C** |
| **VERSUS** | **MAGISTRATE 05** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | |
| **Defendant** | |

### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. §201 et seq.

_____   _____
Signature                                                     Date

_____
Print Name

_____
(Address) City, State, Zip Code

_____
Home Phone

_____
Work Phone

_____
E-Mail Address



EXHIBIT "B"

Fax to:  DAIGLE FISSE & KESSENICH, PLC
Attn: Daniel E. Buras, Jr. or Elvige Cassard
Facsimile (985) 871-0899

Or

NILES, BOURQUE & FONTANA, L.C.
Attn: Lawrence J. Centola
Facsimile (504) 310-8595

Or Mail to: DAIGLE FISSE & KESSENICH, PLC
Attn: Daniel E. Buras, Jr. or Elvige Cassard
P.O. Box 5350
Covington, LA 70434-5350
(985) 871-0800

OR

NILES, BOURQUE & FONTANA, L.C.
Attn: Lawrence J. Centola
909 Poydras Street, Suite 3500
New Orleans, LA 70112
(504) 310-8556

E:\905-01 (Hornets OT)\NOTICE\HORNETS - FINAL - Plaintiff's Consent to Join.DOC