FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA 2006 JUN 29  AM 7: 29

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| EUGENE LIGER, ET AL | * | CIVIL ACTION NO. 05-1969 |
| | * | |
| Plaintiffs in a Collective Action | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP | * | |
| | * | |
| Defendant | * | |

## ORDER

Considering the foregoing Unopposed Motion to Send Modified Notice to Newly Identified/Located Putative Class Members and finding its premises well grounded:

IT IS ORDERED that the Unopposed Motion to Send Modified Notice to Newly Identified/Located Putative Class Members is hereby GRANTED; and that the modified Notice, attached hereto as Exhibit A, and the modified Plaintiff Consent Form, attached hereto as Exhibit B, may be mailed to the seventeen newly identified/located putative class members by Plaintiffs' counsel.

New Orleans, Louisiana, this 28ᵀᴴ day of June , 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd _____
_✓_ CtRmDep_____
___ Doc. No_____

{N1518220.1}