FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 25 PM 12: 10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
| Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT THAT THE FLSA'S AMUSEMENT/RECREATIONAL EXEMPTION IS INAPPLICABLE**

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), through undersigned counsel, and move this Honorable Court pursuant to Federal Rule of Civil Procedure 56 for a partial summary judgment that the defense raised by the Defendant herein, that it was allowed to avoid paying overtime to Plaintiffs and putative class members based upon the "amusement/recreational exemption" to the Fair Labor Standards Act, is inapplicable to this case, as explained in the accompanying memorandum.

Respectfully submitted,

BY: _____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226) (T.A.)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

\\df-s1\wpdata\905\905-01 (Hornets OT)\Pleadings\Summary Judgment\MSJ - Partial - Motion.doc

Dockets.Justia.com

Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR.
LAWRENCE J. CENTOLA
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Plaintiffs' Motion for Partial Summary Judgment That the FLSA's Amusement/Recreational Exception is Inapplicable as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 24TH day of August 2006.

\\df-s1\wpdata\905\905-01 (Hornets OT)\Pleadings\Summary Judgment\MSJ - Partial - Motion.doc