# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER, ET AL,** | * | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** | * | |
| | * | **SECTION C** |
| | * | |
| **versus** | * | **MAGISTRATE 05** |
| | * | |
| **NEW ORLEANS HORNETS NBA LIMITED** | * | |
| **PARTNERSHIP,** | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ELVIGE CASSARD

I, ELVIGE CASSARD, present the following Declaration, which is based on my personal knowledge.

1.      I am an attorney handling this case with the undersigned firm. In connection with Judge Berrigan's order authorizing the mailing of a Notice to putative Class Members in the captioned lawsuit, the undersigned law firm mailed out notices, with a return date of July 10, 2006, to the list of persons identified in the attached list provided by the Hornets. See attached Exhibit 1 (February 6, 2006 order); Exhibit 2 (Notice and Consent); Exhibit 3 (List from Hornets); and Exhibit 4 (letter from undersigned counsel confirming said mailing).



Dockets.Justia.com

2.      After undersigned law firm advised the Hornets of incomplete and or incorrect information on the list, the Hornets provided a supplemental list of seventeen new or newly located putative plaintiffs to receive a notice.  The court subsequently authorized the mailing of a notice to the seventeen newly named or located plaintiffs, with a return date of November 9, 2006, which has been accomplished.     See attached Exhibit 5 (Letter to Hornets advising of missing or incorrect information); Exhibit 6 (Responsive letter from Hornets providing supplemental information); Exhibit 7 (June 28, 2006, order authorizing mailing of notice; attached notice).

3.      The positions as to which unpaid overtime may create liability for the Hornets in this lawsuit are those held by the Plaintiffs who have joined the suit and by those putative class members whose notice period has not yet expired, all as determinable from the documents referenced above.

4.      The referenced documents reflect that the positions held by Plaintiffs and the seventeen putative class members as to whom the notice period is still open are the following:  Account Executives (sales); Executive Administrative Assistant; Fan Relations; Inside Sales; Corporate Sales Executive; Sponsorship Sales; Receptionist and Sales Assistant; Public Relations Intern; Video Coordinator; Ticket Sales Office Manager; Ticket Operations Assistant; and Ticket Sales Assistant/Receptionist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this _12_ day of August, 2006.

_____
ELVIGE CASSARD

Respectfully submitted,

BY: _____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226) (T.A.)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA  70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER,
IVAN HINSON, ANTHONY MARTIN,
ADAM NASH, CHRIS CARTER,
MARCY PLANER-MURRAY, LYNN
HOLMES, DAN KARLSBERG,
CHRISTOPHER STANT, SAM
STEINMETZ, AMY NICOLE SMITH,
LESLIE SUMLER, LATOUSHA
BROWN, KEVIN BUCKEL AND KEN
KLIEBERT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, ET AL**                                  **CIVIL ACTION**

**VERSUS**                                              **NO. 05-1969**

**NEW ORLEANS HORNETS NBA**                             **SECTION "C"**
**LIMITED PARTNERSHIP**

### ORDER AND REASONS

Before this Court is Plaintiffs' Request for Expedited Hearing on Plaintiffs' Motion for

Court Approval of Amended Notice to Prospective Class Members and Amended Consent to

Join. On December 16, 2005, Magistrate Judge Chasez entered an Order stating that a paragraph

in the Notice to Prospective Class Members should read as follows:

> No Retaliation Permitted.
>
> The Fair Labor Standards Act prohibits an employer from discharging you or
> taking any other adverse employment action against you for the purpose of
> retaliating against you because you elect to join this lawsuit.
>
> No adverse employment action will be taken against any current employee who
> communicates with any former employee of the New Orleans Hornets about
> issues in this litigation.

The Hornets did not appeal the order within ten days after being served with a copy of the

*EXHIBIT 1*

order, as is required under Federal Rule of Civil Procedure 72(a). According to the Motion

before this Court, the Hornets notified Plaintiffs' counsel that they wished to change the

language in the Notice that had already been approved by Magistrate Judge Chasez. (Rec. Doc.

54, Mem. in Supp. of Req. for Expedited Hr'g on Pl.'s Mot. for Ct. Approval of Am. Notice to

Prospectiv Class Members and Am. Consent to Join at 7-8.) Because the parties were unable to

agree on the disputed language, Plaintiffs filed this Motion asking this Court to approve the

language in the notice. The Hornets filed a response, arguing that the language approved by

Magistrate Judge Chasez is overbroad and asking this Court to authorize the use of different

language in the Notice. The Hornets are claiming that, as written, an employee who commits

some act worthy of an adverse employment action that has nothing to do with this lawsuit could

argue that they are insulated from such adverse action if they ever at any time communicated

with a former employee about the lawsuit. While this Court finds that such a scenario is unlikely,

it agrees that the sentence could technically be interpreted in such a manner.

Thus, the Court finds that the language in the Notice should read as follows:

> No Retaliation Permitted.

> The Fair Labor Standards Act prohibits an employer from discharging you or taking any other adverse employment action against you for the purpose of retaliating against you because you elect to join this lawsuit.

> No adverse employment action will be taken against any current employee for communicating with any former employee of the New Orleans Hornets about issues in this litigation.

IT IS ORDERED that the Plaintiffs' Motion for Court Approval of Amended Notice to

Prospective Class Members and Amended Consent to Join is PARTIALLY GRANTED AND

PARTIALLY DENIED. Before mailing, the Plaintiffs must amend Section 7 of the Notice to mirror

the language above that is approved by this Court. No hearing will be held on this Motion.

New Orleans, Louisiana this 6th day of February, 2006.

HELEN G. BERRIGAN
U.S. DISTRICT JUDGE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, ET AL.**

**Plaintiffs in a Collective Action**

**VERSUS**

**NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP**

**Defendant**

**CIVIL ACTION NO. 05-1969**

**SECTION C**

**MAGISTRATE 05**

## NOTICE

To:     All current and former employees of The New Orleans Hornets NBA Limited Partnership ("Hornets") who worked for the Hornets at any time between August 2002 to present and, at any time therein, worked over 40 hours per week without being paid time and half for the hours worked over 40 hours per week, as described more specifically in Section 3 of this Notice:

Re:     *Fair Labor Standards Act Lawsuit Filed Against the New Orleans Hornets NBA Limited Partnership*

## 1.     INTRODUCTION.

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you fit the definition of the class described in Section 3 of this Notice, should you decide that it is appropriate and should you choose to do so.

EXHIBIT 2

## 2.   DESCRIPTION OF THE LAWSUIT.

In May 2005, former and current employees of the Hornets brought this lawsuit against the Hornets on behalf of themselves and all other past and present employees of the Hornets in the United States District Court for the Eastern District of Louisiana, alleging that they and other similarly situated former and current employees are owed unpaid overtime under the Fair Labor Standards Act.  After the lawsuit was filed, other current and former employees joined the lawsuit as named Plaintiffs and have asserted the same claims.

The Plaintiffs allege that the Hornets willfully failed to properly calculate overtime for themselves and other similarly situated former and current employees.  The Plaintiffs seek overtime pay and an equal amount of pay as liquidated damages, as well as prejudgment interest, attorneys' fees and costs.  This lawsuit is currently in the early pretrial stage.

The Hornets deny Plaintiffs' allegations and maintain that all employees were compensated in compliance with the Fair Labor Standards Act.

## 3.   DEFINITION OF THE CLASS.

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of:

All current and former employees of the Hornets who worked in any of the following categories or job classifications at any time between August 2002 to present and who worked, at any time therein, more than 40 hours per week without being paid time and half for all hours worked over 40 hours per week;

1.   Special Events Coordinator;
2.   Promotions and Events Assistant;
3.   Ticket Operations Assistants;
4.   Mascot Assistants;
5.   Fan Development Representatives and/or Fan Relations Representatives;
6.   Senior Guest Relations Representatives;
7.   Senior Account Executives;
8.   Account Executives and/or Sales Associates;
9.   Receptionists;
10.   Inside Ticket Sales Representatives and/or Marketing Representatives;
11.   Group Sales Executives;

12.    Sponsorship Sales Account Executive;
13.    Sponsorship Services;
14.    Sponsor Services Coordinator;
15.    Public Relations Intern;
16.    Inter-Office Courier;
17.    Executive Assistant Basketball Operations;
18.    Video Coordinator; and
19.    Administrative Assistant Basketball Operations.

## 4.    YOUR RIGHT TO PARTICIPATE IN THIS SUIT.

If you fit the definition above, you may join this suit (that is, you may "opt in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at either of the following addresses:

Niles, Bourque & Fontana, L.L.C.               DAIGLE FISSE & KESSENICH, PLC
909 Poydras Street, Thirty-Fifth Floor          P.O. Box 5350
New Orleans, Louisiana 70112                   Covington, LA  70434-5350

as soon as possible and in sufficient time to have Plaintiffs' counsel file it with the federal court on or before July 10, 2006. If you fail to return the "Consent to Become Party Plaintiff" form to Plaintiffs' counsel in sufficient time to have it filed by the date above, you may not be able to participate in this lawsuit.

If you file a "Plaintiff Consent Form," your right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

## 5.    EFFECT OF JOINING THIS SUIT.

If you choose to join in the suit, you will be bound by the Judgment, whether it is favorable or unfavorable. While this suit is proceeding, you may be required to respond to written questions, sit for depositions and/or testify in court.

The attorneys for the class Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. Your interest will be represented by the named Plaintiffs through their attorneys as counsel for the class. The class could (not would) be liable for costs if there is no recovery. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of

all members of the class. By joining this lawsuit, you designate the named Plaintiffs as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the named Plaintiffs will be binding on you if you join this lawsuit.

## 6.    LEGAL EFFECT OF NOT JOINING THIS SUIT.

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to file your own lawsuit. However, because the passage of time may result in part or all of your claim being barred by the applicable statute of limitations, if you wish to participate in this lawsuit, it is important that you sign, date, and mail the attached consent form in sufficient time to have it filed by the date above in Section 4.

## 7.    NO RETALIATION PERMITTED.

The Fair Labor Standards Act prohibits an employer from discharging you or taking any other adverse employment action against you for the purpose of retaliating against you because you have exercised your rights under that law.

No adverse employment action will be taken against any current employee for communicating with any former employee of the New Orleans Hornets about issues in this litigation.

## 8.    YOUR LEGAL REPRESENTATION IF YOU JOIN.

If you choose to join this lawsuit, your interest will be represented by the named Plaintiffs through their attorneys, as counsel for the class. Counsel for the class are:

DAIGLE FISSE & KESSENICH, PLC

Howard Daigle (LA Bar # 4454)
Daniel E. Buras, Jr. (LA Bar # 26226)
Elvige Cassard Richards (LA BAR # 19386)
227 Highway 21
Madisonville, LA 70447
Telephone:    985.871.0800
Facsimile:    985.871.0899

Mailing address:
P.O. Box 5350
Covington, LA  70434-5350

and

NILES, BOURQUE & FONTANA, L.L.C.

Stewart E. Niles, Jr. (#10004)
Lawrence Centola, III(#27402)
909 Poydras St., Suite 3500
New Orleans, LA 70112
Telephone:      504-310-8550
Facsimile:      504-310-8595

9.      **FURTHER INFORMATION.**

Further information about this Notice, the deadline for filing a "Plaintiff Consent Form," or questions concerning this lawsuit may be obtained by writing or telephoning Plaintiffs' counsel at the numbers and addresses stated above.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, HONORABLE HELEN G. BERRIGAN. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                           CIVIL ACTION NO. 05-1969

    Plaintiffs in a Collective Action         SECTION C

VERSUS                                         MAGISTRATE 05

NEW ORLEANS HORNETS NBA LIMITED
PARTNERSHIP

    Defendant

## PLAINTIFF CONSENT FORM

    I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_____
Signature                                  Date

_____
Print Name

_____
City, State, Zip Code

_____
Home Phone

_____
Work Phone

_____
E-Mail Address

Hornets - Plaintiff Consent to Join

Fax to:        **DAIGLE FISSE & KESSENICH, PLC**
                    **Attn: Daniel E. Buras, Jr.**
                    **Facsimile (985) 871-0899**

                    **Or**

                    **Niles, Bourque & Fontana, L.C.**
                    **Attn: Lawrence J. Centola, Jr.**
                    **Facsimile (504) 310-8595**

Or Mail to:   **DAIGLE FISSE & KESSENICH, PLC**
                    **Attn: Daniel E. Buras, Jr.**
                    **P.O. Box 5350**
                    **Covington, LA 70434-5350**
                    **(985)871-0800**

**OR**

                    **Niles, Bourque & Fontana, L.C.**
                    **Attn: Lawrence J. Centola, III**
                    **909 Poydras Street, Suite 3500**
                    **New Orleans, LA 70112**
                    **(504) 310-8556**



# JONES WALKER

## FACSIMILE

| | | | |
|---|---|---|---|
| **From:** | Jennifer L. Anderson | **Date:** | December 13, 2005 |
| **Direct Dial** | 504-582-8414 | **Reference:** | 105190-00 |

---

**Number of pages being transmitted including the cover page:**   3

---

| **TO** | **Fax No.** | **Phone No.** |
|---|---|---|
| Dan Buras<br>Daigle Fisse | (985) 871-0899 | |
| Larry Centola, Jr. | (504) 310-8595 | |

---

**Message/Document(s) faxed:**

Dan and Larry:

Attached please find information regarding potential collective action members in accordance with the Court's instructions. The addresses are the current or last known mailing addresses for the individuals listed. Of course, we understand you are awaiting resolution of notice issues you presented to the Court, but we are providing this information pursuant to our recent discussion so the notices can be mailed when those issues are resolved. If you have any questions, let me know.

**Please call us if all pages are not received at 504-582-8414.**

---

ORIGINAL DOCUMENTS: Will follow by ☒ mail ☐ courier – OR - ☐ Will not follow unless requested.

---

**CONFIDENTIALITY NOTE:** The documents accompanying this facsimile transmission contain information which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited. If you have received this facsimile in error, please immediately notify us by telephone to arrange for return of the original documents to us.

{N1     :09.1}     JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÉGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com

BATON ROUGE     HOUSTON     LAFAYETTE     MIAMI     NEW ORLEANS     WASHINGTON, D.C.



*EXHIBIT 3*

| Name | Address | Job Title | Employment Status |
|---|---|---|---|
| Kevin Buckel | 446 Russel Ave., Long Beach, Ms. 39560 | Gulf Coast Region Account Executive | Former |
| Douglass S. Brenneman | 3911-B Iberville Street, New Orleans, La. 70119 | Sales Representative | Active |
| William Bryant | 1517 Harcourt Drive, New Orleans, La. 70122 | Account Executive | Active |
| Cardell Carter | 1852 Ormond Blvd., Destrehan, La. 70047 | Inside Sales, Sales Representative, Account Executive, Senior Account Executive | Former |
| Tyson Chapman | 3600 Division Street, Apt. 370, Metairie, La. 70002 | Account Executive | Former |
| Knatasha Coney | 2018 Oak Creek Road, Apt. 306, River Ridge, La. 70123 | Community Relations Assistant | Former |
| Frank DiPizzo | 5238 Camp St., New Orleans, La. 70115 | Group Sales, Account Executive | Active |
| Charson Douglas | 471 Lurline Street, New Orleans, La. 70127 | Sales Representative | Former |
| Garrett Drummond | 3600 Division Street, Apt. 378, Metairie, La. 70002 | Sales Representative | Former |
| Brian Gallogly | 3801 W. Napoleon Ave., Metairie, La. 70001 | Inside Sales, Sales Representative | Former |
| Darmoria Gill | 5843 Forest Isle Dr., Apt. 254, New Orleans, La. 70130 | Inside Sales, Sales Representative | Former |
| Chris Granger | 216 Bluebird Drive, Slidell, La. 70458. | Group Sales, Account Executive | Active |
| Brian Hagan | 1546 Sixth St., Apt. E, New Orleans, La. 70115 | Video Coordinator | Active |
| Mike Hinders | 3443 Edenborn Ave. # 202, Metairie, La. 70002 | Sales Representative | Former |
| John Herzogh | 2721 Twisted Oak CVN, Cordova, Tn. 38015 | Senior Account Executive | Former |
| Lynn Holmes | 3044 Hundred Oaks Avenue, Baton Rouge, La. 70808 | Baton Rouge Region Account Executive | Former |
| Nathan Hubbell | 156 Sharman Drive, Mandeville, La. 70448 | Inside Sales, Corporate Sales Executive, Account Executive, Sponsorship Sales | Active |
| Jeffery Ianello | 87 Munson Street, Fort Chester, NY. 10573 | Inside Sales, Sales Representative | Former |
| Rick Johnson | 2354 Laurel Street, New Orleans, La. 70130 | Fan Relations Representative | Former |
| Robert Chase Jones | 3117 Annunciation St., New Orleans, La. 70115 | Sponsor Services Coordinator | Former |
| Andrew Keher | 18 Forstal Ave., Kenner, La. 70065 - 3334 | Graphics and Video Editor | Active |
| John Kidd | 780 Montgomery Street, Mandeville, La. 70448 | Northshore Region Account Executive | Former |
| Ken Kiebert | 3824 Civic Street, Metairie, La. 70001 | Account Executive | Former |
| Louis "Trey" Kreig | 113 Geneva St., Metairie, La. 70005 | Account Executive | Former |
| JoAnn LaCaza | 2320 Bellaire Lane, Harvey, La. 70058 | Administrative Assistant, Basketball Operations | Former |
| Meredith Levine | 490 Old Mill Dr., Columbus, Oh. 43230 | Community Relations Assistant | Former |
| Andrew Locriis | 1402 Jefferson Ave., Apt. D, New Orleans, La. 70115 | Administrative Assistant, Basketball Operations | Active |
| Juan Londona | 1450 Annunciation Street, Apt. 2218, New Orleans, La. 70130 | Inside Sales, Sales Representative | Former |
| Marcus Macfock | 555 Southwest 110th Lane, Apt. 302, Pembroke Pines, Fl. 33025 | Senior Account Executive | Former |
| Clay Matley | 6 South Osceola Ave., Apt. 2403, Orlando, Fl. 32801 | Manager of Sponsorship Sales | Former |
| Bryan Maxwell | 102 Clydesdale Drive, Stephens City, Va. 22655 | Inside Sales, Sales Representative | Former |
| Pain McShane | 790 Saco Road, Standdo, Me. 04084 | Account Executive | Former |
| Robert Miller | 2134 Metairie Road, Apt. 105, Metairie, La. 70005 | Inside Sales, Sales Representative | Active |
| Shawn Morrow | 1161 Lake Ave., #122 Metairie, La. 70005 | Courier, Office Assistant | Active |
| Melanie Napoli | 2239 Fawnfield Lane, San Antonio, Tx. 78246 | Account Executive, Hospitality and Tourism Account Executive | Former |
| George Pajiras | 3713 Lake Winnepeg, Harvey, La. 70058 | Baton Rouge Account Executive | Former |
| Cristobal Quintana | 314 Shrewsbury Ct., Jefferson, La. 70121 | Special Events Coordinator | Former |
| Jason Quintero | 3507 Colorado Ave., Kenner, La. 70065 | Promotions and Events Assistant, Promotions Intern | Active |

| Name | Address | Job Title | Employment Status |
|---|---|---|---|
| Todd Ridge | 3300 Cotton Mill Dr., # 202, Raleigh, NC. 27612 | Inside Sales, Assistant of Ticket Operations | Former |
| Dennis Rogers | 315 Avenue B, Metairie, La. 70005 | Public Relations Intern | Active |
| Joann Rutherford | 3013 43rd Street, Metairie, La. 70001 | Assistant Media Buyer | Active |
| Meredith Silmon | 108 Yardley Ct., Bossier City, La. 71111 | Ticket Sales Office Manager | Active |
| Patricia Toles Snider | 108 Golden Pheasant, Slidell, La. 70461 | Group Sales, Account Executive | Former |
| Freddie Sprulile | 104 Croydon Road, Baltimore, Md. 21212 | Fan Relations Representative | Former |
| Chris Stant | 13600 Lourdes, New Orleans, La. 70129 | Bayou Region Account Executive, Account Executive | Former |
| Tracey Stewart | 1928 Bayou Oaks Drive, Harvey, La. 70058 | Broadcast Coordinator | Former |
| Dana St. Germain | 344 St. Joseph Street, Apt. 342, New Orleans, La. 70115 | Account Executive | Former |
| Peter Thomas | 1640 Otto Street, Apt. 3, New Orleans, La. 70130 | Account Executive, Senior Account Executive | Former |
| Nancy Megan Tipton | 128 Hinkston Pike, Mt. Sterling, Ky. 40353 | Sales Representative | Former |
| Scott Tomlin | 3222 Prytania Street, New Orleans, La. 70115 | Public Relations Intern | Former |
| Julia Vallejos | 119 Phospher Ave., Metairie, La. 70005 | Account Executive | Active |
| Stacey Lynn Whitley-Davis | 1764 Marina Dr., Slidell, La. 70458 | Sponsorship Services Coordinator | Former |
| Rich Whitmeyer | 848 Old Metairie Dr., Metairie, La. 70001 | Account Executive, Senior Account Executive | Active |
| Tami Williams | 4144 Georgia Street, Kenner, La. 70065 | Account Executive | Former |
| Sean Wyatt | 3616 Plaza Dr., Chalmette, La. 70043 | Mascot Assistant | Active |
| Chris Zaber | 220 Summit Blvd., Apt. #259, Broomfield, Co. 80021 | Group Sales, Account Executive | Former |
| Christina Zuniga-Hubbel | 156 Shannon Dr., Mandeville, La. 70448 | Inside Sales, Receptionist and Sales Assistant | Active |

# DAIGLE FISSE

DANIEL E. BURAS JR.

PLEASE REPLY TO:

P.O. BOX 5350
COVINGTON, LA 70434-5350
985.871.0800    phone
985.871.0899    fax
dburas@daiglefisse.com

16 February 2006

Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170-5100

> Re:   Eugene Liger, et al v.
>       New Orleans Hornets NBA
>       Limited Partnership
>       C.A. No. 05-1969 (5)
>       DF# 905-01

Dear Jennifer:

Attached please find a list of prospective claimants to whom we have mailed the Final Notice and Plaintiff Consent Form relative to the above matter.

Very truly yours,

Daniel E. Buras, Jr.

DEB,Jr./ma
Encl.

**EXHIBIT 4**

DAIGLE FISSE, A PROFESSIONAL LAW CORPORATION  •  COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS  •  BATON ROUGE  •  COVINGTON

| NAME | ADDRESS | CITY/STATE/ZIP CODE |
|------|---------|---------------------|
| Buckel, Kevin | 448 Russel Ave. | Long Beach, MS 39560 |
| Brenneman, Douglass | 3911-B Iberville St. | New Orleans, LA 70119 |
| Bryant, William | 1517 Harcourt Dr. | New Orleans, LA 70122 |
| Carter, Cardell | 1952 Ormond Blvd. | Destrehan, LA 70047 |
| Chapman, Tyson | 3500 Division St., Apt. 370 | Metairie, ,LA 70002 |
| Coney, Knatasha | 2018 Oak Creek Rd., #306 | River Ridge, LA 70123 |
| DiPizzo, Frank | 5238 Camp St. | New Orleans, LA 70115 |
| Douglas, Chanson | 471 Lurline St. | New Orleans, LA 70127 |
| Drummond, Garrett | 3500 Division St., Apt. 370 | Metairie, LA 70002 |
| Gallogly, Brian | 3801 W. Napoleon Ave. | Metairie, LA 70001 |
| Gill, Dammorra | 5843 Forest Isle Dr., #254 | New Orleans, LA 70130 |
| Granger, Chris | 216 Bluebird Dr. | Slidell, LA 70458 |
| Hagen, Brian | 1545 Sixth St., Apt. E | New Orleans, LA 70115 |
| Herczogh, John | 2721 Twisted Oak CVN | Cordora, TN 38016 |
| Hitchens, Mike | 3443 Edenborn, #202 | Metairie, LA 70002 |
| Hubbell, Nathan | 156 Shannon Dr. | Mandeville, LA 70448 |
| Ianello, Jeffery | 87 Munson St. | Port Chester, N.Y. 10573 |
| Johnson, Rick | 2354 Laurel St. | New Orleans, LA 70130 |
| Jones, Robert Chase | 3117 Annunciation St. | New Orleans, LA 70115 |
| Keher, Andrew | 18 Forstall Ave. | Kenner, LA 70065 |
| Kidd, John | 780 Montgomery St. | Mandeville, LA 70448 |
| Kreig, Louis Trey | 113 Geneva St. | Metairie, LA 70005 |
| Lacaze, JoAnn | 2320 Bellaire Lane | Harvey, LA 70058 |
| Levine, Meredity | 460 Old Mill Dr. | Columbus, OH 43230 |
| Londona, Juan | 1450 Annunciation, Apt. 2218 | New Orleans, LA 70130 |
| Loomis, Andrew | 1402 Jefferson Ave., Apt. D | New Orleans, LA 70115 |
| Madlock, Marcus | 555 S.W. 110th Lane, #302 | Pembroke Pines, FL 33025 |
| Malloy, Clay | 8 S. Osceola Ave., #2403 | Orlando, FL 32801 |
| Maxwell, Brian | 102 Clydesdale Dr. | Stephens City, VA 22655 |
| McShane, Pete | 260 Saco Rd. | Standish, ME 04084 |
| Miller, Robert | 2134 Metairie Rd., #105 | Metairie, LA 70005 |
| Morrow, Shawn | 1161 Lake Ave., #122 | Metairie, LA 70005 |
| Napoli, Melani | 2239 Fawnfield Lane | San Antonio, TX 78246 |
| Parjus, George | 3713 Lake Winnepeg | Harvey, LA 70058 |
| Quintana, Christobal | 314 Shrewsbury Ct. | Jefferson, LA 70121 |
| Quintero, Jason | 3507 Colorado Ave. | Kenner, LA 70065 |
| Ridge, Todd | 3300 Cotton Mill Dr., #202 | Raleigh, N.C. 27612 |
| Rogers, Dennis | 315 Avenue B | Metairie, LA 70005 |
| Rutherford, Joann | 3013 43rd St. | Metairie, LA 70001 |
| St. Germain, Dana | 2544 Ridgmar Blvd., Apt. 27 | Ft. Worth, TX 76116 |
| Silmon, Meredith | 108 Yardley Ct. | Bossier City, LA 71111 |
| Snider, Patricia Toles | 108 Golden Pheasant | Slidell, LA 70461 |
| Spruille, Freddie | 104 Croydon Rd. | Baltimore, MD 21212 |

| | | |
|---|---|---|
| Stewart, Tracey | 1928 Bayou Oaks Dr. | Harvey, LA 70058 |
| Thomas, Peter | 1640 Clio St., Apt. 3 | New Orleans, LA 70130 |
| Tipton, Nancy M. | 128 Hinkston Pike | Mt. Sterling, KY 40353 |
| Tomlin, Scott | 3222 Prytania St. | New Orleans, LA 70115 |
| Vallejas, Julio | 119 Phospher Ave. | Metairie, LA 70005 |
| Whitley-Davis, Stacey L. | 1785 Marina Dr. | Slidell, LA 70458 |
| Whitmeyer, Rich | 848 Old Metairie Dr. | Metairie, LA 70001 |
| Williams, Tami | 4144 Georgia St. | Kenner, LA 70065 |
| Wyatt, Sean | 3616 Plaza Dr. | Chalmette, LA 70043 |
| Zaber, Chris | 220 Summit Blvd., #259 | Broomfield, CO 80021 |
| Zuniga-Hubbell, Christina | 156 Shannon Dr. | Mandeville, LA 70448 |

# DAIGLE FISSE




**DANIEL E. BURAS JR.**

PLEASE REPLY TO:

P.O. BOX 5350
COVINGTON, LA 70434-5350
985.871.0800    *phone*
985.871.0899    *fax*
dburas@daiglefisse.com

24 April 2006

***Via Facsimile #504-589-8414***
Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51ˢᵗ Floor
New Orleans, LA 70170-5100

      Re:    Eugene Liger, et al v.
              New Orleans Hornets NBA
              Limited Partnership
              USDC, EDLA C.A. No. 05-1969 "C"(5)
              DFK 905-01

Dear Jennifer:

    We previously discussed that the contact information regarding present and past employees provided by the Hornets was inaccurate. More than half of the contact information provided by the Hornets was wrong. We also discussed how the Hornets provided inaccurate contact information for many of the current Hornets employees who moved with the team to Oklahoma City. Last week we discussed whether you would agree to forward copies of the Notice to those employees who are currently working with the team. I have not yet heard back from you regarding this simple solution as to those employees.

    It has come to our attention that the list of employees provided by the Hornets is incomplete. No fewer than seven employees, some of them currently employed by the Hornets, were omitted from the list of employees provided by the Hornets. The seven employees who have been identified are:

    1)    Leslie Lefeve, ticket operations assistant
    2)    Ryan Picou, formerly with fan relations, now an account executive
    3)    Amy Weber, fan relations
    4)    Nadine Webhe, fan relations
    5)    John Englehart, account executive
    6)    Kristina Zemaityte, account executive
    7)    Jaima Schiffer, group account executive

**EXHIBIT 5**

Ms. Jennifer Anderson
24 April, 2006
Page – 2 –

This information was readily available to the Hornets and was obtained from the sales department roster from 2004-2005 that was previously produced by Plaintiffs. The omission of this readily available information underscores the problems created by the Hornets' refusal to provide adequate discovery responses that would afford Plaintiffs the opportunity to cross-check the information provided by your client. Plaintiffs are entitled to the discovery necessary to investigate and identify additional inaccuracies in the information provided by the Hornets.

Please re-investigate the omissions currently identified by plaintiffs and ensure that any other employees or former employees who should have been notified of the suit have been identified by the Hornets. Please advise whether the Hornets will voluntarily agree to extend the six month notice period as to all employees whose identity and/or contact information were not timely or correctly identified by the Hornets.

As we previously discussed, I will be mobilizing with the United States Navy for one year. My last day of work will be April 27, 2006. Please direct your response to this correspondence and all future correspondence to Howard Daigle and Elvige Cassard in my office.

Very truly yours,

Daniel E. Buras, Jr.

DEBjr/ac





Jennifer L. Anderson
Direct Dial 504-582-8414
Fax 504-582-8015
janderson@joneswalker.com

May 11, 2006

RECEIVED MAY 3 0 2006
DFK
905-3

Elvige Cassard, Esq.
Daigle Fisse, PLC
109 Northpark Blvd. – Suite 125
Covington, Louisiana 70433

**RE:** *Eugene Liger, et al. v. New Orleans Hornets NBA L.P.*
*Civil District Court – Orleans Parish, LA - Civil Action No. 05-10069 "I"*
*Our File No. 105190-00*

Dear Elvige:

I am writing in response to Mr. Buras' letter inquiring about updated contact information for current and former employees. The contact information previously produced regarding the following former employees is the most recent information in the Hornets' possession: Cardell Carter, Knatasha Coney, Chanson Douglas, Brian Jailogy, Dammorra Gill, Mike Hitchens, Juan Londona, Marcus Madlock, Shawn Morrow, Peter Thomas, and Scott Tomlin.

As a result of Hurrican Katrina, some individuals have relocated, and in some instances more than once. Below is updated contact information we have been able to obtain for individuals who have relocated.

Tyson Chapman
904 Cimmaron Way
Ottawa, Illinois 61350

Brian Hagen
6500 NW Grand Blvd.
Apt. 192
Oklahoma City, Oklahoma 73116

Christina Muniga-Hubbell
2657 Classen Blvd.
Apt. G-102
Norman, Oklahoma 73071

Nathan Hubbell
2657 Classen Blvd.
Apt. G-102
Norman, Oklahoma 73071

EXHIBIT 6

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE · NEW ORLEANS, LOUISIANA 70170-5100 · 504-582-8000 · FAX 504-582-8583 · E-MAIL info@joneswalker.com · www.joneswalker.com
{N1490608.1}
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

May 11, 2006
Page 2 of 4

Louis "Trey" King
513 Nichols Drive
West Monroe, Louisiana  71291

Meredith Silmon
4026 Richmond Avenue
Shreveport, Louisiana  71160

Robert Miller
2657 Classen Blvd.
Apt. I-305
Norman, Oklahoma  73071

Dennis Rogers
2657 Classen Blvd.
Apt. G-203
Norman, Oklahoma  73071

Julio Vallejos
119 Phospher Avenue
Metairie, Louisiana  70005

Rich Witmeyer
2657 Classen Blvd.
Apt. B-104
Norman, Oklahoma  73071

Also, the following additional individuals have been identified as eligible to receive the Notice of the referenced lawsuit:

Leslie Lefeve
227 NE 2nd Street
# 103
Oklahoma City, OK  73104

Ryan Picou
2657 Classen Blvd.
Apt. D-106
Norman, Oklahoma  73071

Amy Weber
404 East Brookens
Urbana, Illinois  61801

Nadine Webke
1781 Spyglass Drive
Apt. 360
Austin, Texas  78746

John Englehart
19 Churchill Lane
Newtown, Pennsylvania  18904

Kristina Zemaityte
809 Renaissance Point Blvd.
Apt. 203
Altamonte Springs, Florida  32714

Jaima Schiffer
4301 W. Memorial Road
Apt. 9104
Oklahoma City, Oklahoma 73134

With respect to the seventeen individuals whose names and addresses are provided herein, the Hornets will allow a six month Notice and opt-in period, through November 9,

May 11, 2006
Page 3 of 4

2006. Enclosed is a copy of the Notice previously approved by the Court, which we have modified to reflect the date by which these seventeen individuals may elect to opt-in, which you may send to them at the addresses provided.

If you have any questions, please do not hesitate to call.

Sincerely,

Jennifer L. Anderson

JLA/khm
cc:    Larry Centola

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | SECTION C |
| VERSUS | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | |
| Defendant | |

## NOTICE

To:     All current and former employees of The New Orleans Hornets NBA Limited Partnership ("Hornets") who worked for the Hornets at any time between August 2002 to present and, at any time therein, worked over 40 hours per week without being paid time and half for the hours worked over 40 hours per week, as described more specifically in Section 3 of this Notice:

Re:     *Fair Labor Standards Act Lawsuit Filed Against the New Orleans Hornets NBA Limited Partnership*

## 1.     INTRODUCTION.

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, if you fit the definition of the class described in Section 3 of this Notice, should you decide that it is appropriate and should you choose to do so.

## 2.     DESCRIPTION OF THE LAWSUIT.

In May 2005, former and current employees of the Hornets brought this lawsuit against the Hornets on behalf of themselves and all other past and present employees of the Hornets in the United States District Court for the Eastern District of Louisiana, alleging that they and other similarly situated former and current employees are owed unpaid overtime under the Fair Labor Standards Act. After the lawsuit was filed, other current and former employees joined the lawsuit as named Plaintiffs and have asserted the same claims.

The Plaintiffs allege that the Hornets willfully failed to properly calculate overtime for themselves and other similarly situated former and current employees. The Plaintiffs seek overtime pay and an equal amount of pay as liquidated damages, as well as prejudgment interest, attorneys' fees and costs. This lawsuit is currently in the early pretrial stage.

The Hornets deny Plaintiffs' allegations and maintain that all employees were compensated in compliance with the Fair Labor Standards Act.

**3.    DEFINITION OF THE CLASS.**

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of:

All current and former employees of the Hornets who worked in any of the following categories or job classifications at any time between August 2002 to present and who worked, at any time therein, more than 40 hours per week without being paid time and half for all hours worked over 40 hours per week;

1.    Special Events Coordinator;
2.    Promotions and Events Assistant;
3.    Ticket Operations Assistants;
4.    Mascot Assistants;
5.    Fan Development Representatives and/or Fan Relations Representatives;
6.    Senior Guest Relations Representatives;
7.    Senior Account Executives;
8.    Account Executives and/or Sales Associates;
9.    Receptionists;
10.   Inside Ticket Sales Representatives and/or Marketing Representatives;
11.   Group Sales Executives;
12.   Sponsorship Sales Account Executive;
13.   Sponsorship Services;
14.   Sponsor Services Coordinator;
15.   Public Relations Intern;
16.   Inter-Office Courier;
17.   Executive Assistant Basketball Operations;
18.   Video Coordinator; and
19.   Administrative Assistant Basketball Operations.

**4.    YOUR RIGHT TO PARTICIPATE IN THIS SUIT.**

If you fit the definition above, you may join this suit (that is, you may "opt in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at either of the following addresses:

Niles, Bourque & Fontana, L.L.C.          DAIGLE FISSE, PLC
909 Poydras Street, Thirty-Fifth Floor     P.O. Box 5350
New Orleans, Louisiana 70112               Covington, LA  70434-5350

as soon as possible and in sufficient time to have Plaintiffs' counsel file it with the federal court on or before November 9, 2006. If you fail to return the "Consent to Become Party Plaintiff" form to Plaintiffs' counsel in sufficient time to have it filed by the date above, you may not be able to participate in this lawsuit.

If you file a "Plaintiff Consent Form," your right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

## 5.    EFFECT OF JOINING THIS SUIT.

If you choose to join in the suit, you will be bound by the Judgment, whether it is favorable or unfavorable. While this suit is proceeding, you may be required to respond to written questions, sit for depositions and/or testify in court.

The attorneys for the class Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. Your interest will be represented by the named Plaintiffs through their attorneys as counsel for the class. The class could (not would) be liable for costs if there is no recovery. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. By joining this lawsuit, you designate the named Plaintiffs as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the named Plaintiffs will be binding on you if you join this lawsuit.

## 6.    LEGAL EFFECT OF NOT JOINING THIS SUIT.

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to file your own lawsuit. However, because the passage of time may result in part or all of your claim being barred by the applicable statute of limitations, if you wish to participate in this lawsuit, it is important that you sign, date, and mail the attached consent form in sufficient time to have it filed by the date above in Section 4.

## 7.    NO RETALIATION PERMITTED.

The Fair Labor Standards Act prohibits an employer from discharging you or taking any other adverse employment action against you for the purpose of retaliating against you because you have exercised your rights under that law.

No adverse employment action will be taken against any current employee for communicating with any former employee of the New Orleans Hornets about issues in this litigation.

**8.    YOUR LEGAL REPRESENTATION IF YOU JOIN.**

If you choose to join this lawsuit, your interest will be represented by the named Plaintiffs through their attorneys, as counsel for the class.  Counsel for the class are:

DAIGLE FISSE, PLC

Howard Daigle (LA Bar # 4454)
Daniel E. Buras, Jr. (LA Bar # 26226)
Elvige Cassard Richards (LA BAR # 19386)
227 Highway 21
Madisonville, LA 70447
Telephone:    985.871.0800
Facsimile:    985.871.0899

Mailing address:
P.O. Box 5350
Covington, LA 70434-5350

and

NILES, BOURQUE & FONTANA, L.L.C.

Stewart E. Niles, Jr. (#10004)
Lawrence Centola, III(#27402)
909 Poydras St., Suite 3500
New Orleans, LA 70112
Telephone:    504-310-8550
Facsimile:    504-310-8595

**9.    FURTHER INFORMATION.**

Further information about this Notice, the deadline for filing a "Plaintiff Consent Form," or questions concerning this lawsuit may be obtained by writing or telephoning Plaintiffs' counsel at the numbers and addresses stated above.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, HONORABLE HELEN G. BERRIGAN.  THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA 2006 JUN 29 AM 7: 29

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| EUGENE LIGER, ET AL | * | CIVIL ACTION NO. 05-1969 |
| | * | |
| Plaintiffs in a Collective Action | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP | * | |
| | * | |
| Defendant | * | |

## ORDER

Considering the foregoing Unopposed Motion to Send Modified Notice to Newly Identified/Located Putative Class Members and finding its premises well grounded:

IT IS ORDERED that the Unopposed Motion to Send Modified Notice to Newly Identified/Located Putative Class Members is hereby GRANTED; and that the modified Notice, attached hereto as Exhibit A, and the modified Plaintiff Consent Form, attached hereto as Exhibit B, may be mailed to the seventeen newly identified/located putative class members by Plaintiffs' counsel.

New Orleans, Louisiana, this 28ᵀᴴ day of June , 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

EXHBIT 1

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____

{N1518220.1}

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 27  P 4: 31

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| EUGENE LIGER, ET AL | * | CIVIL ACTION NO. 05-1969 |
| | * | |
| **Plaintiffs in a Collective Action** | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | * | |
| | * | |
| **Defendant** | * | |

**UNOPPOSED MOTION TO SEND MODIFIED NOTICE
TO NEWLY IDENTIFIED/LOCATED PUTATIVE CLASS MEMBERS
AND INCORPORATED MEMORANDUM IN SUPPORT**

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, Eugene

Liger, et al, ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this

Honorable Court for an order approving modifications to the Notice and Plaintiff Consent

Form and authorizing said modified Notice and Plaintiff Consent Form to be mailed to

seventeen putative class members who have been newly named or located by Defendant.

Counsel for Defendant has stated there is no opposition to this motion.

Defendant has provided to Plaintiffs the names of additional members of the putative

class and corrected addresses for some previously identified putative class members.  The

parties have agreed that the attached revised Notice (Exhibit A) and Plaintiff Consent Form

(Exhibit B) can be forwarded to these seventeen persons, either newly identified or newly

located for Plaintiffs, in accordance with the Court's prior initial, conditional certification of

this matter as a collective action.

The only revision to the Notice from its previous version as approved by the Court is

{N1518220.1}

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

that the return date by which the seventeen newly named or identified putative class members must respond is November 9, 2006. This change allows sufficient time for Plaintiffs' counsel to receive any signed Consent pursuant to the modified Notice and Consent to Join and make the appropriate filing with the Court.

The only change to the Plaintiff Consent Form is that the name of Elvige Cassard has been added after Dan Buras' name as the attorneys to whom the putative class members should respond at the Daigle Fisse & Kessenich law firm.[1]

Accordingly, without Defendant's opposition, Plaintiffs respectfully move this Honorable Court to approve the attached modified Notice to Prospective Class Members and Plaintiff Consent Form, to be sent to the seventeen (17) newly identified/located putative class members in the captioned matter.

Respectfully submitted,

Howard Daigle, Jr. (#4454)
Daniel E. Buras, Jr. (#26226)
Elvige Cassard (#19386)
DAIGLE, FISSE & KESSENICH, P.L.C.
P. O. Box 5350
Covington, LA 70434
Telephone:    985.871.0800
Facsimile:    985.871.0899
e-mail:    hdaigle@daiglefisse.com
e-mail:    dburas@daiglefisse.com
e-mail:    ecassard@daiglefisse.com
ATTORNEYS FOR PLAINTIFFS, EUGENE
LIGER, IVAN HINSON, ANTHONY
MARTIN, ADAM NASH, CHRIS CARTER,
MARCY PLANER-MURRAY, LYNN
HOLMES, DAN KARLSBERG,
CHRISTOPHER STANT, SAM STEINMETZ,
AMY NICOLE SMITH, LESLIE SUMLER,
LATOUSHA BROWN, KEN KLIEBERT AND
KEVIN BUCKEL

---

[1] Dan Buras has been called up to active military service and will be on military leave of absence for a year.

_Stewart E. Niles, Jr. (#10004)_
Lawrence J. Centola, (#27402)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone:    504.310.8550
Facsimile:    504.310.8595
e-mail:    sniles@nileslawfirm.com
e-mail:    lcentola@nileslawfirm.com
ATTORNEYS FOR PLAINTIFFS, JESSICA
BERRY AND KEVIN BUCKEL

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel, by

placing a copy of same in the U.S. mail, properly addressed and postage prepaid, or by any

other means authorized under law, this 27th day of June 2006.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                           CIVIL ACTION NO. 05-1969

Plaintiffs in a Collective Action                    SECTION C

VERSUS                                         MAGISTRATE 05

NEW ORLEANS HORNETS NBA
LIMITED PARTNERSHIP

Defendant

### NOTICE

To:  All current and former employees of The New Orleans Hornets NBA Limited Partnership
("Hornets") who worked for the Hornets at any time between August 2002 to present and, at any
time therein, worked over 40 hours per week without being paid time and half for the hours worked
over 40 hours per week, as described more specifically in Section 3 of this Notice:

Re:   Fair Labor Standards Act Lawsuit Filed Against the New Orleans Hornets NBA Limited
      Partnership

## 1.    INTRODUCTION.

The purpose of this Notice is to inform you of the existence of a collective action lawsuit in
which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your
rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this
lawsuit, if you fit the definition of the class described in Section 3 of this Notice, should you decide
that it is appropriate and should you choose to do so.

## 2.    DESCRIPTION OF THE LAWSUIT.

In May 2005, former and current employees of the Hornets brought this lawsuit against the
Hornets on behalf of themselves and all other past and present employees of the Hornets in the
United States District Court for the Eastern District of Louisiana, alleging that they and other
similarly situated former and current employees are owed unpaid overtime under the Fair Labor
Standards Act. After the lawsuit was filed, other current and former employees joined the lawsuit as
named Plaintiffs and have asserted the same claims.


EXHIBIT
"A"

The Plaintiffs allege that the Hornets willfully failed to properly calculate overtime for themselves and other similarly situated former and current employees. The Plaintiffs seek overtime pay and an equal amount of pay as liquidated damages, as well as prejudgment interest, attorneys' fees and costs. This lawsuit is currently in the early pretrial stage.

The Hornets deny Plaintiffs' allegations and maintain that all employees were compensated in compliance with the Fair Labor Standards Act.

## 3.   DEFINITION OF THE CLASS.

The named Plaintiffs seek to sue on behalf of themselves and also on behalf of:

All current and former employees of the Hornets who worked in any of the following categories or job classifications at any time between August 2002 to present and who worked, at any time therein, more than 40 hours per week without being paid time and half for all hours worked over 40 hours per week;

1. Special Events Coordinator;
2. Promotions and Events Assistant;
3. Ticket Operations Assistants;
4. Mascot Assistants;
5. Fan Development Representatives and/or Fan Relations Representatives;
6. Senior Guest Relations Representatives;
7. Senior Account Executives;
8. Account Executives and/or Sales Associates;
9. Receptionists;
10. Inside Ticket Sales Representatives and/or Marketing Representatives;
11. Group Sales Executives;
12. Sponsorship Sales Account Executive;
13. Sponsorship Services;
14. Sponsor Services Coordinator;
15. Public Relations Intern;
16. Inter-Office Courier;
17. Executive Assistant Basketball Operations;
18. Video Coordinator; and
19. Administrative Assistant Basketball Operations.

## 4.   YOUR RIGHT TO PARTICIPATE IN THIS SUIT.

If you fit the definition above, you may join this suit (that is, you may "opt in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at either of the following addresses:

Niles, Bourque & Fontana, L.C.          DAIGLE FISSE, PLC
909 Poydras Street, Thirty-Fifth Floor   P.O. Box 5350
New Orleans, Louisiana 70112             Covington, LA 70434-5350

2

as soon as possible and in sufficient time to have Plaintiffs' counsel file it with the federal court on or before November 9, 2006. If you fail to return the "Consent to Become Party Plaintiff" form to Plaintiffs' counsel in sufficient time to have it filed by the date above, you may not be able to participate in this lawsuit.

If you file a "Plaintiff Consent Form," your right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

## 5.    EFFECT OF JOINING THIS SUIT.

If you choose to join in the suit, you will be bound by the Judgment, whether it is favorable or unfavorable. While this suit is proceeding, you may be required to respond to written questions, sit for depositions and/or testify in court.

The attorneys for the class Plaintiffs are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fee. Your interest will be represented by the named Plaintiffs through their attorneys as counsel for the class. The class could (not would) be liable for costs if there is no recovery. If there is a recovery, the attorneys for the class will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. By joining this lawsuit, you designate the named Plaintiffs as your agent to make decisions on your behalf concerning the litigation, the method and manner of conducting this litigation, and all other matters pertaining to this lawsuit. These decisions and agreements made and entered into by the named Plaintiffs will be binding on you if you join this lawsuit.

## 6.    LEGAL EFFECT OF NOT JOINING THIS SUIT.

If you choose not to join this suit, you will not be affected by any judgment or settlement rendered in this case, whether favorable or unfavorable to the class. If you choose not to join in this lawsuit, you are free to file your own lawsuit. However, because the passage of time may result in part or all of your claim being barred by the applicable statute of limitations, if you wish to participate in this lawsuit, it is important that you sign, date, and mail the attached consent form in sufficient time to have it filed by the date above in Section 4.

## 7.    NO RETALIATION PERMITTED.

The Fair Labor Standards Act prohibits an employer from discharging you or taking any other adverse employment action against you for the purpose of retaliating against you because you have exercised your rights under that law.

No adverse employment action will be taken against any current employee for communicating with any former employee of the New Orleans Hornets about issues in this litigation.

## 8.    YOUR LEGAL REPRESENTATION IF YOU JOIN.

If you choose to join this lawsuit, your interest will be represented by the named Plaintiffs through their attorneys, as counsel for the class.  Counsel for the class are:

> DAIGLE FISSE, PLC
>
> Howard Daigle (LA Bar # 4454)
> Daniel E. Buras, Jr. (LA Bar # 26226)
> Elvige Cassard Richards (LA BAR # 19386)
> 227 Highway 21
> Madisonville, LA  70447
> Telephone:    985.871.0800
> Facsimile:    985.871.0899
>
> Mailing address:
> P.O. Box 5350
> Covington, LA  70434-5350

and

> NILES, BOURQUE & FONTANA, LC
>
> Stewart E. Niles, Jr. (#10004)
> Lawrence Centola, III(#27402)
> 909 Poydras St., Suite 3500
> New Orleans, LA 70112
> Telephone: 504-310-8550
> Facsimile: 504-310-8595

## 9.    FURTHER INFORMATION.

Further information about this Notice, the deadline for filing a "Plaintiff Consent Form," or questions concerning this lawsuit may be obtained by writing or telephoning Plaintiffs' counsel at the numbers and addresses stated above.

THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, HONORABLE HELEN G. BERRIGAN.  THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, ET AL.**

**CIVIL ACTION NO. 05-1969**

    **Plaintiffs in a Collective Action**

**SECTION C**

**VERSUS**

**MAGISTRATE 05**

**NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP**

    **Defendant**

### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against the New Orleans Hornets as a Plaintiff and assert claims against the New Orleans Hornets for violations of the Fair Labor Standards Act, 29 U.S.C. §201 et seq.

<table>
<tr><td>_____</td><td>_____</td></tr>
<tr><td>Signature</td><td>Date</td></tr>
</table>

_____
Print Name

_____
(Address) City, State, Zip Code

_____
Home Phone

_____
Work Phone

_____
E-Mail Address


EXHIBIT
"B"

Fax to:  **DAIGLE FISSE & KESSENICH, PLC**
**Attn: Daniel E. Buras, Jr. or  Elvige Cassard**
**Facsimile (985) 871-0899**

**Or**

**NILES, BOURQUE & FONTANA, L.C.**
**Attn: Lawrence J. Centola**
**Facsimile (504) 310-8595**

Or Mail to:  **DAIGLE FISSE & KESSENICH, PLC**
**Attn: Daniel E. Buras, Jr. or Elvige Cassard**
**P.O. Box 5350**
**Covington, LA  70434-5350**
**(985) 871-0800**

**OR**

**NILES, BOURQUE & FONTANA, L.C.**
**Attn: Lawrence J. Centola**
**909 Poydras Street, Suite 3500**
**New Orleans, LA 70112**
**(504) 310-8556**

**E:\905-01 (Hornets OT)\NOTICE\HORNETS - FINAL - Plaintiff's Consent to Join.DOC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL,　　　　　　　　　　*　　CIVIL ACTION NO. 05-1969
　　　　Plaintiffs in a Collective Action　　*
　　　　　　　　　　　　　　　　　　　　*　　SECTION C
　　　　　　　　　　　　　　　　　　　　*
versus　　　　　　　　　　　　　　　　*　　MAGISTRATE 05
　　　　　　　　　　　　　　　　　　　　*
NEW ORLEANS HORNETS NBA LIMITED　*
PARTNERSHIP,　　　　　　　　　　　　*
　　　　　　Defendant　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　　*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF CHRIS STANT

I, CHRIS STANT, present the following Declaration, which is based on my personal knowledge.

1.　　From about June/July of 2003 until about May 20, 2005, I was employed by the New Orleans Hornets basketball team. My position was in sales.

2.　　During my employment, I was familiar with the following positions: Account Executives (sales); Executive Administrative Assistant; Fan Relations; Inside Sales; Corporate Sales Executive; Sponsorship Sales; Receptionist and Sales Assistant; Public Relations Intern; Video Coordinator; Ticket Sales Office Manager; Ticket Operations Assistant; Ticket Sales Assistant/Receptionist.

1



3.      Each of the foregoing positions was based in an office in the Freeport-McMoran building, 1615 Poydras St., New Orleans, La. 70112-1254, in the New Orleans Arena, 1501 Girod Street, New Orleans, LA 70113, and/or in a separate regional sales office, such as in Houma, Gulfport, Baton Rouge, Mandeville.

4.      Each was a business office.  None of theses places was an office where the public would enter and find amusement or recreational activities.  These offices maintained generally standard business hours and were staffed year-round.

5.      These offices provided administrative and sales support and generally were considered to be part of the Hornets' business operations.

6.      The Hornets' business office in the Arena was separate from the stadium where the Hornets' games were played.  That business office functioned largely to promote group sales and season ticket sales.  It was not for selling individual tickets, which was a function outsourced to Ticketmaster.

7.      The Hornets team, coaches and associated staff were generally considered as basketball operations and were housed at a separate facility on the Westbank.  Practices were held there but games were not played there.


       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of August, 2006.

                                                  _____
                                                  CHRIS   STANT


JOHN J. FINCKBEINER, JR.
NOTARY PUBLIC
ST. BERNARD PARISH
MY COMMISSION ISSUED FOR LIFE
LA BAR NO. 18211

2