FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 25 PM 12: 11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, <br>     Plaintiffs in a Collective Action | * <br> * <br> * | CIVIL ACTION NO. 05-1969 <br><br> SECTION C |
| versus | * <br> * | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, <br>     Defendant | * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

**PLAINTIFFS**, Eugene Liger, et al., suggest that the Court will be aided by oral argument and respectfully requests an Order setting the Plaintiff's Motion for Partial Summary Judgment for oral argument before this court at 9:30 a.m. on the 13th day of September 2006.

Respectfully submitted,

BY: _____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226) (T.A.)
Elvige Cassard Richards (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER,
IVAN HINSON, ANTHONY MARTIN,
ADAM NASH, CHRIS CARTER,
MARCY PLANER-MURRAY, LYNN
HOLMES, DAN KARLSBERG,**

\\df-s1\wpdata\905\905-01 (Hornets OT)\Pleadings\Summary Judgment\MSJ - Partial, Oral Argument Request.doc



        **CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

        **STEWART E. NILES, JR.**
        **LAWRENCE J. CENTOLA**
        NILES, SALAS, BOURQUE & FONTANA, L.C.
        909 Poydras Street, 35th Floor
        New Orleans, Louisiana 70112
        Telephone (504) 310-8550
        Facsimile (504) 310-8595
        **ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the above Request for Oral Argument has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this __24TH__ day of August 2006.

_____