# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | CIVIL ACTION NO. 05-1969 |
| VERSUS | SECTION "C" |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | MAGISTRATE 05 |

## DECLARATION OF SAM RUSSO

Pursuant to 28 U.S.C. § 1746, I, Sam Russo, a person at least eighteen years of age, declare under penalty of perjury that the following statements are true and correct and are based on my personal knowledge.

1. I have been employed by the New Orleans Hornets NBA Limited Partnership ("Hornets") since August of 1988.

2. I am currently the Senior Vice President of Special Projects for the Hornets.

3. The Hornets is a professional sports organization and a National Basketball Association franchise.

4. The Hornets provides amusement and recreational activities, specifically professional basketball games and related events, to the public.

5. The Hornets employs sales and fan relations representatives to play an integral part in its amusement and recreational activities. These representatives interact with members of the public to promote and sell the Hornets' amusement and recreational activities.



{N1544779.1}     - 1 -

dockets.Justia.com

6. At all times, the Hornets organization has had only one accounting system.

7. At all times, the Hornets organization has been under common ownership.

8. At all times, the Hornets organization has been structured such that there is only one President.

9. At all times, the Hornets organization has consisted of and comprised only one legal entity.

10. At all times, the Hornets has had only one ticketing system used by its sales representatives for ticket sales.

11. At all times, the Hornets hired its employees out of a central office.

12. At all times, the Hornets' sales and fan relations representatives worked at certain basketball games as part of their duties.

13. The primary duties of the Hornets' sales representatives at all times were to promote and make ticket sales to the public. The primary duties of fan relations representatives at all times were to provide customer service to current and prospective ticket holders.

14. Sales and fan relations representatives have never been considered by the Hornets organization to be clerical, receptionist, secretarial, or similar administrative office employees, nor did they serve in such a capacity for the Hornets organization.

_____
SAM RUSSO
Senior Vice President of Special Projects

DATED: 9/5/06

-2-

{N1544779.1}