UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION NO. 05-1969 |
| VERSUS | SECTION "C" |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | MAGISTRATE 05 |

---

DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS AND STATEMENT OF DISPUTED MATERIAL FACTS

---

MAY IT PLEASE THE COURT:

Pursuant to Local Rule 56.2, Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), lists the following statement of disputed material facts for which there is, at a minimum, a genuine issue for trial, and responds to the Plaintiffs' statement of alleged uncontested material facts filed in connection with their Motion for Partial Summary Judgment. Defendant has indicated, where applicable, the absence of any evidence in the record to support the alleged uncontested facts, evidence contrary to the alleged uncontested facts, and the inadmissibility of alleged facts. All alleged facts that are inadmissible must be excluded by the Court in considering Plaintiffs' Motion for Partial Summary Judgment. For the reasons as shown below and in the accompanying memorandum in opposition, Plaintiffs' Motion for Partial Summary Judgment must be denied.

{N1543949.1}                                 - 1 -

A.  **RESPONSE TO STATEMENT OF UNCONTESTED MATERIAL FACTS.**

1. Admitted with the exception that the statement is irrelevant with respect to those positions not held by any Plaintiffs in this action.

2. Admitted with the exception that the statement is irrelevant with respect to the regional offices in which none of the Plaintiffs in this action worked.

3. Denied to the extent the statement is vague and conclusory. The Hornets specifically deny that "none of these places was an office where the public would enter and find amusement or recreational activities." The Hornets admit that the offices maintained generally standard business hours and were staffed, in some capacity by some employees year-round.

4. Denied as written. The Hornets admit that the offices were integral to their business of promoting, selling and providing amusement and recreational activities and events in that their main function was promoting and selling tickets for these activities and events and servicing customers who attended those activities and events.

5. Denied to the extent the statement is irrelevant. The Hornets specifically deny that the "business office in the Arena was separate from the stadium where the Hornets' games were played." The Hornets admit the remaining allegations in the statement.

6. Denied to the extent the statement is vague and irrelevant. The Hornets deny that they have a distinct functional organization or entity for

basketball operations within their business of promoting, selling and providing amusement and recreational activities and events to their customers. The Hornets admit that team practices were held at a facility on the Westbank, but games were not played there.

                Respectfully submitted,

/s/ Jennifer L. Anderson
SIDNEY F. LEWIS, V (Bar No. 17026)
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
JANE H. HEIDINGSFELDER (Bar No. 28604)
***Jones, Walker, Waechter, Poitevent,***
  ***Carrère & Denègre, L.L.P.***
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telefax: (504) 582-8015
e-mail: slewis@joneswalker.com
e-mail: janderson@joneswalker.com
e-mail: jheidingsfelder@joneswalker.com
***COUNSEL FOR DEFENDANT,***
   ***NEW ORLEANS HORNETS NBA L.P.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a copy of the above and foregoing *Defendant's Response to Plaintiff's Statement of Undisputed Material Facts* has been served on all counsel of record below by placing same in the United States mail, postage prepaid and properly addressed, this 5th day of September, 2006.

> Elvige Cassard Richards
> Daigle Fisse, PLC
> 227 Highway 21
> Madisonville, LA 70447
> Telefax: (985) 871-0899
>
> Stewart E. Niles, Jr., Esq.
> Niles, Bourque & Fontana LLC
> 909 Poydras Street - Suite 3500
> New Orleans, Louisiana 70112
> Telefax: (504) 310-8590

/s/ Jennifer L. Anderson