UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

O R D E R

**IT IS ORDERED** that there **WILL BE ORAL ARGUMENT** on the following motions on **SEPTEMBER 13, 2006, at 9:30 a.m.** before the undersigned.

**05-1969**   **EUGENE LIGER, ET AL V NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP**
Motion by Eugene Liger, et al for partial summary judgment that the FLSA's Amusement/Recreational exemption is inapplicable (74)

**06-3266**   **LORRAINE LANGE, ET AL V TALIAFARO, INC., ET AL**
Motion by Lorraine Lange to remand to the Civil District Court for the Parish of Orleans (6)

**06-3826**   **DERRICK MARTIN, ET AL V LATHAN ROOF AMERICA, INC., ET AL**
Motion by Derrick Martin, Lawrence Osby, Jose Navarro, Roosevelt Stokes, and Michael Wright to remand to the Civil District Court for the Parish of Orleans (6)

New Orleans, Louisiana, this ____7th____ day of September 2006.

_____
**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**