MINUTE ENTRY
BERRIGAN, J.
SEPTEMBER 13, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C" |

### MOTION HEARING

COURT RECORDER:    Cindy Usner
COURTROOM DEPUTY:  Kimberly County

**APPEARANCES:** Stewart Earl Niles, Jr., Counsel for Jessica Berry
Howard Daigle, Jr. and Elvige Richards, Counsel for Eugene Liger, et al
Jennifer Lynn Anderson and Jane Henican Heidingsfelder, Counsel for New Orleans Hornets NBA Limited Partnership

MOTION BY EUGENE LIGER, ET AL FOR PARTIAL SUMMARY JUDGMENT THAT THE FLSA'S AMUSEMENT/RECREATIONAL EXEMPTION IS INAPPLICABLE (74)

**AFTER ARGUMENT: TAKEN UNDER SUBMISSION**

JS-10:  00:29