## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET. AL<br><br>**Plaintiffs in a Collective Action**<br><br>VERSUS<br><br>NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, GEORGE SHINN, SAM RUSSO, BARBARA BOOTH, KRISTY MCKEARN, AND BRENDAN DONOHUE<br><br>**Defendant** | CIVIL ACTION NO. 05-1969<br><br>SECTION C<br><br>MAGISTRATE 05 |

FILED: _____

                                                                DEPUTY CLERK

### MOTION FOR INTERVENTION PURSUANT TO FRCP 24 TO ASSERT STATUTORY LIEN FOR ATTORNEY'S FEES

NOW INTO COURT comes Niles, Bourque, & Fontana, L.L.C., formerly Niles, Salas, Bourque & Fontana, L.L.C., who files the instant Motion for Intervention in this suit for the purpose of asserting its statutory lien for attorney's fees, as more fully discussed in the accompanying memorandum.

Respectfully submitted,

_____
STEWART E. NILES, JR. (10004)
LAWRENCE J. CENTOLA (27402)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
Attorneys for Plaintiffs