UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| EUGENE LIGER, ET. AL<br><br>Plaintiffs in a Collective Action<br><br>VERSUS<br><br>NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, GEORGE SHINN, SAM RUSSO, BARBARA BOOTH, KRISTY MCKEARN, AND BRENDAN DONOHUE<br><br>Defendant | CIVIL ACTION NO. 05-1969<br><br>SECTION C<br><br>MAGISTRATE 05 |
|---|---|

FILED:_____        _____
                                                                  DEPUTY CLERK

~~ORDER~~ NOTICE

Considering the foregoing Motion for Intervention;

IT IS HEREBY ~~ORDERED~~ Noticed that this matter is set for hearing on __8th__ day of __November__, 2006. @ 9:30

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
JUDGE, SECTION "C"
U.S. DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA