FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 31  PM 1:02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| versus | * | |
| | * | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' UNOPPOSED MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR INTERVENTION PURSUANT TO FRCP 24 TO ASSERT STATUTORY LIEN FOR ATTORNEY'S FEES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Eugene Liger, Ivan Hinson, Anthony Martin, Adam Nash, Chris Carter, Marcy Planer-Murray, Lynn Holmes, Dan Karlsberg, Christopher Stant, Sam Steinmetz, Amy Nicole Smith, Leslie Sumler, Latousha Brown, Kevin Buckel And Ken Kliebert in the captioned matter, who respectfully request that the Court continue the hearing on the Motion For Intervention Pursuant To FRCP 24 To Assert Statutory Lien For Attorney's Fees filed by Niles, Bourque & Fontana, from the presently noticed date of 8 November, 2006, at 9:30 a.m., to 6 December, 2006, at 9:30 a.m., upon representing to the court that in view of the press of other matters the undersigned has conferred with Niles, Bourque & Fontana, who has agreed to said request for a continuance of the hearing.

- 1 -

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

BY: _____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226) (T.A.)
Elvige Cassard Richards (#19386)
227 Highway Twenty-One
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

ATTORNEYS FOR ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiffs' Unopposed Motion For Continuance Of Hearing On Motion For Intervention Pursuant To FRCP 24 To Assert Statutory Lien For Attorney's Fees was served upon all parties or counsel of record, as appropriate, by U.S. Mail, properly addressed, postage prepaid, or by any other means authorized by law, this 30th day of October 2006.

_____
Elvige Cassard Richards

\Mot to Continue Hearing 853718v1 Final