

CLERK'S OFFICE
A TRUE COPY
NOV - 3 2006
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, La.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL, <br>     Plaintiffs in a Collective Action <br><br> versus <br><br> NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, <br>     Defendant | CIVIL ACTION NO. 05-1969 <br><br> SECTION C <br><br> MAGISTRATE 05 |

## ORDER

CONSIDERING the foregoing Plaintiffs' Unopposed Motion For Continuance Of Hearing On Motion For Intervention Pursuant To FRCP 24 To Assert Statutory Lien For Attorney's Fees,

IT IS HEREBY ORDERED that said motion is granted, and the hearing on the above-referenced Motions to Dismiss by the Defendants shall be continued to 6 December, 2006, at 9:30 a.m.

Signed, this \_\_\_1st\_\_\_ day of November, 2006, at New Orleans, Louisiana.

_____
JUDGE

\Mot to Continue Hearing 853718v1 Final

```
___ Fee_____
___ Process_____
 X  /Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```