

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV 3 0 2006

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

## O R D E R

**IT IS ORDERED** that the following motions set for hearing on **DECEMBER 6, 2006**,

will be considered on the briefs.

**04-2393**  **JUDY A. MORVANT V PETROLEUM HELICOPTERS, INC.**
Motion by Petroleum Helicopters, Inc. in limine to exclude evidence
regarding hostile work environment claims (63)
Motion by Judy M. Robicheaux to reconsider ruling on motion in limine
(64)

**05-1887**  **VINCENT BRUNO V MICHAEL STARR, ET AL**
Motion by Vincent Bruno for reconsideration of the Court's decision of 9/12/06
granting sanctions to the defendants (84)

**05-1969**  **EUGENE LIGER, ET AL V NEW ORLEANS HORNETS NBA LIMITED
PARTNERSHIP, ET AL**
Motion by Niles, Bourque, & Fontana, L.L.C. for intervention pursuant to
FRCP 24 to assert statutory lien for attorney's fees (83)

**05-4419
& Consol.
Cases**  **IN THE MATTER OF THE COMPLAINT OF INGRAM BARGE
COMPANY**
Motion by the United States of America to dismiss Lafarge North America,
Inc.'s Third-Party Complaint and Cross-Claim (285) [REF: 05-4237, 05-5531
& 05-5724]
Motion by Marie Short Benoit, et al to remand [to the Civil District Court
for the Parish of Orleans] (343)
Motion by Ethel Mumford, et al to clarify order or, alternatively, increase
the number of allowable fact witnesses in Phase One (346)

**06-0535**  **ROBERT HUDDLESTON, E T AL V COSCO NORTH AMERICA, INC.,
ET AL**
Motion by Cosco North America, Inc., Fu Guang Zhang and Valley Forge
Insurance Company in limine (18)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

06-3434    **POYDRAS (LOUISIANA), LLC V ST. PAUL TRAVELERS, ET AL**
Motion by Poydras (Louisiana) LLC to remand to the Civil District Court for the Parish of Orleans (13)
Motion by The Travelers Indemnity Company of Connecticut for Intra-District Transfer to Section "K"   (31)

06-3841    **CHURCH MUTUAL INSURANCE COMPANY V GREATER ST. STEPHEN BAPTIST CHURCH, ET AL**
Motion by Church Mutual Insurance Company for reconsideration or to alter or amend judgment under Rule 59 (21)

06-3936    **JAMES M. FERGUSON, ET AL V STATE FARM INSURANCE COMPANY**
Motion by State Farm Fire & Casualty Company to bifurcate trial and discovery (18)

06-6614    **TINA COLEMAN, ET AL V STATE FARM INSURANCE COMPANY, ET AL**
Motion by Tina Coleman, Veronica Lehmann, Brad Luscy and Todd Luscy to remand to the 34th Judicial District Court for the Parish of St. Bernard (7)

06-6714    **FRANCES CADWELL V STATE FARM FIRE AND CASUALTY COMPANY, ET AL**
Motion by Frances Cadwell to remand to the 22nd Judicial Court for the Parish of St Tammany (8)

06-6865    **ROBERT W. SULLIVAN V WILLBROS GROUP, INC., ET AL**
Motion by movant Shell Oil Company to dismiss (3)

06-7207    **ORLEANS GROCERY, LTD., ETC., ET AL V MARTIN INSURANCE AGENCY, ET AL**
Motion by Orleans Grocery, Ltd., et al to remand to the Civil District Court for the Parish of Orleans (3)

06-7276    **ROLAND HURST, ET AL V ALLSTATE INSURANCE COMPANY, ET AL**
Motion by Roland Hurst and Iris Hurst to remand case to the 34th Judicial District Court for the Parish of St. Bernard (4)

06-7280    ASHTON R. O'DWYER, JR. V STATE OF LOUISIANA, ET AL
Motion by Burton Guidry to dismiss (6)
Motion by State of Louisiana, et al to dismiss State of Louisiana and State
Agency Defendants (7)
Motion by Trooper John Nelson, et al to dismiss or alternatively for a more
definite statement (10)
Rule 12 (b)(6) motion to dismiss by Ernest L. Edwards, Joseph L. Shea, Jr.
and Charles R. Talley (14)

06-7471    ERIN ROMERO V TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT, ET AL
Motion by Erin Romero to remand to the Civil District Court for the Parish
of Orleans (7)

06-7817    CHARLES GAUNTT, ET AL V LOUISIANA CITIZENS PROPERTY
INSURANCE CORP., ET AL
Motion by Charles Gauntt, et al to remand to the Civil District Court for
the Parish of Orleans (18)

06-7888    WILLIAM D. KING, SR. V TRAVELERS PROPERTY CASUALTY, ET
AL
Motion by William D. King, Sr. to remand to the 22nd Judicial District
Court for the Parish of St. Tammany (6)

06-7930    KEITH WILLIAMS V STATE FARM FIRE & CASUALTY CO.
Motion by Keith Williams to remand to the Civil District Court for the
Parish of Orleans (6)

06-8115    JEFFERY WHITEHEAD, ET AL V STATE FARM INSURANCE
COMPANY, ET AL
Motion by Jeffery Whitehead and Phyllis Whitehead to remand to the 24th
Judicial District Court for the Parish of Jefferson (5)

06-8117    MACO SERVICE, INC., ETC. V ALLSTATE INSURANCE COMPANY,
ET AL
Motion by Maco Services, Inc. to remand action to the 22nd Judicial District
Court for the Parish of St. Tammany (7)

06-8126    MELANIE PALMER V ENCOMPASS INSURANCE COMPANY, ET AL
Motion by Melanie Palmer to remand to the 24th Judicial Court for the
Parish of Jefferson (5)

06-8266      **PHYLLIS CULOTTA, ET AL V STATE FARM FIRE AND CASUALTY COMPANY**
Motion by State Farm Fire and Casualty Company to transfer [to Section "R" of this Court - C.A. 06-4697] (6)

06-8288      **ROBERT WESTLEY V ALLSTATE INSURANCE COMPANY, ET AL**
Motion by Robert Westley to remand to the Civil District Court for the Parish of Orleans (6)

06-8739      **TODD DILLMANN V LIBERTY MUTUAL INSURANCE COMPANY, ET AL**
Motion by Todd Dillmann to remand to the 22nd Judicial District Court for the Parish of St. Tammany (5)

06-8775      **KYVA WILLIAMS V ALLSTATE INSURANCE COMPANY, ET AL**
Motion by Kyva Williams to remand to the Civil District Court of Orleans Parish (5)

06-8779      **GLORIA F. CHARBONNET, ET AL V ALLSTATE INSURANCE COMPANY**
Motion by Gloria F. Charbonnet and Bernard L. Charbonnet, Sr. to remand to the Civil District Court of Orleans Parish (5)

06-8976      **QUARTER HOUSE OWNER ASSOCIATION, ET AL V UNITED FIRE & CASUALTY COMPANY, ET AL**
Motion by Quarter House Owner Association, et al to remand to the Civil District Court for the Parish of Orleans (4)

06-9242      **LATONYA CRAWFORD, ET AL V MEDI-CHAIR, LLC, ETC.**
Motion by Medi-Chair, LLC to dismiss or transfer to district of Arizona in favor of arbitration (2)

New Orleans, Louisiana, this _____30th_____ day of November 2006.


_____
for HELEN G. BERRIGAN
**UNITED STATES DISTRICT JUDGE**