## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1969** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **SECTION: "C"** |

### ORDER AND REASONS

IT IS ORDERED that Niles, Bourque, & Fontana, L.L.C.'s Motion for Intervention

Pursuant to FRCP 24 to Assert Statutory Lien for Attorney's Fees (Rec. Doc. 83) is hereby

**GRANTED AS UNOPPOSED.**

New Orleans, Louisiana, this 13th day of December, 2006.

_____

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com