UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, ET AL**                          **CIVIL ACTION**

**VERSUS**                                       **NO. 05-1969**

**NEW ORLEANS HORNETS NBA**                      **SECTION: C (5)**
**LIMITED PARTNERSHIP**

A Preliminary Conference was held this date.

Participating were:
Howard Daigle, Jr.    Elvige Cassard Richards    Stewart Niles, Jr.
Jennifer Lynn Anderson    Jane Henican Heidingsfelder

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions for summary judgment and motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than Wednesday, October 17, 2007 (see motion calendar attached). Any motions filed in violation of this Order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

Counsel shall complete all disclosure of information as follows:

Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been completed.

Depositions for trial use shall be taken and all discovery shall be completed not later than Monday, October 15, 2007.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims shall be filed no later than Friday, February 2, 2007.

Counsel adding new parties subsequent to mailing of this Notice shall serve on

each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than Wednesday, August 15, 2007.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than Friday, September 14, 2007.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than Friday, September 14, 2007.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

A settlement conference will be scheduled at any time at the request of any party to this action.

This case does involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

A Telephone Status Conference will be held on Thursday, September 27, 2007,

at 9:00 a.m. The Court will initiate the telephone call.

A Final Pretrial Conference will be held on Tuesday, November 13, 2007, at 3:00 p.m. Counsel will be prepared in accordance with the final Pretrial Notice attached.

Trial will commence the week of Monday, December 3, 2007, at 10:00 a.m. before the District Judge with a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 10 days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this 3rd day of January 2007.


**HELEN G. BERRIGAN**
**UNITED STATES DISTRICT JUDGE**

**ISSUED FOR THE COURT:**

**/s/ Kimberly A. County**
**Case Manager**