UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER, TO QUASH RECORDS SUBPOENAS, AND FOR OTHER RELIEF

**NOW INTO COURT,** through undersigned counsel, comes Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), and upon suggesting to this Honorable Court that Plaintiffs have sent, apparently via certified mail only and ostensibly under Federal Rule of Civil Procedure 45, records subpoenas to 42 separate non-parties throughout the country, including the National Basketball Association, 28 professional basketball teams, numerous private businesses, and government entities, moves this Court for a protective order, to quash the subpoenas, and for other relief, including the Hornets' reasonable attorney fees and expenses necessitated by Plaintiffs' improper discovery practices. The Plaintiffs are seeking records in violation of Federal Rules of Civil Procedure 26 and 45, including records that are confidential and protected by the attorney-client privilege and work product doctrine, and are attempting to require the non-parties located in various states throughout the country to make the records available in Louisiana. At least one subpoena recipient already has provided written notice of its objections.

The Hornets respectfully request that the Court grant this Motion and enter a protective order that the discovery be denied and/or quash the records subpoenas, and provide the attorney fees and expenses incurred by Hornets as a result. In support hereof, the Hornets attach as

Exhibit 1 *in globo* the records subpoenas at issue (organized alphabetically); as Exhibit 2 the written objection from a non-party subpoena recipient; and as Exhibits 3-7 the communications between counsel for the parties concerning the Hornets' notice of objections and request for a discovery conference regarding same. As set forth more fully in the accompanying Memorandum in Support, the subpoenas request extensive documents from non-parties that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence, and they are facially overbroad, harassing, unreasonable, unduly burdensome, and seek confidential, privileged, and otherwise protected information that has no bearing on the claims asserted by Plaintiffs in this action.

**WHEREFORE,** the Hornets respectfully request that the Court grant this Motion and order that the discovery be denied and that Plaintiffs be ordered to pay all reasonable fees and expenses associated with this Motion.

Respectfully submitted,

**JONES, WALKER, WAECHTER, POITEVENT,
  CARRÈRE & DENÈGRE, L.L.P.**

/s/ Jennifer L. Anderson
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: janderson@joneswalker.com

and

SIDNEY F. LEWIS, V (Bar No. 17026)
JANE H. HEIDINGSFELDER (Bar No. 28604)
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
E-mail: slewis@joneswalker.com
E-mail: jheidingsfelder@joneswalker.com
***COUNSEL FOR DEFENDANT,***
   ***NEW ORLEANS HORNETS NBA L.P.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing DEFENDANT'S MOTION FOR PROTECTIVE ORDER, TO QUASH RECORDS SUBPOENAS, AND FOR OTHER RELIEF has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 11th day of June, 2007:

Elvige Cassard Richards
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr., Esq.
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590


/s/ Jennifer L. Anderson