# FISH & RICHARDSON P.C.

1717 Main Street
Suite 5000
Dallas, Texas
75201

Telephone
214 747-5070

Facsimile
214 747-2091

Web Site
www.fr.com

**Date** June 8, 2007

**To** Elvige Cassard
P.O. Box 5350
Covington, LA 70434-5350

**Facsimile number** (985) 871-0899

**To** Jennifer L. Anderson

**Facsimile number** (225) 248-3040

**To** Stewart Niles

**Facsimile number** (504) 510-8595

Liger et al v. New Orleans Hornets NBA Limited Partnership                Doc. 91 Att. 14

**From** Geoffrey S. Harper

**Re** General Advice
Our Ref.: DAL-12162-GSH060807-1-bls

**Number of pages
including this page** 3

**Message**

NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at 214 747-5070 to arrange for its return. Thank you.

EXHIBIT 2

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Frederick P. Fish
1855-1930

Telephone
617 542-5070

W.K. Richardson
1859-1951

Facsimile
617 542-8906

June 8, 2007

Web Site
www.fr.com

<u>*Via Facsimile (985) 871-0899*</u>
Elvige Cassard
PO Box 5350
Covington, LA 70434-5350



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Re:   Cause No. 05-1969-C-5; *Eugene Liger, Anthony "Tony" Martin, Adam Nash, Jessica Berry, Chris Carter, Marcy Planer Murray, Samuel Tobias Steinmetz, and Leslie Sumler v. New Orleans Hornets NBA Limited Partnership*; In the United States District Court for the Eastern District of Louisiana.

Dear Ms. Cassard:

I represent Dallas Basketball Limited d/b/a the Dallas Mavericks (the "Mavericks") in regards to the subpoena that you mailed to the Mavericks in the above-referenced litigation. Please address all further correspondence concerning this matter to me.

Although the subpoena that you mailed on May 25, 2007 appears to demand the production of certain documents pursuant to FED. R. CIV. P. 45, the document is per se invalid and seeks numerous documents that are confidential, irrelevant, and beyond the scope of permitted discovery.

As a starting point, I note that the subpoena was not properly served and facially seeks to compel the Mavericks to appear and produce documents beyond the geographic limitations that the federal rules allow for non parties.

Moreover, even were the subpoena to have been served properly (which it was not), the document requests themselves are objectionable. Each of the requests are (a) overbroad, (b) seeks to place an undue burden on the Mavericks to locate document and produce them, (c) seeks information that is irrelevant to the claims asserted in the Fourth Amended Collective Action Complaint and is not likely to lead to the discovery of admissible evidence, (d) seeks information that is protected from disclosure as private and confidential, (e) asserts an improper time frame for documents, and (f) requires the production of documents that are protected from disclosure as privileged, such as attorney work product, attorney-client communication, and documents protected under the Texas client communication privilege.

The subpoena also contains a list of "Instructions" and "Definitions and Rules of Construction" that are improper, seek to expand the obligations of the Mavericks beyond that permitted by the Federal Rules of Civil Procedure and the Local Rules of

FISH & RICHARDSON P.C.

Elvige Cassard
June 8, 2007
Page 2

the Northern District of Texas, and contain definitions that are overbroad, unduly burdensome, harassing, and nonsensical.

Please be advised that, due to these deficiencies, the Mavericks will be producing no documents or otherwise replying to your subpoena.

Sincerely,

*[signature]*

Geoffrey S. Harper

hornets letter.doc

cc:   Jennifer L. Anderson (via facsimile 225-248-3040)
      Stewart Niles (via facsimile 504-510-8595)


# JONES WALKER

Jennifer L. Anderson
Direct Dial 225-248-2040
Direct Fax 225-248-3040
janderson@joneswalker.com

June 8, 2007

**Via Facsimile Only to 985.871.0899**

Elvige Cassard
Daigle Fisse & Kessenich
P.O. Box 5350
227 Highway 21
Covington, LA 70434-5350

    Re:   *Liger, et al. v. New Orleans Hornets NBA Limited Partnership,* Civil Action 05-1969, United States District Court for the Eastern District of Louisiana
          Our File Number: 105190-00

Dear Elvige:

    I am writing to request a discovery conference pursuant to Local Rule 37.1E in response to the records subpoenas issued on behalf of the Plaintiffs to forty-one non-parties in the referenced action. Although the cover letter transmitted with the subpoenas references two separate Louisiana state court actions against the New Orleans Hornets, I have received service copies only of subpoenas purportedly issued in accordance with Federal Rule of Civil Procedure 45.

    The reason for requesting the discovery conference is to attempt to resolve our objections to the subpoenas as required by Local Rule 37.1E and to avoid an unnecessary motion for protective order, to quash, and for attorneys' fees and costs. Please let me know when you are available after 10:00 a.m. on Monday, June 11, to conduct a discovery conference. If I do not hear from you regarding your preference as to a time on Monday, you can expect my call for the discovery conference at 3:00 p.m. In the absence of a resolution to our objections, I will proceed to file a motion on Monday, June 11, seeking Court intervention.

    To expedite our discussion of the problems with the subpoenas, I am taking this opportunity to highlight some of their more significant substantive and procedural defects. Each of the subpoenas seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence in this action. In fact, the subpoenas issued to the other professional basketball teams that are not parties to this action and are not the subject of the Plaintiffs' allegations or claims facially appear to be nothing more than a fishing expedition or an effort to harass, annoy, and unduly burden other teams that have nothing to do with this action.

{B0448708.1}    JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 202-203-1000 • FAX 202-203-0000 • E-MAIL info@joneswalker.c

BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON,

EXHIBIT 3

June 8, 2007
Page 2

The same is true of the subpoena to the National Basketball Association. Further, many of the document requests directly seek information that is highly confidential, proprietary, and sensitive, and/or in which the New Orleans Hornets have an interest. Many are drafted so broadly as to necessarily call for the production of documents that contain information subject to the attorney-client privilege, work product doctrine, and other such protections afforded by applicable federal and/or state laws. Each of the subpoenas also purports to impose greater obligations on the non-parties than actually required under the Federal Rules of Civil Procedure through the use of an overly broad and unduly burdensome set of "Instructions" and "Definitions and Rules of Construction" prepared by Plaintiffs' counsel. Finally, it does not appear from the records available to us that the subpoenas have been properly served on the non-parties.

The subpoenas issued by the Plaintiffs fail to comply with Federal Rules of Civil Procedure 26 and 45, at a minimum, and stand only to needlessly increase the cost of litigation for the parties and the non-parties to whom the subpoenas were issued. I look forward to discussing a resolution to this discovery dispute with you Monday.

Very truly yours,

Jennifer L. Anderson

JLA/

cc:   Stewart E. Niles, Jr. (via facsimile only to 504.310.8595)
      Jane H. Heidingsfelder (via e-mail only to jheidingsfelder@joneswalker.com)
      Sidney F. Lewis, V (via e-mail only to slewis@joneswalker.com)

{B0448708.1}

```
********************
***   TX REPORT  ***
********************

TRANSMISSION OK

TX/RX NO          2953
CONNECTION TEL    0519000#19858710899#
SUBADDRESS
CONNECTION ID     DAIGLE FISSE, PL
ST. TIME          08/06 18:44
USAGE T           00'46
PGS. SENT         3
RESULT            OK
```



# JONES WALKER

# FACSIMILE

| | | | |
|---|---|---|---|
| **From:** | Jennifer L. Anderson | **Date:** | June 8, 2007 |
| **Direct Dial** | 225-248-2040 | **Reference:** | 105190-00 |

Number of pages being transmitted including the cover page: 3

| **TO** | **Fax No.** | **Phone No.** |
|---|---|---|
| Elvige Cassard, Esq. | (985) 871-0899 | |

**Message/Document(s) faxed:**

Please call us if all pages are not received at 225-248-3417.

ORIGINAL DOCUMENTS: Will follow by ☒ mail ☐ courier – OR – ☐ Will not follow unless requested.

```
***************************
***   ERROR TX REPORT   ***
***************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                  2954
CONNECTION TEL            519000#915043108595#
SUBADDRESS
CONNECTION ID
ST. TIME                  08/06 18:49
USAGE T                   00'00
PGS. SENT                 0
RESULT                    NG        #018  BUSY/NO SIGNAL
```



# JONES WALKER

# FACSIMILE

| | | | |
|---|---|---|---|
| **From:** | Jennifer L. Anderson | **Date:** | June 8, 2007 |
| **Direct Dial** | 225-248-2040 | **Reference:** | 105190-00 |

---

Number of pages being transmitted including the cover page: **3**

---

| **TO** | **Fax No.** | **Phone No.** |
|---|---|---|
| Stewart E. Niles, Jr., Esq. | (504) 310-8595 | |

---

Message/Document(s) faxed:


Please call us if all pages are not received at 225-248-3417.

ORIGINAL DOCUMENTS:  Will follow by ☒ mail  ☐ courier – OR -  ☐ Will not follow unless requested.

## Anderson, Jennifer

| | |
|---|---|
| **From:** | Anderson, Jennifer |
| **Sent:** | Friday, June 08, 2007 8:02 PM |
| **To:** | sniles@nileslawfirm.com; bknight@nileslawfirm.com |
| **Cc:** | Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; Elvige Cassard |
| **Subject:** | FW: Please review and return.  Regards, Anderson, Jennifer |
| **Attachments:** | Scanned Document.pdf |

Counsel:

I attempted to fax the attached letter to you today, but received a busy signal. If your fax number has changed or if the number I have is incorrect (504.310.8595), please let me know. Thank you.

Jennifer L. Anderson

**PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.**

**Jennifer L. Anderson
JONES WALKER
Labor and Employment Law Practice Group
janderson@joneswalker.com
Direct Dial: (225) 248-2040
Direct Fax: (225) 248-3040
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000**

*Assistant: Tonja Dodds
Direct Dial: (225) 248-3417*

www.joneswalker.com


Scanned
:ument.pdf (123


EXHIBIT 4

1


# JONES WALKER

Jennifer L. Anderson
Direct Dial 225-248-2040
Direct Fax 225-248-3040
janderson@joneswalker.com

June 8, 2007

**Via Facsimile Only to 985.871.0899**

Elvige Cassard
Daigle Fisse & Kessenich
P.O. Box 5350
227 Highway 21
Covington, LA 70434-5350

  Re: *Liger, et al. v. New Orleans Hornets NBA Limited Partnership,* Civil Action 05-1969, United States District Court for the Eastern District of Louisiana
     Our File Number: 105190-00

Dear Elvige:

  I am writing to request a discovery conference pursuant to Local Rule 37.1E in response to the records subpoenas issued on behalf of the Plaintiffs to forty-one non-parties in the referenced action. Although the cover letter transmitted with the subpoenas references two separate Louisiana state court actions against the New Orleans Hornets, I have received service copies only of subpoenas purportedly issued in accordance with Federal Rule of Civil Procedure 45.

  The reason for requesting the discovery conference is to attempt to resolve our objections to the subpoenas as required by Local Rule 37.1E and to avoid an unnecessary motion for protective order, to quash, and for attorneys' fees and costs. Please let me know when you are available after 10:00 a.m. on Monday, June 11, to conduct a discovery conference. If I do not hear from you regarding your preference as to a time on Monday, you can expect my call for the discovery conference at 3:00 p.m. In the absence of a resolution to our objections, I will proceed to file a motion on Monday, June 11, seeking Court intervention.

  To expedite our discussion of the problems with the subpoenas, I am taking this opportunity to highlight some of their more significant substantive and procedural defects. Each of the subpoenas seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence in this action. In fact, the subpoenas issued to the other professional basketball teams that are not parties to this action and are not the subject of the Plaintiffs' allegations or claims facially appear to be nothing more than a fishing expedition or an effort to harass, annoy, and unduly burden other teams that have nothing to do with this action.

{B0448708.1}  JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD • BATON ROUGE, LOUISIANA 70809-7000 • 202-203-1000 • FAX 202-203-0000 • E-MAIL info@joneswalker.com • www.joneswalker.com
BATON ROUGE HOUSTON LAFAYETTE MIAMI NEW ORLEANS WASHINGTON, D.C.

June 8, 2007
Page 2

The same is true of the subpoena to the National Basketball Association. Further, many of the document requests directly seek information that is highly confidential, proprietary, and sensitive, and/or in which the New Orleans Hornets have an interest. Many are drafted so broadly as to necessarily call for the production of documents that contain information subject to the attorney-client privilege, work product doctrine, and other such protections afforded by applicable federal and/or state laws. Each of the subpoenas also purports to impose greater obligations on the non-parties than actually required under the Federal Rules of Civil Procedure through the use of an overly broad and unduly burdensome set of "Instructions" and "Definitions and Rules of Construction" prepared by Plaintiffs' counsel. Finally, it does not appear from the records available to us that the subpoenas have been properly served on the non-parties.

The subpoenas issued by the Plaintiffs fail to comply with Federal Rules of Civil Procedure 26 and 45, at a minimum, and stand only to needlessly increase the cost of litigation for the parties and the non-parties to whom the subpoenas were issued. I look forward to discussing a resolution to this discovery dispute with you Monday.

Very truly yours,

Jennifer L. Anderson

JLA/

cc:   Stewart E. Niles, Jr. (via facsimile only to 504.310.8595)
      Jane H. Heidingsfelder (via e-mail only to jheidingsfelder@joneswalker.com)
      Sidney F. Lewis, V (via e-mail only to slewis@joneswalker.com)

{B0448708.1}

## Anderson, Jennifer

| | |
|---|---|
| **From:** | Stewart [sniles@nileslawfirm.com] |
| **Sent:** | Saturday, June 09, 2007 6:58 PM |
| **To:** | Anderson, Jennifer |
| **Cc:** | Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; 'Elvige Cassard'; bknight@nileslawfirm.com |
| **Subject:** | RE: FW: Please review and return.  Regards, Anderson, Jennifer |

```
     Counsel for the Hornets takes an unsupported position.
     On the one hand, counsel for the Hornets has told  the court that
the Hornets should be treated like a golf club, "just like other NBA teams."
     Does counsel for the Hornets contend that the uniform action -
contrary to the Hornets pre-suit position -  taken by all but one or two NBA
teams prior to suit by plaintiffs is irrelevant?  If so, please state the
specific grounds, not your general conclusion.
     Likewise, please state the standing of counsel for the Hornets to
assert "privilege, hardship, etc" for all other NBA teams and the NBA.
     Finally, please state the specific objections asserted by the
Horntes.  This hastily called and noncompliant attempt to schedule
"conference" so that counsel for the Hornets can rush to court is ill
conceived. For example, not that yahoo asked, undertook reasonable efforts,
or provided reasonable time - i.e. one day notice, but I am in New York
until Wednesday.  I would like to participate in this conference, because I
believe it is merely pretextural, not a reasonable effort to resolve
unspecified objections, many the Hornets have no standing to asset.
     Certainly, once the court learns that number of compliant NBA teams,
and the start date of compliance, the Hornets position is clearly frivolous.
That revelation makes all inquires relevant.
     Of interest is the threat of sanctions and attorney's fees.  Please
advise the basis - as to these matters - for such unwarranted threat.
     Looking forward to discussing these matters at a mutually agreeable
time, I remain, Stewart.
PS Congratulations for your new relocation.
-----Original Message-----
From: Anderson, Jennifer
Sent: Friday, June 08, 2007 8:01 PM
To: sniles@nileslawfirm.com; bknight@nileslawfirm.com
Cc: Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; Elvige Cassard

Counsel:

I attempted to fax the attached letter to you today, but received a busy
signal. If your fax number has changed or if the number I have is
incorrect (504.310.8595), please let me know. Thank you.

Jennifer L. Anderson

PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.

Jennifer L. Anderson
JONES WALKER
Labor and Employment Law Practice Group
janderson@joneswalker.com
Direct Dial: (225) 248-2040
Direct Fax: (225) 248-3040
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

```
>  <<Scanned Document.pdf>>
```

Attachment(s): Scanned Document.pdf

FW: Please review and return. Regards, Anderson, Jennifer

Case 2:05-cv-01969-HGB-ALC    Document 91-15    Filed 06/11/2007    Page 13 of 17

Page 1 of 2

## Anderson, Jennifer

| | |
|---|---|
| **From:** | Donna Street [dstreet@daiglefisse.com] |
| **Sent:** | Monday, June 11, 2007 1:31 PM |
| **To:** | Anderson, Jennifer |
| **Cc:** | sniles@nileslawfirm.com; bknight@nileslawfirm.com; Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; 'Howard Daigle'; 'Elvige Cassard' |
| **Subject:** | FW: Please review and return. Regards, Anderson, Jennifer |
| **Attachments:** | Scanned Document.pdf |

Dear Ms Anderson:
Ms. Cassard asked me to advise you that she is available on Wednesday. She will be in further touch to advise of specifics. By copy of this email to Mr. Niles she asks regarding his availability.
Thank you,
Donna Street



*Donna Street*
*Legal Assistant to*
*James L. Bradford III and*
*Kyle A. Spaulding*

Daigle Fisse & Kessenich
P. O. Box 5350
Covington, LA 70433-5350
Telephone:   985.871.0800
Facsimile:   985.871.0899

---

**From:** Elvige Cassard [mailto:ecassard@daiglefisse.com]
**Sent:** Monday, June 11, 2007 1:21 PM
**To:** 'Donna Street'
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer



**Elvige Cassard**
**Daigle Fisse & Kessenich, PLC**



EXHIBIT 6

6/11/2007

FW: Please review and return. Regards, Anderson, Jennifer
Case 2:05-cv-01960-HGB-ALC    Document 91-15    Filed 06/11/2007    Page 14 of 17
Page 2 of 2

P. O. Box 5350
Covington, LA. 70434
Telephone: 985-871-0800
Cellphone: 504-577-9193
Facsimile: 985-871-0899
E-mail: ecassard@daiglefisse.com

NOTE: This e-mail message and attachments may contain legally privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, disclosure, distribution, copying, or other use of this message or its attachments is strictly PROHIBITED. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.
To ensure compliance with IRS requirements, be advised that any U.S. federal tax advice contained in this message or attachments is not intended, written or permitted to be used to (i) avoid penalties under the Internal Revenue Code or (ii) promote, market or recommend to others any transaction or matter addressed herein.

---

**From:** Anderson, Jennifer [mailto:janderson@joneswalker.com]
**Sent:** Friday, June 08, 2007 8:02 PM
**To:** sniles@nileslawfirm.com; bknight@nileslawfirm.com
**Cc:** Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; Elvige Cassard
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer


Counsel:

I attempted to fax the attached letter to you today, but received a busy signal. If your fax number has changed or if the number I have is incorrect (504.310.8595), please let me know. Thank you.

Jennifer L. Anderson

**PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.**

**Jennifer L. Anderson**
**JONES WALKER**
**Labor and Employment Law Practice Group**
janderson@joneswalker.com
Direct Dial: (225) 248-2040
Direct Fax: (225) 248-3040
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

*Assistant: Tonja Dodds*
*Direct Dial: (225) 248-3417*

www.joneswalker.com

<<Scanned Document.pdf>>

6/11/2007

FW: Please review and return. Regards, Anderson, Jennifer    Page 1 of 3

Case 2:05-cv-01969-HGB-ALC    Document 91-15    Filed 06/11/2007    Page 15 of 17

## Anderson, Jennifer

| | |
|---|---|
| **From:** | Anderson, Jennifer |
| **Sent:** | Monday, June 11, 2007 1:50 PM |
| **To:** | Donna Street |
| **Cc:** | sniles@nileslawfirm.com; bknight@nileslawfirm.com; Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; 'Howard Daigle'; 'Elvige Cassard' |
| **Subject:** | RE: Please review and return. Regards, Anderson, Jennifer |

Donna:

Thank you for your e-mail. I received an e-mail from Mr. Niles this weekend and understand he, too, is not available until Wednesday. Unfortunately, Defendant has a short time period for objecting to the various subpoenas recently sent by the Plaintiffs to 42 non-parties across the country and the June 15 deadline provided by the Plaintiffs in the subpoenas is approaching. Mr. Niles articulated his position in his e-mail response to my June 8 letter, and he maintains that the subpoenas are proper and disagrees with the Defendant's objections for the reasons he noted. Thus, it does not appear that a telephone conference would further our efforts to resolve the discovery issue. I welcome any correspondence from Ms. Cassard and Mr. Daigle regarding their position, but respectfully must file the objections to the subpoenas today in light of the timing. I will, however, make myself available Wednesday, June 13, between 10-12 a.m. and 1-3 p.m. if any of Plaintiffs' counsel think the objections can be resolved and would like to confer at that time. I also will remain available this afternoon to correspond or conduct a conference call should Plaintiffs' counsel's availability change.

Sincerely,

Jennifer L. Anderson

**PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.**

**Jennifer L. Anderson**
**JONES WALKER**
**Labor and Employment Law Practice Group**
**janderson@joneswalker.com**
**Direct Dial: (225) 248-2040**
**Direct Fax: (225) 248-3040**
**Four United Plaza**
**8555 United Plaza Blvd.**
**Baton Rouge, LA 70809-7000**

*Assistant: Tonja Dodds*
*Direct Dial: (225) 248-3417*

www.joneswalker.com

**EXHIBIT 7**

---

**From:** Donna Street [mailto:dstreet@daiglefisse.com]
**Sent:** Monday, June 11, 2007 1:31 PM
**To:** Anderson, Jennifer
**Cc:** sniles@nileslawfirm.com; bknight@nileslawfirm.com; Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; 'Howard

Daigle'; 'Elvige Cassard'
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer

Dear Ms Anderson:
Ms. Cassard asked me to advise you that she is available on Wednesday. She will be in further touch to advise of specifics. By copy of this email to Mr. Niles she asks regarding his availability.
Thank you,
Donna Street



*Donna Street*
*Legal Assistant to*
*James L. Bradford III and*
*Kyle A. Spaulding*

*Daigle Fisse & Kessenich*
*P. O. Box 5350*
*Covington, LA 70433-5350*
*Telephone:        985.871.0800*
*Facsimile:         985.871.0899*

---

**From:** Elvige Cassard [mailto:ecassard@daiglefisse.com]
**Sent:** Monday, June 11, 2007 1:21 PM
**To:** 'Donna Street'
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer



**Elvige Cassard**
**Daigle Fisse & Kessenich, PLC**
**P. O. Box 5350**
**Covington, LA. 70434**
**Telephone: 985-871-0800**
**Cellphone: 504-577-9193**
**Facsimile: 985-871-0899**
**E-mail: ecassard@daiglefisse.com**

**NOTE: This e-mail message and attachments may contain legally privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the**

6/11/2007

FW: Please review and return. Regards, Anderson, Jennifer

Case 2:05-cv-01969-HGB-ALC    Document 91-15    Filed 06/11/2007    Page 17 of 17

Page 3 of 3

intended recipient, you are hereby notified that any reading, disclosure, distribution, copying, or other use of this message or its attachments is strictly PROHIBITED. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.

To ensure compliance with IRS requirements, be advised that any U.S. federal tax advice contained in this message or attachments is not intended, written or permitted to be used to (i) avoid penalties under the Internal Revenue Code or (ii) promote, market or recommend to others any transaction or matter addressed herein.

**From:** Anderson, Jennifer [mailto:janderson@joneswalker.com]
**Sent:** Friday, June 08, 2007 8:02 PM
**To:** sniles@nileslawfirm.com; bknight@nileslawfirm.com
**Cc:** Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; Elvige Cassard
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer


Counsel:

I attempted to fax the attached letter to you today, but received a busy signal. If your fax number has changed or if the number I have is incorrect (504.310.8595), please let me know. Thank you.

Jennifer L. Anderson

**PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.**

**Jennifer L. Anderson**
**JONES WALKER**
**Labor and Employment Law Practice Group**
janderson@joneswalker.com
**Direct Dial: (225) 248-2040**
**Direct Fax: (225) 248-3040**
**Four United Plaza**
**8555 United Plaza Blvd.**
**Baton Rouge, LA 70809-7000**

*Assistant: Tonja Dodds*
*Direct Dial: (225) 248-3417*

www.joneswalker.com

<<Scanned Document.pdf>>