Liger et al v. New Orleans Hornets NBA Limited Partnership                                                                 Doc. 91 Att. 15
FW: Please review and return. Regards, Anderson, Jennifer                                             Page 1 of 4
Case 2:05-cv-01969-HGB-ALC   Document 91-16   Filed 06/11/2007   Page 1 of 4

## Anderson, Jennifer

| | |
|---|---|
| **From:** | Bryan Knight [bknight@nileslawfirm.com] |
| **Sent:** | Monday, June 11, 2007 6:01 PM |
| **To:** | Anderson, Jennifer; 'Donna Street' |
| **Cc:** | sniles@nileslawfirm.com; Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; 'Howard Daigle'; 'Elvige Cassard' |
| **Subject:** | RE: Please review and return. Regards, Anderson, Jennifer |

# Niles, Bourque & Fontana, L.L.C.
Attorneys and Counselors at Law

*Thirty Fifth Floor, 909 Poydras Street*
*New Orleans, Louisiana 70112*
*Telephone: (504) 310-8550/Fax: (504) 310-8595*

**Bryan J. Knight**
**Direct Dial: (504) 310-8558**
**e-mail: bknight@nileslawfirm.com**

June 11, 2007

Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170-5100

      RE:    Eugene Liger, et al v.  New Orleans Hornets  NBA
             Limited Partnership
             USDC, EDLA, C.A. No. 05-1969 (5)
             DFK 905-01

Dear Jennifer:

      We disagree with your characterization of Stewart's 6/9 e-mail, which simply requested that you identify your specific objections to the subpoenas prior to the telephone conference between counsel. You have not done so.

      Your refusal to discuss this matter with all counsel at a mutually agreeable date and time violates Local Rule 37.1E's requirement that you attempt to amicably resolve this issue with counsel prior to filing any discovery motion. In addition, your 6/8 letter, which was received at 8:02 p.m. on Friday evening and attempted to schedule a telephone conference for 3:00 p.m. the next business day, does not meet Local Rule 37.1E's requirement of "reasonable notice." We will not waive these violations of Local Rule 37.1E and will object to any motion you file without first complying with local rules.

      With kindest regards, I remain,

                                                                     Very truly yours,

                                                                     Bryan J. Knight

Dockets.Justia.com

FW: Please review and return. Regards, Anderson, Jennifer    Page 2 of 4

Case 2:05-cv-01969-HGB-ALC    Document 91-16    Filed 06/11/2007    Page 2 of 4

Bryan J. Knight
Associate
Niles, Bourque, & Fontana, L.L.C.

---

**From:** Anderson, Jennifer [mailto:janderson@joneswalker.com]
**Sent:** Monday, June 11, 2007 1:50 PM
**To:** Donna Street
**Cc:** sniles@nileslawfirm.com; bknight@nileslawfirm.com; Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; Howard Daigle; Elvige Cassard
**Subject:** RE: Please review and return. Regards, Anderson, Jennifer

Donna:

Thank you for your e-mail. I received an e-mail from Mr. Niles this weekend and understand he, too, is not available until Wednesday. Unfortunately, Defendant has a short time period for objecting to the various subpoenas recently sent by the Plaintiffs to 42 non-parties across the country and the June 15 deadline provided by the Plaintiffs in the subpoenas is approaching. Mr. Niles articulated his position in his e-mail response to my June 8 letter, and he maintains that the subpoenas are proper and disagrees with the Defendant's objections for the reasons he noted. Thus, it does not appear that a telephone conference would further our efforts to resolve the discovery issue. I welcome any correspondence from Ms. Cassard and Mr. Daigle regarding their position, but respectfully must file the objections to the subpoenas today in light of the timing. I will, however, make myself available Wednesday, June 13, between 10-12 a.m. and 1-3 p.m. if any of Plaintiffs' counsel think the objections can be resolved and would like to confer at that time. I also will remain available this afternoon to correspond or conduct a conference call should Plaintiffs' counsel's availability change.

Sincerely,

Jennifer L. Anderson


**PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.**

**Jennifer L. Anderson**
**JONES WALKER**
**Labor and Employment Law Practice Group**
**janderson@joneswalker.com**
**Direct Dial: (225) 248-2040**
**Direct Fax: (225) 248-3040**
**Four United Plaza**
**8555 United Plaza Blvd.**
**Baton Rouge, LA 70809-7000**

*Assistant: Tonja Dodds*
*Direct Dial: (225) 248-3417*

**www.joneswalker.com**


**From:** Donna Street [mailto:dstreet@daiglefisse.com]

6/11/2007

**Sent:** Monday, June 11, 2007 1:31 PM
**To:** Anderson, Jennifer
**Cc:** sniles@nileslawfirm.com; bknight@nileslawfirm.com; Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; 'Howard Daigle'; 'Elvige Cassard'
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer

Dear Ms Anderson:
Ms. Cassard asked me to advise you that she is available on Wednesday. She will be in further touch to advise of specifics. By copy of this email to Mr. Niles she asks regarding his availability.
Thank you,
Donna Street



*Donna Street*
*Legal Assistant to*
*James L. Bradford III and*
*Kyle A. Spaulding*

*Daigle Fisse & Kessenich*
*P. O. Box 5350*
*Covington, LA  70433-5350*
*Telephone:        985.871.0800*
*Facsimile:         985.871.0899*

---

**From:** Elvige Cassard [mailto:ecassard@daiglefisse.com]
**Sent:** Monday, June 11, 2007 1:21 PM
**To:** 'Donna Street'
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer



**Elvige Cassard**
**Daigle Fisse & Kessenich, PLC**
**P. O. Box 5350**
**Covington, LA.  70434**
**Telephone:  985-871-0800**
**Cellphone:  504-577-9193**
**Facsimile:  985-871-0899**
**E-mail:  ecassard@daiglefisse.com**

6/11/2007

FW: Please review and return. Regards, Anderson, Jennifer — Page 4 of 4

Case 2:05-cv-01969-HGB-ALC    Document 91-16    Filed 06/11/2007    Page 4 of 4

**NOTE: This e-mail message and attachments may contain legally privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, disclosure, distribution, copying, or other use of this message or its attachments is strictly PROHIBITED. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.**
**To ensure compliance with IRS requirements, be advised that any U.S. federal tax advice contained in this message or attachments is not intended, written or permitted to be used to (i) avoid penalties under the Internal Revenue Code or (ii) promote, market or recommend to others any transaction or matter addressed herein.**

---

**From:** Anderson, Jennifer [mailto:janderson@joneswalker.com]
**Sent:** Friday, June 08, 2007 8:02 PM
**To:** sniles@nileslawfirm.com; bknight@nileslawfirm.com
**Cc:** Dodds, Tonja; Heidingsfelder, Jane; Gex, Kim; Elvige Cassard
**Subject:** FW: Please review and return. Regards, Anderson, Jennifer


Counsel:

I attempted to fax the attached letter to you today, but received a busy signal. If your fax number has changed or if the number I have is incorrect (504.310.8595), please let me know. Thank you.

Jennifer L. Anderson

**PLEASE NOTE THAT MY CONTACT INFORMATION HAS CHANGED.**

**Jennifer L. Anderson**
**JONES WALKER**
**Labor and Employment Law Practice Group**
janderson@joneswalker.com
**Direct Dial: (225) 248-2040**
**Direct Fax: (225) 248-3040**
**Four United Plaza**
**8555 United Plaza Blvd.**
**Baton Rouge, LA 70809-7000**

*Assistant: Tonja Dodds*
*Direct Dial: (225) 248-3417*

www.joneswalker.com

<<Scanned Document.pdf>>