UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1E

**NOW INTO COURT,** through undersigned counsel, comes counsel for Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), who, in conjunction with Defendant's Motion for Protective Order, to Quash Records Subpoenas, and for Other Relief in the captioned matter, certify that, in spite of the short deadline for objections and deadline requested by Plaintiffs for responses to their subpoenas, they have attempted to arrange a telephone conference with Plaintiffs' counsel regarding the objections to the subpoenas and have conferred by e-mail with Plaintiffs' counsel about same for purposes of amicably resolving the issues raised in the Motion, to no avail. Attached to the Motion as Exhibits 3-8 are the communications between counsel for the parties regarding same.

/s/ Jennifer L. Anderson

{N1669455.1}                                        - 1 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1E has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 11th day of June, 2007:

Elvige Cassard Richards
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr., Esq.
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590

/s/ Jennifer L. Anderson