# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), through its counsel of record, will bring their Motion for Protective Order, to Quash, and for Other Relief for hearing before the Honorable Alma Chasez, United States Magistrate Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on Wednesday, July 18, 2007, at 11:00 a.m. or as soon as the docket permits at which time and place you are invited to appear and participate, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court, Eastern District of Louisiana.

Respectfully submitted,

**JONES, WALKER, WAECHTER, POITEVENT,
CARRÈRE & DENÈGRE, L.L.P.**

/s/ Jennifer L. Anderson
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: janderson@joneswalker.com

{N1669467.1}                                  - 1 -

and

SIDNEY F. LEWIS, V (Bar No. 17026)
JANE H. HEIDINGSFELDER (Bar No. 28604)
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
E-mail: slewis@joneswalker.com
E-mail: jheidingsfelder@joneswalker.com
***COUNSEL FOR DEFENDANT,***
   ***NEW ORLEANS HORNETS NBA L.P.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing NOTICE OF HEARING has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 11th day of June, 2007:

Elvige Cassard Richards
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr., Esq.
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590

/s/ Jennifer L. Anderson