```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

EUGENE LIGER, ET AL.                             CIVIL ACTION

VERSUS                                           NUMBER: 05-1969

NEW ORLEANS HORNETS NBA LIMITED                  SECTION: "C"(5)
PARTNERSHIP

### ORDER SETTING ORAL ARGUMENT

Oral argument on Defendant's Motion for Protective Order, to Quash Records Subpoenas and for Other Relief will be conducted on July 18, 2007 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B311, New Orleans, Louisiana. On or before July 6, 2007, counsel for the parties are to have participated in the conference required by Local Rule 37.1E, same to be arranged by Defendant as required by that Rule. Thereafter, Defendant is to supplement its Motion to provide the Court with the results of the LR 37.1E conference.

New Orleans, Louisiana, this __13th__ day of June, 2007.

                                    ALMA L. CHASEZ
                            UNITED STATES MAGISTRATE JUDGE