UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                          CIVIL ACTION

VERSUS                                        NUMBER: 05-1969

NEW ORLEANS HORNETS NBA LIMITED               SECTION: "C"(5)
PARTNERSHIP

### ORDER SCHEDULING DISCOVERY CONFERENCE

At the request of the parties, a discovery conference in the above matter is hereby **SCHEDULED** for August 3, 2007 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

Oral argument on Defendant's Motion for Protective Order, to Quash Records Subpoenas and for Other Relief (rec. doc. 91) scheduled for July 18, 2007 is continued to the same date and time.

New Orleans, Louisiana, this  9th   day of July, 2007.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE