Exhibits to Motion to Compel (Hornets 905-01)

1. Hornets Initial Disclosures (07/21/05)

2. Defendant's First Supplemental and Amending Responses to Plaintiffs' Second Set of Requests for Production of Documents (06/10/06)

3. Defendant's First Supplemental and Amending Responses to Plaintiffs' First Set of Interrogatories (06/10/06)

4. Plaintiffs' Request for Information (06/12/07)

5. Plaintiffs' Request for Further Information (08/23/06)

6. Capella Deposition Discovery (06/15/07)

7. Plaintiffs' Requested Discovery Conference (06/25/07)

8. Plaintiffs' Requested Discovery (07/13/07)

9. Plaintiffs' Requested Discovery (07/18/07)

10. Privilege Log (08/03/04)

11. Discovery Responses Which the Hornets Agreed to Produce But Which Have Not Been Produced as of This Writing

12. DOL Opinion Letter