UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                         CIVIL ACTION

VERSUS                                       NO. 05-1969

NEW ORLEANS HORNETS NBA LIMITED              SECTION "C" 5
PARTNERSHIP

### INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)-(D), Defendant, New Orleans Hornets NBA Limited Partnership (referred to as "Defendant" and/or "Hornets"), hereby submits its Initial Disclosures, which may be supplemented and/or amended pursuant to the Federal Rules of Civil Procedure and as required by the Court.

A.  **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANT MAY USE TO SUPPORT ITS DEFENSES.**

1.  Kristy McKearn
    Vice President of Corporate Affairs & Strategic Planning
    1615 Poydras Street – 20th Floor
    New Orleans, Louisiana 70113

    Ms. McKearn may have information related to the Defendant's and/or Plaintiffs' exempt status, Plaintiffs' work schedules and hours, Plaintiffs' compensation and/or facts refuting Plaintiffs' allegations of threatened retaliation.

{N1314816.1}                              - 1 -

2.     Dave Burke
   Inside Sales Manager
   1615 Poydras Street – 20th Floor
   New Orleans, Louisiana 70113

   Mr. Burke may have information related to the Defendant's and/or Plaintiffs' exempt status, Plaintiffs' work schedules and hours, Plaintiffs' compensation and/or facts refuting Plaintiffs' allegations of threatened retaliation.

3.     Brendan Donohue
   Director of Ticket Sales
   1615 Poydras Street – 20th Floor
   New Orleans, Louisiana 70113

   Mr. Donohue may have information related to the Defendant's and/or Plaintiffs' exempt status, Plaintiffs' work schedules and hours, Plaintiffs' compensation and/or facts refuting Plaintiffs' allegations of threatened retaliation.

4.     Marie Parenti
   Director of Guest Relations & Seating Services
   1615 Poydras Street – 20th Floor
   New Orleans, Louisiana 70113

   Ms. Parenti may have information related to the Defendant's and/or Plaintiffs' exempt status, Plaintiffs' work schedules and hours, Plaintiffs' compensation and/or facts refuting Plaintiffs' allegations of threatened retaliation.

5.     Chris Zaber
   Group Sales Manager
   1615 Poydras Street – 20th Floor
   New Orleans, Louisiana 70113

   Mr. Zaber may have information related to the Defendant's and/or Plaintiffs' exempt status, Plaintiffs' work schedules and hours, Plaintiffs' compensation and/or facts refuting Plaintiffs' allegations of threatened retaliation.

The above listed individuals are managers and employees of Defendant, a represented party to this action. Therefore, all communications to such individuals must be directed to counsel for Defendant.

B. **DOCUMENTS THAT DEFENDANT MAY USE TO SUPPORT ITS DEFENSES.**

Defendant may use the following documents to support its defenses:

1. Personnel and payroll records for Jessica Berry, numbered D001 through D027, D215 through 216, and attached hereto.

2. Personnel and payroll records for Chris Carter, numbered D038 through D060, D217 through D222, and attached hereto.

3. Personnel records for Ivan Hinson, numbered D061 through D075, and attached hereto.[1]

4. Personnel and payroll records for Eugene Liger, numbered D076 through D082, D223 through D225, and attached hereto.

5. Personnel and payroll records for Anthony Martin, numbered D083 through D091, D226 through D228, and attached hereto.

6. Personnel and payroll records for Adam Nash, numbered D092 through D111, D229 through D231, and attached hereto.

7. Personnel and payroll records for Christopher Stant, numbered D146 through D183, D235 through D240, and attached hereto.

8. Personnel and payroll records for Samuel Steinmetz, numbered D184 through D204, D241 through D244, and attached hereto.

9. Personnel and payroll records for Marcy Planer Murray, numbered D112 through D142, D232 through D234, and attached hereto.

10. Personnel and payroll records for Leslie Sumler, numbered D205 through D214, D245 through D250, and attached hereto.

11. Personnel records for Amy Nicole Smith, numbered D144 through D145, and attached hereto.[1]

12. Personnel records for Latousha Brown, numbered D028 through D037, and attached hereto.[1]

---

[1] We will provide payroll records for Plaintiffs, Ivan Hinson, Amy Nicole Smith, and Latousha Brown upon receipt of them.

{N1314816.1}                                    - 3 -

13. Certain revenue records for Defendant during the relevant time period, to be made available upon entry of an appropriate protective order by agreement or otherwise by the Court.

14. Game schedules for Defendant during the relevant time period, which are publicly available and already in Plaintiffs' possession.

## C. DAMAGES

Not applicable.

## D. INSURANCE AGREEMENT

Defendant has no responsive information regarding any policy that would provide coverage given the facts and damages alleged.

Respectfully submitted,

*[signature]*

SIDNEY F. LEWIS, IV (Bar No. 17026)
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
JANE H. HEIDINGSFELDER (Bar No. 28604)
*Jones, Walker, Waechter, Poitevent,*
  *Carrère & Denègre, L.L.P.*
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telefax: (504) 582-8015
e-mail: slewis@joneswalker.com
e-mail: janderson@joneswalker.com
e-mail: jheidingsfelder@joneswalker.com
*COUNSEL FOR DEFENDANT,*
   *NEW ORLEANS HORNETS NBA L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a copy of the above and foregoing *Initial Disclosures* has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed this 21st day of July, 2005 upon:

Stewart E. Niles, Jr., Esq.
Niles, Salas, Bourque & Fontana L.C.
909 Poydras Street - Suite 3500
New Orleans, Louisiana 70112
Telefax: (504) 310-8590

*J. Teudingsfelder*