

**DAIGLE FISSE & KESSENICH**

23 October 2006

ELVIGE CASSARD

PLEASE REPLY TO:

P.O. Box 5350
Covington, LA 70434-5350
985.871.0800   phone
985.871.0899   fax
ecassard@daiglefisse.com

*VIA E-MAIL (janderson@joneswalker.com)*
*& U.S. MAIL*

Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170-5100

      RE:  Eugene Liger, et al v. New Orleans Hornets NBA
            Limited Partnership
            USDC, EDLA, C.A. No. 05-1969 (5)
            DFK 905-01

      Re:  Ivan Hinson, et al vs. New Orleans Hornets NBA
            Limited Partnership – Civil District Court, Orleans Parish
            Case #05-10068, Div. "L"
            DFK #905-02

      Re:  Eugene Liger, et al vs. New Orleans Hornets NBA
            Limited Partnership – Civil District Court, Orleans Parish
            Case #05-10069, Div. "L"
            DFK #905-03

Dear Jennifer:

      In connection with our discussions of moving this matter to settlement, we now appear to have assembled all of the information currently available to us. In the next few weeks we hope to synthesize it to arrive at solid numbers to present to you. Meanwhile we look forward to receiving the information in my last letter (or learning that it does not exist) to further this effort.

      Regarding the latter, the following events have come to our attention, for which we ask that you provide dates for all and titles or descriptions for the last three:

      a.  Hornets Cheerleader Tryouts from 2002-2005;

      b.  Trade Shows at Dome from 2002-2005

      c.  The events or occasions for which a Hornets employee was asked to "volunteer" his or her time, including but not limited to telethons which Hornets employees worked, e.g., Chanel 12 telethon; and

DAIGLE FISSE & KESSENICH, A PROFESSIONAL LAW CORPORATION • COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS • BATON ROUGE • COVINGTON

dockets.Justia.com

Ms. Jennifer Anderson
23 October 2006
Page 2 of 2

---

    d. All Hornets-sponsored or Hornets-related special events of any kind (including but not limited to Special Event schedules)[1].

If you have any questions, I will be out of town this week but reachable through the office. I believe Howard is in this week but in any event he also is reachable through the office.

Thank you and I look forward to hearing from you,

Sincerely,

Elvige Cassard

EC/spk
C: Howard Daigle
F:\905\905-01 (Hornets OT)\Letters\Anderson, J.14 (06-10-23).doc

---

[1] These events include but are not limited to receptions, news conferences, business-to-business networking events, kids bowling events, interactive events with Hugs the Hornet, locker room tours, Photo Nights, Chalk Talks, Buzz Fests, post-game concerts, Career Fairs, Dance events.