

ELVIGE CASSARD

PLEASE REPLY TO:

P.O. Box 5350
COVINGTON, LA 70434-5350
985.871.0800   phone
985.871.0899   fax
ecassard@daiglefisse.com

25 June 2007

*VIA E-MAIL(janderson@joneswalker.com) & U.S. MAIL*

Ms. Jennifer Anderson
Jones Walker
8555 United Plaza Blvd.
Four United Plaza
Baton Rouge, LA  70809-7000

RE:   Hornets Litigation – Plaintiffs' Requested Discovery Conference

Dear Jennifer:

This letter confirms our telephone conversation last Thursday evening, June 21, 2007, wherein you asked that the Plaintiffs' requested discovery conference scheduled for the next day, Friday, June 22, 2007, be rescheduled due to the new Hornets' CFO starting on Monday (today) and your stated need to address the subject issues with him.  Accordingly the discovery conference has been rescheduled for Wednesday, June 27, 2007 at 11:30 am (and to the extent this was not discussed in our conversation, I ask that we plan on eating lunch through the conference if necessary), with tentative follow-up as needed on Friday, June 29, 2007 at 2:30 pm.

Sincerely,

Elvige Cassard

EC/spk/
cc:   Mr. Stewart E. Niles, Jr. (via email & U.S. mail)
      Mr. Brian Knight (via email & U.S. mail)
      Mr. Howard Daigle, Jr.
Anderson, J. 07-06-25 (resched disc conf).doc

DAIGLE FISSE & KESSENICH, A PROFESSIONAL LAW CORPORATION • COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS • BATON ROUGE • COVINGTON