UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION NO. 05-1969 |
| VERSUS | SECTION "C" |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | MAGISTRATE 05 |

## PRIVILEGE LOG

| DATE | AUTHOR | RECIPIENTS | DESCRIPTION | PRIVILEGE |
|---|---|---|---|---|
| 8/3/2004 | Penny Middleton, Personnel Director | Jack Capella, former Executive Vice President/Chief Operating Officer and Chief Legal Officer; Barbara Booth, former Vice President of Finance; Sam Russo, current Executive Vice President/Business Operations | Memo on FLSA Regulations and Classifications[1] | Attorney/Client |

---

[1] At this time, Defendant does not have sufficient information to determine that this document is not privileged. If additional information is discovered that shows the document is not privileged, Defendant will withdraw its objection

{N1325316.1}            - 1 -

Respectfully submitted,

*signature*

SIDNEY F. LEWIS, V (Bar No. 17026)
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
JANE H. HEIDINGSFELDER (Bar No. 28604)
*Jones, Walker, Waechter, Poitevent,*
*Carrère & Denègre, L.L.P.*
201 St. Charles Avenue, 50th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Telefax: (504) 582-8015
e-mail: slewis@joneswalker.com
e-mail: janderson@joneswalker.com
e-mail: jheidingsfelder@joneswalker.com
***COUNSEL FOR DEFENDANT,***
***NEW ORLEANS HORNETS NBA L.P.***