UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to Fix for Special Setting and Incorporated Memorandum in Support filed by Plaintiffs:

IT IS ORDERED that Plaintiffs' Motion to Compel, be heard before this Court on the __3rd__ day of <u>August</u>, 2007 at <u>2:00 o'clock p.m.</u>

Signed in New Orleans, Louisiana this _____ day of July, 2007.

_____
**JUDGE**

F:\905\905-01 (Hornets OT)\Pleadings\DISCOVERY\Motion to Compel\Motion to Fix for Special Setting.doc