UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|    Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|    Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1E

**NOW INTO COURT**, through undersigned counsel, comes counsel for Plaintiffs, who certifies that, in conjunction with Plaintiffs' Motion to Compel being filed in the captioned matter, undersigned counsel conferred by telephone with counsel for Defendant, for the purpose of amicably resolving the disputed issues regarding Plaintiffs' outstanding discovery requests. As a result thereof, despite some agreements being reached, no responses have been provided. Regarding other items, no agreement was reached. Additionally, counsel for Defendant asked that certain modifications by Plaintiffs to the original discovery requests be formalized; however, that formalizing was not for the purpose of and was not intended to remove any discussed items from the ambit of the Motion to Compel.

- 1 -

Respectfully submitted,

BY: _____
HOWARD DAIGLE, JR. (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRIAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above <u>Certificate of Compliance with Local Rule 37.1E</u> as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 19th day of July, 2007.

_____
ELVIGE CASSARD RICHARDS

- 2 -