UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO: NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, Defendant,
    Through its attorneys of record,
    Jennifer L. Anderson
    Jones, Walter, Waechter, Poitevent,
     Carrere & Denegre, L.L.P.
    8555 United Plaza Blvd.
    Four United Plaza
    Baton Rouge, LA 70809-7000

PLEASE TAKE NOTICE that Plaintiffs' Motion to Compel will come on for hearing at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, before the Honorable Alma L. Chasez, United States Magistrate Judge in Magistrate Division 5, at 11:00 a.m. on the 9th day of August, 2007,

Dockets.Justia.com

UNLESS the court grants Plaintiffs' accompanying Motion To Fix Hearing On Plaintiffs' Motion To Compel For Special Setting, which requests that Plaintiffs' Motion to Compel be heard at the same time as the existing hearing on Defendant's Motion for Protective Order, to Quash Records Subpoenas, and for Other Relief, set on the 3rd day of August, 2007 at 2:00 p.m., consistent with the parties' and the court's agreement and in the interest of judicial efficiency, as described in said Motion to Fix.

Respectfully submitted,

BY: _____
Howard Daigle (#4454)
Daniel E. Buras, Jr. (#26226) (T.A.)
Elvige Cassard Richards (#19386)
DAIGLE FISSE & KESSENICH
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

Stewart E. Niles, Jr. (#10004)
NILES, BOURQUE &
FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 23rd day of July 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
ELVIGE CASSARD RICHARDS