

**DAIGLE FISSE & KESSENICH**

ELVIGE CASSARD

PLEASE REPLY TO:

P.O. Box 5350
COVINGTON, LA 70434-5350
985.871.0800   phone
985.871.0899   fax
ecassard@daiglefisse.com

15 June 2007

*VIA E-MAIL(janderson@joneswalker.com) & U.S. MAIL*

Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170-5100

RE:   Hornets Litigation – Capella Deposition, Discovery

Dear Jennifer:

I am advised that Mr. Jack Capella will not be available for his deposition next week. The preferred alternative date proposed is July 25, 2007, although July 27, 2007 also is available. Please let us know which of these dates works best for you.

Regarding your request for an alternative date to confer on the outstanding discovery requests, I am available the afternoon of June 22, 2007. I propose 1:30 p.m. Please let me know how that works for you.

Sincerely,

Elvige Cassard

EC/spk/enclosure
cc:  Mr. Stewart E. Niles, Jr. (via email & U.S. mail)
     Mr. Brian Knight (via email & U.S. mail)
     Mr. Howard Daigle, Jr.
905-01/letters/Anderson, J. 07-06-15

DAIGLE FISSE & KESSENICH, A PROFESSIONAL LAW CORPORATION · COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS · BATON ROUGE · COVINGTON

EXH. 6