UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO FIX HEARING ON PLAINTIFFS' MOTION TO COMPEL
FOR SPECIAL SETTING AND INCORPORATED MEMORANDUM IN SUPPORT**

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Plaintiffs"), through undersigned counsel, and respectfully request the Court to fix this matter for a special setting on the 3rd day of August, 2007 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 500 Poydras Street., Hale Boggs Building, Room B347, New Orleans, Louisiana, for the following reasons:

    1)    The hearing on Defendant's Motion for Protective Order, to Quash Records Subpoenas, and for Other Relief, previously filed in this matter, has been set for the same date and time as the hearing requested herein;

    2)    Issues raised by this Motion to Compel overlap with issues raised in said Defendant's Motion for Protective Order, to Quash Records Subpoenas, and for Other Relief,

relating to discovery issues;

3) At the time that counsel for both parties jointly requested the Court to set the hearing on Defendant's Motion for Protective Order, to Quash Records Subpoenas, and for Other Relief, counsel also then advised the Court of this anticipated Motion to Compel, to be filed adequately in advance of the hearing to be heard simultaneously with Defendant's Motion for Protective Order, to Quash Records Subpoenas, and for Other Relief;

4) Setting both hearings on the same date will be more efficient for the Court and the parties and will assist the Court in resolving these related matters brought before it.

Respectfully submitted,

BY: _____
HOWARD DAIGLE, JR. (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRIAN J. KNIGHT (#28640)
NILES, SALAS, BOURQUE &
FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above <u>Motion to Fix for Special Setting and Incorporated Memorandum in Support</u> has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 19th day of July 2007.

_____
ELVIGE CASSARD RICHARDS