# EXHIBIT INDEX

| | |
|---|---|
| Capital One Bank N.A. | A-1 |
| KPMG, LLP | A-2 |
| IRS | A-3 |
| State of Louisiana | A-4 |
| City of New Orleans | A-5 |
| Alario Events Center | A-6 |
| New Orleans Arena | A-7 |
| Poydras Louisiana LLC | A-8 |
| Cox Communications | A-9 |
| Ticketmaster of Louisiana | A-10 |
| PepsiCo., Inc. | A-11 |
| Marine Toys for Tots Foundation | A-12 |
| Game Face, Inc. | A-13 |
| National Basketball Association | A-14 |
| Atlanta Spirit LLC d/b/a Atlanta Hawks | A-15 |
| Boston Basketball Partners, LLC d/b/a Boston Celtics | A-16 |
| Bobcats Basketball Holdings, LLC d/b/a Charlotte Bobcats | A-17 |
| Chicago Bulls | A-18 |
| Cavaliers Operating Co., LLC d/b/a Cleveland Cavaliers | A-19 |
| Dallas Basketball Ltd. d/b/a/ Dallas Mavericks | A-20 |
| Ascent Entertainment Group d/b/a Denver Nuggets | A-21 |
| Detroit Pistons Basketball Company | A-22 |
| Golden State Warriors | A-23 |
| Houston Rockets | A-24 |
| Pacers Sports & Entertainment d/b/a Indiana Pacers | A-25 |
| Los Angeles Clippers | A-26 |
| Los Angeles Lakers, Inc. | A-27 |
| Memphis Grizzlies | A-28 |
| The Heat Group d/b/a Miami Heat | A-29 |
| Milwaukee Bucks | A-30 |
| Minnesota Timberwolves | A-31 |
| Nets Sports & Entertainment, LLC d/b/a New Jersey Nets | A-32 |
| New York Knickerbockers | A-33 |
| Orlando Magic | A-34 |
| Philadelphia 76ers, LP | A-35 |
| Sun Legacy Partners d/b/a Phoenix Suns Limited Partnership | A-36 |
| Portland Trail Blazers, Inc. | A-37 |
| Sacramento Kings | A-38 |
| San Antonio Spurs, LLC | A-39 |
| The Professional Basketball Club, LLC, d/b/a Seattle Supersonics | A-40 |
| Jazz Basketball Investors d/b/a Utah Jazz | A-41 |
| Washington Sports & Entertainment d/b/a Washington Wizards | A-42 |