UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL.                                    CIVIL ACTION

VERSUS                                                  NUMBER: 05-1969

NEW ORLEANS HORNETS NBA LIMITED                         SECTION: "C"(5)
PARTNERSHIP

## **O R D E R**

Considering the foregoing Motion to Fix for Special Setting and Incorporated Memorandum in support filed by Plaintiffs:

IT IS ORDERED that Plaintiffs' Motion to Compel, be heard before this Court on the 3rd day of August, 2007 at 2:00 o'clock p.m.

Signed in New Orleans, Louisiana this  26th  day of July, 2007.

_____
UNITED STATES MAGISTRATE JUDGE