UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
| **Plaintiffs in a Collective Action** | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
| **Defendant** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

**NOW INTO COURT**, through undersigned counsel, come plaintiffs herein, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for Leave of Court to allow them to file this Reply Brief to Defendant's Opposition to Plaintiffs' Motion to Compel. The attached reply brief will clarify some inconsistencies in Defendant's Opposition and will further establish why Plaintiffs are entitled to relief from this Honorable Court. Accordingly, no prejudice will be caused to any party by this Court granting Leave to Plaintiffs. The hearing on this matter is set for August 1, 2007 at 9:00 a.m.

**WHEREFORE**, plaintiffs pray that leave of court be granted to file this Reply Brief to Defendant's Opposition to Plaintiffs' Motion to Compel.

Respectfully submitted,

BY: s/Daniel E. Buras, Jr.
HOWARD DAIGLE, JR. (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRIAN J. KNIGHT (#28640)
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Plaintiffs' Motion for Leave to File Reply Brief To Defendant's Opposition To Plaintiffs' Motion To Compel as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 1st day of August, 2007.

s/ Daniel E. Buras, Jr.