## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion for Leave to File Reply Brief to Defendant's Opposition to Plaintiffs' Motion to Compel;

IT IS ORDERED that Plaintiffs' Motion for Leave to File Reply Brief to Defendant's Opposition to Plaintiff's Motion to Compel be and is hereby granted.

Signed in New Orleans, Louisiana this ___3rd___ day of August, 2007.

                                                          United States Magistrate Judge