Liger et al v. New Orleans Hornets NBA Limited Partnership    Doc. 108 Att. 3
Oklahoma City approves Hornets' revenue totals                    Page 1 of 2
Case 2:05-cv-01969-HGB-ALC   Document 108-4   Filed 08/06/2007   Page 1 of 2



A little knowledge is a powerful thing.
Online Banking Service: Check your balances and account activity so you can help prevent fees.
MEMBER FDIC

MEMBER CENTER: Create Account | Log In

Oklahoma City
KFOR.com

Marketplace | Home | Weather | Sports | Video | Business | Health
About Us

SONIC NIGHT SHIFT — and It's Even Sweeter After Dark

Email    Print                                    A A A Text Size

## Oklahoma City approves Hornets' revenue totals



Norman Regional HEALTH SYSTEM
901 N. Porter Avenue
405.307.3039
normanregional.com

*Associated Press - June 29, 2007 11:55 AM ET*

OKLAHOMA CITY (AP) - An audit of the New Orleans Hornets' revenue figures from their second season in Oklahoma City confirms the city will not share in the team's revenue.

Including pre-season games the Hornets' revenues for the 2006-2007 season totaled $40.5 million.

**Sports Headlines**    More >>

**Champions Tour stop could return to Oklahoma City**

**Legendary 49ers coach dies at 75**

**No. 7 pick Peterson signs with Vikings after 3-day holdout**

**Pacific Coast League**

That's about $300,000 more than their first season in Oklahoma City. However, the formula to determine if the city shares in the team's revenues was adjusted between the seasons to remove pre-season games and that left the total short of a benchmark for the city to get a share.

The adjustment also had the Hornets paying their own game day expenses. Oklahoma City had fronted those expenses the first year then was reimbursed by the team.

The Hornets shared $1.2 million in revenues with Oklahoma City from the 2005-2006 season.

*Copyright 2007 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.*

**K4YouNews**

 Upload your photos and video to K4YouNews, or send your images via your mobile phone to 4@kfor.com.
More >>

**RedHawks 15, Portland 4**



EXHIBIT 16

Life after College Football: Paul Blair

Life after College Football: Jason White

Judge rules university can take property

Tulsa Drillers batting coach dies after being struck by line drive

National Sports    More >>

National Sports Minute

Sports Watch

Sports Scores and Schedules

WORLDNOW    All content © Copyright 2001 - 2007 WorldNow and KFOR-TV . All Rig
For more information on this site, please read our Privacy Policy and T