UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL, **Plaintiffs in a Collective Action** | * CIVIL ACTION NO. 05-1969 <br> * <br> * SECTION C <br> * |
| versus | * MAGISTRATE 05 <br> * |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, **Defendant** | * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

MAY IT PLEASE THE COURT:

Plaintiffs, Eugene Liger, et al ("Plaintiffs") have moved for an order compelling the New Orleans Hornets ("Hornets") to provide complete responses to long overdue discovery requests of Plaintiffs.

The documents and items sought are vital for the Plaintiffs' claims against the Hornets. Discovery deadlines are looming and the Hornets sent correspondence on 23 August 2007 stating that no 30(b)(6) or defense witnesses would be produced for deposition until all Plaintiffs had been deposed. Irreparable harm has been caused to Plaintiffs under the current Scheduling Order because of the well documented history of the discovery delays caused by the Hornets. This Court must take immediate action to ensure that Plaintiffs are not further affected by the Hornets' delays in light of looming discovery and expert deadlines.

Respectfully submitted,

BY: /s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, PLC
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

**ATTORNEYS FOR PLAINTIFFS**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 23rd day of August 2007.

/s/ Daniel E. Buras, Jr.
DANIEL E. BURAS, JR.