UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, *<br>    Plaintiffs in a Collective Action * | * | CIVIL ACTION NO. 05-1969 |
| | * | SECTION C |
| versus | * | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP,<br>    Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Plaintiffs Eugene Liger, et al's Motion for Expedited Hearing on its Motion to Compel discovery responses from the New Orleans Hornets and Plaintiffs, Eugene Liger, et al's Motion for Contempt and Sanctions against the New Orleans Hornets, and finding the motions to be meritorious:

**IT IS ORDERED** that Plaintiffs, Eugene Liger, et al's Motion to Compel and Motion for Contempt and Sanctions will be heard on an expedited basis on the _____ day of _____, 2007 at _____ o'clock a.m., and that any response thereto shall be filed by the _____ day of _____, 2007 at _____ o'clock ____.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**MAGISTRATE JUDGE ALMA L. CHASEZ**