

# NILES, SALAS, BOURQUE & FONTANA, L.C.

ATTORNEYS AND COUNSELORS AT LAW

STEWART E. NILES, JR.
Direct Dial: (504) 310-8551
e-mail: sniles@nilessalas.com

June 24, 2005

Jennifer Anderson, Esq.                                **VIA FAX 582-8010**
Jones, Walker, Waechter, Poitevent,
   Carrere & Denegre, L.L.P.
201 St. Charles Ave., 47th Floor
New Orleans, LA 70170-5100

   Re:   New Orleans Hornets Litigation
         Our File No. 1659/543

Dear Jennifer:

   Thank you for confirming the Rule 26 conference scheduled for 3:00 P.M. on June 24, 2005. Your office advised that you will call my office at 504-310-8590.

   Pursuant to the representations set forth in your June 23, 2005 correspondence, we will direct future communications regarding the Hornets' violations of state and federal labor laws to your attention, except as otherwise required by law.

   Please confirm defenses, if any, to be urged by your client, including all documents supporting any defense that may or will be urged.

   Please confirm the date for production of all documents relevant to:

- Classification of Hornets employees as non-exempt employees under FLSA;

- Payroll Records;

- Policies and procedures, if any, regarding record keeping, maintenance, and calculation of time, including overtime and/or compensatory time;

- Time sheets, punch clocks records, and/or scheduling records for work days, events, functions, or games attended by any Plaintiff;

- Policies and procedures regarding expected or required work hours, attendance of work functions, events, and/or games;

- Policies and procedures related to computation of commissions for departed employees;

N0018854.WPD



Thirty Fifth Floor / 909 Poydras Street / New Orleans, Louisiana 70112
Telephone 504-310-8550 / Fax 504-310-8595 / www.nilessalas.com

- List of all documents, written or electronic, destroyed in anticipation of litigation on or after May 27, 2005;

- Copy of corporate document retention and/or destruction policies in effect prior to May 27, 2005;

- List of all conferences or meetings between Hornets' employees who have had any discussions with any other Hornets' employee, manager, supervisor, or director about this overtime lawsuit, the collective action, filing a claim or lawsuit for overtime and the effect of these or other such other actions on current or future employment and/or career of the employee;

- All communications to or from any named Plaintiff;

- Personnel records and/or administrative files of each plaintiff;

- The e-mail sent by Paul Mott on or about May 30, 2005 to Hornets' employees restricting all communications with former employees, including the identities of all recipients of that communication, and all responses to or explanations regarding that communication;

- Overtime policies and procedures of the Hornets while the team was in Charlotte;

- The overtime policies and procedures of the Hornets from start of operations in New Orleans to the present;

- All documents, including correspondence, notes or e-mails, discussing or mentioning complaints or requests for overtime pay for any Hornets' employee;

Please confirm available dates for a 30(b)(6) deposition and requests for production of documents.

Please confirm dates for a Motion for Expedited Hearing on Motion to Certify Collective Action and Motion to Compel the Hornets to Cease and Desist from Retaliatory Actions.

Please confirm available deposition dates for Chris Zaber, Brendan Donohue, Kristy McKearn, Steve Martin, Sam Russo, Patty Cox, Marie Parenti, J.L. Brooks and Paul Mott.

Please identify the date the Hornets were advised by counsel to retain any and all written and/or electronic records related to any issue in this litigation, including e-mails.

I look forward to discussing these and other issues with you today.

                                        Very truly yours,

                                        Stewart E. Niles, Jr.

SEN,JR./DEB,JR./pac/mt