

# NILES, SALAS, BOURQUE & FONTANA, L.C.

ATTORNEYS AND COUNSELORS AT LAW

DANIEL E. BURAS, JR.
(504) 310-8555
DBURAS@NILESSALAS.COM

NILES/SALAS

July 11, 2005

**VIA FAX 589-8414**
Jennifer Anderson, Esq.
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Ave., 47th Floor
New Orleans, LA 70170-5100

Re:  New Orleans Hornets Litigation
     Our File No. 1659/543

Dear Jennifer:

Plaintiffs will file a rule 26 (f) report with the Court. Please review and provide me with any requested changes and/or additions no later than 3:00 p.m. this afternoon.

Rule 26(a) disclosures are due today.

The preliminary conference has been scheduled for July 21, 2005.

Please provide me with deposition dates for Chris Zaber, Brendan Donohue, Kristy McKearn, Steve Martin, Sam Russo, Patty Cox, J. L. Brooks, Paul Mott, the current Human Resources Director of the Hornets, and the current CFO for the Hornets. I am available to begin depositions August 10-31, 2005.

I look forward ti working with you to resolve these issues.

Very truly yours,

Daniel E. Buras, Jr.

DEB,JR./pac
Enclosure
cc:  Sid Lewis, Esq. **(Via Fax  589-8352)(w/enclosure)**
     Jane Heidingsfelder, Esq. **(Via Fax 589-8036)(w/enclosure)**

**EXHIBIT B**

Thirty Fifth Floor / 909 Poydras Street / New Orleans, Louisiana 70112
Telephone 504-310-8550 / Fax 504-310-8595 / www.nilessalas.com