1 December 2005

**VIA E-MAIL AND FACSIMILE ONLY**
Jennifer Anderson, Esq.
Jane Heidingsfelder, Esq.
Jones, Walker, Waechter,
　Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 47th Floor
New Orleans, Louisiana  70170-5100

　　　　Re:　New Orleans Hornets Litigation
　　　　　　　DF# 905-02

Dear Counsel:

　　　　Plaintiffs in CDC Case No. 05-10068 submit the following 1442 Deposition Request and, pursuant to the Louisiana Code of Civil Procedure, hereby request that the New Orleans Hornets identify and produce a designee or designees to respond to all topics identified in Plaintiffs' 1442 Deposition Notice.

　　　　Please confirm which days are most convenient for Defendants' schedule in the months January and February.

　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　Daniel E. Buras, Jr.

DED,Jr./ma
Encl.



EXHIBIT C-1