

**DANIEL E. BURAS JR.**

PLEASE REPLY TO:

P.O. Box 5350
COVINGTON, LA 70434-5350
985.871.0800   *phone*
985.871.0899   *fax*
dburas@daiglefisse.com

15 February 2006

Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170-5100

    Re:    Hornets
            DF #905-03

Dear Jennifer:

    Enclosed are Plaintiffs' First Set of Interrogatories and Request for Production of Documents propounded to Defendant in the above matter to be answered within the time delays allowed by the Louisiana Code of Civil Procedure.

    Additionally, please advise of available dates on which we may take the deposition of Brendan Donohue relative to the above matter.

    Your professional courtesies are appreciated.

                        Very truly yours,

                        Daniel E. Buras, Jr.

DEB,Jr./ma
Encl.



DAIGLE FISSE, A PROFESSIONAL LAW CORPORATION • COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS • BATON ROUGE • COVINGTON

Dockets.Justia.com