

**DAIGLE FISSE**

DANIEL E. BURAS JR.

PLEASE REPLY TO:

P.O. Box 5350
COVINGTON, LA 70434-5350
985.871.0800   *phone*
985.871.0899   *fax*
dburas@daiglefisse.com

3 April 2006

**VIA FACSIMILE (504.589.8414)**
Ms. Jennifer Anderson
Jones Walker
201 St. Charles Ave., 51st Floor
New Orleans, LA 70170-5100

    Re:    Eugene Liger, et al v.
            New Orleans Hornets NBA
            Limited Partnership
            C.A. No. 05-1969 (5)
            DF# 905-01

Dear Jennifer:

    Please provide available dates for the 30(b)(6) deposition of the Hornets' corporate designee(s) <u>before 1 May 2006</u>. Enclosed please find a copy of the areas for discussion during the deposition.

                                    Very truly yours,

                                    Daniel E. Buras, Jr.

DEB,Jr./ma
Encl.
cc:    Larry Centola
        **(VIA FACSIMILE: 504.310.8595)**



EXHIBIT F

DAIGLE FISSE, A PROFESSIONAL LAW CORPORATION  •  COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS  •  BATON ROUGE  •  COVINGTON