

# DAIGLE FISSE

DANIEL E. BURAS JR.

PLEASE REPLY TO:

P.O. Box 5350
COVINGTON, LA 70434-5350
985.871.0800   *phone*
985.871.0899   *fax*
dburas@daiglefisse.com

16 August 2007

*Via Facsimile and U.S. Mail*
Ms. Jennifer Anderson
Jones Walker
8555 United Plaza Blvd.
Four United Plaza
Baton Rouge, LA 70809-7000

*Via Facsimile and US Mail*
Ms. Jane Heidingsfelder
Jones Walker
201 St. Charles Avenue
New Orleans, LA 70170

RE: Hornets Litigation -
USDC, EDLA, C.A. No. 05-1969 (5);
DFK: 905-01

Dear Jennifer and Jane:

Enclosed please find Plaintiff's 30(b)(6) deposition notice and Plaintiff's article 1442 deposition in the Hornet's litigation. Per prior agreement of counsel, this deposition can be used in all three actions pending in both state and federal courts but without any time limitations set forth in the Federal Rules of Civil Procedure. These depositions have been set for 29 August 2007 at 9:00 a.m. and scheduled to take place at your offices in New Orleans.

Plaintiffs were forced to select this date because counsel advised that they were available at this time for the deposition of Mr. Capella.

With kindest regards, we remain

Sincerely,

Daniel E. Buras

DEB/ral
cc: Mr. Stewart E. Niles, Jr. (via facsimile)
    Mr. Brian Knight (via facsimile)
    Anderson, J. and Heidingsfelder J. 07-08-16.doc

EXHIBIT K