

**DANIEL E. BURAS JR.**

PLEASE REPLY TO:

P.O. BOX 5350
COVINGTON, LA 70434-5350
985.871.0800   *phone*
985.871.0899   *fax*
dburas@daiglefisse.com

21 August 2007

*Via Facsimile and U.S. Mail*
Ms. Jennifer Anderson
Jones Walker
8555 United Plaza Blvd.
Four United Plaza
Baton Rouge, LA 70809-7000

*Via Facsimile and US Mail*
Ms. Jane Heidingsfelder
Jones Walker
201 St. Charles Avenue
New Orleans, LA 70170

    RE:    Hornets Litigation -
            USDC, EDLA, C.A. No. 05-1969 (5);
            DFK: 905-01

Dear Jennifer and Jane:

     I am in receipt of your e-mailed responses to the discovery ordered produced by Magistrate Chasez. It was not received until after close of business on Friday. No documents were produced.

     In fact, your untimely e-mail expressly states that Plaintiffs must pick up the documents at your office. We received no communications ahead of time regarding this latest wrinkle in the Hornets' efforts to withhold discovery. It has come to my attention that you snail mailed the documents to my office on Monday. It is now Tuesday and I still do not have the documents.

     It has also come to my attention that Hornets employees have engaged in ex-parte contacts with my clients about the 30(b)(6) requests and other discovery requests in this matter. This is now the second time that my office has requested that these inappropriate ex-parte communications cease immediately.

     Finally, defense counsel has yet to respond to our response to Ms. Heidingsfelder's letter of 15 August 2007. Do the Hornets intend to produce a 30(b)(6) witness on August 29, 2007, and, if so, who? We intend to proceed with all 30(b)(6)/1442 witnesses produced by the Hornets on consecutive days until all have been deposed. In light of the Labor Day holiday, we will need to make special arrangements with the court reporter.

     With kindest regards, we remain

                                                                   Sincerely,

                                                                   Daniel E. Buras

DEB/ds/ral
cc:   Mr. Stewart E. Niles, Jr. (via facsimile)
       Mr. Brian Knight (via facsimile)
       Ms. Elvige Cassard
       Anderson, J. and Heidingsfelder J. 07-08-20.doc



EXHIBIT L

```
***************************
***   MULTI TX/RX REPORT   ***
***************************

TX/RX NO              2563
PGS.                  2
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   12252483040
                      (2)   5045898309
ERROR INFORMATION     -----
```



COUNSELORS AT LAW
NEW ORLEANS * COVINGTON

P. O. Box 5350
Covington, LA 70434-5350

Telephone:  985.871.0800
Facsimile:  985.871.0899

## *Facsimile Cover Sheet*

DATE:  21 August 2007

TO:  Jennifer Anderson
**225.248.3040**
Jane Heidingsfelder
**504.589.8306**

FROM:  Daniel E. Buras, Jr.

NUMBER OF PAGES:  <u>2</u> (including cover sheet)

A confirmation copy of the enclosed documents ____ will/ __XX__ will not be forwarded to you.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              2564
CONNECTION TEL                    5043108595
CONNECTION ID
ST. TIME              08/21 15:38
USAGE T               00'44
PGS. SENT             2
RESULT                OK
```



**COUNSELORS AT LAW**
**NEW ORLEANS * COVINGTON**

P. O. Box 5350
Covington, LA 70434-5350

Telephone: 985.871.0800
Facsimile: 985.871.0899

---

## *Facsimile Cover Sheet*

| | |
|---|---|
| DATE: | 21 August 2007 |
| TO: | Stewart Niles<br>Brian Knight |
| FACSIMILE: | **504.310.8595** |
| FROM: | **Daniel E. Buras, Jr.** |
| RE: | Liger, et al. vs. N.O. Hornets<br>DF# 905-01 |
| NUMBER OF PAGES: | 2 (including cover sheet) |

A confirmation copy of the enclosed documents _____ will/ __XXX__ will not be forwarded to you by

___ United States Mail, First Class/ _____ Overnight Delivery / _____ E-mail.