## Dan Buras

| | |
|---|---|
| **From:** | Anderson, Jennifer [janderson@joneswalker.com] |
| **Sent:** | Friday, August 17, 2007 6:56 PM |
| **To:** | Dan Buras; Bryan Knight |
| **Cc:** | Heidingsfelder, Jane; Dodds, Tonja |
| **Subject:** | Liger v. Hornets |

Counsel:

Attached are Defendant's supplemental and amending discovery responses in accordance with the Court's August 3, 2007, Minute Entry, Federal Rule of Civil Procedure 26, and the Proetective Order entered in this action. A copy of the documents is available in Jones Walker's New Orleans office and you may arrange to pick them up at your convenience, or they can be mailed to you. Please contact Jane and let her know your preference.

Jennifer

<<Exchange.pdf>> <<Exchange.pdf>>

Jennifer L. Anderson
JONES WALKER
Labor and Employment Law Practice Group
janderson@joneswalker.com
Direct Dial: (225) 248-2040
Direct Fax: (225) 248-3040
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000

*Assistant: Tonja Dodds*
*Direct Dial: (225) 248-3417*

www.joneswalker.com

*This communication is confidential and contains information protected in whole or in part by the attorney-client privilege and attorney work product doctrine. Any inadvertent or unauthorized disclosure does not waive these protections. If you are not the intended recipient of this communication, destroy it without disclosure or reproduction and immediately notify the sender.*



EXHIBIT G