## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER, ET AL,** | * | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | * | |
| | * | **SECTION C** |
| | * | |
| versus | * | **MAGISTRATE 05** |
| | * | |
| **NEW ORLEANS HORNETS NBA LIMITED** | * | |
| **PARTNERSHIP,** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

Please take notice that Plaintiffs, Eugene Liger, et al., have filed the attached Motion to Compel, which will be brought on for hearing at 11:00 a.m. on the 12th day of September 2007 before the Honorable Alma L. Chasez, United States Magistrate Judge for the Eastern District of Louisiana, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130. **Please be advised that Plaintiffs have filed a Motion for Expedited Hearing on this Motion with the Court.** Please take further notice that any party opposing this motion must file a written objection or response with the Clerk of Court of the United States District Court for the Eastern District of Louisiana at least eight (8) days in advance of the hearing date, with a copy to be served in the same manner with that date upon counsel for Defendant.

Dockets.Justia.com

Respectfully submitted,

By: /s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, PLC
227 Highway 21
Madisonville, LA  70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

**ATTORNEYS FOR PLAINTIFFS**

STEWART E. NILES, JR. #10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 24th day of August 2007.

/s/ Daniel E. Buras, Jr.
DANIEL E. BURAS, JR.

2