

**DANIEL E. BURAS JR.**

PLEASE REPLY TO:

P.O. BOX 5350
COVINGTON, LA 70434-5350
985.871.0800   *phone*
985.871.0899   *fax*
dburas@daiglefisse.com

26 December 2005

<u>CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u>

Jennifer Anderson, Esq.
Jane Heidingsfelder, Esq.
Jones, Walker, Waechter,
    Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 47th Floor
New Orleans, Louisiana 70170-5100

    Re:    New Orleans Hornets Litigation
         Our File No. 905-02

Dear Counsel:

     Plaintiffs in CDC Case No. 05-10068 hereby request deposition dates for the 1442 deposition of the New Orleans Hornets NBA Limited Partnership.

     In addition to the 1442 deposition request, Plaintiffs in CDC Case No. 05-10068 hereby request the depositions of the following persons believed to be employed by the New Orleans Hornets.

     1)     George Shinn
     2)     Brendan Donohue
     3)     Chris Zaber
     4)     Adrianna Johnston
     5)     Sam Russo
     6)     Deanna Arteaga
     7)     Kristy McKearn
     8)     Barbara Booth
     9)     Dave Felson
   10)     John Lee
   11)     Tim McDougall
   12)     Tim Spero
   13)     Dave Burke
   14)     Any owners, officers, and/or directors involved in the management of the New Orleans Hornets.

**EXHIBIT**

**C**

DAIGLE FISSE, A PROFESSIONAL LAW CORPORATION • COUNSELLORS AT LAW AND ADMIRALTY
NEW ORLEANS • BATON ROUGE • COVINGTON

Dockets.Justia.com

PAGE -2-

    If any of the aforementioned persons are no longer employed by the Hornets, please provide their last known address.

    Please provide available dates as soon as possible.

    I look forward to working with you to resolve this matter as quickly as possible.

Very truly yours,

Daniel E. Buras, Jr.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

  *Jennifer Anderson*
  *Jones Walker*
  *201 St. Charles Ave*
  *47th Fl.*
  *New Orleans, La 70170-5100*

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   *Cocker Nam*                          *1-4-05*

C. Signature
   X *Cockerham*    ☐ Agent
                     ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)

7004 2890 0001 0522 2035

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952