## Dan Buras

| | |
|---|---|
| **From:** | Dan Buras [dburas@daiglefisse.com] on behalf of Dan Buras |
| **Sent:** | Tuesday, August 14, 2007 1:54 PM |
| **To:** | Jennifer Anderson (janderson@joneswalker.com); jheidingsfelder@joneswalker.com |
| **Cc:** | sniles@nileslawfirm.com; Elvige Cassard; Rochelle Laurent |
| **Subject:** | Rule 10.1 Conference - CDC Case No. 05-10068 |

Jennifer –

Copied below is a 1442 deposition request and multiple deposition requests in CDC dated 26 December 2005. Please provide available deposition dates for a 1442 deponent and for each of the requested individuals by close of business on Thursday, 16 AUG 2007. If you cannot agree to this deadline, please call me at 0900 on Thursday, 16 Aug 2007 for a Rule 10.1 conference.

A copy of this e-mail will be faxed to your attention to confirm its transmission.

v/r

Dan

26 December 2005


<u>CERTIFIED MAIL/RETURN RECEIPT REQUESTED</u>

Jennifer Anderson, Esq.
Jane Heidingsfelder, Esq.
Jones, Walker, Waechter,
   Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Ave., 47th Floor
New Orleans, Louisiana 70170-5100

  Re: New Orleans Hornets Litigation
     Our File No. 905-02

Dear Counsel:

  Plaintiffs in CDC Case No. 05-10068 hereby request deposition dates for the 1442 deposition of the New Orleans Hornets NBA Limited Partnership.

  In addition to the 1442 deposition request, Plaintiffs in CDC Case No. 05-10068 hereby request the depositions of the following persons believed to be employed by the New Orleans Hornets.

    1) George Shinn
    2) Brendan Donohue
    3) Chris Zaber
    4) Adrianna Johnston
    5) Sam Russo



EXHIBIT H

6) Deanna Arteaga
7) Kristy McKearn
8) Barbara Booth
9) Dave Felson
10) John Lee
11) Tim McDougall
12) Tim Spero
13) Dave Burke
14) Any owners, officers, and/or directors involved in the management of the New Orleans Hornets.

PAGE -2-

If any of the aforementioned persons are no longer employed by the Hornets, please provide their last known address.

Please provide available dates as soon as possible.

I look forward to working with you to resolve this matter as quickly as possible.

Dan Buras
Daigle Fisse & Kessenich
227 Hwy 21
Madisonville, LA 70447
DBuras@DaigleFisse.com
985-871-0800
FAX: 985-871-0899

NOTE: This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly PROHIBITED. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.

8/14/2007

```
                      ***********************
                      ***    TX REPORT    ***
                      ***********************

    TRANSMISSION OK

    TX/RX NO                  2482
    CONNECTION TEL                           5045898414
    CONNECTION ID
    ST. TIME                  08/14 16:52
    USAGE T                   00'29
    PGS. SENT                 3
    RESULT                    OK
```



# DAIGLE FISSE & KESSENICH

**COUNSELORS AT LAW**
**NEW ORLEANS * COVINGTON**

P. O. Box 5350
Covington, LA 70434-5350

Telephone: 985.871.0800
Facsimile: 985.871.0899

---

## *Facsimile Cover Sheet*

| | |
|---|---|
| **DATE:** | 14 August 2007 |
| **TO:** | Jennifer Anderson |
| **FACSIMILE:** | 504.589.8414 |
| **FROM:** | Daniel E. Buras, Jr. |
| **RE:** | Liger, et al. vs. N.O. Hornets<br>05-10068<br>DFK No. 905-02 |
| **NUMBER OF PAGES:** | 3 (including cover sheet) |

A confirmation copy of the enclosed documents _____ will/ __XXX__ will not be forwarded to you by _____ United States Mail, First Class/ _____ Overnight Delivery / _____ E-mail.