## Dan Buras

**From:** Dan Buras [dburas@daiglefisse.com] on behalf of Dan Buras
**Sent:** Wednesday, August 15, 2007 3:51 PM
**To:** Jennifer Anderson (janderson@joneswalker.com); jheidingsfelder@joneswalker.com
**Cc:** sniles@nileslawfirm.com; Bryan Knight (bknight@nileslawfirm.com); Elvige Cassard
**Subject:** Liger v. New Orleans Hornets - 30(b)(6) Deposition Request

Jennifer & Jane –

Attached is a copy of the 30(b)(6) deposition request that is being mailed to you this afternoon.

We would like to take the deposition on the 27th or 28th of August at your office. If multiple persons will be responding to the 30(b)(6) request, please schedule them for the following day until all topics are completed.

Thanks in advance,

Dan Buras
Daigle Fisse & Kessenich
227 Hwy 21
Madisonville, LA 70447
DBuras@DaigleFisse.com
985-871-0800
FAX: 985-871-0899

NOTE: This e-mail message and all attachments transmitted with it may contain legally privileged and/or confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly PROHIBITED. If you have received this message in error, please notify the sender immediately and delete this message and all copies and backups thereof.



8/23/2007

dockets.Justia.com