UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL,** * | **CIVIL ACTION NO. 05-1969** |
| **Plaintiffs in a Collective Action** * | |
| * | **SECTION C** |
| * | |
| versus * | **MAGISTRATE 05** |
| * | |
| **NEW ORLEANS HORNETS NBA LIMITED** * | |
| **PARTNERSHIP,** * | |
| **Defendant** * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION FOR CONTEMPT AND SANCTIONS

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Plaintiffs"), through undersigned counsel, and respectfully request the Court for an order holding the New Orleans Hornets NBA Limited Partnership in contempt and sanctioning defendant for failure to comply with the Order of Magistrate Chasez issued in open court on 03 August 2007.

Magistrate Chasez directed the New Orleans Hornets to provide documents to Plaintiffs by 17 August 2007. Counsel for the Hornets did not provide any documents by close of business on 17 August 2007. Instead, counsel for the Hornets sent an e-mail after Plaintiffs closed their offices on the 17th (a Friday) attaching written responses to the items ordered produced by the Court. In that e-mail, counsel for the Hornets wrote that the documents were available for pick-up or would be mailed at the request of counsel. Although multiple communications had been exchanged between counsel for plaintiffs and the Hornets prior to the date and time of this e-mail, this was the first time that the Hornets alerted Plaintiffs that they would not **actually deliver** documents to Plaintiff counsel has been the custom and practice of producing documents in this litigation for two years. Because of this questionable tactic, Plaintiffs were deprived of the documents for no less than three days.

When counsel for Plaintiffs received the Hornets' e-mail on Monday, 20 August 2007, counsel for the Hornets was asked to immediately mail all documents to undersigned Plaintiffs' counsel. The Hornets provided co-counsel with documents, but on Tuesday, 21 August 2007, the Hornets sent a communication to Bryan Knight advising him that the discovery was sent via regular US Mail to undersigned counsel's office. It is now 23 August 2007, six days after Magistrate Chasez ordered the Hornets to produce documents to Plaintiffs, and not one page of documents has yet been received from the Hornets.

On August 23rd, counsel for the Hornets sent an e-mail to Plaintiff's counsel stating that the Court did not order the Hornets to physically provide the outstanding documents by 17 August 2007.

In addition to the Hornets failure to comply with the Court's Order regarding document production, the Hornets refuse to respond to repeated requests for depositions in this case, including multiple requests for a 30(b)(6) deposition. The Hornets elected not to participate in a requested Rule 37.1 conference to discuss this matter and have not responded to any telephone calls or correspondence regarding these issues. Plaintiffs were forced to drop notice a 30(b)(6) deposition for 29 August 2007. Counsel for the Hornets refused to respond to offers to schedule this deposition at a more convenient time, to identify who the Hornets 30(b)(6) representative will be, or how many 30(b)(6) representatives will be produced.

Through the Hornets' avoidance of Court orders and refusal to voluntarily participate in discovery, Plaintiffs require the assistance of the Court to prevent irreparable harm to Plaintiffs case. Plaintiffs cannot timely prepare this matter for trial or meet the Court's deadlines because of the sharp practices of the Hornets.

Wherefore, premises considered, Plaintiffs requests that the Hornets be found in contempt of court and sanctioned accordingly, including the striking of defenses, a revision of the Scheduling Order, and the awarding of costs and attorneys fees to Plaintiffs,

Respectfully submitted,

BY:/s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, LP
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

**ATTORNEYS PLAINTIFFS**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY
AND KEVIN BUCKEL**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 23rd day of August 2007.

/s/ Daniel E. Buras, Jr.
DANIEL E. BURAS, JR.