UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 37.1 CERTIFICATE

NOW INTO COURT, come Plaintiffs, Eugene Liger, et. al., who submit this Rule 37.1 Certification to the Court.

On 14 August 2007, Plaintiffs scheduled a Rule 37.1 Conference with the Hornets for 9:00 a.m. on 16 August 2007 to discuss outstanding deposition requests.

On the morning of August 16, 2007, Plaintiffs received notice from the Hornets that there existed a scheduling conflict and that the Hornets would not participate in the conference that morning. Plaintiff counsel submitted correspondence detailing the Hornets multiple outstanding deposition requests and requested that the Hornets contact Plaintiffs to discuss the discovery issues and trial discovery deadlines as soon as possible. The Hornets did not respond.

On the evening of Friday, 17 August 2007, the Hornets sent Plaintiffs an after-hours e-mail advising Plaintiffs that the documents ordered produced by Magistrate Chasez had not been delivered to Plaintiffs. On Monday, 20 August 2007, the Hornets agreed to mail the documents ordered produced on 17 August to counsel.

On 21 August 2007, Plaintiff counsel learned that counsel for the Hornets mailed the documents ordered produced via regular U.S. Mail. As of 23 August 2007, the documents ordered produced by 17 August 2007 by Magistrate Chasez have still not yet been received by undersigned counsel.

On 21 August 2007, Plaintiff counsel faxed correspondence to the Hornets placing the Hornets on notice that that they were in violation of Magistrate Chasez's order to produce documents by 17 August 2007. Plaintiffs requested the Hornets contact Plaintiffs as soon as possible to discuss the violation of Magistrate Chasez' order, outstanding deposition requests and Scheduling Order problems created by the Hornets.

Again, the Hornets chose not to communicate with Plaintiffs until 23 August 2007. Through an e-mail sent by Hornets' counsel, the Hornets stated that this Court did not require the Hornets to provide Plaintiffs with the outstanding discovery responses.

The Hornets' response necessitated the filing of the instant motions.

Respectfully submitted,

BY: /s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, PLC
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR PLAINTIFFS**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR PLAINTIFFS**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 23rd day of August 2007.

/s/ Daniel E. Buras, Jr.
DANIEL E. BURAS, HR.