# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs Eugene Liger, et al's Motion for Expedited Hearing on its Motion to Compel discovery responses from the New Orleans Hornets and Plaintiffs, Eugene Liger, et al's Motion for Contempt and Sanctions against the New Orleans Hornets, and finding the motions to be meritorious:

**IT IS ORDERED** that Plaintiffs, Eugene Liger, et al's Motion to Compel and Motion for Contempt and Sanctions will be heard on an expedited basis on the 29 day of August, 2007 at 11:00 o'clock a.m., and that any response thereto shall be filed by the 28 day of August, 2007 at 11:00 o'clock a.m.

New Orleans, Louisiana, this 24th day of August, 2007.

_____
MAGISTRATE JUDGE ALMA L. CHASEZ