MINUTE ENTRY
CHASEZ, M.J.
AUGUST 29, 2007

                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C"(5) |

### HEARING ON MOTION

APPEARANCES:   Dan Buras, Bryan Knight, Jennifer Anderson, Jane Heidingsfelder

MOTION:

(1)   Plaintiffs' Motion to Compel (Rec. doc. 113);
(2)   Plaintiffs' Motion for Contempt and Sanctions (Rec. doc. 114).

_____ :   Continued to

_____ :   No Opposition

 1,2  :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:25)

<u>ORDERED</u>

_____   :   Dismissed as moot.

_____   :   Dismissed for failure of counsel to appear.

_____   :   Granted.

_____   :   Denied.

__1,2__   :   Other.

By 5:00 p.m. CST on August 31, 2007, plaintiffs are to advise defendant of the three plaintiffs who will submit to depositions by defendant on September 4, 2007. The Rule 30(b)(6) deposition of defendant is to be taken by plaintiffs on September 10 and 11, 2007. Any challenges to the areas of inquiry to be explored at the Rule 30(b)(6) deposition are to be brought on an expedited basis. Following that deposition, plaintiffs are to advise the Court and their opponent, in writing, of the documents that they still lack. Plaintiffs' motion for contempt and for sanctions is held in abeyance until that time.

                                              ALMA L. CHASEZ
                                UNITED STATES MAGISTRATE JUDGE