UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, <br>     Plaintiffs in a Collective Action | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-1969 <br><br> SECTION C |
| versus | * <br> * | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, <br>     Defendant | * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT AND SANCTIONS

**NOW INTO COURT**, through undersigned counsel, come plaintiffs herein, Eugene Liger, et al., ("Collective Action Plaintiffs" or "Plaintiffs"), who respectfully move this Honorable Court for Leave of Court to allow them to file this Supplemental Memorandum In Support Of Plaintiffs' Motion for Contempt and Sanctions. This Supplemental Memorandum is necessary to put before the Court the recent egregious conduct by the Hornets which has flaunted the Orders of this Court and the effective process of this case, all as is more fully described in the attached memorandum. Magistrate Chasez has asked the Plaintiffs to advise the Court of such instances as this.

**WHEREFORE**, plaintiffs pray that leave of court be granted to file this Supplemental Memorandum In Support Of Plaintiffs' Motion for Contempt and Sanctions.

Respectfully submitted,

BY: s/Daniel E. Buras, Jr.
HOWARD DAIGLE, JR. (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRIAN J. KNIGHT (#28640)
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Plaintiffs' Supplemental Memorandum In Support Of Plaintiffs' Motion for Contempt and Sanctions has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 5th day of September, 2007.

s/ Daniel E. Buras, Jr.