UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum In Support Of Plaintiffs' Motion for Contempt and Sanctions,

IT IS ORDERED that Plaintiffs' Supplemental Memorandum In Support Of Plaintiffs' Motion for Contempt and Sanctions be and is hereby granted.

Signed in New Orleans, Louisiana this _____ day of September, 2007.

_____
**JUDGE**