UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING ON PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTIONS

Plaintiffs have been sandbagged again. Immediate intervention of this court is necessary.

While Plaintiffs are cognizant of and apologize for the late hour of this filing, the immediate attention of the Court is necessary because the entire landscape of this case just changed. At 3:00PM on Wednesday, September 5, 2007, undersigned counsel received a telephone call from trial counsel for the Hornets, Jennifer Anderson, advising that the Hornets had "just found" approximately **70 bankers boxes** of potentially relevant documents, a server with a database of information directly related to Plaintiffs' sales activities, and an entire roomful of potentially relevant financial information so voluminous that they cannot be copied and reproduced.

The Hornets startling revelation occurred after countless representations by the Hornets to Plaintiffs counsel and this Court that all relevant documents have been previously produced to Plaintiffs. **This Notice came less than 18 hours before the Court ordered depositions of three Plaintiffs.**

This eleventh hour revelation by the Hornets not only contradicts two years of representations to Plaintiffs and the Court, but also calls into question every response to discovery offered by the Hornets to date. Accordingly, all trial and witness preparation engaged in by Plaintiffs has been undermined by the malicious discovery tactics of the Hornets.

The depositions of plaintiff Sam Steinmetz is scheduled to go forward at 09:00 AM on Thursday, September 6, 2007, with the depositions of plaintiffs Marcy Planer-Murray and Ivan Hinson to follow. Plaintiffs have been blindsided by this startling new development and have no idea whether the Plaintiffs scheduled for deposition will be asked any questions related to these newly identified documents. While Plaintiffs are confident that the Hornets will represent to the Court that the documents are irrelevant and will not touch upon any issues in the depositions scheduled to go forward tomorrow, representations made by the Hornets have not been an accurate barometer thus far in this litigation.

The opportunity to adequately prepare and/or seek the protection of the Court through sanctions against the Hornets for these reprehensible tactics is necessary to ensure that Plaintiffs are not irreparably prejudiced in this litigation.

Additional support for this motion has been provided to the Court through the supplemental memorandum filed with the Court related to the Motion for Contempt and Sanctions.

Respectfully submitted,

BY: /s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, LP
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

**ATTORNEYS DEFENDANTS**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY
AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 5th day of September, 2007.

/s/ Daniel E. Buras, Jr.