```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

EUGENE LIGER, ET AL.                            CIVIL ACTION

VERSUS                                          NUMBER: 05-1969

NEW ORLEANS HORNETS NBA LIMITED                 SECTION: "C"(5)
PARTNERSHIP

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum in Support of Plaintiffs' Motion for Contempt and Sanctions,

IT IS ORDERED that Plaintiffs' Motion for Leave to File Supplemental Memorandum in Support of Plaintiffs' Motion for Contempt and Sanctions be and hereby is granted.

New Orleans, Louisiana, this   6th   day of September, 2007.

                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE