MINUTE ENTRY
CHASEZ, M.J.
SEPTEMBER 10, 2007

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 05-1969 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP | SECTION: "C"(5) |

### HEARING ON MOTION

APPEARANCES:   Stewart Niles, Dan Buras, Bryan Knight, Jennifer Anderson, Jane Heidingsfelder

MOTION:

(1)  Plaintiffs' Motion for Contempt and Sanctions (Rec. doc. 114).

    _____ :   Continued to

    _____ :   No Opposition

    \_\_1\_\_ :   Opposition

    _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(01:05)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1__ : Other.

At the upcoming Rule 30(b)(6) deposition of defendant, plaintiffs are to develop a "chain of custody" of the documents that have thus far been produced in this case in terms of the identity of the person(s) who searched for the documents, when they were given the order to search, the parameters of the search that was undertaken, the results of the search, and the location(s) of any additional responsive documents. Plaintiffs are to report the results of their deposition inquiries back to the Court so that the hearing on their motion can be reconvened. The Court stresses that the defendant has the obligation to produce any responsive, non-privileged documents in the hands of third parties, including but not limited to accountants, lawyers, etc., as well as documents that the third-parties created at the direction of the defendant. Any documents withheld on the basis of privilege are to be identified in a privilege log.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE