UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, <br>     **Plaintiffs in a Collective Action** | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-1969 <br><br> SECTION C |
| versus | * <br> * | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, <br>     **Defendant** | * <br> * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:  NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, Defendant,
Through its attorneys of record,
Jennifer L. Anderson
Jones, Walter, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
8555 United Plaza Blvd.
Four United Plaza
Baton Rouge, LA 70809-7000
    and
Mr. Sidney F. Lewis, V
Ms. Jane H. Heidingsfelder
Jones, Walter, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
201 St. Charles Ave., 50th Floor
New Orleans, LA 70170

**PLEASE TAKE NOTICE** that Plaintiffs' Opposed Motion to Extend Witness List, Exhibit List and Expert Report Deadlines will come on for hearing at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, before the Honorable Judge Berrigan United States District Judge, in Section C, on October 3, 2007 at 9:30 a.m. on Plaintiffs' Opposed Motion to Extend Witness List, Exhibit List and Expert Report Deadlines.

Dockets.Justia.com

Respectfully submitted,

BY: s/Elvige Cassard Richards
HOWARD DAIGLE, JR. (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRIAN J. KNIGHT (#28640)
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Plaintiffs' Opposed Motion to Extend Witness List, Exhibit List and Expert Report Deadlines has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 13th day of September, 2007.

s/ Elvige Cassard Richards