## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
| **Plaintiffs in a Collective Action** | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
| **Defendant** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR EXPEDITED HEARING

Plaintiffs, Eugene Liger, *et al.* move for a hearing on an expedited basis to consider Plaintiffs' Motion and Memorandum in Support to Extend Witness List, Exhibit List and Expert Report Deadlines.

Respectfully submitted,

BY:/s/ Elvige Cassard Richards
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, LP
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR PLAINTIFFS**

E:\905\905-01 (Hornets OT)\PLEADINGS\DISCOVERY\Motion for Expedited Hearing (on deadline dates for plaintiffs).doc

Dockets.Justia.com

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112 Telephone
(504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY
AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Motion for Expedited Hearing as been

sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage

prepaid, or by any other means authorized by law, this 13th day of September 2007.

/s/ Elvige Cassard Richards
ELVIGE CASSARD RICHARDS