UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING**

MAY IT PLEASE THE COURT:

Plaintiffs, Eugene Liger, et al ("Plaintiffs") have moved for an order extending the deadline to submit expert reports, witness lists and exhibit lists in the captioned matter. As a result of the Hornets' continued refusal to produce responsive information and discovery, even despite court orders,[1] last minute disclosures by the Hornets of previously unidentified responsive information and volumes of material have rendered it impossible to meet the previously set deadlines for expert reports, witness and exhibit lists in this case. The Hornets refuse to consent to Plaintiffs' Motion.

---

[1] *See, e.g.*, Minute Entries of September 10, 2007, August 3, 2007.

- 1 -

E:\905\905-01 (Hornets OT)\PLEADINGS\DISCOVERY\Memo in Support of Motion for Expedited Hearing (on deadline dates for plaintiffs).doc

Dockets.Justia.com

For example, on Monday afternoon, September 10, 2007, the Hornets advised that they will disclose 16,000 pages in a database they possess of Plaintiffs' sales activities, which database itself was not disclosed until last week. Today, in 30(b)(6) "chain of custody" depositions ordered by Magistrate Chasez, Hornets' representatives admitted to the existence and nondisclosure of documents directly related to commissions claimed by Plaintiffs. The existence of thousands of pages of financial data was disclosed by the Hornets on September 5, 2007, even though financial records have been sought as an integral part of their defenses since discovery first issued.

Although the Hornets agreed to extend witness and exhibit list deadlines from the Scheduling Order deadline of September 14, 2007 to September 21, 2007, recent disclosures by the Hornets make even the September 21, 2007 deadline impossible. Similarly, expert reports cannot be prepared without required information. Magistrate Chasez' August 3, 2007 Minute Entry extended the expert report deadlines as set in the Scheduling Order from August 15, 2007 to September 21, 2007 for Plaintiffs, and from September 15, 2007 to October 15, 2007 for Defendant; in light of the ongoing discovery abuses the court verbally extended the deadlines again to September 21, 2007 for Plaintiffs and to October 21, 2007 for Defendant. Clearly, additional time is needed to prevent the Hornets' unfair tactics from interfering with the assimilation of their late-divulged information into the trial preparations.

Accordingly, Plaintiffs respectfully request an expedited hearing on their Motion To Extend Witness List, Exhibit List And Expert Report Deadlines, to allow Plaintiffs a fair

- 2 -

E:\905\905-01 (Hornets OT)\PLEADINGS\DISCOVERY\Memo in Support of Motion for Expedited Hearing (on deadline dates for plaintiffs).doc

opportunity to integrate the unjustly withheld information and documents into their trial preparation.

Respectfully submitted,

BY:/s/Elvige Cassard Richards
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, PLC 227
Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR PLAINTIFFS**


STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112 Telephone
(504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above <u>Memorandum in Support of Motion for Expedited Hearing</u> has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 13th day of September 2007.

/s/Elvige Cassard Richards
ELVIGE CASSARD RICHARDS
