UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL,<br>    Plaintiffs in a Collective Action | * * * * | CIVIL ACTION NO. 05-1969<br><br>SECTION C |
| versus | * * | MAGISTRATE 05 |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP,<br>    Defendant | * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs Eugene Liger, *et al.*'s Motion and Memorandum in Support to Extend Witness List, Exhibit List and Expert Report Deadlines, and finding the motion to be meritorious:

IT IS ORDERED that Plaintiffs, Eugene Liger, *et al.'s* Motion and Memorandum in Support to Extend Witness List, Exhibit List and Expert Report Deadlines will be heard on an expedited basis on the _____ day of _____, 2007 at _____ o'clock _____.m., and that any response thereto shall be filed by the _____ day of _____, 2007 at _____ o'clock ____.m.

New Orleans, Louisiana, this _____ day of _____,2007.

_____
JUDGE