UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
| Defendant | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS' OPPOSED MOTION TO EXTEND
### WITNESS LIST, EXHIBIT LIST AND EXPERT REPORT DEADLINES

**NOW COME PLAINTIFFS**, Eugene Liger, et al., ("Plaintiffs"), through undersigned counsel, and respectfully request the Court for an order extending the current deadlines set for the submission of the witness list, exhibit list and expert reports in the captioned case by revising the Scheduling Order to extend the present deadlines

        for the witness list[1] to    October 22, 2007,

        for the exhibit list[2] to    October 22, 2007,

        for Plaintiffs' expert reports[3] to October 22, 2007, and

        for Defendant's expert reports[4] to November 1, 2007,

---

[1, 2] The Scheduling Order currently sets these deadlines for September 14, 2007, although the parties agreed to extend these deadlines to September 21, 2007; however, as demonstrated *infra*, additional time is required.

[3, 4] Magistrate Chasez' August 3, 2007 Minute Entry extended the expert report deadlines as set in the Scheduling Order from August 15, 2007 to September 21, 2007 for Plaintiffs, and from September 15, 2007 to October 15, 2007 for Defendant; in light of the ongoing discovery abuses the court verbally extended the deadlines again to September 21, 2007 for Plaintiffs and to October 21, 2007 for Defendant. As demonstrated *infra*, additional time is required.

- 1 -

for the reasons more fully stated in the accompanying memorandum in support.

Wherefore, premises considered, Plaintiffs request that the noted pre-trial deadlines be extended as shown noted above, and that Hornets be assessed with all costs and fees associated with the drafting and filing of this motion.

Respectfully submitted,

BY:/s/ Elvige Cassard Richards
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, LP
227 Highway 21
Madisonville, LA  70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion, originally filed and served on September 13, 2007 with an incorporated memorandum in support and re-filed today without an incorporated memorandum in support, has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 14th day of September, 2007.

/s/ Elvige Cassard Richards
ELVIGE CASSARD RICHARDS

- 4 -

F:\905\905-01 (Hornets OT)\PLEADINGS\DISCOVERY\Mot to Extend Deadlines Sept 07\Motion To Extend Witness List, Exhibit List and Expert Report Deadlines2.doc