UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1969** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **SECTION: "C" (5)** |

### ORDER

IT IS HEREBY ORDERED that any opposition to Plaintiffs' motion to extend deadlines for the witness list, exhibit list, and expert report deadlines shall be filed by September 19, 2007, at noon (Rec. Doc. 129). At that time, the motion to extend deadlines shall be taken under advisement and determined by the undersigned without a hearing (Rec. Doc. 130).

New Orleans, Louisiana this 14th day of September 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE