## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL, * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action * | |
| * | SECTION C |
| * | |
| versus * | MAGISTRATE 05 |
| * | |
| NEW ORLEANS HORNETS NBA LIMITED * | |
| PARTNERSHIP, * | |
|     Defendant * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS, INCLUDING MOTION TO STRIKE DEFENSES, ATTORNEY'S FEES AND MOTION TO CONTINUE TRIAL ON THE MERITS AND PRETRIAL DEADLINES AND SANCTIONS

Now into Court, through undersigned counsel, come plaintiffs, Eugene Liger, et al ("Plaintiffs"), who respectfully move this Honorable Court for Leave to File this Second Supplemental Memorandum In Support Of Motion For Contempt And Sanctions, Including Motion To Strike Defenses, Attorney's Fees And Motion To Continue Trial On The Merits And Pretrial Deadlines and Sanctions.

This Second Supplemental Memorandum is being submitted at the request of Magistrate Chasez to report information learned during chain of custody depositions taken by the Plaintiffs on September 12 and 13, 2007.

The information set forth in the attached Second Supplemental Memorandum will confirm that the New Orleans Hornets continue to ignore the Orders of this Court and that Magistrate Chasez must take <u>immediate action</u> to prevent Plaintiffs from wasting more resources because the Hornets failed to produce witnesses with information responsive to the Court's verbal and written order in response to the hearing attended by all Parties on September 10, 2007.

Respectfully submitted,

BY:/s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, LP
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

**ATTORNEYS DEFENDANTS**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 18th day of September, 2007.

/s/ Daniel E. Buras, Jr.