UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, Defendant,
      Through its attorneys of record,
      Jennifer L. Anderson
      Jones, Walter, Waechter, Poitevent,
        Carrere & Denegre, L.L.P.
      8555 United Plaza Blvd.
      Four United Plaza
      Baton Rouge, LA 70809-7000
             and
      Mr. Sidney F. Lewis, V
      Ms. Jane H. Heidingsfelder
      Jones, Walter, Waechter, Poitevent,
        Carrere & Denegre, L.L.P.
      201 St. Charles Ave., 50th Floor
      New Orleans, LA 70170

      **PLEASE TAKE NOTICE** that Plaintiffs' Motion for Leave to File Second Supplemental Memorandum In Support Of Motion For Contempt And Sanctions, Including Motion To Strike Defenses, Attorney's Fees And Motion To Continue Trial On The Merits And Pretrial Deadlines and Sanctions will come on for hearing at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana

Dockets.Justia.com

70130, before the Honorable Alma L. Chasez, United States Magistrate Judge in Magistrate Division 5, on October 3, 2007 at 9:30 a.m. on the Second Supplemental Memorandum In Support Of Plaintiffs' Motion for Contempt and Sanctions.

Respectfully submitted,

BY: s/Daniel E. Buras, Jr.
HOWARD DAIGLE, JR. (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR EUGENE LIGER, IVAN HINSON, ANTHONY MARTIN, ADAM NASH, CHRIS CARTER, MARCY PLANER-MURRAY, LYNN HOLMES, DAN KARLSBERG, CHRISTOPHER STANT, SAM STEINMETZ, AMY NICOLE SMITH, LESLIE SUMLER, LATOUSHA BROWN, KEVIN BUCKEL AND KEN KLIEBERT**

STEWART E. NILES, JR. (#10004)
BRIAN J. KNIGHT (#28640)
NILES, SALAS, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 18th day of September, 2007.

s/ Daniel E. Buras, Jr.