UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER, ET AL,** | * | CIVIL ACTION NO. 05-1969 |
| Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| **NEW ORLEANS HORNETS NBA LIMITED** | * | |
| **PARTNERSHIP,** | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs Eugene Liger, et al's Motion for Leave to File Second Supplemental Memorandum In Support Of Motion For Contempt And Sanctions, Including Motion To Strike Defenses, and Attorney's Fees, and finding the motions to be meritorious:

**IT IS ORDERED** that Plaintiffs, Eugene Liger, et al's Motion will be heard on an expedited basis on the _____ day of _____, 2007 at _____ o'clock a.m., and that any response thereto shall be filed by the _____ day of _____, 2007 at _____ o'clock ___.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**MAGISTRATE JUDGE ALMA L. CHASEZ**