## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EUGENE LIGER, ET AL,** | * | **CIVIL ACTION NO. 05-1969** |
| Plaintiffs in a Collective Action | * | |
| | * | **SECTION C** |
| | * | |
| versus | * | **MAGISTRATE 05** |
| | * | |
| **NEW ORLEANS HORNETS NBA LIMITED** | * | |
| **PARTNERSHIP,** | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### OPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND AMENDED MOTION TO CONTINUE TRIAL AND ALL CUTOFFS

Now into Court, through undersigned counsel, come plaintiffs, Eugene Liger, et al ("Plaintiffs"), who respectfully move this Honorable Court for Leave to File this Supplemental Memorandum and Amended Motion to Continue Trial and All Cutoffs.

Oral argument is requested. The Hornets opposed Plaintiffs' original Motion to Continue Cutoffs in this matter.

The New Orleans Hornets have undermined the judicial process and have jeopardized the integrity of Magistrate Chasez' Orders through their repeated and blatant violations of multiple Court Orders and the Rules of Discovery. A Motion for Contempt and Sanctions is now pending before Magistrate Chasez to address these repeated violations, but has not yet been ruled on.

Despite the pending Motion for Contempt, the Hornets continue to ignore Magistrate Chasez's orders.

The Hornets have withheld all evidence related to their defenses, withheld all evidence that the team revised its policies and procedures to bring defendants in compliance with overtime law since this suit was filed, withheld evidence of the dates of events that the Hornets forced employees to work outside of regular working hours, and have denied the existence of all evidence confirming the magnitude of their denial of commissions owed to sales employees. In summary, the Hornets have orchestrated the need to continue this trial through their misconduct.

The information set forth in the attached Supplemental Memorandum and Exhibits will confirm that the New Orleans Hornets continue to ignore the Orders of this Court and necessitate a continuance of this matter to prevent the Hornets from undermining the integrity of the judicial process and Plaintiffs' right to recover money owed for time worked. Trial of this matter is scheduled for December 3, 2007, and numerous cutoffs are looming, thus necessitating the filing of this Motion.

    Respectfully submitted,

    BY:/s/ Daniel E. Buras, Jr.
    HOWARD DAIGLE (#4454)
    DANIEL E. BURAS, JR. (#26226) (T.A.)
    ELVIGE CASSARD RICHARDS (#19386)
    DAIGLE FISSE & KESSENICH, LP
    227 Highway 21
    Madisonville, LA  70447
    Telephone: 985.871.0800
    Facsimile: 985.871.0899

    **ATTORNEYS DEFENDANTS**

    STEWART E. NILES, JR. (#10004)
    BRYAN J. KNIGHT (#28640)
    NILES, BOURQUE & FONTANA, L.C.
    909 Poydras Street, 35th Floor
    New Orleans, Louisiana 70112

Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY
AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 19th day of September, 2007.

/s/ Daniel E. Buras, Jr.