UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EUGENE LIGER, ET AL,<br>    Plaintiffs in a Collective Action | CIVIL ACTION NO. 05-1969<br><br>SECTION C<br><br>MAGISTRATE 05 |
| versus | |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP,<br>    Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Eugene Liger, et al's Opposed Motion for Leave to File Supplemental Memorandum and Amended Motion to Continue Trial and All Cutoffs, and finding the motions to be meritorious:

**IT IS ORDERED** that Plaintiffs, Eugene Liger, et al's Motion will be heard on an expedited basis on the _____ day of _____, 2007 at _____ o'clock a.m., and that any response thereto shall be filed by the _____ day of _____, 2007 at _____ o'clock ___.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____