



### State of Louisiana
DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
*Governor*

DON J. HUTCHINSON
*Secretary*

November 25, 2002

Mr. Wayne J. DeBlander
Senior Vice Preisdent Finance
New Orleans Hornets
1501 Girod Street
New Orleans, LA 70113

RE:    New Orleans Hornets NBA Limited Partnership
       Application Notification #2002-0278

Dear Mr. DeBlander:

The Board of Commerce and Industry will meet and act upon the subject application at its 1:30 p.m. meeting on Wednesday, **December 11, 2002**. The meeting will be held at the **Bourbon Orleans Hotel, 717 Orleans Street, Ball Room, New Orleans, Louisiana (504-523-222)**

It is requested that you or a representative from the company be present at the meeting to address additional questions that may be discussed.

Also, you are invited to attend the **Business Incentive Workshop** being held **December 11, 2002 at 8:30 a.m.** This workshop will be held at the same location noted above.

If I can answer any questions before these meeting, please contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
wallace@lded.state.la.us

cc: Mr. Craig A. Wagner

Post Office Box 94185, Baton Rouge, Louisiana 70804-9185
Capitol Annex Building – 1051 North Third Street - 70802.
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*



EXHIBIT
A, 3 of 5

PLAINTIFFS 000949

Dockets.Justia.com

COMPANY NAME  New Orleans Hornets

QUALITY JOBS  - NET BENEFIT RATE CALCULATION

Date                        November 15, 2002

Step 1.    Net State Benefit

|  |  |  |
|---|---|---|
| Estimated 10 Yr. Gross Payroll | $863,818,000 | (a) |
| Estimated State Recapture Rate | X  .06 | |
| Estimated Net St. Benefit | $51,829,080 | (b) |

Step 2.    Estimated Direct State Costs

A.

| | | |
|---|---|---|
| # New LA Res. + Family Members | 49 | # of new res.  x 2.43 |
| Total Cost To St. For Each | X  1,181 | if not provided on adv/app |
| Estimated Direct St. Costs | 57,869 | |
| New Resident Cost (1st yr. only) | X    1 | |
| Cost To St. For All New Res. | $57,869 | (c) |

B.

| | | |
|---|---|---|
| Cost To St. For All New Res. | $57,869 | (c) |
| Any Other Direct Assistance | 0 | (Training dollars / Infrastructure / etc) |
| Estimated Direct St. Costs | $57,869 | (d) |

Step 3.    Estimated Net Direct St. Benefit

| | | |
|---|---|---|
| Estimated Net St. Benefit | $51,829,080 | (b) |
| Estimated Direct St. Costs | 57,869 | (d)  (Subtract) |
| Estimated Net Direct St. Ben. | $51,771,211 | (e) |

Step 4.    Net Benefit Rate

| | | |
|---|---|---|
| Estimated Net Direct  St. Ben. | $51,771,211 | (e) |
| Estimated 10 Yr. New Gross Payroll | 863,818,000 | (a)  (e divided by a) |
| Net Benefit Rate | 0.0599 | (f) |
| | | Maximum allowed is 5% |

Step 5.    Tax Incentive

| | | |
|---|---|---|
| Estimated 10 Yr. New Gross Payroll | $863,818,000 | (a) |
| Net Benefit Rate | 5.000% (f) | Maximum allowed is 5% |
| Estimated Tax Incentive | $43,190,900 | (g) |

Application Fee Calculation

| | | |
|---|---|---|
| Estimated Tax Incentive | $43,190,900 | (g) |
| Percentage due | 0.002 | |
| | $5,000 | Maximum allowed is $5,000 |

| | |
|---|---|
| **Advance Notification Fee** | $100 |
| **Application Fee** | $5,000 |

PLAINTIFFS 000950

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER • THE BACK CONTAINS AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

Hibernia National Bank
New Orleans, Louisiana

NEW ORLEANS HORNETS
1501 Girod Street
New Orleans, Louisana 70113
Telephone (504) 301-4000

1146

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/11/02 | 020718 | ******5000.00 |

Five Thousand and 00/100

THE
DEA

Louisiana Dept. of
Economic Development

BORDER CONTAINS MICROPRINTING

⑈000 20 7 ⅃8⑈  ⑊06 5000090⑊ 20800 86 3 96⑈

PLAINTIFFS 000951

WAGNER, JOHNSTON & ROSENTHAL, P.C.
Attorneys at Law

SUITE 1200 / TOWER PLACE
3340 PEACHTREE ROAD, N.E.
ATLANTA, GEORGIA 30326-1075

(404) 261-0500
FACSIMILE (404) 261-6779

www.wjrlaw.com

11446

October 16, 2002

VIA FEDERAL EXPRESS

Kay Wallace, Administrator
Louisiana Quality Jobs Program
Louisiana Department of Economic Development
Office of Business Development
101 France Street
Baton Rouge, Louisiana 70802

Re:    Quality Jobs Program Application for New Orleans Hornets NBA Limited Partnership

Dear Ms. Wallace:

Enclosed please find the following which I forward to you in connection with the above-referenced matter:

1.  Quality Jobs Program Application;
2.  Summary HMO Contract for Group Coverage;
3.  Summary Health Benefit Plan;
4.  List of Existing Employees;
5.  Quality Jobs Formula; and
6.  Check made payable to Louisiana Department of Economic Development for the $5,000.00 filing fee.

With your permission, I did not complete the Census Tract Number or Block Group Number on Page 1 of the Application. With that exception only, I believe that the enclosed Application and related materials are a complete filing on behalf of the New Orleans Hornets to participate in the Louisiana Quality Jobs Program.

R E C E I V E D

OCT 1 7 2002

RESOURCE SERVICES

F:\WJRDOCS\10010.001\Correspondence\Wallace Letter #0-15-02b.doc

PLAINTIFFS 000952

**Wagner, Johnston & Rosenthal, P.C.**

Kay Wallace, Administrator
Louisiana Quality Jobs Program
October 16, 2002
Page 2 of 2

If you have any questions or need any additional information, please feel free to contact me.

Thank you very much for your continuing cooperation in this matter.

Sincerely,

Craig A. Wagner

CAW/yar
Enclosure
cc:    Wayne J. DeBlander
        (w/encl.)

F:\WRDOCS\0910.001\Correspondence\Wallace Letter #0-15-02).doc

PLAINTIFFS 000953

NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP

# QUALITY JOBS FORMULA
## Application Processing Fees

Please made check payable to:    <u>Louisiana Department of Economic Development</u>

ADVANCE NOTIFICATION FEE: ————————————————$100

APPLICATION FEE: ————————————$200 (minimum) ——— $5,000 (maximum)

**Step 1.    Estimated Payroll Tax Refund**

| | | | | |
|---|---|---|---|---|
| Estimated 10 Year Gross Payroll | 863,818,000 | | | |
| Benefit Rate | X   .05 | | | |
| Estimated Payroll Tax Refund | $0 | (a) | 43,190,000 | |

**Step 2.    Total Estimated Tax Refund**

| | | | |
|---|---|---|---|
| Estimated Payroll Tax Refund | $0 | (a) | 43,190,000 |
| Estimated State Sales/Use Tax Refund | + 0 | | |
| Estimated Local Sales/Use Tax Refund | + 0 | | |
| Total Estimated Tax Refund | $0 | (b) | 43,190,000 |

> **State Sales/ Use Tax**
> State sales/use tax eligible for rebate is the 4% paid by the company or the contractors on machinery, equipment, and materials used to construct or renovate the applicant's facility during the construction period (2 year maximum).
>
> **Local Sales/Use Tax**
> Local sales/use tax eligible for rebate range from 0¢ to 2 ½ ¢. An Endorsement Resolution must be passed by the local governing body promising the rebate prior to the completion of the project.

**Step 3.    Application Fee**

| | | | |
|---|---|---|---|
| Total Estimated Tax Refund | $0 | (b) | 43,190,000 |
| Percentage Due | 0.002 | | |
| Application Fee | 5,000   $0 | | |

AFFIDAVIT OF ANNUAL CERTIFICATION (one time fee): ————————$100

Rev. 8/02

PLAINTIFFS 000954





DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
Governor

DON J. HUTCHINSON
Secretary

August 13, 2002

Mr. Craig A. Wagner
Attoney at Law
Wagner, Johnston & Rosenthal, P.C.
3340 Peachtree Road, N.E.
Suite 1200 - Tower Place
Atlanta, GA 30326-1075

RE:   Charlotte Hornets NBA Limited Partnership
      Quality Jobs Program Advance Notification #2002-0278

Dear Mr. Wagner:

The Advance Notification for this project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

Enclosed is the Quality Jobs Application Packet, which includes the rules governing the program, application forms, worksheet for calculating the application fee, and other pertinent documentation of the process.  This application is due **November 30, 2002.**

An application for an Unemployment Insurance (**UI**) Number must be filed with the Louisiana Department of Labor, _if not already filed_.  An existing company expanding its workforce must file for a **second UI Number.**   The UI number will be used to track the new employees relative to the new jobs that will be created.  **Only the new direct jobs** will be reported under the UI number.  Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,


Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
wallace@lded.state.la.us

cc:  Wayne J. DeBlander     ✓ / 16th

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
_AN EQUAL OPPORTUNITY EMPLOYER_

PLAINTIFFS 000955





DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
Governor

DON J. HUTCHINSON
Secretary

August 13, 2002

Mr. Craig A. Wagner
Attoney at Law
Wagner, Johnston & Rosenthal, P.C.
3340 Peachtree Road, N.E.
Suite 1200 - Tower Place
Atlanta, GA  30326-1075

RE:    Charlotte Hornets NBA Limited Partnership
       Quality Jobs Program Advance Notification #2002-0278

Dear Mr. Wagner:

The Advance Notification for this project and Transaction #261454 in the amount of
$100.00 have been received. This project has been assigned **#2002-0278** for the
Quality Jobs Program and should be referenced on all future correspondence.

Enclosed is the Quality Jobs Application Packet, which includes the rules governing the
program, application forms, worksheet for calculating the application fee, and other
pertinent documentation of the process.  This application is due **November 30, 2002.**

An application for an Unemployment Insurance (**UI**) Number must be filed with the
Louisiana Department of Labor, <u>if not already filed</u>.  An existing company expanding its
workforce must file for a **second UI Number.**   The UI number will be used to track the
new employees relative to the new jobs that will be created.  **Only the new direct jobs**
will be reported under the UI number.  Enclosed for your convenience is the
Department of Labor's Status Report application to be completed and filed at the
address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
**<u>wallace@lded.state.la.us</u>**

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000956

**Kay Wallace**

| | |
|---|---|
| **From:** | John Wilson [John.wilson@hornets.com] |
| **Sent:** | Monday, July 22, 2002 5:08 PM |
| **To:** | Kay Wallace |
| **Cc:** | Wayned |
| **Subject:** | Quality Jobs Program Advance Notification # |

**Importance:** High

  Per your correspondence dated June 5, 2002 to Mr. Wayne DeBlander, The New Orleans Hornets has been assigned UI #517671-6 and LA Withholding Account # 6234140-001 15. Please have "Quality Jobs Program" written on our application.

  Please contact me at 504 301-4095 if you need any additional information.

Sincerely,
John T. Wilson, CPA
Controller
New Orleans Hornets

7/23/2002

PLAINTIFFS 000957

## Wagner, Craig

**From:** Craig A. Wagner
**Sent:** Tuesday, June 04, 2002 11:09 AM
**To:** 'wallace@lded.state.la.us'
**Subject:** FW: Quality Jobs Program

Kay—please let me know that you have received this e-mail.

-----Original Message-----
**From:** Craig A. Wagner [mailto:caw@wjrlaw.com]
**Sent:** Monday, June 03, 2002 6:34 PM
**To:** 'Kay Wallace'
**Cc:** Wayne Deblander
**Subject:** RE: Quality Jobs Program

Kay—thank you for the forms and the help on the phone. I have electronically filed the Advance
Notification and hope it is sufficient to start our credit period. If you have any questions at all about my
answers, please call me!
As for additional explanation for our answers, for the estimate of jobs, we currently have approximately
86 employees, 47 of which will relocate to New Orleans. Therefore, I have shown 39 new permanent
jobs in New Orleans.
As for the equipment value, the $250,000 is our estimate of the value of the furniture and equipment we
will relocate to New Orleans. We also own a 727 aircraft worth approximately $6,500,000 which we
will relocate to New Orleans. I did not include that value in the equipment total—should it be? ( NO )

Once again, thanks for the help. Please confirm receipt of the Notification and advise me as to the next
steps required for the Hornets to take.
Craig Wagner

> -----Original Message-----
> **From:** Kay Wallace [mailto:Wallace@lded.state.la.us]
> **Sent:** Monday, June 03, 2002 2:21 PM
> **To:** caw@wjrlaw.com
> **Subject:** Quality Jobs Program
>
>
> See the attached information.
>
>
> Kay Wallace
> LA Quality Jobs Program
> (225) 342-5367
> FAX (225) 342-0142
> Wallace@lded.state.la.us

6/4/2002

PLAINTIFFS 000958

# Wagner, Johnston & Rosenthal, P.C.

Attorneys at Law
Suite 1200/Tower Place
3340 Peachtree Road, N.E.
Atlanta, Georgia 30326-1075

(404) 261-0500
Facsimile (404) 261-6779

## FACSIMILE COVER SHEET

**DATE:**      June 4, 2002

### PLEASE DELIVER THE FOLLOWING PAGES TO:

**NAME:**                  Kay Wallace

**COMPANY:**

**FACSIMILE NUMBER:**    225-342-0142

**FILE NUMBER:**         **07020.001**

**FROM:**                Craig A. Wagner
                         Wagner, Johnston & Rosenthal, P.C.
                         Suite 1200/Tower Place
                         3340 Peachtree Road, N.E.
                         Atlanta, GA 30326-1075

We are transmitting _2_ pages (including this cover page). If transmission is incomplete, please call us.

CONFIDENTIALITY NOTICE: This cover letter and the documents accompanying this facsimile transmission contain information which is confidential and privileged. The information is intended for the use of the individual named on this cover sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us by telephone (collect) immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**NOTES:**

PLAINTIFFS 000959



# State of Louisiana

DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
Governor

DON J. HUTCHINSON
Secretary

June 5, 2002

Mr. Wayne J. DeBlander
Sr. Vice President, Finance
Charolotte Hornets NBA Limited Partnership
1615 Poydras Street 20th Floor
New Orleans, LA 70112

RE:    Charolotte Hornets NBA Limited Partnership
       Quality Jobs Program Advance Notification #20020278

Dear Mr. DeBlander:

The Advance Notification for your project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

The Quality Jobs Program was amended during the 2002 1st Extraordinary Legislation Session by Act 153. Several changes have been made to the program rules and regulations. Therefore, the application packet is being revised to incorporate the changes that have been made. The application packet will be forwarded to you in the near future.

An application for an Unemployment Insurance (**UI**) Number will need to be filed with the Louisiana Department of Labor, if not already filed. The UI number will be used to track the new employees relative to the new jobs that will be created. **Only the new direct jobs** will be reported under the **UI** number. Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
**wallace@lded.state.la.us**

cc:  Mr. Craig A. Wagner
     Wagner, Johnson & Rosenthal, P.C.

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000960



**State of Louisiana**

DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
Governor

DON J. HUTCHINSON
Secretary

June 5, 2002

Mr. Wayne J. DeBlander
Sr. Vice President, Finance
Charlotte Hornets NBA Limited Partnership
1615 Poydras Street 20th Floor
New Orleans, LA 70112

RE:    Charolotte Hornets NBA Limited Partnership
       Quality Jobs Program Advance Notification #20020278

Dear Mr. DeBlander:

The Advance Notification for your project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

The Quality Jobs Program was amended during the 2002 1st Extraordinary Legislation Session by Act 153. Several changes have been made to the program rules and regulations. Therefore, the application packet is being revised to incorporate the changes that have been made. The application packet will be forwarded to you in the near future.

An application for an Unemployment Insurance (**UI**) Number will need to be filed with the Louisiana Department of Labor, if not already filed. The UI number will be used to track the new employees relative to the new jobs that will be created. **Only** the **new direct jobs** will be reported under the **UI** number. Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
**wallace@lded.state.la.us**

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000961

John Jernigan

| | |
|---|---|
| From: | Serpas, Randall J [rserpas@kpmg.com] |
| Sent: | Tuesday, June 05, 2007 4:27 PM |
| To: | John Jernigan |
| Cc: | brice.collier@hornets.com; Greg King; Serpas, Randall J; Gerrets, Kristian A |
| Subject: | RE: Hornets |

John,

Per your request, I am sending you an email to inform you the Hornet' are asking you to proceed with processing the rebate as we discussed on the phone today. We are aware you will deny some of the residents the Hornets have claimed, however in the best interest of the Hornets and the State of Louisiana we wish to proceed. We will reserve the right to evaluate the denied residents and respond at a later time.

Thanks,

Randy


*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

---

From: John Jernigan [mailto:Jernigan@la.gov]
Sent: Tuesday, April 10, 2007 10:49 AM
To: Serpas, Randall J

6/7/2007

PLAINTIFFS 000962

Subject: RE: Hornets

Randy, I did not pursue it from that angle – I figured less than 2 percent of the people in revenue could positively give me the answer and I did not have the strength to go thru the ones who did not know – if the employees have a Louisiana drivers license then they will be eligible – every year there are people listed who do not qualify and I am sure it will repeat this year

---

From: Serpas, Randall J [mailto:rserpas@kpmg.com]
Sent: Tuesday, April 10, 2007 10:41 AM
To: John Jernigan
Cc: Serpas, Randall J
Subject: FW: Hornets

John,

I wanted to send you a quick note to inform you I have related your message to the Hornets and I am currently waiting on their response. In the meantime, I have a question for you, did you check with Revenue as you stated to me on the phone? The reason I ask is because I am curious what they said regarding whether or not the employees were LA residents for the time listed, specifically calendar tax year 2005 or the first two quarters of the Hornets fiscal year?

Thanks,

Randy

*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

6/7/2007

PLAINTIFFS 000963

**From:** Serpas, Randall J
**Sent:** Wednesday, April 04, 2007 5:23 PM
**To:** 'John Jernigan'
**Cc:** Rick Broussard; Brenda Guess; 'Greg King'
**Subject:** RE: Hornets

John,

Thanks for the follow up.  I will relay your message to the Hornets and see what can be accomplished.

Randy

> **From:** John Jernigan [mailto:Jernigan@la.gov]
> **Sent:** Wednesday, April 04, 2007 3:15 PM
> **To:** Serpas, Randall J
> **Cc:** Rick Broussard; Brenda Guess
> **Subject:** RE: Hornets
>
> Randy, this is what I will need – I will need a copy of everyone's driver's license other than coaches and players or employees with a Louisiana address listed on the excel sheet who the company desires a payroll rebate on – if it is not a Louisiana driver's license or Louisiana State ID with an address I will not be able to count it for a rebate.

> **From:** Serpas, Randall J [mailto:rserpas@kpmg.com]
> **Sent:** Friday, March 30, 2007 1:14 PM
> **To:** John Jernigan
> **Cc:** Serpas, Randall J
> **Subject:** Hornets
>
> John,
>
> Attached you will find a revised schedule and copies of Louisiana driver's license or LA State identification cards for some of the new hires (with the exception of players and coaches) after August 29, 2005.  Although the Hornets have made a good faith effort to comply with your request to provide all of the identification cards they could not provide copies for every new hire as requested.
>
> Also, please note that the Hornet's have revised the schedule after realizing they were four errors, therefore the revised schedule highlights the employees in question by listing "Remove" in an additional column in the schedule.  In this same column, you will find the wording "OK".  OK is where we have reviewed the dates in question and verified their status as a Louisiana resident. Should you disagree with our findings, please let us know so we can discuss.
>
> We appreciate your efforts and look forward to resolving this matter as soon as possible.
>
> Sincerely,
>
> Randy

6/7/2007

PLAINTIFFS 000964

*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

From: John Jernigan [mailto:Jernigan@la.gov]
Sent: Thursday, March 29, 2007 7:02 AM
To: Serpas, Randall J
Subject: RE: Hornets

Yes, there is no other way without of state addresses to verify validity of credit

From: Serpas, Randall J [mailto:rserpas@kpmg.com]
Sent: Wednesday, March 28, 2007 3:53 PM
To: John Jernigan
Subject: Hornets

John,

I wanted to verify with you the requested data for the Hornets annual certification. Specifically, you wanted them to provide copies of Louisiana driver's license or LA State identification cards for new hires (with the exception of players and coaches) after August 29, 2005. Is this correct?

Randy

Randall J. Serpas
KPMG LLP
State and Local Tax Practice
909 Poydras St., Ste. 2900
New Orleans, LA 70112

6/7/2007

PLAINTIFFS 000965

Phone: 504-569-8810
Fax: 504-617-7920
Mobile 985-502-3254
email: rserpas@kpmg.com

\*\*\* ANY TAX ADVICE IN THIS COMMUNICATION IS NOT
INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE
USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE
PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON
ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR
RECOMMENDING TO ANOTHER PARTY ANY MATTERS
ADDRESSED HEREIN. \*\*\*

Any advice in this communication is limited to the conclusions specifically set
forth herein and is based on the completeness and accuracy of the stated
facts, assumptions and/or representations included. In rendering our advice,
we may consider tax authorities that are subject to change, retroactively
and/or prospectively, and any such changes could affect the validity of our
advice. We will not update our advice for subsequent changes or
modifications to the law and regulations, or to the judicial and
administrative interpretations thereof.

The advice or other information in this document was prepared for the sole
benefit of KPMG's client and may not be relied upon by any other person or
organization. KPMG accepts no responsibility or liability in respect of this
document to any person or organization other than KPMG's client.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The information in this email is confidential and may be legally privileged.
It is intended solely for the addressee. Access to this email by anyone else is
unauthorized. If you are not the intended recipient, any disclosure, copying,
distribution or any action taken or omitted to be taken in reliance on it, is
prohibited and may be unlawful. When addressed to our clients any opinions or
advice contained in this email are subject to the terms and conditions
expressed in the governing KPMG client engagement letter.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

6/7/2007

PLAINTIFFS 000966

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.

*************************************************************************

6/7/2007

PLAINTIFFS 000967



KPMG LLP
Suite 2900
909 Poydras Street
New Orleans, LA 70112

Telephone  504 523 5000
Fax            504 529 1518
Internet     www.us.kpmg.com

February 1, 2007

OFFICIAL USE ONLY
Check # ⎯113638
Deposit Date ⎯2|8|07
Amount $ ⎯100
Receipt # ⎯2186(
Initials ⎯8

John Jernigan
Business Incentives Division
State of Louisiana Department of Economic
Development
P.O. Box 94185
Baton Rouge LA 70804-9185

Dear John,

**Affidavit of Annual Certification**
**Quality Jobs Program, Contract No. 2002-0278**
**New Orleans Hornets NBA Limited Partnership**

Enclosed is the Affidavit of Annual Certification (AAC) for the period of July 1, 2005 through June 30, 2006 for the New Orleans Hornets NBA Limited Partnership (Hornets) for their participation in the Quality Jobs Program. Per the instructions, one original and two copies are included. In addition, a check in the amount of $100.00 is included with this ACC.

As you are aware Hurricane Katrina hit the New Orleans area on August 29, 2005 and the Hornets temporarily relocated from New Orleans, LA to Oklahoma City, OK. As a result of the relocation, many of their Louisiana employees temporarily moved as well and now have mailing addresses in Oklahoma and a few other various states. However, the Hornets continued to withhold and pay Louisiana residents' payroll taxes to the State of Louisiana even though they were temporarily relocated. Therefore, the AAC has various addresses attributed to the displaced Louisiana residents.

On June 20, 2006, The Louisiana Department of Revenue issued Revenue Information Bulletin 06-024 concerning the individual income tax filing requirements of individuals displaced by hurricanes Katrina or Rita. We have enclosed the Revenue Information Bulletin to support tax year 2005, individuals who resided in the State of Louisiana for 2005 are deemed as residents for the entire year even though they were displaced by hurricane Katrina and had to report all of their income to Louisiana as a full time resident regardless of where or how it was earned.

R E C E I V E D

FEB. 0 7 2007

RESOURCE SERVICES

KPMG LLP, a U.S. limited liability partnership, is the U.S.
member firm of KPMG International, a Swiss cooperative.

PLAINTIFFS 000968



State of Louisiana Department of Economic
Development
Affidavit of Annual Certification
Quality Jobs Program, Contract No. 2002-0278
New Orleans Hornets NBA Limited Partnership
February 1, 2007
Page 2 of 2

Therefore, please accept the enclosed ACC on behalf of our client. Should you have any questions regarding this matter, please feel free to contact me at (504) 569-8810.


Very truly yours,

KPMG LLP

Randall J. Serpas
Tax Manager



cc:

Daryl Manning - State of Louisiana, Department of Economic Development
Greg King - Hornets Basketball

PLAINTIFFS 000969

# QUALITY JOBS PROGRAM
## AFFIDAVIT OF ANNUAL CERTIFICATION

CONTRACT # ___2002-0278___

Before me, the undersigned authority, personally came and ___Brice Collier___
COMPANY REPRESENTATIVE

who being first duly sworn did depose and say: That ___Chief Financial Officer___ of
TITLE

___New Orleans Hornets NBA Limited Partnership___ . The said contract number shown above covers a bu
COMPANY

in the parish(s)___Orleans___ . This affidavit is for the specific purpose of verifying all
PARISH

information contained in this Annual Certification to be true and correct.

**ANNUAL REVIEW RECAP:**

| COMPANY'S TAX YEAR BEING REPORTED *(MM/DD/YYYY TO MM/DD/YYYY)* | | | |
|---|---|---|---|
| 07/01/2005 TO 06/30/2006 | | | |
| | TOTALS | | TOTALS |
| Number of New Employees | 150 | Hours Worked by All New Employees | 138,350 |
| Number of New Direct Jobs Over Last Year | 3 | Total Gross Wages Above 1 3/4 Min. Wage ($9.01/hr.) | $ 49,471 |
| | | | $ 31,178,400 |
| ESTIMATED TAX CREDIT EARNED: $ ▓▓▓▓ | | *(Combined Total from Spreadsheet)* | Total Gross Wage |
| | | | $ 31,227,871 |

**BASIC HEALTH PLAN**

___100___ % Insurance Premium Paid by Employer for Single coverage for employees earning < $50K annually
___100___ % Insurance Premium Paid by Employer for Single coverage for employees earning > $50K annually
___100___ % Insurance Premium Paid by Employer for Family coverage (where chosen by the employee)

NOTE: THE FOLLOWING SUPPORTING DOCUMENTATION MUST ACCOMPANY THE AFFIDAVIT.

1. Attach supporting quarterly employee/payroll reports on the prescribed format requested (see example).
2. Attach a copy of the tax form requesting the tax credit or a copy of the equation/calculation that determined the tax credit being claimed
3. Attach a brief explanation of the insurance policy. If the insurance coverage has changed, please submit a
4. Provide copies of the quarterly wage reports (ES-4's) filed with the Department of Labor for the same time

State of _Oklahoma_

Parish or County of _Oklahoma_

Sworn to and subscribed before me this _29th_ day of _January_ , 20_07_

_____
NOTARY

_____
COMPANY OFFICIALS SIGNATURE

Chief Financial Officer
TITLE

*(Notary seal: GLENDA J. FUDGE NOTARY # 05001550 EXP. 2/11/09 PUBLIC STATE OF OKLAHOMA)*

| Contact Person: Address and Phone # | Establishment Location: Physical Address and Phone # |
|---|---|
| Randy Serpas<br>KPMG, LLP<br>909 Poydras Street, Suite 2900<br>New Orleans, LA 70112<br>(504) 569-8810 | New Orleans Hornets NBA Limited Partnership<br>1501 Girod Street<br>New Orleans, LA 70113<br>(504) 301-4090 |

Please return original and 2 copies with $100 to Quality Jobs Program Manager
Resource Services Division of
Louisiana Economic Development
Post Office Box 94185
Baton Rouge, Louisiana 70804-9185

RECEIVED

FEB 07 2007

RESOURCE SERVICES

PLAINTIFFS 000070

Affidavit of Annual Certification.doc
1/27/04

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

...ated Partnership

02-0279
through June 30, 2006
1601-1-1

| HIRE DATE | TERM DATE | JOB TITLE | STARTING WAGE/HR | Address, City, State, Zip | 9/30/2005 Q1 Wages | 12/31/2005 Q2 Wages | 3/31/2006 Q3 Wages | 6/30/2006 Q4 Wages | TOTAL QUALIFYING WAGES | Q1 HOURS | Q2 HOURS | Q3 HOURS | Q4 HOURS | TOTAL HOURS | WKS WORKED | AVG HRS WORKED | MED INS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/1993 | 04/14/2006 | BROADCAST | 51.17 | 172 Kilgara Court, Slidell, LA 70461 | 26,080.00 | 27,134.00 | | | 53,214.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2005 | | SALES | 20.26 | One Independence Way, #202, Franklin, MA 02038 | 4,008.00 | 17,066.00 | | | 21,074.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 4/14/2005 | | SALES | 28.73 | 3746 Rincon Drive, Doraville, GA 30340 | 4,108.00 | 24,785.00 | | | 28,893.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 1/1/2003 | | ACCOUNTING | 94.65 | 81 Village Place, Destrehan, LA 70047 | 59,063.00 | 39,375.00 | | | 98,438.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 4/21/1997 | 12/15/2005 | COMPUTER | 64.53 | 14420 Awbrey Patent Dr., Centreville, VA 20120 | 38,585.00 | 28,314.00 | | | 66,890.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/1/2005 | 1/5/2006 | PLAYER | 281.89 | 1501 Giralda Dr., New Orleans, LA 70113 | 135,930.00 | | | | 135,930.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/1/2004 | | PLAYER | 39.68 | 101 Abbey Court, Canton, MS 39046 | 14,815.00 | 14,815.00 | | | 14,870.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/20/2004 | | SALES | 90.16 | 3002 Addie Pond Way, Marietta, GA 30064 | 37,310.00 | 9,575.00 | | | 46,885.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/5/2002 | | BASKETBALL OPS | 19.29 | 1201 W Memorial Rd, #B101, Oklahoma City, OK 73134 | 10,623.00 | 9,542.00 | | | 20,165.00 | 520 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 5/31/2006 | | SALES | 21.63 | 505 E Britton Road, Oklahoma City, OK 73114 | 2,387.00 | 1,977.00 | | | 23,364.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| | | BROADCAST | 59.40 | 19106 Lucy Court, River Ridge, LA 70123 | 26,838.00 | 25,582.00 | | | 52,420.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 3/16/2005 | 7/12/2006 | PLAYER | 1,326.67 | 1377 Brentwood Road, Yardley, PA 19067 | | 689,970.00 | | | 689,970.00 | 0 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 1/31/2005 | 3/13/2006 | PLAYER | 631.21 | 5753 West T Ryan Lane, Laveen, AZ 85339 | | 328,228.00 | | | 328,228.00 | 0 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 3/7/2006 | | PLAYER | 36.06 | 18201 Pebble Hills, Charlotte, NC 28277 | 27,716.00 | 34,098.00 | | | 61,914.00 | 520 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 8/2/2000 | | PLAYER | 365.70 | 5623 Pinetree Drive, Miami, FL 33140 | | 190,163.00 | | | 190,163.00 | 0 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 7/8/2003 | | PLAYER | 870.75 | 708 Chapwith Road, Garner, NC 27529 | 311,790.00 | 385,794.00 | | | 697,584.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 7/6/2004 | 7/12/2006 | PLAYER | 589.45 | 4 Middlebury Lane, Millstone Township, NJ 08510 | 251,690.00 | 361,382.00 | | | 610,020.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/5/2006 | | SALES | 51.54 | P. O. Box 1242, Oklahoma City, OK 73101 | 4,013.00 | 18,831.00 | | | 23,406.00 | 0 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 7/11/1996 | | BASKETBALL OPS | 148.54 | 5617 Georgetown Road, Edmond, OK 73034 | 77,233.00 | 77,233.00 | | | 154,491.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 8/24/2005 | | SALES | 439.00 | 1463 SW 161st Ave, Pembroke Pines, FL 33027 | | 229,750.00 | | | 229,750.00 | 0 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/20/2003 | | FAN EXPERIENCE | 34.18 | 2 Saint Anthony Drive, LaPlace, LA 70068 | 12,222.00 | 11,138.00 | 11,138.00 | 11,138.00 | 45,855.00 | 520 | 520 | 520 | 520 | 1040 | 26.00 | 40.00 | YES |
| 5/13/2005 | | SALES | 25.81 | P. O. Box 394, Oklahoma City, OK 73101 | 7,248.00 | 19,387.00 | | | 26,643.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 3/28/2005 | | SALES | 31.16 | 4201 W Memorial Rd, #914, Oklahoma City, OK 73134 | 7,213.00 | 25,191.00 | | | 32,404.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/10/2005 | | ASST COACH | 42.48 | 5453 Marina Avenue, # 8, Lawndale, CA 90260 | | 23,534.00 | | | 23,534.00 | 0 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/18/2004 | | ADMINISTRATION | 33.75 | 7200 Adhesa Road, Apt. C, New Orleans, LA 70124 | 75,705.00 | 21,690.00 | 74,317.00 | 74,317.00 | 44,175.00 | 520 | 520 | 520 | 520 | 2080 | 52.00 | 40.00 | YES |
| 6/9/2001 | | PUBLIC RELATIONS | 38.98 | P. O. Box 926, Oklahoma City, OK 73101 | 4,408.00 | 19,810.00 | | | 24,318.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/7/1999 | | COMMUNITY REL | 1,726.37 | 944 St Joseph St, #316, New Orleans, LA 70130 | 22,628.00 | 47,707.00 | 3,722.00 | 3,722.00 | 60,803.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/25/2001 | 11/1/2006 | ADMINISTRATION | 27.29 | 5614 Royall Lane, Dallas, TX 75229 | 993,134.00 | 1,275,000.00 | 425,000.00 | 425,000.00 | 2,693,134.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/11/1996 | | BASKETBALL OPS | 1,046.71 | 1118 Rebecca Place Dr, Slidell, LA 70461 | 14,711.00 | 13,674.00 | | | 28,385.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 2/28/2003 | | PLAYER | 1,008.17 | 515 Sand Hill Court, Marco Island, FL 34145 | 154,800.00 | 150,000.00 | 150,000.00 | 150,000.00 | 544,533.00 | 520 | 520 | 520 | 520 | 1560 | 39.00 | 40.00 | YES |
| 10/1/2005 | | PLAYER | 480.77 | 6906 E Hummingbird, Paradise Valley, AZ 85253 | 55,200.00 | | | | 55,399.00 | 520 | 0 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 1/21/2005 | | PLAYER | 22.29 | 15526 Galicardia Dr, Edmond, OK 73013 | 250,000.00 | 250,000.00 | | | 500,000.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/10/2004 | | ADMINISTRATION | 67.82 | 1234 Heathrow Ln, Nichols Hills, OK 73116 | 16,350.00 | 14,986.00 | | | 33,683.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/19/1991 | | PLAYER | 61.84 | P.O. Box 394, Wagram, NC 28396 | 35,112.00 | 31,594.00 | | | 65,675.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 7/1/2003 | | GAME OPS | 100.43 | 8584 South Torii, New Orleans, LA 70118 | 32,623.00 | 52,219.00 | | | 24,977.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 3/15/1998 | 6/12/2006 | TICKET OPS | 38.34 | 14401 Hidden Lake Dr, Edmond, OK 73013 | 15,885.00 | 33,465.00 | | | 1,161,413.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/19/1991 | | TRAINER | 61.00 | 1701 Manley Star, Edmond, OK 73034 | 32,263.00 | 31,176.00 | | | 63,439.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/24/1997 | | ASST COACH | 149.32 | 3232 Appleton, Loxahatchee, FL 33470 | 84,398.00 | 69,856.00 | | | 154,254.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 5/17/2006 | 11/4/2005 | COMMUNITY REL | 12.74 | 10309 NW 39th Terrace, Yukon, OK 73099 | 9,387.00 | 6,036.00 | 7,307.00 | 7,307.00 | 17,683.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 3/1/2003 | | PLAYER | 28.43 | 2057 Chopin Blvd, Slidell, LA 70461 | 16,493.00 | 16,493.00 | | | 33,372.00 | 520 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 3/5/2003 | | SALES | 485.79 | 5047 Dunford Drive, Smyrna, GA 30082 | 200,000.00 | 201,413.00 | | | 287,811.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/3/2005 | | PLAYER | 17.77 | P. O. Box 2131, Chaparrel, OK 73101 | 7,960.00 | 10,493.00 | | | 18,483.00 | 520 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 8/4/2005 | | SALES | 31.27 | 2109 Tiger Creek Dr, Ada, L, Charlotte, NC 28273 | 4,329.00 | 28,189.00 | | | 32,518.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2005 | | PLAYER | 36.54 | 610 Abbey Lane, Terraza Park, FL 34744 | 15,865.00 | 16,653.00 | | | 32,618.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/1/2006 | | SALES | 61.00 | 1 N Sepulveda Blvd, #776, Manhattan Beach, CA 90266 | | 84,398.00 | | | 29,848.00 | 240 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 4/18/2005 | 9/30/2005 | PLAYER | 21.10 | 8943 West Kings Ave, Peoria, AZ 85382 | 10,970.00 | 10,970.00 | | | 10,970.00 | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 9/30/2004 | 4/30/2006 | PLAYER | 68.35 | 3013 Bella Vista, Wichita, KS 67212 | | 35,547.00 | 109.00 | | 65,594.00 | 520 | 520 | 0 | 0 | 7280 | 26.00 | 40.00 | YES |
| 12/1/2001 | 11/11/2005 | PLAYER | 66.31 | 220 Summit Blvd, Apt. 238, Broomfield, CO 80021 | 24,975.00 | 28,633.00 | | | 65,594.00 | 520 | 520 | 0 | 0 | 7280 | 26.00 | 40.00 | YES |
| 10/31/2005 | | PLAYER | 458.28 | 438 Wilderness, Schererville, IN 46375 | 2,952,188.00 | 1,304,819.00 | 13,874.00 | 13,874.00 | 4,257,007.00 | 240 | 520 | 0 | 0 | 7680 | 26.00 | 40.00 | YES |
| 7/12/2004 | | ASST COACH | 109.18 | 16122 Parot Drive, Little Rock, AR 72212 | 82,769.00 | 83,773.00 | | | 165,542.00 | 0 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |

PLAINTIFFS 000971

PLAINTIFFS 000972

| | Address | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 556.77 | 4003 Foxtail Lane, Plano, TX 75024 | 34,733.00 | 26,780.00 | 88,283.00 | 160 | 0 | 0 | 160 | 4.00 | YES |
| 50.94 | 513 Nichols St, West Monroe, LA 71291 | 7,547.00 | 30,362.00 | 52,670.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 45.69 | 2021 Bluebonnet Lane, #109, Austin, TX 78704 | 12,438.00 | 11,323.00 | 200.00 | 23,761.00 | 520 | 0 | 0 | 520 | 13.00 | YES |
| 161.73 | 3413 Homeandy Ridge Ln, Austin, TX 78738 | 57,080.00 | 43,584.00 | 9,329.00 | 109,973.00 | 520 | 160 | 0 | 600 | 17.00 | YES |
| 17.50 | 6000 NW Comdi Blvd, #192, Oklahoma City, OK 73116 | 8,539.00 | 8,452.00 | 17,991.00 | 520 | 520 | 0 | 1040 | 26.00 | YES |
| 37.54 | 1932 Cedar Pointe Lane, Edmond, OK 73003 | 10,746.00 | 17,788.00 | 28,534.00 | 240 | 520 | 0 | 760 | 19.00 | YES |
| 31.82 | 4127 Turning Leaf Place, Brentwood, TN 37027 | | 16,544.00 | 16,544.00 | 0 | 520 | 0 | 520 | 13.00 | YES |
| 21.44 | 2912 West Oak Street, Sioux Falls, SD 57105 | 8,185.00 | 10,678.00 | 18,863.00 | 520 | 360 | 0 | 880 | 22.00 | YES |
| 322.69 | 7014 W 23rd Way, Phoenix, AZ 85020 | | 51,631.00 | 51,631.00 | 0 | 160 | 0 | 160 | 4.00 | YES |
| 147.80 | 957 South fork Drive, Draper, UT 84020 | | 1,479.00 | 1,479.00 | 10 | 0 | 0 | 10 | 0.25 | YES |
| 150.34 | P. O. Box 462, Chilton, IL 62289 | 37,221.00 | 119,137.00 | 156,358.00 | 520 | 160 | 0 | 1040 | 26.00 | YES |
| 286.41 | 300 NW 161st Street, Vancouver, WA 98685 | | 42,625.00 | 42,625.00 | 160 | 0 | 0 | 160 | 4.00 | YES |
| 118.99 | 16310 Wilghts Ferry Road, Charlotte, LA 28278 | | 61,876.00 | 81,876.00 | 61,876.00 | 520 | 520 | 520 | 520 | 13.00 | YES |
| 77.22 | 43 Vista Main Drive, San Rafael, CA 94903 | 49,307.00 | 40,000.00 | 89,307.00 | 520 | 280 | 0 | 800 | 20.00 | YES |
| 135.51 | 5031 Eagleton Way, Granite Bay, CA 95746 | 33,227.00 | 75,000.00 | 108,227.00 | 260 | 520 | 0 | 1040 | 26.00 | YES |
| 15.19 | 155 Shannon Drive, Mandeville, LA 70448 | 7,891.00 | 7,898.00 | 15,789.00 | 520 | 520 | 0 | 1040 | 26.00 | YES |
| 1,417.73 | #VALUE! | 749,719.00 | 724,723.00 | 1,474,442.00 | 0 | 240 | 0 | 240 | 6.00 | YES |
| 1,050.50 | 1635 S Dufossat New Orleans, LA 70115 | | 252,120.00 | 252,120.00 | 0 | 0 | 0 | 1040 | 26.00 | YES |
| 22.74 | 2657 Classen Blvd, #1933, Norman, OK 73071 | 12,517.00 | 11,330.00 | 23,847.00 | 520 | 520 | 520 | 2080 | 52.00 | YES |
| 456.73 | 1607 16th Street, #8, Santa Monica, CA 90403 | 250,000.00 | 208,333.00 | 200,000.00 | 291,667.00 | 950,000.00 | 520 | 0 | 0 | 2080 | 52.00 | YES |
| 67.09 | 315 Deeley Street, Daytona Beach, FL 32114 | | 10,735.00 | 10,735.00 | 160 | 0 | 0 | 160 | 4.00 | YES |
| 15.83 | 8201 W Memorial Rd, # 8101, Oklahoma City, OK 73134 | | 8,230.00 | 8,230.00 | 520 | 0 | 0 | 520 | 13.00 | YES |
| 38.50 | P. O. Box 579, Oklahoma City, OK 73101 | 15,161.00 | 14,080.00 | 29,241.00 | 520 | 520 | 0 | 1040 | 26.00 | YES |
| 68.38 | 199 Ocean Pines Terrace, Jupiter, FL 33477 | 4,762.00 | 32,463.00 | 23,142.00 | 21,795.00 | 82,159.00 | 520 | 520 | 520 | 2080 | 52.00 | YES |
| 33.69 | 1465 Tobropilocitas, #11313, New Orleans, LA 70113 | 4,930.00 | 56,104.00 | 61,054.00 | 360 | 520 | 0 | 880 | 22.00 | YES |
| 34.78 | 8917 234th Street SW, Edmonds, WA 98026 | 4,878.00 | 30,164.00 | 35,042.00 | 520 | 0 | 0 | 520 | 13.00 | YES |
| 520.34 | 2657 Classen Blvd, (ref 2762), Norman, OK 73071 | 13,449.00 | 12,339.00 | 25,788.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 247.39 | inancide, 5335 Wisc Av NW 850, Washington, DC 20015 | 334,720.00 | 696,182.00 | 660,902.00 | 520 | 520 | 0 | 1040 | 26.00 | YES |
| | 2000 Septetti Blvd, Westwego, LA 70074 | | 39,583.00 | 39,583.00 | 160 | 0 | 0 | 160 | 4.00 | |
| | | 12,116,051.00 | 15,845,674.00 | 2,042,707.00 | 1,103,539.00 | 31,227,871.00 | | | | | |

PLAINTIFFS 000973