UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>OPPOSED MOTION FOR EXPEDITED HEARING ON PLAINTIFFS'
SUPPLEMENTAL AND AMENDED MOTION TO CONTINUE THE TRIAL AND ALL
CUTOFF DATES</u>**

Now come Plaintiffs. Eugene Liger, et. al., who request an expedited hearing on this Supplemental and Amended Motion to Continue the Trial and All Cutoff Dates. Multiple cutoff dates are looming and trial of this matter is scheduled to begin on December 3, 2007. The Hornets have made multiple misrepresentations to Judge Berrigan and Magistrate Chasez, have refused to comply with multiple Orders, and have completely undermined Plaintiffs' trial preparation in this matter.

      An expedited hearing is requested to prevent Plaintiffs from wasting additional resources pending the resolution of the Motion for Contempt and Sanctions currently pending before Magistrate Chasez.

Dockets.Justia.com

Additional support for this motion has been provided to the Court through Plaintiffs' Supplemental Memorandum filed with the Court related to the Supplemental and Amended Motion to Continue Trial and All Cutoffs.

Respectfully submitted,

BY: /s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, LP
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899

**ATTORNEYS DEFENDANTS**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR JESSICA BERRY AND KEVIN BUCKEL**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 19th day of September, 2007.

/s/ Daniel E. Buras, Jr.

2