# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

### DEFENDANT'S MEMORANDUM IN RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL AND AMENDED MOTION TO CONTINUE CUTOFFS AND TRIAL AND MOTION FOR EXPEDITED HEARING ON SAME

**NOW INTO COURT,** through undersigned counsel, comes Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), and submits this response to Plaintiffs' Motion for Leave to File Supplemental and Amended Motion to Continue Cutoffs (Rec. Doc. 144) and Motion for Expedited Hearing and oral argument on same (Rec. Doc. 142).

Plaintiffs' request to continue deadlines and trial is not opposed, contrary to their representation. Plaintiffs *never* consulted the Hornets about their request to continue any deadlines other than the witness list, exhibit list, and expert report deadlines. Additionally, as explained in the Hornets' Memorandum in Opposition to Plaintiffs' Motion for Extension of Deadlines (Rec. Doc. 138), when Plaintiffs requested the Hornets' consent to extend those specific deadlines, the Hornets pointed out that doing so would disrupt the remaining deadlines and trial, *but advised that a reasonable continuance of all deadlines and trial would not be opposed.* Thus, the Hornets respectfully submit this Memorandum in Response to correct the record and so as not to delay the Court's action on that request.

{N1712034.1}                                                           - 1 -

Dockets.Justia.com

The Plaintiffs also never consulted with the Hornets regarding their Motion for Leave to File Supplemental and Amended Motion to Continue Cutoffs and Trial, or their request to consider that Motion on an expedited basis. As the Hornets previously informed the Plaintiffs, they do not oppose a reasonable continuance of all deadlines and trial. The Hornets also recognize that additional time is needed to prepare this case in light of recent discovery activity and that the current Scheduling Order does not permit sufficient time to do so. However, the Hornets object to the filing of Plaintiffs' Supplemental and Amended Motion to Continue Cutoffs and Trial because it is replete with invective and misrepresentations that are improper and not necessary for the Court to consider in addressing the unopposed request to continue deadlines and trial. The Plaintiffs have regurgitated the same unsupported allegations currently pending before the Magistrate Judge in the context of a discovery dispute raised by the Plaintiffs' delay of two years in resolving discovery objections. The Hornets oppose and are responding to each of those allegations in that context. Requiring the parties to duplicate their discovery dispute on the record in the context of a motion to continue deadlines and trial would needlessly multiply these proceedings and waste judicial resources. For these reasons, the Hornets also submit that oral argument on an expedited or other basis not necessary to decide the unopposed request to continue deadlines and trial (the Court's order dated September 17, 2007, indicates that Plaintiffs' original Motion for Extension of Deadlines is to be determined without a hearing).

In summary, the Hornets join in Plaintiffs' request to continue deadlines and trial to allow sufficient time to complete discovery and prepare this case for trial. The Hornets also urge the Court to deny the Plaintiffs' motions to the extent they seek to file additional pleadings duplicative of a pending discovery dispute, and to conduct and expedited hearing with oral

argument on the unopposed request. In the alternative, and only in the event the Court grants Plaintiffs' Motion for Leave, the Hornets respectfully request that the Court afford the Hornets a full and fair opportunity to respond to and correct the false and misleading accusations made by the Plaintiffs on the record, and that the Court deny expedited consideration of same.

        Respectfully submitted,

        /s/ Jennifer L. Anderson
        JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
        ***Jones, Walker, Waechter, Poitevent,***
         ***Carrère & Denègre, L.L.P.***
        Four United Plaza
        8555 United Plaza Blvd.
        Baton Rouge, LA 70809-7000
        Telephone: (225) 248-2000
        Facsimile: (225) 248-2010
        E-mail: janderson@joneswalker.com

        and

        SIDNEY F. LEWIS, V (Bar No. 17026)
        JANE H. HEIDINGSFELDER (Bar No. 28604)
        ***Jones, Walker, Waechter, Poitevent,***
         ***Carrère & Denègre, L.L.P.***
        201 St. Charles Avenue, 50th Floor
        New Orleans, LA 70170-5100
        Telephone: (504) 582-8000
        Facsimile: (504) 582-8015
        E-mail: slewis@joneswalker.com
        E-mail: jheidingsfelder@joneswalker.com
        ***COUNSEL FOR DEFENDANT,***
         ***NEW ORLEANS HORNETS NBA L.P.***

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Motion* has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 21th day of September, 2007:

Elvige Cassard Richards
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr., Esq.
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590

/s/ Jennifer L. Anderson