John Jernigan, Manager
Quality Job Program
1051 Third Street
Baton Rouge, LA 70802



# Fax

| | | | |
|---|---|---|---|
| **To:** | Sadie McDowell | **From:** | John Jernigan |
| **Fax:** | 219-2475 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 07/09/2007 |
| **Re:** | Louisiana Quality Jobs | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**



PLAINTIFFS 000924

Dockets.Justia.com

STATE OF LOUISIANNA
DEPARTMENT OF REVENUE

MEMORANDUM

DATE:    July 5, 2007

TO:    John Jernigan
       Department of Economic Development
       Business Incentive Division
       **Fax: (225) 342-0142**
       Phone: (225) 342-5402

FROM:   Louisiana Department of Revenue
        Office Audit Division
        ICFT Section – Sadie McDowell
        Fax: (225) 219-2475

RE:    Louisiana Quality Jobs REBATE/CREDIT

The corporation/individual listed below has filed a request for a rebate/credit from
Louisiana Quality Jobs Program. If the taxpayer meets the necessary qualifications and
you approve of this rebate/credit, please sign in the appropriate space provided. If this
request does not meet with your approval, please indicate the reason(s) in the space
provided.

If you have any questions, please contact me at (225) 219 – 2270.

Name of Corporation:    **New Orleans Hornets NBA Ltd Partnership**
Name of Individual:
Tax Period:    **07/06**
Contract Number:    **2002-0278**
Please indicate rebate or credit:  ☒ - REBATE    ☐ - CREDIT
Amount of credit/rebate claimed by taxpayer: _____
Total Rebate/Credit Available: _____ (DED Use Only)

Approval: _____    Date: 7/9/07
Disapproval: _____    Date: _____

If unable to approve, please list reason(s) here: _____
_____
_____

PLAINTIFFS 000925

```
TRANSMISSION VERIFICATION REPORT

                              TIME : 07/09/2007 06:21
                              NAME :
                              FAX  :
                              TEL  :
                              SER.# : BROA5J206638
```

```
DATE,TIME        07/09  06:21
FAX NO./NAME     92192475
DURATION         00:00:19
PAGE(S)          02
RESULT           OK
MODE             STANDARD
                 ECM
```

John Jernigan, Manager
Quality Job Program
1051 Third Street
Baton Rouge, LA 70802



**Louisiana Economic
Development**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Sadie McDowell | **From:** | John Jernigan |
| **Fax:** | 219-2475 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 07/09/2007 |
| **Re:** | Louisiana Quality Jobs | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•

PLAINTIFFS 000926



### State of Louisiana
#### DEPARTMENT OF ECONOMIC DEVELOPMENT

Kathleen Babineaux Blanco
*Governor*

July 18, 2007

MICHAEL J. OLIVER
*Secretary*

Mr. Randy Serpas
KPMG
909 Poydras Street - Suite 2900
New Orleans, LA 70112

RE:    New Orleans Hornets Limited Partnership
       Quality Jobs Program Contract #2002-0278

Dear Mr. Serpas

Your company is eligible to renew the referenced contract for a second five-year term beginning June 1, 2007. To request renewal, return the enclosed contract originals signed by the company official with two witness signatures, and a processing fee of Fifty Dollars ($50.00) as soon as possible. Make payment to: Louisiana Department of Economic Development.

A signed affidavit must be included with your contract stating that New Orleans Hornets Limited Partnership has complied with paragraph five of the original contract.

If I can be of any assistance, please call me at 225/342-5402 or e-mail address: Jernigan@la.gov

Sincerely,

John Jernigan, Administrator
Quality Jobs Program
(225) 342-5402

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Capitol Annex – 1051 N. Third Street - 70802
Phone (225) 342-5398 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000927



*State of Louisiana*
DEPARTMENT OF ECONOMIC DEVELOPMENT

Kathleen Babineaux Blanco
*Governor*

MICHAEL J. OLIVIER
*Secretary*

July 5, 2007

Mr. Randy Serpas
Representative
KPMG
909 Poydras Street-Suite 2900
New Orleans, LA 70112

RE:  New Orleans Hornets NBA Ltd. Partnership
      Quality Jobs Program Contract #2002-0278

Dear Mr. Serpas:

Check #113638 in the amount of $100.00 has been received.

This is to confirm the <u>rebate</u> earned by **New Orleans Hornets NBA Ltd. Partnership** for the tax year ending 06/30/2006 ▇▇▇▇▇▇▇▇.  The rebate may be applied against the company's corporate/personal income tax liability and/or the corporation franchise tax liability.  Below is a chart of the rebate earned.

| REPORTING YEAR | PAYROLL | BENEFIT RATE | REBATE EARNED | REBATE TAKEN | REFUND RECEIVED |
|---|---|---|---|---|---|
| 0702/0603 | ▇▇▇▇▇ | 5% | ▇▇▇▇▇ | | |
| 0703/0604 | ▇▇▇▇▇ | 5% | ▇▇▇▇▇ | | |
| 07/04/06/05 | ▇▇▇▇▇ | 5% | ▇▇▇▇▇ | | |
| 07/05/06/06 | ▇▇▇▇▇ | 5% | ▇▇▇▇▇ | | |

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

John Jernigan, Manager
Louisiana Quality Jobs Program
(225) 342-5402
email – Jernigan@la.gov

c: Dept of Revenue

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-1051 N. Third St. - 70802
Phone (225) 342-5398 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000928

STATE OF LOUISIANNA
DEPARTMENT OF REVENUE

MEMORANDUM

DATE:        December 13, 2005

TO:          John Jernigan
             Department of Economic Development
             Business Incentive Division
             Fax: (225) 342-0142
             Phone: (225) 342-5402

FROM:        Louisiana Department of Revenue
             Office Audit Division
             ICFT Section – Sadie McDowell
             Fax: (225) 219-2475

RE:          Louisiana Quality Jobs REBATE/CREDIT.

The corporation/individual listed below has filed a request for a rebate/credit from
Louisiana Quality Jobs Program. If the taxpayer meets the necessary qualifications and
you approve of this rebate/credit, please sign in the appropriate space provided. If this
request does not meet with your approval, please indicate the reason(s) in the space
provided.

If you have any questions, please contact me at (225) 219 – 2270.

Name of Corporation:    New Orleans Hornets NBA, Ltd. Partnership
Name of Individual:
Tax Period:             06/30/05
Contract Number:        2002-0278
Please indicate rebate or credit:  ☒ - REBATE        ☐ - CREDIT
Amount of credit/rebate claimed by taxpayer: ▓▓▓▓▓▓▓
Total Rebate/Credit Available: _____ (DED Use Only)

Approval: _____   Date: 12/14/05
Disapproval: _____   Date: _____

If unable to approve, please list reason(s) here: _____
_____
_____

PLAINTIFFS 000929



### State of Louisiana
DEPARTMENT OF ECONOMIC DEVELOPMENT

Kathleen Babineaux Blanco
*Governor*

Michael J. Olivier
*Secretary*

November 3, 2005

Mr. Gary Dressler
Representative
KPMG
909 Poydras Street-Suite 2900
New Orleans, LA 70112

RE:    New Orleans Hornets NBA Ltd. Partnership
        Quality Jobs Program Contract #2002-0278

Dear Mr. Dressler:

Check #105316 in the amount of $100.00 has been received.  Your printout reflected 9 people as non residents and not listed as either a coach or player and one assistant owner. The Affidavit of Annual Certification has been audited as shown below.

This is to confirm the **rebate** earned by **New Orleans Hornets NBA Ltd. Partnership** for the tax year ending 06/30/2005, is ~~[redacted]~~ The rebate may be applied against the company's corporate/personal income tax liability and/or the corporation franchise tax liability.  Below is a chart of the rebate earned.

| REPORTING YEAR | PAYROLL | BENEFIT RATE | REBATE EARNED | REBATE TAKEN | REFUND RECEIVED |
|---|---|---|---|---|---|
| 0702/0603 | ~~[redacted]~~ | 5% | ~~[redacted]~~ | | |
| 0703/0604 | ~~[redacted]~~ | 5% | ~~[redacted]~~ | | |
| 07/04/06/05 | ~~[redacted]~~ | 5% | ~~[redacted]~~ | | |

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

John Jernigan, Manager
Louisiana Quality Jobs Program
(225) 342-5402
email – Jernigan@la.gov

c:  Dept of Revenue

PLAINTIFFS 000930



KPMG LLP
Suite 2900
909 Poydras Street
New Orleans, LA 70112

Telephone  504 523 5000
Fax        504 529 1518
Internet   www.us.kpmg.com

November 3, 2005

Delivered by Hand

Mr. John Jernigan
Louisiana Department of Economic Development
P.O. Box 94185
Baton Rouge, LA 70804

**Quality Jobs Program, Contract #2002-0278**
**New Orleans Hornets NBA Limited Partnership**

Dear John:

Enclosed is the Affidavit of Annual Certification for the period of July 1, 2004 through June 30, 2005 of the New Orleans Hornets NBA Limited Partnership for their participation in the Quality Jobs Program. Per the instructions one original and two copies are included. In addition, a check in the amount of $100 was sent under separate cover (copy attached). Please accept the enclosed documents on behalf of our client.

Should you have any questions regarding this matter, please contact me at (504) 584-1061.

Very truly yours,

KPMG LLP

Gary R. Dressler
*Senior Manager, Tax*

RECEIVED

NOV 0 3 2005

RESOURCE SERVICES

cc: Donna Rochon - New Orleans Hornets

KPMG LLP, a U.S. limited liability partnership, is the U.S.
member firm of KPMG International, a Swiss cooperative.

PLAINTIFFS 000931

| REF. NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 019605 | 2002-0278-05 | 10/1/2005 | 100.00 | 100.00 | 0.00 | 100.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER - THE BACK CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

Hibernia National Bank
New Orleans, Louisiana

**NEW ORLEANS HORNETS**
1501 Girod Street
New Orleans, Louisiana 70113
Telephone (504) 301-4000

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 10/28/2005 | 105316 | $********100.00 |

PAY One Hundred and 00/100 -------------------------------------------- US Dollars

ORDER
OF    LOUISIANA ECONOMIC DEVELOPMENT
P.O. BOX 94185
BATON ROUGE, LA  70804-9185
United States

BORDER CONTAINS MICROPRINTING

⑈00105316⑈ ⑆065000090⑆ 208008696⑈           ⑈00000 10000⑈

NEW ORLEANS HORNETS

| Vendor | LAECON | Check Date | 10/28/2005 | Check Number | 105316 |
|---|---|---|---|---|---|

| Ref Nbr | Invc Nbr | Invc Date | Invoice Amount | Amount Paid | Disc Taken | Net Check Amt |
|---|---|---|---|---|---|---|
| 019605 | 2002-0278-0 | 10/1/2005 | 100.00 | 100.00 | 0.00 | 100.00 |

( Sent under separate cover )

PLAINTIFFS 000932



*State of Louisiana*
DEPARTMENT OF ECONOMIC DEVELOPMENT

Kathleen Babineaux Blanco
*Governor*

MICHAEL J. OLIVIER
*Secretary*

October 20, 2004

Mr. Gary Dressler
Representative
KPMG
909 Poydras Street-Suite 2900
New Orleans, LA 70112

RE:    New Orleans Hornets NBA Ltd. Partnership
        Quality Jobs Program Contract #2002-0278

Dear Mr. Dressler:

Check #33725 in the amount of $100.00 has been received. Your printout reflected 5 people receiving less than $9.01 per hour and 10 people as non residents and not listed as either a coach or player. The Affidavit of Annual Certification has been audited as shown below.

This is to confirm the rebate earned by New Orleans Hornets NBA Ltd. Partnership for the tax year ending 06/30/2003, i̶n̶ ̶t̶h̶e̶ ̶a̶m̶o̶u̶n̶t̶ ̶o̶f̶ ̶0. The rebate may be applied against the company's corporate/personal income tax liability and/or the corporation franchise tax liability. Below is a chart of the rebate earned.

| REPORTING YEAR | PAYROLL | BENEFIT RATE | REBATE EARNED | CREDIT TAKEN | REFUND RECEIVED |
|---|---|---|---|---|---|
| 0702/0603 | ▓▓▓ | 5% | ▓▓▓ | N/A | |
| 0703/0604 | ▓▓▓ | 5% | ▓▓▓ | | |

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

John Jernigan, Manager
Louisiana Quality Jobs Program
(225) 342-5402
email – Jernigan@la.gov

c:  Dept of Revenue, Mr. Ben Morrison

PLAINTIFFS 000933

STATE OF LOUISIANNA
DEPARTMENT OF REVENUE

MEMORANDUM

DATE:     October 6, 2004

TO:       John Jernigan
          Department of Economic Development
          Business Incentive Division
          Fax: (225) 342-0142
          Phone: (225) 342-5367

FROM:     Louisiana Department of Revenue
          Office Audit Division
          ICFT Section – Rhonda Marie Herman
          Fax: (225) 219-2267

RE:       Louisiana Quality Jobs Credit

The corporation/individual listed below has filed a return taking a credit for Louisiana
Quality Jobs Program. If the taxpayer meets the necessary qualifications and you approve
of this credit, please sign in the appropriate space provided. If this request does not meet
with your approval, please indicate the reason(s) in the space provided.

If you have any questions, please contact me at (225) 219 – 2270.

| | |
|---|---|
| Name of Corporation: | New Orleans NBA Ltd. Partnership |
| Name of Individual: | |
| Tax Period: | 06/03 |
| Contract Number: | 2002-0278 |
| Amount of credit claimed on tax return: | ▓▓▓▓ |
| Refundable credit due: | ▓▓▓▓▓ (DED Use Only) |
| Total Credit Available: | (DED Use Only) |
| Approval: | _Jernigan_ Date: 10/6/04 |
| Disapproval: | Date: |

*Rebate*

If unable to approve, please list reason(s) here: _____

_____

_____

# FAX
# TRANSMITTAL

TO: RHONDA MARIE HERMAN

FAX #: 219-2267

RE: NEW ORLEANS HORNETS LP

DATE: OCTOBER 6, 2004

PAGES 6

MS. HERMAN, ENCLOSED IS YOUR COPY OF THE CONTRACT, I HAVE ALSO PROVIDED BY MAIL A COPY TO SADIE MCDOWELL AND ON SEPTEMBER 1ST I FAXED A COPY TO MS. RHORER.

FROM THE DESK OF...

JOHN JERNIGAN
DEPARTMENT OF ECONOMIC DEVELOPMENT
BUSINESS INCENTIVES
P.O. BOX 94185
BATON ROUGE, LA 70804-9185
PHONE: 225/342-54025
FAX: 225/342-0142

PLAINTIFFS 000935

# FAX
# TRANSMITTAL

▬▬▬▬▬▬▬▬▬

TO: ELLEN RHORER

FAX #: 219-2708

RE: NEW ORLEANS HORNETS LP

DATE: SEPTEMBER 1, 2004

PAGES 5

MS. RHORER, I PROVIDE MS. SADIE MCDOWELL
WITH A COPY OF THE CONTRACT ONCE IT IS
SIGNED. WOULD YOU LIKE FOR ME TO START
REQUESTING THAT SADIE PROVIDE YOU WITH HER
COPY?

FROM THE DESK OF...

JOHN JERNIGAN
DEPARTMENT OF ECONOMIC DEVELOPMENT
BUSINESS INCENTIVES
P.O. BOX 94185
BATON ROUGE, LA 70804-9185
PHONE: 225/342-54025
FAX: 225/342-0142

PLAINTIFFS 000936

John Jernigan

| | |
|---|---|
| **From:** | Richard House |
| **Sent:** | Wednesday, September 01, 2004 1:01 PM |
| **To:** | John Jernigan |
| **Cc:** | Daryl Manning |
| **Subject:** | Hornets Quality Jobs |

John
Please fax a copy of the Hornets Quality Job Contract to Ellen Rhorer in the Department of Revenue (fax no. 219-2708). Thanks.

Richard House
Executive Counsel
Louisiana Department of Economic Development
Post Office Box 94185
Baton Rouge, La. 70804-9185
(225) 342-4322

9/1/2004

PLAINTIFFS 000937



**State of Louisiana**
DEPARTMENT OF ECONOMIC DEVELOPMENT

Kathleen Babineaux Blanco
*Governor*

Michael J. Olivier
*Secretary*

August 23, 2004

Mr. Gary Dressler
Representative
KPMG
909 Poydras Street-Suite 2900
New Orleans, LA 70112

RE:     New Orleans Hornets NBA Ltd. Partnership
Quality Jobs Program Contract #2002-0278

Dear Mr. Dressler:

Check #33725 in the amount of $100.00 has been received. Your printout reflected 5 people receiving less than $9.01 per hour and 10 people as non residents and not listed as either a coach or player. The Affidavit of Annual Certification has been audited as shown below.

This is to confirm the rebate earned by **New Orleans Hornets NBA Ltd. Partnership** for the tax year ending 06/30/2003, is $████████0. The rebate may be applied against the company's corporate/personal income tax liability and/or the corporation franchise tax liability. Below is a chart of the rebate earned.

| REPORTING YEAR | PAYROLL | BENEFIT RATE | REBATE EARNED | CREDIT TAKEN | REFUND RECEIVED |
|---|---|---|---|---|---|
| 0702/0603 | ████████ | 5% | ███████0 | N/A | |
| | | | | | |

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

John Jernigan
Louisiana Quality Jobs Program
(225) 342-6402
email – Jernigan@la.gov

c: Dept of Revenue, Mr. Ben Morrison

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-1051 N. Third St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000938



October 23, 2003

Mr. Ed Baker
Louisiana Department of Economic Development
Capitol Annex Building
1051 N. 3rd Street
Baton Rouge, LA 70802

RECEIVED

OCT 2 9 2003

RESOURCE SERVICES

**Quality Jobs Program Contract #2002-0278**

Dear Mr. Baker:

The New Orleans Hornets NBA Limited Partnership (Hornets) has engaged KPMG LLP to assist us with our Louisiana Quality Jobs Program compliance.

With this letter I hereby make, name, constitute and appoint KPMG LLP as my true and lawful agent and attorney in fact for me and in my name, place and stead to receive and inspect information and to perform any and all acts that I can perform with respect to the Louisiana Quality Jobs Program contract between State of Louisiana and the Hornets. The agent and attorney in fact shall be authorized to receive copies of notices and communications from the Louisiana Department of Economic Development. The Hornets will receive the original notices and written communications.

Please list Gary Dressler, Senior Manager with KPMG, as a contact for our project and use the following mailing address and contact information for him:

KPMG LLP
909 Poydras Street, Suite 2900
New Orleans, LA 70112
Telephone (504) 584-1061
Fax (504) 529-1518
Email gdressler@kpmg.com

By signing this document as a corporate officer on behalf of the Hornets, I certify that I have the authority to execute this form on behalf of the Hornets.

Very truly yours,

Barbara Booth

*Vice President of Finance*

NEW ORLEANS HORNETS
1501 GIROD STREET ltr to Baker
NEW ORLEANS, LA 70113

1

PLAINTIFFS 000939



October 23, 2003

Mr. Ed Baker
Louisiana Department of Economic Development
Capitol Annex Building
1051 N. 3rd Street
Baton Rouge, LA 70802

**Quality Jobs Program Contract #2002-0278**

Dear Mr. Baker:

The New Orleans Hornets NBA Limited Partnership (Hornets) has engaged KPMG LLP to assist us with our Louisiana Quality Jobs Program compliance.

With this letter I hereby make, name, constitute and appoint KPMG LLP as my true and lawful agent and attorney in fact for me and in my name, place and stead to receive and inspect information and to perform any and all acts that I can perform with respect to the Louisiana Quality Jobs Program contract between State of Louisiana and the Hornets. The agent and attorney in fact shall be authorized to receive copies of notices and communications from the Louisiana Department of Economic Development. The Hornets will receive the original notices and written communications.

Please list Gary Dressler, Senior Manager with KPMG, as a contact for our project and use the following mailing address and contact information for him:

    KPMG LLP
    909 Poydras Street, Suite 2900
    New Orleans, LA 70112
    Telephone (504) 584-1061
    Fax (504) 529-1518
    Email gdressler@kpmg.com

By signing this document as a corporate officer on behalf of the Hornets, I certify that I have the authority to execute this form on behalf of the Hornets.

Very truly yours,

Barbara Booth
*Vice President of Finance*

*[handwritten note:]* 10/28/03 Left Gary D a Voice Mail stating that this is almost OK but there are no witnesses or Notary attesting to the validity of Barbara B's signature. — EB

NEW ORLEANS HORNETS
1501 GIROD STREET  ltr to Baker
NEW ORLEANS, LA 70113

1

PLAINTIFFS 000940



### State of Louisiana
DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
Governor

DON J. HUTCHINSON
Secretary

October 23, 2003

Mr J Wayne DeBlander
Sr. Vice President Finance
New Orleans Hornets NBA Ltd. Partnership
1501 Girod Street
New Orleans, LA 70113

RE: New Orleans Hornets NBA Ltd. Partnership
    Quality Jobs Contract #2002-0278

Dear Mr DeBlander:

Enclosed is the executed copy of contract #2002-0278. Within six months of the expiration of the initial five year contact (October 23, 2003), you will be notified of the renewal.

An Affidavit of Annual Certification must be filed within **ninety** days after the completion of a company's tax year. The annual report requirements, the certification form, and a sample report are being included to insure you maintain the information necessary for reporting purposes. Prior to receiving the tax credit and/or refund this document must be submitted, reviewed, and certified. A fee of $100 must accompany the Affidavit to cover the audit/inspection cost. If an extension is required, please notify this office in writing prior to the due date. The first Affidavit of Annual Certification will be **due three months after the close of your tax year.**

Please submit an overview of the insurance plan that is being offered to new direct job employees, _if not already submitted_, cost of the policy, and a letter from a company official stating the percentage paid by the employer. A copy of the insurance plan presented to the employee will be acceptable in lieu of an overview.

Additionally, the Louisiana Department of Revenue will contact you within **thirty** days and advise of their filing procedures (if applicable).

If you have any questions, please call me.

Sincerely,

Ed Baker, Manager
Quality Jobs Program
(225) 342-5402
baker@lded.state.la.us

cc:    Louisiana Department of Revenue

Post Office Box 94185 / Baton Rouge, Louisiana 70804-9185
Capitol Annex Building -- 1051 N. 3rd Street (70802)
Phone (225) 342-9218 - Fax (225) 342-0142
_AN EQUAL OPPORTUNITY EMPLOYER_

PLAINTIFFS 000941

State of Louisiana
Department of Revenue

M. J. "Mike" Foster, Jr.
Governor

Cynthia Bridges
Secretary

October 10, 2003

R E C E I V E D

OCT 1 3 2003

RESOURCE SERVICES

Marylyn P. Friedkin
Business Incentive Division
Department of Economic Development
P.O. Box 94185
Baton Rouge, LA  70804-9185

Re:  NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP

Dear Ms. Friedkin:

Please remove the objection made by this department for the referenced company as it relates to the Enterprise Zone contract, application number 2002-0278.

We have received information sufficient to cancel the outstanding liability that had initially caused our objection.  If you have any questions concerning this matter, please contact me.

Sincerely,

Joy Shrum, Director
Collection Division

JS:jp

Post Office Box 201 • Baton Rouge 70821-0201 • Telephone 225-219-7318 • (TDD) Telephone 225-219-2114
www.rev.state.la.us
An Equal Opportunity Employer

PLAINTIFFS 000942

R-7016 (7/99)
ADR421



State of Louisiana
Department of Revenue

Power of Attorney
(Procuration)

By:  New Orleans Hornets NBA Limited Partnership                    State of  Louisiana
                    (Taxpayer)

To:  KPMG, LLP                                                     Parish/County of  Orleans
                    (Agent/attorney in fact)

## Know All by These Presents:

New Orleans Hornets NBA Limited Partnership                        6234140-001
                    (Taxpayer)                                     (La. business master file number or
                                                                   Federal employer identification number)

1501 Girod Street, New Orleans, LA 70113                           504-301-4000, Fax # 504-301-4001
                    (Address)                                      (Phone and fax numbers)

does hereby make, name, constitute and appoint  KPMG, LLP
                                                                   (Agent/attorney in fact)

909 Poydras Street, Suite 2900, New Orleans, LA 70112              504-529-5000, Fax # 504-529-1516
                    (Mailing address)                             (Phone and fax numbers)

my true and lawful agent and attorney in fact for me and in my name, place and stead to receive and inspect confidential tax
information and to perform any and all acts that this taxpayer can perform with respect to the taxes and taxable year(s)/
period(s) set forth below. The authorizations granted above apply to Louisiana

Income, Franchise, Sales/Use, Withholding _____ tax(es)
                                          (List tax types)

for the taxable year(s)/period(s)  1/01/2002-12/31/2004

The agent and attorney in fact shall be authorized to receive copies of notices and communications from the Louisiana
Department of Revenue. The Taxpayer will receive the original notices and written communications. The filing of this Power
of Attorney with the Louisiana Department of Revenue revokes all earlier Power(s) of Attorney on file for the same taxes
and taxable year(s) or period(s) covered by this document.

By signing this document as a corporate officer, partner, guardian, tax matters partner, executor, receiver, administrator,
or trustee on behalf of the taxpayer, I certify that I have the authority to execute this form on behalf of the taxpayer. If this
matter concerns a joint return filed by a husband and wife, both must sign if joint representation is requested.

_____          7/17/03          V P of Finance
Signature of taxpayer or duly authorized representative   Date          Title (if applicable)

Barbara Booth
Print name of taxpayer or duly authorized representative

_____          _____          _____
Signature of taxpayer or duly authorized representative   Date          Title (if applicable)

_____
Print name of taxpayer or duly authorized representative

JUL-17-2003  10:04                                    96%                    P.02

PLAINTIFFS 000943



**State of Louisiana**
DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
*Governor*

DON J. HUTCHINSON
*Secretary*

October 13, 2003

Mr J Wayne DeBlander
Sr. Vice President Finance
New Orleans Hornets Nba Ltd. Partnership
1501 Girod Street
New Orleans, LA 70113

RE: New Orleans Hornets Nba Ltd. Partnership
    Quality Jobs Program Contract #2002-0278

Dear Mr DeBlander:

The Board of Commerce and Industry, at its December 11, 2002, meeting, voted to approve your application for the Louisiana Quality Jobs Program. The applicable net benefit rate will be applied against the new direct jobs annual gross payroll which will determine the annual benefit.

The initial contract will begin October 13, 2003 ,and will be for a period of five years with a provision for an additional five years, assuming compliance with all provisions of the contract and the rules governing the program.

Enclosed are three original contracts. Please review, sign, and return all three contracts within thirty days, to the Department of Economic Development, Post Office Box 94185, Baton Rouge, Louisiana, 70804-9185. An executed copy will be returned to you for your files.

Please sign and witness each contract (page 3) and enclose the following information.

- Provide a brief summary of the basic health care plan and percentage paid by the company for the employees.
- Provide a list of all permanent Louisiana employees as of the day prior to the effective date of the contract (*if applicable*) beginning with S.S. # in ascending order, name, and job title. Provide a total number of employees on the list and a summary of the jobs by position.
- Provide a copy of the ES4 (Department of Labor) filed the quarter prior to the contract's effective date (*if applicable*).
- Provide the new Unemployment Insurance (U.I.) number assigned by the Louisiana Department of Labor that will be used to track the new jobs.

On behalf of the Board, thank you for providing economic growth to the Louisiana economy. If you have any questions, please contact me.

Sincerely,

Ed Baker, Administrator
Quality Jobs Program
(225) 342-5402
Baker@lded.state.la.us

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Capitol Annex – 1051 N. Third Street - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000944

Kay Wallace

**From:**    Kay Wallace
**Sent:**    Tuesday, January 07, 2003 4:34 PM
**To:**     Richard House
**Subject:** RE: QJ Contract - Hornets

I have called and left a message with Wayne DeBlander, Sr. VP, with the Hornets to verify the status of the concerns of DOR.
I will keep you informed as soon as I know.

I would like to be ready to send the contract as soon as the objection is lifted by DOR.


Thanks,  Kay


        -----Original Message-----
        **From:** Richard House
        **Sent:** Tuesday, January 07, 2003 4:15 PM
        **To:** Kay Wallace
        **Subject:** RE: QJ Contract - Hornets

        No.  What are we looking at in terms of time? Have they cleared the dept of revenue yet?

        Richard House
        Executive Counsel
        Louisiana Department of Economic Development
        Post Office Box 94185
        Baton Rouge, La.  70804-9185
        (225) 342-4322
                -----Original Message-----
                **From:** Kay Wallace
                **Sent:** Tuesday, January 07, 2003 3:11 PM
                **To:** Richard House
                **Subject:** QJ Contract - Hornets

                Richard, have you had a chance this week to work on the QJ contract for the New Orleans
                Hornets?

                ... Kay



1/7/2003

PLAINTIFFS 000945

From: Kay Wallace
Sent: Monday, December 23, 2002 10:05 AM
To: Richard House
Cc: Daryl Manning
Subject: QJ Contract - New Orleans Hornets
Richard, I need a contract drawn up for the New Orleans Hornets.

Because of the specific language in the new legislation relative to the Hornets, the contract we drew up does not exactly fit.

Specifically, the following language:

- Shall not be granted a tax rebate greater than $3,650,000 in any taxable year.
- Shall not allow the salary of any person who owns more than twenty-five percent (25%) of such team to be
  included in the gross payroll to calculate the rebate.
- May be renewed for an additional five (5) years, provided the team has complied with all the terms of the
  contract, has not performed, or failed to perform, any act which made the applicant liable for suspension.
- Shall be awarded a **benefit rate** of no more than five percent (5%).
- Shall include the wages of players and coaches of the team subject to Louisiana income tax in the calculation
  of the gross payroll, even though the players and coaches may be non-residents of Louisiana.

The following information may also be pertinent to the language

BOARD MEETING DATE:     December 11, 2002

COMPANY:  **New Orleans Hornets NBA Limited Partnership**

APPLICATION #:  2002-0278

CITY:    New Orleans

PARISH:    Orleans

SIC / NAICS CODE: 7941 / 711211

DESCRIPTION OF PROJECT:    NBA Basketball Team

The relocation of an NBA Basketball Team to New Orleans.

INVESTMENT:    $250,000

PLAINTIFFS 000946

NET BENEFIT RATE:          5.0%

NEW DIRECT JOBS:                              100

EST. 10-YEAR GROSS PAYROLL:                   $863,818,000

EST. 10-YEAR NET DIRECT STATE BENEFIT:  $51,829,080

BENEFITS:

EST. PAYROLL INCENTIVE REBATE (10-YEARS):        $36,500,000 (**)

EST. STATE SALES/USE TAX REBATE:          $0.00

EST. LOCAL SALES/USE TAX REBATE:          $0.00

PLAINTIFFS 000947

** Cap of $3,650,000 incentive rebate per year

Richard, the Hornets do not intend to request the sales tax rebate.  If there is anything else you need from me, please let me
know.

Thanks,  Kay

PLAINTIFFS 000948