

# State of Louisiana
## DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
*Governor*

DON J. HUTCHINSON
*Secretary*

November 25, 2002

Mr. Wayne J. DeBlander
Senior Vice Preisdent Finance
New Orleans Hornets
1501 Girod Street
New Orleans, LA 70113

RE:    New Orleans Hornets NBA Limited Partnership
Application Notification #2002-0278

Dear Mr. DeBlander:

The Board of Commerce and Industry will meet and act upon the subject application at its 1:30 p.m. meeting on Wednesday, **December 11, 2002**. The meeting will be held at the **Bourbon Orleans Hotel, 717 Orleans Street, Ball Room, New Orleans, Louisiana (504-523-222)**

It is requested that you or a representative from the company be present at the meeting to address additional questions that may be discussed.

Also, you are invited to attend the **Business Incentive Workshop** being held **December 11, 2002 at 8:30 a.m.** This workshop will be held at the same location noted above.

If I can answer any questions before these meeting, please contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
wallace@lded.state.la.us

cc: Mr. Craig A. Wagner

Post Office Box 94185, Baton Rouge, Louisiana 70804-9185
Capitol Annex Building – 1051 North Third Street - 70802.
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*



EXHIBIT
A, 3 of 5

PLAINTIFFS 000949

COMPANY NAME  New Orleans Hornets

QUALITY JOBS - NET BENEFIT RATE CALCULATION

Date                          November 15, 2002

Step 1.   Net State Benefit
                    Estimated 10 Yr. Gross Payroll          $863,818,000  (a)
                    Estimated State Recapture Rate              X  .06
                    Estimated Net St. Benefit                $51,829,080  (b)

Step 2.   Estimated Direct State Costs
          A.        # New LA Res. + Family Members                  49        # of new res.  x 2.43
                    Total Cost To St. For Each                  X  1,181       if not provided on adv/app
                    Estimated Direct St. Costs                   57,869
                    New Resident Cost (1st yr. only)             X      1
                    Cost To St. For All New Res.              $57,869  (c)

          B.        Cost To St. For All New Res.             $57,869  (c)
                    Any Other Direct Assistance                      0        (Training dollars / Infrastructure / etc)
                    Estimated Direct St. Costs               $57,869  (d)

Step 3.   Estimated Net Direct St. Benefit
                    Estimated Net St. Benefit                $51,829,080  (b)
                    Estimated Direct St. Costs                   57,869  (d)    (Subtract)
                    Estimated Net Direct St. Ben.            $51,771,211  (e)

Step 4.   Net Benefit Rate
                    Estimated Net Direct  St. Ben.           $51,771,211  (e)
                    Estimated 10 Yr. New Gross Payroll        863,818,000  (a)   (e divided by a)
                    Net Benefit Rate                             0.0599  (f)

                                                                               Maximum allowed is 5%

Step 5.   Tax Incentive
                    Estimated 10 Yr. New Gross Payroll       $863,818,000  (a)
                    Net Benefit Rate                             5.000%  (f)    Maximum allowed is 5%
                    Estimated Tax Incentive                  $43,190,900  (g)

          Application Fee Calculation
                    Estimated Tax Incentive                  $43,190,900  (g)
                    Percentage due                                0.002
                                                                 $5,000        Maximum allowed is $5,000

          Advance Notification Fee          $100
          Application Fee                 $5,000

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER • THE BACK CONTAINS AN ARTIFICIAL WATERMARK • HOLD AT AN ANGLE TO VIEW

Hibernia National Bank
New Orleans, Louisiana

1146

NEW ORLEANS HORNETS
1501 Girod Street
New Orleans, Louisana 70113
Telephone (504) 301-4000

| DATE | CHECK NO. | AMOUNT |
|------|-----------|--------|
| 10/11/02 | 020718 | ******5000.00 |

Five Thousand and 00/100

THE
DER

Louisiana Dept. of
Economic Development

BORDER CONTAINS MICROPRINTING

⑈000 207 18⑈  ⑆06 5000090⑆ 2080086 396⑈

PLAINTIFFS 000951

WAGNER, JOHNSTON & ROSENTHAL, P.C.
Attorneys at Law

SUITE 1200 / TOWER PLACE
3340 PEACHTREE ROAD, N.E.
ATLANTA, GEORGIA 30326-1075

(404) 261-0500
FACSIMILE (404) 261-6779

www.wjrlaw.com



11146

October 16, 2002

<u>VIA FEDERAL EXPRESS</u>

Kay Wallace, Administrator
Louisiana Quality Jobs Program
Louisiana Department of Economic Development
Office of Business Development
101 France Street
Baton Rouge, Louisiana 70802

Re:    Quality Jobs Program Application for New Orleans Hornets NBA Limited Partnership

Dear Ms. Wallace:

Enclosed please find the following which I forward to you in connection with the above-referenced matter:

1.    Quality Jobs Program Application;
2.    Summary HMO Contract for Group Coverage;
3.    Summary Health Benefit Plan;
4.    List of Existing Employees;
5.    Quality Jobs Formula; and
6.    Check made payable to Louisiana Department of Economic Development for the $5,000.00
       filing fee.

With your permission, I did not complete the Census Tract Number or Block Group Number on Page 1 of
the Application. With that exception only, I believe that the enclosed Application and related materials are
a complete filing on behalf of the New Orleans Hornets to participate in the Louisiana Quality Jobs
Program.

R E C E I V E D

OCT 1 7 2002

RESOURCE SERVICES

F:\WJR\DOCB\10010.001\Correspondence\Wallace Letter (0-15-22).doc

PLAINTIFFS 000952

**Wagner, Johnston & Rosenthal, P.C.**

Kay Wallace, Administrator
Louisiana Quality Jobs Program
October 16, 2002
Page 2 of 2

If you have any questions or need any additional information, please feel free to contact me.

Thank you very much for your continuing cooperation in this matter.

Sincerely,

Craig A. Wagner

CAW/yar
Enclosure
cc:    Wayne J. DeBlander
       (w/encl.)

F:\WRDOCS\0010.001\Correspondence\Wallace Letter (10-15-02).doc

PLAINTIFFS 000953

NEW O. .EANS HORNETS NBA LIMITED PARTNE. .IIP

# QUALITY JOBS FORMULA
## Application Processing Fees

Please made check payable to:    <u>Louisiana Department of Economic Development</u>

ADVANCE NOTIFICATION FEE: ——————————————————$100

APPLICATION FEE: ———————————$200 (minimum) ——— $5,000 (maximum)

Step 1.    Estimated Payroll Tax Refund

| | | | |
|---|---|---|---|
| Estimated 10 Year Gross Payroll | 863,818,000 | | |
| Benefit Rate | X .05 | | |
| Estimated Payroll Tax Refund | $0 | (a) | 43,190,000 |

Step 2.    Total Estimated Tax Refund

| | | | |
|---|---|---|---|
| Estimated Payroll Tax Refund | $0 | (a) | 43,190,000 |
| Estimated State Sales/Use Tax Refund | + 0 | | |
| Estimated Local Sales/Use Tax Refund | + 0 | | |
| Total Estimated Tax Refund | $0 | (b) | 43,190,000 |

State Sales/ Use Tax
    State sales/use tax eligible for rebate is the 4% paid by the company or the contractors on machinery, equipment, and materials used to construct or renovate the applicant's facility during the construction period (2 year maximum).

Local Sales/Use Tax
    Local sales/use tax eligible for rebate range from 0¢ to 2 ½ ¢. An Endorsement Resolution must be passed by the local governing body promising the rebate prior to the completion of the project.

Step 3.    Application Fee

| | | | |
|---|---|---|---|
| Total Estimated Tax Refund | $0 | (b) | 43,190,000 |
| Percentage Due | 0.002 | | |
| Application Fee | 5,000  $0 | | |

AFFIDAVIT OF ANNUAL CERTIFICATION (one time fee): ——————$100

Rev. 8/02

PLAINTIFFS 000954





### State of Louisiana
DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
Governor

DON J. HUTCHINSON
Secretary

August 13, 2002

Mr. Craig A. Wagner
Attorney at Law
Wagner, Johnston & Rosenthal, P.C.
3340 Peachtree Road, N.E.
Suite 1200 - Tower Place
Atlanta, GA  30326-1075

RE:    Charlotte Hornets NBA Limited Partnership
       Quality Jobs Program Advance Notification #2002-0278

Dear Mr. Wagner:

The Advance Notification for this project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

Enclosed is the Quality Jobs Application Packet, which includes the rules governing the program, application forms, worksheet for calculating the application fee, and other pertinent documentation of the process.  This application is due **November 30, 2002.**

An application for an Unemployment Insurance (**UI**) Number must be filed with the Louisiana Department of Labor, if not already filed.  An existing company expanding its workforce must file for a **second UI Number.**   The UI number will be used to track the new employees relative to the new jobs that will be created.  **Only the new direct jobs** will be reported under the UI number.  Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,


Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
wallace@lded.state.la.us

cc:  Wayne J. DeBlander  ✓ 16th

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000955





DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
*Governor*

DON J. HUTCHINSON
*Secretary*

August 13, 2002

Mr. Craig A. Wagner
Attoney at Law
Wagner, Johnston & Rosenthal, P.C.
3340 Peachtree Road, N.E.
Suite 1200 - Tower Place
Atlanta, GA  30326-1075

RE:    Charlotte Hornets NBA Limited Partnership
         Quality Jobs Program Advance Notification #2002-0278

Dear Mr. Wagner:

The Advance Notification for this project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

Enclosed is the Quality Jobs Application Packet, which includes the rules governing the program, application forms, worksheet for calculating the application fee, and other pertinent documentation of the process. This application is due **November 30, 2002.**

An application for an Unemployment Insurance (**UI**) Number must be filed with the Louisiana Department of Labor, if not already filed. An existing company expanding its workforce must file for a **second UI Number.**   The UI number will be used to track the new employees relative to the new jobs that will be created.  **Only the new direct jobs** will be reported under the UI number. Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
**wallace@lded.state.la.us**

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000956

**Kay Wallace**

| | |
|---|---|
| **From:** | John Wilson [John.wilson@hornets.com] |
| **Sent:** | Monday, July 22, 2002 5:08 PM |
| **To:** | Kay Wallace |
| **Cc:** | Wayned |
| **Subject:** | Quality Jobs Program Advance Notification # |

**Importance:** High

Per your correspondence dated June 5, 2002 to Mr. Wayne DeBlander, The New Orleans Hornets has been assigned UI #517671-6 and LA Withholding Account # 6234140-001 15. Please have "Quality Jobs Program" written on our application.

Please contact me at 504 301-4095 if you need any additional information.

Sincerely,
John T. Wilson, CPA
Controller
New Orleans Hornets

7/23/2002

PLAINTIFFS 000957

## Wagner, Craig

**From:**   Craig A. Wagner

**Sent:**   Tuesday, June 04, 2002 11:09 AM

**To:**   'wallace@lded.state.la.us'

**Subject:** FW: Quality Jobs Program

Kay—please let me know that you have received this e-mail.

-----Original Message-----
**From:** Craig A. Wagner [mailto:caw@wjrlaw.com]
**Sent:** Monday, June 03, 2002 6:34 PM
**To:** 'Kay Wallace'
**Cc:** Wayne Deblander
**Subject:** RE: Quality Jobs Program

Kay—thank you for the forms and the help on the phone. I have electronically filed the Advance
Notification and hope it is sufficient to start our credit period. If you have any questions at all about my
answers, please call me!
As for additional explanation for our answers, for the estimate of jobs, we currently have approximately
86 employees, 47 of which will relocate to New Orleans. Therefore, I have shown 39 new permanent
jobs in New Orleans.
As for the equipment value, the $250,000 is our estimate of the value of the furniture and equipment we
will relocate to New Orleans. We also own a 727 aircraft worth approximately $6,500,000 which we
will relocate to New Orleans. I did not include that value in the equipment total—should it be? ( NO )

Once again, thanks for the help. Please confirm receipt of the Notification and advise me as to the next
steps required for the Hornets to take.
Craig Wagner

-----Original Message-----
**From:** Kay Wallace [mailto:Wallace@lded.state.la.us]
**Sent:** Monday, June 03, 2002 2:21 PM
**To:** caw@wjrlaw.com
**Subject:** Quality Jobs Program

See the attached information.

Kay Wallace
LA Quality Jobs Program
(225) 342-5367
FAX  (225) 342-0142
Wallace@lded.state.la.us

6/4/2002

PLAINTIFFS 000958

# Wagner, Johnston & Rosenthal, P.C.

Attorneys at Law
Suite 1200/Tower Place
3340 Peachtree Road, N.E.
Atlanta, Georgia 30326-1075

(404) 261-0500
Facsimile (404) 261-6779

## FACSIMILE COVER SHEET

**DATE:**        June 4, 2002

### PLEASE DELIVER THE FOLLOWING PAGES TO:

**NAME:**                       Kay Wallace

**COMPANY:**

**FACSIMILE NUMBER:**    225-342-0142

**FILE NUMBER:**            **07020.001**

**FROM:**                       Craig A. Wagner
                                 Wagner, Johnston & Rosenthal, P.C.
                                 Suite 1200/Tower Place
                                 3340 Peachtree Road, N.E.
                                 Atlanta, GA  30326-1075

We are transmitting __2__ pages (including this cover page).  If transmission is incomplete, please call us.

**CONFIDENTIALITY NOTICE:** This cover letter and the documents accompanying this facsimile transmission contain information which is confidential and privileged.  The information is intended for the use of the individual named on this cover sheet.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is strictly prohibited.  If you have received this transmission in error, please notify us by telephone (collect) immediately so that we can arrange for the retrieval of the original documents at no cost to you.

**NOTES:**

PLAINTIFFS 000959





**State of Louisiana**

DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
*Governor*

DON J. HUTCHINSON
*Secretary*

June 5, 2002

Mr. Wayne J. DeBlander
Sr. Vice President, Finance
Charolotte Hornets NBA Limited Partnership
1615 Poydras Street 20th Floor
New Orleans, LA 70112

RE:    Charolotte Hornets NBA Limited Partnership
       Quality Jobs Program Advance Notification #20020278

Dear Mr. DeBlander:

The Advance Notification for your project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

The Quality Jobs Program was amended during the 2002 1st Extraordinary Legislation Session by Act 153. Several changes have been made to the program rules and regulations. Therefore, the application packet is being revised to incorporate the changes that have been made. The application packet will be forwarded to you in the near future.

An application for an Unemployment Insurance (**UI**) Number will need to be filed with the Louisiana Department of Labor, if not already filed. The UI number will be used to track the new employees relative to the new jobs that will be created. **Only the new direct jobs** will be reported under the UI number. Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
wallace@lded.state.la.us

cc:  Mr. Craig A. Wagner
     Wagner, Johnson & Rosenthal, P.C.

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000960



## State of Louisiana
### DEPARTMENT OF ECONOMIC DEVELOPMENT

M.J. "MIKE" FOSTER, JR.
*Governor*

DON J. HUTCHINSON
*Secretary*

June 5, 2002

Mr. Wayne J. DeBlander
Sr. Vice President, Finance
Charolotte Hornets NBA Limited Partnership
1615 Poydras Street 20th Floor
New Orleans, LA 70112

RE:    Charolotte Hornets NBA Limited Partnership
       Quality Jobs Program Advance Notification #20020278

Dear Mr. DeBlander:

The Advance Notification for your project and Transaction #261454 in the amount of $100.00 have been received. This project has been assigned **#2002-0278** for the Quality Jobs Program and should be referenced on all future correspondence.

The Quality Jobs Program was amended during the 2002 1st Extraordinary Legislation Session by Act 153. Several changes have been made to the program rules and regulations. Therefore, the application packet is being revised to incorporate the changes that have been made. The application packet will be forwarded to you in the near future.

An application for an Unemployment Insurance (**UI**) Number will need to be filed with the Louisiana Department of Labor, if not already filed. The UI number will be used to track the new employees relative to the new jobs that will be created. **Only** the **new direct jobs** will be reported under the UI number. Enclosed for your convenience is the Department of Labor's Status Report application to be completed and filed at the address noted.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Kay Wallace, Administrator
Louisiana Quality Jobs Program
(225) 342-5367
**wallace@lded.state.la.us**

Post Office Box 94185/Baton Rouge, Louisiana 70804-9185
Overnight-101 France St. - 70802
Phone (225) 342-9218 - Fax (225) 342-0142
*AN EQUAL OPPORTUNITY EMPLOYER*

PLAINTIFFS 000961

John Jernigan

| | |
|---|---|
| From: | Serpas, Randall J [rserpas@kpmg.com] |
| Sent: | Tuesday, June 05, 2007 4:27 PM |
| To: | John Jernigan |
| Cc: | brice.collier@hornets.com; Greg King; Serpas, Randall J; Gerrets, Kristian A |
| Subject: | RE: Hornets |

John,

Per your request, I am sending you an email to inform you the Hornet' are asking you to proceed with processing the rebate as we discussed on the phone today. We are aware you will deny some of the residents the Hornets have claimed, however in the best interest of the Hornets and the State of Louisiana we wish to proceed. We will reserve the right to evaluate the denied residents and respond at a later time.

Thanks,

Randy

*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

From: John Jernigan [mailto:Jernigan@la.gov]
Sent: Tuesday, April 10, 2007 10:49 AM
To: Serpas, Randall J

6/7/2007

PLAINTIFFS 000962

**Subject:** RE: Hornets

Randy, I did not pursue it from that angle — I figured less than 2 percent of the people in revenue could positively give me the answer and I did not have the strength to go thru the ones who did not know — if the employees have a Louisiana drivers license then they will be eligible — every year there are people listed who do not qualify and I am sure it will repeat this year

---

**From:** Serpas, Randall J [mailto:rserpas@kpmg.com]
**Sent:** Tuesday, April 10, 2007 10:41 AM
**To:** John Jernigan
**Cc:** Serpas, Randall J
**Subject:** FW: Hornets

John,

I wanted to send you a quick note to inform you I have related your message to the Hornets and I am currently waiting on their response. In the meantime, I have a question for you, did you check with Revenue as you stated to me on the phone? The reason I ask is because I am curious what they said regarding whether or not the employees were LA residents for the time listed, specifically calendar tax year 2005 or the first two quarters of the Hornets fiscal year?

Thanks,

Randy

*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

6/7/2007

PLAINTIFFS 000963

**From:** Serpas, Randall J
**Sent:** Wednesday, April 04, 2007 5:23 PM
**To:** 'John Jernigan'
**Cc:** Rick Broussard; Brenda Guess; 'Greg King'
**Subject:** RE: Hornets

John,

Thanks for the follow up.  I will relay your message to the Hornets and see what can be accomplished.

Randy

> **From:** John Jernigan [mailto:Jernigan@la.gov]
> **Sent:** Wednesday, April 04, 2007 3:15 PM
> **To:** Serpas, Randall J
> **Cc:** Rick Broussard; Brenda Guess
> **Subject:** RE: Hornets
>
> Randy, this is what I will need – I will need a copy of everyone's driver's license other than
> coaches and players or employees with a Louisiana address listed on the excel sheet who the
> company desires a payroll rebate on – if it is not a Louisiana driver's license or Louisiana State ID
> with an address I will not be able to count it for a rebate.

> **From:** Serpas, Randall J [mailto:rserpas@kpmg.com]
> **Sent:** Friday, March 30, 2007 1:14 PM
> **To:** John Jernigan
> **Cc:** Serpas, Randall J
> **Subject:** Hornets
>
> John,
>
> Attached you will find a revised schedule and copies of Louisiana driver's license or LA State
> identification cards for some of the new hires (with the exception of players and coaches) after
> August 29, 2005.  Although the Hornets have made a good faith effort to comply with your
> request to provide all of the identification cards they could not provide copies for every new hire
> as requested.
>
> Also, please note that the Hornet's have revised the schedule after realizing they were four
> errors, therefore the revised schedule highlights the employees in question by listing "Remove" in
> an additional column in the schedule.  In this same column, you will find the wording "OK".  OK is
> where we have reviewed the dates in question and verified their status as a Louisiana resident.
> Should you disagree with our findings, please let us know so we can discuss.
>
> We appreciate your efforts and look forward to resolving this matter as soon as possible.
>
> Sincerely,
>
> Randy

6/7/2007

PLAINTIFFS 000964

*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR
WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT
OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING
PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii)
PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY
ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth
herein and is based on the completeness and accuracy of the stated facts,
assumptions and/or representations included. In rendering our advice, we may
consider tax authorities that are subject to change, retroactively and/or
prospectively, and any such changes could affect the validity of our advice. We will
not update our advice for subsequent changes or modifications to the law and
regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit
of KPMG's client and may not be relied upon by any other person or organization.
KPMG accepts no responsibility or liability in respect of this document to any
person or organization other than KPMG's client.

**From:** John Jernigan [mailto:Jernigan@la.gov]
**Sent:** Thursday, March 29, 2007 7:02 AM
**To:** Serpas, Randall J
**Subject:** RE: Hornets

Yes, there is no other way without of state addresses to verify validity of credit

**From:** Serpas, Randall J [mailto:rserpas@kpmg.com]
**Sent:** Wednesday, March 28, 2007 3:53 PM
**To:** John Jernigan
**Subject:** Hornets

John,

I wanted to verify with you the requested data for the Hornets annual certification.
Specifically, you wanted them to provide copies of Louisiana driver's license or LA State
identification cards for new hires (with the exception of players and coaches) after August
29, 2005. Is this correct?

Randy

Randall J. Serpas
KPMG LLP
State and Local Tax Practice
909 Poydras St., Ste. 2900
New Orleans, LA 70112

6/7/2007

PLAINTIFFS 000965

Phone: 504-569-8810
Fax: 504-617-7920
Mobile 985-502-3254
email: rserpas@kpmg.com

*** ANY TAX ADVICE IN THIS COMMUNICATION IS NOT INTENDED OR WRITTEN BY KPMG TO BE USED, AND CANNOT BE USED, BY A CLIENT OR ANY OTHER PERSON OR ENTITY FOR THE PURPOSE OF (i) AVOIDING PENALTIES THAT MAY BE IMPOSED ON ANY TAXPAYER OR (ii) PROMOTING, MARKETING OR RECOMMENDING TO ANOTHER PARTY ANY MATTERS ADDRESSED HEREIN. ***

Any advice in this communication is limited to the conclusions specifically set forth herein and is based on the completeness and accuracy of the stated facts, assumptions and/or representations included. In rendering our advice, we may consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the validity of our advice. We will not update our advice for subsequent changes or modifications to the law and regulations, or to the judicial and administrative interpretations thereof.

The advice or other information in this document was prepared for the sole benefit of KPMG's client and may not be relied upon by any other person or organization. KPMG accepts no responsibility or liability in respect of this document to any person or organization other than KPMG's client.

**************************************************************************

The information in this email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this email are subject to the terms and conditions expressed in the governing KPMG client engagement letter.

**************************************************************************

**************************************************************************

6/7/2007

PLAINTIFFS 000966

The information in this email is confidential and may be legally privileged.
It is intended solely for the addressee. Access to this email by anyone else is
unauthorized. If you are not the intended recipient, any disclosure, copying,
distribution or any action taken or omitted to be taken in reliance on it, is
prohibited and may be unlawful. When addressed to our clients any opinions or
advice contained in this email are subject to the terms and conditions
expressed in the governing KPMG client engagement letter.

*******************************************************************

6/7/2007

PLAINTIFFS 000967



KPMG LLP
Suite 2900
909 Poydras Street
New Orleans, LA 70112

Telephone    504 523 5000
Fax          504 529 1518
Internet     www.us.kpmg.com

Februzry 1, 2007

OFFICIAL USE ONLY
Check # 113638
Deposit Date 2/9/07
Amount $ 100
Receipt # 2186(
Initials

John Jernigan
Business Incentives Division
State of Louisiana Department of Economic
Development
P.O. Box 94185
Baton Rouge LA 70804-9185

Dear John,

**Affidavit of Annual Certification**
**Quality Jobs Program, Contract No. 2002-0278**
**New Orleans Hornets NBA Limited Partnership**

Enclosed is the Affidavit of Annual Certification (AAC) for the period of July 1, 2005 through June 30, 2006 for the New Orleans Hornets NBA Limited Partnership (Hornets) for their participation in the Quality Jobs Program. Per the instructions, one original and two copies are included. In addition, a check in the amount of $100.00 is included with this ACC.

As you are aware Hurricane Katrina hit the New Orleans area on August 29, 2005 and the Hornets temporarily relocated from New Orleans, LA to Oklahoma City, OK. As a result of the relocation, many of their Louisiana employees temporarily moved as well and now have mailing addresses in Oklahoma and a few other various states. However, the Hornets continued to withhold and pay Louisiana residents' payroll taxes to the State of Louisiana even though they were temporarily relocated. Therefore, the AAC has various addresses attributed to the displaced Louisiana residents.

On June 20, 2006, The Louisiana Department of Revenue issued Revenue Information Bulletin 06-024 concerning the individual income tax filing requirements of individuals displaced by hurricanes Katrina or Rita. We have enclosed the Revenue Information Bulletin to support tax year 2005, individuals who resided in the State of Louisiana for 2005 are deemed as residents for the entire year even though they were displaced by hurricane Katrina and had to report all of their income to Louisiana as a full time resident regardless of where or how it was earned.

R E C E I V E D

FEB. 0 7 2007

RESOURCE SERVICES

KPMG LLP, a U.S. limited liability partnership, is the U.S.
member firm of KPMG International, a Swiss cooperative.

PLAINTIFFS 000968



State of Louisiana Department of Economic
Development
Affidavit of Annual Certification
Quality Jobs Program, Contract No. 2002-0278
New Orleans Hornets NBA Limited Partnership
February 1, 2007
Page 2 of 2

Therefore, please accept the enclosed ACC on behalf of our client. Should you have any questions regarding this matter, please feel free to contact me at (504) 569-8810.

Very truly yours,

KPMG LLP

Randall J. Serpas
Tax Manager

cc:

Daryl Manning - State of Louisiana, Department of Economic Development
Greg King - Hornets Basketball

PLAINTIFFS 000969

# QUALITY JOBS PROGRAM
## AFFIDAVIT OF ANNUAL CERTIFICATION

CONTRACT #  2002-0278

Before me, the undersigned authority, personally came and _____**Brice Collier**_____
COMPANY REPRESENTATIVE

who being first duly sworn did depose and say: That _____**Chief Financial Officer**_____ of
TITLE

_____New Orleans Hornets NBA Limited Partnership_____ . The said contract number shown above covers a bu
COMPANY

in the parish(s)_____Orleans_____ . This affidavit is for the specific purpose of verifying all
PARISH

information contained in this Annual Certification to be true and correct.

ANNUAL REVIEW RECAP:

| COMPANY'S TAX YEAR BEING REPORTED *(MM/DD/YYYY TO MM/DD/YYYY)* | | | |
|---|---|---|---|
| **07/01/2005  TO  06/30/2006** | | | |
| | TOTALS | | TOTALS |
| Number of New Employees | 150 | Hours Worked by All New Employees | 138,350 |
| Number of New Direct Jobs Over Last Year | 3 | Total Gross Wages Above 1 3/4 Min. Wage ($9.01/hr.) | $  49,471 |
| | | | $  31,178,400 |
| ESTIMATED TAX CREDIT EARNED:  $ ▓▓▓▓▓ *(Combined Total from Spreadsheet)* | | Total Gross Wage | $  31,227,871 |

BASIC HEALTH PLAN

__100__ % Insurance Premium Paid by Employer for Single coverage for employees earning < $50K annually
__100__ % Insurance Premium Paid by Employer for Single coverage for employees earning > $50K annually
__100__ % Insurance Premium Paid by Employer for Family coverage (where chosen by the employee)

NOTE: THE FOLLOWING SUPPORTING DOCUMENTATION MUST ACCOMPANY THE AFFIDAVIT.

1. Attach supporting quarterly employee/payroll reports on the prescribed format requested (see example).
2. Attach a copy of the tax form requesting the tax credit or a copy of the equation/calculation that determined the tax credit being claimed
3. Attach a brief explanation of the insurance policy. If the insurance coverage has changed, please submit a
4. Provide copies of the quarterly wage reports (ES-4's) filed with the Department of Labor for the same time

State of  *Oklahoma*

Parish or County of  *Oklahoma*

Sworn to and subscribed before me this  29ᵗʰ  day of  *January* , 20 07

_____
NOTARY

_____
COMPANY OFFICIALS SIGNATURE

Chief Financial Officer
TITLE

*(Notary seal: GLENDA J. FUDGE, NOTARY, # 05001550, EXP. 2/11/09, PUBLIC, STATE OF OKLAHOMA)*

| Contact Person:  Address and Phone # | Establishment Location:  Physical Address and Phone # |
|---|---|
| Randy Serpas<br>KPMG, LLP<br>909 Poydras Street, Suite 2900<br>New Orleans, LA 70112<br>(504) 569-8810 | New Orleans Hornets NBA Limited Partnership<br>1501 Girod Street<br>New Orleans, LA 70113<br>(504) 301-4090 |

Please return original and 2 copies with $100 to Quality Jobs Program Manager
Resource Services Division of
Louisiana Economic Development
Post Office Box 94185
Baton Rouge, Louisiana  70804-9185

R E C E I V E D

FEB 0 7 2007

RESOURCE SERVICES

Affidavit of Annual Certification.doc
1/27/04

QUALITY JOBS PROGRAM

AFFIDAVIT OF ANNUAL CERTIFICATION

listed Partnership)

02-0274
(through June 30, 2006
13673-4

| HIRE DATE | TERM DATE | JOB TITLE | STARTING WAGE/HR | Address, City, State, Zip | 9/30/2002 Q1 Wages | 12/31/2003 Q3 Wages | 3/31/2004 Q3 Wages | 6/30/2005 Q4 Wages | 9/30/2005 Q3 Wages | TOTAL QUALIFYING WAGES | Q1 HOURS | Q2 HOURS | Q3 HOURS | Q4 HOURS | TOTAL HOURS | WEEKS WORKED | AVG HRS WORKED | MED INS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Date | Date(s) | Department | Rate | Address | | | Amount | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2003 | 4/11/2005 9/09/2005 9/09/2005 | MARKETING FAN EXPERIENCE ADMINISTRATION | 17.26 14.92 18.72 | 494 E. Brookers, Urbana, IL 61801 68500 Talia Drive, Covington, LA 70433 3092 Addie Pond Way, Marietta, GA 30064 | | 9,035.00 6,670.00 28,410.00 | 8,512.06 888.00 429.00 | | 520 520 520 | 520 120 0 | 0 0 0 | 1040 640 1040 | 26.00 16.00 26.00 | 40.00 40.00 40.00 | YES YES YES |
| 2/9/2006 5/9/2005 | 9/09/2005 9/09/2005 | PLAYER SALES | 68.92 28.11 | 3092 Addie Pond Way, Marietta, GA 30064 903 2nd Street, New Orleans, LA 70130 | | 13,878.00 7,730.00 | 21,947.00 21,508.00 | | 520 520 | 0 0 | 0 0 | 520 1040 | 13.00 26.00 | 40.00 40.00 | YES YES |
| 7/11/2006 11/27/2006 | 9/15/2006 10/27/2006 | BROADCAST PLAYER | 3,053.24 1,124.40 | 920 Poydras, New Orleans, LA 70112 1133 Industrial Lane, Marrero, LA 77081 | | 2,083,334.00 800,004.00 | 1,052,209.00 752,338.00 | | 520 520 | 0 0 | 0 0 | 1040 1040 | 26.00 26.00 | 40.00 40.00 | YES YES |
| 7/15/2004 11/16/2005 | 9/09/2005 | SALES SPONSORSHIP | 36.90 41.68 | 2134 Metairie Road, Metairie, LA 70005 8445 West End Blvd, New Orleans, LA 70124 | | 9,423.00 4,865.00 | 28,356.00 38,391.00 | | 520 520 | 0 0 | 0 0 | 1040 1040 | 26.00 26.00 | 40.00 40.00 | YES YES |
| 11/16/2005 8/12/2005 7/12/2002 | 2/09/2006 | SALES PILOT | 84.84 33.18 107.84 | NW 1st Street, Fort Lauderdale, FL 71 Plantation Drive, Covington, LA 70001 17613 Brass Drive, Edmond, OK 73003 | | 4,016.00 15,256.00 18,062.00 | 32,714.00 16,000.00 16,983.00 | 15,000.00 16,983.00 | 520 520 520 | 0 0 520 | 0 0 0 | 2080 2080 1560 | 52.00 52.00 39.00 | 40.00 40.00 40.00 | YES YES YES |
| 7/1/2004 | 7/24/2006 | BASKETBALL OPS | 37.51 | 15541 Monarch Lane, Edmond, OK 73013 | | 87,300.00 | 87,236.00 | | 10 | 0 | 0 | 10 | 0.25 | 40.00 | YES |
| 9/19/2005 | 9/19/2006 | BROADCAST | 16.90 | 1828 Bayou Oaks Dr, Harvey, LA 70058 | | 10,559.00 | 9,479.00 | 6,319.00 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 7/10/2003 | 9/20/2005 | SALES | 29.97 | c/o Saks, 5600 Addie Highway, Metairie, LA 70003 | | 15,560.00 | 15,560.00 | | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 8/10/2005 7/8/2002 | 2/9/2006 | GAME OPS COMPUTER | 28.71 28.84 | P. O. Box 878, Oklahoma City, OK 73101 111 Poydras Ave, New Orleans, LA 70112 | | 15,670.00 10,499.00 | 12,678.00 17,417.00 | 14,189.00 | 520 520 | 0 0 | 0 0 | 520 1040 | 13.00 26.00 | 40.00 40.00 | YES YES |
| 8/10/2005 7/20/2005 | 2/9/2006 | COMPUTER MARKETING | 19.08 24.38 | 1028 Primrose Dr, Luling, LA 70070 2203 Avenue B, Harvey, LA 70058 | | 10,488.00 12,675.00 | 14,833.00 | 26,678.00 | 520 520 | 520 0 | 0 0 | 520 1040 | 13.00 26.00 | 40.00 40.00 | YES YES |
| 7/8/2002 | 2/8/2002 | BASKETBALL OPS | 26.12 | 3117 Annunciation St, New Orleans, LA 70115 | | 13,580.00 | 13,580.00 | | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 10/2/2005 | | SPONSORSHIP | 16.73 | 1161 Lake Avenue, #122, Metairie, LA 70005 | | 8,920.00 | 7,717.00 | 7,898.00 | 520 | 520 | 0 | 520 | 13.00 | 40.00 | YES |
| 8/20/2002 8/20/2002 | | MARKETING | 62.20 27.18 | 5751 Eastover Dr, New Orleans, LA 70128 314 Hearsaw Place, Destrehan, LA 70047 | | 39,802.00 3,202.00 | 29,723.00 18,666.00 | | 520 520 | 0 0 | 0 0 | 1560 1560 | 39.00 38.00 | 40.00 40.00 | YES YES |
| 1/1/2004 | 8/31/2005 | SPONSORSHIP BROADCAST | 46.00 37.51 | 101 10th Street, New Orleans, LA 70124 156 Shannon Drive, Mandeville, LA 70448 | | 450.00 20,046.00 | 18,567.00 | 14,778.00 | 10 520 | 0 0 | 0 0 | 10 1040 | 0.25 26.00 | 40.00 40.00 | YES YES |
| 4/16/2003 9/12/2004 | 11/8/2006 | SPONSORSHIP BASKETBALL OPS | 25.28 18.91 | P. O. Box 918761, Orlando, FL 32891 100 Veranda Court, Bossier City, LA 71111 | | 9,740.00 8,512.00 | 9,032.00 9,740.00 | 1,438.00 | 520 320 | 0 0 | 0 0 | 1040 640 | 26.00 16.00 | 40.00 40.00 | YES YES |
| 4/11/2005 | 10/21/2006 | ASST COACH SALES | 18.74 | 4700 Morales Street, Marrero, LA 70072 | | 10,288.00 | 8,187.00 | 4,094.00 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 8/24/2005 10/27/2004 | | ACCOUNTING ACCOUNTING | 11.13 10.63 | 3600 Hessmer Avenue, Apt 15, Metairie, LA 70002 3013 43rd Street, Metairie, LA 70001 | | 7,178.00 12,289.00 | 6,087.00 11,247.00 | 30,646.00 | 520 520 | 0 160 | 0 0 | 520 520 | 13.00 13.00 | 40.00 40.00 | YES YES |
| 6/23/2003 6/23/2004 | 10/21/2006 | ACCOUNTING ACCOUNTING | 22.63 35.30 | 5204 Willowbrook Road, Marrero, LA 70072 3940 Wild Orchard Ln, Kelly, TX 77454 | | 9,929.00 21,459.00 | 1,262.00 12,736.00 | 8,161.00 | 520 520 | 0 0 | 0 0 | 1200 1040 | 30.00 26.00 | 40.00 40.00 | YES YES |
| 6/23/2004 10/27/2005 | 4/29/2006 | ACCOUNTING SALES | 18.90 4,213.16 | 216 Bluebird Drive, Slidell, LA 70458 2142 Ridgeway Drive, Slidell, LA 70461 | | 2,000,000.00 1,915.00 | 1,807.00 5,597,061.00 | 2,385,691.00 | 480 520 | 0 520 | 520 0 | 480 2080 | 12.00 52.00 | 40.00 40.00 | YES YES |
| 7/25/2003 7/25/2003 | | TICKET OPS MARKETING | 67.47 10.14 | 1952 Conrad Blvd, Destrehan, LA 70047 P. O. Box 874, Harrahand, LA 70114 | | 11,077.00 4,669.00 | 67,129.00 4,669.00 | 35,302.00 | 520 520 | 520 0 | 0 0 | 2080 520 | 52.00 13.00 | 40.00 40.00 | YES YES |
| 11/2/2006 12/20/2006 | 9/30/2003 | BASKETBALL OPS CREATIVE SVCS | 14.38 24.17 | 3094 Basin Drive, Mandeville, LA 70471 2000 N. Turnbull Dr, Metairie, LA 70001 | | 7,210.00 12,585.00 | 7,740.00 12,585.00 | | 520 520 | 0 0 | 0 0 | 1040 520 | 26.00 13.00 | 40.00 40.00 | YES YES |
| 9/24/2004 8/10/2005 | 9/30/2005 | ACCOUNTING COMPUTER | 10.89 16.35 | 1805 Ridgelake Avenue, Metairie, LA 70001 104 Croydon Road, Baltimore, MD 21212 | | 9,998.00 7,980.00 | 8,887.00 8,480.00 | 1,233.00 | 520 520 | 0 0 | 0 0 | 1040 520 | 26.00 13.00 | 40.00 40.00 | YES YES |
| 6/6/2005 6/23/2004 | 12/15/2005 | ACCOUNTING SALES | 13.54 14.00 | 4405 Saint Mary St, Metairie, LA 70006 610 Studio Dr, LaPlace, LA 70068 | | 4,508.00 4,720.00 | 8,686.00 4,720.00 | 1,264.00 | 520 520 | 0 0 | 0 0 | 520 520 | 13.00 13.00 | 40.00 40.00 | YES YES |
| 7/25/2005 | 9/30/2005 | SPONSORSHIP | 15.29 | 141 Woodruff Dr, Slidell, LA 70461 | | 6,778.00 | 1,154.00 | | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/1/2003 | 9/30/2005 | GAME OPS | 20.37 | 2857 Classen Blvd, Apt 8205, Norman, OK 73071 | | 10,060.00 | 11,103.00 | | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/11/2004 | | SALES | 38.56 | 5430 1/2 Canal Blvd, New Orleans, LA 70124 | | 6,734.00 | 33,774.00 | | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/4/2005 | | PLAYER | 26.43 | 604 Kings Canyon Dr, New Canaan, CT 6840 | | 800.00 | 1,417.00 | 303.00 | 480 | 0 | 10 | 480 | 12.00 | 40.00 | YES |
| 8/20/2005 | 7/1/2006 | MEDIA RELATION | 24.00 | P. O. Box 1431, Oklahoma City, OK 7101 | | 10,559.00 | 14,359.00 | 517.00 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/22/2005 10/15/2005 | 10/41/2005 | CREATIVE SVCS ACCOUNTING | 19.51 10.46 | 23231 Pandem Drive, Covington, LA 70435 118201 West Way Dr, Baton Rouge, LA 70810 | | 4,540.00 9,541.00 | 2,536.00 11,566.00 | | 520 520 | 180 0 | 0 0 | 520 1040 | 13.00 26.00 | 40.00 40.00 | YES YES |
| 7/8/2002 7/16/2003 | 11/14/2005 | GAME OPS MEDIA RELATION | 20.30 17.42 | 2857 Classen Blvd, #3109, Norman, TX 73071 315 Avenue B, Marietta, GA 73046 | | 7,355.00 7,103.00 | 10,314.00 7,103.00 | | 520 520 | 0 0 | 0 0 | 1040 1040 | 26.00 26.00 | 40.00 40.00 | YES YES |
| 11/14/2004 | | FAN EXPERIENCE | 16.12 | 1781 Spyglass Ct, Apt 360, Austin, TX 78746 | | 11,550.00 | 4,563.00 | | 200 | 0 | 0 | 728 | 18.00 | 40.00 | YES |

PLAINTIFFS 000972

| | Address | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 565.77 | 4200 Foxtail Lane, Plano, TX 75024 | 34,723.00 | 26,780.00 | 28,780.00 | 88,283.00 | 160 | 0 | 0 | 160 | 4.00 | YES |
| 50.54 | 519 Nichols St, West Monroe, LA 71291 | 7,647.00 | 30,362.00 | 14,561.00 | 200.00 | 52,670.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 45.69 | 2021 Bluebonnet Lane, # 109, Austin, TX 78704 | 12,438.00 | 11,333.00 | | 23,761.00 | 520 | 0 | 0 | 520 | 13.00 | YES |
| 161.73 | 3413 Normandy Ridge Ln, Austin, TX 78739 | 57,090.00 | 43,564.00 | 9,329.00 | 109,973.00 | 160 | 0 | 0 | 680 | 17.00 | YES |
| 17.93 | 6500 NW Grand Blvd, # 192, Oklahoma City, OK 73116 | 9,539.00 | 8,452.00 | | 17,991.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 37.54 | 1933 Cedar Pointe Lane, Edmond, OK 73003 | 10,746.00 | 17,788.00 | | 28,534.00 | 240 | 0 | 0 | 760 | 19.00 | YES |
| 31.82 | 412 Turning Leaf Plaza, Brentwood, TN 97027 | | 16,544.00 | | 16,544.00 | 0 | 0 | 0 | 520 | 13.00 | YES |
| 21.44 | 2912 West Clear Street, Sioux Falls, SD 57105 | 8,185.00 | 10,678.00 | | 18,863.00 | 360 | 0 | 0 | 880 | 22.00 | YES |
| 322.59 | 7014 N. 22nd Way, Phoenix, AZ 85020 | | 51,631.00 | | 51,631.00 | 160 | 0 | 0 | 160 | 4.00 | YES |
| 147.90 | 957 South fork Drive, Draper, UT 84020 | | 1,479.00 | | 1,479.00 | 10 | 0 | 0 | 10 | 0.25 | YES |
| 150.34 | P. O. Box 462, Odston, IL 62269 | 37,221.00 | 119,137.00 | | 156,358.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 285.41 | 310 NW 151st Street, Vancouver, WA 98685 | | 42,625.00 | | 42,625.00 | 160 | 0 | 520 | 160 | 4.00 | YES |
| 118.89 | 18310 Wrights Ferry Road, Charlotte, LA 28278 | | | 61,875.00 | 61,875.00 | 0 | 0 | 0 | 520 | 13.00 | YES |
| 77.22 | 43 Vista Main Drive, San Rafael, CA 94903 | 40,300.00 | 40,000.00 | | 80,300.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 135.91 | 5031 Eagleton Way, Granite Bay, CA 95746 | 33,727.00 | 75,000.00 | | 108,727.00 | 280 | 0 | 0 | 800 | 20.00 | YES |
| 15.19 | 195 Shannon Drive, Mandeville, OK 70448 | 7,891.00 | 7,898.00 | | 15,789.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 1,417.78 | [#VALUE!] | 749,719.00 | 724,723.00 | | 1,474,442.00 | 520 | 0 | 0 | 240 | 6.00 | YES |
| 1,050.50 | 1633 S DuRosset New Orleans, LA 70115 | | 252,120.00 | | 252,120.00 | 0 | 0 | 0 | 240 | 6.00 | YES |
| 23.74 | 2657 Clason Blvd, #11203, Norman, OK 73071 | 12,317.00 | 11,330.00 | | 23,647.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 456.73 | 1607 16th Street, # 8, Santa Monica, CA 90403 | 250,000.00 | 208,333.00 | 291,667.00 | 750,000.00 | 520 | 520 | 520 | 2000 | 52.00 | YES |
| 67.00 | 315 Dealey Street, Daytona Beach, FL 32114 | | 10,735.00 | | 10,735.00 | 160 | 0 | 0 | 160 | 4.00 | YES |
| 15.83 | 3201 W Memorial Rd, # 8101, Oklahoma City, OK 73134 | | 8,230.00 | | 8,230.00 | 520 | 0 | 0 | 520 | 13.00 | YES |
| 20.12 | P. O. Box 876, Oklahoma City, OK 73101 | 15,161.00 | 14,080.00 | | 29,241.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 38.50 | 109 Ocean Pines Terrace, Jupiter, FL 33477 | 4,762.00 | 32,646.00 | 21,795.00 | 23,142.00 | 82,109.00 | 520 | 520 | 2000 | 52.00 | YES |
| 63.38 | 1485 Tchoupitoulas, #11313, New Orleans, LA 70113 | 4,950.00 | 56,104.00 | | 61,054.00 | 360 | 0 | 0 | 880 | 22.00 | YES |
| 33.69 | 8517 234th Street SW, Edmonds, WA 98026 | 4,878.00 | 30,164.00 | | 35,042.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 24.74 | 2657 Clason Blvd, Apt 7002, Norman, OK 73072 | 13,440.00 | 12,326.00 | | 25,766.00 | 520 | 0 | 0 | 1040 | 26.00 | YES |
| 923.34 | Imercial, 5335 Wisc Av NW 860, Washington, DC 20015 | 354,720.00 | 506,182.00 | | 860,902.00 | 520 | 0 | 0 | 160 | 4.00 | YES |
| 247.39 | 2000 Sephelia Blvd, Westwego, LA 70074 | | 39,583.00 | | 39,583.00 | 160.00 | | | | |
| | | 12,116,055.00 | 15,945,574.00 | 2,642,707.00 | 31,227,871.00 | | | | | |
| | | | 1,103,539.00 | | | | | | | |

PLAINTIFFS 000973