QUALITY JOBS PROGRAM
ATTACHMENT B
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

## New Orleans Hornets NBA Limited Partnership
Quality Jobs Contract # 2002-0278
Fiscal Year: July 1, 2005 through June 30, 2006

*Supplemental Information*

<u>Item 1:</u>
*Explanation of Difference in Quarterly Gross Wage Totals and Quarterly Wage Report Totals*

The differences in the quarterly gross wage totals on the Annual Quarterly
Review Report and the quarterly wage totals on the Quarterly Report of Wages
Paid (ES-4) is due to the exclusion of part-time employees or employees paid
less than $9.01 per hour that do not qualify for the program.

<u>Item 2:</u>
*Explanation of Health Insurance Policy*
The health insurance coverage has not changed from the application.

<u>Item 3:</u>
*Calculation of Tax Credit Claimed*
2005/2006 Total Gross Wages    
Times Benefit Rate    5.00%
Tax Credit Earned / Rebate Requested   $▒▒▒▒▒

<u>Item 4:</u>
*Explanation of Ownership*
The New Orleans Hornets NBA Limited Partnership has one General Partner:
Shinn Management, L.L.C. - Controlled by George Shinn
In addition there are two Limited Partners:
Shinn Acquisitions, L.L.C.
Shinn Holdings, L.L.C.
*Statement of Ownership Pay Excluded from Scheduled Qualifying Wages*

The New Orleans Hornets NBA Limited Partnership is essentially
owned/controlled 100% by George Shinn. Mr Shinn has not claimed any wages
paid by the New Orleans Hornets NBA Limited Partnership and there are no
wages attributable to the owner in the gross payroll used to calculate the rebate.



EXHIBIT
A, 495

PLAINTIFFS 000974

Dockets.Justia.com

Allied Partnership

22-0378
through June 30, 2006
17431-6

**QUALITY JOBS PROGRAM**
**XTRADEMO? A**
**AFFIDAVIT OF ANNUAL CERTIFICATION**

| HIRE DATE | TERM DATE | JOB TITLE | STARTING WAGES/HR | Address, City, State Zip | TOTAL QUALIFYING WAGES | 6/30/2006 Q4 Wages | 3/31/2006 Q3 Wages | 12/31/2005 Q2 Wages | 9/30/2005 Q1 Wages | Q1 HOURS | Q2 HOURS | Q3 HOURS | Q4 HOURS | TOTAL HOURS | WEEKS WORKED | AVG. HRS WORKED | MED INS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/4/1993 | | BROADCAST | 51.17 | 172 Kilgore Court, Slidell, LA 70461 | 53,214.00 | | | 26,080.00 | 27,134.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2003 | 4/14/2006 | SALES | 20.26 | One Independence Way, #202, Franklin, MA 02038 | 21,074.00 | | | 17,666.00 | 4,008.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2005 | | SALES | 28.73 | 3748 Volanta Ave, Columbus, OH 43221 | 29,881.00 | | | 29,742.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2005 | | SALES | 38.65 | 13 View Place, Deshdahah, LA 70047 | 90,435.00 | | | 90,378.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 4/12/2005 | 4/12/2006 | ACCOUNTING | 64.23 | 14420 Awbrey Patent Dr, Centreville, VA 20120 | 66,899.00 | | | 38,585.00 | 28,314.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 4/21/1997 | 12/16/2005 | COMPUTER | 64.33 | | 135,371.00 | | | 135,321.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 10/1/2005 | 1/5/2006 | PLAYER | 291.39 | 1501 Good St, New Orleans, LA 70113 | 29,833.00 | | 29,833.00 | | | 0 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 9/1/2004 | | SCOUT | 28.68 | | 9,575.00 | | | 9,575.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/12/2004 | 5/20/2005 | PLAYER | 90.16 | 3682 Addie Pond Way, Marietta, GA 30064 | 45,885.00 | | 37,310.00 | 9,575.00 | 14,915.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/8/2005 | | BASKETBALL OPS | 19.39 | 4201 W Memorial Rd, #6101, Oklahoma City, OK 73134 | 20,160.00 | | 10,623.00 | 9,542.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/20/2004 | 5/31/2006 | SALES | 21.45 | 505 E Sixth Street, Unit 814, Charlotte, NC 28202 | 22,529.00 | | 12,297.00 | 8,917.00 | 4,010.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/2/1991 | | PLAYER | 54.40 | 10743 Ivory Coast River, Bradenton, FL 34212 | 52,428.00 | | 26,838.00 | 25,942.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/11/2004 | 7/12/2006 | PLAYER | 1,320.87 | 1277 Brentwood Road, Yardley, PA 19057 | 689,970.00 | | | 689,970.00 | | 0 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 9/2/2004 | 7/28/2005 | PLAYER | 631.21 | 5753 West T Ryan Lane, Laveen, AZ 85339 | 328,228.00 | | | 328,228.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/14/2005 | | GAMOPS | 59.44 | 1574 Faulk Rd, Las Vegas, NV 89117 | 81,914.00 | | | 81,914.00 | 27,716.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/10/1996 | | PLAYER | 362.70 | 5823 Peaches Drive, Miami, FL 33140 | 190,183.00 | | | 190,183.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/9/2004 | 7/12/2006 | PLAYER | 670.75 | 766 Chapwith Road, Garner, NC 27529 | 697,794.00 | | | 386,794.00 | 311,790.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 7/9/2004 | 7/12/2006 | PLAYER | 898.45 | 4 Makbury Lane, Millstone Township, NJ 08510 | 613,002.00 | | | 361,282.00 | 251,650.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2004 | | PLAYER | 21.54 | P.O. Box 1242, Oklahoma City, OK 73101 | 22,408.00 | | | 22,408.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/8/2005 | | SALES | 143.34 | 5617 Georgetown Road, Edmond, OK 73034 | 154,481.00 | | | 77,223.00 | 77,258.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/8/2005 | | BASKETBALL OPS | | 1483 SW 161st Ave, Pembroke Pines, FL 32027 | 229,750.00 | | | 229,750.00 | | 0 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 9/24/2005 | | PLAYER | 439.90 | 2 Euro Loop Drive, LaPlace, LA 70068 | 23,462.00 | 11,139.00 | 11,139.00 | | 12,322.00 | 520 | 520 | 520 | 0 | 2080 | 52.00 | 40.00 | YES |
| 7/24/2002 | | PLAYER | 21.84 | P.O. Box 384, Oklahoma City, OK 73101 | 26,635.00 | | | 19,387.00 | 7,248.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/8/2005 | | SALES | 31.16 | 4201 W Memorial Rd, #914, Oklahoma City, OK 73134 | 32,404.00 | | | 25,191.00 | 7,213.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/1/2005 | | ASST COACH | 45.24 | 5493 Marlow Avenue # B, Lawndale, CA 90260 | 299,931.00 | 74,317.00 | 74,317.00 | 23,524.00 | | 520 | 520 | 520 | 520 | 2080 | 52.00 | 40.00 | YES |
| 6/14/1988 | | ADMINISTRATION | 142.76 | 67 Maryland Dr, Mel Maple, LA 70065 | 24,718.00 | | | 19,810.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/8/1993 | | ADMINISTRATION | 143.79 | 2134 Marine Avenue # 8, Lawndale, CA 90260 | 44,175.00 | | | 21,547.00 | 22,628.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/21/1990 | | COMMUNITY REL | 22.48 | 1421 Sawgrass, Norman, OK 73072 | 15,112.00 | | | 15,112.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 6/11/1990 | | PUBLIC RELATION | 23.75 | P.O. Box 591, Oklahoma City, OK 73101 | 60,803.00 | | 44,978.00 | 14,695.00 | 10,050.00 | 520 | 520 | 0 | 0 | 1590 | 39.00 | 40.00 | YES |
| 7/8/2002 | | PLAYER | 1,076.27 | 344 St Joseph St, New Orleans, LA 70065 | 2,803,134.00 | 3,722.00 | 993,134.00 | | 10,024.00 | 520 | 520 | 520 | 0 | 1560 | 39.00 | 40.00 | YES |
| 7/8/2002 | | PLAYER | 1,256.39 | | 425,000.00 | 425,000.00 | | | | 0 | 0 | 0 | 520 | 520 | 13.00 | 40.00 | YES |
| 9/1/1986 | 1/11/2006 | BASKETBALL OPS | 27.39 | 1116 Rebecca Rad Dr, Slidell, LA 70461 | 28,385.00 | | 13,674.00 | 14,711.00 | | 520 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 8/1/2005 | | PLAYER | 1,048.71 | 510 Sand Hill Court, Marco Island, FL 34145 | 55,069.00 | 110,500.00 | 150,000.00 | 134,609.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 8/1/2005 | 3/20/2006 | MARCO SVCS | 166.17 | 6834 E Hummingbird Road, Paradise Valley, AZ 85253 | 55,309.00 | | 881,413.00 | 56,399.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 8/1/2005 | | BASKETBALL OPS | 480.77 | 10308 NW 38th Terrace, Yukon, OK 73099 | 500,000.00 | 200,000.00 | 250,000.00 | 9,267.00 | | 520 | 520 | 0 | 520 | 1040 | 26.00 | 40.00 | YES |
| 8/2/2004 | | ADMINISTRATION | 32.29 | 925 E Maryland St, Pagedale, SC 29728 | 35,112.00 | | 16,255.00 | 16,493.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 10/1/2005 | | ADMINISTRATION | 144.79 | 1224 Marlboro Ln, Nichols Hills, OK 73116 | 17,333.00 | | 17,333.00 | | | 0 | 520 | 0 | 520 | 520 | 13.00 | 40.00 | YES |
| 9/3/2004 | | PLAYER | 17.77 | P.O. Box 2131, Oklahoma City, OK 73101 | 18,493.00 | | 257,811.00 | | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 10/1/2005 | | GAME OPS | 31.27 | 2109 Yager Creek Pkwy, #7, Charlotte, NC 28273 | 32,516.00 | | 7,990.00 | | | 520 | 0 | 520 | 520 | 1040 | 26.00 | 40.00 | YES |
| 8/4/2005 | 8/4/2006 | SALES | 56.54 | 610 Moore Avenue, #10, Yonkers, NY 10704 | 63,439.00 | 7,307.00 | 28,189.00 | 15,886.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 9/1/1988 | | PLAYER | 61.00 | 4444 Avenue M, Tarrant, NY 11005 | 31,716.00 | | 31,716.00 | 32,283.00 | | 520 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 3/10/2006 | 12/31/2006 | ASST COACH | 148.32 | 11 N Sagewood Blvd, #776, Manhattan Beach, CA 90265 | 154,334.00 | | | 84,390.00 | 69,856.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 8/1/2005 | | TICKET OPS | 12.74 | 480 Old Mill Drive, Columbus, OH 43230 | 29,666.00 | | | 8,170.00 | 21,970.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 5/17/2004 | 11/14/2005 | COMMUNITY REL | 28.43 | P.O. Box 1214, Oklahoma City, OK 73101 | 13,074.00 | | | 7,959.00 | 7,959.00 | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/9/2004 | | SALES | 21.10 | 2543 West Kings Ave, Peoria, AZ 85382 | 10,370.00 | | | 10,670.00 | | 260 | 260 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 9/1/1993 | | SALES | 66.28 | 10013 Bella Vista, Wichita, KS 67212 | 35,547.00 | 105.00 | 35,633.00 | 24,970.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 6/8/2005 | | ADMINISTRATION | 66.31 | 220 Summit Rd, #S9, Broomfield, CO 80021 | 13,871.00 | 13,871.00 | 13,871.00 | 6,833.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 2/12/2011 | 11/14/2005 | SALES | 89.10 | 16122 Parkit Drive, Little Rock, AR 72212 | 4,257,001.00 | | 2,952,188.00 | 1,304,819.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 7/15/2004 | | ASST COACH | 109.18 | | 165,347.00 | | 82,760.00 | 82,773.00 | | 520 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |

PLAINTIFFS 000975

PLAINTIFFS 000976

| | Address | | | | | Total | | | | | | | Rate | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551.77 | 469 Foxtail Lane, Plano, TX 75024 | 34,723.00 | 26,780.00 | 26,780.00 | | 98,283.00 | 1660 | 0 | 0 | 1660 | 4.00 | 40.00 | YES |
| 59.64 | 513 Nichols St, West Monroe, LA 71291 | 7,647.00 | 14,561.00 | | 500.00 | 53,670.00 | 520 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 45.69 | 2021 BlueBonnet Lane, # 109, Austin, TX 78704 | 12,435.00 | 11,323.00 | | 9,329.00 | 22,761.00 | 160 | 0 | 0 | 690 | 17.00 | 40.00 | YES |
| 161.73 | 9413 Normandy Ridge Ln, Austin, TX 78739 | 57,265.00 | 43,564.00 | | | 109,973.00 | 520 | 0 | 0 | 1040 | 28.00 | 40.00 | YES |
| 31.30 | | 8,239.00 | 8,452.00 | | | 17,991.00 | 520 | 0 | 0 | 760 | 19.00 | 40.00 | YES |
| 37.54 | 6500 NW Grand Blvd, # 192, Oklahoma City, OK 73116 | | 28,534.00 | | | 28,534.00 | 240 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 31.82 | 1933 Cedar Prairie Lane, Edmond, OK 73003 | 10,746.00 | 17,788.00 | | | 16,544.00 | 520 | 0 | 0 | 860 | 22.00 | 40.00 | YES |
| 21.44 | 412 Turning Leaf Place, Brentwood, TN 37027 | | 18,244.00 | | | 18,803.00 | 360 | 0 | 0 | 160 | 4.00 | 40.00 | YES |
| | 2912 West Oak Street, Sioux Falls, SD 57105 | 6,185.00 | 10,978.00 | | | 51,631.00 | 0 | 0 | 0 | 10 | 0.35 | 40.00 | YES |
| 322.69 | 7014 N 23rd Way, Phoenix, AZ 85020 | | 51,631.00 | | | 1,479.00 | 16 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 147.30 | 957 South Iork Drive, Draper, UT 84020 | | 1,479.00 | | | 156,358.00 | 520 | 0 | 0 | 160 | 4.09 | 40.00 | YES |
| 150.34 | P. O. Box 482, Clanton, AL 62289 | 37,221.00 | 119,137.00 | | | 42,825.00 | 160 | 0 | 520 | 520 | 13.00 | 40.00 | YES |
| 266.41 | 301 NW 151st Street, Vancouver, WA 98665 | | 42,625.00 | | 61,875.00 | 61,875.00 | 0 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 118.99 | 16700 Weight Ferry Road, Charlotte, NC 28278 | 40,307.00 | 40,000.00 | | | 80,307.00 | 520 | 0 | 0 | 800 | 20.00 | 40.00 | YES |
| 77.22 | 43 Vista Marin Drive, San Rafael, CA 94903 | 33,727.00 | 75,000.00 | | | 108,727.00 | 260 | 0 | 0 | 1040 | 28.00 | 40.00 | YES |
| 135.91 | 5011 Eagleton Way, Granite Bay, CA 95746 | 7,891.00 | 7,888.00 | | | 15,789.00 | 520 | 0 | 0 | 1040 | 28.00 | 40.00 | YES |
| 15.18 | 155 Shannon Drive, Martinsville, OK 70446 | 749,719.00 | 724,723.00 | | | 1,674,442.00 | 520 | 0 | 0 | 240 | 6.30 | 40.00 | YES |
| X 417.72 | #VALUE! | | 252,120.00 | | | 252,120.00 | 240 | 0 | 0 | 240 | 6.00 | 40.00 | YES |
| 1,000.00 | 693-5 Duffosat, New Orleans, LA 70115 | 12,317.00 | 11,330.00 | | | 23,647.00 | 520 | 0 | 520 | 2080 | 52.00 | 40.00 | YES |
| 22.74 | 2857 Classen Blvd, # 11203, Norman, OK 73071 | 250,000.00 | 208,333.00 | 291,667.00 | 200,000.00 | 550,000.00 | 520 | 520 | 0 | 160 | 4.00 | 40.00 | YES |
| 456.73 | 1087 16th Street, # 8, Santa Monica, CA 90403 | | 10,735.00 | | | 10,739.00 | 0 | 0 | 0 | 520 | 13.00 | 40.00 | YES |
| 27.80 | 315 Deeley Street, Daytona Beach, FL 32114 | | 8,200.00 | | | 8,239.00 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 16.63 | 8081 W Memorial Rd, # 8101, Oklahoma City, OK 73134 | 15,161.00 | 14,080.00 | | 23,142.00 | 29,241.00 | 520 | 0 | 520 | 2080 | 52.00 | 40.00 | YES |
| 28.12 | P. O. Box 979, Oklahoma City, OK 73101 | 4,762.00 | 32,469.00 | 21,795.00 | | 82,159.00 | 360 | 0 | 0 | 800 | 22.00 | 40.00 | YES |
| 3.30 | 1933 Ocean Pines Terrace, Jupiter, FL 33477 | 4,950.00 | 56,104.00 | | | 61,054.00 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 68.38 | 1485 Tchoupitoulas, #11313, New Orleans, LA 70113 | 4,878.00 | 30,164.00 | | | 35,042.00 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 33.69 | 8917 334th Street SW, Edmonds, WA 98026 | | 12,326.00 | | | 25,766.00 | 520 | 0 | 0 | 1040 | 28.00 | 40.00 | YES |
| 24.76 | 2857 Classen Blvd, Apt 1202, Norman, OK 73071 | 154,720.00 | 806,152.00 | | | 806,152.00 | 520 | 0 | 0 | 1040 | 26.00 | 40.00 | YES |
| 923.34 | Fedex, 3333 West Av NW 850, Washington, DC 20015 | | 39,583.00 | | | 39,583.00 | 160.00 | 0 | 0 | 160 | 4.00 | 40.00 | YES |
| 247.39 | 2000 Segnette Blvd, Westwego, LA 70074 | | | | | | | | | | | | |
| | | 12,116,660.00 | 15,945,574.00 | 2,042,707.00 | 1,193,539.00 | 31,297,371.00 | | | | | | | |

*(handwritten notes:) 6,381,214 · Pocket 11,464,401 · 28,005,548 Pocket · 3,818,323*

PLAINTIFFS 000977



# LOUISIANA BLUE
## HEALTH PLANS

# HMO

# CONTRACT

# For

# GROUP COVERAGE

## By



## HMO Louisiana, Inc.

A subsidiary of Blue Cross and Blue Shield of Louisiana,
independent licensees of the Blue Cross and Blue Shield Association.

P. O. Box 98024
Baton Rouge, Louisiana  70898-9024

PLAINTIFFS 000978



**HMO Louisiana, Inc.**
A subsidiary of Blue Cross and Blue Shield of Louisiana,
Independent licensees of the Blue Cross and Blue Shield Association.

SCHEDULE OF BENEFITS
HMO CONTRACT

**GROUP NAME**
Charlotte Hornets NBA Limited Partnership

**GROUP NUMBER**
76977-HMO

**GROUP'S ORIGINAL BENEFITS PLAN DATE**
August 1, 2002

**GROUP'S ANNIVERSARY DATE**
August 1st

## PLAN 15 SCHEDULE OF BENEFITS

| | |
|---|---|
| Lifetime Maximum Benefit | $2,000,000 for all providers combined |
| Benefit Period | Calendar Year for all providers |

### PRESCRIPTION DRUGS

| | RETAIL | MAIL |
|---|---|---|
| Generic | $10 | $30 |
| Preferred Brand | $20 | $60 |
| Non-preferred Brand | $40 | $120 |
| Dispensing limitation per prescription or refill | 30 day supply | 90 day supply |

Article XV, item 13., H. is deleted. Benefits are available for Contraceptive drugs.

00-00188 1001R
PMNLT

PLAINTIFFS 000979

## PREGNANCY CARE

...efits are available for Pregnancy Care.

## COPAYMENTS AND COINSURANCE

| | NETWORK | DEPENDENT OUT-OF-AREA |
|---|---|---|
| | Coinsurance shown as Company-Member responsibility<br>Copayments shown are the Member's responsibility | |
| ...tpatient visits for the following services:<br>Primary Care Physician's office visits, including Preventive and Wellness Care office visits, for the following Physician specialties:<br>• General Practice<br>• Family Practice<br>• Pediatrics<br>• Internal Medicine<br>Allied Health Professional office visits for the following specialties:<br>• Chiropractor<br>• Physician's Assistant<br>Speech Therapy, limited to 20 visits each Benefit Period.<br>Physical Therapy<br>Occupational Therapy<br>Cardiac Rehabilitation<br>Routine Physical Examinations | $20 per visit | 80%-20%<br><br><br><br><br><br><br><br><br><br><br><br><br><br>$150 maximum each Benefit Period for Routine Physical Examinations. |
| ...tpatient visits for Specialists and Allied ...alth Professionals office visits for providers ...included above, including Preventive ...Wellness Care office visits | $35 per visit | 80%-20% |
| ...ion Care Exam, limited to 1 exam in a 24 ...th period. | $35 per visit | $35 per visit |
| ...ent Care Center | $50.00 per visit | 80%-20% |

PLAINTIFFS 000980

## COPAYMENTS AND COINSURANCE

| | NETWORK | DEPENDENT OUT-OF-AREA |
|---|---|---|
| Emergency Room or Out-of-Service Area Emergency | $100 per visit | 80%-20% |
| Ambulance Services | $50 per trip | 80%-20% |
| Ambulatory Surgical Facility | $200 per surgical visit | 80%-20% |
| Inpatient Hospital Admission, all Inpatient Hospital services included | $200 per day for the first 3 days of the Admission | 80%-20% |
| Physician's services for Pregnancy Care Services received for Pregnancy Care from a Hospital, Emergency Room, Urgent Care Center or Ambulatory Surgical Center are subject to the applicable Copayments shown for each, if any. | $35 per pregnancy | 80%-20% |
| Durable Medical Equipment, Prosthetic Appliances and Orthotic Devices | 80%-20% | 80%-20% |
| Inpatient and Outpatient services for which a copayment is not applicable (except Inpatient Medical Services listed in Article IV, B.) | 90%-10% | 80%-20% |
| Services for:<br>• Home Health Care, limited to 60 visits each Benefit Period<br>• Hospice, limited to 180 days each Benefit Period<br>• Skilled Nursing Facility, limited to 90 days each Benefit Period | 90%-10% | 80%-20% |
| All other services | 90%-10% | 80%-20% |

## DEDUCTIBLE/OUT-OF-POCKET AMOUNT

| | NETWORK | DEPENDENT OUT-OF-AREA |
|---|---|---|
| Benefit Period Deductible | $0 | $250 |
| Family Benefit Period Deductible (Aggregate) | $0 | $750 |
| Out-Of-Pocket Maximum | $1,500 | $1,000 |
| Family Out-Of-Pocket Maximum (Aggregate) | $3,000 | $3,000 |

PLAINTIFFS 000981

## MENTAL DISORDERS/ALCOHOL AND/OR DRUG ABUSE

**TWORK AND DEPENDENT OUT-OF-AREA SERVICES COMBINED**

nsurance and Inpatient Hospital Copayments for Mental Disorders, Alcohol and/or Drug
use are the same as for any other illness except for the following:
The Member's Coinsurance and the Inpatient Hospital Copayment for Mental Disorders are eligible
for satisfying the Out-of-Pocket Maximum.
The Member's Coinsurance and the Inpatient Hospital Copayment for Alcohol and/or Drug Abuse
are not eligible for satisfying the Out-of-Pocket Maximum. The Coinsurance Amount and
applicable Copayments will remain unchanged after the Out-of-Pocket Maximum is satisfied.

| | NETWORK | DEPENDENT OUT-OF-AREA |
|---|---|---|
| ...sician's office visit copayment for Mental ...orders, Alcohol and/or Drug Abuse | $35 per visit | 80%-20% |

**...ATIENT SERVICES** — MAXIMUM

| | MAXIMUM |
|---|---|
| ...tal Disorders | 45 days each Benefit Period |
| ...hol and/or Drug Abuse | 3 days each Benefit Period |

**...TPATIENT SERVICES** — MAXIMUM

| | MAXIMUM |
|---|---|
| ...tal Disorders | 52 visits each Benefit Period |
| ...hol and/or Drug Abuse | 20 visits each Benefit Period |

## ORGAN AND TISSUE TRANSPLANTS

Benefits are subject to applicable deductible, coinsurance, Inpatient and Outpatient copayments.
Organ and tissue transplants and evaluation for a Member's suitability for organ and tissue transplants
will not be covered unless a Member obtains written Authorization from Us prior to services being
rendered.
Acquisition Expense Maximum accrues to the Organ and Tissue Transplant Maximum, if any.
Benefits paid will accrue to the Maximum Lifetime Benefit.

| | NETWORK | DEPENDENT OUT-OF-AREA |
|---|---|---|
| ...an and Tissue Transplant Maximum | Same as for any other illness | $250,000.00 per lifetime |
| ...uisition Expense Maximum | $50,000.00 for each transplant | $50,000.00 for each transplant |

## PRIVATE DUTY NURSING

Benefits for Private Duty Nursing are limited to a maximum payment of $5,000.00 each Benefit
Period for each member.

4

PLAINTIFFS 000982

## AUTHORIZATION OF ADMISSIONS

All Admissions must be authorized.

Requests for Authorization of all Admissions and for Concurrent Review of an Admission in progress must be made to HMO Louisiana, Inc. by calling 1-800-376-7973.

If a request for Authorization or Concurrent Review is denied, the Admission will not be covered.

## AUTHORIZATION FOR OUTPATIENT SERVICES AND SUPPLIES

The following Outpatient services and supplies require Authorization prior to services being rendered.

- These services are not covered unless Authorization is obtained.
- Requests for Authorization must be made to HMO Louisiana, Inc. by calling 1-800-376-7973.
- Refer to the "Authorization of Services" section in this Contract for complete information.

- Alcohol and Drug Services
- Cardiac Rehabilitation
- Covered Dental Services
- Dialysis
- Durable Medical Equipment (Greater than $300.00)
- Home Health Care
- Hospice
- Hyperbarics
- Infusion Therapy not performed in a Physician's office, other than chemotherapy
- Low Protein Food Products
- Mental Health Services
- M.R.I.
- M.R.A.
- Occupational Therapy
- Orthotic Devices
- All outpatient surgical procedures not performed in a Physician's office.
- All outpatient non-surgical procedures not performed in a Physician's office, other than x-ray and laboratory work
- PET Scans
- Physical Therapy
- Designated Prescription Drugs
- Private Duty Nursing
- Prosthetic Appliances
- Speech Therapy
- Non-Emergency Transportation

PLAINTIFFS 000983

## AUTHORIZATION FOR PRESCRIPTION DRUGS

following Prescription Drugs require Authorization prior to services being rendered to receive
work Benefits. Requests for Authorization must be made to HMO Louisiana, Inc. by calling 1-
876-7973. Authorization is not required for Dependent Out-of-Area Benefits.

Growth hormones
Anti tumor necrosis factor drugs* (Enbrel®, Remicade®)
Intravenous immune globulin
Inteferons* (Rebetron®, IntronA®, Peg-Intron®)
Monoclonal antibodies* (Synagis®)
Hyaluronic acid derivatives for joint injection* (Synvisc®, Hyalgan®)

*all include all drugs that are in this category.

## WAITING PERIOD

**ve Employees:**

Eligibility date is the first billing date on or after one (1) calendar month of employment.

enrollment form is signed prior to or on the eligibility date and received within thirty (30) days of
igibility date, Benefits will become effective on the eligibility date. If the enrollment form is
d within thirty-one (31) days following the eligibility date (initial period of eligibility) and
ved within thirty (30) days of the date of signature, Benefits will become effective on the date of
ture. If the enrollment form is not signed within thirty-one (31) days following the eligibility date
ecial Enrollment Period as described in the Benefit Plan, the Employee and/or any eligible
ndent(s) shall not be eligible to enroll for coverage until the next Open Enrollment Period and the
oyee and/or Dependent shall be considered a Late Enrollee and subject to the eighteen (18) month
xisting Condition exclusion period.

## PRE-EXISTING CONDITION EXCLUSION PERIOD

xclusion for a Pre-Existing Condition is applicable as stated in 'Limitations And Exclusions'.
mber may receive credit toward this exclusionary period for any time he served toward a Pre-
ng Conditions exclusionary period under his prior coverage. See the Contract for complete

PLAINTIFFS 000984

## READ CAREFULLY

It is agreed that the Group will maintain standard percentage of enrollment of 75% of all eligible employees.

It is agreed that new employees will apply for coverage immediately, to be effective according to the eligibility requirements as stated in the Eligibility Section of this Schedule of Benefits.

New employees who do not exercise the option to enroll themselves or their eligible Dependents during their initial period of eligibility will be subject to eligibility requirements as stated in the Eligibility Section of this Schedule of Benefits.

It is agreed that the Contract date and the Effective Date of the coverage of employees is subject to the approval of our home office.

It is agreed that HMO Louisiana, Inc. will be the exclusively endorsed carrier for selected coverage(s).

All employees in the Group are full-time (30 hours per week minimum).

This document certifies that the Group was offered: (1) coverage the same as any other illness for: (a) mental disorders and (b) alcohol and/or drug abuse as stated on the Application for Group Coverage and that the Group has made the elections noted thereon.

All information detailed in this agreement is correct to the best of my knowledge.

The Group will notify our Membership & Billing Department of a Member's termination of coverage by the end of the month for which that Member's premiums have been paid. Group will also submit to the Membership & Billing Department evidence of a Member's election of any applicable COBRA or state continuation of coverage following such termination within three business days of Group's receipt of signed continuation forms from the Member.

_____        _____
Group Executive                         Date

_____        August 13, 2002
Underwriter's Approval                  Date

Licence Number:  2002199018

PLAINTIFFS 000985

HMO Louisiana, Inc.

("Company")

P. O. Box 98024

Baton Rouge, Louisiana   70898-9024

has issued this

HMO Louisiana, Inc. Contract

76977-HMO

Charlotte Hornets NBA Limited Partnership

oup"), as of   **August 1, 2002**   (Contract Date) and agrees to provide benefits as specified for Subscribers
e Group and their eligible Dependents.  A word used in the masculine gender applies also in the feminine
er except where this Contract states otherwise.

itness Whereof, both the Company and the Group have signed this Contract through their respective
rized officers.

*Kathryn M. Sullivan*
Kathryn M. Sullivan, CPA, CLU
President and Chief Executive Officer

00004 1001R

PLAINTIFFS 000986

# QUALITY JOBS PROGRAM
## AFFIDAVIT OF ANNUAL CERTIFICATION

CONTRACT #    2002-0278

Before me, the undersigned authority, personally came and appeared _____ Paul Mott _____
COMPANY REPRESENTATIVE

who being first duly sworn did depose and say:  That he/she is _____ President _____ of
TITLE

_____ New Orleans Hornets NBA Limited Partnership _____ .  The said contract number shown above covers a business
COMPANY

in the parish(s) of _____ Orleans _____ .  This affidavit is for the specific purpose of verifying all
PARISH

information contained in this Annual Certification to be true and correct.

ANNUAL REVIEW RECAP:

| COMPANY'S TAX YEAR BEING REPORTED: | | | (MM/DD/YYYY TO MM/DD/YYYY) | |
|---|---|---|---|---|
| | | 07/01/2004 TO 06/30/2005 | | |
| | TOTALS | | | TOTALS |
| Number of New Employees | 107 | Hours Worked by All New Employees | | 235,320 |
| Number of New Direct Jobs Over Last Year | 46 | Total Gross Wages Above 1 3/4 Min. Wage ($9.01/hr.) | $ ▓▓▓ | |
| | | 2 1/4 Min. Wage ($11.59/hr) | $ ▓▓▓ | |
| ESTIMATED TAX CREDIT EARNED: | $ ▓▓▓ | (Combined Total from Spreadsheet) | | Total Gross Wages |
| | | | | $ 61,247,991 |

| BASIC HEALTH PLAN | | − 372,601 |
|---|---|---|
| 100 | % Insurance Premium Paid by Employer for Single coverage for employees earning < $50K annually | ▓▓▓ |
| 100 | % Insurance Premium Paid by Employer for Single coverage for employees earning > $50K annually | ▓▓▓ |
| 100 | % Insurance Premium Paid by Employer for Family coverage (where chosen by the employee) | ▓▓▓ |

NOTE: THE FOLLOWING SUPPORTING DOCUMENTATION MUST ACCOMPANY THE AFFIDAVIT.

1. Attach supporting quarterly employee/payroll reports on the prescribed format requested (see example).
2. Attach a copy of the tax form requesting the tax credit or a copy of the equation/calculation that determined the tax credit being claimed

3. Attach a brief explanation of the insurance policy.  If the insurance coverage has changed, please submit a copy of the new policy.
4. Provide copies of the quarterly wage reports (ES-4's) filed with the Department of Labor for the same time period.

State of _____ Oklahoma _____

Parish or County of _____ Oklahoma _____

Sworn to and subscribed before me this  31  day of  October , 20 05 .

_____ Diane Dies _____
NOTARY    # 01004628

My Commission Expires 4/22/09

_____ (signature) _____
COMPANY OFFICIAL'S SIGNATURE

_____ President _____
TITLE

| Contact Person:  Address and Phone # | Establishment Location:  Physical Address and Phone # |
|---|---|
| Gary Dressler<br>KPMG, LLP<br>909 Poydras Street, Suite 2900<br>New Orleans, LA 70112<br>(504) 584-1061 | New Orleans Hornets NBA Limited Partnership<br>1501 Girod Street<br>New Orleans, LA 70113<br>(504) 301-4090 |

Please return original and 2 copies with $100 to :

Quality Jobs Program Manager
Resource Services Division of
Louisiana Economic Development
Post Office Box 94185
Baton Rouge, Louisiana  70804-9185

PLAINTIFFS 000987

Affidavit of Annual Certification .doc
1/27/04

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

| Job Title | Starting Wage/hr | Address, City, State, Zip | Q1 Wages 9/30/2001 | Q2 Wages 12/31/2001 | Q3 Wages 10/31/2002 | Q4 Wages 6/30/2002 | Total Qualifying Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Avg Wkg Hrs (Ref) Worked |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

3o2/ 2⁴⁷

PLAINTIFFS 000988

QUALITY JOBS PROGRAM
ATTACHMENT A
TO
AFFIDAVIT OF ANNUAL CERTIFICATION

ns Hornets NBA Limited Partnership

...LA 70113
reet
s Contract # 2002-0276
July 1, 2004 through June 30, 2005
kers Insurance # 5176771-6

Page 2 of 3

| Name | Hire Date | Term Date | Title | Job Title | Starting Weight | Address, City, State, Zip | Q1 Wages | Q2 Wages | Q3 Wages | Q4 Wages | Total Gr/Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Weeks Worked | Hrs Per Week Worked Qu. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PLAINTIFFS 000989

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

New Orleans Hornets NBA Limited Partnership
501 Girod Street
New Orleans, LA 70113
Quality Jobs Contract # 2002-0278
Fiscal Year: July 1, 2004 through June 30, 2005
Unemployment Insurance # ST/67T-6

| Name | Hire Date | Term Date | Job Title | Starting Wage/Hr | Address, City, State, Zip | Q1 2004/2005 Q1 Wages | Q2 2004/2005 Q2 Wages | Q3 2004/2005 Q3 Wages | Q4 2004/2005 Q4 Wages | Total Qualifying Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Avg Hrs Worked/Wk | Med Ins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/22/2002 | | CREATIVE SVCS | 14.7 | 2320 N. Pine Grove Ln, Harvey, LA 70058 | 7,164.00 | | 6,711.00 | 7,310.00 | 21,185.00 | 520 | | 520 | 520 | 2080 | | 52 | 40 YES |
| | 6/29/2004 | 7/25/2004 | COMMUNITY RELS | 12.71 | 6600 Pinelia Drive, LA 70123 | 3,615.00 | | 6,620.00 | 5,975.00 | 20,800.00 | | | | | | | | 40 YES |
| | 6/29/2003 | | MASCOT | 19.23 | 2819 Place St, Metairie, LA 70001 | 6,506.00 | | 1,661.00 | 5,837.00 | 15,733.00 | | | 160 | 140 | 960 | | | 40 YES |
| | 11/4/2004 | | FAN RELATIONS | 12.73 | 15 Peacadero Street, Metairie, LA 70005 | | | 2,931.00 | 5,935.00 | 26,330.00 | 240 | | | | | 13 | | 40 YES |
| | 8/20/2003 | | VP COMMUNICATIONS | 10.93 | 113 Carmen Drive, Jefferson, LA 70121 | 25,594.00 | | 2,310.00 | 7,556.00 | 43,155.00 | 520 | | 520 | 520 | 2080 | | 52 | 40 YES |
| | 12/23/2003 | | SALES | 21.73 | 3915 Branda Et., NO LA 70119 | 2,794.00 | | 11,611.00 | 11,072.00 | 84,702.00 | | | 520 | 520 | 2080 | | | 40 YES |
| | 4/29/1999 | | GO FAIRS | 190.89 | 16 Rue Latour Street, Metairie, LA 70005 | 11,069.00 | | 11,552.00 | 32,452.00 | 1,445,060.00 | | | 520 | 520 | 2080 | | | 40 YES |
| | 8/25/2004 | | GO FAIRS | 16.52 | 133 Decatur Drive, NO LA 70123 | | | | | 141,523.00 | | | 240 | 240 | 960 | | | 40 YES |
| | 12/9/2003 | | VP MKTG SALES | 21.73 | 30580 Gole Lane, Pasadena, LA 70115 | 34,466.00 | | 1,455,000.00 | 35,455.00 | 32,555.00 | 520 | | 520 | 520 | 2080 | | | 40 YES |
| | 4/29/1998 | | SALES | 34.25 | 35 Southern Oaks, NO LA 70121 | 7,933.00 | | 8,535.00 | 6,295.00 | 248,740.00 | | | | 520 | | | 36 | 40 YES |
| | 8/23/2004 | | GO FAIRS | 20.31 | 28 Bread Oaks Drive, NO LA 70434 | | | 9,660.00 | 83,571.00 | 28,095.00 | | | 480 | 480 | 960 | | 24 | 40 YES |
| | 12/30/2003 | | VP MKTG SALES | 62.19 | 30555 Oak Lane, Pasadena, LA 70115 | | | 99,480.00 | 6,860.00 | 27,442.00 | | | 520 | 520 | 1560 | | 30 | 40 YES |
| | 6/26/2003 | | AVIATION | 15.74 | 1365 EB Elk St., New Orleans, LA 70121 | 8,295.00 | | 7,561.00 | 6,678.00 | 102,076.00 | 520 | | 520 | 520 | 2080 | | | 40 YES |
| | 7/15/2002 | | VIDEOGRAPHER | 343.76 | 413 Turfing Leaf Place, Brentwood, TN 37027 | 10,005.00 | | 10,912.00 | 124,620.00 | 767,150.00 | 240 | | 240 | 240 | 960 | | 19 | 40 YES |
| | 7/15/2003 | | PLAYER | 15.47 | 424 Aris Avenue, Metairie, LA 70015 | | | 521,130.00 | 124,593.00 | 9,170.00 | | | 520 | 520 | 2080 | | | 40 YES |
| | 8/1/2003 | | PLAYER | 19.96 | 1501 Giralda, New Orleans, LA 70115 | | | 122,293.00 | 2,726.00 | 255,402.00 | | | 520 | 520 | 2080 | | | 40 YES |
| | 11/19/2004 | 6/10/2005 | PUBLIC RELS | 260.33 | 1923 N. Bell Place, Scottsdale, AZ 85255 | 1,625.00 | | 4,793.00 | 6,567.00 | 27,723.00 | | | 520 | 520 | 1560 | | 34 | 40 YES |
| | 8/12/2002 | | TICKET OPS | 425.78 | 310 NW 131st Street, Vancouver, WA 98685 | 45,266.00 | | 84,092.00 | 662,311.00 | 2,267,489.00 | | | 520 | 520 | 2080 | | | 40 YES |
| | 7/1/2003 | | PLAYER | 4.17 | 3300 Pointe St. #773, Metairie, LA 70002 | 6,866.00 | | 78,895.00 | 2,660,174.00 | 6,311,438.00 | | | 520 | 520 | 2080 | | | 40 YES |
| | 1/21/2005 | | PLAYER | 123.76 | 423 Canal Street, Metairie, LA 70144 | 158,223.00 | | 562,263.00 | 12,555.00 | 42,349.00 | 520 | | 520 | 448 | 1260 | | 26 | 40 YES |
| | 12/22/2004 | 2/15/2005 | RECPT, SALES & ENTERTAIN | 12.33 | 155 Shannon Drive, Kenner, LA 70065 | 2,600,000.00 | | 2,660,714.00 | 12,505.00 | 50,027.00 | 320 | | 320 | 448 | 520 | | | 40 YES |
| | 1/9/2005 | | RF STOCK SALES | 1,269.76 | 105 Oakland St, Bishof, Kenner, LA 70074 | 12,965.00 | | 16,504.00 | 5,732.00 | 16,523.00 | 480 | | | 320 | 520 | | | 40 YES |
| | 7/1/2002 | 9/10/2002 | RECEPTIONIST | 6,129.05 | 10354 Driftwood, NO LA 70124 | 11,000.00 | | 4,451.00 | 354,604.00 | 831,260.00 | | | 520 | 520 | 1640 | | | 40 YES |
| | 7/1/2003 | | COACH | 26.91 | 6191 Lunette Pl., Metairie, LA 70131 | | | 4,391.00 | 305,800.00 | 46,144.00 | | | 440 | 520 | 520 | | | 40 YES |
| | 6/16/2003 | | GAME OPS | 38.76 | 314 Uberdad Drive, Metairie, LA 70119 | | | | 1,516.00 | 786,040.00 | | | 520 | 520 | 520 | | | 40 YES |
| | 7/7/1998 | 3/24/2005 | ACCOUNTANT | 12.91 | 1562 Roger Williams, NO LA 80050 | 10,957.00 | | 12,825.00 | 429,720.00 | 620,546.00 | | | 520 | 520 | 160 | | | 40 YES |
| | 6/16/2003 | | GAME OPS | 880.15 | 7214 Le Dove Ln, LA 70019 | | | | 310,623.00 | 1,310.00 | | | | | | | | |
| | 6/21/2005 | | SALES | 525.18 | 235 Upland Vista, Vista, Vista, AZ 85251, Wash SC 2 | | | 206,845.00 | 21,582,000.00 | 14,313,823.00 | | | | | | | | |
| | 11/10/2004 | | PLAYER | 737.33 | c/o SFX Financial, 5335 Wisc..., NW 3FD, Wash SC 2 | | | | | | | | | | | | | |
| | 12/1/2005 | | BROADCAST | 546.71 | 2000 Bignade Blvd, Westwego, LA 70374 | | | | | 4,124,921.00 | 200,842.00 | 17,155,948.00 | 21,765,043.00 | 61,247,583.00 | | 63,120.00 | 63,120.00 | 63,120.00 | 61,400.00 | 251,320.00 |
| | 10/22/2005 | | PLAYER | | | | | | | | | | | | | | | | |
| | 5/1/2003 | | PLAYER | | | | | | | | | | | | | | | | |
| | 6/16/2004 | | | | | | | | | | | | | | | | | | |

PLAINTIFFS 000990

QUALITY JOBS PROGRAM
ATTACHMENT B
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

**New Orleans Hornets NBA Limited Partnership**
Quality Jobs Contract # 2002-0278
Fiscal Year: July 1, 2004 through June 30, 2005

*Supplemental Information*

Item 1:
  *Explanation of Difference in Quarterly Gross Wage Totals and Quarterly Wage Report Totals*

  The differences in the quarterly gross wage totals on the Annual Quarterly Review Report and the quarterly wage totals on the Quarterly Report of Wages Paid (ES-4) is due to the exclusion of part-time employees or employees paid less than $9.01 per hour that do not qualify for the program.

Item 2:
  *Explanation of Health Insurance Policy*
  The health insurance coverage has not changed from the application.

Item 3:
  *Calculation of Tax Credit Claimed*

  | | | |
  |---|---|---|
  | 2004/2005 Total Gross Wages | $ | ██████ |
  | Times Benefit Rate | | 5.00% |
  | Tax Credit Earned / Rebate Requested | $ | ██████ |

Item 4:
  *Explanation of Ownership*
  The New Orleans Hornets NBA Limited Partnership has one General Partner:
      Shinn Management, L.L.C. - Controlled by George Shinn
    In addition there are two Limited Partners:
      Shinn Acquisitions, L.L.C.
      Shinn Holdings, L.L.C.

  *Statement of Ownership Pay Excluded from Scheduled Qualifying Wages*
  The New Orleans Hornets NBA Limited Partnership is essentially owned/controlled 100% by George Shinn.  Mr Shinn has not claimed any wages paid by the New Orleans Hornets NBA Limited Partnership and there are no wages attributable to the owner in the gross payroll used to calculate the rebate.

PLAINTIFFS 000991

NEW ORLEANS HORNETS

| REF. NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 010716 | CR100704 | 10/12/2004 | 100.00 | 100.00 | 0.00 | 100.00 |

R E C E I V E D

OCT 14 2004

RESOURCE SERVICES

PLAINTIFFS 000992



909 Poydras Street
Suite 2900
New Orleans, LA 70112

Telephone 504 523 5000
Fax 504 529 1518

October 13, 2004

SENT VIA CERTIFIED MAIL

Mr. John Jernigan
Louisiana Department of Economic Development
P.O. Box 94185
Baton Rouge, LA 70804

**Quality Jobs Program, Contract #2002-0278**
**New Orleans Hornets NBA Limited Partnership**

Dear John:

Enclosed is the Affidavit of Annual Certification for the period of July 1, 2003 through June 30, 2004 of the New Orleans Hornets NBA Limited Partnership for their participation in the Quality Jobs Program. Per the instructions one original and two copies are included as well as a check in the amount of $100. Please accept the enclosed documents on behalf of our client.

Should you have any questions regarding this matter, please contact me at (504) 584-1061.

Very truly yours,

KPMG LLP

Gary R. Dressler
*Senior Manager, Tax*

*cc:*
Barbara C. Booth - New Orleans Hornets

R E C E I V E D

OCT 1 4 2004

RESOURCE SERVICES

 KPMG LLP. KPMG LLP, a U.S. limited liability partnership, is
a member of KPMG International, a Swiss association.

PLAINTIFFS 000993

# QUALITY JOBS PROGRAM
## AFFIDAVIT OF ANNUAL CERTIFICATION

CONTRACT #    2002-0278

Before me, the undersigned authority, personally came and appeared _____ Barbara Booth _____
                                                                                                 COMPANY REPRESENTATIVE

who being first duly sworn did depose and say:  That he/she is _____ Vice President of Finance _____ of
                                                                                         TITLE

_____ New Orleans Hornets NBA Limited Partnership _____ .  The said contract number shown above covers a business
                                     COMPANY

in the parish(s) of _____ Orleans _____ .  This affidavit is for the specific purpose of verifying all
                                       PARISH

information contained in this Annual Certification to be true and correct.

ANNUAL REVIEW RECAP:

COMPANY'S TAX YEAR BEING REPORTED:        *(MM/DD/YYYY TO MM/DD/YYYY)*

07/01/2003  TO  06/30/2004

|  | TOTALS |  | TOTALS |
|---|---|---|---|
| Number of New Employees | 142 | Hours Worked by All New Employees | 231,160 |
| Number of New Direct Jobs Over Last Year | 37 | Total Gross Wages Above 1 3/4 Min. Wage ($9.01/hr.) | $ ████ |
|  |  | 2 1/4 Min. Wage (11.59/hr) | $ ████ |
| ESTIMATED TAX CREDIT EARNED:  $ ████ (Combined Total from Spreadsheet ████) | | Total Gross Wages $ 56,887,655 | |

BASIC HEALTH PLAN

   100   % Insurance Premium Paid by Employer for Single coverage for employees earning < $50K annually
   100   % Insurance Premium Paid by Employer for Single coverage for employees earning > $50K annually
   100   % Insurance Premium Paid by Employer for Family coverage (where chosen by the employee)

NOTE:  THE FOLLOWING SUPPORTING DOCUMENTATION MUST ACCOMPANY THE AFFIDAVIT.

1.  Attach supporting quarterly employee/payroll reports on the prescribed format requested (see example).
2.  Attach a copy of the tax form requesting the tax credit or a copy of the equation/calculation that determined the tax credit being claimed
3.  Attach a brief explanation of the insurance policy.  If the insurance coverage has changed, please submit a copy of the new policy.
4.  Provide copies of the quarterly wage reports (ES-4's) filed with the Department of Labor for the same time period.

State of  *Louisiana*

Parish or County of  *Orleans*

Sworn to and subscribed before me this  7th  day of  *October* , 20 04.

*[signature]*
NOTARY

**JACK M. CAPELLA**
Notary Public, State of La.
My commission is issued for life.

*[signature]*
COMPANY OFFICIALS SIGNATURE

Vice President of Finance
TITLE

OFFICIAL USE ONLY
Check # 100348
Deposit Date 10/14/4
Amount $100.00
Receipt # 15695
Initials BB

R E C E I V E D
OCT 14 2004
RESOURCE SERVICES

REC OCT 14 2004
RESOURCE SERVICES

Contact Person:  _____    Establishment Location:  Physical Address and Phone #

Gary Dressler
KPMG, LLP
909 Poydras Street, Suite 2900
New Orleans, LA 70112
(504) 584-1061

New Orleans Hornets NBA Limited Partnership
1501 Girod Street
New Orleans, LA 70113
(504) 301-4090

Please return original and 2 copies with $100 to :

Quality Jobs Program Manager
Resource Services Division of
Louisiana Economic Development
Post Office Box 94185
Baton Rouge, Louisiana  70804-9185

Affidavit of Annual Certification.doc
1/27/04

PLAINTIFFS 000995

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

| JOB Title | Starting Wage/hr | Address, City, State, Zip | 9/20/2002 Q1 Wages | 12/21/2002 Q2 Wages | 03/21/03 Q3 Wages | 06/21/03 Q4 Wages | Total Qualifying Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Avg Hrs Worked | Med Ins |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PLAINTIFFS 000996

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

| Job Title | Starting Wage/hr | Address, City, State, Zip | 8/29/2002 Q1 Wages | 12/31/2002 Q2 Wages | 4/3/2003 Q3 Wages | 6/30/2003 Q4 Wages | Total Qualifying Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Avg Hrs Wkd | Med Worked Ins. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

PLAINTIFFS 000997

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

| Job Title | Starting Wage/Hr | Address, City, State, Zip | 9/30/2001 Q1 Wages | 12/31/2001 Q2 Wages | 03/31/03 Q3 Wages | 06/30/03 Q4 Wages | Total Qualifying Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Avg Hrs Worked | Med Ins. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

QUALITY JOBS PROGRAM
ATTACHMENT A
TO THE
AFFIDAVIT OF ANNUAL CERTIFICATION

| Job Title | Starting Wage/hr | Address, City, State, Zip | 09/30/2002 Q1 Wages | 12/31/2002 Q2 Wages | 03/31/03 Q3 Wages | 06/30/03 Q4 Wages | Total Qualifying Wages | Q1 Hours | Q2 Hours | Q3 Hours | Q4 Hours | Total Hours | Weeks Worked | Avg Hrs Worked | Med Ins. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERM | | | | 52.00 | 325.00 | 650.00 | 1,433.00 | 1,435.00 | | | | | | | | |
| | | | | | 440.00 | 930.00 | 550.00 | 1,920.00 | | | | | | | | |
| | | | | | | 450.00 | 500.00 | 1,745.00 | 1,745.00 | | | | | | | |
| | | | | | 425.00 | 500.00 | 300.00 | 1,625.00 | | | | | | | | |
| | | | | | 254.53 | 969.93 | 625.00 | 1,849.93 | | | | | | | | |
| | | 330.00 | | 599.00 | 420.00 | | 1,340.00 | | | | | | | | | |
| | | | | 74.77 | 630.00 | 396.00 | 1,761.77 | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | 13.00 | 2555 Quincrest Ct., Charlotte, NC 28564 | 1,176.72 | | | | 1,176.72 | | | | | | | | | |
| G | 13.00 | 2555 Quincrest Ct., Charlotte, NC 28564 | 6,500.62 | 8,500.02 | 6,567.00 | 12,000.00 | 33,567.64 | 550 | 550 | 520 | 520 | 3,172 | 52 | 40 | YES |
| | 28.41 | 6693 Lansing Ct., Charlotte, NC 28273 | 11,250.00 | 11,250.00 | 9,333.00 | 12,500.00 | 43,333.00 | 520 | 520 | 520 | 520 | 2,080 | 52 | 40 | YES |
| | | | 25,245.14 | 29,087.70 | | | 46,515.84 | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | 4.02 | 423 Palmira Woods Blvd., Oviedo, FL 32765 | 1,284.93 | 1,284.93 | | | 1,284.93 | 320 | | | | 320 | 8 | 40 | YES |
| | 1.19 | 1915 Cypress Chase, Baton Rouge, LA 70123 | 193.48 | 193.48 | | | 193.48 | 160 | | | | 160 | 4 | 40 | YES |
| | 7.76 | 3207 Flagg Rd., Metairie, LA 70001 | 1,230.75 | 14.00 | | | 1,244.75 | 160 | | | | 160 | 4 | 40 | YES |
| | 6.68 | 208 Jewel St., New Orleans, LA 70124 | | 1,376.14 | | | 1,376.14 | | 200 | | | 200 | 5 | 40 | YES |
| | 8.40 | 371 Academy Dr., Metairie, LA 70003 | | 2,016.74 | | | 2,016.74 | | 240 | | | 240 | 6 | 40 | YES |
| | 0.38 | 181 Avant Garden Cir., Kenner, LA 70065 | 20.00 | | | | 20.00 | 80 | | | | 80 | 2 | 40 | YES |
| | 8.17 | 4409 Crisp Av., Metairie, LA 70001 | 1,500.00 | 3,727.24 | | | 5,227.24 | 240 | 400 | | | 640 | 16 | 40 | YES |
| | 4.76 | 4416 Meadowdale Dr., Metairie, LA 70006 | 2,475.00 | | | | 2,475.00 | 520 | | | | 520 | 13 | 40 | YES |
| G | 0.38 | 4416 Meadowdale Dr., Metairie, LA 70006 | 20.00 | | | | 20.00 | 80 | | | | 80 | 2 | 40 | YES |
| | 7.36 | 603 5th Av., Harvey, LA 70058 | 1,164.80 | 28.00 | | | 1,212.80 | 160 | | | | 160 | 4 | 43 | YES |
| | 5.38 | 318 Lisa Marie Dr., New Orleans, LA 70124 | 36.00 | | | | 36.00 | 80 | | | | 80 | 2 | 45 | YES |
| | 0.38 | 765 Marguerite Rd., Metairie, LA 70003 | 20.00 | | | | 20.00 | 80 | | | | 80 | 2 | 45 | YES |
| | 7.23 | 1345 Pauline Av., New Orleans, LA 70122 | | 1,725.00 | 3,800.00 | 2,763.50 | 7,415.00 | | 240 | | 240 | 1,920 | 34 | 39 | YES |
| | 7.08 | 2329 West Esplanade Av., Kenner, LA 70065 | | 650.00 | | | 650.00 | | 120 | | | 120 | 3 | 39 | YES |
| | 6.45 | 631 East Maudsley, San Andrist, TX 78212 | 3,143.55 | 3,600.00 | 3,800.00 | 3,600.00 | 13,843.55 | 440 | 520 | 520 | 520 | 2,040 | 51 | 40 | YES |

PLAINTIFFS 000998