# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA 70113

BI-MONTHLY
PAY PERIOD: FROM: 7/18/05
                TO:   7/22/05

Employee Name: Latousha M. Brown

Department: Tickets Ops        Department Head: Jon Lakamp

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/18/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8 |
| TUESDAY | 7/19/05 | 8:51 | 6:55 | 1hr | Ticket Ops | 8 |
| WEDNESDAY | 7/20/05 | 8:37 | 4:42 | 1hr | Ticket Ops | 8 |
| THURSDAY | 7/21/05 | 8:32 | 5:34 | 1hr | Ticket Ops | 8 |
| FRIDAY | 7/22/05 | 8:46 | 5:37 | 1hr | Ticket Ops | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | 40.0 |

## WEEK 2

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

CONTINUED FROM PREVIOUS PAGE

EXHIBIT H

| TOTAL | |
|---|---|

PAYROLL HOURS SUBMITTED BY: _____ DATE _____

APPROVED BY: _____ DATE 7/25/05

Confidential
D6734



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 8/12/05

Employee Name: Latousha M. Brown
Department: Ticket Ops          Department Head: Jon Labamp

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/8/05 | 8:40 | 5:40 | Doctors App | Ticket Ops | 8.0 |
| TUESDAY | 8/9/05 | 8:34 | 6:17 | 1hr | Ticket Ops | 8.75 |
| WEDNESDAY | 8/10/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8.0 |
| THURSDAY | 8/11/05 | 8:27 | 5:30 | 1hr | Ticket Ops | 8.0 |
| FRIDAY | 8/12/05 | 8:34 | 2:00 | 1hr | Ticket Ops | 5.0 |
| SATURDAY | — | — | — | — | — | |
| SUNDAY | — | — | — | — | — | |
| | | | | | | 37.75 |

Early Release Due to Saints Game

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: Latousha M Brown    DATE 8/12/05

SUPERVISOR SIGNATURE: John M Labamp    DATE 8/16/05



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 8/19/05

Employee Name: Latousha M. Brown
Department: Ticket Ops    Department Head: Jon Lakamp

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/15/05 | Sick | | | | |
| TUESDAY | 8/16/05 | Sick | | | | |
| WEDNESDAY | 8/17/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8 |
| THURSDAY | 8/18/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8 |
| FRIDAY | 8/19/05 | 8:27 | 5:30 | 1hr | Ticket Ops | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

24.0

**TOTAL HOURS WORKED**

EMPLOYEE SIGNATURE: _[signature]_    DATE 8/23/05
SUPERVISOR SIGNATURE: _[signature]_    DATE 8/23/05

Confidential
D6736

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

## TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 10/16/05

Employee Name: Latousha Brown
Department: Accounting          Department Head: Deina

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | 10/13/05 | 8:30 | 5:30 | 1hr | Ticket Ops/Acct | 8 |
| FRIDAY | 10/14/05 | 8:45 | 6:45 | 1hr | Accounting | 9 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

**TOTAL HOURS WORKED** 17

EMPLOYEE SIGNATURE: Latousha N Brown    DATE

SUPERVISOR SIGNATURE: D Auteaga    DATE 10/17/05

Confidential
D6737



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

**TIME SHEET**
DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 10/21/05

Employee Name: Latoysha M Brown
Department: Accounting   Department Head: Deina Artega

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 10/17/05 | 8:30 | 5:30 | 1hr | Acct | 8 |
| TUESDAY | 10/18/05 | 8:30 | 5:30 | 1hr | Acct | 8 |
| WEDNESDAY | 10/19/05 | 8:45 | 5:45 | 1hr | Acct | 8 |
| THURSDAY | 10/20/05 | 8:30 | 6:30 | 1hr | Acct | 9 |
| FRIDAY | 10/21/05 | 7:45 | 5:30 | 1hr | Acct. | 8½ |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

**TOTAL HOURS WORKED**   42½

EMPLOYEE SIGNATURE: Latoysha M Brown   DATE 10/21/05
SUPERVISOR SIGNATURE: _____   DATE 10/21/05

2.5+
14.45 x 1.5 =
54.18
OT

Confidential
D6738



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET
DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 10/28/05

Employee Name: Latoysha M. Brown
Department: Accounting      Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 10/24/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| TUESDAY | 10/25/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| WEDNESDAY | 10/26/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| THURSDAY | 10/27/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| FRIDAY | 10/28/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

**TOTAL HOURS WORKED**  40 hrs

EMPLOYEE SIGNATURE: Latoysha M. Brown    DATE: _____

SUPERVISOR SIGNATURE: _____    DATE: 10/31/05

Confidential
D6739

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 11/4/05

Employee Name: Latousha Brown
Department: Accounting          Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 10/31/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| TUESDAY | 11/1/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| WEDNESDAY | 11/2/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| THURSDAY | 11/3/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| FRIDAY | 11/4/05 | Doctor's Appointment | | | | |
| SATURDAY | — | — | — | — | — | — |
| SUNDAY | — | — | — | — | — | — |

**TOTAL HOURS WORKED**           32

EMPLOYEE SIGNATURE: _Latousha M. Brown_   DATE 11/7/05

SUPERVISOR SIGNATURE: _Brice Collier_   DATE 11/8/05



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET
DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 11/11/05

Employee Name: Latousha M. Brown
Department: Accounting      Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 11/7/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| TUESDAY | 11/8/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| WEDNESDAY | 11/9/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| THURSDAY | 11/10/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| FRIDAY | 11/11/05 | 8:30 | 6:30 | 0 | Acct. | 10 |
| SATURDAY | — | — | — | — | — | — |
| SUNDAY | — | — | — | — | — | — |

42hrs

**TOTAL HOURS WORKED** 42hrs

EMPLOYEE SIGNATURE: *Latousha M. Brown*    DATE 11/14/05

SUPERVISOR SIGNATURE: *Brice Collier*    DATE 11/14/05

# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

1501 Girod Street
New Orleans, LA 70113

PERIOD ENDING: 11/18/05

Employee Name: Latousha M. Brown
Department: Accounting
Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 11/14/05 | 8:30 | 5:30 | 1hr | Acct. | 8 hrs |
| TUESDAY | 11/15/05 | 8:30 | 5:30 | 1hr | Acct | 8 hrs |
| WEDNESDAY | 11/16/05 | 8:30 | 6:30 | 1hr | Acct. | 9 hrs |
| THURSDAY | 11/17/05 | 8:30 | 5:30 + 6:30-10:30 | 0 | Acct. | 12 hrs |
| FRIDAY | 11/18/05 | 8:30 | 5:30 | 1hr | Acct. | 8 hrs |
| SATURDAY | 11/19/05 | 6:30pm | 10:30 | 0 | Acct | 4 hrs |
| SUNDAY | | | | | | |

**TOTAL HOURS WORKED: 49 hrs**

EMPLOYEE SIGNATURE: *Latousha M. Brown*  DATE 11/21/05

SUPERVISOR SIGNATURE: *Penne Arteor*  DATE

*Brice* 11/21/05

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL NOON EVERY MONDAY

PERIOD ENDING: 11/27/05

Employee Name: Latousha Brown
Department: Accounting
Department Head: Brice Collia

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL HOURS |
|---|---|---|---|---|---|---|
| MONDAY | 11/21/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| TUESDAY | 11/22/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| WEDNESDAY | 11/23/05 | 8:30 | 1:30 | 0 | Acct. | 5 |
| THURSDAY | | | | | | |
| FRIDAY | | Thanksgiving Holiday | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | 21 hrs. |

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _[signature]_   DATE _____

SUPERVISOR SIGNATURE: _[signature]_   DATE 11/22/05

Confidential
D6743

# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL NOON EVERY MONDAY

1501 Girod Street
New Orleans, LA 70113

PERIOD ENDING: 12/4/05

Employee Name: Latousha Brown
Department: Accounting
Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL HOURS |
|---|---|---|---|---|---|---|
| MONDAY | 11/28/05 | Floating Holiday | | | | |
| TUESDAY | 11/29/05 | 8.5 Comp Day | | | | |
| WEDNESDAY | 11/30/05 | Personal Day | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _Latousha Brown_   DATE 11/23/05

SUPERVISOR SIGNATURE: _Brice_   DATE 11/23/05

Confidential
D6744

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

BI-MONTHLY
PAY PERIOD: FROM: 7/1
TO: 7/15

Employee Name: KEN KLIEBERT
Department: TICKET SALES       Department Head: ZABER

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/4/05 | HOLIDAY | | | SALES | 8 |
| TUESDAY | 7/5/05 | VACATION DAY | | | SALES | 8 |
| WEDNESDAY | 7/6/05 | 8:45 | 5:30 | 45 MINUTES | SALES | 8 |
| THURSDAY | 7/7/05 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| FRIDAY | 7/8/05 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | 40 |

## WEEK 2

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/11 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| TUESDAY | 7/12 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| WEDNESDAY | 7/13 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| THURSDAY | 7/14 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| FRIDAY | 7/15 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | 40 |



CONTINUED FROM PREVIOUS PAGE

Confidential
D6745

| TOTAL | |
|---|---|

PAYROLL HOURS SUBMITTED BY: _[signature]_ DATE 7/15/05

APPROVED BY: _[signature]_ DATE 7/15/05

Confidential
D6746

# NEW ORLEANS HORNETS # TIME SHEET

1501 Girod Street  
New Orleans, LA 70113

SEMI-MONTHLY  
PAY PERIOD FROM: 7/18/05  
TO: 7/22/05

Employee Name: KEN KLIEBERT  
Department: SALES  
Department Head: ZABER

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/18/05 | 8:30 | 5:30 | 12-1 | | 8 |
| TUESDAY | 7/19/05 | 8:30 | 5:30 | 12-1 | | 8 |
| WEDNESDAY | 7/20/05 | 8:30 | 5:30 | 12-1 | | 8 |
| THURSDAY | 7/21/05 | 8:30 | 5:30 | 12-1 | | 8 |
| FRIDAY | 7/22/05 | VACATION | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

**TOTAL HOURS WORKED**  32 / 8V

EMPLOYEE SIGNATURE: Ken Kliebert   DATE 8/1/05

APPROVED BY: _____   DATE 8/1/05

Confidential
D6747

# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA 70113

SEMI-MONTHLY
PAY PERIOD FROM: 7/25/05
TO: 7/29/05

Employee Name: KEN KLIEBERT
Department: SALES
Department Head: ZABER

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/25/05 | VACATION | | | | |
| TUESDAY | 7/26/05 | VACATION | | | | |
| WEDNESDAY | 7/27/05 | VACATION | | | | |
| THURSDAY | 7/28/05 | VACATION | | | | |
| FRIDAY | 7/29/05 | VACATION | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

40.0V

TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: [signed] Ken Kliebert      DATE 8/1/05

APPROVED BY: [signed]      DATE 9/1/05

Confidential
D6748

# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA 70113

SEMI-MONTHLY
PAY PERIOD FROM: _____
TO: _____

Employee Name: KEN KLIEBERT
Department: SALES            Department Head: ZABER

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/1/05 | 8:30 | 5:30 | 12-1 | | 8 |
| TUESDAY | 8/2/05 | 8:30 | 5:30 | 12-1 | | 8 |
| WEDNESDAY | 8/3/05 | 8:30 | 5:30 | 12-1 | | 8 |
| THURSDAY | 8/4/05 | 8:30 | 5:30 | 12-1 | | 8 |
| FRIDAY | 8/5/05 | 8:30 | 5:30 | 12-1 | | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | 40 |

**TOTAL HOURS WORKED**  40

EMPLOYEE SIGNATURE: _Ken Kliebert_    DATE 8/8/05

APPROVED BY: _[signature]_    DATE 8/8/05

Confidential
D6749

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 8/14/05

Employee Name: Ken Kliebert
Department: Sales                Department Head: Zaber

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/8/05 | 8:30 | 5:30 | 1-2 | Sales | 8 |
| TUESDAY | 8/9/05 | 8:30 | 5:30 | 12-1 | Sales | 8 |
| WEDNESDAY | 8/10/05 | 8:30 | 5:30 | 12:15-1:15 | Sales | 8 |
| THURSDAY | 8/11/05 | 8:30 | 5:30 | 12:45-1:45 | Sales | 8 |
| FRIDAY | 8/12/05 | 8:30 | 2:00 | 12-12:30 | Sales | 5 |
| SATURDAY | 8/13/05 | N/A | | | | |
| SUNDAY | 8/14/05 | N/A | | | | |
| | | | | | | 37 |

**TOTAL HOURS WORKED**

EMPLOYEE SIGNATURE: Ken Kliebert       DATE 8/12/05

SUPERVISOR SIGNATURE: _____       DATE 8/15/05

Confidential
D6750

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 8/21

Employee Name: Ken Kliebert
Department: Sales          Department Head: Zaber

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/15 | 8:30 | 5:30 | 12-1 | Sales | 8 |
| TUESDAY | 8/16 | 8:30 | 5:30 | 12-1 | Sales | 8 |
| WEDNESDAY | 8/17 | 9:30 | 5:30 | | Sales | 8 |
| THURSDAY | 8/18 | 8:30 | 5:30 | 1 hour | Sales | 8 |
| FRIDAY | 8/19 | 8:30 | 3:00 | ½ hour | Sales | 6 |
| SATURDAY | 8/20 | N/A | | | | |
| SUNDAY | 8/21 | N/A | | | | |

**TOTAL HOURS WORKED**  38

EMPLOYEE SIGNATURE: Ken Kliebert    DATE 8/19/05

SUPERVISOR SIGNATURE: _____    DATE 8/22/05

Confidential
D6751