Liger et al v. New Orleans Hornets NBA Limited Partnership Doc. 149


**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

---

**DEFENDANT'S WITNESS AND EXHIBIT LIST**

---

**NOW INTO COURT,** through undersigned counsel, comes Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), and submits this witness and exhibit list.

**Witness List**

Defendant may produce the following witnesses at trial:

1. Barbara Booth
2. Kristy McKearn
3. Brendan Donohue
4. Chris Zaber
5. Rich Witmeyer
6. David Burke
7. Marie Parenti
8. Dan Crumb
9. Sam Russo
10. Any witness listed by Plaintiff
11. Defendant reserves the right to supplement this list with any additional witnesses identified though discovery which is ongoing.



Dockets.Justia.com

**Exhibit List**

Defendant may produce the following exhibits at trial:

1. Personnel Documents for Jessica Berry
2. Payroll Documents for Jessica Berry
3. Personnel Documents for Latousha Brown
4. Payroll Documents for Latousha Brown
5. Personnel Documents for Chris Carter
6. Payroll Documents for Chris Carter
7. Personnel Documents for Ivan Hinson
8. Payroll Documents for Ivan Hinson
9. Personnel Documents for Eugene Liger
10. Payroll Documents for Eugene Liger
11. Personnel Documents for Anthony Martin
12. Payroll Documents for Anthony Martin
13. Personnel Documents for Adam Nash
14. Payroll Documents for Adam Nash
15. Personnel Documents for Marcy Planer-Murray
16. Payroll Documents for March Planer-Murray
17. Personnel Documents for Amy Smith
18. Payroll Documents for Amy Smith
19. Personnel Documents for Chris Stant
20. Payroll Documents for Chris Stant
21. Personnel Documents for Sam Steinmetz
22. Payroll Documents for Sam Steinmetz

23. Personnel Documents for Leslie Sumler
24. Payroll Documents for Leslie Sumler
25. Personnel Documents for Lynn Holmes
26. Payroll Documents for Lynn Holmes
27. Personnel Documents for Dan Karlsberg
28. Payroll Documents for Dan Karlsberg
29. Personnel Documents for Ken Kleibert
30. Payroll Documents for Ken Kleibert
31. Personnel Documents for Kevin Buckel
32. Payroll Documents for Kevin Buckel
33. Work Schedules
34. Game Assignments
35. Monthly Consolidated Income Statements 2001-2006
36. Operating Account June 2003 through April 2005
37. Hibernia Bank Account Records, 2002-2005
38. Audited Financial Statements, 2001-2005
39. Cash Reports, 2001-2005
40. Sales Commission Reports for Ken Kleibert
41. Sales Commission Reports for Anthony Martin
42. Sales Commission Reports for Adam Nash
43. Sales Commission Reports for Chris Carter
44. Sales Commission Reports for Lynn Holmes
45. Sales Commission Reports for Eugene Liger
46. Sales Commission Reports for Chris Stant
47. Sales Commission Reports for Sam Steinmetz

48. Sales Commission Reports for Jessica Berry

49. Sales Commission Reports for Kevin Buckel

50. Sales Commission Reports for Dan Karlsberg

51. Sales Commission Reports for Ivan Hinson

52. Sales Commission Reports for Marcy Planer-Murray

53. Earnings Statements for Plaintiffs

54. Job Descriptions

55. Any exhibits listed by Plaintiffs

56. Defendant reserves the right to supplement this list with any additional documents identified through discovery which is ongoing.

Respectfully submitted,

/s/ Jennifer L. Anderson

JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
***Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.***
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: janderson@joneswalker.com

and

SIDNEY F. LEWIS, V (Bar No. 17026)
JANE H. HEIDINGSFELDER (Bar No. 28604)
***Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.***
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
E-mail: slewis@joneswalker.com
E-mail: jheidingsfelder@joneswalker.com
***COUNSEL FOR DEFENDANT, NEW ORLEANS HORNETS NBA L.P.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing *Defendant's Witness and Exhibit List* has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 21st day of September, 2007:

Elvige Cassard Richards
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr., Esq.
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590

/s/ Jennifer L. Anderson