UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

### DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' REQUEST FOR AN EXPEDITED HEARING ON THEIR SECOND SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT AND SANCTIONS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), and submits this Memorandum in Opposition to Plaintiffs' Request for an Expedited Hearing on their Second Supplemental Memorandum in Support of Motion for Contempt and Sanctions (Rec. Doc. 140).

Plaintiffs have filed a Motion for Leave to file their Second Supplemental Memorandum in Support of their Motion for Contempt and Sanctions[1]. (Rec. Doc. 139). And as seems to be the method by which Plaintiffs file all of their motions, they have requested that their Second Supplemental Motion for Contempt and Sanctions be heard on an expedited basis. However, what the Plaintiffs have failed to disclose to the Court is that after several days of depositions, the "chain of evidence" depositions have not yet been completed. The depositions of Donna Rochon, Rich Witmeyer and Dan Crumb were completed on Thursday, September 20, 2007, the day *after* Plaintiffs filed their Motion for Expedited Hearing. The chain of evidence deposition

---

[1] The Hornets note that Plaintiffs' Motion for Leave has not yet been granted. However, out of abundance of caution, the Hornets are filing this Opposition to apprise the Court of its position.

{N1712756.1}                                    - 1 -

of Sam Russo has not yet been completed. Further, the deposition transcripts are not yet available. As such, the Hornets oppose the Plaintiffs' request for an expedited hearing because all of the evidence has not yet been heard and cannot be presented to the Court on an expedited basis. The transcripts are necessary to oppose Plaintiffs' Motion for Contempt and Sanctions. In the interests of justice, the Court should have all of the evidence before it before making a decision on Plaintiffs' Motion, particularly in light of the draconian sanctions they seek.

While the Hornets would be prejudiced by having an expedited hearing on the issue before all of the evidence is available and without the benefit of the deposition transcripts, there is no prejudice to the Plaintiffs in denying the request for expedited hearing. The Plaintiffs chose to limit their 30(b)(6) deposition inquiry to the "chain of evidence" issues initially, electing to address substantive issues after they have examined the 30(b)(6) witnesses on chain of evidence issues. (*See* Exhibit A) Further, the Plaintiffs have requested, and the Hornets have not opposed, a continuance on the trial date and all other deadlines. (Rec. Doc. 147). As such, there is no need to expedite the hearing on this issue as the Plaintiffs would receive no harm if the Court hears this matter in due course.

The Hornets respectfully request that the Court afford the Hornets a full and fair opportunity to respond to Plaintiffs' Second Supplemental Memorandum in Support of their Motion for Contempt and for Sanctions and to correct the false and misleading accusations made by the Plaintiffs on the record. The Hornets will be prejudiced by being forced to respond to Plaintiffs' latest filing on an expedited basis under these circumstances. Thus, the Hornets request that the Court deny expedited consideration of same.

Respectfully submitted,

/s/ Jane H. Heidingsfelder
JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
*Jones, Walker, Waechter, Poitevent,*
  *Carrère & Denègre, L.L.P.*
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: janderson@joneswalker.com

and

SIDNEY F. LEWIS, V (Bar No. 17026)
JANE H. HEIDINGSFELDER (Bar No. 28604)
*Jones, Walker, Waechter, Poitevent,*
  *Carrère & Denègre, L.L.P.*
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
E-mail:  slewis@joneswalker.com
E-mail:  jheidingsfelder@joneswalker.com
*COUNSEL FOR DEFENDANT,*
   *NEW ORLEANS HORNETS NBA L.P.*

- 4 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Memorandum* has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 25th day of September, 2007:

Elvige Cassard Richards
Dan Buras
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr.
Bryan Knight
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590

/s/ Jane H. Heidingsfelder