## Heidingsfelder, Jane

| | |
|---|---|
| **From:** | Bryan Knight [bknight@nileslawfirm.com] |
| **Sent:** | Tuesday, September 11, 2007 2:09 PM |
| **To:** | Heidingsfelder, Jane; Anderson, Jennifer |
| **Cc:** | 'Dan Buras'; 'Stewart' |
| **Subject:** | RE: Liger v. Hornets |

Jennifer and Jane,

Pursuant to Magistrate's Chasez's instructions at yesterday's hearing, we will question each of the Hornets' 30(b)(6) representatives at tomorrow's depositions on "chain of evidence"/"chain of inquiry" issues relative to the timing and sufficiency of the Hornets' responses to discovery prior to deposing any of the 30(b)(6) representatives on substantive issues. Please confirm the Hornets' 30(b)(6) representatives' availability accordingly.

Bryan

Bryan J. Knight
Associate
Niles, Bourque, & Fontana, L.L.C.

---

**From:** Heidingsfelder, Jane [mailto:jheidingsfelder@joneswalker.com]
**Sent:** Monday, September 10, 2007 7:35 PM
**To:** Dan Buras; Bryan Knight
**Cc:** Anderson, Jennifer; Dodds, Tonja
**Subject:** Liger v. Hornets

Please see the attached document.

<<Exchange.pdf>>

*Jane H. Heidingsfelder*
*Jones Walker*
*201 St. Charles Ave. - 50th Floor*
*New Orleans, LA 70170-5100*
*Telephone: (504) 582-8306*
*Fax: (504) 589-8306*
*E-mail: jheidingsfelder@joneswalker.com*

*Assistant: Kim Gex*
*Telephone: (504) 582-8441*

**EXHIBIT A**

*This communication is confidential and contains information protected in whole or in part by the attorney-client privilege and attorney work product doctrine. Any inadvertent or unauthorized disclosure does not waive these protections. If you are not the intended recipient of this communication, destroy it without disclosure or*

*reproduction and immediately notify the sender.*