UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1969** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **SECTION: "C" (5)** |

### ORDER

Before the Court is an unopposed motion to continue the trial filed by Plaintiffs, Eugene Liger, et al (Rec. Doc. 147). In light of the many difficulties that the parties have had in conducting discovery, the motion to continue the trial is **GRANTED**.

IT IS ORDERED, that a preliminary telephone conference will be held on October 30, 2007 at 10:45 a.m. to reset all dates and deadlines. The court will initiate the telephone conference and will be represented by its case manager.

New Orleans, Louisiana, this 24th day of September, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE