UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1969** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **SECTION: "C" (5)** |

### ORDER

Before the Court is an *ex parte* consent motion to expedite the hearing on Plaintiffs' motion to continue the trial, filed by Plaintiffs, Eugene Liger, et al (Rec. Doc. 148). The Court has previously granted Plaintiffs' unopposed motion to continue the trial; therefore, the motion to expedite the hearing on the motion to continue the trial is **Dismissed as moot**.

New Orleans, Louisiana, this 24th day of September, 2007.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE