UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-1969** |
| **NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP** | **SECTION: "C" (5)** |

### ORDER

Before the Court is Plaintiffs' motion to extend the witness list, exhibit list, and expert report deadlines, filed by Plaintiffs, Eugene Liger, et al (Rec. Doc. 130). The Court has previously granted Plaintiffs' unopposed motion to continue the trial and all deadlines; therefore, the motion to extend witness list, exhibit list, and expert report deadlines is **Dismissed as moot**.

New Orleans, Louisiana, this 24th day of September, 2007.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE