```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

EUGENE LIGER, ET AL.                         CIVIL ACTION

VERSUS                                       NUMBER: 05-1969

NEW ORLEANS HORNETS NBA LIMITED              SECTION: "C"(5)
PARTNERSHIP


                         ORDER ON MOTIONS
                         OCTOBER 2, 2007


APPEARANCES:

MOTION:

(1)   Plaintiffs' Motion to Fix Hearing on Plaintiffs' Motion to
      Compel for Special Setting (Rec. doc. 95);
(2)   Plaintiffs' Motion for Leave to File Second Supplemental
      Memorandum in Support of Motion for Contempt, etc. (Rec. doc.
      139);
(3)   Plaintiffs' Motion for Expedited Hearing on Second
      Supplemental Memorandum in Support of Motion for Contempt,
      etc. (Rec. doc. 140).


_____:    Continued to

_____:    No Opposition

__3__ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

__1__ :   Dismissed as moot.  Plaintiffs' Motion to Compel was heard on August 3, 2007.  (Rec. doc. 109).

_____ :   Dismissed for failure of counsel to appear.

__2__ :   Granted.

_____ :   Denied.

__3__ :   Other. The hearing on Plaintiffs' Motion for Contempt, etc. will be reconvened on October 17, 2007 at 11:00 a.m. Memorandum in opposition to Plaintiffs' Second Supplemental Memorandum may be filed in accordance with the Local Rules.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE