

# JONES WALKER

Jane H. Heidingsfelder
Direct Dial 504-582-8306
Direct Fax 504-589-8306
jheidingsfelder@joneswalker.com

September 11, 2007

**VIA FACSIMILE & E-MAIL**

Daniel E. Buras, Jr., Esq.
Daigle Fisse & Kessenich
227 Highway 21
Madisonville, Louisiana 70447

    RE:   *Eugene Liger, et al. v. New Orleans Hornets NBA L.P.*
          *USDC – E.D. of Louisiana – Civil Action No. 05-1969 "C" (5)*
          *Our File No. 105190-00*

Dear Dan:

    We are writing to identify the corporate representatives who will be made available on September 12 and 13, 2007, pursuant to Plaintiffs' Notice of Taking 30(b)(6) Deposition and Notice of Taking of 1442 Deposition, both dated August 16, 2007 and to Magistrate Chasez's instructions from September 10, 2007, on the "chain of evidence" of the documents responsive to discovery. The representatives below will be made available in the following order Jones Walker's New Orleans office on the 52nd Floor beginning at 9:00 a.m. on September 12 to testify about the following subject matters:

    1.   Donna Rochon, Director of Human Resources

    The "chain of evidence"

    2.   Sam Russo, Executive Vice President of Operations (Mr. Russo's position was mistakenly referred to as "Vice President of Business Operations" in our letter dated September 10, 2007)

    30(b)(6) Notice: 1-10, 18-19, 20-25(a)-(i), 26-33(a)-(i), 34(a)-(d), 35-40, 43-44

    1442 Notice: 2-3, 5(a)-(k), 6, 12, 14-20, 22, 24-25, 28-30, 32-33, 35, 36(a)-(g),
        37-40, 42-47, 49

    The "chain of evidence"

{N1707905.1}     JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

September 11, 2007
Page 2

    3.     Dan Crumb, Vice President of Finance

30(b)(6) Notice: 1-5, 9-10(a)-(p), 11-14, 20-22, 40-42

1442 Notice: 1, 4, 7-11, 13, 33, 41, 49

The "chain of evidence"

    4.     Rich Witmeyer, Director of Suite Sales and Service

30(b)(6) Notice: 1-10, 15-17, 19-25(a)-(h), 26-33(a)-(i), 37-38, 40

1442 Notice: 3, 5(a)-(k), 6, 14-29, 31-35, 36(a)-(g), 37-39, 42-44, 48-49

The "chain of evidence"

Please advise if you have any questions.

                      Sincerely,

                      Jane Heidingsfelder

JHH/khg
Enclosure

cc:    Bryan Knight, Esq., Via Facsimile & E-Mail

{N1707905.1}