

# JONES WALKER

Jane H. Heidingsfelder
Direct Dial 504-582-8306
Direct Fax 504-589-8306
jheidingsfelder@joneswalker.com

September 12, 2007

**VIA HAND DELIVERY**

Daniel E. Buras, Jr., Esq.
Daigle Fisse & Kessenich
227 Highway 21
Madisonville, Louisiana 70447

   RE: *Eugene Liger, et al. v. New Orleans Hornets NBA L.P.*
      USDC – E.D. of Louisiana – Civil Action No. 05-1969 "C" (5)
      Our File No. 105190-00

Dear Dan:

  As we explained during the hearing Monday, many of the individuals who participated in the efforts to locate and provide documents responsive to discovery requests in this case are no longer employed by the Hornets. Thus, in order to ensure that you have the names of all the individuals who have participated in this process since the inception of this litigation, we are writing to provide you with the names and job titles of those who are no longer in the Hornets' employ:

1. Kristy McKearn, Vice President of Corporate Affairs & Strategic Planning
2. Brendan Donohue, Director of Ticket Sales
3. Chris Zaber, Group Sales Manager
4. Marie Parenti, Director of Guest Relations & Seating Services
5. Jonathan Lakamp, Director of Ticket Operations
6. David Burke, Inside Sales Manager
7. Deana Artega, Senior Accountant
8. Tim Spero, Chief Technology Officer
9. Greg King, Controller
10. Brice Collier, Chief Financial Officer

{N1708076.1} JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE • NEW ORLEANS, LOUISIANA 70170-5100 • 504-582-8000 • FAX 504-582-8583 • E-MAIL info@joneswalker.com • www.joneswalker.com
  BATON ROUGE  HOUSTON  LAFAYETTE  MIAMI  NEW ORLEANS  WASHINGTON, D.C.

Dockets.Justia.com

September 12, 2007
Page 2

      If you have any questions, please let me know.

                                                     Sincerely,

                                                     Jane Heidingsfelder

JHH/khg

cc:    Bryan Knight, Esq., Via Hand Delivery

{N1708076.1}