```
                                                                          1

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


EUGENE LIGER, ET AL.              CIVIL ACTION NO. 05-1969
                                  NEW ORLEANS, LOUISIANA
     VS.                          MONDAY, SEPTEMBER 10, 2007
                                  2:00 P.M.
NEW ORLEANS HORNETS
NBA LIMITED PARTNERSHIP           SECTION "C"


                              HEARING
              BEFORE THE HONORABLE ALMA L. CHASEZ
                 UNITED STATES MAGISTRATE JUDGE


A P P E A R A N C E S:
FOR EUGENE LIGER, ET AL:          DAIGLE, FISSE & KESSENICH
                                  By: Daniel E. Buras, Jr., Esq.
                                  P.O. Box 5350 227 Highway 21
                                  Covington, Louisiana 70834
                                  (985) 871-0800
                                            And
                                  NILES, SALAS, BOURQUE &
                                  FONTANA, LLC
                                  By: Stewart E. Niles, Jr., Esq.
                                  909 Poydras Street, 35th Floor
                                  New Orleans, Louisiana 70112
                                  (504) 310-8550



FOR THE NEW ORLEANS HORNETS       JONES, WALKER, WAECHTER,
NBA LIMITED PARTNERSHIP           POITEVENT, CARRERE & DENEGRE
                                  By: Jennifer L. Anderson, Esq.
                                      Jane H. Heidingsfelder, Esq.
                                  Place St. Charles
                                  201 St. Charles Avenue, 59th Floor
                                  New Orleans, Louisiana 70170
                                  (504) 582-8000



REPORTED BY:                      VICTOR D. Di GIORGIO, CCR
                                  OFFICIAL COURT REPORTER
                                  501 Magazine St., Room 406
                                  New Orleans, Louisiana  70130
                                  (504) 589-7782
Proceedings recorded by mechanical stenography.
Transcript produced by computer aided transcription.
```

32

1  MS. HEIDINGSFELDER: Right.
2  THE COURT: And what else do you intend producing?
3  How much is it? It's two more boxes.
4  MS. ANDERSON: We have a disk. We have a data base on
5  a disk. And I don't know, Dan, if you've had an opportunity to
6  decide if you want to look at the fax reports. I don't know if
7  they're useful to you. If you want them, there are about 60
8  binders of those, but if he wants, it he can have it.
9  We've provided you a sample of something else and I
10 can't remember at the plaintiffs deposition, do you remember?
11 MR. BURAS: I don't remember. But I'd like to respond
12 to that, Your Honor, because these lack of disclosures goes hand
13 and hand with one another. And let me explain just why these
14 innocuous representation that, "Oh, we're going to provide
15 this". Why that substantially prejudice plaintiffs.
16 The commission data base is going to identify by names
17 the people who our people worked on and sold tickets to.
18 THE COURT: So the commission data base, which is
19 where?
20 MR. BURAS: Which has not yet been produced. We didn't
21 get to see anything yet.
22 THE COURT: It is not --
23 MR. BURAS: Not the commission, excuse me, ma'am, the
24 prospective sales data base. That information has not been
25 produced. After we review what has now been alleged to be

25

1   MS. ANDERSON: I mean, you're not going to be able to
2   use that. So we're trying to work to find -- Your Honor, there
3   is really -- and again, they're going to take a different
4   view -- there's not much information in this thing, but if they
5   want it they can have it, but we're trying to make, you know,
6   make it available in a format that it can be used, so it's
7   taking a little time. We do still have some additional
8   documents that we're having to go through and label and copy.
9       There are so binders about, 60 binders of something
10  called a Fax Report. Again, I don't believe this is helpful to
11  them or us or harmful to them or to us. I think it's something
12  that's not useful. I've given Mr. Buras a copy of the documents
13  so he can look at it, determine it if it's something that he
14  wants or he thinks is useful. It's a document -- it shows some
15  sales. It will have a customer's name, a sale amount, but it
16  doesn't identify the account representative. So it shows a
17  sales date or a ticket sales date, and, Your Honor, about the
18  ticket but it doesn't hide in any way to any sort of account
19  representative or show that somebody got commissions. I don't
20  believe they're valuable, but if they want them they can have
21  them. Again, we're going through this information. We're
22  supplementing under Rule 26(b). There is nothing nefarious
23  about this. Certainly, the Hornets would have much rather given
24  this to them a long time ago..
25      THE COURT: Normally a supplementation is a few pages.

1  Okay. It's not 60 percent of the documents that are responsive
2  to discovery that's been ordered.
3       MS. ANDERSON: And, Your Honor, we were at 4600
4  documents before. We're at 66 now, so, I mean, it's not 60
5  percent of the documents, but what they have asked for is a lot
6  of information. This is a 45 page document index. This is what
7  we have produced. I submit to the Court that most of it's
8  irrelevant, but if they want it, they've been complaining about
9  it, they can of it. And if they ask for lot of information,
10 they're going to get a lot of information and all we can do is
11 make it a available.
12      THE COURT: I can't tell if it's relevant or not.
13      MS. ANDERSON: Sure.
14      THE COURT: Probably they can't either at this point
15 because it's been produced to them in fairly short order and
16 they need time to go through it, so it puts everybody behind the
17 8 ball, but, I mean, I think what counsel was saying is that 60
18 percent of the documents have presented since August the 17th.
19      MS. ANDERSON: But that, Your Honor, is because again
20 they've submitted requests for example all documents relating to
21 any financial transactions of the Hornets. Well, that was an
22 overbroad request.
23      THE COURT: But they tried to work out with you
24 apparently something that was more limited and it never got done
25 until there was a motion to compel.