UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS<br>NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

### EX PARTE MOTION TO FILE EXHIBITS

Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), move this Court, ex parte, to enter the accompanying Order and file the Exhibits inadvertently omitted from their Motion in Opposition to Plaintiffs' Second Supplemental Memorandum in Support of its Motion for Contempt and Sanctions filed yesterday.

Specifically, Exhibits 3 and 4 were omitted and are attached hereto in their entirety. Accordingly, Defendant respectfully requests that this Court grant the instant Motion and permit Defendant to supplement its Opposition to Plaintiffs' Second

Supplemental Memorandum in Support of Plaintiff's Motion for Contempt and Sanctions to include the inadvertently omitted Exhibits.

Respectfully submitted this 10th day of October, 2007.

/s/ Jane H. Heidingsfelder
SIDNEY F. LEWIS, V (Bar No. 17026)
JANE H. HEIDINGSFELDER (Bar No. 28604)
***Jones, Walker, Waechter, Poitevent,***
  ***Carrère & Denègre, L.L.P.***
201 St. Charles Avenue, 50th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 582-8015
E-mail: slewis@joneswalker.com
E-mail: jheidingsfelder@joneswalker.com

JENNIFER L. ANDERSON, T.A. (Bar No. 23620)
***Jones, Walker, Waechter, Poitevent,***
  ***Carrère & Denègre, L.L.P.***
Four United Plaza
8555 United Plaza Blvd.
Baton Rouge, LA 70809-7000
Telephone: (225) 248-2000
Facsimile: (225) 248-2010
E-mail: janderson@joneswalker.com
***COUNSEL FOR DEFENDANT,***
   ***NEW ORLEANS HORNETS NBA L.P.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing *Ex Parte Motion to File Exhibits* has been served on all counsel of record below by the Court's EF/CMF system as a result of their registration for e-noticing and service via same on this 10th day of October, 2007:

Elvige Cassard Richards
Daigle Fisse, PLC
227 Highway 21
Madisonville, LA 70447
Facsimile: (985) 871-0899

Stewart E. Niles, Jr., Esq.
Niles, Bourque & Fontana LLC
909 Poydras Street, Suite 3500
New Orleans, LA 70112
Facsimile: (504) 310-8590

/s/ Jane H. Heidingsfelder
JANE H. HEIDINGSFELDER