UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EUGENE LIGER, ET AL.** | **CIVIL ACTION NO. 05-1969** |
| **VERSUS** | **SECTION "C"** |
| **NEW ORLEANS HORNETS**<br>  **NBA LIMITED PARTNERSHIP** | **MAGISTRATE 05** |

## ORDER

Considering the above and foregoing *Ex Part Motion to File Exhibits;*

**IT IS HEREBY ORDERED** that Defendant, New Orleans Hornets NBA Limited Partnership ("Hornets"), be and hereby are granted leave to file the attached Exhibits to accompany its previously filed *Motion in Opposition to Second Supplemental Memorandum in Support of Plaintiffs' Motion for Contempt and Sanction*.

The Clerk of Court shall file the same into the record.

New Orleans, Louisiana, this __11th__ day of October, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

{N1719875.1}