Liger et al v. New Orleans Hornets NBA Limited Partnership                                                                 Doc. 159 Att. 1

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, 1969 | * | CIVIL ACTION NO. 05- |
|     Plaintiffs in a Collective Action | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP, | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE A REPLY BRIEF IN EXCESS OF LOCAL RULES

MAY IT PLEASE THE COURT:

Plaintiffs filed a Motion for Contempt and Sanctions against the New Orleans Hornets for violating Court orders relating to discovery. On 10 September 2007, Magistrate Chasez directed Plaintiffs to conduct chain of custody depositions to determine the full extent and nature of the Hornets' violation of this Court's orders. Four witnesses were produced and deposed. These depositions revealed that the Hornets substantially failed to comply with almost every area of investigations required to locate and produce documents ordered by the Court. A report to the Court detailing the extent of the Hornets' violations could not be accurately reflected with citations to the record in twenty-five (25) pages or less. Accordingly, Plaintiffs request leave of court to file a memorandum exceeding 25 pages in length.

Dockets.Justia.com

Respectfully submitted,

BY: /s/ Daniel E. Buras, Jr.
HOWARD DAIGLE (#4454)
DANIEL E. BURAS, JR. (#26226) (T.A.)
ELVIGE CASSARD RICHARDS (#19386)
DAIGLE FISSE & KESSENICH, PLC
227 Highway 21
Madisonville, LA 70447
Telephone: 985.871.0800
Facsimile: 985.871.0899
**ATTORNEYS FOR PLAINTIFF**

STEWART E. NILES, JR. (#10004)
BRYAN J. KNIGHT (#28640)
NILES, BOURQUE & FONTANA, L.C.
909 Poydras Street, 35th Floor
New Orleans, Louisiana 70112
Telephone (504) 310-8550
Facsimile (504) 310-8595
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above motion as been sent to opposing counsel by placing a copy of same in the U.S. mail, properly addressed, postage prepaid, or by any other means authorized by law, this 15th day of October 2007.

/s/ Daniel E. Buras, Jr.
DANIEL E. BURAS, JR.

2