UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EUGENE LIGER, ET AL, | * | CIVIL ACTION NO. 05-1969 |
|     **Plaintiffs in a Collective Action** | * | |
| | * | SECTION C |
| | * | |
| versus | * | MAGISTRATE 05 |
| | * | |
| NEW ORLEANS HORNETS NBA LIMITED | * | |
| PARTNERSHIP, | * | |
|     **Defendant** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Leave to File Reply Brief in Excess of Local Rules:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff be and is hereby granted leave to file said reply brief into the record of these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2007.

**HONORABLE ALMA L. CHASEZ**