# NEW ORLEANS HORNETS

# TIME SHEET

1301 Girod Street
New Orleans, LA 70113

**BI-MONTHLY
PAY PERIOD: FROM: 7/18/05
TO:    7/22/05**

Employee Name: Latousha M. Brown

Department: Tickets Ops        Department Head: Jon Lakamp

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/18/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8 |
| TUESDAY | 7/19/05 | 8:51 | 6:55 | 1hr | Ticket Ops | 9 |
| WEDNESDAY | 7/20/05 | 8:37 | 4:42 | 1hr | Ticket Ops | 7 |
| THURSDAY | 7/21/05 | 8:32 | 5:34 | 1hr | Ticket Ops | 8 |
| FRIDAY | 7/22/05 | 8:46 | 5:37 | 1hr | Ticket Ops | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | 40.0 |

## WEEK 2

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

Exh. 21   30(b)(6)

CONTINUED FROM PREVIOUS PAGE



EXHIBIT
A
tabbies®

Confidential
D6733
Dockets.Justia.com

TOTAL

PAYROLL HOURS SUBMITTED BY: _____ DATE_____

APPROVED BY: _____ DATE_ 7/25/05

Confidential
D6734

# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 8/13/05

1501 Girod Street
New Orleans, LA 70113

Employee Name: Latousha M. Brown

Department: Ticket Ops          Department Head: Jon LaBamp

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/8/05 | 8:40 | 5:40 | Doctors App | Ticket Ops | 8.0 |
| TUESDAY | 8/9/05 | 8:34 | 6:17 | 1 hr | Ticket Ops | 8.75 |
| WEDNESDAY | 8/10/05 | 8:30 | 5:30 | 1 hr | Ticket Ops | 8.0 |
| THURSDAY | 8/11/05 | 8:27 | 5:30 | 1 hr | Ticket Ops | 8.0 |
| FRIDAY | 8/12/05 | 8:34 | 2:00 | 1 hr | Ticket Ops | 5.0 |
| SATURDAY | — | — | — | — | | |
| SUNDAY | — | — | — | — | | |
| | | | | | | 37.75 |

Early Release me to Saints Game

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _Latousha M. Brown_          DATE 8/13/05

SUPERVISOR SIGNATURE: _John M LaBamp_          DATE 8/16/05

Confidential
D6735



# NEW ORLEANS HORNETS

## TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 8/19/05

1501 Girod Street
New Orleans, LA 70113

Employee Name: Latousha M. Brown

Department: Ticket Ops        Department Head: Jon Lakamp

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/15/05 | Sick | | | | |
| TUESDAY | 8/16/05 | Sick | | | | |
| WEDNESDAY | 8/17/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8 |
| THURSDAY | 8/18/05 | 8:30 | 5:30 | 1hr | Ticket Ops | 8 |
| FRIDAY | 8/19/05 | 8:27 | 5:30 | 1hr | Ticket Ops | 8 |
| SATURDAY | — | — | — | — | | — |
| SUNDAY | — | — | — | — | | — |

24.0

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _____    DATE 8/23/05

SUPERVISOR SIGNATURE: _____    DATE 8/23/05

Confidential
D6736



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA  70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: _10/14/05_

Employee Name: _Latousha Brown_

Department: _Accounting_          Department Head: _Dena_

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|-----|------|---------|----------|-------|-------------------|----------------------------|
| MONDAY | | | | | | |
| TUESDAY | | | | | | |
| WEDNESDAY | | | | | | |
| THURSDAY | 10/13/05 | 8:30 | 5:30 | 1 hr | Ticket Ops/Acct | 8 |
| FRIDAY | 10/14/05 | 8:45 | 6:45 | 1 hr | Accounting | 9 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

## TOTAL HOURS WORKED          _17_

EMPLOYEE SIGNATURE: _Latousha N Brown_          DATE _____

SUPERVISOR SIGNATURE: _Arteaga_          DATE _10/17/05_

Confidential
D6727

# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 10/21/05

1501 Girod Street
New Orleans, LA 70113

Employee Name: Latoysha M Brown

Department: Accounting          Department Head: Deina Artega

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 10/17/05 | 8:30 | 5:30 | 1hr | Acct | 8 |
| TUESDAY | 10/18/05 | 8:30 | 5:30 | 1hr | Acct | 8 |
| WEDNESDAY | 10/19/05 | 8:45 | 5:45 | 1hr | Acct | 8 |
| THURSDAY | 10/20/05 | 8:30 | 6:30 | 1hr | Acct | 9 |
| FRIDAY | 10/21/05 | 7:45 | 5:30 | 1hr | Acct. | 8½ |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

**TOTAL HOURS WORKED**                                       42/2

EMPLOYEE SIGNATURE: Latoysha M. Brown          DATE 10/21/05

SUPERVISOR SIGNATURE: Deina Brockan          DATE 10/21/05

2.5 x
14.45 x 1.5 =
54.18
or

Confidential
D6738

# NEW ORLEANS HORNETS

## TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 10/28/05

1501 Girod Street
New Orleans, LA 70113

Employee Name: Latoysha M. Brown

Department: Accounting          Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|-----|------|---------|----------|-------|-------------------|------|
| MONDAY | 10/24/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| TUESDAY | 10/25/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| WEDNESDAY | 10/26/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| THURSDAY | 10/27/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| FRIDAY | 10/28/05 | 8:30 | 5:30 | 1hr. | Acct. | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

**TOTAL HOURS WORKED** — 40hrs

EMPLOYEE SIGNATURE: _Latoysha M. Brown_          DATE _____

SUPERVISOR SIGNATURE: _Brice Collier_          DATE 10/31/05

Confidential



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA  70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 11/4/05

Employee Name: _Latousha Brown_

Department: _Accounting_          Department Head: _Brice Collier_

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|-----|------|---------|----------|-------|-------------------|------|
| MONDAY | 10/31/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| TUESDAY | 11/1/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| WEDNESDAY | 11/2/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| THURSDAY | 11/3/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| FRIDAY | 11/4/05 | Doctor's Appointment | | | | |
| SATURDAY | — | — | — | — | — | — |
| SUNDAY | — | — | — | — | — | — |
| | | | | | | |

| TOTAL HOURS WORKED | 32 ✓ |
|---|---|

EMPLOYEE SIGNATURE: _Latousha M. Brown_          DATE _11/7/05_

SUPERVISOR SIGNATURE: _Brice Coll_          DATE _11/8/05_

Confidential
D6740



# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 11/11/05

Employee Name: _Latousha M Brown_

Department: _Accounting_    Department Head: _Brice Collier_

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 11/7/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| TUESDAY | 11/8/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| WEDNESDAY | 11/9/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| THURSDAY | 11/10/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| FRIDAY | 11/11/05 | 8:30 | 6:30 | 0 | Acct. | 10 |
| SATURDAY | — | — | — | — | | |
| SUNDAY | — | — | — | | | |
| | | | | | | |

42hrs

42hrs

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _____    DATE 11/14/05

SUPERVISOR SIGNATURE: _____    DATE 11/14/05

Confidential
D6741



# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: 11/18/05

1501 Girod Street
New Orleans, LA 70113

Employee Name: Latousha M. Brown

Department: Accounting     Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 11/14/05 | 8:30 | 5:30 | 1hr | Acct. | 8 hrs |
| TUESDAY | 11/15/05 | 8:30 | 5:30 | 1hr | Acct | 8 hrs |
| WEDNESDAY | 11/16/05 | 8:30 | 6:30 | 1hr | Acct. | 9 hrs |
| THURSDAY | 11/17/05 | 8:30 | 5:30+6:30 10:30 | 0 | Acct. | 12 hrs |
| FRIDAY | 11/18/05 | 8:30 | 5:30 | 1hr | Acct. | 8 hrs |
| SATURDAY | 11/19/05 | 6:30pm | 10:30 | 0 | Acct | 4hrs |
| SUNDAY | | | | | | |
| | | | | | | |

49 hrs

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _____ DATE 11/21/05

SUPERVISOR SIGNATURE: _____ DATE _____

Brice 11/21/05

# NEW ORLEANS HORNETS

## TIME SHEET

DUE IN PAYROLL NOON EVERY MONDAY

1501 Girod Street
New Orleans, LA 70113

PERIOD ENDING: 11/27/05

Employee Name: LaTousha Brown

Department Head: Brice Collin

Department: Accounting

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL HOURS |
|-----|------|---------|----------|-------|-------------------|-------------|
| MONDAY | 11/21/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| TUESDAY | 11/22/05 | 8:30 | 5:30 | 1hr | Acct. | 8 |
| WEDNESDAY | 11/23/05 | 8:30 | 1:30 | 0 | Acct. | 5 |
| THURSDAY | | Thanksgiving Holiday | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

21 hrs.

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _____  DATE _____

SUPERVISOR SIGNATURE: _____  DATE 11/22/05

Confidential
D6743

# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL NOON EVERY MONDAY

PERIOD ENDING: 12/4/05

1501 Girod Street
New Orleans, LA 70113

Employee Name: Latousha Brown
Department: Accounting          Department Head: Brice Collier

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL HOURS |
|---|---|---|---|---|---|---|
| MONDAY | 11/28/05 | Floating Holiday | | | | |
| TUESDAY | 11/29/05 | 8.5 Comp Day | | | | |
| WEDNESDAY | 11/30/05 | Personal Day | | | | |
| THURSDAY | | | | | | |
| FRIDAY | | | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _____ DATE 11/23/05

SUPERVISOR SIGNATURE: _____ DATE 11/28/05

Confidential
D6744

# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA 70113

BI-MONTHLY
PAY PERIOD: FROM: 7/1
TO: 7/15

Employee Name: KEN KLIEBERT

Department: TICKET SALES     Department Head: ZABER

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/4/05 | HOLIDAY | | | SALES | 8 |
| TUESDAY | 7/5/05 | VACATION DAY | | | SALES | 8 |
| WEDNESDAY | 7/6/05 | 8:45 | 5:30 | 45 minutes | SALES | 8 |
| THURSDAY | 7/7/05 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| FRIDAY | 7/8/05 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | 40 |

## WEEK 2

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 7/11 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| TUESDAY | 7/12 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| WEDNESDAY | 7/13 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| THURSDAY | 7/14 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| FRIDAY | 7/15 | 8:30 | 5:30 | 12-1 | SALES | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | 40 |

CONTINUED FROM PREVIOUS PAGE

Confidential
D6745

# TOTAL

PAYROLL HOURS SUBMITTED BY: _____ DATE 7/15/05

APPROVED BY: _____ DATE 7/15/05

Confidential
D6746

# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA  70113

SEMI-MONTHLY
PAY PERIOD FROM: _7/15/05_
TO: _7/22/05_

Employee Name: _KEN KLIEBERT_

Department: _SALES_          Department Head: _ZABER_

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|-----|------|---------|----------|-------|-------------------|----------------------------|
| MONDAY | 7/18/05 | 8:30 | 5:30 | 12~1 | | 8 |
| TUESDAY | 7/19/05 | 8:30 | 5:30 | 12~1 | | 8 |
| WEDNESDAY | 7/20/05 | 8:30 | 5:30 | 12~1 | | 8 |
| THURSDAY | 7/21/05 | 8:30 | 5:30 | 12~1 | | 8 |
| FRIDAY | 7/22/05 | VACATION | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |
| | | | | | | |

**TOTAL HOURS WORKED**     32 / 8 ✓

EMPLOYEE SIGNATURE: _Ken Kliebert_          DATE _8/1/05_

APPROVED BY: _____          DATE _8/1/05_

# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA 70113

SEMI-MONTHLY
PAY PERIOD FROM: 7/25/05
TO: 7/29/05

Employee Name: *Ken Kliebert*

Department: *SALES*          Department Head: *ZABER*

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|-----|------|---------|----------|-------|-------------------|----------------------------|
| MONDAY | 7/25/05 | VACATION | | | | |
| TUESDAY | 7/26/05 | VACATION | | | | |
| WEDNESDAY | 7/27/05 | VACATION | | | | |
| THURSDAY | 7/28/05 | VACATION | | | | |
| FRIDAY | 7/29/05 | VACATION | | | | |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | |

40.0 V

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: *Ken Kliebert*          DATE 8/1/05

APPROVED BY: _____          DATE 8/1/05

Confidential
D6748

# NEW ORLEANS HORNETS

# TIME SHEET

1501 Girod Street
New Orleans, LA 70113

SEMI-MONTHLY
PAY PERIOD FROM: _____
TO: _____

Employee Name: _Ken Kliebert_

Department: _Sales_          Department Head: _Zaber_

## WEEK 1

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|-----|------|---------|----------|-------|-------------------|-----------------------------|
| MONDAY | 8/1/05 | 8 30 | 5 30 | 12-1 | | 8 |
| TUESDAY | 8/2/05 | 8 30 | 5 30 | 12~1 | | 8 |
| WEDNESDAY | 8/3/05 | 8 30 | 5 30 | 12~1 | | 8 |
| THURSDAY | 8/4/05 | 8 30 | 5 30 | 12~1 | | 8 |
| FRIDAY | 8/5/05 | 8 30 | 5 30 | 12~1 | | 8 |
| SATURDAY | | | | | | |
| SUNDAY | | | | | | 40 |

| TOTAL HOURS WORKED | 40 |
|--------------------|----|

EMPLOYEE SIGNATURE: _Ken Kliebert_          DATE 8/8/05

APPROVED BY: _____          DATE 8/8/05

# NEW ORLEANS HORNETS

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

1501 Girod Street
New Orleans, LA 70113

PERIOD ENDING: *8/14/05*

Employee Name: *KEN KLIEBERT*

Department: *SALES*          Department Head: *ZABER*

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/8/05 | 8 30 | 5 30 | 1-2 | SALES | 8 |
| TUESDAY | 8/9/05 | 8 30 | 5 30 | 12-1 | SALES | 8 |
| WEDNESDAY | 8/10/05 | 8 30 | 5 30 | 12 15 - 1 15 | SALES | 8 |
| THURSDAY | 8/11/05 | 8 30 | 5 30 | 12 45 - 1 45 | SALES | 8 |
| FRIDAY | 8/12/05 | 8 30 | 2 00 | 12-12 30 | SALES | 5 |
| SATURDAY | 8/13/05 | N/A | | | | |
| SUNDAY | 8/14/05 | N/A | | | | |
| | | | | | | 37 |

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: _____  DATE *8/12/05*

SUPERVISOR SIGNATURE: _____  DATE *8/15/05*

# NEW ORLEANS HORNETS

1501 Girod Street
New Orleans, LA 70113

# TIME SHEET

DUE IN PAYROLL 10AM EVERY MONDAY

PERIOD ENDING: *8/21*

Employee Name: *Ken Kliebert*

Department: *Sales*          Department Head: *Zaber*

| DAY | DATE | TIME IN | TIME OUT | LUNCH | AREA/DEPT. WORKED | TOTAL (for accounting use) |
|---|---|---|---|---|---|---|
| MONDAY | 8/15 | 8:30 | 5:30 | 12~1 | Sales | 8 |
| TUESDAY | 8/16 | 8:30 | 5:30 | 12~1 | Sales | 8 |
| WEDNESDAY | 8/17 | 9:30 | 5:30 | — | Sales | 8 |
| THURSDAY | 8/18 | 8:30 | 5:30 | 1 hour | Sales | 8 |
| FRIDAY | 8/19 | 8:30 | 3:00 | ½ hour | Sales | 6 |
| SATURDAY | 8/20 | N/A | | | | |
| SUNDAY | 8/21 | N/A | | | | |
| | | | | | | |

*38*

## TOTAL HOURS WORKED

EMPLOYEE SIGNATURE: *Ken Kliebert*          DATE *8/19/05*

SUPERVISOR SIGNATURE: *[signature]*          DATE *8/22/05*

Confidential
D6751