# NEW ORLEANS HORNETS NBA LIMITED PARTNERSHIP

## Employee Manual

### December 1, 2006

Exh. 22 30(b)(6)



EXHIBIT

B, Part I

Dockets.Justia.com

TABLE OF CONTENTS

Notice.............................................................................................................. 1
    Mission Statement........................................................................................ 1
    Some Things You Must Understand.............................................................. 1
An Overview of the Hornets.............................................................................. 2
    Code of Business Conduct........................................................................... 2
        Introduction........................................................................................ 2
        You and Your Job at the Hornets........................................................ 2
        Our Responsibilities to Employees...................................................... 2
        Protecting Company Assets................................................................. 2
        Proprietary Information ...................................................................... 3
        If You Are Asked For Information ...................................................... 3
        If You Leave the Hornets................................................................... 3
        Legal Remedies.................................................................................. 4
        Recording and Reporting Information.................................................. 4
    Conducting the Hornets' Business ............................................................... 4
        Corporate Citizenship and Responsibilities.......................................... 4
        Environment....................................................................................... 4
        Acquiring Software............................................................................. 4
    On Your Own Time .................................................................................... 5
        Conflict of Interest............................................................................. 5
        Competing With the Hornets .............................................................. 5
        Supplying the Hornets........................................................................ 5
        Use of the Hornets' Time and Assets .................................................. 5
        Your Personal Financial Interests ....................................................... 6
        Concerns and Resolutions................................................................... 6
    Suggestions ................................................................................................ 6
Employment..................................................................................................... 7
    At-Will Employment ................................................................................... 7
    Arbitration Policy........................................................................................ 7
    Termination of Your Employment................................................................ 8
    Equal Employment Opportunity Policy Statement......................................... 8
    Non-discrimination and Anti-harassment Policy............................................ 8
    Equal Employment Opportunity .................................................................. 9
        Definitions of Harassment .................................................................. 9
        Individuals and Conduct Covered........................................................ 10
        Retaliation Is Prohibited .................................................................... 10
    Complaint Procedure .................................................................................. 10
        Reporting an Incident of Harassment, Discrimination or Retaliation.................... 10
        The Investigation .............................................................................. 11
        Responsive Action ............................................................................. 11
    Americans with Disabilities Act Policy Statement......................................... 11
        Procedure for Requesting an Accommodation ..................................... 12
    Work Schedule........................................................................................... 12
        Business Hours................................................................................... 12
        Absence or Lateness .......................................................................... 12

Employment Classifications ................................................................. 13
    Full-Time Employees.............................................................. 13
    Seasonal/Temporary Employees.......................................... 13
    Non-Exempt and Exempt Employees.................................. 14
Job Postings and Job Transfers .................................................... 14
Personnel Records and Administration........................................... 14
    Your Personnel File ............................................................... 14
    Your Medical Records File.................................................... 15
Compensation .......................................................................................... 16
    Pay Period and Hours.................................................................... 16
    Pay Cycle ...................................................................................... 16
    Paycheck Distribution................................................................... 16
    Computing Pay............................................................................... 16
    Mandatory Deductions from Paycheck.......................................... 16
    Payroll Direct Deposit.................................................................... 16
    Error in Pay .................................................................................... 17
    Maintaining Work Schedules......................................................... 17
    Overtime Pay ................................................................................. 17
    Time Records and Break Periods................................................... 17
        Volunteerism............................................................................. 18
        Pay During Travel Away from the Employee's Home City ........ 18
    Wage Garnishments....................................................................... 18
    Performance and Compensation Reviews ..................................... 18
        Performance Reviews ............................................................... 18
Benefits ................................................................................................... 19
    Eligibility for Benefits.................................................................... 19
    Disclaimer...................................................................................... 19
    401(k) Retirement Plan.................................................................. 19
    Section 125 Cafeteria Plan – Flexible Spending Accounts ........... 20
    Insurance Coverage....................................................................... 20
        Group Insurance Summary ....................................................... 20
        Health /Medical Insurance ........................................................ 20
        Dental Insurance ....................................................................... 21
        Short Term Disability (STD) ...................................................... 21
        Long Term Disability Insurance (LTD)....................................... 21
        Basic Life and Accidental Death and Dismemberment Insurance (AD&D)........ 21
        Supplemental Life and AD&D Insurance................................... 21
    Government Required Coverage.................................................... 21
        Workers' Compensation............................................................. 21
    "Hornets Nest" Merchandise Store ................................................ 22
    Employee Complimentary Game Ticket Policy .............................. 22
Leaves Of Absence .................................................................................. 23
    Paid Leaves .................................................................................... 23
        Holidays..................................................................................... 23
            Holiday Policy ....................................................................... 23
            Floating Holidays................................................................... 23

Recognized Holidays ................................................................ 23
Incentive Leave........................................................................ 24
Vacation .................................................................................. 24
    Vacation Policy .................................................................. 24
    Amount of Vacation........................................................... 24
Sick Leave................................................................................ 25
    Sick Leave Policy .............................................................. 25
    Amount of Sick Leave ....................................................... 25
Other Paid Leaves ........................................................................ 26
Election Day............................................................................. 26
Funeral (Bereavement) Leave.................................................. 26
    Policy .................................................................................. 26
    Amount of Leave ............................................................... 26
Jury Duty.................................................................................. 26
    Policy .................................................................................. 26
    Amount of Leave ............................................................... 26
Unpaid Leaves ............................................................................... 27
Military Reserves or National Guard Leave of Absence ....................................... 27
    Policy .................................................................................. 27
    Procedure ........................................................................... 27
Family and Medical Leave Act (FMLA) Leave of Absence ............................ 27
    Policy .................................................................................. 27
    Procedure ........................................................................... 30
Alcohol and Substance Abuse Policy.............................................................. 31
Rules of Conduct.............................................................................. 31
Drug Testing Procedures.................................................................. 31
    Persons Subject to Testing ............................................... 31
    Applicant Testing............................................................... 31
    Circumstances Under Which Drug and Alcohol Testing May be Requested or
      Required of Employees................................................. 32
    Identification of the Substances Which May be Tested.................... 32
    Testing Methods and Collection Procedures to be Used ................. 33
    Maintenance and Confidentiality of Records and Information............. 33
    Disciplinary Action........................................................... 33
Employee Assistance Program ........................................................ 34
Conduct of Searches ........................................................................ 34
Applicable Laws ............................................................................... 34
Safety ........................................................................................................ 35
General Employee Safety ................................................................ 35
Reporting Safety Issues.................................................................... 35
Weapons............................................................................................ 35
Security .............................................................................................. 36
Smoking............................................................................................. 36
Separation of Employment and Change of Status ............................................ 37
Termination....................................................................................... 37
Separation ......................................................................................... 37

Workplace Policies ............................................................................................... 38
    Personal Behavior .......................................................................................... 38
    Immediate Dismissal - Misconduct ............................................................... 38
    Discipline – Other Than Immediate Termination .......................................... 39
    Communications ............................................................................................ 39
    Computers, Electronic Mail, and Voice Mail Usage Policy ........................... 39
    Dress Code and Personal Appearance .......................................................... 41
    Employee Services......................................................................................... 41
        Facilities................................................................................................. 41
        Cellular /Mobile Telephones.................................................................. 42
        Expense Reimbursement........................................................................ 42
    Personal Use of Company Property................................................................ 42
    Nepotism ....................................................................................................... 43
    Use of Company Vehicle................................................................................ 43
    Violence in the Workplace Policy .................................................................. 44
    Fraternization with Players and Coaches....................................................... 45
Acknowledgment of and Agreement with the Hornets' Policy against Harassment and
    Discrimination................................................................................................ 46
Receipt and Acknowledgement of The Hornets Employee Manual........................... 47

# Welcome to the New Orleans Hornets NBA Limited Partnership

Thank you for joining New Orleans Hornets NBA Limited Partnership (referred to in this Employee Manual as the "Hornets")! We hope you agree that you have a great contribution to make to the Hornets, and that you will find your employment by the Hornets a rewarding experience.

This Employee Manual will provide answers to most of the questions you may have about the Hornets' benefit programs as well as the organization's policies and procedures. You are responsible for reading and understanding this Employee Manual. If anything is unclear, please discuss the matter with your Supervisor or Human Resources.

This Employee Manual has been designed for easy updating. As revisions are issued, please insert them.

Remember that the information provided here is only a summary and does not contain all of the detailed provisions of our benefit plans.

This Employee Manual is the property of the Hornets and should be neither copied nor distributed to unauthorized persons. Upon separation, it must be returned to the Hornets.

## NOTICE

This Employee Manual applies to all employees except basketball players and independent contractors whose relationship with the Hornets is governed by other contracts or agreements.

## Mission Statement

**The Hornets mission statement is: "To provide fun experiences, to be a responsible corporate citizen, and to make our community proud of our performance on and off the court."**

## Some Things You Must Understand

The policies in this Employee Manual are to be considered as guidelines.

I.     The Hornets, at its option, may change, delete, suspend or discontinue any part or parts of the policies in this Employee Manual at any time without prior notice as business, employment legislation, and economic conditions dictate. However, the provisions regarding arbitration will not be modified without prior notice to you.

II.    Any such action shall apply to existing as well as to future employees.

III.   Employees may not accrue eligibility for monetary benefits for which they have not become eligible through actual time spent working.

IV.    Employees shall not accrue eligibility for any benefits, rights, or privileges beyond the last day worked.

V.     No one other than a member of the Executive Management Team (i.e., the Owner, General Manager, the Chief Operating Officer and the Chief Financial Officer) of the Hornets may alter or modify any of the policies in this Employee Manual and then only in writing. Any alteration or modification of the policies in this Employee Manual must be in writing.

VI.    No statement or promise by a supervisor, manager, or department head, past or present, may be interpreted as a change in policy nor will it constitute an agreement with an employee.

VII.   This Employee Manual does not create a contract, express or implied.

VIII.  This Employee Manual does not alter the "at-will" relationship between employer and employee.

Should any provision in this Employee Manual be found to be unenforceable and invalid, such finding does not invalidate the entire Employee Manual but only that particular provision.

This Employee Manual replaces and supersedes any and all other or previous Employee Manuals or other company policies whether written or oral. However, the terms of any written employee benefit plans shall govern those plans.

# AN OVERVIEW OF THE HORNETS

## Code of Business Conduct

### Introduction

The purpose of this section is to provide general guidance to you, as an employee of the Hornets, on some common ethical and legal issues. You may encounter them either on or off the job, but in one way or another they will be related to the Hornets' business interests.

This section addresses certain responsibilities you have toward the Hornets by virtue of the fiduciary duties imposed on you by law, including the protection of the company's assets, protection of the environment, the method of conducting the Hornets' business with other persons and organizations, and considerations that arise when you are on your own time (especially conflicts of interest).

Although this section deals with a number of situations, it cannot provide all of the answers. If you have questions about the issues raised herein or about other issues, consult your supervisor.

### You and Your Job at the Hornets

This section deals primarily with matters arising from your employment relationship with the Hornets. It deals with some of your key responsibilities in matters of security, use of the Hornets' property, and recording and reporting information. As an employee, you should discharge your responsibilities in a manner that is in the best interests of your employer. The following sections are for your guidance in meeting these legal and ethical requirements.

### Our Responsibilities to Employees

The Hornets recognize its obligation to treat qualified employees fairly, equitably and without regard to race, creed, national origin, sex, marital status, age, and any mental or physical handicap. Knowing that employees are its most valuable resource, the Hornets are committed to providing a workplace where each employee can perform in a clean, safe and helpful environment. We expect all of our employees to respect their fellow employees and support the Hornets in treating co-workers and subordinates fairly and equitably. The Hornets will not tolerate employment discrimination or sexual harassment. Problems of discrimination or harassment that you experience or observe should be immediately reported to your supervisor, a member of management, or Human Resources.

### Protecting Company Assets

The Hornets have a variety of assets, many of them of great value. They include not only physical things but also proprietary information, which includes intellectual property and confidential data. Protecting all these assets against loss, theft, misuse, and unauthorized access

is very important. Every employee is responsible not only for protecting company property entrusted to him or her, but also for helping protect the company's assets in general. If you observe loss, theft, misuse or unauthorized disclosure of company property, you should report it to your supervisor or another member of management as soon as possible.

The following will give you further guidance about this subject.

### Proprietary Information

Proprietary information is usually confidential. It includes the business, financial, marketing and service plans associated with our business. Also, it includes designs, engineering know-how and processes, product plans, computer code and a variety of internal databases. Additionally, personnel data and salary information, trademark applications, trademarks, and software are included.

Much of this information is called intellectual property, which is the result of hard work and ideas of many talented people and substantial company investment.

Some people outside the company are eager to obtain information in any way they can. Except for certain legal requirements, the company alone is entitled to determine who may possess its proprietary information and what use may be made of it.

You should not discuss confidential information even with authorized persons within the company if you are in the general presence of others—at a game, for instance, or on an airplane. This also applies to discussions with family members or friends who inadvertently might pass the information on to someone else.

No employee of the Hornets may obtain any autographs or merchandise related to any Hornets player or to the team without the prior authorization of the Vice President of Marketing Services. All requests for donations, merchandise or autographs should be submitted in writing to the Vice President of Marketing Services.

### If You Are Asked For Information

If questions from someone outside the company come to you, do not attempt to answer them unless you have been authorized to do so. If you have not been authorized to respond to questions from third parties, you should refer the person to the Communications Department.

### If You Leave the Hornets

Should you leave the company for any reason, you may not disclose or use the Hornets' confidential information. Furthermore, the company ownership of intellectual property you created while an employee continues after you leave the Hornets.

## Legal Remedies

Where our intellectual property has been misappropriated or misused, disciplinary action up to and including termination may be applied against offending employees, and in other cases, legal action may be taken against anyone involved.

Occasionally, individuals may be prosecuted by government authorities and convicted of crimes for their part in stealing information.

## Recording and Reporting Information

You should record and report information accurately and honestly and on the forms directed by the company for reporting. Such information consists of time worked, vacation taken and lost time due to sickness.

Expense accounts are an important record. Employees are entitled to reimbursement for reasonable expenses only when actually incurred. To submit an expense account for meals not eaten, miles not driven or airline tickets not used is dishonest reporting. No one in the company can authorize an exception to honestly reporting expenses. Moreover, supervisors have an obligation to make sure that expense reports are not only accurate but also that they conform to the company guidelines on business conduct. See "Expense Reimbursement" below for more information.

## Conducting the Hornets' Business

This section concerns business conduct and ethical issues you may encounter while dealing with outside organizations and people.

## Corporate Citizenship and Responsibilities

As a backdrop to this discussion, you should know that there are several principles that guide the Hornets. We will be a concerned corporate citizen in the areas where we pursue our business activities, recognizing the economic, social and industrial development priorities. As corporate citizens, we will not achieve profit results at a cost to our environment or violation of the law.

## Environment

Company management and employees should be aware of regulatory dictates, including those regarding the environment, and should comply with all such laws and regulations to ensure the health and safety of the communities in which we live and work.

## Acquiring Software

One type of intellectual property that must be managed with care is software we acquire from others, whether computer programs, databases, or related documentation. Software is often protected by a copyright or as a trade secret or confidential information. Consult your supervisor or Information Technology about license agreements and the replication of third party software.

The Hornets Employee Manual, December 1, 2006

## On Your Own Time

This section deals with activities you may engage in as a private individual that because of your employment by the Hornets might lead to conflicts of interest or other problems.

### Conflict of Interest

A conflict of interest would exist for you if you or a member of your immediate family had any interest or activities outside the Hornets that you could advance at the expense of the Hornets' interests. In other words, given your obligations or commitments to the outside interest and your obligations and commitments to the Hornets as an employee, your loyalty becomes divided.

A conflict of interest can arise because of circumstances alone, without any action on your part. The interest or activities of a family member may create a conflict of interest for you. In some cases, the risk to all concerned is so small that it can be controlled and tolerated. Each situation is different, and in evaluating yours, you will need to consider many factors. The most common types of conflicts and their usual implications are explored here to help you make informed decisions.

### Competing With the Hornets

You may not market products or services in competition with any products or services of the Hornets. Nor may you work for a competitor or a potential competitor as an employee, consultant, or member of its board of directors because usually that would create a divided loyalty.

### Supplying the Hornets

You may not accept money or any benefits from any supplier for business advice or services with respect to the supplier's business with the Hornets. Nor may you or a member of your immediate family represent a supplier to the Hornets, be a part of its operating management or work on anything offered by that supplier to the Hornets. In addition, although there may be exceptions under special programs established by the Hornets, as a general rule, neither you nor a member of your immediate family may be a supplier to the Hornets.

### Use of the Hornets' Time and Assets

You may not perform outside work or solicit business while on the Hornets' premises or time. You may not use the company's equipment, materials, resources, or proprietary information for any outside work. This also includes the personal use of Hornets' mail services (overnight services or the postage machine).

Internal computers and information systems are provided only for conducting our business. Unauthorized use of these, whether or not for personal gain, is a misappropriation of the company's assets.

<u>Your Personal Financial Interests</u>

You should not have a financial interest in a supplier, competitor, customer, distributor or any other organization that could cause a conflict of interest.

A financial interest would be improper if the combination of your job, the amount of your investment, and the particular company in which you invested could, when viewed objectively by another person, influence your actions as an employee. Although an employee may not feel that she/he is influenced by her/his investment, some situations may give the impression to others that you are influenced by such investment. Any ownership of stock or interest in any competitor, supplier, or customer of the Hornets may constitute a conflict of interest and must be reported. Ownership of less than two percent (2%) in a widely traded public stock would not be considered a conflict.

You should not evade these guidelines on investments by acting indirectly through anyone else.

You are not authorized to indicate any support by the Hornets for any charitable or political organization without prior written authorization of a member of the Executive Management Team.

<u>Concerns and Resolutions</u>

Regardless of the issue, at the Hornets, we believe that through an open-door policy of communication we can promptly address and resolve concerns within the employment setting. If you feel you have an issue to be discussed and/or resolved, contact your immediate supervisor. If the issue is not resolved after that meeting, or if you feel the immediate supervisor is part of the problem, contact his or her immediate supervisor. You are always invited to contact Human Resources or another member of management with whom you feel comfortable. Your concerns will be kept confidential to the extent that is possible and consistent with a prompt investigation and resolution of the issue.

## Suggestions

We encourage all employees to bring forward their suggestions and good ideas about how our company can be made a better place to work, our products improved, and our service to customers enhanced. When you see an opportunity for improvement, please talk it over with your supervisor. She/he can help you bring your idea to the attention of the people in the company who will be responsible for possibly implementing it.

All suggestions are valued.

# EMPLOYMENT

## At-Will Employment

Your employment with the Hornets is at-will. This means that neither you nor the company has entered into a contract regarding the duration of your employment. You are free to terminate your employment with the Hornets at any time, with or without reason. Likewise, the Hornets have the right to terminate your employment, or otherwise discipline, transfer, or demote you at any time, with or without reason, at the discretion of the company. Nevertheless, as a matter of courtesy, the Hornets request that any employee who elects to leave employment give a two-week notice to the company prior to the end of the employment period.

No employee of the Hornets can enter into an employment contract for a specified period of time, or make any agreement contrary to this policy, without written approval from the Executive Management Team.

## Arbitration Policy

If a dispute concerning your employment or termination arises, you agree to submit any such dispute (including, but not limited to, claims of unlawful termination) exclusively to binding arbitration under the federal Arbitration Act, 9 U.S.C. Section 1. Similarly, any disputes arising during your employment involving claims of unlawful discrimination or harassment under federal or state statutes shall be submitted exclusively to binding arbitration under the above provisions. This arbitration shall be the exclusive means of resolving any dispute arising out of your employment or termination from employment by the Hornets or you, and no other action can be brought by employees in any court or any forum. **This arbitration policy does not apply to any claim arising out of or related to any employee's participation in the actions styled *Liger, et al v. New Orleans Hornets NBA, L.P.*, CIV-05-1969-C and 05-0068.**

By accepting or continuing employment with the Hornets, you agree that arbitration is the exclusive remedy for all disputes arising out of or related to your employment with the Hornets, and you agree to waive all rights to a civil court action regarding your employment and the termination of your employment with the Hornets; only the arbitrator, and not a judge or a jury, will decide the dispute.

If you decide to dispute your termination or any other alleged incident during your employment, including but not limited to unlawful discrimination or harassment, you must deliver a written request for arbitration to the Hornets within six (6) months from the date of termination, or six (6) months from the date on which the alleged incident(s) or conduct occurred (whichever is earlier) and respond within fourteen (14) calendar days to each communication regarding the selection of an arbitrator and the scheduling of a hearing. If the Hornets do not receive a written request for arbitration from you within six (6) months, or if you do not respond to any communication from the Hornets about the arbitration proceedings within fourteen (14) calendar days, you agree that you will be deemed to have waived any right to raise or pursue any claims arising out of the termination of your employment with the Hornets, or involving any other incident or dispute concerning your employment (including claims of unlawful discrimination or harassment), in arbitration or in any court or other forum.

You and the Hornets shall each bear your respective costs for legal representation at any such arbitration. The cost of the arbitrator and court reporter, if any, shall be shared equally by the parties.

If any provision or provisions of this section are determined to be unenforceable, the remaining provisions shall remain in full force and effect and be given the broadest interpretation and application possible.

## Termination of Your Employment

The Hornets will consider you to have voluntarily terminated your employment if you do any of the following:

1.  Resign from the Hornets,

2.  Fail to return from an approved leave of absence on the date specified by the Hornets, or

3.  Fail to report to work or call in for two (2) or more consecutive workdays.

You may be terminated for poor performance, misconduct, excessive absences, tardiness, discrimination, harassment, or other violations of the Hornets' policies, and because your employment is at-will, you and the Hornets each have the right to terminate your employment at any time for any or no reason.

## Equal Employment Opportunity Policy Statement

Equal employment opportunity has been, and will continue to be, a fundamental principle at the Hornets where employment is based upon personal capabilities and qualifications without discrimination because of race, color, religion, sex, age, national origin, disability, or any other protected characteristic as established by law.

This policy of equal employment opportunity applies to all policies and procedures relating to recruitment and hiring, compensation, benefits, termination and all other terms and conditions of employment.

Appropriate disciplinary action may be taken against any employee willfully violating this policy.

Human Resources has overall responsibility for this policy and maintains reporting and monitoring procedures. Employees' questions or concerns should be referred to Human Resources.

## Non-discrimination and Anti-harassment Policy

The Hornets are committed to a work environment in which all individuals are treated with respect and dignity. Each individual has the right to work in a professional atmosphere that promotes equal employment opportunities and prohibits discriminatory practices, including

harassment. Therefore, the Hornets expect that all relationships among persons in the workplace will be business-like and free of bias, prejudice and harassment.

## Equal Employment Opportunity

It is the policy of the Hornets to ensure equal employment opportunity without discrimination or harassment on the basis of race, color, religion, sex, age, national origin, disability or any other characteristic protected by law. The Hornets prohibit and will not tolerate any such discrimination or harassment.

### Definitions of Harassment

a.  Sexual harassment constitutes discrimination and is illegal under federal, state and local laws.  For the purposes of this policy, sexual harassment is defined, as in the Equal Employment Opportunity Commission Guidelines, as unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature when, for example: (i) submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment; (ii) submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or (iii) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive working environment.

b.  Sexual harassment may include a range of subtle and not so subtle behaviors and may involve individuals of the same or different gender. Depending on the circumstances, these behaviors may include, but are not limited to:  unwanted sexual advances or requests for sexual favors; sexual jokes and innuendo; verbal abuse of a sexual nature; commentary about an individual's body, sexual prowess or sexual deficiencies; leering, catcalls or touching; insulting or obscene comments or gestures; display or circulation in the workplace of sexually suggestive objects or pictures (including through e-mail); and other physical, verbal or visual conduct of a sexual nature.

c.  Harassment on the basis of any other protected characteristic is also strictly prohibited. Under this policy, harassment is verbal or physical conduct that denigrates or shows hostility or aversion toward an individual because of his/her race, color, religion, sex, age, national origin, disability or any other characteristic protected by law or that of his/her relatives, friends or associates, and that:  (i) has the purpose or effect of creating an intimidating, hostile or offensive work environment; (ii) has the purpose or effect of unreasonably interfering with an individual's work performance; or (iii) otherwise adversely affects an individual's employment opportunities.

d.  Harassing conduct includes, but is not limited to: epithets, slurs or negative stereotyping; threatening, intimidating or hostile acts; denigrating jokes and display or circulation in the workplace of written or graphic material that denigrates or shows hostility or aversion toward an individual or group (including through e-mail).

### Individuals and Conduct Covered

These policies are more stringent than federal law requires, but they are important to the Hornets. These policies apply to all applicants and employees and prohibit harassment, discrimination and retaliation whether engaged in by fellow employees, by a supervisor or manager or by someone not directly connected to the Hornets (e.g., an outside vendor, consultant or customer).

Conduct prohibited by these policies is unacceptable in the workplace and in any work-related setting outside the workplace, such as during business trips, business meetings and business-related social events.

### Retaliation Is Prohibited

The Hornets prohibit retaliation against any individual who reports discrimination or harassment or participates in an investigation of such reports. Retaliation against an individual for reporting harassment or discrimination or for participating in an investigation of a claim of harassment or discrimination is a serious violation of this policy and, like harassment or discrimination itself, will be subject to disciplinary action up to and including termination.

## Complaint Procedure

### Reporting an Incident of Harassment, Discrimination or Retaliation

The Hornets strongly urge the reporting of all incidents of discrimination, harassment or retaliation, regardless of the offender's identity or position. Individuals who believe they have experienced or observed conduct that they believe is contrary to the Hornets' policy or who have concerns about such matters should file their complaints with their immediate supervisor or Human Resources or any other member of management. Individuals should not feel obligated to file their complaints with their immediate supervisor first before bringing the matter to the attention of Human Resources.

**IMPORTANT NOTICE TO ALL EMPLOYEES: EMPLOYEES WHO HAVE EXPERIENCED OR OBSERVED CONDUCT THEY BELIEVE IS CONTRARY TO THIS POLICY HAVE AN OBLIGATION TO TAKE ADVANTAGE OF THIS COMPLAINT PROCEDURE. AN EMPLOYEE'S FAILURE TO FULFILL THIS OBLIGATION COULD AFFECT HIS OR HER RIGHTS IN PURSUING LEGAL ACTION.**

Early reporting and intervention have proven to be the most effective method of resolving actual or perceived incidents of harassment. Therefore, while no fixed reporting period has been established by the Hornets, the Hornets strongly urge the prompt reporting of complaints or concerns so that rapid and constructive investigation and remedial action can be taken.

The availability of this complaint procedure does not preclude individuals who believe they are being subjected to harassing conduct from promptly advising the offender that his or her behavior is unwelcome and requesting that it be discontinued. The Hornets encourage employees to voice to the offender that the behavior is unwelcome.

## The Investigation

Any reported allegations of harassment, discrimination or retaliation will be investigated promptly. The investigation may include individual interviews with the parties involved and, where necessary, with individuals who may have observed the alleged conduct or may have other relevant knowledge.

Confidentiality will be maintained throughout the investigatory process to the extent consistent with adequate investigation and appropriate corrective action.

## Responsive Action

Misconduct constituting harassment, discrimination or retaliation will be dealt with appropriately. Responsive action may include, for example, training, referral to counseling and/or disciplinary action such as warning, reprimand, withholding of a promotion or pay increase, reassignment, temporary suspension without pay or termination, as the Hornets believe appropriate under the circumstances.

If an employee making a complaint does not agree with its resolution, the employee may appeal to the Executive Management Team.

Individuals who have questions or concerns about these policies should talk with Human Resources.

Finally, these policies should not, and may not, be used as a basis for excluding or separating individuals of a particular gender, or any other protected characteristic, from participating in business or work-related social activities or discussions in order to avoid allegations of harassment. The law and the policies of the Hornets prohibit disparate treatment on the basis of sex or any other protected characteristic, with regard to terms, conditions, privileges and perquisites of employment. The prohibitions against harassment, discrimination and retaliation are intended to complement and further these policies, not to form the basis of an exception to them.

## Americans with Disabilities Act Policy Statement

The Hornets are committed to complying with all applicable provisions of the Americans with Disabilities Act ("ADA"). It is the company's policy not to discriminate against any qualified employee or applicant with regard to any terms or conditions of employment because of such individual's disability or perceived disability so long as the employee can perform the essential functions of the job. Consistent with this policy of nondiscrimination, the Hornets will provide reasonable accommodations to a qualified individual with a disability, as defined by the ADA, who has made the company aware of his or her disability and has requested accommodation, provided that such accommodation does not constitute an undue hardship on the company.

Employees with a disability who believe they need a reasonable accommodation to perform the essential functions of their job should contact Human Resources. The Hornets encourage individuals with disabilities to come forward and request reasonable accommodation.

## Procedure for Requesting an Accommodation

On receipt of an accommodation request, Human Resources and your supervisor will communicate with you to discuss and identify the precise limitations resulting from the disability and the potential accommodation that the Hornets might make to help overcome those limitations.

The Hornets will determine the feasibility of the requested accommodation considering various factors, including, but not limited to the nature and cost of the accommodation, the availability of tax credits and deductions, outside funding, the Hornets' overall financial resources and organization, and the accommodation's impact on the operation of the company, including its impact on the ability of other employees to perform their duties and on the Hornets' ability to conduct business.

The Hornets will inform the employee of its decision on the accommodation request or on how to make the accommodation. If the accommodation request is denied, the employee will be advised of his/her right to appeal the decision by submitting a written statement explaining the reasons for the request. If the request on appeal is denied, that decision is final.

The ADA does not require the Hornets to make the best possible accommodation, to reallocate essential job functions, or to provide personal use items (i.e., eyeglasses, hearing aids, wheelchairs etc.).

An employee or job applicant who has questions regarding this policy or believes that he or she has been discriminated against based upon a disability should notify Human Resources. All such inquiries or complaints will be treated as confidential to the extent permissible by law.

# Work Schedule

## Business Hours

Generally, regular office hours are from 8:30 a.m. to 5:30 p.m. weekdays with one hour off for lunch. Some employees are scheduled to begin work at a specific time and take their lunch period at a specific time. Other employees are on a more flexible schedule. Please see your supervisor if you have any questions about your work schedule.

## Absence or Lateness

From time to time, it may be necessary for you to be absent from work. The Hornets are aware that emergencies, illnesses, or pressing personal business that cannot be scheduled outside your work hours may arise. Sick and vacation leave have been provided for this purpose.

If you are unable to report to work, or if you will arrive late, please contact your supervisor before the beginning of your work schedule or as soon thereafter as possible. If you know in advance that you will need to be absent, please request this time off directly from your supervisor using the "Leave Request" form. Leave Request forms should be submitted at least two (2) weeks prior to leave date.

When you call in to inform the Hornets of an unexpected absence or late arrival, simply ask for your supervisor. If you are arriving to work late, please let your supervisor know when you expect to arrive for work. If you are unable to call in yourself because of an illness, emergency or for some other reason, be sure to have someone call for you and speak to your supervisor or Human Resources. Please submit leave requests for unscheduled leave as soon as possible following the actual time off.

If you are absent five (5) or more consecutive work days because of an illness or injury or any period due to a hospitalization, you will be required to provide a work release from your physician. The release must state that you may return to work with no limitations or it must state specifically the limitations. A statement of "light duty" will not be sufficient.

A consistent pattern of absences can be considered excessive, and may be cause for concern. In addition, excessive lateness or leaving early without letting your supervisor know will be considered a "lateness pattern" and may carry the same weight as an absence. Other factors, like the degree and reason for the lateness, will be taken into consideration.

Your supervisor will make a note of any absence or lateness, and their reasons, in your personnel file. Be aware that excessive absences, lateness or leaving early may lead to disciplinary action, including possible termination.

If you have an injury while on the job, special instructions apply. Please see "Workers' Compensation" below. You are required to immediately report that injury to your supervisor. You will be sent to a designated physician for treatment as required under the worker's compensation laws of the State of Oklahoma or Louisiana, as the case may be. It is a violation of company policy for you to fail to report any injury that is suffered on the job.

## Employment Classifications

At the time you are hired, you are classified as either full-time or seasonal/temporary. In addition, you are classified as either non-exempt or exempt. All other policies described in this Employee Manual and communicated by the Hornets apply to all employees, with the exception of certain wage, salary and time off limitations applying only to "non-exempt" employees. If you are unsure of which job classification your position fits, please ask your supervisor.

### Full-Time Employees

An employee who has been hired or reclassified as a permanent employee and who works at least forty (40) hours per week is considered a full-time employee.

Unless otherwise specified, the benefits described in this Employee Manual apply only to full-time employees.

### Seasonal/Temporary Employees

From time to time, the Hornets may hire employees for specific periods of time or for the completion of a specific project. An employee hired under these conditions will be considered a

temporary employee. The job assignment, work schedule and duration of the position will be determined on an individual basis.

A seasonal/temporary employee does not become a full-time employee by virtue of being employed longer than the agreed upon specified period.

Seasonal/temporary employees are not eligible for benefits described in this Employee Manual except for the purchase discount in the Hornets Nest. See "Hornets Nest Merchandise Store" below for further information. Should a seasonal/temporary employee classified as "non-exempt" (see the section titled "Non-Exempt and Exempt Employees" below) work more than forty (40) hours during any workweek they will receive overtime pay.

<u>Non-Exempt and Exempt Employees</u>

At the time you are hired, you will be classified as either "exempt" or "non-exempt." This is necessary because, by law, employees in certain types of jobs are entitled to overtime pay for hours worked in excess of forty (40) hours per workweek. These employees are referred to as "non-exempt" in this Employee Manual. This means that they are not exempt from (and therefore should receive) overtime pay.

Exempt employees are managers, executives, professional staff, technical staff, outside sales representatives, officers, directors, owners and others whose duties and responsibilities allow them to be "exempt" from overtime pay provisions as provided by the Federal Labor Standards Act (FLSA) and any applicable state laws. If you are an exempt employee, you will be advised that you are in this classification at the time you are hired, transferred or promoted.

## Job Postings and Job Transfers

Generally, the Hornets will post notice of all job openings within the organization so that current employees may make application for those jobs. Prior to submitting an application for a transfer, you are required to notify your current supervisor that you are making such an application if you have less than six (6) months service. In making decisions to fill open positions, the Hornets management may consider, among other things, the needs of the organization as a whole, the effect of a transfer on other departments within the organization, the qualifications of all applicants, and your internal evaluations and performance. Hornets' management reserves the right to hire or fill a position without a general job posting during extreme circumstances.

## Personnel Records and Administration

The task of handling personnel records and related personnel administration functions at the Hornets has been assigned to Human Resources. Questions regarding insurance, wages, and interpretation of policies may be directed to your supervisor or Human Resources.

<u>Your Personnel File</u>

Keeping your personnel file current and up to date should be important to you with regard to pay, deductions, benefits and other matters. If you have a change in any of the items listed below, please be sure to notify your supervisor and Human Resources as soon as possible.

The Hornets Employee Manual, December 1, 2006

1.  Legal name
2.  Home address
3.  Home telephone number
4.  Person to call in case of emergency
5.  Number of dependents
6.  Marital status
7.  Change of beneficiary
8.  Driving record or status of driver's license, if you operate any of the Hornets vehicles
9.  Military status
10. Training Certificates
11. Professional License

Upon experiencing a family status change, please notify Human Resources as soon as possible. Human Resources will assist in completion of the required forms and notification to the benefit carriers.

Your personnel file is the property of the Hornets. However, you may request to see information which is kept in your own personnel file. In addition, you may request and receive copies of all documents you have signed. Please contact Human Resources in writing to schedule an appointment to review your personnel file.

Absent a signed authorization from you or a valid subpoena or court order, the only information to be released are: dates of employment, job titles or history of job movement. No salary information shall be released without the proper signed authorization of the employee (unless a subpoena requires such information).

## Your Medical Records File

All medical records, if any, will be kept in a separate confidential file. The Hornets maintain this information in the strictest confidence and will not use or disclose medical information about an employee without the employee first having signed an authorization form permitting such use or disclosure.

## COMPENSATION

### Pay Period and Hours

Our payroll workweek begins on Monday at 12:01 a.m. and ends on Sunday at 12:00 midnight.

### Pay Cycle

The Hornets observe a Semi-Monthly Pay Cycle. Payday is normally on the 15th and the last day of the month for services performed. The semi-monthly pay schedule is made up of twenty-four (24) pay periods per year.

Whenever company recognized holidays or closings interfere with the normal pay schedule, pay day will be the day before.

### Paycheck Distribution

Paychecks, or pay statements if you have direct deposit, will be distributed on or about the pay dates specified above.

### Computing Pay

The Hornets will compute your time on the basis of a forty (40) hour workweek.

### Mandatory Deductions from Paycheck

The Hornets are required by law to make certain deductions from your paycheck each time one is prepared. Among these are your federal, state and local income taxes and your contribution to Social Security and Medicare as required by law. These deductions will be itemized on your check stub. The amount of the deductions will depend on your earnings and on the information you furnish on your Form W-4 regarding the number of exemptions you claim. If you wish to modify this number, you may request a new Form W-4 from Payroll or Human Resources. Only you may modify your Form W-4. Verbal or written instructions are not sufficient to modify withholding allowances. We advise you to check your pay stub to ensure that it reflects the proper number of withholdings.

The Form W-2 you receive annually reflects how much of your earnings were deducted for tax withholdings.

Any other mandatory deductions may be withheld from your paycheck, such as court-ordered garnishments or income assignments. See "Wage Garnishments" below for further information.

### Payroll Direct Deposit

Payroll direct deposit is the automatic deposit of your pay into the financial institution accounts of your choice.

The Hornets preferred method of pay is direct deposit. Currently, you may elect up to three (3) separate bank accounts to deposit your payroll check.

## Error in Pay

Every effort is made to avoid errors in your paycheck. If you believe an error has been made, tell your supervisor and/or Payroll immediately. He/she will take the necessary steps to research the problem and to assure that any necessary correction is made promptly.

## Maintaining Work Schedules

Full time salaried, non-exempt employees are expected to work forty (40) hours per week unless otherwise directed by their supervisor or management. Should you work less than forty (40) hours in any workweek, you will be required to utilize accrued vacation or other leave to satisfy the forty (40) hour requirement. If no such leave is available, you will be paid for the hours actually worked.

## Overtime Pay

If you are a non-exempt employee, you will be eligible to receive overtime pay of one and one-half (1 1/2) times your regular hourly wage for approved hours worked over forty (40) in one (1) workweek.

All overtime must be approved in advance by your supervisor.

## Time Records and Break Periods

By law, we are obligated to keep accurate records of the time worked by non-exempt employees. The Hornets' method of recording time worked is through time sheets.

Each employee is responsible for accurately recording their time worked. All time sheets must be completed with honesty and integrity. Time should be rounded to the nearest 15 minutes. Paid and non-paid leave should be recorded appropriately.

All time sheets are due in the Payroll Department every Monday morning at 10:00 a.m. Please make arrangements to ensure your time sheet is approved and received in Payroll in a timely manner. No one may record hours worked on another's time sheet. Tampering with another's time sheet is cause for disciplinary action, up to and including termination, of both employees. In the event of an error in recording your time, please report the matter to your supervisor immediately.

The Hornets believe that every employee functions at a higher level if a lunch break is taken during each workday. If you believe that you will not be able to take a lunch break during the day for some work-related reason, you must have prior approval from your supervisor in order to skip your lunch break.

### Volunteerism

As part of being a good corporate citizen, the Hornets will participate in various community activities coordinated by the Marketing Services Department. No employee will be required to participate in any such activities; however, any employee who volunteers to participate in these activities understands that these hours are nonworking time and are unpaid. In addition, an employee cannot volunteer to do their regularly assigned job tasks.

### Pay During Travel Away from the Employee's Home City

Time spent traveling away from home is time worked when it cuts into an employee's workday if the employee is substituting travel for other duties. Such time is considered hours worked not only on regular working days during normal working time but also during the corresponding hours of nonworking days. However, time spent in travel away from home outside of regular working hours as a passenger on an airplane, train, bus or automobile is not considered time worked.

## Wage Garnishments

While you are expected to manage your personal financial affairs, the Hornets do understand that these obligations are embarrassing when the employer receives notice to garnish an employee's paycheck. However, be aware that these deductions will be withheld from your paycheck when required and we will do our best to provide notice to you should the need arise.

The Hornets act in accordance with the federal Consumer Credit Protection Act and state law, which places restrictions on the total amount that may be garnished from your paycheck.

## Performance and Compensation Reviews

### Performance Reviews

Because we want you to grow and succeed in your job, the Hornets may at times conduct a formal review. Most employees will be reviewed at mid year (December/January) while all employees will be reviewed at year end (June/July). A review may also be conducted in the event of a promotion or change in duties and responsibilities.

Your review provides an opportunity for collaborative, two-way communication between you and your supervisor. This is a good time to discuss your interests and future goals. Your supervisor is interested in helping you progress and grow in order to achieve personal as well as work-related goals; perhaps, he/she can recommend further training or additional opportunities for you. The performance review gives you and your supervisor an opportunity to suggest ways for you to advance and make your job at the Hornets more fulfilling.

Your supervisor and Human Resources can answer any questions you may have about the performance review process.

## BENEFITS

The Hornets are committed to sponsoring a comprehensive benefits program for all eligible employees. In addition to receiving an equitable salary and having an equal opportunity for professional development and advancement, you may be eligible to enjoy other benefits which will enhance your job satisfaction.

A good benefits program is a solid investment in our employees. The Hornets will periodically review the benefits program and will make modifications as appropriate to the organization's condition. The Hornets reserve the right to modify, add or delete the benefits that it offers.

### Eligibility for Benefits

If you are a full-time employee, you will enjoy all of the benefits described in this Employee Manual as soon as you meet the eligibility requirements for each particular benefit. Coverage is available to you and your dependents as defined in the benefits summary plan descriptions.

Seasonal/temporary employees are not eligible for benefits except for the purchase discount in the *Hornets Nest*. See "Hornets Nest Merchandise Store" below for further information.

### Disclaimer

This portion of the Employee Handbook contains a very general description of the benefits to which you may be entitled as an employee of the Hornets. Please understand that this general explanation is not intended to, and does not, provide you with all the details of these benefits. Therefore, this Employee Manual does not change or otherwise interpret the terms of the official plan documents. Your rights can be determined only by referring to the full text of the official plan documents, which are available for your examination from Human Resources. To the extent that any of the information contained in this Employee Manual is inconsistent with the official plan documents, the provisions of the official documents will govern in all cases.

Please note that nothing contained in the benefit plans described herein shall be held or construed to create a promise of employment or future benefits, or a binding contract between the Hornets and its employees, retirees or their dependents, for benefits or for any other purpose. All employees shall remain subject to discharge or discipline to the same extent as if these plans had not been put into effect.

### 401(k) Retirement Plan

Employees are eligible to join the company's 401(k) plan after completion of one (1) continuous year of employment (with 1000 hours) and having attained age 20 ½. You may contribute up to 50% of your gross income (or current IRS guidelines) and the Hornets will match your contribution dollar for dollar up to 6%. Any amount you contribute over 6% will not be matched by the Hornets. If you are age 50 and above, you are eligible to participate in the "catch-up" contribution portion of the plan.