The Hornets Employee Manual, December 1, 2006

## Section 125 Cafeteria Plan – Flexible Spending Accounts

Employees may elect to participate in the company's Flexible Spending Accounts for either or both medical reimbursement or dependent care expense reimbursement. The maximum contribution for the medical account is $2,500 and the maximum contribution for the dependent care account is $5,000 (IRS limit). All amounts contributed are on a pre-tax basis. These accounts are administered by a third party vendor.

## Insurance Coverage

### Group Insurance Summary

The Hornets are dedicated to the health and well-being of both you and your family. A comprehensive, quality insurance program is available to full-time employees and your family. You become eligible for coverage on the 1st of the month following 30 days of service.

The following benefits are provided, as defined and limited in the literature provided by our insurance company:

- Medical Care Coverage

- Dental Care Coverage

- Short Term Disability Insurance (STD)

- Long Term Disability Insurance (LTD)

- Basic Life Insurance

- Accidental Death and Dismemberment Insurance (AD&D)

- Supplemental Life and AD&D Insurance

Upon attaining eligibility, you will obtain summary plan descriptions describing your benefits in detail. Refer to your copy of the Summary Plan Description for further details regarding your insurance or you may obtain a copy from Human Resources.

The Hornets will pay the entire cost of medical, STD, LTD, basic life and AD&D insurance coverage for the employee only. You (the employee) will be responsible for the cost of (i) dental, supplemental life and supplemental AD&D insurance for yourself, and (ii) unless otherwise specified, all insurance coverage selected for your eligible dependents. Applicable employee premium costs will be automatically deducted from your paycheck.

### Health /Medical Insurance

The health insurance plan is a Preferred Provider Organization (PPO) which has the features of co-pays for doctor office visits and prescription drugs.



EXHIBIT

B, part II

Dockets.Justia.com

*The Hornets Employee Manual, December 1, 2006*

## Dental Insurance

The dental insurance has a network of participating dentists with co-payments for different levels of treatments.

## Short Term Disability (STD)

Short Term Disability insurance is designed to assist you with your income should you become partially disabled and are unable to perform the essential functions of your job.

## Long Term Disability Insurance (LTD)

Long Term Disability insurance continues where the Short Term Disability coverage ends to assist you with your income should you become totally disabled and are unable to return to your job.

## Basic Life and Accidental Death and Dismemberment Insurance (AD&D)

The Hornets provides a basic life and accidental death and dismemberment policy for you. This insurance is payable in the event of your death, in accordance with the policy, while you are employed. You may change your beneficiary whenever you wish by submitting the appropriate documents to Human Resources.

## Supplemental Life and AD&D Insurance

Supplemental life and AD&D coverage is also available through the Hornets and are post-tax payroll deductions and are portable when you leave our employment.

# Government Required Coverage

## Workers' Compensation

All employees are entitled to workers' compensation benefits. This coverage is automatic and immediate and protects you in the event of an on-the-job injury. An on-the-job injury is defined as an accidental injury suffered in the course of your work, or an illness which is directly related to performing your assigned job duties. This job-injury insurance is paid for by the Hornets. If you cannot work due to a job-related injury or illness, workers' compensation insurance pays your medical bills and provides a portion of your income until you can return to work.

All injuries or illnesses arising out of the scope of your employment must be reported to your supervisor and Human Resources immediately. Prompt reporting is the key to prompt benefits. Benefits are automatic, but nothing can happen until your employer knows about the injury. Ensure your right to benefits by reporting every injury, no matter how slight.

Employees returning to work after being absent due to a work-related injury must report to their supervisor prior to beginning work and must bring a doctor's clearance for returning to work. The release must state that you may return to work with no limitations or it must specifically state the limitations. A statement of "light duty" will not be sufficient.

The Hornets Employee Manual, December 1, 2006

### *"Hornets Nest"* Merchandise Store

All employees, including seasonal/temporary employees, are eligible for a discount on purchases made in the *Hornets Nest*, the Hornets' merchandise store, by showing proper identification.

### Employee Complimentary Game Ticket Policy

**This ticket policy is subject to change. Please execute and return the applicable form to Human Resources. No tickets will be distributed without the signed consent form.**

**Option 1** – Employees will be eligible to request two full season ticket packages prior to the start of the season. If you elect this request, please notify the Controller.

As previously indicated, an employee's choice to receive these season tickets will mean that 80% of the face value of the season tickets is a fringe benefit to the employee, subject to federal income tax and employment tax withholding, unless the employee is able to demonstrate and substantiate that he/she uses his/her tickets for business purposes as outlined in one of the working condition fringe benefit exclusions above. You must complete and submit the Business Use Form to Human Resources. This form must be received by the 7th of each month in order to take advantage of this exception for all games played the previous month.

**Option 2** – selectively request tickets on a per game basis for upcoming games. Tickets must be requested before the first of the month for the game date for which you are requesting tickets. 80% of the tickets' face value will be added to your W-2 taxable income as a fringe benefit, barring application of the working condition fringe benefit exclusion documentation or business use documentation being appropriately submitted. In cases where excess capacity exists 48 hours prior to the start of the game, these tickets may be treated as non-taxable.

**Option 3** – request complimentary tickets based on availability; i.e., "excess capacity" basis as determined 48 hours prior to the game. Such tickets will be non-taxable to the employee and will be provided as available without guarantee in respect to face value or seat location.

I have read the ticket policy above and I agree to follow the guidelines for use of employee tickets. I understand that I may not sell my tickets or trade them for goods, services, or other consideration (above the tax cost), regardless of whether I have paid tax on the tickets.

_____     _____

Employee Signature                                                    Date

_____     _____

Employee Printed Name                                          Department

*The Hornets Employee Manual, December 1, 2006*

# LEAVES OF ABSENCE

Both paid and unpaid time off may be granted to eligible employees, according to the following leave policies. Please consult your supervisor and/or Human Resources for further information.

## Paid Leaves

In the interest of maintaining a healthy balance between work and home, the Hornets offer eligible full-time employees paid time off, as set out below. Time off is paid using your base hourly rate, excluding overtime compensation, if any. All paid leave in excess of 4 hours should be requested using a "Leave Request" form, approved by the respective supervisor and submitted to Payroll prior to the time sheet deadline for that period.

### Holidays

#### *Holiday Policy*

All full-time employees are eligible for holiday pay.

In order to qualify for holiday pay, you must work the scheduled workday immediately before and after the holiday. Only approved paid absences will be considered exceptions to this policy (i.e., vacation, jury duty, or bereavement approved prior to the absence).

If a holiday occurs during your scheduled vacation, you are eligible for the holiday pay and will not be charged with a vacation day.

Holidays and Floating Holidays do not carry over from one calendar year to the next and are not paid at termination.

#### *Floating Holidays*

Floating Holidays are undesignated paid time off that must be scheduled with your supervisor and taken in eight (8) hour increments using a Leave Request form.

#### *Recognized Holidays*

The Hornets recognize most of the national holidays. A list of the holidays to be recognized will be posted in December of each year. The company offices will be closed on many of the posted holidays. Due to the nature of our business, our holiday schedule is subject to change based upon our NBA game schedule.

The offices are closed on the following days:

> New Year's Day
> Martin Luther King's Birthday
> President's Day
> Easter Monday
> Memorial Day

Independence Day
Labor Day
Thanksgiving Day
The Friday immediately after Thanksgiving
Day before or after Christmas
Christmas Day
1 Floating Holiday

The Hornets recognize that there are other holidays, not all of which are recognized in all states. In the event your duties require you to work on a holiday, you may schedule an alternative day of leave with your supervisor.

### Incentive Leave

"Incentive" hours are supervisor approved hours that may be used toward your regular work day and/or regular work week hours but are non-worked hours. You must be present at the time the employees are released for incentive hours. These hours will not result in your receiving additional pay above your regular schedule. These hours do not count against your vacation or sick leave balance.

Under no circumstances may incentive leave be used to accrue time exceeding eight (8) hours per day and/or forty (40) hours per week. Incentive leave is not guaranteed for any employee and will only be granted at the discretion of management or with the approval of the supervisor.

### Vacation

#### *Vacation Policy*

Vacation is a time for you to rest, relax, and pursue special interests. The Hornets have provided paid vacation as one of the many ways in which we show our appreciation for your work, knowledge, skills, and talents, all of which contribute to make the Hornets a leader in its field.

Vacation must be scheduled in advance and approved in writing by your supervisor. You may obtain a copy of the "Leave Request" form from your supervisor, Payroll or Human Resources. Vacation will be approved based upon workload, order of vacation request, and number of employees requesting vacation for that same time period. Vacations in excess of five days must be requested at least four (4) weeks in advance in order to allow the Hornets to plan its business activities.

Accrued but unused vacation will be paid at termination if the employee has provided at least two (2) weeks notice of his/her resignation.

#### *Amount of Vacation*

The Hornets will grant annual vacation leave with pay for rest and relaxation purposes to all eligible full-time employees. The vacation period is your hire date to your anniversary date each year.

Vacation is earned through an accrual process and taken in the same twelve (12) month period it is earned. Vacation is accrued as follows:

>  For employees with two years or less of employment:    3.34 hours per pay period, with an accrual of 80 hours per year.

>  For employees with three calendar years or more of employment:    5 hours per pay period, with an accrual of 120 hours per year.

In recognition of the fact that there are occasionally uncontrollable circumstances, a maximum of forty (40) hours of vacation may be carried over to the following vacation year on your anniversary date. This carryover does not have to be requested or approved by your supervisor.

Sick Leave

*Sick Leave Policy*

You may utilize sick leave in the event of your own illness. Sick leave may be used for the purpose of visiting doctors, dentists or other recognized practitioners. Sick leave may also be used for the purpose of tending to a serious illness suffered by a member of your immediate family, in the event the illness requires your personal time and attention. For purposes of this policy, immediate family includes spouse, child, parent, grandparent or sibling.

You must let your supervisor know that you will be absent from work due to illness as early as possible. Only accrued sick leave may be taken.

Upon return from sick leave, you must complete a "Leave Request" form that must be approved by your supervisor. It is not intended to be used in lieu of vacation or other leave. By completing the "Leave Request" form for sick leave, you are stating that the absence was due to one of the approved reasons listed above. The time off will be unpaid if the "Leave Request" form is not completed and approved by your supervisor.

The Hornets may, in its sole and absolute discretion, require a doctor's certificate verifying the necessity for absence(s) and the specific illness, injury, or other disability to which the absence is attributed.

If you are on an approved leave of absence for less than thirty (30) days, your sick leave eligibility will not be affected. Should the leave extend beyond thirty (30) days, sick leave will not continue to accrue.

In the event of an illness or injury which is covered by workers' compensation insurance, this Sick Leave Policy will not apply.

*Amount of Sick Leave*

As a full-time employee, you are eligible to accrue sick leave at the rate of 1.67 hours per pay period of continuous service, up to forty (40) hours per year.

Unused sick leave may not be carried over each calendar year and unused sick leave will not accumulate.  At the time of termination of employment, any unused sick leave will not be paid.

## Other Paid Leaves

### Election Day

We encourage you to exercise your voting privileges in local, state, and national elections. However, since the polls are open for long periods, you are encouraged to vote before or after regular working hours. If necessary, you may take up to two (2) hours leave from work to vote in a governmental election or referendum. You will be expected to notify your supervisor at least 48 hours in advance and may be required to show proof that you did vote.

### Funeral (Bereavement) Leave

#### *Policy*

Funeral leave pay will only be made to full-time employees for actual time spent away from work for the funeral or its arrangements. For example, if the death occurs at a time when work is not scheduled, payment will not be made. If a holiday or part of your vacation occurs on any of the days of absence, you may not receive holiday or vacation pay in addition to funeral leave pay.  In order to receive funeral pay, a copy of the death notice or obituary will be required.

#### *Amount of Leave*

Up to three (3) working days of leave with pay (not charged to other leave time) may be granted to full-time employees upon request to make arrangements for and attend funeral services of the employee's spouse, child, parent, parent-in-law, grandparent, grandparent-in-law, granddaughter, grandson, daughter-in-law, son-in-law, step-parent, domestic partner, brother, sister, brother-in-law, sister-in-law, daughter or son of the employee's spouse or domestic partner, and any relative living in the household of the employee.

### Jury Duty

#### *Policy*

It is your civic duty as a citizen to report for jury duty whenever called. If you are called for jury duty, you must notify your supervisor within forty-eight (48) hours of receipt of the jury summons and provide a copy of your summons to your supervisor and Human Resources.

#### *Amount of Leave*

The Hornets will permit you to take the necessary time off from work to attend to your civic duties as a juror for up to five (5) days with pay.  Should you have to serve longer than this time frame, you may use your accrued vacation leave for your absence or receive no pay for the additional days missed.

## Unpaid Leaves

Occasionally, for medical, personal, or other reasons, you may need to be temporarily released from the duties of your job with the Hornets. It is the policy of the Hornets to allow its eligible employees to apply for and be considered for certain specific leaves of absence. You must complete a "Leave Request" form.

Time off for any reason during a working day will count first against your accrued vacation time. Thereafter, any time off will be without pay.

Failure to return to work as scheduled from an approved leave of absence or to inform your supervisor of an acceptable reason for not returning as scheduled will be considered a voluntary resignation of employment.

### Military Reserves or National Guard Leave of Absence

#### *Policy*

An employee who is a member of a reserve component of the Armed Forces and is required to enter active annual training duty will be given an unpaid leave of absence.

#### *Procedure*

1. You should notify Human Resources through your supervisor of your orders to report for duty and complete a leave of absence request.

2. Upon return, provide Human Resources with authenticated information from the military of the dates of your service.

### Family and Medical Leave Act (FMLA) Leave of Absence

#### *Policy*

The Hornets will not discriminate against employees as a result of the approved use of family care or medical leave or a proper request for such leave. Requests for family care and medical leave will be considered without regard to race, color, citizenship status, national origin, ancestry, gender, sexual orientation, age, religion, creed, physical or mental disability, marital status or veteran status.

In general, a leave of absence is an official authorization to be absent from work without pay for a specified period of time. Eligible employees may be entitled to job-protected family or medical leaves of absence if they are unable to come to work due to pressing family or medical concerns as described within this policy, which shall be administered in accordance with applicable state and federal laws as follows:

1. Employees are eligible if they have been actively employed for twelve (12) months, and worked at least 1250 hours (an average of twenty-five (25) hours per

week) during those twelve (12) months. This twelve- (12) month period "rolls back" from the date of leave to the prior twelve- (12) month period.

2.  Employees may request one (1) or more family care or medical leaves, however, the total amount of leave taken cannot exceed twelve (12) work weeks in any twelve- (12) month period. You may request an intermittent leave or reduced schedule leave to care for a seriously ill family member or if you have a serious health condition that warrants such a request.

3.  A family leave will be granted upon the birth or adoption of a child of the employee, or upon the serious health condition of the employee's child, spouse, or parent.

4.  A medical leave will be granted upon the employee's own serious health condition.

5.  In appropriate circumstances, we may require you to be examined by a company designated physician at the company's expense.

6.  In the event of a serious health condition to the employee or his/her child, spouse, or parent, creating a need for unforeseeable family or medical leave, the employee must provide us with notice, as soon as practicable, of any needed time off and a written doctor's certificate. The certification must include the date on which the health condition occurred, the probable duration of the condition, an estimate of the amount of time you need to be off work to care for the family member or for your own health condition, and confirmation that the nature of the condition warrants you to be away from work to care for yourself or your dependent.

7.  Employees will be required to give thirty (30) days advance notice in the event of a foreseeable medical treatment. To assist us in arranging work assignments during your absence, we ask that you give us prior notice, to the extent possible, of an expected birth or adoption, as well as an indication, to the extent known, of your expected return date. To facilitate your return to work, we also ask that you provide us with two (2) weeks advance notification of your intended return date. Failure to do so may delay your return date.

8.  For purposes of this policy, a child is defined as a natural, adopted, or foster child, a stepchild or a legal ward. If the child is over eighteen (18), he/she must be unable to care for himself/herself due to a serious illness.

9.  A parent is defined as the employee's or his/her spouse's natural, adoptive, or foster parent, stepparent, or legal guardian.

10. A serious health condition is defined as a disabling physical or mental illness, injury, impairment, or condition involving 1) inpatient care in a hospital, nursing home, or hospice; or 2) outpatient care requiring continuing treatment or supervision from a health care professional.

11.   Leave of absence rights available to you under other sections of our policy will be counted towards the total time off available under this section.

12.   A Family Care Leave that relates to the birth or adoption of a child must be completed within twelve (12) months of the birth or adoption.

13.   Upon completion of a leave granted under this section, you will be reinstated to your original position or an equivalent one.

14.   If, due to your own medical circumstances, you are no longer able to perform your original job, we will attempt to transfer you to alternate suitable work, if available.

15.   While on a leave of absence provided for under this policy, the Hornets will continue your group health insurance benefits at the same level and under the same terms and conditions as if you had continued to work, for up to a maximum of twelve (12) weeks leave during any one (1) year period. If your leave extends beyond twelve (12) weeks, you shall be offered the opportunity to purchase continuing coverage under state and federal COBRA continuation rules.

16.   If you choose not to return to work for reasons other than a continued serious health condition for which the leave was taken or circumstances beyond your control, the Hornets will require you to reimburse the company for health insurance premiums paid by the Hornets during the leave period.

17.   Under the current policy of the Hornets, you pay the health care premium for dependent coverage. While on paid leave (use of vacation or sick leave) the Hornets will continue to make payroll deductions to collect this premium. While on unpaid leave, you must continue to make this payment either in person or by mail. The payment must be received by Human Resources by the tenth day of each month. If payment is more than 30 days late, your health care coverage may be dropped for the duration of the leave. The Hornets will provide 15 days notification prior to loss of coverage.

18.   Any contributions you are making will be handled similar to health care premiums as outlined above. Please contact Human Resources if you have any questions.

19.   Other accumulated fringe benefits such as retirement, service credits, sick pay, vacation pay, and the like, will be preserved at the level accrued as of commencement of the leave, but will not accrue further during any such leave period.

20.   The pay allowances while on disability leave are based on an employee's length of service, as well as the state in which she/he is employed. Disability laws may vary from state to state, and at all times our disability leave policy will be in compliance with the laws of the state in which you are employed.

21.    During a period of disability, you may be eligible for disability pay benefits. Please contact Human Resources or refer to the applicable plan documents for details on eligibility, benefit amounts, and other particulars.

22.    If additional family care or medical leave is required you must, prior to expiration of the family care or medical leave, submit additional certification to the Hornets.

*Procedure*

1)    Contact your immediate supervisor and Human Resources to coordinate your medical or family leave of absence (start date and end date).

2)    Coordinate with Human Resources a payment schedule for any insurance payments that were normally deducted from your paycheck to reach Human Resources in a timely manner.

3)    Human Resources and your supervisor will complete the leave of absence Personnel Action Form (PAF).

4)    Two weeks prior to your anticipated return to work date, you should contact Human Resources to state your intent to return to work.

5)    Upon your return to work, your employment status will be restored to active.

6)    It is your responsibility to contact Human Resources. However, if you fail to do so, a letter will be sent to you requesting your intentions to return to work

7)    Failure to return to work or respond to this letter will be considered a voluntary resignation of employment.

## ALCOHOL AND SUBSTANCE ABUSE POLICY

The purpose of this policy is to help ensure a safe, healthy and productive work environment for all employees of the Hornets, to protect company property and assets, and to ensure the efficient operation of the company. The Hornets are committed to providing a safe and productive workplace free from the effects of alcohol and substance abuse.

### Rules of Conduct

The Hornets will enforce the following rules uniformly with respect to all employees:

1.  Employees are prohibited from using or being under the influence of alcohol or illegal drugs during working hours.

2.  Employees are prohibited from selling, possessing, transferring or purchasing illegal drugs on company property or while performing company business. The use, sale, transfer or possession of an illegal drug while on duty is cause for immediate termination.

3.  No alcoholic beverage will be brought or consumed on company premises except in connection with company-authorized events.

4.  No prescription drug will be brought on company premises by any person other than the one for whom it is prescribed. Prescription drugs may be used only in the manner, combination and quantity prescribed.

For purposes of this policy, an "illegal drug" is any drug or controlled substance the sale or consumption of which is illegal. A "prescription drug" is any substance prescribed for individual consumption by a licensed medical practitioner. "Alcohol" or "an alcoholic beverage" is any beverage that may be legally sold and consumed and has an alcoholic content in excess of 3% by volume.

### Drug Testing Procedures

The following procedures will be followed with regard to any testing for the presence of alcohol or illegal drugs:

#### Persons Subject to Testing

All applicants and all employees are subject to drug and alcohol testing.

#### Applicant Testing

Upon a conditional offer of employment, the Hornets will request each job applicant which in the sole discretion of the Hornets is subject to testing, to undergo pre-employment drug and alcohol testing. The applicant's refusal to undergo testing or a confirmed positive test result may be used as the basis for refusing to hire the applicant.

The Hornets Employee Manual, December 1, 2006

## Circumstances under Which Drug and Alcohol Testing May be Requested or Required of Employees

1. _Reasonable Suspicion Testing_. If the Hornets have a reasonable suspicion that an employee has violated the company's policy prohibiting employees from using or being under the influence of alcohol and illegal drugs during work hours, the Hornets may request or require testing. A reasonable suspicion determination may be based upon observable phenomenon such as physical symptoms of being under the influence of a drug or alcohol while at work or on duty, or the direct observation of drug or alcohol use while at work or on duty. The Hornets may also determine that reasonable suspicion of a violation exists based on an independently corroborated reliable report of drug or alcohol use while at work or on duty, evidence that an individual has tampered with a drug or alcohol test in connection with employment with the Hornets, or evidence that an employee is involved in the use, possession, sale, solicitation or transfer of drugs or alcohol while on duty or while on the company's premises or operating the company's vehicles, machinery or equipment.

2. _Post-Accident Testing_. The Hornets may request or require testing if the Hornets have a reasonable suspicion that the employee or another person has sustained a work-related injury or the company's property has been damaged, including damage to equipment, in an amount reasonably estimated at the time of the accident to exceed Five Hundred Dollars ($500.00), as a result of the employee's use of drugs or alcohol.

3. _Random Testing_. The Hornets may request or require an employee to undergo testing on a random selection basis. The Hornets will select employees for random testing in such a way that there is an equal probability that any employee from a group of employees subject to selection will be selected. The Hornets will not waive the testing of any employee selected under the random testing mechanism.

4. _Scheduled Periodic Testing_. The Hornets may request or require an employee to undergo testing conducted as a routine part of routinely scheduled employee fitness-for-duty medical examinations or scheduled routinely for all members of an employment classification or group.

5. _Post-Rehabilitation Testing_. The Hornets may request or require an employee to undergo testing without prior notice for a period of up to two years commencing with the employee's return to work following a confirmed positive test or following participation in a drug or alcohol dependency treatment program.

## Identification of the Substances Which May be Tested

The Hornets may request or require an applicant or employee to be tested for the following substances: alcohol, cannabinoids, opiates, synthetic narcotics, cocaine, phencyclidine (PCP),

hallucinogens, designer drugs, amphetamines, barbiturates, benzodiazepines, methaqualone, or a metabolite of any of the substances listed herein.

## Testing Methods and Collection Procedures to be Used

1.     <u>Time of testing</u>. For current employees, testing will occur during or immediately after their regular work period. Testing will be considered work time for purposes of compensation and benefits for current employees.

2.     <u>Costs</u>. The Hornets will pay for the cost of the testing, including confirmation tests and the cost of transportation if the testing of a current employee is conducted at a place other than the workplace. Any individual who requests a retest of a sample in order to challenge the results of a positive test, however, must pay all costs of the retest, unless the retest reverses the findings of a challenged positive test in which event the Hornets will reimburse the individual for the cost of the retest.

3.     <u>Sample collection procedures</u>.

    a.     <u>Louisiana</u>. With respect to all employees employed in Louisiana and all applicants seeking employment in Louisiana, samples will be collected and testing will be performed in accordance with the provisions of Louisiana Revised States Title 49, Sections 1001-1012, as the same may be amended from time to time.

    b.     <u>Oklahoma</u>. With respect to all employees employed in Oklahoma and all applicants seeking employment in Oklahoma, samples will be collected and tested by individuals qualified by the Oklahoma State Board of Health. The collection of samples will be performed under reasonable and sanitary conditions and in sufficient quantity for splitting into two separate specimens. Sample collection will be documented, and the employee or applicant will be provided an opportunity to provide confidentially any information relevant to the test, including identification of currently or recently used prescription or non-prescription drugs.

## Maintenance and Confidentiality of Records and Information

The Hornets will maintain all test results and related information as confidential records separate and apart from personnel records. The records are the property of the Hornets, but upon the request of the applicant or employee tested, the Hornets will make the records available for inspection and copying.

## Disciplinary Action

A positive test result is grounds for disciplinary action, including termination of employment. No disciplinary action, however, except for a temporary suspension or a temporary transfer to another position, will be taken by the Hornets against an employee based on a positive test result unless the test result has been confirmed by a second test. The Hornets also may take

disciplinary action (including discharge) against any employee who refuses to undergo testing conducted pursuant to this policy. Any employee discharged on the basis of a refusal to undergo testing or a confirmed positive test conducted in accordance with this policy will be considered to have been discharged for misconduct for purposes of unemployment compensation benefits.

## Employee Assistance Program

Any employee who feels that he or she has developed an addiction to or dependence on alcohol or drugs is encouraged to seek assistance through the Hornets' Employee Assistance Program. Requests for assistance are confidential. The Hornets' Employee Assistance Program consists of contracted services to provide evaluation and referral services for substance abuse counseling, treatment or rehabilitation. To obtain assistance through this evaluation and referral program, an employee may contact the EAP at 1-800-324-4327.

## Conduct of Searches

Any employee may be required, upon the Hornets' request, to submit to a search of any vehicle brought onto company premises, to submit to a search of any pocket, package, purse, briefcase, toolbox, lunchbox or other container brought onto company premises, and to submit to a search of any desk, file locker or other container provided by the company.

## Applicable Laws

It is the intention of the Hornets that this Policy be established and implemented in accordance with applicable state and federal laws, including the Oklahoma Drug and Alcohol Testing in the Workplace Act and any regulations promulgated there under by the Oklahoma State Board of Health. In the event of any inconsistency between this Policy and the applicable laws and regulations, such laws and regulations will govern.

# SAFETY

## General Employee Safety

The Hornets are committed to the safety and health of all employees and recognize the need to comply with regulations governing injury and accident prevention and employee safety. Maintaining a safe work environment, however, requires the continuous cooperation of all employees.

The Hornets will maintain safety and health practices consistent with the needs of our industry. If you are ever in doubt about how to safely perform a job, it is your responsibility to ask your supervisor for assistance. Any suspected unsafe conditions and all injuries that occur on the job must be reported immediately. Compliance with these safety rules is considered a condition of employment. Therefore, it is a requirement that each supervisor make the safety of employees an integral part of her/his regular management functions. It is the responsibility of each employee to accept and follow established safety regulations and procedures.

The Hornets strongly encourage you to communicate with your supervisor regarding safety issues.

## Reporting Safety Issues

All accidents, injuries, potential safety hazards, safety suggestions and health and safety related issues must be reported immediately to your supervisor. If you or another employee is injured, you should contact outside emergency response agencies, if needed. If an injury does not require medical attention, a Chubb First Report injury form must still be completed in case medical treatment is later needed and to insure that any existing safety hazards are corrected.

Federal law (Occupational Safety and Health Administration) requires that we keep records of all illnesses and accidents which occur during the workday. State law also requires that you report any workplace illness or injury, no matter how slight. If you fail to report an injury, you may jeopardize your right to collect workers' compensation payments as well as health benefits. OSHA also provides for your right to know about any health hazards which might be present on the job. Should you have any questions or concerns, contact your supervisor for more information.

## Weapons

The Hornets believe it is important to establish a clear policy that addresses weapons in the workplace. Specifically, the Hornets prohibit all persons who enter company property from carrying a handgun, firearm, knife, or other prohibited weapon of any kind regardless of whether the person is licensed to carry the weapon or not.

Any employee disregarding this policy will be subject to discipline up to and including immediate termination.

## Security

Maintaining the security of the Hornets' buildings and vehicles is every employee's responsibility. Develop habits that insure security as a matter of course. For example:

1. Always keep cash properly secured. If you are aware that cash is insecurely stored, immediately inform the person responsible or a member of management.

2. Know the location of all alarms and fire extinguishers, and familiarize yourself with the proper procedure for using them, should the need arise.

3. When you leave the Hornets' premises, make sure that all entrances are properly locked and secured. If you return to the Hornets' premises after regular building hours, you must check in with building security personnel.

4. All visitors must check in at the front desk and be escorted by a Hornets employee at all times that they are in the Hornets work area.

5. All employees must wear a photo ID/credential when on the Hornets' premises or when participating in any event in which the employee is representing the Hornets, especially game day events.

## Smoking

The Hornets have adopted a smoke-free environment policy. Therefore, smoking is not permitted in the Hornets' work areas or in any Hornets' vehicle. Please be courteous and concerned about the needs of your fellow employees and others.

Please remember to conform to our customer's smoking policies when working at a customer's site.

All employees are expected to abide by this policy while at work.

# SEPARATION OF EMPLOYMENT AND CHANGE OF STATUS

## Termination

The Hornets operate under the principle of at-will employment. This means that neither you nor the Hornets have entered into a contract regarding the duration of your employment. You are free to terminate your employment with the Hornets at any time, with or without reason. Likewise, the Hornets have the right to terminate your employment, or otherwise discipline, transfer, or demote you at any time, with or without reason, at the discretion of the Hornets.

The Hornets request and expect that you will give at least two (2) weeks notice in the event of your resignation. Any accrued but unused vacation time will be paid out at the time of employment termination provided that you have given two weeks notice. In addition, any employee submitting his or her resignation will be requested to participate in an exit interview with Human Resources.

## Separation

The Hornets are not legally obligated to provide separation pay or severance pay under any circumstances. Employees are expected to return all company provided items such as, but not limited to, office keys, cell phone, Employee Manual, computer or laptop, credit cards, parking garage and building access cards, Hornets ID/credential and business cards prior to departure.

All insurance benefits terminate on the last day of the month. COBRA may not be available to anyone dismissed from the Hornets for gross misconduct.

## WORKPLACE POLICIES

This Employee Manual is designed to answer many of your questions about the practices and policies of the Hornets. Feel free to consult with your supervisor or Human Resources concerning anything you don't understand.

### Personal Behavior

**THE FOLLOWING GUIDELINES MAY BE APPLIED AT THE DISCRETION OF MANAGEMENT:**

### Immediate Dismissal - Misconduct

Any employee whose conduct, actions or performance violates or conflicts with the Hornets' policies may be terminated immediately and without warning.

The following are some examples of grounds for immediate dismissal of an employee:

1. Breach of trust or dishonesty
2. Conviction of a felony
3. Willful violation of an established policy or rule
4. Falsification of Company records
5. Gross negligence
6. Insubordination
7. Violation of the Anti-Harassment and/or Equal Employment Opportunity Policies
8. Time card or sign-in book violations
9. Deliberate non-performance of work
10. Larceny or unauthorized possession of, or the use of, property belonging to any co-worker, visitor, or customer of the Hornets.
11. Possession of dangerous weapons on the premises
12. Unauthorized possession, use or copying of any records that are the property of the Hornets
13. Excessive absenteeism or lateness
14. Marring, defacing or other willful destruction of any supplies, equipment or property of the Hornets
15. Fighting or serious breach of acceptable behavior
16. Violation of the Alcohol and Substance Abuse Policy
17. Theft
18. Violation of the Company's Conflict of Interest/Outside Employment Policy and/or Confidentiality Policy
19. Gambling, conducting games of chance or possession of such devices on the premises or during work hours
20. Sleeping on duty

This list is intended to be representative of the types of activities that may result in disciplinary action. It is not exhaustive, and is not intended to be comprehensive and does not change the employment-at-will relationship between the employee and the company.

## Discipline – Other Than Immediate Termination

All employees are expected to meet the Hornets' standards of work performance. Work performance encompasses many factors, including attendance, punctuality, personal conduct, job proficiency and general compliance with the company's policies and procedures.

If an employee does not meet these standards, the Hornets may, at its discretion, take corrective action, other than immediate dismissal. However, the company's decision regarding discipline in no way alters the at-will nature of your employment.

The intent of corrective action is to formally document problems while providing the employee with a reasonable time within which to improve performance. The process is designed to encourage development by providing employees with guidance in areas that need improvement such as poor work performance, attendance problems, personal conduct, general compliance with the company's policies and procedures and/or other disciplinary problems.

The supervisor may discuss the problem and present a written warning to the employee. This should clearly identify the problem and outline a course of corrective action within a specific time frame. The employee should clearly understand both the corrective action and the consequence (i.e., termination) if the problem is not corrected or reoccurs. The employee should acknowledge receipt of the warning and include any additional comments of the employee before signing it. A record of the discussion and the employee's comments should be placed in the employee file and remain active for six (6) months.

Employees who have had formal written warnings are not eligible for salary increases, bonus awards, promotions or transfers during the warning period (6 months).

## Communications

Successful working conditions and relationships depend upon successful communication. Not only do you need to stay aware of changes in procedures, policies and general information, you also need to communicate your ideas, suggestions, personal goals or problems as they affect your work.

In addition to the exchanges of information and expressions of ideas and attitudes which occur daily, make certain you are aware of and utilize all the company's methods of communication, including this Employee Manual, bulletin boards, discussions with your supervisor, memoranda, staff meetings, newsletters, training sessions, and company e-mail.

You will receive other information booklets, such as your insurance booklets, from time to time. You may take these booklets home so that your family may know more about your job and your benefits.

## Computers, Electronic Mail, and Voice Mail Usage Policy

The Hornets make every effort to provide the best available technology to those performing services for the Hornets. In this regard, the Hornets have installed, at substantial expense,

equipment such as computers, electronic mail, and voice mail. This policy is to advise those who use our business equipment on the subject of access to and disclosure of computer-stored information, voice mail messages and electronic mail messages created, sent or received by the Hornets' employees with the use of the Hornets' equipment.

This policy also sets forth policies on the proper use of the computer, voice mail, and electronic mail systems provided by the Hornets.

The Hornets' property, including computers, electronic mail and voice mail, should only be used for conducting company business.

Incidental and occasional personal use of company computers and our voice mail and electronic mail systems is permitted, but information and messages stored in these systems will be treated no differently from other business-related information and messages, as described below.

The use of the electronic mail system may not be used to solicit for commercial ventures, religious or political causes, outside organizations, or other non-job related solicitations. Furthermore, the electronic mail system is not to be used to create any offensive or disruptive messages. Among those which are considered offensive are any messages which contain sexual implications, racial slurs, gender-specific comments, or any other comments that offensively address someone's age, sexual orientation, religious or political beliefs, national origin, or disability. In addition, the electronic mail system shall not be used to send (upload) or receive (download) copyrighted materials, trade secrets, proprietary financial information, pornography or similar materials.

Although the Hornets provide certain codes to restrict access to computers, voice mail and electronic mail to protect these systems against external parties or entities obtaining unauthorized access, employees should understand that these systems are intended for business use, and all computer information, voice mail and electronic mail messages are to be considered as company records.

The Hornets also need to be able to respond to proper requests resulting from legal proceedings that call for electronically-stored evidence. Therefore, the Hornets must, and do, maintain the right and the ability to enter into any of these systems and to inspect and review any and all data recorded in those systems. Because the Hornets reserve the right to obtain access to all voice mail and electronic mail messages left on or transmitted over these systems, employees should not assume that such messages are private and confidential or that the Hornets or its designated representatives will not have a need to access and review this information. Individuals using the Hornets' business equipment should also have no expectation that any information stored on their computer - whether the information is contained on a computer hard drive, computer disks or in any other manner or is password-protected - will be private.

The Hornets have the right to, but do not regularly, monitor voice mail or electronic mail messages. The Hornets will, however, inspect the contents of computers, voice mail or electronic mail in the course of an investigation triggered by indications of unacceptable behavior or as necessary to locate needed information that is not more readily available by some other less intrusive means.

The contents of computers, voice mail, and electronic mail, properly obtained for some legitimate business purpose, may be disclosed by the Hornets if necessary within or outside of the company.

Given the Hornets' right to retrieve and read any electronic mail messages, such messages should be treated as confidential by other employees and accessed only by the intended recipient.

The Hornets' Human Resources Department will review any request for access to the contents of an individual's computer, voice mail, or electronic mail prior to access being made without the individual's consent.

Any employee who violates this policy or uses the electronic communication systems for improper purposes may be subject to discipline, up to and including termination.

## Dress Code and Personal Appearance

Please understand that you are expected to dress and groom yourself in accordance with accepted social and business standards, particularly if your job involves dealing with customers or visitors in person.

A neat, tasteful appearance contributes to the positive impression you make on our customers. You are expected to be suitably attired and groomed during working hours or when representing the Hornets. A good, clean appearance bolsters your own poise and self-confidence and greatly enhances our company image. When working at a customer's site, please dress appropriately according to their corporate culture.

During off season (Memorial Day up to Labor Day), the Hornets will observe a business casual attire and work hours. However, during regular season (Labor Day up to Memorial Day), the Hornets will observe traditional business attire. Notification of dress attire policy changes will be communicated as management deems necessary.

Personal appearance should be a matter of concern for each employee. If your supervisor feels your attire and/or grooming is out of place, you may be asked to leave your workplace until you are properly attired and/or groomed. Employees who violate dress code standards may be subject to appropriate disciplinary action.

Keep in mind the discomfort your supervisor would feel if she/he had to address this issue with you.

## Employee Services

### Facilities

1. Parking – An entrance to the Center City parking garage is located on Sheridan Avenue in Oklahoma City. OKC parking cards bear a $15.00 replacement fee which will be payroll deducted. In New Orleans, parking is provided at the Superdome and entrance is off Poydras Street. Use your Hornets' photo ID/credential to gain access to the Superdome garage. At both locations, parking is company-paid and is on a first-come,

first-serve basis. The Hornets do not assume responsibility for vehicles or contents left in these parking areas.

2.  Personal Possessions – The Hornets may furnish desks, closets and/or lockers for use by employees; however, the Hornets do not assume responsibility for any theft or damage to the personal belongings of any employee.

3.  Employees authorized and requiring access to the office work area have been provided an access card for entry. Should you lose this card, there is a $15.00 replacement fee which will be payroll deducted.

<u>**Cellular /Mobile Telephones**</u>

The number of motor vehicle accidents attributed to operating cellular phones is skyrocketing! Your safety and the safety of others is a high priority for the Hornets. Employees are prohibited from using cellular phones provided by the Hornets while driving. If you have your own phone, you are prohibited from using it for any conversation related to company business while driving. If you need to talk, get off the road and find a safe place to conduct your business. In addition, mobile phones are distracting and disruptive in the workplace. If you must use a mobile phone while in the office, turn off the ringer in an effort to not disturb others who are working.

<u>**Expense Reimbursement**</u>

To be reimbursed for all authorized expenses, you must submit an expense report accompanied by receipts and it must be approved by your supervisor. Please submit your expense report as you incur authorized reimbursable expenses.

If you are asked to conduct company business using your personal vehicle, you will be reimbursed for mileage at a rate updated on the expense reimbursement form at the beginning of each calendar year. You should submit this expense on your expense report.

Any authorized business entertainment expense must be a legitimate business expense supported by receipts and an expense report and must be pre-approved in writing.

## Personal Use of Company Property

The Hornets business address is for conducting business. Do not use the organization's address for your personal mail. Any mail addressed to an employee can be opened by a member of management or Human Resources, even if it is a bank account statement, as mail addressed to the Hornets office is considered official company business.

In some instances, employees may be allowed to borrow certain company tools or equipment for their own personal use while on our premises. In no instance may this be done off our premises, or without prior management approval. You understand and agree that the Hornets are not liable for personal injury incurred during the use of company property for personal projects. As a Hornets employee, you accept full responsibility for any and all liabilities for injuries or losses which occur or for the malfunction of equipment. You are responsible for returning the

equipment or tools in good condition, and you agree that you are required to pay for any damages that occur while using the equipment or tools for personal projects.

## Nepotism

There is no general policy against hiring spouses, domestic partners or relatives of (or those who have close personal relationships with) an existing employee of the Hornets. However, management attempts to avoid these situations. With that said, to avoid even the appearance of favoritism and to protect the interests of the Hornets and other employees, the following guidelines will be applied:

- An employee is not permitted to directly or indirectly supervise his or her spouse, domestic partner or relative.

- An employee and his or her spouse, domestic partner or relative may not report to the same Department Leader.

If spouses, domestic partners or relatives become employed in positions that violate the foregoing guidelines, the employee and the employee's spouse, domestic partner or relative may be required to decide amongst themselves who will seek a different position, consistent with the foregoing guidelines. Although the Hornets will assist in any such job search, there is no guarantee that an alternative position will be available.

## Use of Company Vehicle

If you are authorized to operate a Hornets vehicle in the course of your assigned work, or if you operate your own vehicle in performing your job, you must adhere to the following rules:

1. You must be a state licensed driver.

2. You must maintain weekly mileage reports.

3. You are responsible for following all the manufacturer's recommended maintenance schedules to maintain valid warranties and for following the manufacturer's recommended oil change schedule.

4. The Hornets provide insurance on company vehicles, however, you will be considered completely responsible for any accidents, fines, moving or parking violations incurred.

5. You must keep the vehicle clean at all times. You must also wash and vacuum the vehicle as often as necessary. You will be reimbursed for your reasonable expense of keeping the vehicle clean. Please retain any receipts for reimbursement.

6. Persons not authorized or employed by the Hornets cannot operate or ride in a company vehicle.

7.    Prior to operation of any company vehicle, your supervisor will train you on the appropriate steps to take if you are involved in an accident - filling out the accident report, getting names of witnesses and so on.

## Violence in the Workplace Policy

The Hornets have adopted a policy prohibiting workplace violence. Consistent with this policy, acts or threats of physical violence, including intimidation, harassment, and/or coercion, which involve or affect the Hornets or which occur on company property will not be tolerated.

Acts or threats of violence include conduct which is sufficiently severe, offensive, or intimidating to alter the employment conditions at the company, or to create a hostile, abusive, or intimidating work environment for one or several employees. Examples of workplace violence include, but are not limited to, the following:

1.    All threats or acts of violence occurring on the Hornets' premises, regardless of the relationship between the Hornets and the parties involved.

2.    All threats or acts of violence occurring off the Hornets' premises involving someone who is acting in the capacity of a representative of the Hornets.

Specific examples of conduct which may be considered threats or acts of violence include, but are not limited to, the following:

1.    Hitting or shoving an individual.

2.    Threatening an individual or his/her family, friends, associates, or property with harm.

3.    Intentional destruction or threatening to destroy the Hornets' property.

4.    Making harassing or threatening phone calls.

5.    Harassing surveillance or stalking (following or watching someone).

6.    Unauthorized possession or inappropriate use of firearms or weapons.

The Hornets' prohibition against threats and acts of violence applies to all persons involved in the Hornets' operations, including but not limited to personnel, contract, and temporary workers and anyone else on the Hornets' premises. Violations of this policy by any individual on the Hornets premises will lead to disciplinary action, up to and including termination and/or legal action as appropriate.

Every employee is encouraged to report incidents of threats or acts of physical violence of which he/she is aware. The report should be made to your supervisor and/or Human Resources.