Liger et al v. New Orleans Hornets NBA Limited Partnership                    Doc. 159 Att. 7
Case 2:05-cv-01969-HGB-ALC   Document 159-8   Filed 10/15/2007   Page 1 of 3

The Hornets Employee Manual, December 1, 2006

## Fraternization with Players and Coaches

Employees may not date or excessive fraternize with any player or coach of the Hornets. Likewise, employees may not date or have excessive fraternization with players or coaches from other NBA teams.

EXHIBIT B, part III

Dockets.Justia.com

The Hornets Employee Manual, December 1, 2006

# ACKNOWLEDGMENT OF AND AGREEMENT WITH THE HORNETS' POLICY AGAINST HARASSMENT AND DISCRIMINATION

My signature on this document acknowledges that I understand the Hornets' Policy against Harassment and Discrimination and that I agree to abide by its conditions. I also acknowledge that I have an obligation to report any incidents of harassment and/or discrimination which come to my attention, whether I am a victim of such harassment or discrimination or I observe any such actions against other employees. I understand that I must report all such incidents so that the Hornets may investigate each incident and take remedial action, if necessary. I understand that if I engage in conduct which is deemed to be harassing or discriminatory in the sole discretion of Hornets' management, I may be subject to disciplinary action, up to and including termination of my employment.

_____        _____
Employee Name (printed)                Date


_____
Employee Signature


_____
Supervisor Signature


_____
Date

Note to the employee: The original of this form will be placed in your personnel file. A copy of this form will be given to you by your supervisor.

The Hornets Employee Manual, December 1, 2006

# RECEIPT AND ACKNOWLEDGEMENT OF THE HORNETS EMPLOYEE MANUAL

Please read the following statements, sign below and return to Human Resources.

**Understanding and Acknowledging Receipt of the Hornets Employee Manual**

I have received and read a copy of the Hornets Employee Manual. I understand that the policies and benefits described in it are subject to change at the sole discretion of the Hornets at any time.

**At-Will Employment**

I further understand that my employment is at will, and neither I nor the Hornets has entered into a contract regarding the duration of my employment. I am free to terminate my employment with the Hornets at any time, with or without reason. Likewise, the Hornets have the right to terminate my employment, or otherwise discipline, transfer, or demote me at any time, with or without reason, at the discretion of the Hornets. No employee of the Hornets can enter into an employment contract for a specified period of time, or make any agreement contrary to this policy without the written approval of the Executive Management Team. I further acknowledge that, as a courtesy, I should give at least two weeks notice to the Hornets if I elect to terminate my employment.

I acknowledge I have read and understand the Alcohol and Substance Abuse Policy contained in this Employee Manual and I agree to abide by the policy.

I further acknowledge that I have read and understand the Equal Employment Opportunity Policy contained in this Employee Manual and I agree to abide by the policy.

I further acknowledge that I have read and understand the Non-Discrimination and Anti-Harassment Policy contained in this Employee Manual and I agree to abide by the policy.

**Confidential Information**

I am aware that during the course of my employment confidential information and intellectual property will be made available to me, for instance, business plans, marketing strategies, customer lists, pricing policies, computer code, employee lists and other related information. I understand that this information is proprietary and critical to the success of the Hornets and must not be given out or used outside of the Hornets' premises or with non-Hornets employees. In the event of termination of my employment, whether voluntary or involuntary, I hereby agree not to utilize or exploit this information with any other individual or company.

Employee's Name _____

Employee's Signature _____

Date _____