Liger et al v. New Orleans Hornets NBA Limited Partnership    Doc. 159 Att. 11
Case 2:05-cv-01969-HGB-ALC   Document 159-12   Filed 10/15/2007   Page 1 of 19

DONNA ROCHON, 9/13/07

## Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

EUGENE LIGER, ET AL,            CIVIL ACTION
    Plaintiffs in a             NO. 05-1969
    Collective Action

VERSUS

NEW ORLEANS HORNETS NBA         SECTION "C"
LIMITED PARTNERSHIP,
    Defendants

VOLUME 2

        Deposition of DONNA PIERRE ROCHON, taken on
Thursday, September 13, 2007, commencing at 1:15
p.m., and adjourning at 2:35 p.m., in the offices of
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre, 201 St. Charles Avenue, 52nd Floor, New
Orleans, Louisiana.

APPEARANCES:

        DAIGLE, FISSE & KESSENICH
        (BY: DANIEL E. BURAS, JR., ESQ.)
        227 Highway 21
        Madisonville, Louisiana 70447
                and
        NILES, BOURQUE & FONTANA
        (BY: BRYAN KNIGHT, ESQ.)
        909 Poydras Street, 35th Floor
        New Orleans, Louisiana 70112
        (ATTORNEYS FOR PLAINTIFFS)

## Page 2

1  APPEARANCES (continued):
2      JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE
3      (BY: JENNIFER L. ANDERSON, ESQ., and
           JANE H. HEIDINGSFELDER, ESQ.)
4      201 St. Charles Avenue, 48th Floor
       New Orleans, Louisiana 70170
5      (ATTORNEYS FOR DEFENDANTS)
6  ALSO PRESENT:
7      SAM RUSSO
8  REPORTED BY:
9      ASTRA THIBODEAUX
       Certified Court Reporter
10
11
                    I N D E X
12 DESCRIPTION                              PAGE
13
14 Examination by Mr. Buras                   4
15
16 Exhibit No. 20                             26
17
18 Witness' Certificate                       46
19
20
21            S T I P U L A T I O N
22
23      It is stipulated and agreed by and between
24 counsel for the parties that the deposition of DONNA
25 PIERRE ROCHON is hereby taken for all purposes under

EXHIBIT E

## Page 3

1  the Federal Rules of Civil Procedure, in accordance
2  with law, pursuant to notice, on Thursday, September
3  13, 2007, in the offices of Jones, Walker, Waechter,
4  Poitevent, Carrere & Denegre, 201 St. Charles Avenue,
5  52nd Floor, New Orleans, Louisiana;
6       That the formalities of sealing,
7  certification and filing are waived; the formality of
8  signing is not waived;
9       That all objections, save those as to the
10 form of the questions and the responsiveness of the
11 answers, are hereby reserved until such time as this
12 deposition, or any part thereof, may be used or
13 sought to be used in evidence.
14
                    * * * * *
15
16
17      ASTRA THIBODEAUX, Certified Court Reporter
18 in and for the State of Louisiana, officiated in
19 administering the oath to the witness.
                    * * * * *
20
21
22
23
24
25

## Page 4

1       DONNA PIERRE ROCHON, 1111 Lawrence Street,
2  Lutcher, Louisiana 70071, who, after having been
3  first duly sworn, did testify as follows:
4  EXAMINATION BY MR. BURAS:
5       Q  Morning again, Ms. Rochon. Good afternoon,
6  I should say now.
7       A  Good afternoon.
8       Q  When we last broke yesterday I was just
9  about to ask you some questions about Exhibit No. 10,
10 which is plaintiffs' second set of requests for
11 production of documents. Would you please take a
12 look at that document now? And while you're
13 reviewing the document, have you ever seen this
14 document before today?
15      A  No. That's why it's taking me a little
16 while to get through it.
17      Q  Ma'am, while you're reviewing the document,
18 have you ever seen a document where the Hornets'
19 responses to those questions were presented?
20      A  No, I have not seen any document.
21      Q  What I'm going to give you, which may help
22 expedite this matter, is a copy of Exhibit 20. The
23 document is entitled, "Defendant's Second
24 Supplemental and Amending Responses to Plaintiffs'
25 Second Set of Requests for Production of Documents,"

## 5

1  and the date on the certificate of service is the
2  17th day of August, 2007. I think we gave a copy of
3  it in that stack I put over there this morning.
4  Ma'am, I'm going to hand you a copy of this, and I'm
5  going to represent to you at this time that this is a
6  copy of the answers that the Hornets provided to
7  plaintiffs in this case on August 17 in response to
8  these requests and an order of the Court directing
9  the Hornets to respond to certain of the requests for
10 production in those submitted by plaintiffs. Okay,
11 ma'am?
12       MS. ANDERSON:
13           Objection, form.
14 EXAMINATION BY MR. BURAS:
15  Q  You've not seen either Exhibit 10 or Exhibit
16 20 before this deposition, is that correct?
17  A  That is correct.
18  Q  All right, ma'am. I want you to take a look
19 at the Hornets' response to request for production
20 No. 1, and let me just ask you before I get there.
21 You indicated yesterday that Ms. Kristy McKearn
22 stopped working for the Hornets around the first of
23 November 2005, correct?
24  A  Yes.
25  Q  Do you know if she was designated to be the

## 6

1  person of contact for the Hornets between the Hornets
2  and their attorneys related to information responsive
3  to requests submitted by the plaintiffs prior to her
4  termination or resignation from the Hornets,
5  whichever it may be?
6  A  More than likely she was.
7  Q  After Kristy McKearn stopped working for the
8  Hornets, did you become the point of contact between
9  counsel and the Hornets to obtain information
10 responsive to requests for information submitted by
11 the plaintiffs?
12  A  No, I was not.
13  Q  Do you know who that designated point of
14 contact was?
15  A  Honestly, I do not know.
16  Q  Was there anyone at the Hornets organization
17 who was directing you to go and find additional
18 documents that might be responsive to any discovery
19 requests that plaintiffs sent to Hornets in this
20 case?
21  A  No, there was not.
22  Q  How did you know that it was necessary to go
23 and investigate other issues, such as other personnel
24 records or matters that we discussed yesterday?
25       MS. ANDERSON:

## 7

1           Can I have the question read back,
2  please?
3           (The court reporter complies.)
4       MS. ANDERSON:
5           Objection, form.
6       THE WITNESS:
7           I did not make a decision.
8  EXAMINATION BY MR. BURAS:
9  Q  Who made that decision, ma'am?
10  A  Who made the decision to --
11  Q  To send you back to New Orleans to look for
12 documents.
13      MS. ANDERSON:
14          Instruct the witness don't speculate.
15 If you know, answer the question. Don't guess or
16 speculate.
17      THE WITNESS:
18          I had plans to return to New Orleans to
19 take care of personal affairs. If at the time,
20 before I left the office in Oklahoma to return to New
21 Orleans to do that, if I had received a phone call
22 from legal counsel asking for documents, and if I did
23 not have those documents that I could think of in the
24 office in Oklahoma City, I would stop by the office
25 here in New Orleans to see if I could find those

## 8

1  documents.
2  EXAMINATION BY MR. BURAS:
3  Q  Was this specific to the December 2005 visit
4  or was this both the December 5, the March 2006 and
5  the May 2006 visit?
6  A  Any one of those visits.
7  Q  So you had preplanned visits scheduled to
8  New Orleans for reasons other than work, and during
9  those visits to New Orleans you also went and looked
10 for documents that may be located at the Hornets'
11 offices in New Orleans?
12  A  That is correct.
13  Q  During any of the three visits that you made
14 to New Orleans between December 2005 and May of 2006,
15 were you ever provided with a list of documents that
16 you were supposed to look for in the New Orleans
17 Hornets offices?
18  A  No, I was not.
19  Q  Were you ever given a copy of any discovery
20 requests sent by the plaintiffs to the Hornets for
21 you to look for documents responsive to those
22 requests during any of your three visits to New
23 Orleans during that time period?
24  A  Would you repeat that question?
25  Q  Yes, ma'am. Were you provided with a copy

## 9

1 of the document which is called the pleading where
2 plaintiffs made requests for information to the
3 Hornets and we sent that to Hornets counsel? I'm
4 going to make that representation to try to clarify.
5 Were you ever given a copy of one of the discovery
6 pleadings that plaintiffs sent to your counsel during
7 any of your searches for documents in New Orleans?
8     MS. ANDERSON:
9        Objection, asked and answered. She's
10 already answered whether she's seen these things
11 before.
12     THE WITNESS:
13        No, I was not.
14 EXAMINATION BY MR. BURAS:
15   Q  Were you ever given a list of any items of
16 information detailing the documents you needed to
17 look for, the information you needed to look for
18 during your visits in New Orleans?
19   A  No, I was not.
20   Q  How did you know what documents you were
21 supposed to look for?
22   A  If the request or phone call request that I
23 received indicated we need to look for, or can you
24 look for anything with reference to a payroll record
25 or whatever was needed at that time, I came back to

## 10

1 the office and looked for it.
2   Q  And these communications or directions would
3 have come from your attorneys, or would it have come
4 from your superiors?
5   A  It was from legal counsel.
6   Q  At any point in time did any of your
7 superiors at the Hornets direct you to search for
8 documents during your visits to New Orleans between
9 December of '05 and May of '06?
10   A  No, they did not.
11   Q  Are you aware of any other Hornets employees
12 who were sent to New Orleans or who looked for
13 documents in New Orleans at any time between the time
14 Hurricane Katrina hit and May of 2006?
15   A  No, I'm not aware.
16   Q  To the best of your knowledge, are you the
17 only Hornets employee who came to New Orleans to look
18 for documents during this time period?
19   A  I do not know that. I only know of my own.
20   Q  Other than those three visits to New Orleans
21 in 2005 to 2006, when is the next time you looked for
22 documents that might be responsive to any of the
23 requests submitted by plaintiffs in this case?
24   A  Probably sometime in 2007. Specifically
25 when, I don't recall that.

## 11

1   Q  Was it close to the time of this deposition
2 end of the summer of 2007, or did it take place in
3 early 2007?
4   A  Probably early 2007, if at that.
5   Q  But you don't remember specifically?
6   A  No, I'm sorry, I do not.
7   Q  Do you remember the reason that you began
8 looking for additional documents in 2007?
9   A  No, I'm sorry, I do not remember that. 2007
10 was a very busy year. These two years have been
11 very, very busy for me. I'm sorry.
12   Q  Yes, ma'am, I understand. I want you to
13 take a look at a document that's been previously
14 marked as Exhibit 17, ma'am. I'm going to represent
15 to you that these are copies of a series of letters
16 and e-mails that were sent by plaintiffs' counsel to
17 Hornets counsel outlining various areas where the
18 plaintiffs alleged the Hornets were deficient or did
19 not provide full or accurate information in their
20 discovery responses. Were you ever provided with
21 copies? Have you ever seen any of these letters or
22 documents before, ma'am?
23   A  Would you kindly repeat the question?
24     (The court reporter complies.)
25   A  No, I have not.

## 12

1   Q  All right, ma'am. I'm going to show you now
2 a document that has been previously marked as Exhibit
3 12, which is the 30(b)(6) notice in this case, and
4 I'm going to specifically refer you to -- I'll
5 specifically provide you with Exhibit 12. To begin
6 with, have you ever seen this 30(b)(6) notice before
7 today, ma'am?
8   A  Specifically, I don't know what a 30 --
9   Q  This document is called a 30(b)(6) notice of
10 deposition. Have you ever seen this pleading before
11 today?
12     MS. ANDERSON:
13        For the record, I'll note the objection
14 is that she has not been designated as a witness in
15 response to the 30(b)(6).
16     MR. BURAS:
17        I have no intention of asking her
18 questions specific to the 30(b)(6) information.
19     MS. ANDERSON:
20        That's fine. I just wanted to note my
21 objection.
22     THE WITNESS:
23        No, I have not seen this document.
24 EXAMINATION BY MR. BURAS:
25   Q  Okay, ma'am. I want you to take a look

13

1 towards the end of this document. There is going to
2 be a document that looks like this. It's a minute
3 entry dated August 3, 2007. Do you see this
4 document, ma'am? That's it. Very good. I'm going
5 to represent to you that this is an order from the
6 Court directing the Hornets to produce various
7 information to plaintiffs in this litigation, okay,
8 ma'am? I want you to take a look at page 2 of the
9 order where it begins detailing documents in response
10 that the Hornets were supposed to give to plaintiffs
11 in this case. Do you see that, ma'am?
12     MS. ANDERSON:
13         Objection to the characterization and
14 form of the question.
15     THE WITNESS:
16         The page you're referring to or page
17 number?
18 EXAMINATION BY MR. BURAS:
19   Q  Page 2 at the bottom, ma'am.
20   A  Thank you very much. There is a page 2 of 7
21 at the top, and your question is?
22   Q  My question is, have you ever seen a copy of
23 this order before?
24   A  No, I have not.
25   Q  You indicated that you've recently gone to a

14

1 storage facility to locate and identify documents
2 that might be responsive to certain of plaintiffs'
3 requests, is that correct?
4   A  Whether or not it was in response to a
5 plaintiff request or not, I cannot ascertain that,
6 but I can say I did go to the storage facility.
7   Q  Okay, ma'am. You indicated yesterday that
8 you were provided with a list of documents that you
9 were to look for to see if they were located in those
10 boxes of documents at the storage facility, is that
11 correct, ma'am?
12   A  I think we used a list or something, yes.
13   Q  Did it look like the list that I've just
14 given you numbered beginning on page 2 and ending on
15 page 7 signed by the magistrate judge in this case?
16   A  No, I do not think so, because this is a lot
17 longer than two pages, and unfortunately I do not
18 have a copy of that, so I cannot tell you
19 specifically what was on that document.
20   Q  Between August 3 and August 31, which I
21 believe was the Friday before Labor Day, were you
22 asked by the Hornets to help investigate and produce
23 documents that might be responsive to this case?
24   A  Is that for the year 2005 or --
25   Q  2007, ma'am.

15

1   A  And your question is whether I was given a
2 list?
3   Q  No, ma'am. Between August 3, 2007 and
4 August 17, 2007, were you asked to provide any
5 documents responsive to any of the requests that
6 plaintiffs have submitted to the Hornets in this
7 case?
8     MS. ANDERSON:
9         Objection, form.
10     THE WITNESS:
11         I don't recall specifically.
12 EXAMINATION BY MR. BURAS:
13   Q  Did you receive any correspondence,
14 telephone calls, or e-mails from your counsel asking
15 you to investigate any matters related to this case
16 between August 3, 2007 and August 17, 2007?
17   A  In reference to this particular case I
18 cannot ascertain that, but I was asked for documents,
19 and I cannot be specific whether it was between
20 August 2 or August 3 and 31st.
21   Q  Okay. Do you remember how the communication
22 to you was transmitted by your attorney? Was it via
23 e-mail, correspondence, or a telephone call?
24   A  It would have been via telephone.
25   Q  Did you take any notes of this telephone

16

1 call?
2   A  Only that we were making arrangements to go
3 to the storage facility. That was the only one I
4 made that day, whatever that day was, and it probably
5 was that Friday.
6   Q  I'm sorry to talk over you, ma'am. I'm just
7 trying to make sure I understand in my own mind.
8 It's my understanding -- this may be incorrect, but
9 you did not make arrangements to go to the storage
10 facility until the Friday before Labor Day and did
11 not actually go to the storage facility until after
12 Labor Day, is that correct?
13   A  That is correct.
14   Q  The communication from counsel asking you to
15 produce documents, and I'm assuming -- communication
16 from your counsel asking you to produce documents,
17 did it come at or around the Labor Day time period,
18 or was it before the Labor Day time period?
19     MS. ANDERSON:
20         Objection, form.
21     THE WITNESS:
22         I think I actually answered your
23 question already, but repeat that again, please.
24 EXAMINATION BY MR. BURAS:
25   Q  Yes, ma'am. The communication from counsel

## 17

1 that ultimately caused you to go look for documents
2 at the storage facility, was that communication
3 received at or around the Labor Day time period or
4 earlier in the month?
5    A   It was around the Labor Day weekend, yes.
6    Q   Prior to that communication with counsel in
7 the month of August, had you received any other
8 communications from counsel asking you to review and
9 locate documents responsive to any questions
10 presented by plaintiffs in this case?
11   A   Again, I don't recall. August was a very
12 busy month. I had lots of orientation, new hires
13 going on at that time. So between all the phone
14 calls that came through that particular month and in
15 the month of July, anything is possible. I just
16 cannot specifically give you a date. I'm sorry.
17   Q   Whether or not a phone call came in, did you
18 actively investigate or try to locate documents prior
19 to the Labor Day time period in response to any
20 communication from your counsel?
21   A   I really don't remember. I'm sorry. August
22 was a very, very busy month. The possibility exists,
23 but I just really can't --
24   Q   That's fine. Let's go off the record.
25       (Off the record discussion)

## 18

1 EXAMINATION BY MR. BURAS:
2    Q   During any of your visits to New Orleans to
3 locate documents between December 2005 and May of
4 2006, did you ever enter into the Freeport McMoRan
5 building?
6    A   Yes, I did.
7    Q   During your visits to the Freeport McMoRan
8 building, did you have occasion to notice between 30
9 and 40 filing cabinets in those offices in a corner
10 hallway? That's the best description I can give you
11 at this point.
12   A   Yes.
13   Q   At any point in time during your
14 investigation of documents in New Orleans, did you
15 look in those filing cabinets for responsive
16 information?
17   A   Yes.
18   Q   Did you have a key to those filing cabinets
19 to review and get responsive information?
20   A   Yes. There are four, four cabinets that I
21 know of, that I had files in that had payroll records
22 in them, which is the reason why I had the keys.
23   Q   Are these four cabinets in the human
24 resources area, or are those four cabinets that were
25 located in the hallway?

## 19

1    A   They were in the hallway.
2    Q   They were the human resources filing
3 cabinets in the hallway?
4    A   Yes. There was not anymore space in my
5 office to put the cabinets.
6    Q   Was there another hallway or area of the
7 office where a quantity of between 30 to 40 filing
8 cabinets were located?
9    A   Okay, I'm going to ask you for a
10 clarification, not specifically for that corner, but
11 back to the initial question that you asked in
12 reference to those cabinets. I know of cabinets that
13 are on two sides, one on the front, one on the back.
14 I took for granted, and I understood your question to
15 mean on either side. If I misunderstood your
16 question, then my answer would kind of change. But
17 those cabinets on the front had one cabinet on the
18 front side for payroll records, and on the back side
19 it had three -- two or three cabinets. I think there
20 was -- yes, there were two or three cabinets on that
21 side, so a total of about four cabinets.
22   Q   I'm admittedly shooting in the dark on this
23 one, but I'm going to represent to you that Mr. Russo
24 indicated there were between 30 and 40 filing
25 cabinets maintained in a hallway where files were

## 20

1 stored or records were stored by the Hornets on the
2 20th floor of the Freeport McMoRan building. And
3 what I wanted to know is, A, do you know what filing
4 cabinets he is talking about? And then my second
5 part is going to be, did you look in those filing
6 cabinets, if you did know what filing cabinets he was
7 talking about?
8    A   Yes. Those are the filing cabinets I'm
9 referring to.
10   Q   The four filing cabinets?
11   A   There are 30 or 40, whatever the total count
12 is, but I only had payroll records in about three or
13 four of them, so I apologize for misunderstanding the
14 your questions. I thoughts you were referring to the
15 payroll records. In the other cabinets, I don't know
16 what's in those.
17   Q   And that's what I want to know. Whether
18 it's 30 or 40, it's a number somewhere in that
19 general area, but of those records, you only reviewed
20 the human resource/payroll records, correct?
21   A   Correct.
22   Q   That would have been about three or four of
23 the overall number of filing cabinets?
24   A   That is correct.
25   Q   Did you ever ask anyone else whether or not

### 21

1 the other filing cabinets had been reviewed to see if
2 there was any responsive information in those filing
3 cabinets to any of the discovery requests in this
4 case?
5    A  No, I did not.
6    Q  Did anyone from the Hornets ever represent
7 to you that those filing cabinets had been looked
8 into or reviewed to see if there was any information
9 responsive to any of the plaintiffs' requests in this
10 case?
11    A  Not to me.
12    Q  At any time that you reviewed documents at
13 the Freeport McMoRan building, was counsel with you?
14    A  At any point in time?
15    Q  Yes, ma'am.
16    A  Yes.
17    Q  Did counsel actually see the filing cabinets
18 where you pulled personnel records or other human
19 resource and payroll documents from?
20    A  Yes.
21    Q  Were these other 30 or 40 filing cabinets
22 visible in the area where you pulled your human
23 resource and personnel records?
24    A  Yes, they were.
25    Q  At any point in time did your counsel ask

### 22

1 you what was in the other files?
2    A  I do not recall that question.
3    Q  At any point in time did you volunteer to
4 your counsel there might be information responsive to
5 some of your requests in these files?
6    A  I don't recall.
7       MS. ANDERSON:
8          Objection, form.
9       MR. BURAS:
10         You can answer.
11      THE WITNESS:
12         I'm sorry.  I do not recall saying
13 that.
14 EXAMINATION BY MR. BURAS:
15    Q  When you went to the storage facility in
16 August of 2007, September 2007, sometime in the Labor
17 Day time period, how did you first find out about the
18 existence of that storage facility?
19    A  I believe we covered that on yesterday.
20      MS. ANDERSON:
21         Based on that --
22      MR. BURAS:
23         I don't remember your answer, so go
24 ahead.
25      MS. ANDERSON:

### 23

1          Based on that, I'm going to object to
2 asked and answered.
3 EXAMINATION BY MR. BURAS:
4    Q  I don't remember your answer.  You can
5 answer it.
6    A  There was a speculation or complaint or
7 alleged statement made that there was a binder or
8 some file or folder that Adriana supposedly kept
9 commission reports in.  Adriana works in the
10 accounting department, not the payroll or DHR
11 department.  Why she would have supposedly kept
12 anything in reference to the commission reports or
13 anything pertaining to payroll, I do not know.  But I
14 was willing to go and look in the storage facility
15 where the accounting records were kept, so we went.
16    Q  I'm going to object as unresponsive.  My
17 question was, how did you first learn that the
18 Hornets had a storage facility on Annunciation
19 Street?
20      MS. ANDERSON:
21         And I'm going to object.  She just
22 answered your question.
23      THE WITNESS:
24         And I believe on yesterday when I did
25 answer the question, I recall saying I don't recall

### 24

1 when or how I found out.
2 EXAMINATION BY MR. BURAS:
3    Q  That was what I was trying to get.  Thank
4 you.  Where is your office currently located the
5 human resources department?
6    A  For the Hornets?
7    Q  Yes, ma'am.
8    A  That office is now located at 1250 Poydras
9 Street.
10   Q  Did you participate in the move from the
11 Freeport McMoRan building into the Poydras Street
12 location?
13   A  In reference to what specific items?
14   Q  Did you help move your files?
15   A  Yes, I did.  The only files I did move were
16 the files that were within my office.  My specific
17 office area.
18   Q  Did that include the four filing cabinets of
19 material that we just discussed previously that were
20 located outside of your office?
21   A  Unfortunately not.
22   Q  Where did those files go?
23   A  You know, now that you ask that question, I
24 do not know.  I apologize.
25   Q  When you began looking for documents around

25

1 the Labor Day time period in 2007, is it fair to say
2 that those documents that were located in the filing
3 cabinets outside of your office had already been
4 moved?
5    MS. ANDERSON:
6        Objection, form.
7    THE WITNESS:
8        I'm sorry. Repeat that question again.
9 EXAMINATION BY MR. BURAS:
10   Q  When you began looking for documents in
11 August or Labor Day time period 2007, had the
12 documents that were located outside of your office in
13 those filing cabinets already been moved somewhere
14 else?
15   MS. ANDERSON:
16       Objection, form.
17   THE WITNESS:
18       I do not know.
19 EXAMINATION BY MR. BURAS:
20   Q  When you began looking for documents around
21 the Labor Day time period 2007, did you have an
22 active computer system that you could access?
23   A  I'm sorry. Repeat that question.
24   Q  Did you have a computer system or a network
25 that you could access in August of 2007?

26

1    A  To actually do my work?
2    Q  Yes, ma'am.
3    A  Yes.
4    Q  Was that computer system located in the
5 Freeport building or in the 1250 Poydras Street
6 building?
7    A  My computer that I worked on in August of
8 2007?
9    Q  Yes.
10   A  Was in the 1250 Poydras Street office.
11   Q  What about in July of 2007? Where was your
12 computer that you worked on located?
13   A  1250 Poydras Street.
14   Q  When did you move into the 1250 Poydras
15 Street location?
16   A  June 1.
17   Q  2007?
18   A  2007. I'm sorry.
19   Q  All right, ma'am. I'm going to ask you to
20 take a look at the document that we marked Exhibit
21 20, and I want you to tell me, based on the content
22 of the information requested, whether or not your
23 attorney or the point of contact for the Hornets or
24 one of your Hornets superiors asked you to research
25 and find documents or information responsive to any

27

1 of these requests for production.
2    To the extent -- while you're doing that, to
3 the extent that we believe we have addressed an area
4 in a prior discussion yesterday, if you let me know
5 I'll just try to verify and we will move on to save
6 some time.
7    MS. ANDERSON:
8        I'll go ahead and put a form objection
9 on the record.
10   THE WITNESS:
11       Excuse me. Your question is -- I just
12 want to make sure I'm understanding -- is whether or
13 not all of the requests that's in this document
14 were -- excuse me, was I asked to produce any of
15 these?
16 EXAMINATION BY MR. BURAS:
17   Q  Let me just clarify for counsel and for you,
18 the witness, where I'm going. It's my understanding
19 from your earlier testimony that you were never
20 provided with copies of the actual pleadings in this
21 case, is that correct?
22   A  That is correct.
23   Q  What I want you to do now is read the
24 specific request for information that is in the
25 request for production, and tell me whether or not

28

1 anyone asked you to find the specific information
2 that was actually requested.
3    A  In order to recall whether I was asked any
4 specific -- to look for any of these specific
5 information, I do not recall.
6    MS. ANDERSON:
7        Have you finished looking through them
8 all?
9    THE WITNESS:
10       (Witness nods head affirmatively.)
11   MS. ANDERSON:
12       Okay.
13       (Off the record discussion)
14 EXAMINATION BY MR. BURAS:
15   Q  Ma'am, to the best of your recollection,
16 would you please try to determine if any of the
17 documents that were identified in the list that was
18 given to you when you went to the storage facility
19 includes any of the items in these requests for
20 production?
21   A  This is a stretch.
22   Q  Only to the extent you remember, ma'am.
23   MS. ANDERSON:
24       Just take your time.
25   THE WITNESS:

## 29

1  I'm going to look through.
2       MS. ANDERSON:
3          She's going to look at Exhibit 10,
4  which was just the request.
5       THE WITNESS:
6          It might be a little easier. For the
7  record, I would like to remind counsel that -- strike
8  that.
9  EXAMINATION BY MR. BURAS:
10  Q  Take your time, ma'am.
11  A  For the record, I would like to remind
12  counsel that I have seen a volume of materials, and
13  it gets to a point in between pulling documents,
14  whether it's storage or other files, as well as
15  handling paperwork that's going on in my office, I
16  could miss something, or I just don't remember, and
17  it's because of the volume of paper that I see.
18  Also, we are still retrieving or pulling documents
19  from storage.
20  Q  Are any of the items identified in the
21  request for production that you're currently
22  reviewing items that you're currently looking for in
23  the storage facility?
24  A  I do not know that, and I won't know that
25  until we go through.

## 30

1  Q  No, ma'am, I'm sorry. Let me clarify my
2  question. Do any of the items in these requests for
3  production that you're currently looking through,
4  they were information requested by plaintiffs in
5  those discovery requests, track the list of documents
6  you're looking for at the storage facility?
7  A  I'm sorry, say that question one more time.
8  Q  What I'm trying to find out right now is if
9  the information you're currently looking for at the
10  storage facility is the same as or similar as the
11  information plaintiffs requested in these requests
12  for production.
13  A  It's a possibility. I really do not know.
14  I don't have a list.
15  Q  You wouldn't know until you reviewed a copy
16  of that list?
17  A  Until I go through the boxes, the documents,
18  to see if it's on this list to compare.
19  Q  You've never done that before this
20  deposition?
21  A  No.
22  Q  Were you ever told by whoever gave you this
23  list that this is a list of documents the Court
24  ordered the Hornets to produce so we need to go look
25  for them?

## 31

1  A  Do not know that. Do not recall that
2  specifically.
3  Q  Were you ever told by whoever gave you this
4  list of documents you are looking for at the storage
5  facility, "We need to make sure we produce all the
6  documents responsive to this because plaintiffs
7  compelled us to do this"?
8       MS. ANDERSON:
9          Objection, form.
10      THE WITNESS:
11         I do not recall that specifically.
12      (Off the record discussion)
13  EXAMINATION BY MR. BURAS:
14  Q  Ma'am, is it helping you to review all of
15  these requests for information? Is that helping to
16  jog your memory to determine what documents you
17  actually looked for and when you looked for them on
18  the behalf of the Hornets?
19  A  No, I'm sorry, it does not.
20  Q  As you sit here today, do you recall which
21  documents or categories of documents responsive to
22  these requests you specifically looked for?
23  A  We did look for the, quote unquote, the
24  "binder" that Adriana kept commission reports. We
25  looked for those. I specifically looked for those,

## 32

1  because that seemed to have been something that they
2  allege that existed.
3  Q  That's okay. If you don't remember, then
4  that's your answer, and we will move on to another
5  topic, but if more time reviewing that document would
6  help you remember which areas you looked for, I'll
7  give you as much time as you want. I just don't want
8  to waste any more time here if reviewing these
9  documents is not going to help. You do not remember
10  what specific areas you investigated for the Hornets
11  in response to any of plaintiffs' requests for
12  production of documents?
13  A  I do not recall.
14  Q  I'd like to provide you now with a copy of a
15  document that's been previously marked as -- before I
16  do that, I'm going to refer to a document that we
17  previously marked as Exhibit 18, which is a list of
18  persons that Hornets counsel assisted them in
19  investigating the case. Counsel has just given you a
20  copy of that. I have a certain set of questions.
21  There are 10 people identified on this list: Kristy
22  McKearn, Brendan Donohue, Chris Zaber, Ms. Parenti,
23  Jonathan Lakamp, Dave Burke, Deana Artega, Tom Spero,
24  Greg King, and Brice Collier, correct, ma'am?
25  A  Yes.

33

1 Q Before coming here today, have you contacted
2 any of these individuals to find out what documents
3 or areas or materials they investigated to produce
4 information responsive to any of plaintiffs'
5 discovery requests in this case?
6 A No, I have not.
7 Q Have you contacted any of these 10
8 individuals to find out who they requested
9 information from in response to plaintiffs' request
10 for information in this case?
11 A No, I have not.
12 Q At any point in time, have you reviewed any
13 file materials, notes or documents prepared by any of
14 these individuals related to their investigation of
15 responses or documents that may be responsive to
16 plaintiffs in this case?
17 A Would you repeat the question a little
18 slower please?
19 Q Yes, ma'am. At any point in time prior to
20 coming here today have you reviewed any notes,
21 documents, e-mails or other materials that were
22 written or prepared by these 10 individuals related
23 to the investigation they conducted to find
24 responsive information to plaintiffs' request in this
25 case?

34

1 A No, I have not.
2 Q I'm going to refer you now to Document 11,
3 which actually I'm going to give you a series of
4 documents. I'm going to give you document 13, 14,
5 15, 11 -- and 11. I want you to take a look at these
6 documents, ma'am, and tell me if you've ever seen
7 copies of those documents before today.
8 A No, I have not.
9 Q I'd like you to identify the document at the
10 top of the stack and determine whether or not -- take
11 a look at the document. I believe you're looking at
12 Exhibit 11 at this time, which is defendant's
13 responses to plaintiffs' first set of
14 interrogatories. Take a look at the areas that say,
15 "Interrogatory No.," and then it will have a question
16 after that on the line. Were you asked by the
17 Hornets, any of your supervisors, or by legal counsel
18 to provide information responsive to any of these
19 requests? When I say requests, I mean
20 interrogatories.
21     (Off the record discussion)
22 EXAMINATION BY MR. BURAS:
23 Q Ms. Rochon, you've been looking through this
24 document for several minutes now. Is reviewing the
25 interrogatory request that plaintiffs submitted to

35

1 the Hornets helping you to recall whether or not you
2 were asked to investigate any of the items of
3 information that plaintiffs requested?
4 A I may have provided information, but as to
5 whether the information I provided went towards this
6 particular Exhibit 11, I cannot say yes. I do not
7 know.
8 Q Is it accurate to say that you were asked to
9 provide a specific document, and you pulled that
10 specific document in response to a request from your
11 counsel or one of your superiors in this case?
12 A That is a possibility.
13 Q Is it accurate or is it inaccurate?
14 A Please reask your question.
15 Q I'm just trying to find out exactly why,
16 when, and how you determined what documents you were
17 supposed to produce or locate, or information you
18 were supposed to locate, and what steps you took to
19 locate that information. What I'm trying to find out
20 by asking you to read these discovery requests is
21 simply to find out were you asked specifically to
22 find any information related to any of these
23 interrogatories, and it's my understanding that you
24 have never seen this document before and you have
25 never been asked, and correct me if I'm wrong.

36

1     For example, as it relates to Interrogatory
2 No. 6, from 2002 to the present, please identify all
3 persons granted access or user rights sufficient to
4 modify or alter the account representative name in
5 Archtics." Probably a bad one, because it says the
6 word Archtics, but my question remains the same. You
7 were never given a copy of plaintiffs' actual
8 request, whether it was a request for production or
9 interrogatory, and said please provide me all
10 information responsive to this request, were you?
11 A That is correct. I was not.
12 Q The information that you would have been
13 requested to provide in this case would have been a
14 summary of information, is that accurate? I'm just
15 trying to find out how you knew. Would counsel say,
16 "I need you to pull the personnel records," and then
17 you would turn and go pull the personnel records, is
18 that correct?
19 A That is correct.
20 Q Would they say, "Pull everything related to
21 this plaintiff that you might have"? Is it possible
22 they asked you for something like that?
23 A That's a possibility, yes.
24 Q What records or documents would you have
25 gone and pulled? That's what I'm trying to find out,

### 37

1  is what documents you looked for, when did you look
2  for them, and what did you pull? It's as simple as
3  that. And I'm trying to use all these documents to
4  try to identify specifically what you did, and I
5  apologize if that didn't come across yesterday,
6  because maybe we could have shortened this. That's
7  exactly what my question is. So as it relates to --
8  I believe it's 49 interrogatories that have been
9  submitted to the Hornets by the plaintiffs, there's
10 49 different questions that were asked to the
11 plaintiffs related to this document. You were never
12 provided with a list of these 49 questions and said,
13 "Hey, which of these can you respond to," is that
14 correct?
15     MS. ANDERSON:
16         I think you said questions asked to the
17 plaintiffs.
18     MR. BURAS:
19         I'm sorry. I meant the defendants, the
20 Hornets in this case.
21     THE WITNESS:
22         That is correct.
23 EXAMINATION BY MR. BURAS:
24  Q  Were you ever asked to go over a document
25 perhaps that didn't have the title page or any

### 38

1  correspondence from your attorney or from your
2  superiors, but said, Please review the following
3  interrogatories sent to, or questions sent by the
4  plaintiffs to the Hornets, and tell me which of these
5  you might be able to help find information for? Were
6  you ever told that?
7   A  No, I was not.
8   Q  Were you ever given a category list of
9  documents or a summary list of questions? For
10 example, anything saying, Please identify which of
11 these areas you may have information responsive to?
12  A  Not that I recall.
13  Q  So, aside from specific requests that you
14 might have received from your superior, your counsel,
15 you didn't look for any other documents in this case
16 until August of 2007 when you went to the storage
17 facility, is that correct?
18     MS. ANDERSON:
19         Objection, form.
20     THE WITNESS:
21         Can you restate your question, please?
22 EXAMINATION BY MR. BURAS:
23  Q  Yeah, I'd be happy to. You didn't look for
24 any additional documents other than the specific
25 requests that were given to you by legal counsel

### 39

1  until you went to the storage facility after Labor
2  Day, is that correct?
3     MS. ANDERSON:
4         Objection, form.
5     THE WITNESS:
6         That is correct.
7  EXAMINATION BY MR. BURAS:
8   Q  Were you periodically provided with a list
9  of the plaintiffs that were involved in this case?
10  A  I don't think so.
11  Q  How did you know Ken Kliebert was involved
12 in of this litigation?
13  A  I believe I received a phone call from legal
14 counsel asking me to pull whatever I could find on
15 him. I believe that's how the conversation went.
16  Q  Do you have any specific recollection of
17 when that phone call took place?
18  A  No, I'm sorry, I do not.
19  Q  As to Ms. Brown, when did you first learn
20 that Ms. Latoucha Brown was involved in this
21 litigation?
22  A  I'm sorry, I do not remember that either.
23  Q  Prior to Kristy McKearn's departure from the
24 Hornets, were most of the communications that you had
25 about this case filtered through her, or did they

### 40

1  come direct from legal counsel?
2   A  They came through Kristy.
3   Q  So, you did not speak with legal counsel
4  before Kristy departed, is that correct?
5   A  I don't think so.
6   Q  After Kristy departed the Hornets, was there
7  any other filter in place for information requests
8  from counsel to you?
9     MS. ANDERSON:
10         Objection, form.
11     THE WITNESS:
12         Can you explain what you mean by filter
13 in place?
14 EXAMINATION BY MR. BURAS:
15  Q  Yes, ma'am. Was there any supervisor,
16 superior, vice-president, legal counsel, any other
17 executive officer, any other person that the Hornets
18 directed questions from legal counsel to or, excuse
19 me, that legal counsel directed questions to the
20 Hornets through in order to help expedite the
21 production of information in this case? Essentially,
22 was there another point person other than Kristy ever
23 appointed?
24  A  I do not know.
25  Q  You were never designated as that person

## 41

1 though? I'm just trying to make sure.
2     MS. ANDERSON:
3         Objection, asked and answered.
4     THE WITNESS:
5         No, I was not.
6 EXAMINATION BY MR. BURAS:
7    Q  At any point in time, were you ever provided
8 with a copy of something called "Requests for
9 Admissions" to tell the Hornets or their counsel
10 whether or not a question asked by the plaintiffs was
11 true or false?
12   A  Not that I know of.
13   Q  What other documents do you have in front of
14 you?
15   A  I have 11.
16   Q  We are done with 11 now. No. 13 is requests
17 for admission. That's essentially the true/false
18 questions that we have asked. You were not provided
19 with those, correct?
20   A  No, I was not.
21   Q  Let's move past that one. Responses to
22 requests for admissions in the federal court case,
23 again, you were not provided with those?
24   A  No, I'm sorry, I was not.
25   Q  Request for production. This is Exhibit No.

## 42

1 15, which is the state court case 10069. If you
2 could please just take a look through that and tell
3 me whether or not you were asked to provide any of
4 the information requested in this? There is only a
5 couple of them.
6    A  In Exhibit 15 there are 18 requests.
7    Q  Of those 18, were you ever asked to find or
8 locate information responsive to any of those? For
9 example, No. 3 says produce copies of the entire
10 employee files of plaintiffs. That would have been
11 something that you would have produced, correct,
12 ma'am?
13   A  Yes, more than likely, and I may have
14 produced that information based upon what is
15 requested.
16   Q  As to No. 4, payroll registers, would you
17 have been the person who produced that?
18   A  Yes, I would have been the person to produce
19 that.
20   Q  Do you know anything about Game Face, Inc.?
21 Have you ever heard that name before?
22   A  Heard of it. Don't really know what they
23 are or what they do.
24   Q  Do you have any documents or correspondence
25 related to any of the offers of employment to Game

## 43

1 Face employees, specifically Eugene Liger, Adam Nash,
2 and Tony Martin at any point in time in 2004?
3    A  I was not employed in 2004.
4    Q  Did you ever look for that information in
5 the human resources department?
6    A  Specifically?
7    Q  Yes, ma'am.
8    A  I do not recall that.
9    Q  Take a look at No. 12. At any point in time
10 did you ever look for documents, e-mails, notes or
11 any other documents related to any complaints made
12 by, specifically, Tony Martin, Eugene Liger, or Adam
13 Nash related to facts alleging that they were getting
14 paid the wrong wage amount?
15   A  I do not recall that.
16   Q  You don't recall looking for it?
17   A  I don't recall looking for it. I don't
18 recall hearing or asked or anything.
19   Q  Just make sure. You were never asked to
20 look for that information?
21   A  I don't recall that.
22   Q  Okay. Do the Hornets retain copies of pay
23 stubs for employees?
24   A  Unfortunately, we cannot.
25   Q  You cannot?

## 44

1    A  The system doesn't allow it.
2    Q  That's the ADP system?
3    A  That's the ADP system.
4    Q  No. 17, did you have access to all of Ms.
5 Middleton's investigation files?
6     MS. ANDERSON:
7         Objection. Asked and answered
8 yesterday.
9     THE WITNESS:
10        I'm not sure I understand what you mean
11 by her investigative files.
12 EXAMINATION BY MR. BURAS:
13   Q  No. 17 specifically asks, Please produce
14 copies of results of the investigation conducted by
15 Penny Middleton regarding complaints of erroneous
16 wage payments made by plaintiffs, and specifically
17 the plaintiffs in this case are Eugene Liger, Tony
18 Martin, and Adam Nash?
19   A  I'm sorry. I do not know anything about
20 that.
21   Q  Did you ever look for any investigation
22 results that Penny Middleton may have in the Hornets'
23 offices related to these three plaintiffs?
24   A  I don't even recall anything like that.
25   Q  Were you ever asked to find this

## 45

1 information?
2  A  Not that I recall.
3  Q  I want you to take a look at a document
4 that's been marked as Exhibit 19.  This is Defendant
5 Document 6055 through 6060.  Is this one of the
6 documents that you found in the storage facility?
7  A  I have no idea.
8  Q  Take a look at this document and tell me if
9 you would know whether or not this was the type of
10 information that you were trying to locate in the
11 storage facility that the Hornets owned or lease?
12  A  I do not recall.
13  Q  Do you recall whether or not this is a
14 document that you pulled?
15  A  I do not recall.  I'm sorry.
16  Q  At this time we don't have any further
17 questions of Ms. Rochon.  Thank you very much for
18 your time, ma'am?
19  A  Thank you.
20      MS. ANDERSON:
21          I will have some questions for Ms.
22 Rochon, and counsel and the witness are going to
23 select mutually convenient dates and we will
24 reconvene her deposition at that time.
25              * * * * * *

## 46

1           WITNESS' CERTIFICATE
2
3      I, DONNA PIERRE ROCHON, pursuant to Rule
4 30(e) of the Federal Rules of Civil Procedure and/or
5 Article 1445 of the Louisiana Code of Civil
6 Procedure, have read or have had the foregoing
7 testimony read to me and do hereby certify that the
8 testimony is true and correct to the best of my
9 ability and understanding.
10      I do hereby certify that I have not marked
11 on, written on or in any way altered the foregoing
12 transcript pages.
13      I do hereby tender to the Certified Court
14 Reporter, the lawful officer before whom my sworn
15 testimony was reported, transcribed and thereafter
16 certified, the foregoing transcript:
17     ( )  Without corrections
       ( )  With corrections as reflected on the
18 errata sheet(s) prepared by me and made a part
   hereof.
19
20
21 DATED:_____  SIGNED:_____
22            DONNA PIERRE ROCHON
23
24
25

## 47

                CERTIFICATE

1
2
3      This certificate is valid only for a
4 transcript accompanied by my original signature
5 and original stamp on this page.
6      I, ASTRA THIBODEAUX, Certified Court
7 Reporter in and for the State of Louisiana, as the
8 officer before whom this testimony was taken, do
9 hereby certify that DONNA PIERRE ROCHON, to whom
10 oath was administered, after having been first
11 duly sworn by me upon authority of R.S. 37:2554,
12 did testify as hereinbefore set forth in the
13 foregoing 46 pages; that this testimony was
14 reported by me in the stenotype reporting method,
15 was prepared and transcribed by me or under my
16 personal supervision, and is a true and correct
17 transcript to the best of my ability and
18 understanding; that I am not related to counsel or
19 the parties herein, nor am I otherwise interested
20 in the outcome of this matter.
21
22
23  _____
    ASTRA THIBODEAUX (#84091)
24  Certified Court Reporter
    Dated: 9-19-07
25

'05
[1] 10:9
'06
[1] 10:9

# 0

05-1969
[1] 1:4

# 1

1
[2] 5:20 26:16
10
[6] 4:9 5:15 29:3 32:21 33:7 33:22
10069
[1] 42:1
11
[7] 34:2 34:5 34:5 34:12 35:6 41:15 41:16
1111
[1] 4:1
12
[3] 12:3 12:5 43:9
1250
[5] 24:8 26:5 26:10 26:13 26:14
13
[4] 1:14 3:3 34:4 41:16
14
[1] 34:4
1445
[1] 46:5
15
[3] 34:5 42:1 42:6
17
[6] 5:7 11:14 15:4 15:16 44:4 44:13
17th
[1] 5:2
18
[3] 32:17 42:6 42:7
19
[1] 45:4
1:15
[1] 1:14

# 2

2
[6] 1:10 13:8 13:19 13:20 14:14 15:20
20
[4] 2:17 4:22 5:16 26:21
2002
[1] 36:2
2004
[2] 43:2 43:3
2005
[6] 5:23 8:3 8:14 10:21 14:24 18:3
2006
[6] 8:4 8:5 8:14 10:14 10:21 18:4
2007
[26] 1:14 3:3 5:2 10:24 11:2 11:3 11:4 11:8 11:9 13:3 14:25 15:3 15:4 15:16 15:16 22:16 22:16 25:1 25:11 25:21 25:25 26:8 26:11 26:17 26:18 38:16
201
[3] 1:17 2:4 3:4
20th

[1] 20:2
21
[1] 1:22
227
[1] 1:22
26
[1] 2:17
2:35
[1] 1:15

# 3

3
[6] 13:3 14:20 15:3 15:16 15:20 42:9
30
[7] 12:8 18:8 19:7 19:24 20:11 20:18 21:21
30(b)(6
[5] 12:3 12:6 12:9 12:15 12:18
31
[1] 14:20
31st
[1] 15:20
35th
[1] 1:24
37:2554
[1] 47:11

# 4

4
[2] 2:15 42:16
40
[6] 18:9 19:7 19:24 20:11 20:18 21:21
46
[2] 2:19 47:13
48th
[1] 2:4
49
[3] 37:8 37:10 37:12

# 5

5
[1] 8:4
52nd
[2] 1:17 3:5

# 6

6
[1] 36:2
6055
[1] 45:5
6060
[1] 45:5

# 7

7
[2] 13:20 14:15
70071
[1] 4:2
70112
[1] 1:25
70170
[1] 2:4
70447
[1] 1:22

# 9

909
[1] 1:24

# A

Ability
[2] 46:9 47:17
Able

[1] 38:5
Access
[4] 25:22 25:25 36:3 44:4
Accompanied
[1] 47:4
Accordance
[1] 3:1
Account
[1] 36:4
Accounting
[2] 23:10 23:15
Accurate
[4] 11:19 35:8 35:13 36:14
Action
[2] 1:4 1:5
Active
[1] 25:22
Actively
[1] 17:18
Actual
[2] 27:20 36:7
Adam
[3] 43:1 43:12 44:18
Additional
[3] 6:17 11:8 38:24
Addressed
[1] 27:3
Adjourning
[1] 1:15
Administered
[1] 47:10
Administering
[1] 3:19
Admission
[1] 41:17
Admissions
[2] 41:9 41:22
Admittedly
[1] 19:22
ADP
[2] 44:2 44:3
Adriana
[3] 23:8 23:9 31:24
Affairs
[1] 7:19
Affirmatively
[1] 28:10
Afternoon
[2] 4:5 4:7
Agreed
[1] 2:24
Ahead
[2] 22:24 27:8
AL
[1] 1:4
Allege
[1] 32:2
Alleged
[2] 11:18 23:7
Alleging
[1] 43:13
Allow
[1] 44:1
Alter
[1] 36:4
Altered
[1] 46:11
Amending
[1] 4:24
Amount
[1] 43:14
ANDERSON

[30] 2:3 5:12 6:25 7:4 7:13 9:8 12:12 12:19 13:12 15:8 16:19 22:7 22:20 22:25 23:20 25:5 25:15 27:7 28:6 28:11 28:23 29:2 31:8 37:15 38:18 39:3 40:9 41:2 44:6 45:20
Annunciation
[1] 23:18
Answer
[8] 7:15 19:16 22:10 22:23 23:4 23:5 23:25 32:4
Answered
[7] 9:9 9:10 16:22 23:2 23:22 41:3 44:7
Answers
[2] 3:11 5:6
Apologize
[3] 20:13 24:24 37:5
APPEARANCES
[2] 1:20 2:1
Appointed
[1] 40:23
Archtics
[2] 36:5 36:6
Area
[6] 18:24 19:6 20:19 21:22 24:17 27:3
Areas
[6] 11:17 32:6 32:10 33:3 34:14 38:11
Arrangements
[2] 16:2 16:9
Artega
[1] 32:23
Article
[1] 46:5
As
[29] 3:9 3:11 4:3 6:23 11:14 12:2 12:14 23:16 29:14 29:14 30:10 30:10 31:20 32:7 32:7 32:15 32:17 35:4 36:1 37:2 37:2 37:7 39:19 40:25 42:16 45:4 46:17 47:7 47:12
Ascertain
[2] 14:5 15:18
Aside
[1] 38:13
Assisted
[1] 32:18
Assuming
[1] 16:15
Attorney
[3] 15:22 26:23 38:1
Attorneys
[4] 1:25 2:5 6:2 10:3
August
[19] 5:2 5:7 13:3 14:20 14:20 15:3 15:4 15:16 15:16 15:20 15:20 17:7 17:11 17:21 22:16 25:11 25:25 26:7 38:16
Authority
[1] 47:11
Avenue
[3] 1:17 2:4 3:4
Aware
[2] 10:11 10:15

# B

Bad
[1] 36:5
Based
[4] 22:21 23:1 26:21 42:14

**Become**
[1] 6:8
**Began**
[4] 11:7 24:25 25:10 25:20
**Begin**
[1] 12:5
**Beginning**
[1] 14:14
**Begins**
[1] 13:9
**Behalf**
[1] 31:18
**Best**
[5] 10:16 18:10 28:15 46:8 47:17
**Between**
[16] 2:24 6:1 6:8 8:14 10:8 10:13 14:20 15:3 15:16 15:19 17:13 18:3 18:8 19:7 19:24 29:13
**Binder**
[2] 23:7 31:24
**Bottom**
[1] 13:19
**BOURQUE**
[1] 1:23
**Boxes**
[2] 14:10 30:17
**Brendan**
[1] 32:22
**Brice**
[1] 32:24
**Broke**
[1] 4:8
**Brown**
[2] 39:19 39:20
**BRYAN**
[1] 1:24
**Building**
[7] 18:5 18:8 20:2 21:13 24:11 26:5 26:6
**Buras**
[32] 1:21 2:15 4:4 5:14 7:8 8:2 9:14 12:16 12:24 13:18 15:12 16:24 18:1 22:9 22:14 22:22 23:3 24:2 25:9 25:19 27:16 28:14 29:9 31:13 34:22 37:18 37:23 38:22 39:7 40:14 41:6 44:12
**Burke**
[1] 32:23
**Busy**
[4] 11:10 11:11 17:12 17:22

---

**C**

**Cabinet**
[1] 19:17
**Cabinets**
[31] 18:9 18:15 18:18 18:20 18:23 18:24 19:3 19:5 19:8 19:12 19:12 19:17 19:19 19:20 19:21 19:25 20:4 20:6 20:6 20:8 20:10 20:15 20:23 21:1 21:3 21:7 21:17 21:21 24:18 25:3 25:13
**Cannot**
[8] 14:5 14:18 15:18 15:19 17:16 35:6 43:24 43:25
**Care**
[1] 7:19
**Carrere**
[3] 1:16 2:2 3:4
**Case**
[29] 5:7 6:20 10:23 12:3 13:11 14:15 14:23 15:7 15:15 15:17 17:10 21:4 21:10 27:21 32:19 33:5 33:10 33:16 33:25 35:11 36:13 37:20 38:15 39:9 39:25 40:21 41:22 42:1 44:17
**Categories**
[1] 31:21
**Category**
[1] 38:8
**Caused**
[1] 17:1
**Certain**
[3] 5:9 14:2 32:20
**Certificate**
[4] 2:19 5:1 46:1 47:3
**Certification**
[1] 3:7
**Certified**
[6] 2:9 3:17 46:13 46:16 47:6 47:24
**Certify**
[3] 46:7 46:10 47:9
**Change**
[1] 19:16
**Characterization**
[1] 13:13
**Charles**
[3] 1:17 2:4 3:4
**Chris**
[1] 32:22
**City**
[1] 7:24
**Civil**
[4] 1:4 3:1 46:4 46:5
**Clarification**
[1] 19:10
**Clarify**
[3] 9:4 27:17 30:1
**Close**
[1] 11:1
**Code**
[1] 46:5
**Collective**
[1] 1:5
**Collier**
[1] 32:24
**Coming**
[2] 33:1 33:20
**Commencing**
[1] 1:14
**Commission**
[3] 23:9 23:12 31:24
**Communication**
[7] 15:21 16:14 16:15 16:25 17:2 17:6 17:20
**Communications**
[3] 10:2 17:8 39:24
**Compare**
[1] 30:18
**Compelled**
[1] 31:7
**Complaint**
[1] 23:6
**Complaints**
[2] 43:11 44:15
**Complies**
[2] 7:3 11:24
**Computer**
[5] 25:22 25:24 26:4 26:7 26:12
**Conducted**
[2] 33:23 44:14
**Contact**
[4] 6:1 6:8 6:14 26:23
**Contacted**
[2] 33:1 33:7
**Content**
[1] 26:21
**Continued**
[1] 2:1
**Convenient**
[1] 45:23
**Conversation**
[1] 39:15
**Copies**
[7] 11:15 11:21 27:20 34:7 42:9 43:22 44:14
**Copy**
[14] 4:22 5:2 5:4 5:6 8:19 8:25 9:5 13:22 14:18 30:15 32:14 32:20 36:7 41:8
**Corner**
[2] 18:9 19:10
**Correct**
[28] 5:16 5:17 5:23 8:12 14:3 14:11 16:12 16:13 20:20 20:21 20:24 27:21 27:22 32:24 35:25 36:11 36:18 36:19 37:14 37:22 38:17 39:2 39:6 40:4 41:19 42:11 46:8 47:16
**Corrections**
[2] 46:17 46:17
**Correspondence**
[4] 15:13 15:23 38:1 42:24
**Counsel**
[39] 2:25 6:9 7:22 9:3 9:6 10:5 11:16 11:17 15:14 16:14 16:16 16:25 17:6 17:8 17:20 21:13 21:17 21:25 22:4 27:17 29:7 29:12 32:18 32:19 34:17 35:11 36:15 38:14 38:25 39:14 40:1 40:3 40:8 40:16 40:18 40:19 41:9 45:22 47:18
**Count**
[1] 20:11
**Couple**
[1] 42:5
**Court**
[13] 1:1 2:9 3:17 5:8 7:3 11:24 13:6 30:23 41:22 42:1 46:13 47:6 47:24
**Covered**
[1] 22:19

---

**D**

**DAIGLE**
[1] 1:21
**DANIEL**
[1] 1:21
**Dark**
[1] 19:22
**Date**
[2] 5:1 17:16
**Dates**
[1] 45:23
**Dave**
[1] 32:23
**Deana**
[1] 32:23
**December**
[5] 8:3 8:4 8:14 10:9 18:3
**Decision**
[3] 7:7 7:9 7:10
**Defendant**
[1] 45:4
**Defendant's**
[2] 4:29 34:12
**Defendants**
[3] 1:8 2:5 37:19
**Deficient**
[1] 11:18
**Denegre**
[3] 1:17 2:2 3:4
**Departed**
[2] 40:4 40:6
**Department**
[4] 23:10 23:11 24:5 43:5
**Departure**
[1] 39:23
**Deposition**
[8] 1:13 2:25 3:12 5:16 11:1 12:10 30:20 45:24
**Description**
[2] 2:13 18:10
**Designated**
[4] 5:25 6:13 12:14 40:25
**Detailing**
[2] 9:16 13:9
**Determine**
[3] 28:16 31:16 34:10
**Determined**
[1] 35:16
**DHR**
[1] 23:10
**Different**
[1] 37:10
**Direct**
[2] 10:7 40:1
**Directed**
[2] 40:18 40:19
**Directing**
[3] 5:8 6:17 13:6
**Directions**
[1] 10:2
**Discovery**
[8] 6:18 8:19 9:5 11:20 21:3 30:5 33:5 35:20
**Discussed**
[2] 6:24 24:19
**Discussion**
[5] 17:25 27:4 28:13 31:12 34:21
**DISTRICT**
[2] 1:1 1:2
**Document**
[35] 4:12 4:13 4:14 4:17 4:18 4:20 4:23 9:1 11:13 12:2 12:9 12:23 13:1 13:2 13:4 14:19 26:20 27:13 32:5 32:15 32:16 34:2 34:4 34:9 34:11 34:24 35:9 35:10 35:24 37:11 37:24 45:3 45:5 45:8 45:14
**Documents**
[73] 4:11 4:25 6:18 7:12 7:22 7:23 8:1 8:10 8:15 8:21 9:7 9:16 9:20 10:8 10:13 10:18 10:22 11:8 11:22 13:9 14:1 14:8 14:10 14:23 15:5 15:18 16:15 16:16 17:1 17:9 17:18 18:3 18:14 21:12 21:19 24:25 25:2 25:10 25:12 25:20 26:25 28:17 29:13 29:18 30:5 30:17 30:23 31:4 31:6 31:16 31:21 31:21 32:9 32:12 33:2 33:13 33:15 33:21 34:4 34:6 34:7 35:16 36:24 37:1 37:3 38:9 38:15 38:24 41:13 42:24 43:10 43:11 45:6
**Done**

[2] 30:19 41:16
**DONNA**
[6] 1:13 2:25 4:1 46:3 46:23 47:9
**Donohue**
[1] 32:22
**Duly**
[2] 4:3 47:11
**During**
[11] 8:8 8:13 8:22 8:23 9:6 9:18 10:8 10:18 18:2 18:7 18:13

### E
**E-mail**
[1] 15:23
**E-mails**
[4] 11:16 15:14 33:21 43:10
**Early**
[2] 11:3 11:4
**Easier**
[1] 29:6
**EASTERN**
[1] 1:2
**Either**
[3] 5:15 19:15 39:22
**Employed**
[1] 43:3
**Employee**
[2] 10:17 42:10
**Employees**
[3] 10:11 43:1 43:23
**Employment**
[1] 42:25
**End**
[2] 11:2 13:1
**Ending**
[1] 14:14
**Enter**
[1] 18:4
**Entire**
[1] 42:9
**Entitled**
[1] 4:23
**Entry**
[1] 13:3
**Errata**
[1] 46:18
**Erroneous**
[1] 44:15
**ESQ**
[4] 1:21 1:24 2:3 2:3
**Essentially**
[2] 40:21 41:17
**ET**
[1] 1:4
**Eugene**
[4] 1:4 43:1 43:12 44:17
**Evidence**
[1] 3:13
**Exactly**
[2] 35:15 37:7
**Examination**
[27] 2:15 4:4 5:14 7:8 8:2 9:14 12:24 13:18 15:12 16:24 18:1 22:14 23:3 24:2 25:9 25:19 27:16 28:14 29:9 31:13 34:22 37:23 38:22 39:7 40:14 41:6 44:12
**Example**
[3] 36:1 38:10 42:9
**Excuse**
[3] 27:11 27:14 40:18
**Executive**
[1] 40:17
**Exhibit**
[16] 2:17 4:9 4:22 5:15 5:15 11:14 12:2 12:5 26:20 29:3 32:17 34:12 35:6 41:25 42:6 45:4
**Existed**
[1] 32:2
**Existence**
[1] 22:18
**Exists**
[1] 17:22
**Expedite**
[2] 4:22 40:20
**Explain**
[1] 40:12
**Extent**
[3] 27:2 27:3 28:22

### F
**Face**
[2] 42:20 43:1
**Facility**
[20] 14:1 14:6 14:10 16:3 16:10 16:11 17:2 22:15 22:18 23:14 23:18 28:18 29:23 30:6 30:10 31:5 38:17 39:1 45:6 45:11
**Facts**
[1] 43:13
**Fair**
[1] 25:1
**False**
[1] 41:11
**Federal**
[3] 3:1 41:22 46:4
**File**
[2] 23:8 33:13
**Files**
[12] 18:21 19:25 22:1 22:5 24:14 24:15 24:16 24:22 29:14 42:10 44:5 44:11
**Filing**
[21] 3:7 18:9 18:15 18:18 19:2 19:7 19:24 20:3 20:5 20:6 20:8 20:10 20:23 21:1 21:2 21:7 21:17 21:21 24:18 25:2 25:13
**Filter**
[2] 40:7 40:12
**Filtered**
[1] 39:25
**Fine**
[2] 12:20 17:24
**Finished**
[1] 28:7
**First**
[7] 4:3 5:22 22:17 23:17 34:13 39:19 47:10
**FISSE**
[1] 1:21
**Floor**
[5] 1:17 1:24 2:4 3:5 20:2
**Folder**
[1] 23:8
**Following**
[1] 38:2
**Follows**
[1] 4:3
**FONTANA**
[1] 1:23
**Foregoing**
[4] 46:6 46:11 46:16 47:13
**Form**
[14] 3:10 5:13 7:5 13:14 15:9 16:20 22:8 25:6 25:16 27:8 31:9 38:19 39:4 40:10
**Formalities**
[1] 3:6
**Formality**
[1] 3:7
**Forth**
[1] 47:12
**Four**
[9] 18:20 18:20 18:23 18:24 19:21 20:10 20:13 20:22 24:18
**Freeport**
[6] 18:4 18:7 20:2 21:13 24:11 26:5
**Friday**
[3] 14:21 16:5 16:10
**Front**
[4] 19:13 19:17 19:18 41:13
**Full**
[1] 11:19

### G
**Game**
[2] 42:20 42:25
**General**
[1] 20:19
**Given**
[10] 8:19 9:5 9:15 14:14 15:1 28:18 32:19 36:7 38:8 38:25
**Granted**
[2] 19:14 36:3
**Greg**
[1] 32:24
**Guess**
[1] 7:15

### H
**Hallway**
[6] 18:10 18:25 19:1 19:3 19:6 19:25
**Hand**
[1] 5:4
**Handling**
[1] 29:15
**Happy**
[1] 38:23
**Head**
[1] 28:10
**Heard**
[2] 42:21 42:22
**Hearing**
[1] 43:18
**HEIDINGSFELDER**
[1] 2:3
**Help**
[7] 4:21 14:22 24:14 32:6 32:9 38:5 40:20
**Helping**
[3] 31:14 31:15 35:1
**Hereby**
[6] 2:26 3:11 46:7 46:10 46:13 47:9
**Herein**
[1] 47:19
**Hereinbefore**
[1] 47:12
**Hereof**
[1] 46:18
**Highway**
[1] 1:22
**Hires**
[1] 17:12
**Hit**
[1] 10:4
**Honestly**
[1] 6:15
**Hornets**
[46] 1:7 5:6 5:9 5:22 6:1 6:4 6:8 6:9 6:16 6:19 8:17 8:20 9:3 9:3 10:7 10:11 10:17 11:17 11:18 13:6 13:10 14:22 15:6 20:1 21:6 23:18 24:6 26:23 26:24 30:24 31:18 32:10 32:18 34:17 35:1 37:9 37:20 38:4 39:24 40:6 40:17 40:20 41:9 43:22 45:11
**Hornets'**
[4] 4:18 5:19 8:10 44:22
**Human**
[7] 18:23 19:2 20:20 21:18 21:22 24:5 43:5
**Hurricane**
[1] 10:14

### I
**Idea**
[1] 45:7
**Identified**
[3] 28:17 29:20 32:21
**Identify**
[5] 14:1 34:9 36:2 37:4 38:10
**Inaccurate**
[1] 35:13
**Inc**
[1] 42:20
**Include**
[1] 24:18
**Includes**
[1] 28:19
**Incorrect**
[1] 16:8
**Indicated**
[5] 5:21 9:23 13:25 14:7 19:24
**Individuals**
[4] 33:2 33:8 33:14 33:22
**Information**
[48] 6:2 6:9 6:10 9:2 9:16 9:17 11:19 12:18 13:7 18:16 18:19 21:2 21:8 22:4 26:22 26:25 27:24 28:1 28:5 30:4 30:9 30:11 31:15 33:4 33:9 33:10 33:24 34:18 35:3 35:4 35:5 35:17 35:19 35:22 36:10 36:12 36:14 38:5 38:11 40:7 40:21 42:4 42:8 42:14 43:4 43:20 45:1 45:10
**Initial**
[1] 19:11
**Instruct**
[1] 7:14
**Intention**
[1] 12:17
**Interested**
[1] 47:19
**Interrogatories**
[5] 34:14 34:20 35:23 37:8 38:3
**Interrogatory**
[4] 34:15 34:25 36:1 36:9
**Investigate**
[5] 6:23 14:22 15:15 17:18 35:2
**Investigated**
[2] 32:10 33:3
**Investigating**
[1] 32:19
**Investigation**
[6] 18:14 33:14 33:23 44:5 44:14 44:21

**Investigative**
[1] 44:11
**Involved**
[3] 39:9 39:11 39:20
**Issues**
[1] 6:23
**Items**
[7] 9:15 24:13 28:19 29:20 29:22 30:2 35:2

### J

**JANE**
[1] 2:3
**JENNIFER**
[1] 2:3
**Jog**
[1] 31:16
**Jonathan**
[1] 32:23
**Jones**
[3] 1:16 2:2 3:3
**JR**
[1] 1:21
**Judge**
[1] 14:15
**July**
[2] 17:15 26:11
**June**
[1] 26:16

### K

**Katrina**
[1] 10:14
**Ken**
[1] 39:11
**Kept**
[4] 23:8 23:11 23:15 31:24
**KESSENICH**
[1] 1:21
**Key**
[1] 18:18
**Keys**
[1] 18:22
**Kind**
[1] 19:16
**Kindly**
[1] 11:23
**King**
[1] 32:24
**Kliebert**
[1] 39:11
**KNIGHT**
[1] 1:24
**Knowledge**
[1] 10:16
**Kristy**
[8] 5:21 6:7 32:21 39:23 40:2 40:4 40:6 40:22

### L

**Labor**
[13] 14:21 16:10 16:12 16:17 16:18 17:3 17:5 17:19 22:16 25:1 25:11 25:21 39:1
**Lakamp**
[1] 32:23
**Last**
[1] 4:8
**Latoucha**
[1] 39:20
**Law**
[1] 3:2
**Lawful**
[1] 46:14
**Lawrence**
[1] 4:1
**Learn**
[2] 23:17 39:19
**Lease**
[1] 45:11
**Left**
[1] 7:20
**Legal**
[10] 7:22 10:5 34:17 38:25 39:13 40:1 40:3 40:16 40:18 40:19
**Letters**
[2] 11:15 11:21
**Liger**
[4] 1:4 43:1 43:12 44:17
**Likely**
[2] 6:6 42:13
**LIMITED**
[1] 1:7
**Line**
[1] 34:16
**List**
[20] 8:15 9:15 14:8 14:12 14:13 15:2 28:17 30:5 30:14 30:16 30:18 30:23 30:23 31:4 32:17 32:21 37:12 38:8 38:9 39:8
**Litigation**
[3] 13:7 39:12 39:21
**Locate**
[9] 14:1 17:9 17:18 18:3 35:17 35:18 35:19 42:8 45:10
**Located**
[11] 8:10 14:9 18:25 19:8 24:4 24:8 24:20 25:2 25:12 26:4 26:12
**Location**
[2] 24:12 26:15
**Look**
[40] 4:12 5:18 7:11 8:16 8:21 9:17 9:17 9:21 9:23 9:24 10:17 11:13 12:25 13:8 14:9 14:13 17:1 18:15 20:5 23:14 26:20 28:4 29:1 29:3 30:24 31:23 34:5 34:11 34:14 37:1 38:15 38:23 42:2 43:4 43:9 43:10 43:20 44:21 45:3 45:8
**Looked**
[12] 8:9 10:1 10:12 10:21 21:7 31:17 31:17 31:22 31:25 32:6 37:1
**Looking**
[14] 11:8 24:25 25:10 25:20 28:7 29:22 30:3 30:6 30:9 31:4 34:11 34:23 43:16 43:17
**Looks**
[1] 13:2
**Louisiana**
[10] 1:2 1:18 1:22 1:25 2:4 3:5 3:18 4:2 46:5 47:7
**Lutcher**
[1] 4:2

### M

**Ma'am**
[38] 4:17 5:4 5:11 5:18 7:9 8:25 11:12 11:14 11:22 12:1 12:7 12:25 13:4 13:8 13:11 13:19 14:7 14:11 14:25 15:3 16:6 16:25 21:15 24:7 26:2 26:19 28:15 28:22 29:10 30:1 31:14 32:24 33:19 34:6 40:15 42:12 43:7 45:18
**Madisonville**
[1] 1:22
**Magistrate**
[1] 14:15
**Mail**
[1] 15:23
**Mails**
[1] 43:10
**Maintained**
[1] 19:25
**March**
[1] 8:4
**Marked**
[7] 11:14 12:2 26:20 32:15 32:17 45:4 46:10
**Martin**
[3] 43:2 43:12 44:18
**Material**
[1] 24:19
**Materials**
[4] 29:12 33:3 33:13 33:21
**Matter**
[2] 4:22 47:20
**Matters**
[2] 6:24 15:15
**May**
[15] 3:12 4:21 6:5 8:5 8:10 8:14 10:9 10:14 16:8 18:3 33:15 35:4 38:11 42:13 44:22
**McKearn**
[3] 5:21 6:7 32:22
**McKearn's**
[1] 39:23
**McMoRan**
[5] 18:4 18:7 20:2 21:13 24:11
**Mean**
[4] 19:15 34:19 40:12 44:10
**Meant**
[1] 37:19
**Memory**
[1] 31:16
**Method**
[1] 47:14
**Middleton**
[2] 44:15 44:22
**Middleton's**
[1] 44:5
**Might**
[9] 6:18 10:22 14:2 14:23 22:4 29:6 36:21 38:5 38:14
**Mind**
[1] 16:7
**Minute**
[1] 13:2
**Minutes**
[1] 34:24
**Miss**
[1] 29:16
**Misunderstanding**
[1] 20:13
**Misunderstood**
[1] 19:15
**Modify**
[1] 36:4
**Month**
[6] 17:4 17:7 17:12 17:14 17:15 17:22
**Morning**
[2] 4:5 5:3
**Most**
[1] 39:24
**Move**
[7] 24:10 24:14 24:15 26:14 27:5 32:4 41:21
**Moved**
[2] 25:4 25:13
**Mutually**
[1] 45:23

### N

**Name**
[2] 36:4 42:21
**Nash**
[3] 43:1 43:13 44:18
**NBA**
[1] 1:7
**Necessary**
[1] 6:22
**Need**
[4] 9:23 30:24 31:5 36:16
**Needed**
[3] 9:16 9:17 9:25
**Network**
[1] 25:24
**Never**
[8] 27:19 30:19 35:24 35:25 36:7 37:11 40:25 43:19
**New**
[25] 1:7 1:17 1:25 2:4 3:5 7:11 7:18 7:20 7:25 8:8 8:9 8:11 8:14 8:16 8:22 9:7 9:18 10:8 10:12 10:13 10:17 10:20 17:12 18:2 18:14
**Next**
[1] 10:21
**NILES**
[1] 1:23
**Note**
[2] 12:13 12:20
**Notes**
[4] 15:25 33:13 33:20 43:10
**Notice**
[5] 3:2 12:3 12:6 12:9 18:8
**November**
[1] 5:23
**Number**
[3] 13:17 20:18 20:23
**Numbered**
[1] 14:14

### O

**Oath**
[2] 3:19 47:10
**Object**
[3] 23:1 23:16 23:21
**Objection**
[18] 5:13 7:5 9:9 12:13 12:21 13:13 15:9 16:20 22:8 25:6 25:16 27:8 31:9 38:19 39:4 40:10 41:3 44:7
**Objections**
[1] 3:9
**Obtain**
[1] 6:9
**Occasion**
[1] 18:8
**Offers**
[1] 42:25
**Office**
[15] 7:20 7:24 7:24 10:1 19:5 19:7 24:4 24:8 24:16 24:17 24:20 25:3 25:12 26:10 29:15
**Officer**
[3] 40:17 46:14 47:8
**Offices**

[6] 1:15 3:3 8:11 8:17 18:9 44: 23
**Officiated**
[1] 3:18
**Oklahoma**
[2] 7:20 7:24
**One**
[13] 8:6 9:5 16:3 19:13 19:13 19:17 19:23 26:24 30:7 35:11 36:5 41:21 45:5
**Order**
[6] 5:8 13:5 13:9 13:23 28:3 40: 20
**Ordered**
[1] 30:24
**Organization**
[1] 6:16
**Orientation**
[1] 17:12
**Original**
[2] 47:4 47:5
**Orleans**
[24] 1:7 1:18 1:25 2:4 3:5 7:11 7:18 7:21 7:25 8:8 8:9 8:11 8: 14 8:16 8:23 9:7 9:18 10:8 10: 12 10:13 10:17 10:20 18:2 18: 14
**Otherwise**
[1] 47:19
**Outcome**
[1] 47:20
**Outlining**
[1] 11:17
**Outside**
[3] 24:20 25:3 25:12
**Overall**
[1] 20:23
**Own**
[2] 10:19 16:7
**Owned**
[1] 45:11

**P**

**Page**
[10] 2:13 13:8 13:16 13:16 13: 19 13:20 14:14 14:15 37:25 47: 5
**Pages**
[3] 14:17 46:12 47:13
**Paid**
[1] 43:14
**Paper**
[1] 29:17
**Paperwork**
[1] 29:15
**Parenti**
[1] 32:22
**Part**
[3] 3:12 20:5 46:18
**Participate**
[1] 24:10
**Particular**
[3] 15:17 17:14 35:6
**Parties**
[2] 2:25 47:19
**PARTNERSHIP**
[1] 1:7
**Past**
[1] 41:21
**Pay**
[1] 43:22
**Payments**

[1] 44:16
**Payroll**
[9] 9:24 18:21 19:18 20:12 20: 15 21:19 23:10 23:13 42:16
**Penny**
[2] 44:15 44:22
**People**
[1] 32:21
**Perhaps**
[1] 37:25
**Period**
[10] 8:23 10:18 16:17 16:18 17: 3 17:19 22:17 25:1 25:11 25:21
**Periodically**
[1] 39:8
**Person**
[6] 6:1 40:17 40:22 40:25 42:17 42:18
**Personal**
[2] 7:19 47:16
**Personnel**
[5] 6:23 21:18 21:23 36:16 36: 17
**Persons**
[2] 32:18 36:3
**Pertaining**
[1] 23:13
**Phone**
[6] 7:21 9:22 17:13 17:17 39:13 39:17
**PIERRE**
[6] 1:13 2:26 4:1 46:3 46:23 47: 9
**Place**
[4] 11:2 39:17 40:7 40:13
**Plaintiff**
[2] 14:5 36:21
**Plaintiffs**
[32] 1:4 1:25 5:7 5:10 6:3 6:11 6:19 8:20 9:2 9:6 10:23 11:18 13:7 13:10 15:6 17:10 30:4 30: 11 31:6 33:16 34:25 35:3 37:9 37:11 37:17 38:4 39:9 41:10 42: 10 44:16 44:17 44:23
**Plaintiffs'**
[11] 4:10 4:24 11:16 14:2 21:9 32:11 33:4 33:9 33:24 34:13 36: 7
**Plans**
[1] 7:18
**Pleading**
[2] 9:1 12:10
**Pleadings**
[2] 9:6 27:20
**PM**
[2] 1:15 1:15
**Point**
[16] 6:8 6:13 10:6 18:11 18:13 21:14 21:25 22:3 26:23 29:13 33:12 33:19 40:22 41:7 43:2 43: 9
**Poitevent**
[3] 1:16 2:2 3:4
**Possibility**
[4] 17:22 30:13 35:12 36:23
**Possible**
[2] 17:15 36:21
**Poydras**
[7] 1:24 24:8 24:11 26:5 26:10 26:13 26:14
**Prepared**
[4] 33:13 33:22 46:18 47:15

[1] 44:16
**Preplanned**
[1] 8:7
**Present**
[2] 2:6 36:2
**Presented**
[2] 4:19 17:10
**President**
[1] 40:16
**Previously**
[5] 11:13 12:2 24:19 32:15 32: 17
**Procedure**
[3] 3:1 46:4 46:6
**Produce**
[12] 13:6 14:22 16:15 16:16 27: 14 30:24 31:5 33:3 35:17 42:9 42:18 44:13
**Produced**
[3] 42:11 42:14 42:17
**Production**
[14] 4:11 4:25 5:10 5:19 27:1 27:25 28:20 29:21 30:3 30:12 32:12 36:8 40:21 41:25
**Provide**
[9] 11:19 12:5 15:4 32:14 34:18 35:9 36:9 36:13 42:3
**Provided**
[13] 5:6 8:15 8:25 11:20 14:8 27:20 35:4 35:5 37:12 39:8 41: 7 41:18 41:23
**Pull**
[5] 36:16 36:17 36:20 37:2 39: 14
**Pulled**
[5] 21:18 21:22 35:9 36:25 45: 14
**Pulling**
[2] 29:13 29:18
**Purposes**
[1] 2:26
**Pursuant**
[2] 3:2 46:3
**Put**
[3] 5:3 19:5 27:8

**Q**

**Quantity**
[1] 19:7
**Questions**
[17] 3:10 4:9 4:19 12:18 17:9 20:14 32:20 37:10 37:12 37:16 38:3 38:9 40:18 40:19 41:18 45: 17 45:21
**Quote**
[1] 31:23

**R**

**R.S.**
[1] 47:11
**Read**
[5] 7:1 27:23 35:20 46:6 46:7
**Really**
[4] 17:21 17:23 30:13 42:22
**Reask**
[1] 35:14
**Reason**
[2] 11:7 18:22
**Reasons**
[1] 8:8
**Receive**
[1] 15:13
**Received**
[6] 7:21 9:23 17:3 17:7 38:14

39:13
**Recently**
[1] 13:25
**Recollection**
[2] 28:15 39:16
**Reconvene**
[1] 45:24
**Record**
[10] 9:24 12:13 17:24 17:25 27: 9 28:13 29:7 29:11 31:12 34:21
**Records**
[14] 6:24 18:21 19:18 20:1 20: 12 20:15 20:19 20:20 21:18 21: 23 23:15 36:16 36:17 36:24
**Refer**
[3] 12:4 32:16 34:2
**Reference**
[5] 9:24 15:17 19:12 23:12 24: 13
**Referring**
[3] 13:16 20:9 20:14
**Reflected**
[1] 46:17
**Regarding**
[1] 44:15
**Registers**
[1] 42:16
**Related**
[12] 6:2 15:15 33:14 33:22 35: 22 36:20 37:11 42:25 43:11 43: 13 44:23 47:18
**Relates**
[2] 36:1 37:7
**Remains**
[1] 36:6
**Remember**
[13] 11:5 11:7 11:9 15:21 17:21 22:23 23:4 28:22 29:16 32:3 32: 6 32:9 39:22
**Remind**
[2] 29:7 29:11
**Repeat**
[6] 8:24 11:23 16:23 25:8 25:23 33:17
**Reported**
[3] 2:8 46:15 47:14
**Reporter**
[7] 2:9 3:17 7:3 11:24 46:14 47: 7 47:24
**Reporting**
[1] 47:14
**Reports**
[3] 23:9 23:12 31:24
**Represent**
[5] 5:5 11:14 13:5 19:23 21:6
**Representation**
[1] 9:4
**Representative**
[1] 36:4
**Request**
[16] 5:19 9:22 9:22 14:5 27:24 27:25 29:4 29:21 33:9 33:24 34: 25 35:10 36:8 36:8 36:10 41:25
**Requested**
[9] 26:22 28:2 30:4 30:11 33:8 35:3 36:13 42:4 42:15
**Requests**
[36] 4:10 4:25 5:8 5:9 6:3 6:10 6:19 8:20 8:22 9:2 10:23 14:3 15:5 21:3 21:9 25:5 27:1 27:13 28:19 30:2 30:5 30:11 31:15 31: 22 32:11 33:5 34:19 34:19 35:

20 38:13 38:25 40:7 41:8 41:16 41:22 42:6
**Research**
[1] 26:24
**Reserved**
[1] 3:11
**Resignation**
[1] 6:4
**Resource**
[2] 21:19 21:23
**Resource/payroll**
[1] 20:20
**Resources**
[4] 18:24 19:2 24:5 43:5
**Respond**
[2] 5:9 37:13
**Response**
[9] 5:7 5:19 12:15 13:9 14:4 17:19 32:11 33:9 35:10
**Responses**
[6] 4:19 4:24 11:20 33:15 34:13 41:21
**Responsive**
[24] 6:2 6:10 6:18 8:21 10:22 14:2 14:23 15:5 17:9 18:15 18:19 21:2 21:9 22:4 26:25 31:6 31:21 33:4 33:15 33:24 34:18 36:10 38:11 42:8
**Responsiveness**
[1] 3:10
**Restate**
[1] 38:21
**Results**
[2] 44:14 44:22
**Retain**
[1] 43:22
**Retrieving**
[1] 29:18
**Return**
[2] 7:18 7:20
**Review**
[4] 17:8 18:19 31:14 38:2
**Reviewed**
[7] 20:19 21:1 21:8 21:12 30:15 33:12 33:20
**Reviewing**
[6] 4:13 4:17 29:22 32:5 32:8 34:24
**Rights**
[1] 36:3
**Rochon**
[10] 1:13 2:26 4:1 4:5 34:23 45:17 45:22 46:3 46:23 47:9
**Rule**
[1] 46:3
**Rules**
[2] 3:1 46:4
**Russo**
[2] 2:7 19:23

**S**

**SAM**
[1] 2:7
**Save**
[2] 3:9 27:5
**Scheduled**
[1] 8:7
**Sealing**
[1] 3:6
**Search**
[1] 10:7
**Searches**

[1] 9:7
**Second**
[4] 4:10 4:23 4:25 20:4
**SECTION**
[1] 1:7
**See**
[9] 7:25 13:3 13:11 14:9 21:1 21:8 21:17 29:17 30:18
**Select**
[1] 45:23
**Send**
[1] 7:11
**Sent**
[8] 6:19 8:20 9:3 9:6 10:12 11:16 38:3 38:3
**September**
[3] 1:14 3:2 22:16
**Series**
[2] 11:15 34:3
**Service**
[1] 5:1
**Set**
[5] 4:10 4:25 32:20 34:13 47:12
**Several**
[1] 34:24
**Sheet(s**
[1] 46:18
**Shooting**
[1] 19:22
**Shortened**
[1] 37:6
**Show**
[1] 12:1
**Side**
[4] 19:15 19:18 19:18 19:21
**Sides**
[1] 19:13
**Signature**
[1] 47:4
**Signed**
[1] 14:15
**Signing**
[1] 3:8
**Similar**
[1] 30:10
**Simple**
[1] 37:2
**Simply**
[1] 35:21
**Sit**
[1] 31:20
**Slower**
[1] 33:18
**Sometime**
[2] 10:24 22:16
**Somewhere**
[2] 20:18 25:13
**Sorry**
[19] 11:6 11:9 11:11 16:6 17:16 17:21 22:12 25:8 25:23 26:18 30:1 30:7 31:19 37:19 39:18 39:22 41:24 44:19 45:15
**Sought**
[1] 3:13
**Space**
[1] 19:4
**Specific**
[15] 8:3 12:18 15:19 24:13 24:16 27:24 28:1 28:4 28:4 32:10 35:9 35:10 38:13 38:24 39:16
**Specifically**
[20] 10:24 11:5 12:4 12:5 12:8

14:19 15:11 17:16 19:10 31:2 31:11 31:22 31:25 35:21 37:4 43:1 43:6 43:12 44:13 44:16
**Speculate**
[2] 7:14 7:16
**Speculation**
[1] 23:6
**Spero**
[1] 32:23
**St**
[3] 1:17 2:4 3:4
**Stack**
[2] 5:3 34:10
**Stamp**
[1] 47:5
**State**
[3] 3:18 42:1 47:7
**Statement**
[1] 23:7
**STATES**
[1] 1:1
**Steps**
[1] 35:18
**Still**
[1] 29:18
**Stipulated**
[1] 2:24
**Stop**
[1] 7:24
**Stopped**
[2] 5:22 6:7
**Storage**
[22] 14:1 14:6 14:10 16:3 16:9 16:11 17:2 22:15 22:18 23:14 23:18 28:18 29:14 29:19 29:23 30:6 30:10 31:4 38:16 39:1 45:6 45:11
**Stored**
[2] 20:1 20:1
**Street**
[9] 1:24 4:1 23:19 24:9 24:11 26:5 26:10 26:13 26:15
**Stretch**
[1] 28:21
**Strike**
[1] 29:7
**Stubs**
[1] 43:23
**Submitted**
[7] 5:10 6:3 6:10 10:23 15:6 34:25 37:9
**Sufficient**
[1] 36:3
**Summary**
[2] 36:14 38:9
**Summer**
[1] 11:2
**Superior**
[2] 38:14 40:16
**Superiors**
[5] 10:4 10:7 26:24 35:11 38:2
**Supervision**
[1] 47:16
**Supervisor**
[1] 40:15
**Supervisors**
[1] 34:17
**Supplemental**
[1] 4:24
**Supposed**
[5] 8:16 9:21 13:10 35:17 35:18
**Supposedly**

[2] 23:3 23:11
**Sworn**
[3] 4:3 46:14 47:11
**System**
[6] 25:22 25:24 26:4 44:1 44:2 44:3

**T**

**Telephone**
[4] 15:14 15:23 15:24 15:25
**Tender**
[1] 46:13
**Termination**
[1] 6:4
**Testify**
[2] 4:3 47:12
**Testimony**
[6] 27:19 46:7 46:8 46:15 47:8 47:13
**Thereafter**
[1] 46:15
**Thereof**
[1] 3:12
**THIBODEAUX**
[4] 2:9 3:17 47:6 47:23
**Thoughts**
[1] 20:14
**Three**
[9] 8:13 8:22 10:20 19:19 19:19 19:20 20:12 20:22 44:23
**Thursday**
[2] 1:14 3:2
**Title**
[1] 37:25
**Today**
[7] 4:14 12:7 12:11 31:20 33:1 33:20 34:7
**Tom**
[1] 32:23
**Tony**
[3] 43:2 43:12 44:17
**Took**
[3] 19:14 35:18 39:17
**Top**
[2] 13:21 34:10
**Topic**
[1] 32:5
**Total**
[2] 19:21 20:11
**Towards**
[2] 13:1 35:5
**Track**
[1] 30:5
**Transcribed**
[2] 46:15 47:15
**Transcript**
[4] 46:12 46:16 47:4 47:17
**Transmitted**
[1] 15:22
**True**
[3] 41:11 46:8 47:16
**True/false**
[1] 41:17
**Try**
[5] 9:4 17:18 27:5 28:16 37:4
**Trying**
[10] 16:7 24:3 30:8 35:15 35:19 36:15 36:25 37:3 41:1 45:10
**Turn**
[1] 36:17
**Two**
[5] 11:10 14:17 19:13 19:19 19:

| | |
|---|---|
| 20<br>**Type**<br>[1] 45:9 | **Witness'**<br>[2] 2:19 46:1<br>**Word**<br>[1] 36:6 |
| **U** | **Works**<br>[1] 23:9 |
| **Ultimately**<br>[1] 17:1<br>**Under**<br>[2] 2:26 47:15<br>**Understood**<br>[1] 19:14<br>**Unfortunately**<br>[3] 14:17 24:21 43:24<br>**UNITED**<br>[1] 1:1<br>**Unquote**<br>[1] 31:23<br>**Unresponsive**<br>[1] 23:16<br>**User**<br>[1] 36:3 | **Written**<br>[2] 33:22 46:11 |
| | **Y** |
| | **Year**<br>[2] 11:10 14:24<br>**Years**<br>[1] 11:10<br>**Yesterday**<br>[9] 4:8 5:21 6:24 14:7 22:19 23:24 27:4 37:5 44:8 |
| **V** | **Z** |
| **Valid**<br>[1] 47:3<br>**Various**<br>[2] 11:17 13:6<br>**Verify**<br>[1] 27:5<br>**VERSUS**<br>[1] 1:6<br>**Via**<br>[2] 15:22 15:24<br>**Vice**<br>[1] 40:16<br>**Vice-president**<br>[1] 40:16<br>**Visible**<br>[1] 21:22<br>**Visit**<br>[2] 8:3 8:5<br>**Visits**<br>[10] 8:6 8:7 8:9 8:13 8:22 9:18 10:8 10:20 18:2 18:7<br>**Volume**<br>[3] 1:10 29:12 29:17<br>**Volunteer**<br>[1] 22:3 | **Zaber**<br>[1] 32:22 |
| **W** | |
| **Waechter**<br>[3] 1:16 2:2 3:3<br>**Wage**<br>[2] 43:14 44:16<br>**Waived**<br>[2] 3:7 3:8<br>**Walker**<br>[3] 1:16 2:2 3:3<br>**Waste**<br>[1] 32:8<br>**Weekend**<br>[1] 17:5<br>**Whichever**<br>[1] 6:5<br>**Willing**<br>[1] 23:14<br>**Witness**<br>[28] 3:19 7:6 7:14 7:17 9:12 12:14 12:22 13:15 15:10 16:21 22:11 23:23 25:7 25:17 27:10 27:18 28:9 28:10 28:25 29:5 31:10 37:21 38:20 39:5 40:11 41:4 44:9 45:22 | |