Liger et al v. New Orleans Hornets NBA Limited Partnership — Doc. 159 Att. 13
Case 2:05-cv-01969-HGB-ALC   Document 159-14   Filed 10/15/2007   Page 1 of 16
DONNA F. ROCHON VOLUME 3    Condenselt™                              divide - head

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| divide [1] | 88:8 | early [3] 14:11 | 56:11 | examination [58] | | family-wise [1] 26:3 | | 21:23 | 24:25 | 25:6 |
| DIVISION [1] | 1:5 | 64:21 | | 2:13 | 2:14 | 2:15 | far [7] | 23:6 | 25:8 | 28:17 | 29:12 | 30:2 |
| doctor's [1] | 79:24 | earnings [1] | 31:5 | 7:13 | 9:8 | 9:10 | 25:25 | 26:9 | 29:20 | 35:13 | 37:13 | 37:15 |
| document [9] | 11:16 | education [4] | 9:12 | 10:19 | 12:6 | 12:11 | 33:4 | 47:6 | | 49:12 | 51:21 | 51:23 |
| 64:2 | 64:6 | 64:15 | 9:24 | 10:2 | 10:8 | 14:12 | 19:6 | 20:7 | father [1] | 25:21 | 61:23 | 63:21 | 69:1 |
| 64:18 | 65:5 | 65:7 | either [6] | | 14:10 | 20:18 | 20:25 | 21:14 | Fed [2] | 25:12 | 47:11 | 69:23 | 70:22 | 71:5 |
| 65:12 | 66:11 | | 15:23 | 57:3 | 70:1 | 22:1 | 25:1 | 27:1 | federal [2] | 5:19 | 71:13 | 71:22 | 82:2 |
| documentation [1] | | 70:2 | 72:24 | | 28:18 | 29:16 | 30:7 | 15:17 | | 82:7 | 84:15 | 86:9 |
| 64:25 | | elapsed [1] | 47:23 | 33:17 | 35:23 | 36:14 | felt [1] | 74:11 | 87:13 | 87:20 | 89:12 |
| documented [1] 84:8 | electronic [2] | 65:17 | 37:16 | 37:23 | 38:20 | few [1] | 53:15 | formalities [1] | 3:12 |
| documents [51] 2:19 | 65:19 | | 39:2 | 40:16 | 41:2 | figure [4] | 25:13 | formality [1] | 3:10 |
| 2:22 | 5:7 | 5:8 | employed [12] | 13:23 | 41:25 | 46:13 | 49:14 | 25:15 | 25:16 | 52:12 | forms [1] | 26:17 |
| 12:7 | 12:8 | 23:7 | 13:25 | 14:23 | 18:12 | 51:12 | 52:2 | 55:25 | file [11] | 22:25 | 23:3 | forth [4] 50:17 | 51:5 |
| 31:12 | 32:3 | 35:10 | 18:19 | 18:21 | 19:15 | 61:6 | 62:1 | 63:25 | 23:6 | 23:12 | 23:14 | 61:15 | 92:8 |
| 37:2 | 39:15 | 41:18 | 19:16 | 33:25 | 34:2 | 64:13 | 66:17 | 68:14 | 23:17 | 23:19 | 35:4 | forward [4] | 4:10 |
| 42:1 | 42:8 | 42:16 | 34:23 | 85:16 | | 69:7 | 70:8 | 70:24 | 35:5 | 36:7 | 36:7 | 4:22 | 8:19 | 44:14 |
| 42:23 | 43:2 | 43:5 | employee [25] | 2:23 | 71:7 | 71:15 | 71:25 | filed [3] 29:24 | 35:16 | forwarded [1] 38:9 |
| 43:11 | 44:16 | 44:19 | 5:3 | 14:8 | 14:20 | 75:16 | 77:4 | 80:21 | 56:7 | | found [7] | 54:19 |
| 44:22 | 45:13 | 45:25 | 22:2 | 23:19 | 25:17 | 82:22 | 84:2 | 84:18 | files [11]22:12 | 22:16 | 55:4 | 73:11 | 74:1 |
| 53:15 | 53:19 | 53:24 | 31:5 | 50:16 | 57:10 | 85:11 | 86:12 | 87:17 | 23:23 | 24:3 | 26:17 | 74:4 | 74:11 | 78:19 |
| 54:2 | 61:14 | 68:16 | 59:18 | 61:3 | 64:4 | 88:1 | | | 26:21 | 32:18 | 32:22 | foundation [2] 14:5 |
| 68:20 | 69:11 | 70:2 | 67:18 | 71:19 | 71:20 | examine [3] | 5:18 | 49:9 | 52:10 | 59:24 | 21:23 | | |
| 70:5 | 70:15 | 71:2 | 72:15 | 80:8 | 80:24 | 6:11 | 7:16 | | filing [3] | 3:12 | four [1] | 52:17 |
| 71:6 | 71:9 | 71:10 | 81:7 | 81:21 | 81:25 | examined [2] | 4:4 | 35:2 | 52:7 | | frame [5] | 26:14 |
| 71:18 | 72:15 | 74:1 | 86:20 | 86:24 | 88:13 | 77:6 | | | fill [2] | 60:17 | 60:20 | 28:7 | 29:2 | 31:1 |
| 75:17 | 75:21 | 77:23 | employee's [3] 23:6 | example [2] | 22:19 | final [2] 4:7 | 82:19 | 89:2 | | |
| 79:17 | 80:10 | 86:22 | 33:2 | 65:10 | | 23:2 | | | finance [1] | 17:12 | frame-wise [1] 30:13 |
| 89:6 | 89:17 | | employees [17] | 13:21 | exception [1] | 91:7 | financial [1] | 17:9 | frankly [1] | 78:13 |
| doesn't [4] | 60:13 | 30:17 | 30:25 | 43:16 | excluding [1] | 89:8 | fine [2] 12:4 | 55:22 | Freeport-McMoRan |
| 60:14 | 68:10 | 79:6 | 51:4 | 53:6 | 56:22 | excuse [7] | 18:24 | finish [5] | 55:10 | [1] | 27:8 |
| done [11] | | 27:5 | 60:16 | 61:17 | 65:20 | 19:22 | 36:5 | 65:6 | 75:10 | 75:10 | 80:16 | fresh [1] 46:12 |
| 28:9 | 32:24 | 39:8 | 66:21 | 67:8 | 68:17 | 71:20 | 72:5 | 74:7 | 82:13 | | | Friday [1] | 79:23 |
| 39:23 | 56:10 | 62:15 | 68:22 | 85:14 | 86:13 | exempt [2] | 68:9 | finished [3] | 27:4 | front [2] 35:22 | 53:21 |
| 79:21 | 87:4 | 89:23 | 87:10 | | | 68:10 | | | 76:20 | 85:9 | | Full [1] 66:20 |
| 90:1 | | | employment [4] | exhibit [14] | 2:18 | firms [1] | 83:13 | given [9] | 7:5 |
| DONNA [3] | 1:14 | 13:8 | 13:18 | 13:19 | 2:19 | 2:22 | 38:6 | first [15] 4:2 | 18:4 | 40:1 | 40:17 | 53:14 |
| 4:1 | 91:15 | | 19:8 | | | 38:17 | 38:22 | 45:17 | 42:24 | 46:24 | 48:7 | 54:15 | 60:18 | 62:13 |
| down [1] | 54:8 | end [7] | 4:14 | 42:14 | 46:4 | 61:10 | 64:5 | 52:21 | 56:1 | 56:7 | 74:9 | 79:11 |
| downstairs [1] 89:24 | 76:2 | 83:4 | 88:18 | 66:15 | 66:16 | 81:10 | 56:19 | 56:25 | 63:11 | giving [2] | 43:11 |
| draft [3] 65:23 | 83:4 | 88:19 | 89:4 | | 85:13 | | | 68:12 | 75:11 | 88:14 | 61:3 | | |
| 84:19 | | | ended [1] | 69:8 | exhibits [2] | 38:9 | 92:7 | | | goes [2] 11:18 | 26:5 |
| drafted [1] | 84:10 | engaged [1] | 13:23 | 39:19 | | | FISSE [1] | 1:19 | gone [5] 43:3 | 54:5 |
| drafting [1] | 81:20 | ensure [1] | 25:19 | exited [1] | 76:21 | five [1] | 34:25 | 69:9 | 71:17 | 83:10 |
| drafts [3] | 84:23 | entire [1] | 60:15 | expect [3] | 32:16 | flip [1] | 41:11 | good [4] 45:9 | 48:4 |
| 84:25 | 85:2 | | entitled [2] | 2:20 | 32:20 | 33:20 | | flooding [1] | 27:17 | 74:19 | 87:16 |
| dragging [1] | 8:8 | 2:23 | | | expected [3] | 33:18 | folder [4] | 54:20 | graduate [1] | 9:22 |
| drew [2] 51:3 | 51:15 | entry [1] 33:1 | | 33:23 | 66:21 | | 57:22 | 73:11 | 73:15 | granted [1] | 36:3 |
| drink [1] | 40:25 | especially [1] | 81:18 | explain [5] | 16:5 | folderless [1] | 65:22 | great [1] 45:2 | |
| drive [8] 27:25 | 28:4 | Esquire [3] | 1:19 | 25:2 | 35:9 | 52:3 | folder [4] | | | guess [1] | 26:23 |
| 28:11 | 28:12 | 28:21 | 1:23 | 2:3 | | 52:5 | | | follow [1] | 55:24 | guys [1] 42:23 |
| 28:23 | 28:24 | 29:3 | estimate [7] | 86:14 | explained [1] | 68:1 | follow-up [7] | 6:24 | half [1] | 58:17 |
| due [2] | 86:19 | 86:24 | 86:18 | 87:10 | 87:18 | exposed [1] | 15:11 | 7:16 | 44:11 | 48:4 | hand [1] 79:21 |
| duly [2] 4:2 | 92:7 | 88:10 | 88:19 | 88:25 | extent [2] | 7:14 | 79:15 | 80:22 | 85:12 | handbook [5] | 81:17 |
| during [14] | 5:8 | estimated [1] | 52:15 | 84:3 | | | follow-ups [2] | 42:20 | 82:9 | 82:10 | 84:6 |
| 12:1 | 15:11 | 19:8 | et [1] | 3:7 | | extra [1] 51:9 | | 46:11 | | | 84:23 | | |
| 19:24 | 31:1 | 31:19 | Eugene [2] | 1:4 | face [2] 23:20 | 23:21 | following [4] | 43:24 | handle [1] | 26:3 |
| 34:22 | 64:23 | 72:24 | 12:17 | | | facility [7] | 72:9 | 43:25 | 80:19 | 80:20 | handled [1] | 32:25 |
| 73:20 | 77:23 | 83:6 | events [5] | 24:8 | 72:16 | 72:25 | 73:3 | follows [2] | 4:4 | hands [1] | 26:18 |
| 89:2 | | | 24:14 | 24:15 | 24:17 | 73:5 | 73:13 | 74:2 | 12:9 | | | Hang [1]83:12 |
| E [1] | 1:19 | 46:20 | | | fact [3] 6:22 | 34:12 | FONTANA [1] | 1:22 | hard [1] | 65:16 |
| e-mail [13] | 4:12 | evidence [4] | 3:20 | 54:24 | | | Ford [1] 17:2 | | Hartzog [5] | 66:3 |
| 7:1 | 22:3 | 22:5 | 7:17 | 68:11 | 84:16 | facts [2] 46:17 | 84:15 | Ford's [1] | 17:20 | 66:5 | 66:6 | 68:21 |
| 22:14 | 22:21 | 22:24 | Ex [2] | 25:13 | 47:11 | failure [1] | 25:22 | foregoing [1] | 91:4 | 83:9 | | |
| 22:24 | 23:1 | 23:6 | exact [1]84:21 | | fair [1] | 41:17 | form [34] | 3:16 | head [7] 16:24 | 40:7 |
| 23:11 | 23:13 | 23:20 | exactly [3] | 15:3 | familiar [2] | 29:17 | 10:18 | 10:23 | 14:4 | 59:11 | 81:3 | 85:4 |
| e-mails [6] | 21:19 | 27:3 | 60:13 | | 29:19 | | | 20:6 | 20:22 | 21:9 | | | |
| 22:12 | 22:16 | 24:3 | | | | family [4] | 25:19 | | | | | | |
| 60:18 | 60:21 | | | | | 47:17 | 47:19 | 47:20 | | | | | | |

EXHIBIT F-2

Dockets.Justia.com

| | | |
|---|---|---|
| 88:6 | 89:15 | |
| **heads** [1] | | 60:19 |
| **heart** [1] | 25:22 | |
| **Heidingsfelder** [4] | | |
| 70:11 | 70:12 | 70:13 |
| 72:14 | | |
| **held** [2] | 82:24 | 83:3 |
| **help** [1] | 74:22 | |
| **helped** [1] | | 81:10 |
| **hereby** [4] | | 3:6 |
| 3:17 | 91:4 | 92:5 |
| **hereinabove** [1] | 92:8 | |
| **hereto** [2] | | 3:4 |
| 92:15 | | |
| **hide** [1] | 85:24 | |
| **high** [4] | 9:18 | 9:20 |
| 9:21 | 9:25 | |
| **Highway** [1] | | 1:20 |
| **Hinson** [2] | | 1:4 |
| 13:11 | | |
| **hire** [1] | 88:18 | |
| **hired** [3] | 18:15 | 88:13 |
| 88:14 | | |
| **history** [1] | | 9:12 |
| **Holmes** [1] | | 14:13 |
| **home** [3] | | 25:12 |
| 46:19 | 47:8 | |
| **honest** [1] | | 65:1 |
| **Honestly** [1] | | 84:17 |
| **hopefully** [2] | | 45:4 |
| 54:7 | | |
| **Hornets** [60] | | 1:9 |
| 1:13 | 2:20 | 2:23 |
| 13:8 | 13:20 | 13:23 |
| 13:25 | 14:7 | 14:21 |
| 14:23 | 16:15 | 16:19 |
| 18:12 | 19:9 | 19:17 |
| 21:20 | 22:4 | 25:18 |
| 25:25 | 27:6 | 29:9 |
| 29:24 | 30:17 | 34:1 |
| 34:3 | 34:10 | 34:22 |
| 34:23 | 35:3 | 35:11 |
| 48:7 | 48:10 | 50:21 |
| 53:4 | 53:6 | 53:18 |
| 56:20 | 59:18 | 61:3 |
| 61:15 | 63:4 | 63:6 |
| 64:3 | 67:8 | 68:18 |
| 68:24 | 71:19 | 71:20 |
| 72:14 | 80:24 | 81:4 |
| 81:8 | 83:19 | 83:19 |
| 83:21 | 84:10 | 85:17 |
| 86:17 | 86:23 | |
| **Hornets'** [1] | | 29:24 |
| **hours** [21] | | 23:15 |
| 26:15 | 31:5 | 50:17 |
| 51:4 | 51:20 | 52:1 |
| 52:13 | 52:15 | 53:5 |
| 58:17 | 66:22 | 86:15 |
| 86:18 | 87:10 | 87:19 |
| 87:25 | 88:4 | 88:7 |
| 88:17 | 88:20 | |
| **Houston** [1] | | 79:23 |
| **HR** [2] | 32:24 | 54:22 |
| **Human** [4] | | 16:15 |
| 18:3 | 18:11 | 67:18 |
| **hurricane** [23] | | 15:4 |
| 24:9 | 24:16 | 24:18 |

| | | |
|---|---|---|
| 24:21 | 25:4 | 25:9 |
| 27:7 | 27:10 | 30:21 |
| 31:7 | 46:16 | 46:21 |
| 46:23 | 46:25 | 47:4 |
| 47:8 | 48:2 | 48:6 |
| 49:10 | 49:18 | 52:25 |
| 82:14 | | |
| **idea** [3] | 34:15 | 54:21 |
| 62:11 | | |
| **identified** [2] | | 70:15 |
| 71:9 | | |
| **identify** [1] | | 11:9 |
| **identifying** [3] | | 53:5 |
| 68:16 | 68:22 | |
| **immediately** [1] | | |
| 26:12 | | |
| **implemented** [1] | | |
| 61:1 | | |
| **in-house** [1] | | 65:20 |
| **inaccurate** [1] | | 8:24 |
| **including** [1] | | 83:22 |
| **incorrect** [2] | | 23:15 |
| 23:16 | | |
| **independent** [1] | | |
| 71:1 | | |
| **independently** [1] | | |
| 71:10 | | |
| **INDEX** [2] | | 2:13 |
| 2:18 | | |
| **indicate** [1] | | 58:14 |
| **indicated** [3] | | 31:3 |
| 31:14 | 88:3 | |
| **indicates** [1] | | 56:2 |
| **indicating** [1] | | 15:24 |
| **individual** [2] | | 57:2 |
| 57:10 | | |
| **individual's** [1] | | |
| 19:13 | | |
| **information** [43] | | |
| 15:12 | 20:1 | 20:13 |
| 20:20 | 21:2 | 21:12 |
| 21:12 | 21:16 | 26:12 |
| 28:12 | 29:6 | 30:15 |
| 30:24 | 31:4 | 32:17 |
| 32:21 | 33:14 | 33:19 |
| 34:14 | 35:2 | 37:7 |
| 37:17 | 40:2 | 40:19 |
| 49:9 | 49:17 | 50:5 |
| 50:11 | 50:15 | 50:23 |
| 51:3 | 51:14 | 51:15 |
| 51:20 | 61:21 | 61:25 |
| 62:9 | 62:13 | 63:13 |
| 63:23 | 69:2 | 81:15 |
| 84:10 | | |
| **initial** [1] | | 82:8 |
| **input** [1] | 82:12 | |
| **insisted** [1] | | 4:18 |
| **instructing** [1] | | 83:23 |
| **instructions** [6] | | 60:8 |
| 60:9 | 60:18 | 60:21 |
| 60:24 | 61:4 | |
| **insure** [1] | | 84:7 |
| **intend** [2] | | 4:20 |
| 4:22 | | |
| **interested** [1] | | 92:16 |
| **interpretation** [1] | | |
| 12:7 | | |

| | | |
|---|---|---|
| **interrupt** [1] | | 74:20 |
| **intranet** [2] | | 65:20 |
| 65:21 | | |
| **intrusion** [1] | | 27:13 |
| **involved** [1] | | 67:2 |
| **involvement** [1] | | |
| 82:3 | | |
| **issue** [11] | | 5:4 |
| 7:19 | 16:8 | 16:10 |
| 22:18 | 22:23 | 23:7 |
| 23:9 | 23:13 | 68:3 |
| 68:11 | | |
| **issues** [6] | | 7:4 |
| 9:9 | 11:19 | 11:23 |
| 26:2 | 26:8 | |
| **items** [1] | | 35:5 |
| **itself** [2] | 27:16 | 29:20 |
| **Ivan** [2] | 1:4 | 13:11 |
| **J** [1] | | 1:23 |
| **Jane** [1] | 70:10 | |
| **Jennifer** [1] | | 2:3 |
| **Jessica** [2] | | 1:4 |
| 12:21 | | |
| **job** [5] | 17:17 | 17:20 |
| 17:23 | 36:22 | 52:7 |
| **Jobs** [6] | 29:7 | 29:10 |
| 29:18 | 49:24 | 51:17 |
| 86:5 | | |
| **Johnston** [1] | | 33:25 |
| **join** [1] | 19:17 | |
| **Jonathan** [1] | | 17:3 |
| **Jones** [10] | | 1:15 |
| 2:2 | 5:3 | 31:15 |
| 69:16 | 71:17 | 72:13 |
| 75:18 | 75:22 | 78:24 |
| **Jr** [1] | | 1:19 |
| **July** [3] | 19:18 | 19:22 |
| 56:10 | | |
| **June** [2] | 30:22 | 31:8 |
| **k** [1] | 22:23 | |
| **Karlsberg** [1] | | 14:15 |
| **Katrina** [12] | | 24:9 |
| 24:16 | 24:18 | 27:8 |
| 46:17 | 46:25 | 47:4 |
| 47:8 | 47:12 | 47:16 |
| 47:20 | 49:10 | |
| **keep** [2] | 45:9 | 74:24 |
| **Ken** [6] | 14:17 | 14:18 |
| 53:16 | 67:4 | 77:4 |
| 78:14 | | |
| **kept** [7] | 21:21 | 22:5 |
| 23:3 | 32:7 | 34:13 |
| 35:25 | 65:12 | |
| **KESSENICH** [1] | | |
| 1:19 | | |
| **Kevin** [1] | | 15:5 |
| **kind** [7] | 23:11 | 26:13 |
| 32:3 | 52:9 | 74:24 |
| 82:18 | 89:18 | |
| **kinds** [1] | | 23:18 |
| **Kliebert** [6] | | 14:17 |
| 14:17 | 14:18 | 67:4 |
| 77:4 | 85:16 | |
| **Kliebert's** [2] | | 53:17 |
| 78:15 | | |

| | | |
|---|---|---|
| **Knight** [17] | | 1:23 |
| 20:5 | 20:15 | 20:21 |
| 21:8 | 21:22 | 25:5 |
| 29:11 | 30:1 | 35:12 |
| 37:14 | 37:19 | 77:19 |
| 86:8 | 87:12 | 87:21 |
| 89:13 | | |
| **knowing** [1] | | 52:8 |
| **knowledge** [5] | | 16:11 |
| 28:19 | 58:7 | 59:24 |
| 59:25 | | |
| **known** [4] | | 40:3 |
| 40:20 | 41:19 | 41:20 |
| **Kristy** [2] | | 60:25 |
| 82:10 | | |
| **L** [4] | 1:5 | 2:3 |
| 3:1 | 41:14 | |
| **labeled** [3] | | 38:6 |
| 45:25 | 80:4 | |
| **Labor** [5] | | 54:11 |
| 54:14 | 72:10 | 73:3 |
| 74:15 | | |
| **laptop** [2] | | 48:25 |
| 49:2 | | |
| **last** [23] | 4:17 | 5:5 |
| 6:4 | 6:19 | 7:21 |
| 9:1 | 13:10 | 14:9 |
| 15:1 | 19:24 | 25:7 |
| 38:10 | 54:16 | 57:8 |
| 64:20 | 74:14 | 75:18 |
| 75:23 | 76:3 | 76:7 |
| 78:20 | 79:22 | 79:22 |
| **late** [3] | 14:11 | 48:20 |
| 49:6 | | |
| **Latousha** [6] | | 13:15 |
| 13:21 | 53:16 | 56:2 |
| 67:3 | 77:7 | |
| **law** [3] | 3:9 | 10:20 |
| 83:13 | | |
| **Lawrence** [1] | | 1:14 |
| **lawsuit** [6] | | 11:2 |
| 11:6 | 15:9 | 15:16 |
| 15:17 | 16:5 | |
| **lawsuits** [3] | | 15:18 |
| 15:20 | 15:22 | |
| **lawyers** [1] | | 16:3 |
| **leading** [1] | | 82:11 |
| **leaking** [1] | | 27:13 |
| **leave** [4] | 21:11 | 26:1 |
| 68:6 | 72:1 | |
| **led** [2] | 78:16 | 79:12 |
| **left** [4] | 71:24 | 72:2 |
| 72:10 | 89:1 | |
| **legal** [11] | | 10:12 |
| 12:7 | 12:8 | 15:23 |
| 30:4 | 32:14 | 65:25 |
| 66:1 | 66:2 | 69:5 |
| 74:10 | | |
| **Leslie** [1] | | 13:3 |
| **Liger** [2] | | 1:4 |
| 12:17 | | |
| **Likewise** [1] | | 6:10 |
| **limitations** [1] | | 4:22 |
| **limited** [5] | | 1:9 |
| 2:23 | 11:20 | 64:3 |
| 68:12 | | |
| **line** [3] | 12:10 | 84:6 |

| | | |
|---|---|---|
| 84:6 | | |
| **Lisa** [4] | 2:9 | 3:23 |
| 92:4 | 92:21 | |
| **list** [3] | 11:12 | 12:12 |
| 42:14 | | |
| **listed** [1] | | 17:15 |
| **litigation** [11] | | 20:2 |
| 20:14 | 21:3 | 23:24 |
| 33:9 | 42:3 | 42:9 |
| 56:7 | 59:13 | 59:20 |
| 62:24 | | |
| **locate** [2] | | 28:21 |
| 48:19 | | |
| **located** [3] | | 28:25 |
| 35:10 | 71:2 | |
| **location** [1] | | 51:14 |
| **lodge** [2] | | 4:9 |
| 11:17 | | |
| **look** [32] | 21:12 | 34:18 |
| 39:5 | 39:16 | 39:21 |
| 40:2 | 40:3 | 40:9 |
| 40:20 | 41:9 | 41:11 |
| 41:18 | 41:19 | 41:21 |
| 43:13 | 43:19 | 44:2 |
| 52:9 | 58:16 | 60:14 |
| 60:14 | 61:9 | 66:10 |
| 69:10 | 69:21 | 70:5 |
| 71:8 | 71:18 | 77:18 |
| 77:23 | 78:16 | 85:6 |
| **looked** [6] | | 52:11 |
| 52:14 | 70:2 | 71:6 |
| 71:11 | 81:9 | |
| **looking** [15] | | 9:13 |
| 11:12 | 11:15 | 16:24 |
| 29:5 | 31:11 | 32:2 |
| 39:19 | 43:22 | 55:3 |
| 55:4 | 56:4 | 59:2 |
| 70:6 | 89:17 | |
| **loud** [1] | 39:10 | |
| **Louisiana** [14] | | 1:2 |
| 1:14 | 1:16 | 1:20 |
| 1:24 | 2:4 | 3:7 |
| 3:24 | 29:7 | 29:9 |
| 29:18 | 30:22 | 49:23 |
| 86:5 | | |
| **ludicrous** [1] | | 65:3 |
| **Lutcher** [1] | | 1:14 |
| **Lynn** [1] | 14:13 | |
| **ma'am** [21] | | 46:14 |
| 47:1 | 49:15 | 53:21 |
| 56:1 | 56:12 | 56:17 |
| 61:7 | 61:18 | 64:1 |
| 65:8 | 66:1 | 66:7 |
| 66:18 | 66:25 | 68:15 |
| 70:19 | 72:1 | 81:24 |
| 83:2 | 85:9 | |
| **Madisonville** [1] | | |
| 1:20 | | |
| **main** [1] | 29:1 | |
| **maintain** [2] | | 65:4 |
| 65:7 | | |
| **maintained** [5] | | 21:21 |
| 22:6 | 56:21 | 57:18 |
| 89:20 | | |
| **maintaining** [2] | 66:19 |
| 84:11 | | |
| **management** [3] | | |
| 10:4 | 10:5 | 66:23 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| manager [4] | 17:14 | Ms [120] | 2:14 | 4:6 | 66:9 | 68:21 | 41:1 | 41:24 | 57:6 | 4:1 | 27:25 | 28:4 |
| 17:16 | 17:19 | 22:2 | 4:11 | 4:14 | 4:17 | New [13] | | 1:9 | 59:10 | 80:18 | 81:3 | 28:11 | 28:12 | 28:21 |
| manual [11] | | 2:23 | 4:18 | 4:24 | 5:2 | 1:13 | 1:15 | 1:24 | 85:3 | 88:6 | 89:15 | 28:23 | 28:24 | 91:15 |
| 64:4 | 65:23 | 67:18 | 5:16 | 6:2 | 6:6 | 2:4 | 2:20 | 2:23 | office [15] | | 25:10 | pack [1] 73:23 |
| 80:8 | 80:24 | 81:13 | 6:16 | 7:25 | 8:21 | 53:18 | 54:25 | 55:1 | 26:10 | 26:13 | 26:16 | packed [3] | | 54:24 |
| 81:21 | 81:25 | 82:24 | 9:4 | 9:10 | 9:11 | 64:2 | 73:19 | 73:24 | 26:20 | 27:19 | 34:4 | 55:2 | 73:21 |
| 83:5 | | | 10:19 | 11:21 | 12:3 | next [4] | 64:2 | 72:4 | 34:4 | 46:18 | 66:2 | packing [2] | | 73:19 |
| manuals [1] | | 81:7 | 12:11 | 13:24 | 14:6 | 72:4 | 72:8 | | 73:17 | 73:24 | 74:2 | 73:21 |
| map [1] 29:3 | | | 14:12 | 17:20 | 18:23 | Nicole [1] | | 13:13 | 79:24 | 85:7 | | page [8] 2:13 | | 39:5 |
| Marcy [1] | | 12:23 | 19:1 | 19:6 | 20:7 | NILES [1] | | 1:22 | officer [1] | | 17:9 | 60:6 | 61:11 | 66:11 |
| mark [3] 45:16 | | 64:2 | 20:18 | 20:25 | 21:14 | non-exempt [5] 61:17 | | | offices [6] | | 1:15 | 66:12 | 66:19 | 84:11 |
| 64:10 | | | 22:1 | 25:1 | 27:1 | 66:21 | 67:9 | 68:18 | 26:1 | 27:6 | 27:7 | paid [4] 25:17 | | 31:5 |
| marked [3] | | 51:21 | 28:18 | 29:16 | 30:7 | 68:23 | | | 27:9 | 48:23 | | 58:15 | 59:6 |
| 64:12 | 66:11 | | 33:17 | 35:23 | 36:14 | none [2] | 42:11 | 68:19 | official [1] | | 61:2 | papers [1] | | 54:22 |
| Martin [2] | | 1:5 | 37:16 | 37:23 | 38:2 | nor [2] | 60:14 | 67:17 | officiated [1] | | 3:24 | paralegal [9] | | 10:14 |
| 12:15 | | | 38:11 | 38:16 | 38:20 | normal [1] | | 36:4 | Oklahoma [11] | | 47:22 | 10:23 | 31:15 | 31:20 |
| master's [1] | | 10:5 | 38:23 | 39:2 | 40:16 | North [1] | | 81:14 | 48:3 | 48:19 | 54:25 | 31:24 | 32:2 | 32:9 |
| matched [1] | | 88:11 | 40:22 | 41:2 | 41:25 | note [4] | 6:17 | 12:4 | 55:1 | 66:3 | 73:19 | 32:13 | 69:16 |
| materials [1] | | 47:12 | 42:12 | 42:21 | 43:12 | 43:16 | 83:12 | | 73:24 | 81:18 | 82:14 | parents [2] | | 25:20 |
| matter [4] | | 3:21 | 44:1 | 44:7 | 44:21 | noted [3] | | 8:25 | 83:22 | | | 26:6 |
| 22:3 | 81:13 | 92:17 | 44:24 | 45:5 | 45:11 | 43:1 | 89:18 | | old [2] | 52:11 | 81:13 | PARISH [1] | | 1:1 |
| matters [1] | | 21:20 | 45:18 | 45:23 | 46:3 | notes [1] 76:10 | | | once [4] | 13:6 | 73:5 | part [5] | 3:19 | 4:7 |
| may [14] 3:19 | | 6:14 | 46:7 | 49:11 | 51:22 | November [6] | | 14:10 | 74:11 | 81:18 | | 7:2 | 36:22 | 68:12 |
| 12:1 | 14:9 | 14:25 | 55:6 | 55:11 | 55:16 | 14:11 | 18:15 | 52:25 | one [28] | 11:12 | 13:21 | participate [1] | | 28:4 |
| 18:22 | 26:20 | 32:4 | 55:21 | 58:15 | 58:22 | 53:2 | 83:6 | | 17:25 | 23:2 | 26:4 | participating [1] |
| 56:10 | 56:11 | 73:20 | 58:25 | 59:8 | 59:12 | now [8] | 6:25 | 27:23 | 33:1 | 35:18 | 38:19 | 59:19 |
| 73:25 | 76:20 | 81:5 | 60:22 | 61:22 | 63:20 | 45:22 | 60:14 | 79:22 | 41:5 | 52:22 | 55:2 | particular [3] | | 22:4 |
| McKearn [2] | | 60:25 | 64:8 | 67:2 | 67:10 | 80:18 | 85:19 | 86:3 | 56:4 | 57:21 | 61:1 | 37:1 | 88:4 |
| 82:11 | | | 67:22 | 68:25 | 69:22 | number [8] | | 38:15 | 62:17 | 64:10 | 73:7 | particularly [1] 7:7 |
| mean [10] | | 25:20 | 70:11 | 70:12 | 70:13 | 41:13 | 50:21 | 53:5 | 73:23 | 75:3 | 77:9 | parties [2] | | 3:4 |
| 25:22 | 28:3 | 37:4 | 70:21 | 71:4 | 71:12 | 66:12 | 88:4 | 88:9 | 77:10 | 79:15 | 80:22 | 92:15 |
| 51:6 | 51:25 | 52:4 | 71:21 | 72:13 | 74:18 | 88:24 | | | 81:9 | 81:11 | 87:3 | Partnership [3] | 1:9 |
| 70:18 | 77:17 | 87:4 | 75:5 | 76:16 | 76:23 | numbered [2] | | 2:19 | 88:3 | 89:18 | | 2:23 | 64:3 |
| medical [1] | | 23:12 | 77:15 | 78:1 | 78:6 | 2:22 | | | Ooh [1] | | 55:5 | parts [2] 7:10 | | 7:12 |
| meeting [1] | | 72:3 | 79:1 | 79:19 | 80:11 | O [1] | 3:1 | | open [1] 68:7 | | | pass [1] 49:4 |
| meetings [4] | | 81:20 | 80:22 | 82:1 | 82:6 | oath [1] | 3:25 | | opened [1] | | 12:10 | past [1] 8:8 |
| 82:24 | 83:3 | 83:5 | 83:11 | 83:16 | 84:14 | object [15] | | 7:4 | operations [2] | | 13:22 | pay [1] 84:12 |
| members [1] | | 65:25 | 85:11 | 85:13 | 85:16 | 8:18 | 10:18 | 14:4 | 67:3 | | | payable [1] | | 17:21 |
| memory [1] | | 57:6 | 86:12 | 87:8 | 87:14 | 14:4 | 24:25 | 28:17 | opportunity [1] 34:7 | | paycheck [3] | | 23:17 |
| mentioned [1] | | 57:19 | 87:17 | 87:19 | 88:1 | 29:12 | 30:2 | 37:13 | order [5] 4:9 | | 28:6 | 33:2 | 33:6 |
| met [5] | 11:5 | 11:10 | 89:21 | | | 37:15 | 44:16 | 60:23 | 28:20 | 38:13 | 86:23 | payments [3] | | 30:16 |
| 13:6 | 34:9 | 70:5 | Murray [2] | | 12:23 | 68:13 | 89:12 | | organization [2] | | 30:24 | 59:1 |
| middle [1] | | 78:11 | 12:24 | | | objection [35] | | 4:9 | 25:12 | 84:10 | | payroll [30] | | 10:11 |
| Middleton [7] | | 28:1 | must [1] 73:20 | | | 6:18 | 10:23 | 11:17 | Orleans [14] | | 1:1 | 18:16 | 19:12 | 23:15 |
| 34:21 | 34:24 | 35:1 | N [1] | 3:1 | | 11:25 | 20:4 | 20:6 | 1:9 | 1:13 | 1:15 | 25:11 | 25:18 | 25:19 |
| 87:7 | 87:9 | 87:19 | N-E-V-I-L-L-E [1] | | | 20:16 | 20:22 | 21:9 | 1:24 | 2:4 | 2:20 | 32:23 | 32:24 | 32:25 |
| Middleton's [1] | | | 66:9 | | | 21:23 | 25:6 | 35:13 | 2:23 | 53:18 | 54:25 | 33:1 | 33:8 | 33:13 |
| 28:24 | | | name [4] 11:8 | | 14:14 | 36:12 | 37:20 | 43:16 | 55:1 | 64:3 | 73:20 | 33:14 | 33:22 | 33:24 |
| might [2] | | 69:15 | 19:13 | 19:14 | | 49:12 | 51:23 | 61:23 | 73:25 | | | 35:17 | 35:21 | 36:3 |
| 89:9 | | | names [3] | | 11:16 | 63:21 | 67:11 | 69:1 | otherwise [2] | | 4:15 | 36:4 | 36:5 | 46:19 |
| mind [1] 46:12 | | | 16:22 | 17:1 | | 69:23 | 70:22 | 71:5 | 66:22 | | | 47:7 | 49:1 | 49:2 |
| minutes [1] | | 53:15 | narrow [1] | | 54:8 | 71:13 | 71:22 | 82:2 | outcome [1] | | 92:16 | 52:14 | 57:18 | 58:4 |
| misfiled [1] | | 78:18 | Nash [2] 1:5 | | 12:19 | 82:7 | 83:13 | 84:15 | Outlook [1] | | 65:22 | 58:12 | 59:3 |
| misstate [1] | | 57:7 | nature [2] | | 22:14 | 86:9 | 87:13 | 87:22 | outside [4] | | 43:21 | pending [1] | | 8:11 |
| mistake [1] | | 51:13 | 22:18 | | | 89:14 | | | 55:8 | 68:4 | 72:16 | Penny [9] | | 28:1 |
| mistaken [1] | | 48:11 | NBA [4] 1:9 | | 2:23 | objections [3] | | 3:15 | overlooked [2] | | 77:12 | 28:24 | 34:21 | 34:24 |
| mixed [1] | | 54:21 | 64:3 | 72:2 | | 6:14 | 8:25 | | 78:17 | | | 35:1 | 35:16 | 35:24 |
| moment [1] | | 59:3 | necessary [2] | | 23:5 | obtain [1] | | 27:21 | overtime [17] | | 16:7 | 36:7 | 87:6 |
| Monday [2] | | 79:24 | 26:23 | | | obviously [1] | | 76:25 | 16:10 | 30:16 | 30:24 | people [1] | | 68:9 |
| 88:23 | | | need [12] | | 7:18 | occurred [6] | | 8:23 | 31:4 | 56:16 | 58:15 | people's [1] | | 67:15 |
| month [4] | | 49:3 | 21:24 | 22:7 | 28:2 | 24:8 | 24:14 | 24:15 | 58:17 | 58:21 | 58:25 | per [1] | 66:22 |
| 64:23 | 73:20 | 88:18 | 40:13 | 40:23 | 42:15 | 24:18 | 82:14 | | 59:20 | 61:17 | 63:5 | periods [1] | | 84:13 |
| moved [3] | | 65:21 | 42:22 | 43:20 | 48:15 | October [8] | | 48:10 | 84:12 | 86:19 | 86:23 | permission [1] | | 27:21 |
| 81:18 | 82:14 | | 67:25 | 83:12 | | 49:3 | 49:4 | 49:6 | 87:1 | | | person [5] | | 18:17 |
| | | | needed [4] | | 26:12 | 58:16 | 58:24 | 59:7 | owed [1] 58:22 | | | 23:20 | 58:20 | 67:4 |
| | | | 33:2 | 49:5 | 49:5 | 83:6 | | | own [1] | 41:21 | | 77:10 |
| | | | negatively [1] | | 40:7 | off [11] | 18:25 | 33:16 | P [11] | 1:14 | 3:1 | |
| | | | never [2] | | 34:9 | | | | | | | |
| | | | 36:2 | | | | | | | | | |
| | | | Neville [3] | | 66:4 | | | | | | | |

| | | |
|---|---|---|
| **personal** [5] 21:11 | 76:10 | **provided** [23] 5:7 |
| 26:8  48:24  49:2 | **prepare** [2]  50:5 | 5:8  11:23  30:6 |
| 92:11 | 50:12 | 31:4  33:12  42:4 |
| **personally** [2]  11:5 | **prepared** [6]  49:25 | 42:10  49:19  49:23 |
| 25:23 | 52:22  63:8  86:4 | 51:16  62:21  63:12 |
| **personnel** [10]  21:20 | 87:3  87:9 | 63:15  63:19  63:23 |
| 22:3  22:12  22:16 | **presence** [3]  55:8 | 64:23  64:25  65:13 |
| 23:23  24:3  49:9 | 68:5  72:17 | 66:25  77:2  80:3 |
| 59:8  67:9  72:13 | **present** [4]  7:2 | 89:8 |
| **persons** [1]  67:2 | 7:10  63:18  71:19 | **providing** [3]  29:6 |
| **pertaining** [2]  21:13 | **pretty** [1]  26:11 | 30:9  62:3 |
| 70:18 | **previously** [9]  11:21 | **pull** [2]  21:11  62:23 |
| **phone** [1]  70:3 | 23:22  24:7  31:10 | **pulled** [2]  59:8 |
| **pick** [1]  26:1 | 32:16  33:7  37:1 | 59:23 |
| **picked** [3]  26:11 | 37:4  39:3 | **purpose** [6]  11:20 |
| 26:16  82:15 | **printed** [2]  35:18 | 20:2  20:14  21:17 |
| **place** [8] 8:7  22:4 | 65:16 | 29:25  86:19 |
| 46:21  61:16  63:6 | **privileged** [2]  69:2 | **purposes** [1]  3:8 |
| 63:14  72:20  72:22 | 83:23 | **put** [10]  22:11  22:24 |
| **placed** [4]  22:12 | **problem** [1]  43:15 | 23:18  25:14  50:22 |
| 22:16  57:16  70:3 | **Procedure** [2]  3:8 | 51:15  52:6  60:7 |
| **places** [1]  65:14 | 5:19 | 63:14  86:15 |
| **plaintiff** [2]  57:2 | **procedures** [6]  60:5 | **Qualities** [1]  52:8 |
| 59:13 | 61:15  62:4  62:22 | **Quality** [6]  29:7 |
| **plaintiffs** [10]  1:25 | 63:4  63:8 | 29:10  29:18  49:24 |
| 4:20  8:18  11:2 | **proceed** [1]  6:15 | 51:17  86:5 |
| 11:4  11:6  11:8 | **proceedings** [3] 43:25 | **quarter** [5]  52:16 |
| 12:13  15:8  62:10 | 76:22  80:20 | 88:5  88:9  88:14 |
| **plaintiffs'** [5]  11:16 | **process** [3]  35:20 | 88:19 |
| 16:12  31:6  37:2 | 36:4  82:10 | **questioned** [2]  32:5 |
| 70:19 | **processed** [1]  23:10 | 77:17 |
| **Planer** [1]  12:24 | **produce** [5]  57:5 | **questioning** [2] 12:10 |
| **Planter** [1]  12:23 | 61:13  62:24  64:6 | 78:14 |
| **play** [2] 27:24  29:5 | 82:19 | **questions** [37]  6:25 |
| **PLC** [1]  1:19 | **produced** [11]  44:20 | 7:3  7:17  11:20 |
| **point** [12]  8:9 | 44:23  62:9  67:17 | 12:1  12:6  24:6 |
| 8:10  15:2  21:10 | 68:2  68:3  78:19 | 24:13  24:17  31:23 |
| 29:4  45:13  50:3 | 80:3  80:4  80:9 | 31:25  32:9  32:10 |
| 50:14  59:17  74:19 | 85:21 | 43:10  44:6  44:11 |
| 80:2  80:2 | **producing** [1]  80:23 | 44:18  44:19  44:21 |
| **POITEVENT** [1] | **product** [1]  82:20 | 45:1  45:7  46:15 |
| 2:2 | **production** [18] 39:6 | 48:5  50:25  55:20 |
| **policies** [6]  60:4 | 39:7  39:18  39:22 | 68:8  69:13  69:14 |
| 61:15  62:3  62:22 | 40:6  40:10  40:18 | 69:25  77:6  78:8 |
| 63:3  63:8 | 41:4  41:12  41:15 | 79:8  79:12  85:10 |
| **policy** [1]  61:2 | 42:25  42:25  43:8 | 85:20  86:3  89:23 |
| **portion** [2]  45:22 | 61:9  61:11  61:12 | **quick** [1]  42:14 |
| 66:18 | 77:8  78:16 | **quickly** [2]  26:18 |
| **position** [4]  6:12 | **professional** [2] | 45:10 |
| 7:1  7:6  7:15 | 10:8  10:10 | **quite** [2] 59:21  82:17 |
| **positive** [1]  71:23 | **Program** [2]  49:24 | **ran** [1]  32:11 |
| **possibility** [3]  53:11 | 51:17 | **read** [15]  19:5  29:21 |
| 64:22  85:3 | **project** [1]  82:15 | 39:6  39:9  39:11 |
| **possible** [3]  59:21 | **prompted** [1]  77:11 | 39:22  40:10  41:5 |
| 72:18  72:21 | **proper** [2]  5:22 | 51:8  51:11  75:3 |
| **Poydras** [1]  1:23 | 6:8 | 75:13  82:12  91:3 |
| **practices** [1]  61:16 | **provide** [29]  20:1 | 91:4 |
| **preceding** [3]  19:4 | 20:13  20:20  21:16 | **reading** [1]  3:10 |
| 51:10  75:12 | 23:23  28:6  28:11 | **realized** [1]  77:8 |
| **precisely** [1]  79:7 | 28:21  29:23  30:5 | **really** [4]  26:24 |
| **predecessor** [5] 32:24 | 30:15  30:23  35:1 | 51:25  52:9  56:23 |
| 52:5  87:4  87:5 | 40:2  48:16  49:8 | **reason** [8]  20:23 |
| 87:6 | 53:23  54:1  57:1 | 27:18  43:18  48:15 |
| **predecessors** [1] | 61:20  61:25  63:3 | 49:3  57:20  57:20 |
| 23:5 | 63:7  64:14  64:17 | 67:24 |
| **preparation** [2] 52:7 | 74:12  79:17  86:14 | **reasonable** [2]  7:6 |
| | 89:6 | 8:13 |
| | | **reasons** [1]  4:11 |

| | | |
|---|---|---|
| **receded** [1]  27:19 | 24:11  40:13  42:5 |
| **receive** [3]  60:21 | 62:25 |
| 68:15  68:20 | **rephrase** [2]  51:1 |
| **received** [5]  57:16 | 87:15 |
| 58:25  59:4  59:24 | **report** [18]  29:19 |
| 75:21 | 29:22  29:24  49:23 |
| **receiving** [1]  44:16 | 50:6  50:12  52:8 |
| **recent** [2]  80:14 | 52:11  52:19  86:3 |
| 80:14 | 86:6  86:10  86:15 |
| **recently** [1]  85:21 | 86:18  87:3  87:8 |
| **recess** [2]  43:24 | 87:11  88:7 |
| 80:19 | **reported** [2]  2:8 |
| **recollection** [1] 72:20 | 92:9 |
| **reconvene** [1]  6:20 | **reporter** [9]  2:9 |
| **record** [18]  4:19 | 3:24  4:3  19:5 |
| 5:1  5:21  6:1 | 51:11  66:14  75:13 |
| 6:18  6:24  9:1 | 92:5  92:22 |
| 11:17  11:25  18:25 | **REPORTER'S** [1] |
| 33:16  41:1  41:24 | 92:1 |
| 44:15  56:1  58:4 | **reports** [9]  30:5 |
| 66:15  80:18 | 33:21  33:24  35:17 |
| **records** [14]  33:9 | 35:18  35:25  36:8 |
| 33:13  33:14  33:22 | 36:9  36:17 |
| 33:24  53:4  57:18 | **representation** [2] |
| 57:25  58:12  59:8 | 5:20  5:25 |
| 67:15  67:16  67:20 | **representative** [2] |
| 84:12 | 1:14  7:9 |
| **red** [1]  27:20 | **representatives** [1] |
| **reference** [1]  52:10 | 83:9 |
| **referenced** [1]  85:15 | **request** [26]  4:25 |
| **referred** [1]  39:3 | 6:9  8:15  21:1 |
| **referring** [1]  15:17 | 31:6  37:9  37:18 |
| **refuse** [1]  6:5 | 39:6  39:6  39:15 |
| **refused** [1]  8:3 | 39:17  39:21  40:1 |
| **regard** [1]  9:7 | 40:5  40:9  40:18 |
| **regarding** [6]  5:1 | 41:4  41:12  57:4 |
| 8:3  49:23  81:20 | 61:10  61:12  61:21 |
| 84:11  85:13 | 68:6  70:19  77:11 |
| **regardless** [1]  4:21 | 77:14 |
| **register** [1]  59:3 | **requested** [8]  5:21 |
| **relate** [3]  32:4 | 8:1  8:2  11:22 |
| 44:22  53:15 | 42:2  42:8  47:12 |
| **related** [12]  5:4 | 77:22 |
| 36:3  46:17  47:17 | **requests** [5]  15:14 |
| 47:19  50:15  51:20 | 21:5  37:3  41:15 |
| 55:15  63:4  69:14 | 61:8 |
| 80:7  92:14 | **required** [1]  29:20 |
| **relating** [1]  24:17 | **reserve** [1]  8:18 |
| **relative** [1]  29:9 | **reserved** [1]  3:18 |
| **relevant** [2]  78:11 | **resolve** [1]  7:19 |
| 80:2 | **Resource** [1]  67:19 |
| **relied** [1]  50:23 | **Resources** [3]  16:16 |
| **relocate** [1]  48:18 | 18:3  18:11 |
| **remember** [33]  17:25 | **respond** [4]  8:22 |
| 23:25  24:9  24:16 | 30:3  35:14  84:3 |
| 24:22  26:19  27:15 | **response** [2]  38:4 |
| 30:11  31:12  33:10 | 38:18 |
| 38:5  49:8  49:16 | **responsive** [10] 37:2 |
| 53:12  54:4  56:23 | 37:8  37:18  39:15 |
| 57:3  59:9  59:10 | 40:2  40:19  41:18 |
| 60:1  62:2  62:16 | 61:21  70:16  70:17 |
| 62:17  69:17  69:19 | **responsiveness** [1] |
| 77:1  77:5  77:25 | 3:17 |
| 78:13  79:4  79:6 | **retain** [1]  23:5 |
| 79:20  80:13 | **retrieve** [2]  21:12 |
| **repeat** [5]  20:9 | 33:8 |
| | **returned** [1]  30:22 |

reveal [2]       83:17
  83:24
review [5]       41:13
  42:16   71:1   71:10
  78:15
reviewed [3]     76:5
  76:9    77:8
reviewing [1]    44:18
revised [1]      60:12
rewriting [2]    81:25
  82:9
RFPs [1]         38:4
Rich [2]   4:13  89:24
right [19]       7:15
  8:18    35:22  38:12
  42:13   45:12  46:8
  49:7    49:21  54:7
  54:14   61:7   63:11
  64:1    74:15  75:2
  76:14   79:2   87:16
Rochon [14]      1:14
  4:1     4:6    4:14
  4:18    5:2    6:2
  7:25    9:11   11:21
  44:21   80:22  85:13
  91:15
Rochon's [1]     9:4
role [2]  27:24  29:5
Rouge [1]        79:25
rules [4] 5:19   6:9
  6:10    6:12
run [2]   36:17  43:6
Russo [6]        6:23
  6:25    7:16   7:21
  8:1     8:15
Russo's [2]      8:14
  9:7
S [1]            3:1
salaried [1]     66:20
salesperson [1]  67:5
Samuel [2]       1:6
  13:1
sat [1]   35:21
save [1]  3:15
says [1]  61:13
schedule [2]     7:24
  8:3
schedules [2]    66:20
  84:12
scheduling [1]   6:20
school [8]       9:18
  9:20    9:21   9:25
  10:20   10:24  25:14
  26:5
scope [2]        5:18
  6:11
sealing [1]      3:13
search [5]       28:4
  31:21   31:24  33:8
  43:1
searched [1]     37:1
searching [1]    27:25
second [4]       9:21
  38:4    38:18  75:3
secretary [1]    10:10

see [15]  38:6   52:9
  52:14   56:3   58:17
  59:5    60:11  61:18
  66:18   70:5   77:12
  78:17   79:13  82:20
  88:10
seeing [3]       72:23
  73:22   88:6
seek [1]  41:22
sends [1]        22:3
sense [2]        52:19
  84:7
sent [4]  21:19  22:21
  75:17   78:24
separate [4]     23:11
  57:24   58:3   58:11
separated [2]    57:22
  57:23
September [12]   1:16
  8:8     8:9    48:20
  49:1    64:24  69:9
  72:9    72:24  73:7
  73:9    76:2
seq [1]   3:7
seriously [1]    21:6
server [1]       29:1
set [7]   26:2   26:12
  48:23   49:6   50:17
  51:5    92:8
setting [1]      61:14
several [2]      46:17
  65:14
Shakes [1]       40:7
sheet [11]       2:20
  45:21   56:3   57:25
  59:5    60:2   60:11
  60:12   63:7   86:7
  86:11
sheets [41]      43:15
  43:19   44:3   53:17
  53:17   54:15  56:20
  57:1    57:11  57:13
  57:15   57:17  57:21
  57:21   58:4   58:11
  58:14   60:5   60:8
  60:10   60:17  60:20
  61:5    62:5   62:23
  67:1    67:8   68:2
  72:24   73:12  73:16
  77:2    77:5   77:7
  77:9    78:15  85:14
  85:15   85:20  85:24
  86:25
Shelly [2]       17:2
  17:21
shorthand [6]    2:9
  3:23    4:3    92:4
  92:10   92:22
signed [1]       29:9
signing [1]      3:11
similar [1]      88:12
situation [2]    23:14
  25:24
slower [1]       63:1
Smith [3]        13:13
  18:18   58:3
sole [1]  11:19

someone [3]      22:18
  22:21   41:22
sometime [10]    14:10
  30:21   31:7   52:24
  54:10   60:10  63:14
  63:15   80:25  82:16
sometimes [2]    30:13
  64:19
somewhere [6]    15:3
  26:1    48:21  54:14
  56:10   83:6
soon [1]  75:9
sorry [18]       13:20
  16:2    19:2   19:21
  24:11   27:4   29:8
  37:10   37:21  56:24
  59:25   62:19  62:25
  65:11   66:16  70:20
  74:6    83:15
sought [1]       3:19
sounded [1]      84:1
sounds [2]       56:9
  65:2
spearhead [1]    81:24
specialist [1]   17:22
specific [10]    9:17
  11:4    15:13  31:25
  36:16   56:24  65:11
  72:19   77:1   82:24
specifically [37]
  3:11    3:13   7:11
  11:9    28:14  30:8
  30:12   31:9   32:6
  35:4    35:15  37:25
  39:4    39:19  44:21
  49:7    49:13  50:7
  50:19   51:24  52:23
  53:7    53:13  55:15
  60:1    61:10  62:2
  62:6    62:12  65:2
  69:14   69:19  69:24
  75:20   79:10  84:22
  89:16
specifications [1]
  70:6
spell [1] 66:7
spinning [1]     74:25
spot [1]  35:18
spreadsheet [4]  50:18
  50:22   51:16  52:6
spreadsheets [1]
  52:22
St [2]    1:15   2:3
staff [3] 61:4   65:25
  81:17
stage [1] 83:4
Stant [2] 1:5    13:5
start [3] 17:1   46:2
  89:3
started [4]      4:8
  46:10   67:21  88:22
state [9] 1:2    3:24
  4:19    6:1    10:6
  11:24   15:18  49:24
  86:6
statement [3]    5:1
  5:9     5:15

statements [1]   8:23
states [2]       66:19
  66:20
stay [1]  26:6
Steinmetz [2]    1:6
  13:1
step [1]  43:21
steps [1] 5:10
still [5] 18:19  68:3
  81:14   85:6   89:17
STIPULATED [1]
  3:3
Stop [1]  15:25
storage [19]     31:11
  31:20   54:6   54:6
  54:9    69:10  69:17
  69:20   70:14  71:3
  71:17   72:9   72:16
  72:25   73:3   73:4
  73:13   74:2   89:10
Street [2]       1:14
  1:23
struck [9]       46:23
  46:25   47:4   47:8
  47:13   47:16  47:20
  48:6    49:10
stuff [2] 46:16  54:25
subject [3]      4:24
  6:9     6:14
submission [1]   86:5
subparts [2]     41:13
  41:14
substance [2]    69:4
  83:24
substantive [4]  7:11
  11:22   11:25  67:12
such [7]  3:18   5:10
  8:4     22:5   30:23
  34:16   34:18
suit [2]  56:16  67:2
Suite [2] 1:23   2:3
Sumler [1]       13:3
summer [1]       82:17
superiors [1]    56:16
supervision [1]  92:11
supervisor [3]   15:23
  25:15   66:23
supplemental [3]
  38:18   42:25  43:7
supposed [3]     8:6
  22:5    28:8
supposedly [2]   32:7
  89:20
surprised [1]    74:4
sustain [1]      27:9
sustained [1]    27:16
swing [1]        82:18
switch [1]       27:23
sworn [2]        4:2
  92:7
system [1]       48:8
systems [6]      25:11
  35:2    46:18  47:4
  47:24   48:10
T [2]     3:1    3:1

T-O-Y-E [1]      17:3
taking [2]       47:19
  72:20
tape [1]  27:21
team [1]  47:22
telephone [1]    4:16
telling [3]      58:5
  78:8    78:9
temporary [2]    14:7
  25:17
ten [1]   84:24
term [1]  86:15
terminated [2]   26:21
  89:1
testified [14]   4:4
  19:23   23:22  31:10
  33:7    57:9   77:2
  78:18   78:20  78:23
  79:6    82:3   86:4
  87:2
testify [2]      92:7
  92:8
testifying [1]   32:15
testimony [8]    20:8
  20:12   31:14  73:10
  79:11   91:4   91:6
  92:9
Thank [2] 48:4
  85:10
therein [1]      26:2
thereof [1]      3:19
they've [1]      78:19
thinking [1]     88:21
third-party [1]  35:20
thought [1]      11:12
three [1] 4:20
through [21]     1:13
  2:19    2:22   13:18
  13:19   24:2   27:20
  31:11   33:4   37:24
  41:11   41:14  43:3
  43:6    52:9   53:19
  54:5    54:9   66:15
  72:15   84:23
throughout [1]   60:15
Thursday [5]     1:16
  6:19    7:8    7:21
  78:21
ticket [2]       13:22
  67:3
times [3] 52:17
  52:17   73:2
timing [3]       24:7
  24:14   24:17
title [3] 17:17  17:20
  17:24
Tobias [2]       1:6
  13:1
today [16]       4:7
  4:11    4:18   4:21
  4:23    7:2    8:3
  43:11   44:16  44:20
  44:23   50:10  57:19
  76:11   80:1   80:4
today's [1]      67:17
together [4]     13:25

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14:23 | 36:6 | 52:6 | unreasonable [1] | | 84:9 | | | |
| TONY [1] | | 1:4 | 8:9 | | without [3] | 59:2 | | |
| took [3] | 36:2 | 46:20 | Unresponsive [1] | | 71:18 | 88:6 | | |
| 82:17 | | | 28:17 | | Witmeyer [1] | 4:13 | | |
| top [5] | 59:11 | 81:3 | up [19] | 12:9 | 21:10 | witness [12] | 3:5 | |
| 85:4 | 88:6 | 89:15 | 25:20 | 25:24 | 26:1 | 3:25 | 5:18 | 6:11 |
| topics [1] | | 27:23 | 26:11 | 26:13 | 26:16 | 12:5 | 40:24 | 55:8 |
| total [2] | 88:4 | 88:7 | 48:23 | 49:6 | 50:11 | 69:3 | 74:24 | 76:21 |
| towards [1] | | 83:4 | 50:21 | 54:24 | 55:24 | 83:14 | 92:6 | |
| town [3] | 71:24 | 72:1 | 75:9 | 77:3 | 80:17 | WITNESS' [1] | 91:1 | |
| 72:2 | | | 82:15 | 88:10 | | witnesses [4] | | 4:10 |
| Toye [1] | 17:3 | | used [12] | | 3:19 | 6:22 | 8:6 | 9:2 |
| Toye's [1] | | 17:23 | 3:20 | 27:25 | 50:5 | word [2] | 51:9 | 70:20 |
| track [4] | 57:11 | 61:16 | 50:11 | 86:25 | 87:11 | wording [1] | | 84:21 |
| 67:7 | 67:19 | | 87:19 | 87:23 | 88:12 | words [1] | | 84:21 |
| tracked [1] | | 67:15 | 88:17 | 89:3 | | worked [10] | | 13:21 |
| tracking [2] | | 60:5 | using [1] | | 88:19 | 16:14 | 36:5 | 50:17 |
| 63:5 | | | vacancies [1] | | 17:5 | 51:5 | 53:6 | 57:11 |
| training [2] | | 10:12 | vacation [1] | | 23:13 | 61:17 | 88:20 | 88:21 |
| 10:15 | | | various [2] | | 47:17 | worker [1] | | 69:20 |
| transcribed [1] | 92:10 | | 61:8 | | | worried [1] | | 47:16 |
| transcript [3] | | 76:6 | verbal [3] | | 15:22 | worthwhile [1] | 81:16 | |
| 77:18 | 92:12 | | 31:18 | 78:5 | | write [1] | 81:10 | |
| transcription [1] | | | version [2] | | 65:18 | writing [1] | | 78:4 |
| 91:6 | | | 65:19 | | | written [3] | | 37:8 |
| travel [1] | | 7:24 | versus [2] | | 1:7 | 60:18 | 60:21 | |
| trial [1] | 3:21 | | 88:23 | | | wrong [2] | | 19:24 |
| tried [1] | 52:12 | | via [3] | 4:16 | 23:19 | 73:10 | | |
| Troy [1] | 10:6 | | 79:21 | | | year [5] | 19:20 | 19:21 |
| true [2] | 91:5 | 92:12 | vice-president [1] | | | 54:3 | 54:11 | 60:15 |
| truth [1] | 92:7 | | 17:11 | | | yet [3] | 11:23 | 43:3 |
| try [1] | 48:25 | | VOLUME [1] | | 1:12 | 89:8 | | |
| trying [13] | | 20:11 | WAECHTER [1] | | | yourself [3] | | 39:12 |
| 22:8 | 25:3 | 25:13 | 2:2 | | | 39:22 | 40:10 | |
| 25:14 | 25:16 | 25:19 | wait [1] | 48:23 | | | | |
| 67:14 | 67:20 | 73:23 | waived [2] | | 3:11 | | | |
| 79:3 | 79:5 | 82:5 | 3:14 | | | | | |
| Tuesday [2] | | 54:10 | Walker [10] | | 1:15 | | | |
| 79:25 | | | 2:2 | 5:3 | 31:15 | | | |
| two [11] | 14:22 | 15:18 | 69:16 | 71:17 | 72:13 | | | |
| 25:7 | 26:15 | 43:15 | 75:18 | 75:22 | 78:24 | | | |
| 48:5 | 50:25 | 58:16 | Ward [1] | | 9:21 | | | |
| 67:1 | 83:3 | 85:14 | waste [1] | | 9:4 | | | |
| type [3] | 23:1 | 26:8 | water [3] | | 27:13 | | | |
| 88:12 | | | 27:17 | 27:19 | | | | |
| U [1] | | 3:1 | Wednesday [4] | 54:11 | | | | |
| under [2] | | 3:6 | 72:10 | 79:25 | 88:23 | | | |
| 92:10 | | | week [18] | | 4:17 | | | |
| understand [12] | 5:24 | | 9:1 | 25:7 | 50:17 | | | |
| 6:25 | 9:15 | 22:9 | 52:15 | 66:22 | 75:14 | | | |
| 32:12 | 37:21 | 41:14 | 75:19 | 75:23 | 76:3 | | | |
| 47:15 | 47:25 | 52:4 | 76:7 | 78:21 | 79:22 | | | |
| 56:8 | 89:24 | | 80:5 | 80:9 | 88:15 | | | |
| understood [3] | 27:21 | | 88:22 | 88:24 | | | | |
| 34:5 | 56:18 | | weeks [4] | | 64:21 | | | |
| unfortunately [2] | | | 74:15 | 88:9 | 89:1 | | | |
| 15:2 | 34:17 | | wheels [1] | | 74:25 | | | |
| unit [10] | 31:11 | 31:20 | wherein [1] | | 82:24 | | | |
| 54:6 | 54:9 | 69:10 | whole [1] | | 45:12 | | | |
| 69:17 | 69:20 | 70:14 | willing [2] | | 5:14 | | | |
| 71:3 | 71:18 | | 5:17 | | | | | |
| University [1] | 10:6 | | wish [2] | 43:5 | 74:23 | | | |
| unless [2] | | 55:14 | withhold [1] | | 20:19 | | | |
| 66:22 | | | within [8] | | 5:18 | | | |
| | | | 6:11 | 8:13 | 64:20 | | | |
| | | | 79:21 | 79:22 | 80:5 | | | |