Liger et al v. New Orleans Hornets NBA Limited Partnership
Doc. 159 Att. 14
SAMUEL RUSSO   Case 2:05-cv-01969-HGB-ALC   Document 159-15   Condenselt!™   Filed 10/15/2007   Page 1 of 23   9/12/07

## Page 1

1  UNITED STATES DISTRICT COURT

2  EASTERN DISTRICT OF LOUISIANA

3

4

5  EUGENE LIGER, ET AL       NO.  05-1969

6

7  VERSUS                    SECTION  "C"

8

9  NEW ORLEANS HORNETS NBA
   LIMITED PARTNERSHIP

10

11

12

13

14       30(b)(6) deposition of SAMUEL

15  RUSSO, taken at JONES, WALKER, WAECHTER,

16  POITEVENT, CARRERE & DENEGRE, Attorneys at

17  Law, 201 St. Charles Avenue, 47th Floor,

18  New Orleans, Louisiana 70170, taken on

19  Wednesday, September 12, 2007.

20

21

22

23  REPORTED BY:

24       KIM A. PRESCOTT,
        Certified Court Reporter

25

## Page 2

1  APPEARANCES:

2     Representing the Plaintiffs:

3        DAIGLE, FISSE & KESSENICH
         BY:  DANIEL E. BURAS, JR., ESQUIRE
4        227 Highway 21
         Madisonville, Louisiana  70447
5
              AND
6
         NILES, BOURQUE & FONTANA
7        BY:  BRIAN KNIGHT, ESQUIRE
         909 Poydras Street
8        Suite 3500
         New Orleans, Louisiana  70112
9

10

11     Representing the Defendants:

12        JONES, WALKER, WAECHETER,
          POITEVENT, CARRERE & DENEGRE
          BY:  JENNIFER L. ANDERSON, ESQUIRE
13            AND
          JANE HEIDINGSFELDER, ESQUIRE
14        8555 United Plaza Boulevard
          Four United Plaza
15        Baton Rouge, Louisiana  70809

16

17

18

19  REPORTED BY:
       KIM A. PRESCOTT,
20     CERTIFIED COURT REPORTER

21

22

23

24                    COPY

25

## Page 3

1            I N D E X

2

3                         PAGE

4

5  CAPTION                   1

6

7  APPEARANCES               2

8

9  AGREEMENT OF COUNSEL      4

10

11  EXAMINATION BY:

12

13     MR. BURAS, ESQUIRE     5

14

15  REPORTER'S CERTIFICATE   65

16

17

18

19

20

21

22

23

24

25

EXHIBIT

G

## Page 4

1       S T I P U L A T I O N

2

3       It is stipulated and agreed by and

4  between counsel that the above-named witness

5  is hereby being taken under the Louisiana

6  Federal Rules of Civil Procedure in

7  accordance with the Code.

8

9       All formalities, including those of

10  sealing, certification and filing are hereby

11  waived.  The witness reserves the right to

12  read and sign the deposition.

13

14

15       All objections, except those as

16  to the form of the questions and the

17  responsiveness of the answers, are reserved

18  until the time of the trial of this cause.

19

20            *   *   *

21

22       KIM A. PRESCOTT, Certified Court

23  Reporter, in and for the State of Louisiana,

24  officiated in administering the oath to the

25  witness.

Dockets.Justia.com

Page 5

1    SAMUEL RUSSO,
2 who, after having been first duly sworn by
3 the Court Reporter, was examined and
4 testified on his oath as follows:
5    EXAMINATION
6 BY MR. BURAS:
7    Q  Sir, please state your full name
8 for the record, please.
9    A  Samuel Russo.
10    Q  Where are you currently employed,
11 sir?
12    A  New Orleans Hornets.
13    Q  How long have you been employed by
14 the Hornets?
15    A  Since August of 1988.
16    Q  So you were with the team while the
17 team was still in Charlotte; correct, sir?
18    A  Yes, I was.
19    Q  What is your current position with
20 the Hornets?
21    A  Executive Vice President of
22 Operations.
23    Q  What was your position in May of
24 2005?
25    A  Executive Vice President of

Page 6

1 Business Operations.
2    Q  Sir, it's my understanding you
3 have been tendered as a 30(b)(6) or corporate
4 representative in both the State and Federal
5 Court litigation; correct?
6    A  That's correct.
7    Q  The first part of this deposition,
8 sir, just to let you know is going to be
9 related to your specific involvement in
10 discovery requests that have been propounded
11 by plaintiffs to the Hornets.  Okay, sir?
12    A  Uh-huh (affirmative response).
13    Q  I'm going to be asking you specific
14 questions related to information that you
15 specifically did to produce information or
16 documents responsive to these requests.
17 This information in my request will
18 specifically relate to if you instructed
19 someone to provide documents.  That's also
20 going to be information I would like to know
21 from you.  All right, sir?
22    A  Okay.
23    Q  When did you first become aware of
24 the litigation filed by plaintiffs in this
25 case?

Page 7

1    A  I guess when the story was in the
2 paper or about to go in the paper about the
3 litigation.  Don't know the date and time.
4    Q  Have you ever reviewed a copy of
5 the Federal Court overtime complaint?
6    A  Yes, I have.
7    Q  When's the last time you reviewed a
8 copy of the complaint?
9    A  I think I flipped through it last
10 night.
11    Q  Have you ever viewed copies of the
12 State Court complaints?
13    A  Yes, I have.
14    Q  When is the last time you reviewed
15 the State Court complaint?
16    A  Last night.
17    Q  Have you ever been provided copies
18 of the Hornets responses to the discovery in
19 this case?
20    A  I don't know that I have seen every
21 document, no.
22    Q  Were you --
23    MS. ANDERSON:
24    I'm not sure that he
25    understands what responses,

Page 8

1    discovery responses like written
2    discovery responses would be just
3    for your clarification.
4    MR. BURAS:
5    We will go over that in a
6    second.
7    MS. ANDERSON:
8    Sure.
9 BY MR. BURAS:
10    Q  All right, sir.  Are you aware that
11 on July 21st, 2005, your counsel in the
12 overtime case, which I will call the Federal
13 Court case, the overtime case, filed
14 something called initial disclosures
15 identifying individuals likely to have
16 discoverable information that defendant
17 may use to support their defenses?
18    A  Yes.
19    Q  All right.  I would like you to
20 look at a document that's been previously
21 marked as Rochon 2.  We're going to call this
22 Exhibit 2.
23    (WHEREUPON:  A brief discussion was
24    held off the record.)
25 BY MR. BURAS:

Page 9

1   Q  Have you ever seen the document
2  marked as Exhibit 2 before?
3   A  I don't believe I have.
4   Q  As to the five names that are
5  identified as persons with discoverable
6  information, Kristy McKearn is she still
7  with the Hornets?
8   A  No, she's not.
9   Q  Dave Burke, is he still with the
10 Hornets?
11  A  No, he's not.
12  Q  What about Brendon Donahue? Is he
13 still with the Hornets?
14  A  No, he's not.
15  Q  Marie Parenti, is she still with
16 the Hornets?
17  A  No, she's not.
18  Q  And Chris Zaber, is he still with
19 the Hornets?
20  A  No.
21  Q  Did these employees leave
22 voluntarily or any of these employees
23 terminated?
24  MS. ANDERSON:
25     Objection.  That's going more

Page 10

1     to substantive issues.  It doesn't
2     have anything to do with the chain
3     of evidence issue.
4  MR. BURAS:
5     We're going to ask -- I'm
6     going to try to stick exclusively
7     with chain of evidence, but to the
8     extent something slips up and
9     becomes substantive, he has been
10    identified as 30(b)(6).
11  MS. ANDERSON:
12    I'll let you know --
13  MR. BURAS:
14    I'm sure you will.
15  MS. ANDERSON:
16    -- if he's going to appear
17    subsequent to this one --
18    subsequent to the chain of evidence
19    portion of the deposition on the
20    substantive issues.
21  MR. BURAS:
22    That's fine.
23  MS. ANDERSON:
24    I'll let you know.
25  BY MR. BURAS:

Page 11

1   Q  Sir, you're not identified as
2  one of the witnesses with discoverable
3  information; is that correct?
4   A  That's correct.
5   Q  Did you participate in the
6  preparation or providing information to your
7  attorneys at the time they provided these
8  initial disclosures?
9   A  Kristy McKearn was our point person
10 to gather all information.
11  Q  Is that the person you specifically
12 directed to obtain and gather this
13 information?
14  A  I did not.
15  Q  Who pointed Kristy McKearn as the
16 point person?
17  A  I have to defer.  I don't know.
18  Q  Are you finished with your answer,
19 sir?
20  A  Yes, I'm finished.
21  Q  I believe you were sitting through
22 Miss Rochon's deposition; correct, sir?
23  A  Correct.
24  Q  You heard Miss Rochon that Miss
25 McKearn stopped working for the Hornets

Page 12

1  around November of 2005; is that correct?
2   A  That seems to be right.
3   Q  At some point in time, did you
4  become the point person for information
5  related to these lawsuits?
6   A  No, I did not.
7   Q  As you sit here today, have you
8  ever been designated as the point person for
9  information to provide to your attorneys
10 related to discovery in this lawsuit?
11  A  I have not been.
12  Q  Sir, as you sit here today, have
13 you ever investigated specifically any
14 discovery requests that have been sent by
15 plaintiffs to the Hornets in this litigation?
16  A  Any specific?
17  Q  Yes, sir.
18  A  Yes.
19  Q  What I'm going to give you now,
20 we're going to go through certain documents
21 that were -- when I say "propounded," I mean
22 sent by.  It's going to be discovery, written
23 discovery requests that were sent by the
24 plaintiffs to the Hornets in this case.  What
25 I'm going to ask you questions about is going

Page 13

1  to relate to specific acts or directions that
2  you gave to persons within the Hornets
3  organization to find or produce information
4  responsive to these requests. Okay, sir?
5      If you have not played any role
6  specific to that information just tell me
7  that. If you have, tell me that as well and
8  we will investigate those. If we can, let's
9  turn to the document that has been marked
10 Rochon 7, but we're going to change that name
11 to Exhibit 7, if you don't mind, and we will
12 give this document to Mr. Russo. This
13 Plaintiffs' Request for Expedited Production
14 of Documents Related to Emergency Protective
15 Order and Plaintiffs' Motion to Certify a
16 Collective Action, sir, have you ever seen
17 this document prior to today?
18     A  Can't say that I have.
19     Q  I want you to take a look at the
20 last page, Page 10, of this document. It
21 indicates it was provided to your attorneys
22 by me on the 25th day of July 2005. Do you
23 see that, sir?
24     A  Uh-huh (affirmative response).
25     Q  Since July 25th, 2005, please read

Page 14

1  the different requests for information that
2  has been previously circled during Miss
3  Rochon's deposition related to numbers, 2, 5,
4  15, 16, 17, 18, 20, 21, 22, 24, 25, 27, 28,
5  29, and 30, and tell me whether or not you
6  played any role in the investigation of the
7  Hornets' responses to these discovery
8  requests?
9      MS. ANDERSON:
10        Some of the ones you read --
11      well, there are some circled that
12      you didn't read and you read them
13      pretty quickly so I'm not sure he
14      knows exactly which ones to
15      review.
16 BY MR. BURAS:
17     Q  Sir, why don't you take a look at
18 Page 4 of the document that's been marked as
19 Exhibit 7 and you should have #2 --
20     MR. BURAS:
21        Counsel, what may help, where
22      is the court's order?
23 BY MR. BURAS:
24     Q  #2, #3, #5 should be circled. Do
25 you see that, sir?

Page 15

1      A  Uh-huh (affirmative response).
2      Q  Page 5 there's nothing circled.
3  Page 6 there's nothing circled. Page 7 #15
4  and 16 are circled, 17 you can just mark the
5  word "modified" because the court changed the
6  language of that request. So I will
7  specifically ask you that request per the
8  court's order. #18, I'm going to ask you
9  questions about A through H without the
10 exception of I that's on Page 8; #19 has
11 been modified by the court; #20, 21 and 22
12 should be circled. #24 should be circled.
13 On the next page, Page 9, #25 should be
14 circled. #27 has been modified by the court
15 and I will go based on the court's order for
16 #27. #28, 29 and #30.
17        All right, sir. I would like you
18 to take a moment to read those requests and
19 what I would also like you to do at this time
20 is take a look at the document that's been
21 marked as Exhibit 8 which are the Hornets
22 responses to these requests and I would like
23 to specifically refer you to the last page
24 that says these responses were provided on
25 the 5th day of August 2005. Before you

Page 16

1  review them, let me just ask you a question.
2        You indicated Kristy McKearn was
3  the Hornets point person at this point in
4  time; correct, sir?
5      A  Correct.
6      Q  Did you play any role in the
7  production or investigation of information
8  that might have been responsive to
9  plaintiff's request prior to August 5th,
10 2005?
11     A  I think that I need to be a little
12 more specific than that.
13     Q  Absolutely, sir.
14     A  That's pretty general.
15     Q  Take a look at those requests
16 and if there is any specific request that you
17 specifically recall I personally investigated
18 or I told Kristy to investigate or I told Joe
19 Blow to investigate, I want you -- we're
20 going to answer those questions.
21     A  I think I need to state something
22 here.
23     Q  Please do, sir.
24     A  No.
25     MS. ANDERSON:

Page 17

1        Well, I don't know.
2  BY MR. BURAS:
3   Q  Anything you want to tell me?
4     MS. ANDERSON:
5        Why don't you tell me first
6     and I'll figure out what it is.
7     We'll just step outside.
8     (WHEREUPON:  A short break was
9     taken.)
10    MR. BURAS:
11       Sir, after conferring with
12    counsel, counsel, is he going to
13    make a statement?
14    MS. ANDERSON:
15       He does need to tell you
16    something.
17    THE WITNESS:
18       At the start of this, my title
19    had been changed.  I was no longer
20    Vice President of Business
21    Operations.  I was Senior Vice
22    President of Special Projects.
23  BY MR. BURAS:
24   Q  Okay.  Is that to clarify your
25  earlier answer regarding --

Page 18

1   A  Well, my position had been
2  changed.  Okay?  You asked me a date as of
3  May 1st and that was my title and my duties
4  and responsibilities.
5   Q  Okay.  When did your title change
6  to Vice President of Special Projects?
7   A  Sometime in April.
8   Q  In April.  Were you Vice President
9  of Special Projects at the time the Hornets
10  prepared these responses?
11   A  Yes.
12   Q  Pursuant to your duties as Senior
13  Vice President of Special Projects, was one
14  of your duties and obligations to help
15  provide responses and investigate Plaintiff's
16  Request for Production that you have before
17  you right now marked as Exhibit 7?
18   A  The point person was Kristy McKearn
19  and I -- it was her duty to ask different
20  people in the organization -- her
21  responsibility to ask for the information
22  being requested.
23   Q  Did Kristy report directly to you
24  regarding this litigation in her
25  investigation?

Page 19

1   A  She did not.
2   Q  Who did Kristy report to; do you
3  know?
4   A  She reported to Paul Mott, M-O-T-T.
5   Q  When is the first time that you saw
6  Plaintiff's Request for Production marked as
7  Exhibit 7?
8   A  When you put it in front of me
9  today.
10   Q  I'm going to give you the
11  opportunity to review the numbers that we
12  previously marked as circled.  If there's
13  any specific ones that you know you had
14  nothing to do with the investigation prior
15  to August 5th of 2005, please let me know and
16  we can move past that.
17       If there are others that you did
18  participate in or you directed others to
19  investigate, please let me know and we will
20  focus on those in order to try to save some
21  time.
22    MR. BURAS:
23       Counsel, all I'm trying to do
24    is eliminate some of this.
25    MS. ANDERSON:

Page 20

1        I know.  Let's see if he can
2     follow that instruction.
3  BY MR. BURAS:
4   Q  Let's go back.
5     MS. ANDERSON:
6        Do you need clarification on
7     the question again?
8     THE WITNESS:
9        What?
10    MS. ANDERSON:
11       Do you need him to ask the
12    question again?
13    THE WITNESS:
14       Whether I was asked to request
15    to direct anyone to request?
16  BY MR. BURAS:
17   Q  Yes, sir.
18   A  I have not.
19   Q  Just to make sure, for any of the
20  numbers in this Request for Production of
21  Documents, is it my understanding you were
22  never asked to investigate or direct someone
23  to investigate, any investigation to find
24  information responsive to any of these
25  requests?

Page 21

1  A  That's correct.
2     MS. HEIDINGSFELDER:
3        Ever or before August 5th
4     of 2005?
5     MR. BURAS:
6        He indicated he has never
7     been asked to produce this
8     information.
9     THE WITNESS:
10       As it relates to payrolls
11    and stuff.
12 BY MR. BURAS:
13    Q  Sir, you've reviewed each of the
14 categories that we previously circled and is
15 your answer the same for all categories or
16 do I have to go through each one?
17    A  I'll read them again but --
18    Q  Same answer, sir?
19    A  Uh-huh (affirmative response).
20 Same answer.
21    Q  All right, sir.  At this point I'm
22 going to ask you to take a look at a document
23 that has not been previously identified.  I'm
24 going to mark it as an exhibit.  It's going
25 to be Plaintiff's Second Set of Requests for

Page 22

1  Production of Documents which is a set of
2  documents which was issued after the initial
3  expedited set.
4     So I'm going to hand you a document
5  marked as Exhibit 10.  What I would like for
6  you to do is tell me if you have ever seen
7  this document before?
8     A  I think I may have seen this one
9  before.
10    Q  Sir, do you remember when you last
11 saw this document or first saw this document?
12    A  I can't remember first or last.
13    Q  All right sir.  Can you give me a
14 range?  Was it in 2005?
15    A  I don't believe.
16    Q  Was it last week?
17    A  It may have been last week.
18    Q  Is that the first time?
19    A  Yeah, uh-huh (affirmative
20 response).
21    Q  Do you remember which day last week
22 you may have seen this document?
23    A  I haven't seen this document.
24    Q  So you didn't see this document
25 last week?

Page 23

1  A  No.
2  Q  Have you ever seen a document
3  provided by your attorneys or anyone else
4  that you worked with summarizing their
5  request for information that are set forth
6  in this document?
7  A  No.
8  Q  I want you to take a look at Page 4
9  of this document, sir, and there's a
10 paragraph that's been bolded and indicates
11 demand is hereby made for defendant to notify
12 all necessary employees, agents, consultants,
13 contractors and/or all other necessary
14 persons or entities to cease and desist all
15 document destruction, purges, computer dumps,
16 e-mail destruction, sale or destruction of
17 computer hard drives, modification of saved
18 documentation, and all other actions that
19 will cause or may likely cause a destruction
20 or modification of information relevant to
21 this litigation.  Do you see that paragraph,
22 sir?
23    A  Uh-huh (affirmative response).
24    Q  Did you take any action as the
25 Senior V. P. of Special Projects to ensure

Page 24

1  that no documents were destroyed?
2  A  In my world, yes.
3  Q  Were you notified by someone that
4  you had to take these steps?
5  A  Yes.
6  Q  Who notified you?
7  A  I believe counsel did.
8  Q  Was it personal to you, sir, or
9  was it to a group of Hornets employees?
10    A  To a group.
11    Q  Do you remember which persons were
12 in that group?
13    A  I don't.
14    Q  When did this conversation take
15 place or these instructions?
16    A  Probably in June or July of 2005.
17    Q  Was this message communicated to
18 you over a conference call or was it in
19 person?
20    A  It was in person.
21    Q  Was this to a large group of people
22 or was it to a small group of people that
23 this instruction was given?
24    A  It was given to I believe V.P.'s,
25 directors.

Page 29

1  remember every document that I did that for.
2      Q  Well, as it relates to number one,
3  what type of documents were you maintaining
4  in your office at that time? Were you pretty
5  much the historian for the organization?
6      A  Yeah. Historian!
7      Q  I don't mean that in a negative
8  way. I mean that in a good way.
9      MS. ANDERSON:
10         I told you they were going to
11     be rude!
12     THE WITNESS:
13         Why don't we just change the
14     title again and I can fade into the
15     sunset in this story. I would have
16     copies of the schedule -- okay? --
17     things like that. I would have a
18     copy of the three-month calendar at
19     the arena because, as my position
20     of special projects, I was the
21     liaison with the arena so things
22     like that.
23         So I would, you know, supply
24     her with, you know, things like
25     that, nothing, you know, as it

Page 30

1      relates to the financial aspect of
2      any of these questions.
3  BY MR. BURAS:
4      Q  All right. Let's just speak
5  specifically about the game schedule. You're
6  talking about the pre-season and regular game
7  schedules?
8      A  Right, uh-huh (affirmative
9  response).
10     Q  You produced copies of that to
11 Kristy McKearn?
12     A  Right, uh-huh (affirmative
13 response).
14     Q  Do you remember doing that or you
15 just assume you did that?
16     A  I'm just assuming. I mean I don't
17 remember specifically but that would be one
18 thing that I would have done.
19     Q  If Kristy had come to you that is
20 the type of document -- was it known in the
21 organization you would be the person who had
22 these documents?
23     A  Yes.
24     Q  Do you remember if Kristy
25 interviewed you to find out what documents

Page 31

1  you might have had responsive to this? Do
2  you remember a specific instance where she
3  interviewed you?
4      A  No.
5      MS. ANDERSON:
6         Make sure you don't speculate
7      or assume. Tell him what you
8      know. Okay?
9      THE WITNESS:
10         All right. Okay.
11 BY MR. BURAS:
12     Q  You indicated you were the person
13 who maintained a calendar of the arena. I
14 don't know what --
15     A  I did not maintain a calendar. I
16 was the person the arena would send a
17 three-month calendar to and I would
18 distribute it.
19     Q  What's the three-month calendar?
20     A  Events at the arena and Superdome
21 for the next three months.
22     Q  Was it specific to the Hornets or
23 any event?
24     A  Any event.
25     Q  Do you remember producing this to

Page 32

1  Kristy?
2      A  Not in hard copy form, no.
3      Q  Did you have an electronic copy of
4  it as well?
5      A  That's how I distributed it.
6      Q  You received electronic copies
7  every three months or how often would you
8  receive these copies?
9      A  Yeah, every three months.
10     Q  You would disseminate it throughout
11 the organization?
12     A  Yeah.
13     Q  And Kristy is one of the people who
14 would have received this?
15     A  Uh-huh (affirmative response).
16     Q  And, as you sit here, do you know
17 if Kristy provided you any information --
18 Kristy asked for any information related to
19 this three-month calendar in response to any
20 of your requests in this litigation?
21     A  No.
22     Q  Since August of 2005, do you
23 remember Kristy ever asking you for copies
24 of e-mails or hard copies of documents
25 responsive to the three-month calendar at

Page 33

1 the arena?
2    A  No, I don't.
3    Q  Would events such as select-a-seat
4 events and other such events, would those
5 events be captured on this three-month
6 calendar?
7    A  Not likely.
8    Q  What about something like a season
9 ticket holder draft party?  Would that be
10 identified on the calendar?
11    A  Probably not.
12    Q  Okay.  What type of information
13 would have been identified on this calendar?
14    A  Neil Diamond concert, our games
15 during the season, Saints games at the Dome,
16 summertime Essence Festival at the Dome,
17 things like that.
18    Q  If there was an after-hours
19 function that the Hornets was providing, it
20 may or may not be on the calendar or is it
21 your testimony it was not on the calendar?
22    A  Most likely not.
23    Q  Most likely not.  Okay.  To the
24 best of your knowledge, no one asked you for
25 this information?

Page 34

1    A  Right.
2    Q  Have you ever produced that
3 information to counsel in this case?
4    A  No.
5    Q  Have they ever asked you to produce
6 that information?
7    A  I don't believe.
8    Q  As the liaison person for the
9 arena, would you have been the person
10 contacted by the arena for any select-a-seat
11 or after-hour events that the Hornets were
12 trying to schedule?
13    A  Uh-huh (affirmative response).
14    Q  Would you have copies of the dates
15 and times of those events in your office via
16 -- let's ask that question first.
17    A  No.
18    Q  How would the arena confirm that
19 these events were scheduled at the arena?
20    A  Well, sometimes by e-mail,
21 sometimes by phone.
22    Q  Was there any distinction between
23 the times they would be confirmed by e-mail
24 versus phone?
25    A  No.

Page 35

1    Q  At any point in time since this
2 litigation was filed, have you ever been
3 asked by anyone to provide copies of the
4 e-mails sent by the Hornets -- excuse me,
5 sent by the arena to the Hornets confirming
6 any of these events that were scheduled at
7 the arena?
8    A  No.
9    Q  Do you still have copies of those
10 e-mails on your hard drive?
11    A  No, I don't.
12    Q  Do you know if copies of those
13 e-mails can be found on the server?
14    A  I don't know.
15    Q  Have you ever asked anyone to look
16 for copies of those e-mails?
17    A  Have not.
18    Q  Would something like a select-a-
19 seat event be the type of event where you
20 would have had to confirm with the arena the
21 date and time of that event?
22    A  Yes.
23    Q  Is that the type of event where the
24 arena would have confirmed via e-mail to you
25 the dates and times of that event?

Page 36

1    A  Either that or before Blackberries,
2 it would have been phone, probably.
3    Q  Was there ever any type of
4 correspondence, you know, old time written
5 letters sent back and forth between the arena
6 and the Hornets confirming the dates and
7 times of any of these events?
8    A  No.
9    Q  Did you have a personal secretary
10 or assistant at this time?
11    A  No.
12    Q  Since 2005, have you ever had a
13 secretary or personal assistant?
14    A  No, I haven't.
15    Q  Do you maintain your own calendar?
16    A  Yes, I do.
17    Q  Would your calendar track the dates
18 and times of any of the events at the arena?
19    A  Our games, probably.
20    Q  Not select-a-seat event?
21    A  No.
22    Q  How were you supposed to know to
23 schedule a select-a-seat event?
24    A  Hopefully if everything works right
25 V.P. of Ticket Sales would ask me to come up

Page 37

1 with a couple of dates for a select-a-seat
2 event.
3    Q  Would this be done in a written
4 memo format in correspondence, in e-mail or
5 how would it normally take place?
6    A  Probably verbally.
7    Q  Would you ever confirm to him in
8 writing the dates of these select-a-seat
9 events?
10    A  Yes.
11    Q  Would this be something that
12 would be disseminated usually via e-mail
13 or correspondence or memos or how would it
14 be disseminated?
15    A  Sometimes e-mail.  Sometimes
16 verbal.
17    Q  At any time since May of 2005
18 either your attorneys or any person
19 designated as the point person to find
20 information in this litigation ask you
21 for copies of that information?
22    A  No.
23    Q  Are there any other type of
24 after-hour event functions that you would
25 have maintained or tracked in any fashion

Page 38

1 or format due through your position of
2 Senior V.P. of Special Projects?
3    A  No.
4    Q  Through your position as Senior
5 V.P. of Special Projects, was it your duties
6 and responsibilities to procure locations,
7 for example, locations that were rented by
8 the New Orleans Hornets for any reason?
9    A  No.
10    Q  Who was that person?
11    A  Jessica Dimple or Richardson, one
12 or the other.  It's the same person but they
13 got married since.
14    Q  Who was the person who would have
15 maintained the leases or copies of leases
16 for any location that the Hornets were
17 renting?
18    A  I don't know that there were leases
19 to any types of facilities that we ever did
20 events in.
21    Q  What about events that did not take
22 place in regional sales offices?  Who would
23 have maintained copies of those leases?
24    A  They would have been kept in the
25 accounting department.

Page 39

1    Q  Did anyone at any time ever ask you
2 for information related to any leases that
3 the Hornets may have entered into as to any
4 locations where they maintain property or
5 office space?
6    A  Once again.
7    Q  At any time since this litigation
8 was filed, has any person via a designated
9 point person or one of your attorneys asked
10 you for information referring to leases that
11 the Hornets may have entered regarding leased
12 spaces or other places rented by the Hornets?
13    A  I don't remember.
14    Q  At any point in time, did you ever
15 direct the point person or your attorneys to
16 contact any other persons within the Hornets
17 organization for information related to
18 leases or other spaces rented by the Hornets?
19    A  No.
20    Q  All right, sir.  I'm going to refer
21 you to a document that's previously been
22 marked as Exhibit 9.  It's a copy of the
23 Quality Jobs Act Program Information that I
24 procured from Louisiana, State of Louisiana.
25 If you could take a quick look at this

Page 40

1 document.
2       Were you responsible or did you
3 prepare any of the information in this
4 document?  Did you have any role whatsoever
5 in the production or preparation of this
6 document?
7       MS. ANDERSON:
8          Do you need to review the
9       whole thing?
10       THE WITNESS:
11          Do I have to read the whole
12       thing?
13       MS. ANDERSON:
14          It's a thick document.  Do
15       you need to review the whole thing
16       to be able to answer it because if
17       you do, you need to review it.
18       THE WITNESS:
19          Well, I do.
20       MS. ANDERSON:
21          Okay.  Then take your time.
22       MR. BURAS:
23          Take your time, sir.
24       MS. ANDERSON:
25          Take your time.  I don't want

Page 41

1 you to answer a question quickly
2 about a hundred-page document if
3 you need to review it. Take your
4 time.
5 THE WITNESS:
6 I had nothing to do with
7 preparing this.
8 BY MR. BURAS:
9 Q All right, sir. I believe the
10 previous question was, did you help prepare
11 these documents?
12 A I did not.
13 Q Is Richard House the same lawyer
14 who used to work for the Economic Development
15 Council of Louisiana?
16 A I believe he is.
17 Q What other lawyers or law firms
18 have been used by the Hornets since 2002?
19 A In regards to --
20 Q Any matters, sir.
21 A I would need some time to answer
22 that question because we have -- in our move
23 down here we were using attorneys in both
24 cities, in Charlotte and here, and I can't
25 remember all of the names of the attorneys.

Page 42

1 Q I'll take just law firms if you
2 remember the law firms.
3 A Well, I don't. I mean, you know, I
4 know locally here Jones and Walker has done
5 work for us. Early on I think Phelps, Dunbar
6 did some work for us. We were still using
7 and I can't remember the firm in Charlotte
8 that had our trademarks that still had to be
9 transferred down here. We were using
10 several.
11 Q Does the name Wagner, Johnson &
12 Rosenthal ring a bell?
13 A They are out of Atlanta.
14 Q What did they do for the Hornets?
15 A They were Ray Wooldridge's
16 attorney.
17 Q When did Mr. Wooldridge's cease
18 being part of the Hornets organization?
19 A I think in January of '05.
20 Q Again, the time the Hornets first
21 got to the city or decided to come to New
22 Orleans in January of '05, did the Hornets
23 maintain two different sets of attorneys:
24 One for Mr. Wooldridge and I guess one for
25 Mr. Shinn?

Page 43

1 A No, we did not. The Hornets had
2 one and they each had their own personal
3 ones.
4 Q Okay.
5 A And I don't know who did what.
6 Q Okay. Do you know who the Hornets
7 had for their personal attorney?
8 A I believe Jones, Walker.
9 Q Jones, Walker since 2002?
10 A It's my belief. I'm not a hundred
11 percent sure.
12 Q Do you know? I mean I guess you
13 don't specifically know?
14 A I don't know.
15 Q Do you know who the Hornets have
16 used for their labor attorneys since they
17 first moved to New Orleans?
18 A Jones, Walker.
19 Q Do you know who Jones, Walker used
20 as their labor attorneys in Charlotte?
21 A Don't know.
22 Q Do you remember what purposes the
23 Hornets used Phelps, Dunbar?
24 A Relationship with Ray Wooldridge
25 more than with the Hornets, probably.

Page 44

1 Q Did the Hornets pay those bills,
2 though?
3 A I can't answer that question.
4 Q Were there ever individual
5 attorneys that the Hornets used for those
6 matters other than Jones, Walker; Phelps,
7 Dunbar or Wagner, Johnson or the firm in
8 Charlotte?
9 A To what extent I don't know but
10 Jack Capella may have been used.
11 Q Mr. Capella was chief operating
12 officer and at one time he was also legal
13 counsel for the Hornets; correct?
14 A Yes.
15 Q Did Mr. Capella have the authority
16 to make decisions on what law firms would be
17 used by the Hornets?
18 A I don't believe so.
19 Q Do you know if Mr. Capella for lack
20 of a better word formed out any work for the
21 Hornets to any attorneys other than the firms
22 that we previously identified?
23 A Yeah.
24 Q You know that he did, sir?
25 A He did.

Page 45

1    Q  Do you know the name of any of
2  those firms?
3    A  I don't know the names of the
4  firms, no.
5    Q  At any point in time since this
6  litigation was first filed, have you ever
7  been asked by your attorneys or the point
8  person investigating any of these matters
9  the names or identities of any other law
10  firms that may have been used by the Hornets
11  since the team first came to New Orleans?
12    A  No.
13    Q  Who did the Hornets use as their
14  accountant?  I believe we found out that was
15  KPMG.
16    A  KPMG.
17    Q  Has the Hornets used KPMG?
18    A  Charlotte, here and Oklahoma City.
19    Q  Were there any other accounting
20  firms that were used by the Hornets other
21  than KPMG?
22    A  To my knowledge, no.
23    Q  What advertising firm did the
24  Hornets use while they were in New Orleans?
25    A  I'm not going to be able to tell

Page 46

1  you the names of them.  There were three
2  different ones I'm aware of and this year
3  probably they'll be a fourth one.
4    Q  At any time prior to this
5  deposition, has the point person that was
6  designated to investigate issues in this
7  litigation or your attorneys asked you for
8  the name of any of the other accounting
9  firms or advertising firms used by the
10  Hornets?
11    A  No.
12    Q  All right.  Other than accounting
13  firms, advertising firms and law firms, do
14  the Hornets have any other outside
15  consultants that they use -- that they've
16  used since 2002 related to any personnel
17  issues?
18    A  Not to my knowledge.
19    Q  Do you know if the Hornets have
20  any other consultants that they've used since
21  the team came to New Orleans relating to any
22  financial issues?
23    A  Broad question.  Need it narrowed
24  down a little bit.
25    Q  All right.  Do you know if the

Page 47

1  Hornets retained any outside counsel to help
2  them with NBA audits?  Not outside counsel.
3  Strike that.  Do you know if the Hornets
4  retained any outside consultants to assist
5  them in preparation for NBA audits?
6    A  Not to my knowledge.
7    Q  Since the Hornets came to
8  New Orleans, have the Hornets retained any
9  consultants to assist them in preparation
10  for any NBA audits?
11    A  Not to my knowledge.
12    Q  All right.  Since the Hornets first
13  came to New Orleans have the Hornets retained
14  any consultants of any kind to assist them
15  with any revenue or ticket sale issues?
16    A  Oh, yeah.  Yes.
17    Q  Who are these people?  Who are
18  these consultants?
19    A  We hire people in the industry
20  that are supposed to be the leaders in sales
21  seminars to come in and I can't tell you
22  their names.  I don't remember all the people
23  that we brought in but we brought in people
24  from -- that were specialists in group sales
25  and season ticket sales to train our staff.

Page 48

1    Q  How frequently would these people
2  be brought into the Hornets to give these
3  presentations?
4    A  Probably do it about at least once
5  a year.
6    Q  Would you be the person who would
7  retain these consultants to assist the sales
8  staff?
9    A  No.
10    Q  Were you ever asked prior to coming
11  here today by the point person designated by
12  the Hornets to investigate these matters or
13  by counsel the names or identities of any of
14  these sales consultants that assisted the
15  Hornets?
16    A  No.
17    Q  Other than sales consultants, were
18  there any NBA executives who were designated
19  to come to the Hornets to assist them with
20  ticket sales or revenue generation?
21    A  We had a designated representative
22  from the league out of what they call Team
23  Business Operations.
24    Q  Would this NBA representative have
25  access to and/or be provided with ticket

Page 49

1 sales information regarding the Hornets and
2 revenue or financial data from the Hornets?
3    A No.
4    Q What type of information would this
5 representative have been provided by the
6 Hornets?
7    A Basically it was -- it was more of
8 a management to afford the Hornets offered by
9 the league and that this person would come
10 and evaluate the organization so we would get
11 reports from them about our operation as
12 opposed to us giving them anything.
13    Q What type of information would this
14 consultant provide to the Hornets?  Would it
15 be ticket sales or would -- I don't
16 understand exactly when you say he provided
17 information to the Hornets.
18    A He would give us best practices in
19 all aspects of our operation.  He would give
20 us press practices in marketing, sales,
21 sponsorship sales.  That's what their job
22 was and what their charge was to come to
23 visit the teams.
24    Q Since the team first came to New
25 Orleans, has it been a single designated NBA

Page 50

1 TBO rep or has it been multiple?
2    A Multiple.
3    Q Do you remember any of their names?
4    A I think I know them all except the
5 new one we just got.  Bill Sutton, Paul Mott,
6 Dan Reed.
7    Q Read like a book or R-E-E-D?
8    A R-E-E-D.
9    Q Paul Mott who ultimately became the
10 president of the Hornets?
11    A Uh-huh (affirmative response).
12 Yes.  It's yes instead of uh-huh.
13    Q It's late in the day.  I understand
14 what you meant.  Sir, at any point in time
15 before you came to this deposition today,
16 have you identified to other the point person
17 designated by the name of the TBO reps?
18    A In a lot of cases the point person
19 knows these reps and as far as even the
20 attorneys and the agencies that person
21 knows -- has that knowledge themselves.
22    Q My specific --
23    MR. BURAS:
24        I'm going to object as
25    unresponsive.

Page 51

1 BY MR. BURAS:
2    Q Prior to coming here today, were
3 you specifically asked for information
4 related to the NBA TBO rep either by the
5 point person researching or investigating
6 these issues or your attorneys?
7    A No.
8    Q Other than the NBA TBO rep, were
9 there any league officials that were asked to
10 provide consultant information to the
11 Hornets?
12    A No.
13    Q These NBA TBO reports, would they
14 be written in form?
15    A I don't believe.  I think they were
16 verbal evaluation.
17    Q They would provide a verbal report
18 to the Hornets?
19    A Right.
20    Q Do you know this for certain?
21    A This is my belief.
22    Q Would those reports have been sent
23 to you or someone else?
24    A They probably would have been sent
25 to the owner.

Page 52

1    Q Specifically to the owner?
2    A If there was anything in writing,
3 yes.
4    Q At any point in time prior to
5 coming to this deposition today, have you
6 ever been asked by either the point person
7 regarding the Hornets or your accountants to
8 contact Mr. Shinn to find out if he had any
9 written reports relating to the TBO?
10    A No.
11    Q Do you know as you sit here today
12 and have you ever investigated whether or not
13 Mr. Shinn may have written TBO reports?
14    A No.
15    Q Have you ever been asked by your
16 attorneys at any point in time to ask Mr.
17 Shinn if he has any written TBO reports?
18    A No.
19    Q Are there any other type of reports
20 similar to a TBO report that only Mr. Shinn
21 may have been received related to finances or
22 revenue?
23    A Not that I'm aware of.
24    Q Are there any other type of reports
25 related to Human Resources issues that may

Page 53

1 have been provided specifically to Mr. Shinn?
2      MS. ANDERSON:
3           Objection to form.
4      THE WITNESS:
5           Not that I'm aware of.
6 BY MR. BURAS:
7      Q  Are there any specific reports that
8 you regularly generated regarding financial
9 revenue or ticket sale issues?
10     A  No.
11     Q  Were you ever copied on the regular
12 ticket sales or revenue generated on a game
13 day basis?
14     A  (No response.)
15     Q  Let me rephrase that question.
16 Were you -- how did you -- strike that.  Off
17 the record.
18          (WHEREUPON:  A brief discussion was
19          held off the record.)
20     MR. BURAS:
21          Go back on.
22 BY MR. BURAS:
23     Q  How were you told what the ticket
24 sales for any home game was?
25     A  Prior to April of 2005 I would get

Page 54

1 an e-mail.
2      Q  Who sent you the e-mail, sir?
3      A  Ticket manager.
4      Q  Ticket manager.  Is that the ticket
5 operations manager or the ticket sales
6 manager?
7      A  Ticket operations.
8      Q  Do you remember who the ticket
9 operations manager was?
10     A  Dave Felson.
11     Q  Would this e-mail contain both
12 revenue and ticket data or just one or just
13 the other?
14     A  Both.
15     Q  Contain both.  At any point in time
16 prior to coming to this deposition today,
17 were you ever asked by the point person
18 working for -- that you designated by the
19 Hornets to investigate these matters or
20 counsel to produce copies of any of these
21 e-mails?
22     A  I may have been.
23     Q  Do you remember specifically
24 whether -- excuse me, sir, if you weren't
25 finished.

Page 55

1      A  I may have been but I don't have
2 them so --
3      Q  Do you specifically remember being
4 asked this question by any point person or by
5 your attorneys?
6      A  Not specifically.
7      Q  You indicated that you may have
8 been but that you don't have them?
9      A  Right.
10     Q  What happened to those e-mails?
11     A  They were long gone before -- I
12 mean I never save my e-mails.  I don't save
13 my e-mails so I'm not an e-mail keeper.
14     Q  Do you know whether or not any
15 search was conducted of your e-mails related
16 to any Dave Felson e-mails that he may have
17 sent to you regarding ticket sales or
18 revenue?
19     A  Don't know.
20     Q  Did you ever tell your point person
21 designated by the Hornets if they conducted a
22 search they might be able to locate these
23 e-mails?
24     MS. ANDERSON:
25          Objection; form.

Page 56

1      THE WITNESS:
2           No.
3 BY MR. BURAS:
4      Q  Do you know as you sit here today
5 whether or not an investigation has actually
6 been conducted into any computer servers or
7 storage system to determine whether or not
8 the e-mails can be retrieved?
9      A  I don't.
10     Q  Do you know as you sit here today
11 whether or not a search of any e-mails sent
12 by Dave Felson related to ticket issues has
13 been conducted by the Hornets?
14     A  Don't know.
15     Q  Is Dave Felson still with the
16 Hornets?
17     A  No, he's not.
18     Q  When did he stop working with the
19 Hornets?
20     A  I don't know.
21     Q  Was it after this litigation was
22 filed?
23     A  I don't think so.
24     Q  Before this litigation was filed?
25     A  I think so, yeah, uh-huh

Page 57

1 (affirmative response).
2    Q Between the time the team first
3 moved to New Orleans and the time this
4 litigation was filed in May of '05, do you
5 remember if there were any other ticket
6 operations directors who may have sent you
7 e-mails regarding revenue or ticket sales
8 data?
9    A That's the only one we have.
10    Q How would you have received that
11 information if Dave Felson wasn't employed by
12 the Hornets?
13    A From whoever would have had his
14 position.
15    Q But you don't remember any specific
16 name at this point?
17    A Do you remember the specific title
18 of anyone who replaced Dave Felson? Strike
19 that. Do you remember the name of the person
20 who replaced Dave Felson?
21    A Jonathan Laycamp (spelled
22 phonetically).
23    Q Did Mr. Laycamp send you similar
24 e-mails?
25    A No.

Page 58

1    Q Do you know whether Chris Zaber
2 began sending information about e-mails?
3    A To me?
4    Q Do you know whether or not he sent
5 that information to the NBA?
6    A Don't know. I don't know what
7 information.
8    Q Do you know whether or not the
9 Hornets routinely transmitted their ticket
10 sales information for home games to the NBA?
11    A I think that -- well, we are
12 required by league rules to do that.
13    Q Are you?
14    A It is an accounting function.
15    Q Was this done on a per game basis,
16 weekly basis or do you know?
17    A I don't know.
18    Q Do you know who in the accounting
19 department was charged with this
20 responsibility?
21    A I believe Barbara Booth is the one
22 who did.
23    Q As you sit here today, have you
24 ever been asked by the point person or by
25 your counsel where information related to the

Page 59

1 transmission of ticket sales information to
2 the NBA might be located or who this
3 information might be located with?
4    A No.
5    Q As you sit here today, do you know
6 whether or not Miss Booth maintained a hard
7 copy of any of the daily ticket sales
8 information or weekly or however the
9 information was transmitted?
10    MS. ANDERSON:
11        Objection; form.
12    THE WITNESS:
13        Yeah. Let's go back. Could
14        you please reask that?
15 BY MR. BURAS:
16    Q Yes, sir. As you sit here today,
17 do you know how the information that was
18 transmitted to the NBA was retained by the
19 Hornets?
20    MS. ANDERSON:
21        Objection to form.
22    THE WITNESS:
23        I really don't know how she
24        would have retained it. I don't
25        know.

Page 60

1 BY MR. BURAS:
2    Q You don't know if she maintained
3 this information on her computer?
4    A Or hard copy. I don't know.
5    Q At any point in time prior to this
6 deposition today, have you ever been asked or
7 have you caused to be investigated where this
8 information or how this information might
9 have been retained by Barbara Booth?
10    A No, I haven't.
11    Q Have you ever asked Barbara Booth
12 that question?
13    A How she --
14    Q How she retained or maintained the
15 ticket sales information that was transmitted
16 to the Hornets?
17    A No, never asked her that.
18    Q Do you know that it was Barbara
19 Booth who submitted this information to the
20 NBA?
21    A Yeah.
22    Q Was this something that was faxed
23 to the NBA or was it electronically sent
24 e-mail form or do you know?
25    A I don't know.

Page 61

1 Q Do you know if a search has been
2 conducted by the IT Department to find out
3 how Barbara Booth may have transmitted this
4 information?
5 A Don't know.
6 Q Is this something that Barbara
7 Booth could probably tell you in a phone
8 call?
9 A Probably would.
10 Q Has anyone prior to today's
11 deposition asked you to contact Barbara
12 Booth to obtain information related to how
13 she stored and/or how Barbara Booth
14 transmitted ticket sales information to the
15 NBA?
16 A No.
17 Q At any point prior to today, have
18 you ever asked anyone designated as the point
19 person or one of your counsel to contact
20 Barbara Booth to find out how ticket sales
21 was transmitted to the NBA?
22 A Do it again.
23 Q At any point prior to this
24 deposition, did you ever instruct the point
25 person or one of your attorneys to contact

Page 62

1 Barbara Booth to find out how ticket sales
2 information was transmitted to the NBA?
3 A No.
4 Q You indicated before that league
5 rules require that this information be
6 transmitted; correct?
7 A Right.
8 Q Where can a copy of these league
9 rules be obtained?
10 A I don't know.
11 Q Do you have a copy of the league
12 rules, sir?
13 A No, I don't.
14 MR. BURAS:
15 I'll try to wrap it up.
16 MS. ANDERSON:
17 That's fine.
18 MR. BURAS:
19 This is as good of place as
20 any and we will begin tomorrow.
21 If you would like to go earlier, I
22 will come in as early as you want
23 or later. Off the record.
24 (WHEREUPON: A brief discussion was
25 held off the record.)

Page 63

1 MR. BURAS:
2 Back on the record real
3 quick. At this point in time we're
4 going to suspend the deposition of
5 Mr. Russo for time purposes and we
6 will resume in the morning. Thank
7 you.
8 * * *
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 64

1 REPORTER'S PAGE
2
3 I, KIM A. PRESCOTT, Certified Court
4 Reporter, in and for the State of Louisiana,
5 the officer, as defined in Rule 28 of the
6 Federal Rules of Civil Procedure and/or
7 Article. 1434 (B) of the Louisiana Code of
8 Civil Procedure, before whom this sworn
9 testimony was taken, do hereby state on the
10 Record;
11 That due to the interaction and
12 the spontaneous discourse of this proceeding,
13 dashes (--) have been used to indicate
14 pauses, changes in thought, and/or talkovers;
15 that same is the proper method for a Court
16 Reporter's transcription of proceeding, and
17 that the dashes (--) do not indicate that
18 words or phrases have been left out of this
19 transcript; that any words and/or names which
20 could not be verified through reference
21 material have been denoted with the phrase
22 "spelled phonetically."
23
24 _____
25 KIM A. PRESCOTT, C.C.R

Page 65

```
1              C E R T I F I C A T E
2
3        I, KIM A. PRESCOTT, Certified Court
4   Reporter, in and for the State of Louisiana,
5   do hereby certify that the foregoing was
6   reported by me in shorthand, transcribed
7   under my personal direction and supervision,
8   and is a true and correct transcript to the
9   best of my ability and understanding.
10
11
12       That I am not of Counsel, not
13   related to counsel or to the parties hereto,
14   and am in no way interested in the outcome of
15   this event.
16
17
18
19       _____
20           KIM A. PRESCOTT
21         Certified Court Reporter
22
23
24
25
```

**-#-**

#15 [1]    15:3
#18 [1]    15:8
#19 [1]    15:10
#2 [2]    14:19    14:24
#20 [1]    15:11
#24 [1]    15:12
#25 [1]    15:13
#27 [2]    15:14    15:16
#28 [1]    15:16
#3 [1]    14:24
#30 [1]    15:16
#5 [1]    14:24

**-'-**

'05 [3]    42:19    42:22
57:4
's [1]    24:24

**-0-**

05-1969 [1]    1:5

**-1-**

1 [1]    3:5
10 [2]    13:20    22:5
12 [1]    1:19
1434 [1] 64:7
15 [1]    14:4
16 [2]    14:4    15:4
17 [2]    14:4    15:4
18 [1]    14:4
1988 [1] 5:15
1st [1]    18:3

**-2-**

2 [5]    3:7    8:21
8:22    9:2    14:3
20 [1]    14:4
2002 [3] 41:18    43:9
46:16
2005 [15]    5:24
8:11    12:1    13:22
13:25    15:25    16:10
19:15    21:4    22:14
24:16    32:22    36:12
37:17    53:25
2007 [1] 1:19
201 [1]    1:17
21 [3]    2:4    14:4
15:11
21st [1]    8:11
22 [1]    14:4    15:11
227 [1]    2:4
24 [1]    14:4
25 [1]    14:4
25th [2]    13:22    13:25
27 [1]    14:4

28 [2]    14:4    64:5
29 [2]    14:5    15:16

**-3-**

30 [4]    1:14    6:3
10:10    15:25
3500 [1] 2:8

**-4-**

4 [3]    3:9    14:18
23:8
47th [1]    1:17

**-5-**

5 [3]    3:13    14:3
15:2
5th [4]    15:25    16:9
19:15    21:3

**-6-**

6 [4]    1:14    6:3
10:10    15:3
65 [1]    3:15

**-7-**

7 [6]    13:10    13:11
14:19    15:3    18:17
19:7
70112 [1]    2:8
70170 [1]    1:18
70447 [1]    2:4
70809 [1]    2:15

**-8-**

8 [2]    15:10    15:21
8555 [1] 2:14

**-9-**

9 [2]    15:13    39:22
909 [1]    2:7

**-A-**

ability [1]    65:9
able [3] 40:16    45:25
55:22
above-named [1]
4:4
Absolutely [1]    16:13
access [1]    48:25
accordance [1]    4:7
accountant [1] 45:14
accountants [1] 52:7
accounting [6]    38:25
45:19    46:8    46:12
58:14    58:18
Act [1]    39:23
action [2]    13:16
23:24

actions [1]    23:18
acts [1]    13:1
administering [1]
4:22
advertising [3] 45:23
46:9    46:13
afford [1]    49:8
after-hour [1]    34:11
37:24
after-hours [1]    33:18
again [8]    20:7
20:12    21:17    28:14
29:14    39:6    42:20
61:22
agencies [1]    50:20
agents [1]    23:12
agreed [1]    4:3
AGREEMENT [1]
3:9
AL [1]    1:5
ANDERSON [26]
2:12    7:23    8:7
9:24    10:11    10:15
10:23    14:9    16:25
17:4    17:14    19:25
20:5    20:10    27:23
29:9    31:5    40:7
40:13    40:20    40:24
53:2    55:24    59:10
59:20    62:16
answer [10]    11:18
16:20    17:25    21:15
21:18    21:20    40:16
41:1    41:21    44:3
answers [1]    4:15
apologize [1]    25:1
appear [1]    10:16
APPEARANCES [2]
2:1    3:7
April [1]    18:7
18:8    53:25
arena [16]    29:19
29:21    31:13    31:16
31:20    33:1    34:9
34:10    34:18    34:19
35:5    35:7    35:20
35:24    36:5    36:18
Article [1]    64:7
aspect [1]    30:1
aspects [1]    49:19
assist [5]    47:4
47:9    47:14    48:7
48:19
assistant [2]    36:10
36:13
assisted [1]    48:14
assume [2]    30:15
31:7
assuming [1]    30:16
Atlanta [1]    42:13
attorney [2]    42:16
43:7
attorneys [22]    1:16
11:7    12:9    13:21

23:3    37:18    39:9
39:15    41:23    41:25
42:23    43:16    43:20
44:5    44:21    45:7
46:7    50:20    51:6
52:16    55:5    61:25
audits [3]    47:2
47:5    47:10
August [6]    5:15
15:25    16:9    19:15
21:3    32:22
authority [1]    44:15
Avenue [1]    1:17
aware [3]    6:23
8:10    46:2    52:23
53:5

**-B-**

b [4]    1:14    6:3
10:10    64:7
Barbara [10]    58:21
60:9    60:11    60:18
61:3    61:6    61:11
61:13    61:20    62:1
based [2]    15:15
28:10
basis [3] 53:13    58:15
58:16
Baton [1]    2:15
became [1]    50:9
become [2]    6:23
12:4
becomes [1]    10:9
began [1]    58:2
begin [1]    62:20
belief [2]    43:10
51:21
bell [1]    42:12
best [3]    33:24    49:18
65:9
better [1]    44:20
between [4]    4:4
34:22    36:5    57:2
big [1]    28:25
Bill [1]    50:5
bills [1]    44:1
bit [1]    46:24
Blackberries [1]
36:1
Blow [1]    16:19
bolded [1]    23:10
book [1] 50:7
Booth [11]    58:21
59:6    60:9    60:11
60:19    61:3    61:7
61:12    61:13    61:20
62:1
Boulevard [1]    2:14
BOURQUE [1] 2:6
break [1]    17:8
Brendon [1]    9:12
BRIAN [1]    2:7

brief [4] 8:23    28:6
53:18    62:24
broad [3]    26:13
28:17    46:23
brought [1]    47:23
47:23    48:2
BURAS [38]    2:3
3:13    5:6    8:4
8:9    8:25    10:4
10:13    10:21    10:25
14:16    14:20    14:23
17:2    17:10    17:23
19:22    20:3    20:16
21:5    21:12    28:3
28:8    30:3    31:11
40:22    41:8    50:23
51:1    53:6    53:20
53:22    56:3    59:15
60:1    62:14    62:18
63:1
Burke [1]    9:9
Business [4]    6:1
17:20    26:11    48:23

**-C-**

C [1]    1:7    65:1
65:1
C.C.R [1]    64:25
calendar [14]    29:18
31:13    31:15    31:17
31:19    32:19    32:25
33:6    33:10    33:13
33:20    33:21    36:15
36:17
capacity [1]    26:17
Capella [4]    44:10
44:11    44:15    44:19
CAPTION [1]    3:5
captured [1]    33:5
CARRERE [2]    1:16
2:12
case [7]    6:25    7:19
8:12    8:13    8:13
12:24    34:3
cases [1]    50:18
categories [2]    21:14
21:15
caused [1]    60:7
cease [1]    23:14
42:17
certain [2]    12:20
51:20
CERTIFICATE [1]
3:15
certification [1]
4:10
Certified [1]    1:24
2:20    4:20    64:3
65:3    65:21
certify [2]    13:15
65:5
chain [3]    10:2
10:7    10:18
change [1]    13:10
18:5    29:13

**changed** [3]    15:5
17:19    18:2
**changes** [1]    64:14
**charge** [2]    26:5
49:22
**charged** [1]    58:19
**Charles** [1]    1:17
**Charlotte** [6]    5:17
41:24    42:7    43:20
44:8    45:18
**chief** [1] 44:11
**Chris** [2]    9:18
58:1
**circled** [11]    14:2
14:11    14:24    15:2
15:3    15:4    15:12
15:12    15:14    19:12
21:14
**cities** [1]    41:24
**city** [2]    42:21    45:18
**Civil** [3] 4:6    64:6
64:8
**clarification** [2]
8:3    20:6
**clarify** [1]    17:24
**Code** [2] 4:7    64:7
**Collective** [1]    13:16
**coming** [4]    48:10
51:2    52:5    54:16
**communicated** [1]
24:17
**complaint** [3]    7:5
7:8    7:15
**complaints** [1]    7:12
**computer** [4]    23:15
23:17    56:6    60:3
**concert** [1]    33:14
**conducted** [5]    55:15
55:21    56:6    56:13
61:2
**conference** [1]    24:18
**conferring** [1]    17:11
**confirm** [3]    34:18
35:20    37:7
**confirmed** [2]    34:23
35:24
**confirming** [2]    35:5
36:6
**consultant** [2]    49:14
51:10
**consultants** [10]
23:12    46:15    46:20
47:4    47:9    47:14
47:18    48:7    48:14
48:17
**contact** [5]    39:16
52:8    61:11    61:19
61:25
**contacted** [1]    34:10
**contain** [2]    54:11
54:15
**contractors** [1] 23:13

**conversation** [1]
24:14
**copied** [1]    53:11
**copies** [17]    7:11
7:17    29:16    30:10
32:6    32:8    32:23
32:24    34:14    35:3
35:9    35:12    35:16
37:21    38:15    38:23
54:20
**copy** [14]    7:4
7:8    25:19    25:22
28:21    28:22    29:18
32:2    32:3    39:22
59:7    60:4    62:8
62:11
**corporate** [1]    6:3
**correct** [15]    5:17
6:5    6:6    11:3
11:4    11:22    11:23
12:1    16:4    16:5
21:1    27:3    44:13
62:6    65:8
**correspondence** [3]
36:4    37:4    37:13
**Council** [1]    41:15
**counsel** [18]    3:9
4:4    8:11    14:21
17:12    17:12    19:23
24:7    34:3    44:13
47:1    47:2    48:13
54:20    58:25    61:19
65:12    65:13
**couple** [1]    37:1
**court** [17]    1:1
1:24    2:20    4:20
5:3    6:5    7:5
7:12    7:15    8:13
15:5    15:11    15:14
64:3    64:15    65:3
65:21
**court's** [3]    14:22
15:8    15:15
**current** [1]    5:19

**-D-**

**D** [1]    3:1
**DAIGLE** [1]    2:3
**daily** [1] 59:7
**Dan** [1]    50:6
**DANIEL** [1]    2:3
**dashes** [2]    64:13
64:17
**data** [3]    49:2    54:12
57:8
**date** [3] 7:3    18:2
35:21
**dates** [6] 34:14    35:25
36:6    36:17    37:1
37:8
**Dave** [8] 9:9    54:10
55:16    56:12    56:15
57:11    57:18    57:20
**decided** [1]    42:21
**decisions** [1]    44:16

**defendant** [2]    8:16
23:11
**Defendants** [1]    2:10
**defenses** [1]    8:17
**defer** [1] 11:17
**defined** [1]    64:5
**demand** [1]    23:11
**DENEGRE** [2]    1:16
2:12
**denoted** [1]    64:21
**department** [4]    26:6
38:25    58:19    61:2
**deposition** [13]    11:14
6:7    10:19    11:22
14:3    46:5    50:15
52:5    54:16    60:6
61:11    61:24    63:4
**designated** [12]    12:8
37:19    39:8    46:6
48:11    48:18    48:21
49:25    50:17    54:18
55:21    61:18
**desist** [1]    23:14
**destroy** [1]    27:9
**destroyed** [1]    24:1
**destruction** [6]    23:15
23:16    23:16    23:19
25:13    26:19
**determine** [1]    56:7
**Development** [1]
41:14
**Diamond** [1]    33:14
**different** [4]    14:1
18:19    42:23    46:2
**Dimple** [1]    38:11
**direct** [4]    20:15
20:22    27:11    39:15
**directed** [2]    11:12
19:18
**direction** [2]    27:6
65:7
**directions** [1]    13:1
**directly** [1]    18:23
**directors** [2]    24:25
57:6
**disclosures** [2] 8:14
11:8
**discourse** [1]    64:12
**discoverable** [3]
8:16    9:5    11:2
**discovery** [9]    6:10
7:18    8:1    8:2
12:10    12:14    12:22
12:23    14:7
**discussion** [4]    8:23
28:6    53:18    62:24
**disseminate** [1] 32:10
**disseminated** [2]
37:12    37:14
**distinction** [1]    34:22
**distribute** [1]    31:18
**distributed** [2]    32:5
**DISTRICT** [2]    1:1

**document** [36]    7:21
8:20    9:1    13:9
13:12    13:17    13:20
14:18    15:20    21:22
22:4    22:7    22:11
22:11    22:22    22:23
22:24    23:2    23:6
23:9    23:15    25:13
25:20    26:2    26:15
26:22    27:2    28:11
29:1    30:20    39:21
40:1    40:4    40:6
40:14    41:2
**documentation** [1]
23:18
**documents** [16] 6:16
6:19    12:20    13:14
20:21    22:1    22:2
24:1    25:11    27:9
28:23    29:3    30:22
30:25    32:24    41:11
**doesn't** [1]    10:1
**Dome** [2]    33:15
33:16
**Donahue** [1]    9:12
**done** [4] 30:18    37:3
42:4    58:15
**down** [3]    41:23
42:9    46:24
**draft** [1] 33:9
**drive** [1] 35:10
**drives** [1]    23:17
**due** [2]    38:1    64:11
**duly** [1] 5:2
**dumps** [1]    23:15
**Dunbar** [3]    42:5
43:23    44:7
**during** [2]    14:2
25:24    33:15
**duties** [3]    18:3
18:12    18:14    26:2
38:5
**duty** [1] 18:19

**-E-**

**E** [4]    2:3    3:1
65:1    65:1
**e-mail** [12]    13:14
34:20    34:23    35:24
37:4    37:12    37:15
54:1    54:2    54:11
55:13    60:24
**e-mails** [17]    32:24
35:4    35:10    35:13
35:16    54:21    55:10
55:12    55:13    55:15
55:16    55:23    56:8
56:11    57:7    57:24
58:2
**early** [2] 42:5    62:22
**EASTERN** [1]    1:2
**Economic** [1]    41:14
**either** [4]    36:1
37:18    51:4    52:6

**electronic** [1]    32:3
32:6
**electronically** [1]
60:23
**eliminate** [1]    19:24
**Emergency** [1]    13:14
**employed** [3]    5:10
5:13    57:11
**employees** [6]    9:21
9:22    23:12    24:9
26:16    27:7
**ensure** [2]    23:25
27:6
**entered** [2]    39:3
39:11
**entities** [1]    23:14
**ESQUIRE** [5]    2:3
2:7    2:12    2:13
3:13
**Essence** [1]    33:16
**ET** [1]    1:5
**EUGENE** [1]    1:5
**evaluate** [1]    49:10
**evaluation** [1]    51:16
**event** [12]    31:23
31:24    35:19    35:19
35:21    35:23    35:25
36:20    36:23    37:2
37:24    65:15
**events** [14]    31:20
33:3    33:4    33:4
33:5    34:11    34:15
34:19    35:6    36:7
36:18    37:9    38:20
38:21
**evidence** [3]    10:3
10:7    10:18
**exactly** [2]    14:14
49:16
**EXAMINATION** [2]
3:11    5:5
**examined** [1]    5:3
**example** [1]    38:7
**except** [2]    4:13
50:4
**exception** [1]    15:10
**exclusively** [1] 10:6
**excuse** [1]    25:11
35:4    54:24
**Executive** [1]    5:21
5:25
**executives** [1] 48:18
**exhibit** [10]    8:22
9:2    14:19    14:19
15:21    18:17    19:7
21:24    22:5    39:22
**expedited** [1]    13:13
22:3
**extent** [2]    10:8
44:9

**-F-**

**F** [1]    65:1

facilities [1]        38:19
fade [1] 29:14
far [1]  50:19
fashion [1]           37:25
faxed [1]             60:22
Federal [5]           4:6
  6:4      7:5        8:12
  64:6
Felson [7]            54:10
  55:16   56:12  56:15
  57:11   57:18  57:20
Festival [1]          33:16
figure [1]            17:6
filed [8] 6:24        8:13
  35:2    39:8        45:6
  56:22   56:24  57:4
filing [1]            4:11
finances [1]          52:21
financial [5]         28:15
  30:1    46:22  49:2
  53:8
fine [2] 10:22        62:17
finished [3]          11:18
  11:20   54:25
firm [3]  42:7        44:7
  45:23
firms [14]            41:17
  42:1    42:2        44:16
  44:21   45:2        45:4
  45:10   45:20  46:9
  46:9    46:13  46:13
  46:13
first [18] 5:2        6:7
  6:23    17:5        19:5
  22:11   22:12  22:18
  27:18   28:16  34:16
  42:20   43:17  49:24
  45:11   47:12  49:24
  57:2
FISSE [1]             2:3
five [1] 9:4
flipped [1]           7:9
Floor [1]             1:17
focus [1]             19:20
follow [1]            20:2
follows [1]           5:4
FONTANA [1] 2:6
foregoing [1]         65:5
form [8] 4:14         32:2
  51:14   53:3        55:25
  59:11   59:21  60:24
formalities [1]       4:9
format [2]            37:4
  38:1
formed [1]            44:20
forth [2] 23:5        36:5
found [2]             35:13
  45:14
Four [1] 2:14
fourth [1]            46:3
frequently [1]        48:1
front [1] 19:8

full [1]  5:7
function [2]          33:19
  58:14
functions [1]         37:24

-G-

game [5] 30:5         30:6
  53:12   53:24  58:15
games [4]             33:14
  33:15   36:19  58:10
gather [1]            11:10
  11:12
general [3]           16:14
  26:22   27:21
generated [2]         53:8
  53:12
generation [1]        48:20
given [2]             24:23
  24:24
gone [1] 55:11
good [2] 29:8         62:19
group [8]             24:9
  24:10   24:12  24:21
  24:22   25:2        25:2
  47:24
guess [3]             7:1
  42:24   43:12

-H-

H [1]    15:9
hand [1] 22:4
handed [2]            25:19
  25:22
hard [6] 23:17  32:2
  32:24   35:10  59:6
  60:4
heard [1]             11:24
HEIDINGSFELDER
  [2]          2:13   21:2
held [4] 8:24         28:7
  53:19   62:25
help [4] 14:21  18:14
  41:10   47:1
hereby [5]            4:5
  4:11    23:11  64:9
  65:5
hereto [1]            65:13
Highway [1]           2:4
hire [1]  47:19
historian [1]         29:5
  29:6
holder [1]            33:9
home [2]              53:24
  58:10
Hopefully [1]         36:24
Hornets [86]          1:8
  5:12    5:14        5:20
  6:11    7:18        9:7
  9:10    9:13        9:16
  9:19    11:25  12:15
  12:24   13:2        15:21
  16:3    18:9        24:9
  25:3    26:3        31:22

33:19    34:11  35:4
35:5     36:6        38:8
38:16    39:3        39:11
39:12    39:16  39:18
41:18    42:14  42:18
42:20    42:22  43:11
43:6     43:15  43:23
43:25    44:1        44:5
44:13    44:17  44:21
45:10    45:13  45:17
45:20    45:24  46:10
46:14    46:19  47:1
47:3     47:7        47:8
47:12    47:13  48:2
48:12    48:15  48:19
49:1     49:2        49:6
49:8     49:14  49:17
50:10    51:11  51:18
52:7     54:19  55:21
56:13    56:16  56:19
57:12    58:9        59:19
60:16
Hornets' [1]          14:7
House [1]             41:13
Human [1]             52:25
hundred [1]           43:10
hundred-page [1]
  41:2
hurricane [1]         28:25

-I-

identified [8]        9:5
  10:10   11:1        21:23
  33:10   33:13  44:22
  50:16
identifying [1]       8:15
identities [1]        45:9
  48:13
including [1]         4:9
indicate [2]          64:13
  64:17
indicated [5]         16:2
  21:6    31:12  55:7
  62:4
indicates [1]         13:21
  23:10
indicating [1]        25:18
individual [1]        44:4
individuals [1]       8:15
industry [1]          47:19
information [61]
  6:14    6:15        6:17
  6:20    8:16        9:6
  11:3    11:6        11:10
  11:13   12:4        12:9
  13:3    13:6        14:1
  16:7    18:21  20:24
  21:8    23:5        23:20
  32:17   32:18  33:12
  33:25   34:3        34:6
  37:20   37:21  39:2
  39:10   39:17  39:23
  40:3    49:1        49:4
  49:13   49:17  51:3
  51:10   57:11  58:2
  58:5    58:7        58:10

58:25    59:1        59:3
59:8     59:9        59:17
60:3     60:8        60:8
60:15    60:15  60:19
61:12    61:14  62:2
62:5
initial [3]           8:14
  11:8    22:2
inquiry [1]           27:22
instance [1]          31:2
instead [1]           50:12
instruct [1]          61:24
instructed [1]        6:18
instruction [3]       20:2
  24:23   25:9
instructions [1] 24:15
interaction [1]       64:11
interested [1]        65:14
interviewed [2] 30:25
  31:3
investigate [12] 13:8
  16:18   16:19  18:15
  19:19   20:20  20:23
  27:17   27:19  46:6
  48:12   54:19
investigated [4]
  12:13   16:17  52:12
  60:7
investigating [2]
  45:8    51:5
investigation [6]
  14:6    16:17  18:25
  19:14   20:23  56:5
invited [1]           27:8
involved [1]          26:2
involvement [1]
  6:9
issue [1] 10:3
issued [2]            22:2
  26:15
issues [10]           10:1
  10:20   46:6        46:10
  46:22   47:15  51:6
  52:25   53:9        56:12
item [1] 28:16

-J-

Jack [1] 44:10
JANE [1]              2:13
January [2]           42:19
  42:22
JENNIFER [1] 2:12
Jessica [1]           38:11
job [1]  49:21
Jobs [1] 39:23
Joe [1]  16:18
Johnson [2]           42:11
  44:7
Jonathan [1]          57:21
Jones [8]             1:15
  2:11    42:4        43:8
  43:9    43:18  43:19
  44:6

JR [1]   2:3
July [4] 8:21         11:22
  13:25   24:16
June [1] 24:16

-K-

keeper [1]            55:13
kept [1] 38:24
KESSENICH [1]
  2:3
KIM [7] 1:23          2:19
  4:20    64:3        64:25
  65:3    65:20
kind [1] 47:14
KNIGHT [1]            2:7
knowledge [6]         33:24
  45:22   46:18  47:6
  47:11   50:21
known [1]             30:20
knows [1]             14:14
  50:19   50:21
KPMG [4]              45:15
  45:16   45:17  45:21
Kristy [17]           9:6
  11:9    11:15  16:2
  16:18   18:18  18:23
  19:2    28:18  30:11
  30:19   30:24  32:1
  32:13   32:17  32:18
  32:23

-L-

L [1]    2:12         4:1
labor [2] 43:16  43:20
lack [1] 44:19
language [1]          15:6
large [2] 24:21  25:2
last [12] 7:7         7:9
  7:14    7:16        13:20
  15:23   22:10  22:12
  22:16   22:17  22:21
  22:25
late [1] 50:13
law [7]  1:17         41:17
  42:1    42:2        44:16
  45:9    46:13
lawsuit [1]           12:10
lawsuits [1]          12:5
lawyer [1]            41:13
lawyers [1]           41:17
Laycamp [2]           57:21
  57:23
leaders [1]           47:20
league [7]            48:22
  49:9    51:9        58:12
  62:4    62:8        62:11
leased [1]            39:11
leases [7]            38:15
  38:15   38:18  38:23
  39:2    39:10  39:18
least [1] 48:4
leave [1] 9:21

Case 2:05-cv-01969-HGB-ALC    Document 159-15    Filed 10/15/2007    Page 20 of 23
SAMUEL RUSSO                    Condensed!™                    left - place
9/12/07

| | | | | |
|---|---|---|---|---|
| **left** [1]  64:18 | **may** [26] 5:23   8:17 | 13:10   42:11   45:1 | **off** [7]   8:24   28:4 | 15:2   15:3   15:13 |
| **legal** [1] 44:12 | 14:21   18:3   22:8 | 46:8   50:17   57:16 | 28:7   53:5   53:19 | 15:10   15:13   15:13 |
| **letters** [1]      36:5 | 22:17   22:22   23:19 | 57:19 | 62:23   62:25 | 15:23   23:8   64:1 |
| **liaison** [2]     29:21 | 25:22   33:20   33:20 | **names** [9]      9:4 | **offered** [1]     49:8 | **paper** [2]      7:2 |
| 34:8 | 37:17   39:3   39:11 | 41:25   45:3   45:9 | **office** [4]     28:19 | 7:2 |
| **LIGER** [1]     1:5 | 44:10   45:10   52:13 | 46:1   47:22   48:13 | 29:4   34:15   39:5 | **paragraph** [7]   23:10 |
| **likely** [5]      8:15 | 52:21   52:25   54:22 | 50:3   64:19 | **officer** [2]     44:12 | 23:21   25:17   25:20 |
| 23:19   33:7   33:22 | 55:1   55:7   55:16 | **narrowed** [1]   46:23 | 64:5 | 26:20   26:23   27:5 |
| 33:23 | 57:4   57:6   61:5 | **NBA** [19]      1:8 | **offices** [1]     38:22 | **Parenti** [1]     9:15 |
| **limit** [2] 26:21   27:22 | **McKearn** [8]     9:6 | 47:2   47:5   47:10 | **officials** [1]    51:9 | **part** [5]  6:7   26:1 |
| **LIMITED** [1]     1:9 | 11:9   11:15   11:25 | 48:18   48:24   49:25 | **officiated** [1]   4:22 | 28:14   28:16   42:18 |
| **litigation** [15]    6:5 | 16:2   18:18   28:18 | 51:4   51:8   51:13 | **often** [1] 32:7 | **participate** [2]  11:5 |
| 6:24   7:3   12:15 | 30:11 | 58:5   58:10   59:2 | **Oklahoma** [1]   45:18 | 19:18 |
| 18:24   23:21   32:20 | **mean** [8]      12:21 | 59:18   60:20   60:23 | **old** [1]   36:4 | **parties** [1]     65:13 |
| 35:2   37:20   39:7 | 28:24   29:7   29:8 | 61:15   61:21   62:2 | **once** [2] 39:6   48:4 | **PARTNERSHIP** [1] |
| 45:6   46:7   56:21 | 30:16   42:3   43:12 | **necessary** [2]   23:12 | **one** [23]  10:17   11:2 | 1:9 |
| 56:24   57:4 | 55:12 | 23:13 | 18:13   21:16   22:8 | **party** [1] 33:9 |
| **locally** [1]     42:4 | **meant** [1]      50:14 | **need** [11]      16:11 | 28:25   29:2   30:17 | **past** [1]  19:16 |
| **locate** [1]     55:22 | **Medium** [1]     25:4 | 16:21   17:15   20:6 | 32:13   33:24   38:11 | **Paul** [3]  19:4   50:5 |
| **located** [2]     59:2 | **meeting** [1]     27:8 | 20:11   40:8   40:15 | 39:9   42:24   42:24 | 50:9 |
| 59:3 | **memo** [1]      37:4 | 40:17   41:3   41:21 | 43:2   44:12   46:3 | **pauses** [1]     64:14 |
| **location** [1]    38:16 | **memos** [1]     37:13 | 46:23 | 50:5   54:12   57:9 | **pay** [1]  44:1 |
| **locations** [3]   38:6 | **message** [1]    24:17 | **negative** [1]    29:7 | 58:21   61:19   61:25 | **payrolls** [1]    21:10 |
| 38:7   39:4 | **method** [1]     64:15 | **Neil** [1]  33:14 | **ones** [5]  14:10   14:14 | **people** [12]     18:20 |
| **longer** [1]     17:19 | **might** [6]      16:8 | **never** [4]      20:22 | 19:13   43:3   46:2 | 24:21   24:22   25:5 |
| **look** [11] 8:20   13:19 | 31:1   55:22   59:2 | 21:6   55:12   60:17 | **open** [1] 28:17 | 25:7   25:7   32:13 |
| 14:17   15:20   16:15 | 59:3   60:8 | **new** [16]  1:8   1:18 | **operating** [1]   44:11 | 47:17   47:19   47:22 |
| 21:22   23:8   27:14 | **mind** [1] 13:11 | 2:8   5:12   26:3 | **operation** [2]   49:11 | 47:23   48:1 |
| 27:20   35:15   39:25 | **mine** [1] 18:20 | 38:8   42:21   43:17 | 49:19 | **per** [2]   15:7   58:15 |
| **Louisiana** [13]   1:2 | **Miss** [5] 11:22   11:24 | 45:11   45:24   46:21 | **operations** [9]   5:22 | **percent** [1]    43:11 |
| 1:18   2:4   2:8 | 11:24   14:2   59:6 | 47:8   47:13   49:24 | 6:1   17:21   26:11 | **person** [40]     11:9 |
| 2:15   4:5   4:23 | **modification** [2] | 50:5   57:3 | 48:23   54:5   54:7 | 11:11   11:16   12:4 |
| 39:24   39:24   41:15 | 23:17   23:20 | **next** [4] 15:13   26:24 | 54:9   57:6 | 12:8   16:3   18:18 |
| 64:4   64:7   65:4 | **modified** [3]    15:5 | 28:19   31:21 | **opportunity** [2] 19:11 | 24:19   24:20   28:19 |
| | 15:11   15:14 | **night** [2] 7:10   7:16 | 27:14 | 30:21   31:12   31:16 |
| **-M-** | **moment** [2]     15:18 | **NILES** [1]     2:6 | **opposed** [1]    49:12 | 34:8   34:9   37:18 |
| | 27:20 | **normally** [1]    37:5 | **Ops** [1]  26:11 | 37:19   38:10   38:12 |
| **M-O-T-T** [1]    19:4 | **months** [3]     31:21 | **nothing** [5]     15:2 | **order** [5] 13:17   14:22 | 38:14   39:8   39:9 |
| **Madisonville** [1] | 32:7   32:9 | 15:3   19:14   29:25 | 15:8   15:15   19:20 | 39:15   45:8   46:5 |
| 2:4 | **morning** [1]     63:6 | 41:6 | **organization** [8] | 48:6   48:11   49:9 |
| **maintain** [4]    31:15 | **most** [3] 28:14   33:22 | **notified** [2]    24:3 | 13:3   18:20   29:5 | 50:16   50:18   50:20 |
| 36:15   39:4   42:23 | 33:23 | 24:6 | 30:21   32:11   39:17 | 51:5   52:6   54:17 |
| **maintained** [7]  31:13 | **Motion** [1]     13:15 | **notify** [1]      23:11 | 42:18   49:10 | 55:4   55:20   57:19 |
| 37:25   38:15   38:23 | **Mott** [3] 19:4   50:5 | **November** [1]    12:1 | **Orleans** [15]    1:8 | 58:24   61:19   61:25 |
| 59:6   60:2   60:14 | 50:9 | **now** [2]  12:19   18:17 | 1:18   2:8   5:12 | **personal** [7]     24:8 |
| **maintaining** [1] 29:3 | **move** [2]      19:16 | **number** [1]     29:2 | 26:3   38:8   42:22 | 27:10   36:9   36:13 |
| **management** [1] | 41:22 | **numbers** [3]     14:3 | 43:17   45:11   45:24 | 43:2   43:7   65:7 |
| 49:8 | **moved** [2]      43:17 | 19:11   20:20 | 46:21   47:8   47:13 | **personally** [1]  16:17 |
| **manager** [5]     54:3 | 57:3 | | 49:25   57:3 | **personnel** [1]   46:16 |
| 54:4   54:5   54:6 | **MS** [26]  7:23   8:7 | **-N-** | **outcome** [1]    65:14 | **persons** [6]     9:5 |
| 54:9 | 9:24   10:11   10:15 | | **outside** [5]     17:7 | 13:2   23:14   24:11 |
| **managers** [1]    27:7 | 10:23   14:9   16:25 | **N** [2]   3:1   4:1 | 46:14   47:1   47:2 | 26:9   39:16 |
| **Marie** [1]      9:15 | 17:4   17:14   19:25 | **name** [8]      5:7 | 47:4 | **pertains** [2]     26:19 |
| **mark** [2] 15:4   21:24 | 20:5   20:10   21:2 | | **overtime** [3]    7:5 | 26:20 |
| **marked** [10]     8:21 | 27:23   29:9   31:5 | | 8:12   8:13 | **Phelps** [3]     42:5 |
| 9:2   13:9   14:18 | 40:7   40:13   40:20 | **O** [1]   4:1 | **own** [3] 27:10   36:15 | 43:23   44:6 |
| 15:21   18:17   19:6 | 40:24   53:2   55:24 | **oath** [2]  4:22   5:4 | 43:2 | **phone** [4]      34:21 |
| 19:12   22:5   39:22 | 59:10   59:20   62:16 | **object** [1]      50:24 | **owner** [2]      51:25 | 34:24   36:2   61:7 |
| **marketing** [1]   49:20 | **multiple** [1]    50:1 | **Objection** [5]    9:25 | 52:1 | **phonetically** [2] |
| **married** [1]     38:13 | 50:2 | 53:3   55:25   59:11 | | 57:22   64:22 |
| **material** [1]    64:21 | | 59:21 | **-P-** | **phrase** [1]     64:21 |
| **matters** [6]     27:17 | **-N-** | **objections** [1]    4:13 | | **phrases** [1]    64:18 |
| 41:20   44:6   45:8 | **N** [2]   3:1   4:1 | **obligations** [1]  18:14 | **P** [2]   4:1   23:25 | **place** [4]      24:15 |
| 48:12   54:19 | **name** [8]      5:7 | **obtain** [1]      11:12 | **page** [13]      3:3 | 37:5   38:22   62:19 |
| | | 61:12 | 13:20   13:20   14:18 | |
| | | **obtained** [1]    62:9 | | |
| | | **occasionally** [1] | | |
| | | 28:20 | | |

**places** [1]           39:12
**plaintiff's** [4]     16:9
  18:15   19:6        21:25
**plaintiffs** [5]      2:2
  6:11   6:24   12:15
  12:24
**Plaintiffs'** [2]    13:13
  13:15
**play** [1]   16:6
**played** [2]          13:5
  14:6
**Plaza** [2]           2:14
  2:14
**point** [40]          11:9
  11:16   12:3   12:4
  12:8   16:3   16:3
  18:18   21:21   27:21
  27:22   28:19   35:1
  37:19   39:9   39:14
  39:15   45:5   45:7
  46:5   48:11   50:14
  50:16   50:18   51:5
  52:4   52:6   52:16
  54:15   54:17   55:4
  55:20   57:16   58:24
  60:5   61:17   61:18
  61:23   61:24   63:3
**pointed** [1]        11:15
**POITEVENT** [2]
  1:16   2:12
**policies** [5]        26:3
  26:8   26:15   26:22
  27:2
**portion** [1]       10:19
**position** [7]       5:19
  5:23   18:1   29:19
  38:1   38:4   57:14
**positions** [1]      26:18
**Poydras** [1]        2:7
**practices** [2]     49:18
  49:20
**pre-season** [1]    30:6
**preparation** [4]  11:6
  40:5   47:5   47:9
**prepare** [2]        40:3
  41:10
**prepared** [1]      18:10
**preparing** [1]     41:7
**PRESCOTT** [7]
  1:23   2:19   4:20
  64:3   64:25   65:3
  65:20
**presentations** [1]
  48:3
**president** [8]     5:21
  5:25   17:20   17:22
  18:6   18:8   18:13
  50:10
**press** [1] 49:20
**pretty** [6]        14:13
  16:14   26:13   28:17
  28:17   29:4
**previous** [2]      26:17
  41:10
**previously** [7]   8:20

**Procedure** [3]     4:6
  14:2   19:12   21:14
  21:23   39:21   44:22
  64:6   64:8
**procedures** [1]   26:9
**proceeding** [2]  64:12
  64:16
**procure** [1]        38:6
**procured** [1]     39:24
**produce** [5]        6:15
  13:3   21:7   34:5
  54:20
**produced** [2]     30:10
  34:2
**producing** [1]   31:25
**production** [8]  13:13
  16:7   18:16   19:6
  20:20   22:1   27:15
  40:5
**Program** [1]      39:23
**projects** [11]     17:22
  18:6   18:9   18:13
  23:25   25:25   26:12
  27:12   29:20   38:2
  38:5
**proper** [1]       64:15
**property** [1]      39:4
**propounded** [2] 6:10
  12:21
**Protective** [1]   13:14
**provide** [7]        6:19
  12:9   18:15   35:3
  49:14   51:10   51:17
**provided** [12]     7:17
  11:7   13:21   15:24
  23:3   25:10   26:9
  32:17   48:25   49:5
  49:16   53:1
**providing** [2]     11:6
  33:19
**purges** [1]        23:15
**purposes** [2]     43:22
  63:5
**Pursuant** [1]     18:12
**put** [1]   19:8

**-Q-**

**Quality** [1]       39:23
**questions** [7]     4:14
  6:14   12:25   15:9
  16:20   28:10   30:2
**quick** [1]        39:25
  63:3
**quickly** [2]      14:13
  41:1

**-R-**

**R** [1]   65:1
**R-E-E-D** [2]        50:7
  50:8
**range** [1]        22:14
**Ray** [2]   42:15   43:24

**read** [9]   13:25   14:10
  14:12   14:12   15:18
  21:17   28:12   40:11
  50:7
**reading** [2]        4:10
  27:24
**real** [1]   63:2
**really** [1]       59:23
**reask** [1]         59:14
**reason** [1]         38:8
**receive** [1]        32:8
**received** [4]      32:6
  32:14   52:21   57:10
**record** [10]        5:8
  8:24   28:5   28:7
  53:17   53:19   62:23
  62:25   63:2   64:10
**Reed** [1] 50:6
**refer** [2] 15:23   39:20
**reference** [1]     64:20
**referring** [1]     39:10
**regarding** [9]     17:25
  18:24   25:10   39:11
  49:1   52:7   53:8
  55:17   57:7
**regards** [1]       41:19
**regional** [1]      38:22
**regular** [2]        30:6
  53:11
**regularly** [1]     53:8
**relate** [2]         6:18
  13:1
**related** [18]       6:9
  6:14   12:5   12:10
  13:14   14:3   32:18
  39:2   39:17   46:16
  51:4   52:21   52:25
  55:15   56:12   58:25
  61:12   65:13
**relates** [4]       21:10
  27:4   29:2   30:1
**relating** [2]      46:21
  52:9
**Relationship** [1]
  43:24
**relevant** [1]      23:20
**remember** [28]     22:10
  22:12   22:21   24:11
  25:15   25:23   28:23
  29:1   30:14   30:17
  30:24   31:2   31:25
  32:23   39:13   41:25
  42:2   42:7   43:22
  47:22   50:3   54:8
  54:23   55:3   57:5
  57:15   57:17   57:19
**rented** [3]         38:7
  39:12   39:18
**renting** [1]       38:17
**rep** [3]   50:1   51:4
  51:8
**rephrase** [1]      33:15
**replaced** [2]      57:18
  57:20

**report** [4]        18:23
  19:2   51:17   52:20
**reported** [4]       1:22
  2:19   19:4   65:6
**Reporter** [7]       1:24
  2:20   4:21   5:3
  64:4   65:4   65:21
**Reporter's** [3]     3:15
  64:1   64:16
**reports** [11]      27:11
  28:15   49:11   51:13
  51:22   52:9   52:13
  52:17   52:19   52:24
  53:7
**representative** [4]
  6:4   48:21   48:24
  49:5
**Representing** [2]
  2:2   2:10
**reps** [2]   50:17   50:19
**request** [12]       6:17
  13:13   15:6   15:7
  16:9   16:16   18:16
  19:6   20:14   20:15
  20:20   23:5
**requested** [1]     18:22
**requests** [14]      6:10
  6:16   12:14   12:23
  13:4   14:1   14:8
  15:18   15:22   16:15
  20:25   21:25   27:15
  32:20
**require** [1]        62:5
**required** [1]      58:12
**researching** [1]   51:5
**reserved** [1]       4:15
**Resources** [1]     52:25
**response** [15]      6:12
  13:24   15:1   21:19
  22:20   23:23   25:12
  30:9   30:13   32:15
  32:19   34:13   50:11
  53:14   57:1
**responses** [9]      7:18
  7:25   8:1   8:2
  14:7   15:22   15:24
  18:10   18:15
**responsibilities** [1]
  18:4   26:1   38:6
**responsibility** [2]
  18:21   58:20
**responsible** [1]   40:2
**responsive** [6]     6:12
  13:4   16:8   20:24
  31:1   32:25
**responsiveness** [1]
  4:15
**resume** [1]        63:6
**retain** [1]        48:7
**retained** [4]      47:1
  47:4   47:8   47:13
  59:18   59:24   60:9
  60:14
**retention** [4]     26:2
  26:15   26:22   27:2

**retrieved** [1]     56:8
**revenue** [4]       47:15
  48:20   49:2   52:22
  53:9   53:12   54:12
  55:18   57:7
**review** [8]        14:15
  16:1   19:11   28:10
  40:8   40:15   40:17
  41:3
**reviewed** [4]       7:4
  7:7   7:14   21:13
**reviewing** [1]     28:11
**Richard** [1]      41:13
**Richardson** [1]   38:11
**right** [25]         6:21
  8:10   8:19   12:2
  15:17   18:1   21:21
  22:13   25:17   25:24
  28:9   30:4   30:8
  30:12   31:10   34:1
  36:24   39:20   41:9
  46:12   46:25   47:12
  51:19   55:9   62:7
**ring** [1]   42:12
**Rochon** [3]         8:21
  11:24   13:10
**Rochon's** [2]      11:22
  14:3
**role** [5]   13:5   14:6
  16:6   25:24   40:4
**Rosenthal** [1]     42:12
**Rouge** [1]          2:15
**routinely** [1]      58:9
**rude** [1]   29:11
**Rule** [1] 64:5
**rules** [6] 4:6   58:12
  62:5   62:9   62:12
  64:6
**Russo** [5]          1:15
  5:1   5:9   13:12
  63:5

**-S-**

**S** [1]   4:1
**Saints** [1]        33:15
**sale** [3]   23:16   47:15
  53:9
**sales** [25]        36:25
  38:22   47:20   47:24
  47:25   48:7   48:14
  48:17   48:20   49:1
  49:15   49:20   49:21
  53:12   53:24   54:5
  55:17   57:7   58:10
  59:1   59:7   60:15
  61:14   61:20   62:1
**Sam** [1]   27:25
**Samuel** [3]         1:14
  5:1   5:9
**save** [3]   19:20   55:12
  55:12
**saved** [1]         23:17
**saw** [3]   19:5   22:11
  22:11

says [1] 15:24
schedule [4]        29:16
30:5  34:12  36:23
scheduled [2]  34:19
35:6
schedules [1]  30:7
sealing [1]  4:10
search [4]        55:15
55:22  56:11  61:1
season [3]  33:8
33:15  47:25
seat [1]  35:19
second [2]        8:6
21:25
secretary [2]  36:9
36:13
SECTION [1]  1:7
see [5]  13:23  14:25
20:1  22:24  23:21
select-a [1]  35:18
select-a-seat [6]
33:3  34:10  36:20
36:23  37:1  37:8
seminars [1]  47:21
send [2] 31:16  57:23
sending [1]  58:2
Senior [7]  17:21
18:12  23:25  25:25
27:12  38:2  38:4
sent [14] 12:14  12:22
12:23  35:4  35:5
36:5  51:22  51:24
54:2  55:17  56:11
57:6  58:4  60:23
September [1]  1:19
served [1]  26:16
server [1]  35:13
servers [1]  56:6
set [4]  21:25  22:1
22:3  23:5
sets [1]  42:23
several [1]  42:10
Shinn [6]        42:25
52:8  52:13  52:17
52:20  53:1
short [1] 17:8
shorthand [1]  65:6
signing [1]  4:10
similar [2]        52:20
57:23
single [1]  49:25
sit [9]  12:7  12:12
32:16  52:11  56:4
56:10  58:23  59:5
59:16
sitting [1]  11:21
slips [1] 10:8
small [2]  24:22
25:2
someone [4]  6:19
20:22  24:3  51:23
Sometime [1]  18:7

sometimes [4]  34:20
34:21  37:15  37:15
space [1]  39:5
spaces [2]  39:12
39:18
speak [1]  30:4
special [11]  17:22
18:6  18:9  18:13
23:25  25:25  26:12
27:12  29:20  38:2
38:5
specialists [1]  47:24
specific [17]  6:9
6:13  12:16  13:1
13:6  16:12  16:16
19:13  26:23  27:1
27:4  31:2  31:22
50:22  53:7  57:15
57:17
specifically [18]
6:15  6:18  11:11
12:13  15:7  15:23
16:17  25:15  27:16
30:5  30:17  43:13
51:3  52:1  53:1
54:23  55:3  55:6
speculate [1]  31:6
spelled [2]        57:21
64:22
sponsorship [1] 49:21
spontaneous [1]
64:12
St [1]  1:17
staff [2] 47:25  48:8
start [1]  17:18
state [10]        4:21
5:7  6:4  7:12
7:15  16:21  39:24
64:4  64:9  65:4
statement [1]  17:13
STATES [1]  1:1
step [1]  17:7
steps [3] 24:4  25:12
27:5
stick [1] 10:6
still [11] 5:17  9:6
9:9  9:13  9:15
9:18  28:11  35:9
42:6  42:8  56:15
stipulated [1]  4:3
stop [1]  56:18
stopped [1]  11:25
storage [1]  56:7
stored [1]  61:13
story [2] 7:1  29:15
Street [1]  2:7
strike [4]  26:14
47:3  53:16  57:18
stuff [2] 21:11  27:10
sub [1]  27:7
submitted [1]  60:19
subsequent [2]  10:17
10:18

substantive [3] 10:1
10:9  10:20
such [3]  27:9  33:3
33:4
Suite [1] 2:8
summarizing [1]
23:4
summertime [1]
33:16
sunset [1]  29:15
Superdome [1]  31:20
supervision [1] 65:7
supply [1]  29:23
support [1]  8:17
supposed [2]  36:22
47:20
suspend [1]  63:4
Sutton [1]  50:5
sworn [2]  5:2
64:8
system [1]  56:7

-T-

T [4]  4:1  4:1
65:1  65:1
talkovers [1]  64:14
TBO [9] 50:1  50:17
51:4  51:8  51:13
52:9  52:13  52:17
52:20
team [7] 5:16  5:17
45:11  46:21  48:22
49:24  57:2
teams [1]  46:20
ten [2]  25:5  25:7
tendered [1]  6:3
terminated [1]  9:23
testified [1]  5:4
testimony [2]  33:21
64:9
Thank [1]  63:6
themselves [1]  50:21
they've [2]        46:15
46:20
thick [1] 40:14
thought [1]  64:14
three [5] 26:17  31:21
32:7  32:9  46:1
three-month [6]
29:18  31:17  31:19
32:19  32:25  33:5
through [9]  7:9
11:21  12:20  15:9
21:16  27:25  38:1
38:4  64:20
throughout [1] 32:10
ticket [28]  33:9
36:25  47:15  47:25
48:20  48:25  49:15
53:9  53:12  53:23
54:3  54:4  54:4
54:5  54:7  54:8

54:12  55:17  56:12
57:5  57:7  58:9
59:1  59:7  60:15
61:14  61:20  62:1
times [5]        34:15
34:23  35:25  36:7
36:18
title [5]  17:18  18:3
18:5  29:14  57:17
today [17]        12:7
12:12  13:17  19:9
48:11  50:15  51:2
52:5  52:11  54:16
56:4  56:10  60:6
61:17
today's [1]  61:10
tomorrow [1]  62:20
track [1] 36:17
tracked [1]        37:25
trademarks [1]  42:8
train [1] 47:25
transcribed [1] 65:6
transcript [2]  64:19
65:8
transcription [1]
64:16
transferred [1]  42:9
transmission [1]
59:1
transmitted [9]  58:9
59:9  59:18  60:15
61:3  61:14  61:21
62:2  62:6
trial [1]  4:16
true [1]  65:8
try [5]  10:6  19:20
27:22  27:24  62:15
trying [2]        19:23
34:12
turn [1]  13:9
Twenty [1]  25:7
two [2]  28:24  42:23
type [11] 29:3  30:20
33:12  35:19  35:23
36:3  37:23  49:4
49:13  52:19  52:24
types [1]  38:19

-U-

U [1]  4:1
ultimately [1]  50:9
under [3]        4:5
26:10  65:7
understand [2] 49:16
50:13
understands [1]
7:25
United [3]        1:1
2:14  2:14
unresponsive [1]
50:25
up [3]  10:8  36:25

62:15
used [15]        41:23
41:18  43:16  43:19
43:23  44:5  44:10
44:17  45:10  45:17
45:20  46:9  46:16
46:20  64:13
using [3]        41:23
42:6  42:9
usually [1]  37:12

-V-

V [1]  23:25
V.P [9]  24:24  25:25
26:10  26:11  26:11
27:12  36:25  38:2
38:5
various [1]  27:14
verbal [3]        37:16
51:16  51:17
verbally [1]  25:21
37:6
verified [1]  64:20
versus [2]        1:7
34:24
via [4]  34:15  35:24
37:12  39:8
Vice [7] 5:21  5:25
17:20  17:21  18:6
18:8  18:13
viewed [1]  7:11
visit [1] 49:23
voluntarily [1] 9:22

-W-

WAECHETER [1]
2:11
WAECHTER [1]
1:15
Wagner [2]  42:11
44:7
waived [1]  4:11
walk [1] 28:20
Walker [8]  1:15
2:11  42:4  43:8
43:9  43:18  43:19
44:6
Wednesday [1] 1:19
week [4] 22:16  22:17
22:21  22:25
weekly [2]  58:16
59:8
whatsoever [1] 40:4
whole [3]        40:9
40:11  40:15
wide [1] 28:17
within [2]  13:2
39:16
without [1]  15:9
witness [16]  4:4
4:23  17:17  20:8
20:13  21:9  28:1
29:12  31:9  40:10

| | | |
|---|---|---|
| 40:18 | 41:5 | 53:4 |
| 56:1 | 59:12 | 59:22 |

**witnesses** [1]   11:2
**Wooldridge** [2] 42:24
 43:24
**Wooldridge's** [2]
 42:15   42:17
**word** [2] 15:5    44:20
**words** [2]      64:18
 64:19
**worked** [2]     23:4
 26:10
**works** [1]       36:24
**world** [1]       24:2
**wrap** [1] 62:15
**writing** [2]      37:8
 52:2
**written** [10]     8:1
 12:22   25:9    26:8
 36:4    37:3    51:14
 52:9    52:13   52:17

### -X-

**X** [1]    3:1

### -Y-

**year** [2] 46:2     48:5
**years** [1]       28:24
**yet** [1]   28:12
**yourself** [1]    27:25

### -Z-

**Zaber** [2]      9:18
 58:1