Liger et al v. New Orleans Hornets NBA Limited Partnership    Doc. 159 Att. 16
Case 2:05-cv-01969-HGB-ALC   Document 159-17   Filed 10/15/2007   Page 1 of 6
SAM RUSSO, 9/13/07                                                          4

4 78:7 78:9 79:9 79:10
**Done**
[1] 22:19
**Donohue**
[1] 10:2
**Dragging**
[1] 46:3
**Drawer**
[1] 72:15
**Drive**
[1] 4:1
**Duly**
[2] 4:2 85:10
**During**
[8] 5:15 52:14 52:17 52:23 53:3 53:12 53:17 80:8
**Duty**
[3] 43:10 43:11 43:14

**E**

**E-mail**
[6] 19:9 50:2 50:3 50:8 50:13 51:12
**E-mailed**
[1] 29:1
**E-mails**
[3] 48:6 48:12 48:21
**Early**
[1] 19:24
**Easier**
[1] 16:1
**Easily**
[1] 28:10
**EASTERN**
[1] 1:2
**Either**
[2] 30:4 73:11
**Electronic**
[5] 31:16 43:18 44:2 45:4 47:13
**Employees**
[1] 44:7
**Employment**
[1] 72:4
**Empty**
[1] 66:7
**End**
[2] 63:11 63:12
**Enter**
[1] 22:13
**Entered**
[4] 22:18 22:23 23:6 23:16
**Entire**
[1] 49:12
**Entrusted**
[1] 73:8
**Entry**
[1] 27:13
**Errata**
[1] 84:18
**ESQ**
[4] 1:21 1:24 2:3 2:3
**Estimate**
[1] 72:6
**ET**
[1] 1:4
**EUGENE**
[1] 1:4
**Evidence**
[6] 3:18 5:25 21:9 31:16 65:19 67:20
**Evidencing**
[1] 31:1

**Exact**
[1] 18:4
**Examination**
[50] 2:13 4:4 4:11 6:2 7:16 8:2 9:5 9:21 12:11 15:8 18:23 21:19 22:2 22:12 23:3 23:12 23:23 24:5 24:15 24:24 25:11 29:21 31:12 35:16 36:8 40:4 46:8 53:10 54:6 56:12 56:24 58:22 59:17 60:2 61:2 61:13 61:22 63:1 64:12 65:3 65:12 65:22 66:23 67:7 67:23 71:6 73:23 76:9 77:21 79:7
**Exception**
[1] 49:12
**Excuse**
[3] 20:2 20:3 80:3
**Executive**
[1] 22:20
**Exhibit**
[43] 2:15 2:16 2:17 2:18 2:19 2:20 4:6 4:13 8:13 8:17 9:1 12:3 12:13 12:14 12:19 13:13 14:6 20:1 20:2 20:2 48:18 48:19 49:6 49:13 60:8 69:14 69:15 69:17 69:18 71:3 74:20 75:23 77:11 79:2 79:3 79:9 79:9 80:2 82:18 82:19 82:19 82:23
**Exist**
[3] 30:25 31:21 35:4
**Existed**
[2] 63:15 63:18
**Existence**
[2] 55:23 55:25
**Exists**
[2] 31:15 37:14
**Expedience**
[1] 78:1
**Explain**
[2] 40:8 40:10
**Expression**
[6] 21:3 22:16 32:10 33:15 66:20 67:10
**Extent**
[1] 6:8

**F**

**Facility**
[1] 55:7
**Fact**
[2] 31:3 80:16
**Factors**
[1] 30:24
**Facts**
[3] 22:5 65:18 67:19
**Failed**
[1] 48:8
**Fair**
[4] 11:22 18:6 22:17 22:22
**Fan**
[2] 81:5 81:6
**February**
[1] 72:11
**Federal**
[4] 3:6 26:3 78:3 84:4
**Few**
[1] 17:5
**File**
[5] 27:5 27:8 27:13 27:14 27:18
**Filed**
[2] 40:24 79:22
**Files**

[1] 81:7
**Filing**
[34] 3:12 60:5 60:14 60:19 61:3 61:23 62:9 62:14 62:17 62:21 63:3 63:7 63:13 63:15 63:18 63:21 64:13 64:21 65:7 65:25 66:3 66:6 66:9 66:12 66:13 70:21 71:11 71:15 71:19 72:2 73:17 73:25 74:3 74:12
**Filled**
[3] 66:6 66:7 66:8
**Final**
[1] 80:1
**Finish**
[1] 82:10
**First**
[32] 4:2 7:8 12:23 13:8 20:7 20:18 21:1 21:13 32:20 39:23 49:7 49:8 49:22 54:13 54:21 57:4 57:7 57:8 59:18 70:10 74:11 74:21 75:9 77:9 77:14 79:16 79:22 81:3 82:6 82:20 82:22 85:10
**FISSE**
[1] 1:21
**Five**
[5] 45:21 46:5 72:23 74:6 74:8
**Flag**
[1] 40:10
**Floor**
[22] 1:17 1:24 2:4 3:10 57:16 57:21 57:23 58:4 58:8 58:9 58:10 58:10 58:17 58:25 59:11 59:19 59:20 59:22 60:4 60:20 64:11 66:16
**Follow**
[7] 29:14 29:20 29:22 30:3 30:9 45:21 51:10
**Follow-up**
[8] 31:1 31:16 46:5 51:18 82:5 82:13 82:25 83:4
**Follow-ups**
[1] 29:25
**Followed**
[1] 52:2
**Following**
[1] 4:15
**Follows**
[1] 4:3
**FONTANA**
[1] 1:23
**Foregoing**
[4] 84:6 84:12 84:16 85:12
**Form**
[36] 3:15 5:22 6:22 9:19 21:16 21:24 22:11 22:14 22:19 22:23 22:25 23:9 23:20 24:6 24:21 25:8 30:21 35:25 43:16 45:4 51:7 56:21 58:19 59:13 60:22 62:23 63:25 64:23 65:9 65:18 66:22 67:4 67:19 71:5 78:16 78:21
**Formalities**
[1] 3:11
**Formality**
[1] 3:12
**Forms**
[2] 23:5 23:16
**Forth**
[6] 5:18 13:21 14:1 14:6 77:25 85:12
**Four**
[1] 72:23
**Free**

[1] 40:13
**Freeport**
[11] 57:13 57:14 57:24 58:12 67:9 67:12 68:7 70:11 70:13 70:17 70:22
**Friday**
[1] 20:5
**Front**
[4] 4:23 8:16 20:14 76:14
**Fully**
[2] 48:8 48:23

**G**

**Game**
[10] 33:23 40:24 40:24 41:14 44:1 47:2 47:3 47:4 47:6 47:10
**Games**
[1] 68:1
**Gate**
[5] 44:2 47:12 47:13 47:17 47:20
**General**
[2] 38:11 60:5
**Generalizing**
[1] 31:3
**Given**
[7] 40:21 42:10 53:3 53:12 78:22 79:8 81:15
**Green**
[8] 17:23 18:2 18:10 19:1 19:1 19:3 19:8 19:11
**Greg**
[1] 11:13
**Group**
[2] 49:7 49:8
**Grouping**
[1] 49:12
**Groups**
[1] 33:13
**Guess**
[2] 19:6 71:9
**Guest**
[1] 71:7

**H**

**Hallway**
[1] 63:11
**Hallways**
[3] 63:4 63:5 63:10
**Hand**
[7] 4:5 8:12 12:12 19:25 74:19 77:7 80:7
**Hard**
[1] 20:11
**Hash**
[1] 12:8
**Header**
[1] 20:24
**Hear**
[1] 18:15
**Hearing**
[2] 80:4 80:8
**HEIDINGSFELDER**
[4] 2:3 79:5 82:3 82:12
**Held**
[1] 62:21
**Help**
[2] 69:1 69:6
**Hereby**
[6] 3:5 3:16 84:7 84:10 84:13 85:9
**Herein**
[1] 85:18



**Hereinbefore**
[1] 85:12
**Hereof**
[1] 84:18
**Hidden**
[5] 63:13 63:14 63:21 64:2 64:10
**Highway**
[1] 1:22
**Hit**
[1] 72:5
**Holding**
[1] 72:1
**Hornets**
[92] 1:7 7:19 9:14 9:15 15:24 16:4 16:25 19:15 21:20 22:4 23:13 23:15 25:1 25:2 25:19 25:23 26:15 27:22 28:4 28:9 28:12 28:17 29:4 30:2 30:16 31:21 32:1 34:20 34:25 35:2 35:7 35:17 35:19 35:22 36:13 36:20 36:21 36:25 37:7 37:14 37:16 37:21 38:1 38:8 38:13 38:21 41:22 42:6 42:21 43:7 43:14 44:12 44:20 45:10 46:10 48:8 48:16 48:20 48:23 49:17 50:10 53:23 54:8 54:9 54:14 54:21 55:3 55:5 55:11 55:23 55:25 56:18 57:4 57:17 57:24 58:7 58:11 58:15 62:13 63:17 65:14 65:24 67:17 68:16 68:20 68:25 77:1 77:5 77:23 81:7 81:13 81:17
**Hornets'**
[5] 13:9 13:17 49:20 76:16 78:11
**Hotel**
[1] 68:5
**Housekeeping**
[2] 78:25 82:16
**Hub**
[2] 38:5 38:10
**Hugh**
[2] 52:7 52:10
**Hundred**
[1] 18:22
**Hurricane**
[3] 67:14 67:15 72:5

**I**

**Identified**
[12] 4:13 4:24 5:11 8:19 20:7 27:23 38:25 50:5 50:20 69:18 81:10 82:20
**Identifies**
[1] 8:18
**Identify**
[7] 5:17 21:21 22:6 69:1 69:15 69:23 71:18
**Identifying**
[1] 12:3
**Identities**
[1] 37:25
**Imagine**
[2] 30:19 47:18
**Immediately**
[1] 30:15
**Impression**
[1] 80:24
**Imprinted**
[1] 45:4
**In-house**
[1] 41:19

**Include**
[1] 56:16
**Includes**
[1] 76:15
**Indicate**
[1] 45:16
**Indicated**
[2] 4:12 26:2
**Indicates**
[3] 20:9 22:13 43:24
**Indicating**
[1] 13:7
**Individual**
[4] 27:6 31:4 44:6 44:25
**Individually**
[1] 30:22
**Individuals**
[2] 35:18 36:21
**Industry**
[1] 40:23
**Information**
[97] 9:24 10:3 10:8 10:13 10:18 10:23 10:24 11:4 11:9 11:14 11:19 11:23 13:21 14:6 14:15 14:19 14:23 15:19 15:23 16:7 16:12 16:18 17:1 17:2 17:7 17:8 17:13 18:3 18:25 19:4 19:12 21:5 22:18 22:23 23:24 25:3 26:19 27:1 28:5 28:9 32:1 34:6 36:10 36:14 36:17 37:14 37:19 37:22 38:23 39:2 39:5 39:16 40:15 40:20 40:25 42:1 42:4 42:7 42:9 42:11 43:6 43:13 43:16 46:10 46:12 46:16 46:19 46:22 46:24 48:8 48:9 51:6 52:20 53:1 53:19 54:10 54:15 55:11 58:24 59:8 59:22 60:3 60:11 60:13 60:17 60:18 61:24 64:16 64:18 65:5 65:14 66:1 66:13 77:22 78:10 79:18 81:21
**Initial**
[4] 20:13 20:24 22:23 82:22
**Ink**
[1] 13:12
**Inquired**
[1] 36:20
**Inquiries**
[1] 49:19
**Inquiry**
[3] 17:14 76:16 77:25
**Instruct**
[1] 52:18
**Instructed**
[1] 53:18
**Instructing**
[2] 52:19 52:24
**Instruction**
[1] 53:4
**Instructions**
[2] 53:12 78:22
**Interested**
[1] 85:19
**Internal**
[4] 22:14 22:18 23:5 23:16
**Interrogatories**
[8] 74:21 74:23 75:10 76:2 76:4 76:25 77:4 78:13
**Interrogatory**
[2] 76:13 76:21
**Interviews**
[1] 16:23
**Inventoried**

[1] 33:6
**Inventory**
[13] 33:11 33:20 33:21 33:22 33:24 34:3 34:22 40:6 40:16 41:10 41:11 41:11 41:13
**Investigate**
[9] 14:18 19:8 22:5 23:15 25:2 51:3 53:13 58:16 79:23
**Investigated**
[7] 9:14 18:25 65:24 79:13 79:17 79:18 79:20
**Investigating**
[3] 55:6 55:13 78:11
**Investigation**
[29] 6:5 7:2 8:6 8:7 8:21 9:23 10:2 10:7 10:12 10:17 10:22 11:3 11:8 11:13 11:18 13:20 13:23 15:23 16:24 16:25 18:10 21:18 23:5 24:16 24:25 29:3 29:8 36:25 37:3
**Investigations**
[2] 21:8 26:14
**Investigator**
[3] 22:4 23:14 25:1
**Invoice**
[1] 46:10
**Invoicing**
[3] 43:25 45:13 45:15
**Involve**
[1] 80:17
**Involved**
[1] 28:7
**Issue**
[8] 17:14 41:3 41:5 41:6 53:5 76:8 81:4 81:11
**Issued**
[1] 7:6
**Issues**
[4] 6:1 48:7 49:10 73:5
**Items**
[2] 50:18 50:20

**J**

**Jane**
[2] 2:3 83:6
**January**
[1] 72:11
**January/February**
[1] 70:18
**JENNIFER**
[1] 2:3
**Job**
[3] 81:4 81:7 81:15
**Jonathan**
[2] 10:17 34:13
**Jones**
[4] 1:15 2:2 3:8 13:18
**JR**
[1] 1:21
**Judge**
[2] 80:3 80:4
**July**
[2] 59:16 74:16
**June**
[8] 49:9 49:25 50:8 50:13 51:11 52:5 53:22 54:7
**Junior**
[2] 73:8 73:10

**K**

**KESSENICH**
[1] 1:21
**Key**

[7] 62:1 62:3 62:7 62:13 73:24 74:2 74:3
**Keys**
[12] 71:23 72:2 72:10 72:13 73:9 73:14 73:17 73:24 74:4 74:5 74:6 74:8
**King**
[1] 11:13
**KNIGHT**
[1] 1:24
**Knowledge**
[3] 35:20 37:23 52:18
**Known**
[2] 59:15 65:6
**Knows**
[2] 37:8 60:24
**Kristy**
[1] 9:22

**L**

**Lack**
[1] 72:24
**Lakamp**
[2] 10:17 34:13
**Large**
[3] 27:5 27:8 62:20
**Larger**
[1] 80:24
**Last**
[8] 13:3 13:7 17:5 18:4 20:4 42:24 47:12 80:24
**Late**
[1] 19:24
**Law**
[1] 3:7
**Lawful**
[1] 84:14
**League**
[1] 42:15
**Learn**
[1] 59:18
**Learned**
[1] 17:5
**Least**
[1] 19:18
**Left**
[2] 69:15 72:3
**Left-hand**
[2] 20:8 43:23
**Legal**
[9] 13:15 13:16 13:17 36:16 44:16 46:9 54:14 68:25 81:14
**Legend**
[1] 20:8
**Length**
[1] 67:16
**Letter**
[7] 9:13 9:19 12:2 19:9 28:21 51:11 79:1
**Lettering**
[1] 29:16
**Letters**
[6] 48:12 49:1 49:5 49:7 49:8 49:14
**License**
[19] 25:14 25:20 25:25 26:8 26:16 27:18 27:23 28:15 28:18 28:21 29:5 29:9 29:14 29:22 30:1 30:8 30:16 31:2 31:18
**Lifted**
[1] 68:12
**LIGER**

**BORRELLO COURT REPORTERS, INC.**
New Orleans, Louisiana   (504) 301-9631

**[1]** 1:4
**Likely**
[1] 26:25
**Limited**
[3] 1:7 27:14 61:16
**Line**
[3] 20:23 80:13 80:14
**Lingo**
[1] 40:22
**List**
[12] 43:22 50:19 50:23 51:1 51:4 51:7 69:8 69:9 69:10 69:13 81:14 81:20
**Litigation**
[15] 15:24 16:4 16:9 16:14 16:19 23:7 23:18 44:14 44:18 44:22 45:7 53:15 64:20 69:24 79:21
**Local**
[1] 69:1
**Locate**
[20] 8:8 9:7 10:3 10:13 10:18 10:23 11:4 11:9 11:14 11:23 12:19 13:24 17:1 17:12 19:11 23:15 25:3 27:3 52:20 53:14
**Located**
[31] 6:11 7:3 9:9 17:18 27:19 40:21 41:1 41:15 46:13 46:16 46:19 46:25 55:20 58:11 58:16 58:24 59:10 59:19 61:3 62:8 63:2 63:10 65:7 65:15 68:3 69:5 69:7 69:11 70:4 70:9 70:22
**Locating**
[1] 14:10
**Location**
[19] 53:23 54:11 54:17 54:22 55:4 55:12 55:15 55:22 56:15 57:6 57:9 59:1 60:12 66:10 66:14 66:18 66:19 66:24 67:2
**Locations**
[2] 33:13 33:17
**Locked**
[2] 27:13 61:23
**Look**
[25] 7:8 15:13 15:18 16:2 16:7 16:12 20:6 20:19 20:23 20:25 32:7 33:19 42:1 42:3 43:22 52:25 53:18 64:19 69:13 69:23 71:1 77:8 77:22 78:6 80:1
**Looked**
[7] 19:4 32:1 32:3 42:7 44:21 48:12 65:25
**Looking**
[2] 6:12 6:14
**Looks**
[1] 60:10
**Louisiana**
[10] 1:2 1:18 1:22 1:25 2:4 3:10 3:23 4:2 84:5 85:7
**Lunch**
[2] 82:6 82:10

**M**

**Madisonville**
[1] 1:22
**Mail**
[1] 51:12
**Mailed**
[1] 28:25
**Main**
[1] 57:17
**Maintain**

[1] 67:16
**Maintained**
[10] 26:20 27:5 27:6 53:23 54:9 55:3 55:11 57:11 60:13 60:19
**Manage**
[1] 67:17
**Management**
[9] 17:6 18:24 19:5 19:15 19:23 22:14 23:17 32:8 32:11
**Manager**
[1] 27:10
**Managers**
[1] 27:17
**Manifest**
[5] 32:8 32:11 32:21 32:25 33:3
**Manned**
[1] 34:12
**Marie**
[2] 10:12 69:21
**Mark**
[5] 4:22 12:2 12:18 49:6 49:11
**Marked**
[15] 4:6 8:13 8:17 9:1 12:13 13:5 20:1 20:2 69:14 74:19 77:9 77:11 79:1 82:18 84:11
**Market**
[5] 37:2 37:16 38:6 38:10 38:15
**Marks**
[2] 12:4 12:8
**Maryland**
[1] 4:1
**Materials**
[3] 6:5 55:6 62:6
**Matrix**
[4] 20:10 20:12 60:10 60:10
**Matter**
[8] 9:14 13:9 25:2 77:8 78:25 80:15 82:17 85:20
**Matters**
[3] 6:4 23:15 78:12
**May**
[9] 3:17 12:14 27:17 45:17 65:4 75:5 81:5 81:24 83:1
**McKearn**
[1] 9:22
**Mean**
[3] 40:12 50:10 69:20
**Means**
[8] 30:3 30:6 30:9 32:20 40:8 40:10 41:9 41:10
**Meeting**
[13] 51:20 51:21 51:23 51:25 52:2 52:4 52:6 52:14 52:17 52:23 53:3 53:12 53:17
**Method**
[1] 85:14
**Middle**
[1] 64:11
**Might**
[33] 5:17 6:6 7:4 8:22 13:25 14:5 14:19 14:23 15:14 15:19 16:3 16:7 16:12 16:18 17:8 17:13 21:5 23:6 23:16 31:4 31:16 32:24 38:1 42:13 53:14 53:19 54:15 58:24 59:8 69:7 71:18 79:18 79:23
**Minis**
[1] 33:13
**Minute**
[1] 61:8
**Modify**
[2] 32:21 32:25

**Moment**
[2] 4:22 81:23
**Month**
[1] 70:16
**Morning**
[1] 4:5
**Most**
[1] 26:25
**Motion**
[1] 80:2
**Move**
[9] 55:19 56:6 57:4 62:5 66:12 66:15 66:17 67:1 74:13
**Moved**
[13] 54:23 55:23 55:25 56:16 56:18 58:2 62:12 67:11 70:5 70:5 70:9 70:13 70:16
**Moves**
[1] 56:4
**Moving**
[1] 66:9
**Multiple**
[3] 49:9 74:4 74:5

**N**

**Name**
[3] 17:22 71:2 80:16
**Names**
[1] 81:8
**Nature**
[1] 22:21
**NBA**
[5] 1:7 42:11 43:6 44:2 47:13
**Need**
[5] 6:23 7:8 42:24 74:4 83:3
**Needed**
[1] 68:8
**Needs**
[1] 82:18
**Negative**
[1] 67:10
**Never**
[2] 39:9 69:6
**New**
[30] 1:7 1:17 1:25 2:4 3:10 4:1 30:1 55:19 55:23 55:25 56:4 56:16 56:18 57:5 66:19 66:24 67:16 67:24 68:4 68:17 68:17 68:21 69:5 69:7 69:11 69:19 69:19 69:20 69:25 70:4
**Next**
[3] 33:19 71:2 81:2
**NILES**
[1] 1:23
**Niles's**
[1] 81:1
**Nobody**
[1] 72:14
**None**
[1] 21:18
**Nonexempt**
[1] 81:10
**Normal**
[1] 67:6
**Notice**
[7] 3:7 4:7 4:19 4:21 5:8 8:14 8:20
**Notified**
[1] 34:16
**Number**
[4] 69:15 80:13 80:23 82:21
**Numbered**

[2] 5:13 14:8
**Numbers**
[10] 4:15 4:15 4:17 4:19 4:25 5:1 5:11 5:19 7:21 8:18
**Numerous**
[1] 49:19

**O**

**Oath**
[2] 3:24 85:9
**Object**
[7] 5:22 9:18 39:25 45:25 56:21 64:25 76:6
**Objected**
[1] 6:22
**Objection**
[34] 18:13 18:17 21:16 21:24 22:11 22:25 23:9 23:20 24:2 24:21 25:8 35:25 39:7 45:19 58:19 59:13 59:24 60:22 61:7 61:19 62:23 63:25 64:7 64:23 65:9 65:18 66:22 67:4 67:19 71:5 77:18 78:16 78:21 83:3
**Objections**
[1] 3:14
**Obtain**
[5] 10:8 14:23 31:1 31:17 81:20
**Off-site**
[6] 53:23 54:10 54:16 54:22 55:4 55:12
**Office**
[5] 57:25 58:7 58:11 70:3 70:8
**Officer**
[2] 84:14 85:8
**Offices**
[11] 1:15 3:8 26:23 26:24 57:13 57:14 57:17 63:8 65:7 65:16 68:3
**Officiated**
[1] 3:23
**Oklahoma**
[5] 68:21 69:4 70:5 70:6 70:9
**Once**
[1] 38:15
**One**
[36] 7:10 12:19 14:3 19:17 20:3 25:13 25:17 26:6 26:11 36:2 36:4 41:20 42:17 43:12 47:14 48:10 49:7 49:9 50:11 52:22 68:19 70:7 72:18 73:16 73:24 74:24 75:2 75:7 75:20 75:21 75:25 76:23 77:16 80:1 81:23
**Ones**
[2] 73:5 82:5
**Open**
[5] 37:2 37:16 38:5 38:14 74:4
**Opened**
[1] 74:11
**Opens**
[2] 74:3 74:8
**Operations**
[6] 24:9 24:18 25:5 34:7 67:17 81:16
**Opportunity**
[1] 5:10
**Ops**
[1] 22:20
**Order**
[15] 21:1 21:6 21:10 21:14 21:21 22:7 22:13 22:14 22:18 22:23 23:5 23:16 24:8 24:17 25:4
**Orders**

[1] 23:6
**Organization**
[17] 28:17 31:21 34:20 35:1 36:20 37:8 37:15 37:21 45:10 49:18 54:8 54:14 58:15 62:13 68:16 68:20 68:25
**Original**
[3] 48:19 85:4 85:5
**Orleans**
[24] 1:7 1:17 1:25 2:4 3:10 4:1 30:1 55:19 55:23 56:1 56:4 56:16 56:18 57:5 67:16 67:24 68:4 68:17 68:22 69:7 69:12 69:19 69:20 70:4
**Orleans/Baton**
[4] 68:18 69:5 69:20 69:25
**Otherwise**
[1] 85:19
**Outcome**
[1] 85:19
**Outlet**
[1] 35:8
**Outlets**
[2] 33:21 35:6
**Outline**
[1] 50:3
**Outlining**
[3] 48:6 48:14 49:2
**Oversee**
[3] 66:9 66:12 67:1
**Own**
[1] 7:2

### P

**Page**
[12] 2:11 13:3 13:7 20:6 20:8 32:8 43:21 69:16 71:1 80:5 80:6 85:5
**Pages**
[4] 20:9 32:7 84:12 85:13
**Paid**
[1] 26:8
**Paragraph**
[1] 81:2
**Parenti**
[6] 10:12 69:21 69:22 70:13 71:10 71:14
**Parenti's**
[3] 70:3 70:8 70:25
**Part**
[4] 3:17 6:11 40:16 84:18
**Partially**
[1] 66:7
**Partials**
[1] 33:13
**Particular**
[2] 41:14 81:8
**Parties**
[2] 3:4 85:18
**PARTNERSHIP**
[1] 1:7
**Passed**
[2] 33:22 33:24
**People**
[20] 9:13 11:23 16:24 28:7 39:4 39:20 52:25 63:7 64:18 65:6 68:16 68:20 68:23 69:8 69:10 69:18 71:25 72:21 80:17 81:16
**Percent**
[1] 18:22
**Percentage**
[4] 37:1 37:15 38:4 38:9

**Person**
[19] 14:18 15:18 17:21 22:4 23:14 25:1 34:5 37:10 38:18 42:13 51:13 55:5 55:13 72:1 73:4 73:6 73:8 73:12 73:14
**Personal**
[3] 16:23 17:12 85:15
**Personally**
[12] 16:2 16:6 16:11 19:3 20:12 21:4 23:4 24:16 29:8 79:12 79:16 79:17
**Personnel**
[1] 81:16
**Persons**
[3] 12:3 22:6 39:16
**Phone**
[1] 14:25
**Physically**
[2] 70:3 70:8
**Pick**
[1] 6:23
**Place**
[6] 18:7 18:11 38:8 51:19 52:4 80:8
**Placed**
[1] 20:14
**Plaintiff**
[3] 16:8 45:1 48:13
**Plaintiffs**
[28] 1:4 1:25 7:6 16:4 16:13 17:5 23:7 23:17 26:7 27:24 28:6 44:6 44:7 48:7 48:15 48:17 48:21 48:23 49:3 49:18 49:23 50:4 50:20 76:13 76:21 77:1 77:4 78:12
**Plaintiffs'**
[28] 9:24 10:4 10:9 10:14 10:19 10:24 11:5 11:10 11:15 11:20 11:24 12:15 12:16 14:5 15:20 16:18 17:8 17:14 49:1 50:9 52:21 53:19 54:16 74:21 74:22 76:15 77:9 82:20
**Played**
[1] 68:2
**Point**
[16] 15:18 17:4 17:11 46:2 58:23 60:10 62:5 62:11 68:24 70:14 76:10 76:19 79:21 81:4 81:12 81:19
**Points**
[1] 80:25
**Poitevent**
[3] 1:16 2:2 3:9
**Policies**
[3] 25:19 25:23 38:13
**Portion**
[1] 41:19
**Posed**
[1] 48:16
**Position**
[11] 17:24 17:25 34:10 34:11 34:12 42:21 43:1 43:7 43:9 81:8 81:10
**Possible**
[3] 18:9 31:20 31:23
**Potentially**
[1] 64:20
**Power**
[1] 60:10
**Poydras**
[9] 1:24 57:20 58:5 58:8 58:17 58:25 66:18 66:25 67:2

**Precise**
[1] 80:22
**Premium**
[19] 25:14 25:20 25:24 26:8 26:16 27:18 27:22 28:15 28:17 28:20 29:5 29:9 29:14 29:22 29:25 30:8 30:16 31:2 31:17
**Preparation**
[4] 5:16 6:8 7:2 8:5
**Prepared**
[6] 30:12 56:15 56:17 57:5 84:18 85:14
**Prepares**
[1] 47:16
**Present**
[1] 76:11
**Pretty**
[2] 20:11 66:8
**Previously**
[14] 7:21 8:18 16:21 20:1 43:6 69:11 70:22 71:12 75:5 77:9 77:11 79:1 82:18 82:20
**Primary**
[2] 58:7 58:11
**Printout**
[1] 43:18
**Procedurals**
[1] 5:25
**Procedure**
[3] 3:6 84:4 84:6
**Procedures**
[3] 25:20 25:24 38:14
**Process**
[3] 20:13 20:25 82:22
**Produce**
[19] 7:15 15:10 24:6 28:10 28:11 44:13 44:17 45:10 46:9 46:22 47:10 47:19 48:8 48:9 50:25 51:4 52:15 81:7 81:14
**Produced**
[12] 15:4 20:4 27:25 28:5 44:21 45:7 48:3 55:21 56:14 56:17 57:5 60:11
**Production**
[14] 12:15 12:17 13:8 13:22 14:1 14:9 14:20 14:24 15:15 15:20 56:16 65:5 77:10 78:14
**Productions**
[1] 14:2
**Productivity**
[7] 43:24 44:5 44:9 44:13 44:17 44:21 46:18
**Proper**
[1] 78:12
**Provide**
[8] 14:13 25:14 25:18 51:6 76:20 76:25 77:3 78:10
**Provided**
[4] 43:17 48:11 50:19 76:12
**Public**
[1] 38:11
**Pull**
[2] 4:22 83:4
**Pulled**
[1] 28:5
**Purposes**
[4] 3:5 7:18 60:14 78:1
**Pursuant**
[3] 3:7 7:5 84:3
**Put**
[1] 74:24

### Q

**Questions**
[12] 3:15 6:9 7:20 32:18 45:22 46:5 48:16 74:22 81:25 82:1 82:13 82:25
**Quick**
[1] 78:25
**Quite**
[2] 68:9 68:10

### R

**R.S.**
[1] 85:11
**Raised**
[1] 49:19
**Read**
[13] 24:12 25:13 25:16 26:2 29:15 36:4 39:15 53:7 54:3 69:11 80:10 84:6 84:7
**Reading**
[1] 80:13
**Ready**
[1] 28:12
**Real**
[1] 73:6
**Really**
[1] 63:9
**Receipt**
[5] 44:2 47:12 47:13 47:17 47:20
**Receivable**
[2] 44:1 46:21
**Received**
[8] 24:9 25:4 25:4 27:25 48:11 50:8 50:13 72:9
**Recently**
[1] 20:4
**Receptionists**
[1] 81:17
**Recess**
[1] 40:3
**Record**
[6] 9:2 43:4 78:7 78:18 78:23 80:11
**Recorded**
[1] 30:20
**Records**
[6] 55:18 55:22 55:24 60:6 60:7 61:17
**Refer**
[4] 9:19 47:23 60:8 80:5
**Referred**
[1] 59:9
**Referring**
[2] 33:21 40:18
**Reflected**
[1] 84:17
**Regarding**
[12] 7:20 17:14 19:4 25:24 34:22 40:20 42:9 49:9 49:19 50:9 51:10 82:1
**Rekeyed**
[3] 24:9 24:18 25:5
**Relate**
[3] 32:24 44:5 56:6
**Related**
[11] 4:21 15:24 21:5 23:7 25:20 27:23 46:10 53:4 55:21 77:7 85:18
**Relations**
[2] 71:7 81:5
**Release**

[1] 33:20
**Remain**
[1] 67:15
**Remember**
[9] 18:4 41:10 51:17 66:5 70:16 72:9 72:17 77:13 77:20
**Rent**
[1] 54:21
**Rep**
[6] 21:1 21:6 21:10 21:14 21:21 31:4
**Repeat**
[3] 21:7 22:1 25:22
**Rephrase**
[1] 53:11
**Report**
[8] 41:22 44:10 45:16 46:10 47:3 47:4 47:13 47:17
**Reported**
[4] 2:6 42:11 84:15 85:13
**Reporter**
[9] 2:8 3:22 7:12 36:5 53:9 54:5 84:14 85:7 85:24
**Reporting**
[2] 43:21 85:14
**Reports**
[26] 42:15 42:18 43:25 43:25 43:25 44:1 44:1 44:2 44:5 44:13 44:17 44:21 44:24 44:25 45:3 45:7 45:11 45:13 46:15 46:18 46:21 47:2 47:6 47:10 47:12 47:20
**Represent**
[1] 80:6
**Representation**
[1] 9:20
**Representative**
[16] 4:14 4:24 5:12 5:20 7:14 7:20 7:24 8:1 8:4 8:10 8:24 22:7 28:4 38:22 69:1 81:5
**Represented**
[1] 13:6
**Reps**
[1] 27:7
**Request**
[34] 4:16 7:6 9:24 10:4 10:9 10:14 10:19 10:24 11:5 11:10 11:15 11:20 11:24 13:7 14:6 14:13 14:17 14:23 15:1 15:20 16:19 17:9 19:7 22:6 44:16 52:21 53:1 53:20 54:16 76:13 76:15 77:10 78:4 82:20
**Requested**
[6] 18:25 27:22 28:4 34:21 35:1 77:23
**Requests**
[25] 12:15 12:17 13:21 13:25 14:1 14:9 14:14 14:20 14:24 15:14 16:3 16:8 16:13 48:24 53:15 65:5 69:24 76:21 78:2 78:3 78:14 78:14 79:13 79:19 79:24
**Resale**
[4] 35:17 35:23 38:1 38:14
**Resell**
[1] 38:11
**Reserved**
[1] 3:16
**Resold**
[4] 35:22 36:21 37:1 37:16
**Respect**
[1] 64:10
**Respective**

[3] 33:12 33:17 33:20
**Respond**
[5] 5:12 8:19 14:5 48:24 77:24
**Response**
[14] 14:12 14:22 15:10 48:16 48:19 48:21 50:7 50:13 50:25 51:4 51:11 80:11 80:21 81:1
**Responses**
[13] 12:16 49:20 49:24 50:10 55:14 74:20 75:9 76:16 76:20 76:25 77:4 79:13 79:17
**Responsible**
[1] 68:1
**Responsive**
[45] 5:18 6:7 7:4 8:8 8:23 9:24 10:4 10:9 10:14 10:19 10:24 11:5 11:10 11:15 11:19 11:24 13:20 13:25 14:10 14:14 14:19 14:24 15:14 15:19 16:3 16:8 16:12 16:18 17:8 17:13 22:5 51:7 52:20 53:1 53:14 53:19 54:16 58:24 59:8 64:20 65:5 65:25 69:23 79:18 79:24
**Responsiveness**
[1] 3:15
**Rest**
[1] 66:15
**Restricted**
[1] 68:10
**Restrictions**
[1] 68:11
**Review**
[6] 5:10 5:15 8:20 50:23 78:7 78:19
**Reviewed**
[1] 48:25
**Rich**
[1] 38:21
**Riverfront**
[3] 68:6 70:10 70:10
**Rochon**
[3] 82:6 82:10 83:2
**Role**
[2] 67:24 81:9
**Room**
[2] 62:20 62:25
**Rouge**
[7] 68:5 68:18 68:22 69:5 69:20 69:25 70:11
**Rule**
[1] 84:3
**Rules**
[2] 3:6 84:4
**Run**
[1] 41:22
**Russo**
[12] 1:13 3:5 4:1 4:5 4:12 6:25 82:2 82:10 83:1 84:3 84:23 85:9

### S

**Safe**
[1] 60:16
**Sale**
[1] 40:14
**Sales**
[30] 17:7 20:13 20:25 21:1 21:6 21:10 21:14 21:21 22:7 26:25 27:2 27:6 27:10 27:10 27:16 27:16 27:25 31:4 33:23 43:21 43:24 44:5 44:6 44:7 44:9 44:17 44:21 46:18 81:16 82:22
**Salesperson**

[1] 45:16
**SAM**
[6] 1:13 3:4 4:1 84:3 84:23 85:9
**Save**
[1] 3:14
**Saw**
[1] 12:23
**Scheduled**
[1] 83:2
**Scope**
[1] 76:8
**Sealing**
[1] 3:11
**Search**
[3] 9:7 15:5 73:3
**Seasons**
[1] 33:13
**Seat**
[21] 25:14 25:20 25:24 26:8 26:16 27:18 27:23 28:15 28:18 28:20 29:5 29:9 29:14 29:22 29:25 30:8 30:16 31:2 31:17 33:12 33:17
**Seating**
[1] 71:8
**Seats**
[9] 33:6 33:9 33:10 34:16 34:22 35:2 40:10 41:13 41:14
**Second**
[4] 12:15 12:17 22:13 33:14
**Section**
[2] 1:7 73:13
**Sections**
[4] 4:17 4:17 5:2 5:13
**See**
[14] 13:5 20:21 21:2 22:15 24:8 25:12 25:15 25:16 29:16 30:17 32:9 33:14 44:2 74:12
**Sell**
[4] 34:17 35:2 35:6 35:18
**Selling**
[1] 38:1
**Send**
[1] 19:8
**Sends**
[1] 28:17
**Senior**
[3] 73:4 73:6 73:10
**Sent**
[19] 13:8 16:4 16:9 25:21 25:25 26:16 27:19 28:16 28:21 28:23 29:5 29:10 34:3 48:13 48:21 49:1 57:8 76:25 77:4
**Separations**
[1] 34:9
**September**
[4] 1:14 3:7 9:13 79:1
**Series**
[1] 49:5
**Served**
[1] 81:9
**Server**
[3] 17:18 17:20 18:3
**Service**
[2] 13:4 13:6
**Services**
[1] 71:8
**Set**
[12] 5:18 12:15 12:17 13:21 14:1 14:6 49:10 51:25 74:21 75:9 77:25 85:12
**Settlement**

[6] 44:1 47:2 47:3 47:4 47:6 47:10
**Several**
[1] 28:7
**Sheet(s**
[1] 84:18
**Sheraton**
[1] 68:5
**Short**
[1] 40:3
**Show**
[4] 21:6 21:10 33:16 49:5
**Showing**
[1] 34:2
**Side**
[3] 20:8 43:23 69:15
**Sign**
[2] 30:15 30:18
**Signature**
[1] 85:4
**Signatures**
[1] 26:17
**Signed**
[1] 30:8
**Signing**
[1] 3:13
**Single**
[2] 33:23 74:3
**Sit**
[2] 34:15 77:14
**Sitting**
[1] 64:11
**Six**
[1] 68:1
**Sold**
[6] 26:9 33:9 38:5 38:9 38:15 45:17
**Solution**
[1] 81:3
**Someone**
[8] 27:1 30:5 41:21 52:19 64:16 79:23 79:23 81:5
**Sometime**
[6] 6:10 12:25 52:5 54:25 67:13 68:13
**Somewhat**
[1] 27:15
**Somewhere**
[1] 74:8
**Sorry**
[3] 24:11 54:3 61:10
**Sort**
[1] 83:3
**Sorts**
[1] 15:5
**Sought**
[1] 3:18
**Sound**
[2] 30:9 71:8
**Sounds**
[1] 71:9
**Specific**
[10] 27:12 30:23 43:9 43:10 43:11 44:6 44:6 45:16 55:8 67:13
**Specifically**
[8] 47:9 65:15 76:20 77:24 78:8 78:10 79:22 80:5
**Speculate**
[3] 31:7 35:12 73:19
**Speculating**
[1] 74:1
**Speculation**

[4] 30:11 30:12 60:22 64:24
**Spero**
[1] 11:8
**St**
[3] 1:17 2:4 3:9
**Stack**
[3] 8:14 12:14 75:5
**Stamp**
[1] 85:5
**Start**
[1] 71:22
**State**
[6] 3:23 4:21 26:3 77:8 78:3 85:7
**STATES**
[1] 1:1
**Steps**
[11] 17:12 17:16 17:19 21:4 21:8 21:20 22:3 22:6 23:13 24:25 25:3
**Still**
[7] 6:14 17:17 17:20 18:18 19:2 39:25 70:22
**Stipulated**
[1] 3:3
**Stop**
[2] 46:2 76:6
**Storage**
[16] 53:23 54:10 54:22 55:4 55:7 55:12 55:15 55:21 56:14 57:6 57:23 58:16 59:10 60:12 66:10 66:14
**Stored**
[5] 57:11 58:3 59:22 60:3 61:24
**Storm**
[6] 67:25 68:4 70:1 72:22 73:1 73:2
**Street**
[22] 1:24 53:24 54:17 54:22 55:7 55:12 55:15 55:22 56:14 57:6 57:9 57:20 58:2 58:17 59:1 60:12 60:17 62:6 62:12 66:10 66:14 66:18
**Stub**
[2] 38:5 38:10
**Stuff**
[2] 66:15 74:13
**Submission**
[1] 17:9
**Submitted**
[3] 16:13 25:21 30:8
**Subpart**
[1] 6:8
**Subparts**
[2] 6:7 7:4
**Substance**
[1] 15:6
**Substantive**
[4] 5:23 6:3 6:9 6:11
**Subsumed**
[1] 74:22
**Suite**
[3] 40:14 40:20 41:4
**Suites**
[5] 40:21 41:15 41:22 41:23 42:9
**Supervise**
[1] 19:3
**Supervision**
[1] 85:16
**Switch**
[1] 13:11

**Sworn**
[3] 4:3 84:14 85:10
**System**
[17] 17:6 17:7 17:18 18:24 19:2 19:5 19:16 19:23 22:14 23:17 33:7 33:7 33:10 41:2 41:8 41:16 63:4
**Systems**
[4] 67:2 67:6 67:8 67:11

**T**

**Table**
[2] 6:17 7:1
**Tactics**
[1] 31:4
**Tag**
[1] 40:5
**Tagged**
[2] 40:16 40:16
**Team**
[6] 56:15 56:18 69:4 70:4 70:5 70:9
**Teams**
[1] 40:7
**Telephone**
[6] 15:3 51:13 51:14 51:23 51:24 52:1
**Tender**
[1] 84:13
**Term**
[1] 72:24
**Testify**
[4] 4:3 4:14 7:5 85:11
**Testimony**
[5] 84:7 84:8 84:15 85:8 85:13
**Thereafter**
[1] 84:15
**Thereby**
[1] 81:8
**Therefore**
[1] 9:9
**Thereof**
[1] 3:17
**THIBODEAUX**
[4] 2:7 3:22 85:6 85:23
**Third**
[1] 24:8
**Three**
[2] 32:7 80:24
**Thursday**
[2] 1:13 3:7
**Ticket**
[21] 20:13 20:25 22:20 24:9 24:18 25:5 26:25 27:2 27:10 27:16 34:7 34:8 35:23 38:1 40:14 41:4 43:21 45:17 81:15 81:16 82:22
**Ticketmaster**
[20] 33:23 33:25 34:3 34:16 34:22 35:2 35:6 35:21 36:9 36:13 36:17 41:2 41:3 41:5 41:6 41:8 41:12 41:16 41:18 41:19
**Tickets**
[14] 35:7 35:19 35:22 36:21 37:1 37:16 38:2 38:4 38:9 38:10 38:11 38:14 40:13 41:12
**Tim**
[1] 11:8
**Title**
[4] 70:25 71:2 81:4 82:23
**Titles**
[1] 81:15

**Today**
[5] 5:6 34:15 55:15 57:18 77:14
**Took**
[10] 18:7 18:11 21:6 21:10 21:20 21:21 22:6 22:7 23:15 25:3
**Top**
[2] 32:8 80:6
**Total**
[1] 33:11
**Track**
[2] 38:9 38:14
**Tracking**
[1] 37:15
**Transcribed**
[2] 84:15 85:15
**Transcript**
[4] 84:12 84:16 85:4 85:16
**Transmission**
[1] 43:13
**Transmitted**
[2] 24:17 34:21
**Transmitting**
[1] 43:5
**Triangle**
[1] 63:11
**Tried**
[1] 17:17
**True**
[2] 84:8 85:16
**Try**
[2] 6:9 30:17
**Trying**
[8] 6:25 15:9 40:19 57:2 58:1 58:6 73:11 73:14
**Turn**
[2] 13:3 43:20
**Turnover**
[1] 80:23
**Two**
[4] 19:13 39:4 56:4 74:8
**Type**
[4] 22:18 60:13 60:18 63:22

**U**

**Unavoidable**
[1] 6:10
**Under**
[7] 3:5 20:22 29:15 32:20 43:23 79:10 85:15
**Underneath**
[4] 20:20 20:24 25:13 29:12
**UNITED**
[1] 1:1
**Unless**
[1] 83:2
**Up**
[9] 6:23 29:14 29:20 29:22 30:3 30:9 45:21 51:10 52:2

**V**

**Vacant**
[2] 34:10 34:11
**Valid**
[1] 85:3
**Various**
[1] 40:11
**Verbally**
[2] 19:7 19:10
**Verify**
[3] 6:25 24:12 29:13
**Version**
[1] 13:12
**VERSUS**

[1] 1:6
**Via**
[2] 51:11 51:12
**Visiting**
[1] 40:7
**VOLUME**
[1] 1:10
**VP**
[2] 18:1 52:13

**W**

**Waechter**
[3] 1:16 2:2 3:8
**Waived**
[2] 3:12 3:13
**Walk**
[1] 63:7
**Walker**
[4] 1:16 2:2 3:8 13:18
**Wall**
[1] 63:12
**Weber**
[6] 52:7 52:10 52:14 52:17 52:23 53:17
**Week**
[1] 57:7
**Weeks**
[1] 17:5
**Wherein**
[1] 7:3
**White**
[4] 20:11 22:21 25:17 29:16
**Whitmeyer**
[2] 38:21 38:23
**Whole**
[1] 49:10
**Witness**
[43] 3:24 7:9 7:13 9:3 18:14 18:20 21:17 21:25 23:1 23:10 23:21 24:3 24:22 25:9 29:19 31:10 35:14 36:1 36:6 39:1 40:1 46:2 56:10 56:22 58:20 59:14 59:25 60:25 61:9 61:20 62:24 64:1 64:8 64:9 65:1 65:10 65:20 67:5 67:21 73:21 76:7 77:19 80:7
**Witness'**
[2] 2:22 84:1
**Word**
[1] 35:9
**Written**
[5] 30:20 30:25 31:15 34:2 84:11

**Y**

**Year**
[4] 13:1 68:2 68:14 79:14
**Years**
[3] 41:23 60:6 80:24
**Yesterday**
[3] 8:15 26:2 42:16
**Yourself**
[2] 8:5 71:17

**Z**

**Zaber**
[1] 10:7