Liger et al v. New Orleans Hornets NBA Limited Partnership                                      Doc. 159 Att. 22
ESPN.com - Hornets to receive $14.5M in state money for practice gym                         Page 1 of 1
Case 2:05-cv-01969-HGB-ALC   Document 159-23   Filed 10/15/2007   Page 1 of 2

  

[PRINT] ESPN.com: NBA        [Print without images]

Thursday, September 20, 2007

# Hornets to receive $14.5M in state money for practice gym

Associated Press

BATON ROUGE, La. -- A new training facility for the New Orleans Hornets will receive $14.5 million in state financing, under a plan approved Thursday by the State Bond Commission.

The state will spend $1.5 million on the practice center this year and the rest in later years.

The dollars were included in Gov. Kathleen Blanco's recommendations for construction projects to be funded with state dollars, and those recommendations received unanimous Bond Commission approval.

The state-financed training facility is seen as critical to keeping the Hornets at the New Orleans Arena beyond its 2012 lease agreement.

State officials agreed to build the new practice center when the Hornets moved to New Orleans from Charlotte, N.C., in 2002. The city of New Orleans has set aside more than $6 million to help pay for the project, which is estimated to cost more than $20 million.

Construction was delayed for a variety of reasons, including team owner George Shinn's change of mind regarding his preferred site for the building. Originally, Shinn settled on a location in the eastern part of the city. He later asked that the facility be built on state-owned land next to the downtown arena.

The Louisiana Stadium and Exposition District agreed to attach the practice center to the arena by building it above an existing loading dock.

In the meantime, the Hornets are practicing rent-free in the state-owned Alario Center in suburban Westwego, where they also practiced for their first three seasons in New Orleans before being temporarily displaced to Oklahoma City by Hurricane Katrina before the 2005-06 season.

ESPN.com: Help | PR Media Kit | Sales Media Kit | Report a Bug | Contact Us | Site Map | Jobs at ESPN | Supplier Information |
Copyright ©2007 ESPN Internet Ventures. Terms of Use and Privacy Policy and Safety Information/Your California Privacy Rights are applicable to you. All rights reserved.



EXHIBIT L

http://sports.espn.go.com/espn/print?id=3029552&type=story                              10/12/2007

Dockets.Justia.com



THE LAI
SELEC

## Hornets

### State to pay for practice center for Hornets

06:38 AM CDT on Friday, September 21, 2007

Associated Press

BATON ROUGE -- A new training facility for the New Orleans Hornets will receive $14.5 million in state financing, under a plan approved Thursday by the State Bond Commission.



Associated Press

The state will spend $1.5 million on the practice center this year and the rest in later years.

The dollars were included in Gov. Kathleen Blanco's recommendations for construction projects to be funded with state dollars, and those recommendations received unanimous Bond Commission approval.

The state-financed training facility is seen as critical to keeping the Hornets at the New Orleans Arena beyond its 2012 lease agreement.

State officials agreed to build the new practice center when the Hornets moved to New Orleans from Charlotte, N.C., in 2002. The city of New Orleans has set aside more than $6 million to help pay for the project, which is estimated to cost more than $20 million.

Construction was delayed for a variety of reasons, including team owner George Shinn's change of mind regarding his preferred site for the building. Originally, Shinn settled on a location in the eastern part of the city. He later asked that the facility be built on state-owned land next to the downtown arena.

The Louisiana Stadium and Exposition District agreed to attach the practice center to the arena by building it above an existing loading dock.

In the meantime, the Hornets are practicing rent-free in the state-owned Alario Center in suburban Westwego, where they also practiced for their first three seasons in New Orleans before being temporarily displaced to Oklahoma City by Hurricane Katrina before the 2005-06 season.

(Copyright 2007 by The Associated Press. All Rights Reserved.)



EXHIBIT
M