UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EUGENE LIGER, ET AL**                                                       **CIVIL ACTION**

**VERSUS**                                                                    **NO. 05-1969**

**NEW ORLEANS HORNETS**                                                       **SECTION "C"**
**NBA LIMITED PARTNERSHIP**

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Defendant's objections to the Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Also before the Court is Defendant's Objection to Magistrate Judge's May 17, 2010 Order. (Rec. Doc. 506). Defendant argues that the Magistrate Judge erred in considering Defendant's legal fees when ruling on the reasonableness of Plaintiffs' legal fees. *Id.* at 3. However, Defendant misrepresents the Magistrate Judge's order. When the Magistrate Judge issued the order in question, she had already reviewed itemized time records of nearly four years of legal bills from two separate law firms and found the amounts to be reasonable. (Rec. Doc. 515 at 22, 26). After the Magistrate Judge found the Plaintiffs' fees to be reasonable she offered the Defendant a chance to challenge individual charges on a line item basis. *Id.* at 24. Defendant ignored the Magistrate Judge's instructions and issued generic challenges claiming that the Plaintiffs' fees represented gross overstaffing and overbilling. *id.* at 25. Only in response to these blanket allegations did the Magistrate Judge order Defendant to produce its legal bills so she could compare the Plaintiffs' staffing levels and rates with those of the Defendant. *Id.* Since Defendant cites no controlling authority that

suggest the Magistrate Judge erred in issuing this order, Defendant's objection is overruled. *Perdue v. Kenny A.*, 130 S.Ct. 1662, 1676 (2010) (recognizing the "sound discretion of a trial judge" to determine reasonable attorney's fees).

While the overall fee award is substantial, the Magistrate Judge found that the size of Plaintiffs' legal fees was largely due to the uncooperative behavior of the defense counsel throughout three and a half years of litigation and the actual destruction of evidence by Defendant after discovery had commenced. (Rec. Doc. 515 at 60). This Court notes that although the Magistrate Judge did not grant an enhancement to Plaintiffs' attorneys' fees in this case, she was entitled to do so in light of the unjustifiable delay caused by the Defendant. *Perdue*, 130 S.Ct. 1662 at 1675.

In response to the Magistrate Judge's sanction award in her Report and Recommendation, Daigle, Fisse & Kessenich PLC and Niles, Bourque & Fontana LLC have submitted their fees for opposing Defendant's Motion to Dismiss. (Rec. Docs. 494 & 534). The Court finds that these requests are properly documented and reasonable. In addition, Niles, Bourque & Fontana LLC has submitted additional fee requests for their efforts to collect fees in this case. (Rec. Doc. 534). The Court finds that their request for fees of $32,000 is properly documented and reasonable.

Accordingly,

IT IS ORDERED that Defendant's Objection to Magistrate Judge's May 17, 2010 Order is OVERRULED. (Rec. Doc. 506).

IT IS FURTHER ORDERED that Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED as the Court's opinion in this matter. (Rec. Doc. 515).

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss Application for

Plaintiffs' Attorneys' Fees is DENIED. (Rec. Doc. 421).

IT IS FURTHER ORDERED that Plaintiffs' Application for Attorney's Fees (Rec. Doc. 417) is GRANTED IN PART and DENIED IN PART and Daigle, Fisse & Kessenich PLC is awarded attorneys' fees and costs of $767,327.25.

IT IS FURTHER ORDERED that Plaintiffs' Supplemental Fee Petition (Rec. Doc. 427) is GRANTED IN PART and DENIED IN PART and Niles, Bourque & Fontana LLC is awarded attorneys' fees and costs of $421,021.

IT IS FURTHER ORDERED that Plaintiffs' Supplements to their Applications for Attorneys' Fees (Rec. Docs. 494 and 534) are GRANTED IN PART and DENIED IN PART and Daigle, Fisse & Kessenich PLC is awarded attorneys' fees and costs of $40,000 and Niles, Bourque & Fontana LLC is awarded attorneys' fees and costs of $33,200.

IT IS FURTHER ORDERED that the Request for Sanctions (Rec. Doc. 463) is GRANTED and Niles, Bourque & Fontana LLC is awarded attorneys' fees and costs of $12,240 and Daigle, Fisse & Kessenich PLC is awarded attorneys' fees and costs of $30,000.

New Orleans, Louisiana, this 6th day of October, 2010.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE